**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| LEOPOLD RIOLA BARDAJI, Individually and on Behalf of All Others Similarly Situated<br><br>            Plaintiff,<br><br>    v.<br><br>MATCH GROUP, INC., SHARMISTHA DUBEY, BERNARD KIM, and GARY SWIDLER,<br><br>            Defendants. | Case No. 1:23-cv-0245-MN |

**APPENDIX A TO DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

OF COUNSEL:

Michael Carlinsky
Jesse Bernstein
Brenna Nelinson
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
michaelcarlinsky@quinnemanuel.com
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com

September 22, 2023

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
Kenneth J. Nachbar (#2067)
Lauren K. Neal (#5940)
Emily C. Friedman (#7054)
1201 North Market Street
Wilmington Delaware 19801
(302) 658-9200
knachbar@morrisnichols.com
lneal@morrisnichols.com
efriedman@morrisnichols.com
    *Attorneys for Defendants*

**Key**: N = No contradictory information/allegedly omitted information disclosed; O = Opinion; F = Forward looking; P = Puffery

| Statement | Reasons Not Actionable |
|---|---|
| ¶100: "We *continue to make great, great progress working with Hyperconnect...Our teams are collaborating really well globally. We're learning from them. They're learning from us. So it's really going well from that standpoint. And we think they are very quick on product. . . .  They move fast*." | N, O, F, P |
| ¶105: "[O]*ur outlook is still for a relatively flat performance in Q1 and Q2 on the Hyperconnect side*." | N, O, F |
| ¶105: "And we think as these initiatives and more to come start to bear fruit, we'll start to see a reacceleration of growth into Q3 and Q4 in the back half of the year. *And that, of course, doesn't include all the great stuff they're doing for us across the portfolio, which is meaningful as well*." | N, O, F, P |
| ¶107: "*The integrations with our brands and their audio and video chat capabilities is a huge step forward. It's going extremely well. The teams are working really well together. You never know when you mix two companies like that how it's going to go, but Hyperconnect is really innovative, really responsive. We're working hand in glove….so the integrations are going really well* with a lot more to go and a lot more to do." | N, O, F, P |
| ¶109: "*Hyperconnect, we think the team is great,* very innovative*, very fast-moving*." | N, O, F, P |
| ¶109: "*They've got great video technology, great audio chat and video chat technology, and we've been leveraging that*." | N, O, F, P |
| ¶109: "*And we're looking at it in other places as well across our portfolio. And the interaction between our apps and the Hyperconnect team to build video chat, to build audio chat has been really, really good*. The feedback has been great. It's been super productive, very quick-moving, responsive to changes and improvements.. . . *And so the leveraging of their capabilities around video and audio has really gone well, and their kind of look into the future with different technologies like related to metaverse has also gone really well*." | N, O, F, P |
| ¶111: "*Our flagship brand, Tinder, in its mission to keep the magic of human connections alive, is already in the midst of a radical product transformation.* Tinder's iconic Swipe® feature will remain a key part of the experience, but with its deep and engaged user base,. . . there is so much more Tinder can provide. *The first pieces of this transformation are already coming into view, starting with the launch of Explore™... In October, Tinder opened its virtual doors to Explore, a new space within the app that will host interactive ways to meet new people. Available worldwide and already demonstrating increased activity and engagement among members….This dynamic space will continue to add new experiences, like Plus One that launched in October, ahead of what is expected to be the busiest wedding season in history*." | N, F, P |
| ¶111: "*These new and fun ways to meet and make more meaningful connections are expected to be important drivers for increasing engagement and reactivation,* | N, O, F, P |

