**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| LEOPOLD RIOLA BARDAJI, Individually and on Behalf of All Others Similarly Situated<br><br>        Plaintiff,<br><br>   v.<br><br>MATCH GROUP, INC., SHARMISTHA DUBEY, BERNARD KIM, and GARY SWIDLER,<br><br>        Defendants. | Case No. 1:23-cv-0245-MN |

**DECLARATION OF LAUREN K. NEAL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Lauren K. Neal, hereby declare as follows:

1.      I am over the age of 21 and am fully competent to make this declaration. I have personal knowledge of all facts recited herein, and state that such facts are true and correct to my knowledge or information and belief, and, if called upon to do so, I would testify competently about them.

2.      I am duly admitted to practice law in the State of Delaware. I am a Partner at the law firm of Morris, Nichols, Arsht & Tunnell L.L.P. and counsel of record for Defendants Match Group, Inc., Sharmistha Dubey, Bernard Kim and Gary Swidler in the above-captioned action.

3.      Attached as **Exhibit A** is a true and correct copy of the transcript of Match Group, Inc.'s February 9, 2021 Investor Call.

4. Attached as **Exhibit B** is a true and correct copy of the transcript of Match Group, Inc.'s November 3, 2021 Third Quarter 2021 Earnings Call.

5. Attached as **Exhibit C** is a true and correct copy of the transcript of Match Group, Inc.'s February 2, 2022 Fourth Quarter 2021 Earnings Call.

6. Attached as **Exhibit D** is a true and correct copy of the transcript of Match Group, Inc.'s presentation during Morgan Stanley's March 7, 2022 Technology, Media, and Telecom Conference.

7. Attached as **Exhibit E** is a true and correct copy of the transcript of Match Group, Inc.'s May 4, 2022 First Quarter 2022 Earnings Call.

8. Attached as **Exhibit F** is a true and correct copy of Match Group, Inc.'s Second Quarter 2022 Letter to Shareholders dated August 2, 2022.

9. Attached as **Exhibit G** is a true and correct copy of the transcript of Match Group, Inc.'s August 3, 2022 Second Quarter 2022 Earnings Call.

10. Attached as **Exhibit H** is a true and correct copy of Match Group, Inc.'s Fourth Quarter 2021 Form 10-K dated February 24, 2022.

11. Attached as **Exhibit I** is a true and correct copy of the transcript of Match Group, Inc.'s presentation during Cowen's June 1, 2022 Technology, Media and Telecom Conference.

12. Attached as **Exhibit J** is a true and correct copy of Match Group, Inc.'s Third Quarter 2022 Letter to Shareholders dated November 1, 2022.

13. Attached as **Exhibit K** is a true and correct copy of Match Group, Inc.'s Fourth Quarter 2022 Letter to Shareholders dated January 31, 2023.

14.     Attached as **Exhibit L** is a true and correct copy of the transcript of Match Group, Inc.'s February 1, 2023 Fourth Quarter 2022 Earnings Call.

15.     Attached as **Exhibit M** is a true and correct copy of Match Group, Inc.'s Fourth Quarter 2022 Form 10-K dated February 24, 2023.

16.     Attached as **Exhibit N** is a true and correct copy of a Form 4 Statement of Changes in Beneficial Ownership of Securities for Mr. Bernard Kim dated August 4, 2022.

17.     Attached as **Exhibit O** is a true and correct copy of Match Group, Inc.'s First Quarter 2022 Letter to Shareholders dated May 3, 2022.


Executed on this 22nd day of September, 2023 at Wilmington, Delaware.


By: */s/ Lauren K. Neal*
Lauren K. Neal (#5940)
*Attorney for Defendants*

3