## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

LEOPOLD RIOLA BARDAJI, *Individually and on Behalf of All Others Similarly Situated,*

Plaintiff,

v.

MATCH GROUP, INC., SHARMISTHA DUBEY, BERNARD KIM, and GARY SWIDLER,

Defendants.

C.A. No. 23-0245-MN

## DECLARATION OF KIMBERLY A. EVANS IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE <u>FEDERAL SECURITIES LAWS</u>

I, KIMBERLY A. EVANS, declare as follows:

1.      I am a member in good standing of the bar of the State of Delaware and am admitted to practice before this Court. I am a partner at the law firm of Block & Leviton LLP and counsel for lead plaintiff Northern California Pipe Trades Trust Funds ("Plaintiff") in the above-captioned action. I submit this declaration in support of Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Answering Brief"). I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the edited transcript of Match Group, Inc's presentation at Citi's Global Technology Conference on September 7, 2023, which is referenced in footnote 28 of Plaintiff's Answering Brief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of November 2023.

_/s/ Kimberly A Evans_
KIMBERLY A. EVANS