IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEOPOLD RIOLA BARDAJI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 23-245 (MN) ) |
| MATCH GROUP, INC., SHARMISTHA DUBEY, BERNARD KIM, and GARY SWINDLER, | ) ) ) ) ) |
| Defendants. | ) |

**<u>ORDER</u>**

At Wilmington, this 12th day of July 2024;

WHEREAS, on June 27, 2024, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 52) ("the Report") recommending that Defendants' Motion to Dismiss Amended Class Action Complaint for Violations of the Federal Securities Laws (D.I. 36) be granted and that "the dismissal be made without prejudice in accordance with Plaintiffs' request for leave to amend (D.I. 42 at 20)" (D.I. 52 at 16);

WHEREAS, on July 11, 2024, Lead Plaintiff filed Objections to the Magistrate Judge's Report and Recommendation on Defendants' Motion to Dismiss (D.I. 53) asking that "[t]he R&R . . . be rejected and Defendants' Motion to Dismiss . . . be denied *or* the Court should allow Plaintiff leave to amend as recommended in the R&R" (*Id*. at 1) (emphasis added); and

WHEREAS, the Court has reviewed the Report *de novo* and disagrees that it "overlooks the most salient allegations" that support denial of the motion to dismiss.

THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 52) is ADOPTED and Defendants' Motion to Dismiss Amended Class Action Complaint for Violations of the Federal Securities Laws (D.I. 36) is GRANTED.

2. The Objections to the Magistrate Judge's Report and Recommendation on Defendants' Motion to Dismiss (D.I. 53) are OVERRULED IN PART.

3. Plaintiff shall file a further Amended Complaint no later than August 12, 2024.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge