IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEOPOLD RIOLA BARDAJI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 1:23-cv-00245-MN |
| v. | ) ) | |
| MATCH GROUP, INC., SHARMISTHA DUBEY, and GARY SWIDLER, | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities

Litigation Reform Act, Defendants Match Group, Inc., Sharmistha Dubey, and Gary Swidler move

to dismiss the Second Amended Class Action Complaint for Violations of the Federal Securities

Laws (D.I. 56) with prejudice.  The grounds for this motion are more fully set forth in Defendants'

Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Michael B. Carlinsky
Jesse Bernstein
Brenna Nelinson
Leigha Empson
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
michaelcarlinsky@quinnemanuel.com
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com
leighaempson@quinnemanuel.com

*/s/ Lauren K. Neal*
Lauren K. Neal (#5940)
Jacob M. Perrone (#7250)
1201 North Market Street
Wilmington DE  19801
(302) 658-9200
lneal@morrisnichols.com
jperrone@morrisnichols.com
   *Attorneys for Defendants Match Group, Inc.,*
   *Sharmistha Dubey and Gary Swidler*

September 18, 2024