IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LEOPOLD RIOLA BARDAJI, Individually )
and on Behalf of All Others Similarly Situated, )
                                   )
         Plaintiff, )
                                 )   C.A. No. 1:23-cv-00245-MN
     v. )
                                 )
MATCH GROUP, INC., SHARMISTHA )
DUBEY, and GARY SWIDLER, )
                                 )
        Defendants. )

**[PROPOSED] ORDER**

At Wilmington this ___ day of _____, 202__, having considered Defendants Match Group, Inc., Sharmistha Dubey, and Gary Swidler's (collectively, "Defendants") Motion to Dismiss the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Motion") and the papers filed in connection therewith:

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, and the Second Amended Class Action Complaint for Violations of the Federal Securities Laws is DISMISSED with prejudice.

_____
The Honorable Maryellen Noreika
United States District Judge