**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| LEOPOLD RIOLA BARDAJI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., SHARMISTHA DUBEY, and GARY SWIDLER,<br><br>Defendants. | C.A. No. 1:23-cv-0245-MN |

**APPENDIX A TO DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR
MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT
<u>FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS</u>**

OF COUNSEL:

Michael Carlinsky
Jesse Bernstein
Brenna Nelinson
Leigha Empson
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
michaelcarlinsky@quinnemanuel.com
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com
leighaempson@quinnemanuel.com

September 18, 2024

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
Lauren K. Neal (#5940)
Jacob M. Perrone (#7250)
1201 North Market Street
Wilmington Delaware 19801
(302) 658-9200
lneal@morrisnichols.com
jperrone@morrisnichols.com
*Attorneys for Defendants*

**Key:** N = No contradictory information/allegedly omitted information disclosed; O = Opinion; F = Forward-looking; P = Puffery

| No. | Statement | Date | Source | Reason Not Actionable |
|---|---|---|---|---|
| #1 | "To date, the level of adoption of Explore has exceeded our expectations, *with approximately two-thirds of active users engaging with Explore.*" ¶ 73.[1] | Feb. 1, 2022 | Shareholder Letter | N |
| #2 | "Tinder *continues to roll out Tinder Coins*, their in-app virtual currency, which is now in a dozen countries. Coins will help power Tinder's virtual goods ecosystem that is being built in 2022." ¶ 74. | Feb. 1, 2022 | Shareholder Letter | N, F |
| #3 | "Explore enhances responsiveness, offers surface and opportunity for regionally tailored experiences; has exciting media, video dating hybrids such as Swipe Night, wedding dates, concert Festival Mode; *and it's clearly had a productive start with almost 70% of users adopting this experience.*" ¶ 79. | Feb. 2, 2022 | Q4 2021 Earnings Call | N, P |
| #4 | "*And we've already got 70% of our users adopting the experience* [Explore]*, and we're seeing high levels of engagement and likes, messages and conversations.*" ¶ 80. | Feb. 2, 2022 | Q4 2021 Earnings Call | N, P |
| #5 | "*Tinder Coins is currently testing in 12 markets.*" ¶ 81. | Feb. 2, 2022 | Q4 2021 Earnings Call | N |
| #6 | "*And we are seeing some increased engagement and retention from these incentives. And there's a bunch of testing going on, on various sort of monetization experiences.*" ¶ 81. | Feb. 2, 2022 | Q4 2021 Earnings Call | N |
| #7 | "The plan is to <u>accelerate the rollout in Q2</u> and be globally out by Q3." ¶ 81. | Feb. 2, 2022 | Q4 2021 Earnings Call | N, F |
| #8 | "*I mean, I think the key thing was obviously building* [Explore]*, getting people to adopt it, go check it out. That's happened, and it's happened really well. Adoption, men, women, by geography has been really strong . . . .*" ¶ 84. | Mar. 7, 2022 | Morgan Stanley Industry Conference | N, O, P |

---

[1]  Emphasis in the statements is taken directly from the Second Amended Complaint.

1

| No. | Statement | Date | Source | Reason Not Actionable |
|---|---|---|---|---|
| #9 | *"We're largely on track with the initiatives we laid out in our prior shareholders' letter and are especially excited about the future for Tinder Explore and virtual goods."* ¶ 86. | May 3, 2022 | Q1 2022 Letter to Shareholders | N, O, F, P |
| #10 | *"Tinder Explore adoption levels continue to be high across active users."* ¶ 87. | May 3, 2022 | Q1 2022 Letter to Shareholders | N, P |
| #11 | *"Tinder Coins, its in-app virtual currency, is on track to launch globally this summer."* ¶ 87. | May 3, 2022 | Q1 2022 Letter to Shareholders | N, O, P, F |
| #12 | "Ultimately, we see major potential for Tinder Coins to support further customization of premium experiences for members, incentivize positive network behaviors, and be the financial backbone for the virtual goods and trading ecosystem which we expect to begin testing in the second half of 2022." ¶ 87. | May 3, 2022 | Q1 2022 Letter to Shareholders | N, O, F |
| #13 | "[B]y and large, *we are on schedule with what we planned to deliver in 2022.*" ¶ 90. | May 4, 2022 | Q1 2022 Earnings Call | N, O, P |
| #14 | "[Coins is] on the road map for kind of middle to back half of next year. *It was just delayed is the way that I would think about it. It was pushed from 2022 to 2023 to give it more time to be refined.*" ¶ 92. | Dec. 8, 2022 | Barclays Industry Conference | N, O, F |

2