IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LEOPOLD RIOLA BARDAJI, Individually    )
and on Behalf of All Others Similarly Situated, )
                                        )
                Plaintiff,              )
                                        )    C.A. No. 1:23-cv-00245-MN
        v.                              )
                                        )
MATCH GROUP, INC., SHARMISTHA           )
DUBEY, and GARY SWIDLER,                )
                                        )
                Defendants.             )

**DECLARATION OF LAUREN K. NEAL IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Lauren K. Neal, hereby declare as follows:

1.      I am over the age of 21 and am fully competent to make this declaration.  I have personal knowledge of all facts recited herein, and state that such facts are true and correct to my knowledge or information and belief, and, if called upon to do so, I would testify competently about them.

2.      I am duly admitted to practice law in the State of Delaware.  I am a Partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP and counsel of record for Defendants Match Group, Inc. ("MGI"), Sharmistha Dubey, and Gary Swidler in the above-captioned action.

3.      Attached as **Exhibit A** is a true and correct copy of MGI's 2021 Form 10-K, dated February 24, 2022.

4.      Attached as **Exhibit B** is a true and correct copy of the transcript of MGI's November 3, 2021 Third Quarter 2021 Earnings Call.

5.      Attached as **Exhibit C** is a true and correct copy of the transcript of MGI's February 2, 2022 Fourth Quarter 2021 Earnings Call.

6.      Attached as **Exhibit D** is a true and correct copy of the transcript of MGI's presentation during Cowen's June 1, 2022 Technology, Media and Telecom Conference.

7.      Attached as **Exhibit E** is a true and correct copy of MGI's Second Quarter 2022 Letter to Shareholders, dated August 2, 2022.

8.      Attached as **Exhibit F** is a true and correct copy of the transcript of MGI's August 3, 2022 Second Quarter 2022 Earnings Call.

9.      Attached as **Exhibit G** is a true and correct copy of MGI's Third Quarter 2022 Letter to Shareholders, dated November 1, 2022.

10.      Attached as **Exhibit H** is a true and correct copy of MGI's Fourth Quarter 2022 Letter to Shareholders, dated January 31, 2023.

11.      Attached as **Exhibit I** is a true and correct copy of the transcript of MGI's February 1, 2023 Fourth Quarter 2022 Earnings Call.

12.      Attached as **Exhibit J** is a true and correct copy of MGI's Fourth Quarter 2021 Letter to Shareholders, dated February 1, 2022.

13.      Attached as **Exhibit K** is a true and correct copy of MGI's First Quarter 2022 Letter to Shareholders, dated May 3, 2022.

14.      Attached as **Exhibit L** is a true and correct copy of the transcript of MGI's presentation during Barclay's December 8, 2022 Global Technology, Media and Telecommunications Conference.

15.      Attached as **Exhibit M** is a true and correct copy of the transcript of MGI's May 4, 2022 First Quarter 2022 Earnings Call.

16.      Attached as **Exhibit N** is a true and correct copy of a Form 4 Statement of Changes in Beneficial Ownership of Securities for Mr. Bernard Kim, dated August 4, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of September, 2024 at Wilmington, Delaware.


By:  _/s/ Lauren K. Neal_____
     Lauren K. Neal (#5940)
     *Attorney for Defendants*