| | |
|---|---|
| *regularly giving people new reasons to return to the app.*" | |
| ¶112: "*The increased engagement driven by experiences in Explore are expected to drive Swipes, Likes and other activity to boost revenue growth via existing features. These experiences are still nascent today, providing ample opportunity to further increase the value of long-standing features.*" | N, O, F, P |
| ¶112: "*Virtual currency, called Tinder Coins, is currently being tested in several markets including a few markets in Europe. As we look ahead to 2022, users around the globe will be able to purchase Tinder's à la carte offerings, including Boost™ and SuperLike™, using Coins. Coins will allow for the unbundling of subscription packages in select markets and selling certain subscription features (such as See Who Likes You) on a pay-as-you-go basis in markets where members find this structure more appealing. Coins can also be used to incentivize certain behaviors to help members make more meaningful connections on Tinder, such as verifying their profile or adding video to their bio. And, perhaps most importantly, Coins will be essential for the virtual goods and trading ecosystem planned for 2022 and beyond.*" | N, O, F, P |
| ¶116: "*These experiences can be tailored by market, it keeps Tinder at the center of culture, gives users new reasons to keep coming back, increases engagement and activity.*" | N, P |
| ¶117: "In terms of Explore, it is new. It's only been out for a couple of weeks, *but we have early evidence of this. And we expect the Explore experiences should increase engagement and reactivation. And this, in turn, ought to provide more revenue optimization opportunities over time, both in terms of conversion as well as RPP growth, meaning both conversion from new Payers but also à la carte revenue opportunities on -- through that interface.*" | N, O, F |
| ¶118: "[*W*]*e have some really bold and big initiatives planned for Tinder next year, especially around virtual goods and some other areas as well.*" | N, O, F, P |
| ¶118: "*So the virtual currency or the coins is something we think of as an infrastructure thing that's going to be necessary eventually for virtual goods. And that particular component is currently testing… And so the way we envision virtual goods is it is something that users will be able to collect as well as give and gift to others. And so there's a lot of—in addition to this virtual currency, which is going to be a big component of what enables virtual goods…*And most importantly, to build the right experience that allows users to showcase them on the app in the right way. And *so all of that is the plan for 2022.*" | N, O, F |
| ¶120: "*With respect to fiscal year 2022, Defendants Match. [sic] Group, Dubey, and Swidler projected 15% to 20% year-over-year growth in total revenue, "led by high-teens growth at Tinder.'*"" | N, O, F |
| ¶121: "Music Mode™, which launched in late Q4, blends the well-known behavior of connecting over a shared interest in music and brings that to life in a rich and engaging way; *more than 50% of Tinder members have already tried it.*" | N |
| ¶121: "*To date, the level of adoption of Explore has exceeded our expectations, with approximately two-thirds of active users engaging with Explore.*" | N |
| ¶122: "*Tinder continues to make strong progress on the product roadmap we laid out in detail in last quarter's shareholder letter. Tinder continues to roll out Tinder Coins, their in-app virtual currency, which is now in a dozen countries. Coins will help power Tinder's virtual goods ecosystem that is being built in 2022.*" | N, O, F, P |

2

| | |
|---|---|
| ¶124: "Explore [has]enhances responsiveness, offers surface and opportunity for regionally tailored experiences; has exciting media, video dating hybrids such as Swipe Night, wedding dates, concert Festival Mode; *and it's clearly had a productive start with almost 70% of users adopting this experience*." | N |
| ¶125: "*And we've already got 70% of our users adopting the experience, and we're seeing high levels of engagement and likes, messages and conversations.*" | N |
| ¶126: "*And the use cases are both for incentivizing certain core actions and also increasing access to existing revenue products. And we are seeing some increased engagement and retention from these incentives. And there's a bunch of testing going on, on various sort of monetization experiences…The plan is to accelerate the rollout in Q2 and be globally out by Q3. However, the biggest value of coins to us is its ability to power new economies such as the virtual goods.*" | N, O, F |
| ¶128: "So there's lots of interesting things that we're going to be able to do with the Explore tab, and we're just in the very early innings. I mean, I think the key thing was obviously building it[Explore], getting people to adopt it, go check it out. *That's happened, and it's happened really well. Adoption, men, women, by geography has been really strong...* [*Explore*] *opens up a lot of possibilities. It opens up potential linkages with Hyperconnect and some of the video and other experiences and live streaming type experiences.*" | N, O, F, P |
| ¶130: "*We're largely on track with the initiatives we laid out in our prior shareholders' letter and are especially excited about the future for Tinder Explore and virtual goods.*" | N, O, F, P |
| ¶131: "*Tinder continues to evolve and transform its product. Tinder Explore adoption levels continue to be high across active users.*" | N, O, F, P |
| ¶131: "*Tinder Coins, its in-app virtual currency, is on track to launch globally this summer. Ultimately, we see major potential for Tinder Coins to support further customization of premium experiences for members, incentivize positive network behaviors, and be the financial backbone for the virtual goods and trading ecosystem which we expect to begin testing in the second half of 2022. Tinder also continues to iterate and test a set of monetization features designed for female users, with a planned launch of a new female-focused package in the second half of 2022.*" | N, O, F, P |
| ¶133: "[B]y and large *we are on schedule with what we planned to deliver in 2022…The* [*Tinder*] *team continues to make progress on its product road map, whether that is adding new experiences into Explore or innovating on new monetization features.*" | N, F |
| ¶¶135-150: Statements about Tinder's improvement from September 14, 2022 through December 8, 2022. | N, O, F, P |

3