# EXHIBIT A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Fiscal Year Ended December 31, 2021**

**Or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from_____to_____**

**Commission File No. 001-34148**

# Match Group, Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **59-2712887** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**8750 North Central Expressway, Suite 1400, Dallas, Texas 75231**
(Address of Registrant's principal executive offices and zip code)

**(214) 576-9352**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 | MTCH | The Nasdaq Global Market LLC |
| | | (Nasdaq Global Select Market) |

**Securities registered pursuant to Section 12(g) of the Act:**
None

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑   No ☐

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐    No ☑

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes ☑   No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). Yes ☑   No ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☑ | Accelerated filer ☐ | Non-accelerated filer ☐ | Smaller reporting company ☐ | Emerging growth company ☐ |
|---|---|---|---|---|

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal controls over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☑

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐    No ☑

As of February 18, 2022, there were 285,148,288 shares of common stock outstanding.

The aggregate market value of the voting common stock held by non-affiliates of the registrant as of June 30, 2021 was $44,438,964,739. For the purpose of the foregoing calculation only, shares held by all directors and executive officers of the registrant are assumed to be held by affiliates of the registrant.

**Documents Incorporated By Reference:**

Portions of Part III of this Annual Report are incorporated by reference to the Registrant's proxy statement for its 2022 Annual Meeting of Stockholders.

**TABLE OF CONTENTS**

|  |  | Page Number |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 4 |
| Item 1A. | Risk Factors | 15 |
| Item 1B. | Unresolved Staff Comments | 27 |
| Item 2. | Properties | 27 |
| Item 3. | Legal Proceedings | 27 |
| Item 4. | Mine Safety Disclosure | 30 |
| **PART II** | | |
| Item 5. | Market For Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 31 |
| Item 6. | Reserved | 31 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 32 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 53 |
| Item 8. | Consolidated Financial Statements and Supplementary Data | 54 |
|  | Consolidated Balance Sheet | 57 |
|  | Consolidated Statement of Operations | 58 |
|  | Consolidated Statement of Comprehensive Operations | 59 |
|  | Consolidated Statement of Shareholders' Equity | 60 |
|  | Consolidated Statement of Cash Flows | 62 |
|  | Note 1—Organization | 64 |
|  | Note 2—Summary of Significant Accounting Policies | 64 |
|  | Note 3—Income Taxes | 72 |
|  | Note 4—Discontinued Operations | 76 |
|  | Note 5—Goodwill and Intangible Assets | 76 |
|  | Note 6—Financial Instruments | 78 |
|  | Note 7—Long-term Debt, net | 81 |
|  | Note 8—Shareholders' Equity | 88 |
|  | Note 9—Accumulated Other Comprehensive Loss | 90 |
|  | Note 10—Earnings per Share | 90 |
|  | Note 11—Stock-based Compensation | 93 |
|  | Note 12—Geographic Information | 97 |
|  | Note 13—Leases | 98 |
|  | Note 14—Commitments and Contingencies | 99 |
|  | Note 15—Related Party Transactions | 100 |
|  | Note 16—Benefit Plans | 102 |
|  | Note 17—Consolidated Financial Statement Details | 103 |
|  | Note 18—Quarterly Results (Unaudited) | 105 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 107 |
| Item 9A. | Controls and Procedures | 107 |
| Item 9B. | Other Information | 110 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 110 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 111 |
| Item 11. | Executive Compensation | 111 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 111 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 111 |
| Item 14. | Principal Accounting Fees and Services | 111 |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 112 |
| Item 16. | Form 10-K Summary | 112 |

**Cautionary Statement Regarding Forward-Looking Information**

This annual report on Form 10-K contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends and prospects in the industries in which Match Group's businesses operate and other similar matters. These forward-looking statements are based on Match Group management's current expectations and assumptions about future events as of the date of this annual report, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict.

Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: the risk factors set forth in "Item 1A—Risk Factors." Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements discussed in this annual report may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this annual report. Match Group does not undertake to update these forward-looking statements.

**PART I**

**Item 1. Business**

**Who we are**

Match Group, Inc., through its portfolio companies, is a leading provider of digital technologies designed to help people make meaningful connections. Our global portfolio of brands includes Tinder®, Match®, Hinge®, Meetic®, OkCupid®, Pairs™, PlentyOfFish®, OurTime®, Azar®, Hakuna™ Live, and more, each built to increase our users' likelihood of connecting with others. Through our trusted brands, we provide tailored services to meet the varying preferences of our users. Our services are available in over 40 languages to our users all over the world.

As used herein, "Match Group," the "Company," "we," "our," "us," and similar terms refer to Match Group, Inc. and its subsidiaries after the completion of the Separation (defined below), unless the context indicates otherwise.

**Separation of Match Group and IAC**

On June 30, 2020, the companies formerly known as Match Group, Inc. (referred to as "Former Match Group") and IAC/InterActiveCorp (referred to as "Former IAC") completed the separation of the Company from IAC through a series of transactions that resulted in two, separate public companies—(1) Match Group, which consists of the businesses of Former Match Group and certain financing subsidiaries previously owned by Former IAC, and (2) IAC/InterActiveCorp, formerly known as IAC Holdings, Inc. ("IAC"), consisting of Former IAC's businesses other than Match Group (the "Separation").

The following diagram illustrates the simplified organizational and ownership structure immediately prior to the Separation.



Under the terms of the Transaction Agreement (the "Transaction Agreement") dated as of December 19, 2019 and amended as of April 28, 2020 and as further amended as of June 22, 2020, Former Match Group merged with and into Match Group Holdings II, LLC ("MG Holdings II"), an indirect wholly-owned subsidiary of Match Group, with MG Holdings II surviving the merger as an indirect wholly-owned subsidiary of Match Group. Former Match Group stockholders (other than Former IAC) received, through the merger, in exchange for each outstanding share of Former Match Group common stock that they held, one share of Match Group common stock and, at the holder's election, either (i) $3.00 in cash or (ii) a fraction of a share of Match Group common stock with a value of $3.00 (calculated pursuant to the Transaction Agreement). As a result of the merger and other transactions contemplated by the Transaction Agreement, Former Match Group stockholders (other than Former IAC) became stockholders of the Company.

4

The following diagram illustrates the simplified organizational and ownership structure of IAC and Match Group immediately after the Separation.



The Company was incorporated in 1986 in Delaware and underwent many name changes before becoming IAC/InterActiveCorp prior to the Separation described above. Former Match Group completed an initial public offering in 2015 and had operated as a stand-alone public company since that time. Upon the Separation described above, the Company changed its name to Match Group, Inc.

**The business of creating meaningful connections**

Our goal is to spark meaningful connections for users around the world. Consumers' preferences vary significantly, influenced in part by demographics, geography, cultural norms, religion, and intent (for example, seeking friendship, casual dating, or more serious relationships). As a result, the market for connecting with others through relationship technologies is fragmented, and no single service has been able to effectively serve the relationship technology category.

Prior to the proliferation of the internet and mobile devices, human connections traditionally were limited by social circles, geography, and time. People met through work colleagues, friends and family, in school, at church, at social gatherings, in bars and restaurants, or in other social settings. Today, the adoption of mobile technology and the internet has significantly expanded the ways in which people can create new interactions, and develop meaningful connections and relationships. Additionally, the ongoing adoption of technology into more aspects of daily life continues to further erode biases and stigmas across the world that previously served as barriers to individuals using technology to help find and develop those connections.

We believe that technologies that bring people together serve as a natural extension of the traditional means of meeting people and provide a number of benefits for users, including:

- *Expanded options*: Relationship technologies provide users access to a large pool of people they otherwise would not have a chance to meet.

- *Efficiency*: The search and recommending features, as well as the profile information available on relationship technologies, allow users to filter a large number of individuals in a short period of time, increasing the likelihood that users will make a connection with someone.

5

- *More comfort and control*: Compared to the traditional ways that people meet, relationship technologies provide an environment that reduces the awkwardness around identifying and reaching out to new people who are interested in connecting. This leads to many people who would otherwise be passive participants taking a more active role.

- *Safely meet new people:* Relationship technologies can offer a safer way to contact new people for the first-time by limiting the amount of personal information exchanged and providing an opportunity to vet a new connection before meeting in person, including via video communication.

- *Convenience*: The nature of the internet and the proliferation of mobile devices allow users to connect with new people at any time, regardless of where they are.

Depending on a person's circumstances at any given time, relationship technologies can act as a supplement to, or substitute for, traditional means of meeting people. When selecting a relationship technology service, we believe that users consider the following attributes:

- *Brand recognition and scale*: Brand is very important. Users generally associate strong brands with a higher likelihood of success and more tools to help the user connect safely and securely. Generally, successful brands depend on large, active communities of users, strong algorithmic filtering technology, and awareness of successful usage among similar users.

- *Successful experiences*: Demonstrated success of other users attracts new users through word-of-mouth recommendations. Successful experiences also drive repeat usage.

- *Community identification*: Users typically look for relationship technologies that offer a community or communities to which the user can relate. By selecting a relationship technology service that is focused on a particular demographic, religion, geography, or intent, users can increase the likelihood that they will make a connection with someone with whom they identify.

- *Service features and user experience*: Users tend to gravitate towards relationship technologies that offer features and user experiences that resonate with them, such as question-based matching algorithms, location-based features, or search capabilities. User experience is also driven by the type of user interface (for example, using our patented Swipe® technology versus scrolling), a particular mix of free and paid features, ease of use, privacy, and security. Users expect every interaction with a relationship technology service to be seamless and intuitive.

Given varying consumer preferences, we have adopted a brand portfolio approach, through which we attempt to offer relationship technologies that collectively appeal to the broadest spectrum of consumers. We believe that this approach maximizes our ability to attract additional users.

**Our portfolio**

Making connections with other people online is a highly personal endeavor and consumers have a wide variety of preferences that determine what type of technologies they choose to make those connections. As a result, our strategy focuses on a portfolio approach of various brands in order to reach a broad range of users. Many of our brands have a long legacy, while others emerged during the time when mobile devices proliferated. The following is a list of our key brands:

*Tinder.* The Tinder® platform, incubated at the Company, was launched in 2012 and has since risen to scale and popularity faster than any other service in the online dating category, growing to over 10.6 million payers as of the fourth quarter of 2021. Tinder's patented Swipe® technology has led to significant adoption, particularly among 18 to 30 year-old users, who were historically underserved by the online dating category. Tinder employs a freemium model, through which users are allowed to enjoy many of the core features of Tinder for free, including limited use of the Swipe Right® feature with unlimited communication with other users. However, to enjoy premium features, such as unlimited use of the Swipe Right feature, a Tinder user must subscribe to one of several subscription offerings: Tinder Plus®, launched in early 2015; Tinder Gold®, which was launched in late summer 2017; or Tinder Platinum®, launched in late 2020. Tinder users and subscribers may also pay for certain premium features, such as Super Likes™ and Boosts, on a pay-per-use basis. In 2021, Tinder launched Tinder Explore™, a hub within the app that hosts completely new, interactive ways to use Tinder, such as Hot Takes, Vibes, and the Swipe Night™ interactive series.

6

*Match.* The Match® platform was launched in 1995 and helped create the online dating category with the ability to search profiles and receive algorithmic recommendations. Match has since introduced a softer paywall to allow limited free access to messaging and other features before requiring a subscription, as well as a one-to-one real-time video feature. Additionally, Match offers its subscribers a higher level of service than most of our other brands, including access to date coaching services and profile reviews. Match is a brand that focuses on users with a higher level of intent to enter into a serious relationship and its services and marketing are designed to reinforce that purpose.

*Hinge.* Hinge® was launched in 2012 and has grown to be a popular app for relationship-minded individuals, particularly among the millennial and younger generations, in the United States, the United Kingdom, Ireland, and Australia. Hinge is a mobile-only experience and employs a freemium model. Hinge focuses on users with a higher level of intent to enter into a serious relationship and its services are designed to reinforce that purpose. In 2021, Hinge launched Video Prompts, Voice Prompts, and Voice Notes. With these new features, users can better showcase who they are through text, photos, video, and now, voice at different points in their dating journey.

*Meetic.* Meetic®, a leading European online dating brand based in France, was launched in 2001. Meetic is the most recognized dating app for singles over age 35 in Europe. Meetic is a brand that focuses on users with a higher level of intent to enter into a serious relationship and its service and marketing are designed to reinforce that purpose. In 2021, Meetic began offering a softer paywall revenue model. Meetic recently introduced online audio and video chat rooms into the Meetic experience.

*OkCupid.* OkCupid® was launched in 2004 and has attracted users through a Q&A approach to the dating category. OkCupid relies on a freemium model and has a loyal, culturally progressive user base predominately located in larger metropolitan areas in English-speaking markets, with an increasing presence in other global markets such as Israel, Germany, and Turkey.

*Pairs.* Pairs™ was launched in 2012 and is a leading provider of dating services in Japan, with a presence in Taiwan and South Korea. Pairs is a dating platform that was specifically designed to address social barriers generally associated with the use of dating services in Eastern Asian countries, particularly Japan.

*PlentyOfFish.* PlentyOfFish® was launched in 2003. Among its distinguishing features is the ability to both search profiles and receive algorithmic recommendations. PlentyOfFish has grown in popularity over the years and relies on a freemium model. PlentyOfFish has broad appeal in the United States, Canada, the United Kingdom, and a number of other international markets. In 2020, PlentyOfFish launched POF Live™, a one-to-many live streaming video feature that allows users to engage with other users at PlentyOfFish in a new and different format from traditional dating profiles.

*OurTime.* OurTime® is the largest community of singles over age 50 of any dating service. We offer this service in the United States, Canada, and a number of European markets.

*Azar.* Azar® was launched in 2014 and acquired in 2021 through our acquisition of Hyperconnect. Azar is a one-to-one video chat service powered by real-time language translations that allow users to meet and interact with a variety of people across the globe in their native language. Azar is primarily focused in the APAC and Other regions, with growth in Western Europe.

*Hakuna Live.* Hakuna™ Live was launched in 2019 and acquired in 2021 through our acquisition of Hyperconnect. Hakuna Live is an interactive, social app that allows for one-to-many live streaming experiences. Hakuna offers virtual gifting and its userbase is predominantly located in the APAC and Other regions.

In addition to the brands above, our portfolio includes brands such as Chispa™, BLK®, and Upward®, each of which brings the Swipe® feature made popular by Tinder to the Latino, Black, and Christian communities, respectively.

We strive to empower individual brand leaders with the authority and incentives to grow their respective brands. Our brands compete with each other and with third-party businesses on brand characteristics, service features, and business model.

We also work to apply a centralized discipline to our portfolio of brands and share best practices across our brands in order to quickly introduce new services and features, optimize marketing, increase growth, reduce costs, improve user safety, and maximize profitability. Additionally, we centralize certain other administrative

functions, such as legal, accounting, finance, and tax. We attempt to centrally facilitate excellence and efficiency across the entire portfolio by:

- centralizing operational functions across certain brands where we have strength in personnel and sufficient commonality of business interest (for example, ad sales, online marketing, and information technology are centralized across some, but not all, brands);

- developing talent across the portfolio to allow for development of specific proficiencies and promoting career advancement while maintaining the ability to deploy the best talent in the most critical positions across the company at any given time; and

- sharing analytics to leverage services and marketing successes across our businesses rapidly for competitive advantage.

**Staying competitive**

The industry for relationship technologies is competitive and has no single, dominant brand globally. We compete with a number of other companies that provide similar technologies for people to meet each other, including other online dating platforms; social media platforms; social-discovery apps; offline dating services, such as in-person matchmakers; and other traditional means of meeting people.

We believe that our ability to attract new users to our brands will depend primarily upon the following factors:

- our ability to continue to increase consumer acceptance and adoption of technologies to meet other people, particularly in emerging markets and other parts of the world where the associated stigma has not yet fully eroded;

- continued growth in internet access and smart phone adoption in certain regions of the world, particularly emerging markets;

- the continued strength of our established brands and the growth of our emerging brands;

- the breadth and depth of our active communities of users;

- our brands' reputation for trust and safety;

- our ability to evolve our services to keep up with user requirements, social trends, and the ever-evolving technological landscape;

- our brands' ability to keep up with the constantly changing regulatory landscape, in particular, as it relates to the regulation of consumer digital media platforms;

- our ability to efficiently acquire new users for our services;

- our ability to continue to optimize our monetization strategies; and

- the design and functionality of our services.

A large portion of customers use multiple services over a given period of time, either concurrently or sequentially, making our broad portfolio of brands a competitive advantage.

**Where we earn our revenue**

All our brands enable users to establish a profile and review other users' profiles without charge. Each brand also offers additional features, some of which are free, and some of which require payment depending on the particular service. In general, access to premium features requires a subscription, which is typically offered in packages (generally ranging from one to six months), depending on the service and circumstance. Prices can differ meaningfully within a given brand depending on the duration of a subscription, the bundle of paid features that a user chooses to access, and whether or not a user is taking advantage of any special offers. In addition to subscriptions, many of our brands offer users certain features, such as the ability to promote themselves for a given period of time, or highlight themselves to a specific user, and these features are offered on a pay-per-use, or à la carte, basis. The precise mix of paid and premium features is established over time on a brand-by-brand basis and is subject to constant iteration and evolution.

Our direct revenue is primarily derived from users in the form of recurring subscriptions, which typically provide unlimited access to a bundle of features for a specified period of time, and to a lesser extent from à la carte features, where users pay a non-recurring fee for a specific consumable benefit or feature. Each of our brands offers a combination of free and paid features targeted to its unique community. In addition to direct revenue from our users, we generate indirect revenue from advertising, which comprises a much smaller percentage of our overall revenue as compared to direct revenue.

**Dependencies on services provided by others**

*App Stores*

We fully rely on the Apple App Store and the Google Play Store to distribute our mobile applications and related in-app services. While our mobile applications are free to download from these stores, we offer our users the opportunity to purchase subscriptions and certain à la carte features through these applications. We determine the prices at which these subscriptions and features are sold; however, currently, purchases of these subscriptions and features are required in most cases to be processed through the in-app payment systems provided by Apple and Google. Due to these requirements, we pay Apple and Google, as applicable, a meaningful share (generally 30%, although as of January 1, 2022 Google has reduced the percentage applicable to subscriptions to 15%) of the revenue we receive from these transactions.

Additionally, when our users and subscribers access and pay through the app stores, Apple and Google may receive personal data about our users and subscribers that we would otherwise receive if we transacted with our users and subscribers directly. Apple and Google have restricted our access to much of that data.

Both Apple and Google have broad discretion to change their respective terms and conditions applicable to the distribution of our applications, including the amount of, and requirement to pay, certain fees associated with purchases required to be facilitated by Apple and Google through their payment systems, and to interpret their respective terms and conditions in ways that may limit, eliminate or otherwise interfere with our ability to distribute our applications through their stores, the features we provide, the manner in which we market our in-app services, and our ability to access information about our users and subscribers that they collect. Apple or Google could also make changes to their operating systems or payment services that could negatively impact our business, including by unilaterally raising the prices for those services.

The manner in which Apple and Google operate these services is being reviewed by legislative and regulatory bodies globally. Notably, the Republic of Korea recently adopted legislation that prohibits Apple and Google from requiring that developers exclusively use Apple and Google to process payments. In the Netherlands, the Authority for Consumers and Markets found Apple's requirement that online dating companies must exclusively use Apple's in-app payment violates both Dutch and European Union law. Multiple other jurisdictions, including the European Union, United Kingdom, Russia, Japan, and India are investigating, considering regulatory action or considering legislation to restrict or prohibit these practices. The United States Congress, as well as a number of state legislatures, are also considering legislation that would regulate certain terms of the relationships between developers and Apple and Google and prohibit Apple and Google from requiring in-app payment processing.

*Cloud and Other Services*

We rely on third parties, primarily data-center service providers and cloud-based, hosted web service providers, such as Amazon Web Services, as well as third party computer systems, broadband and other communications systems and service providers, in connection with the provision of our applications generally, as well as to facilitate and process certain transactions with our users. We have no control over any of these third parties or their operations.

Problems experienced by third-party data center service providers and cloud-based, hosted web service providers, such as Amazon Web Services, upon which brands including Tinder, Pairs, and Hinge rely, the telecommunications network providers with which we or they contract, or with the systems through which telecommunications providers allocate capacity among their customers could also adversely affect us. Any changes in service levels at our data centers or hosted web service providers, such as Amazon Web Services, or any interruptions, outages or delays in our systems or those of our third party providers, or deterioration in the

performance of these systems, could impair our ability to provide our services or process transactions with our users, which would adversely impact our business, financial condition and results of operations.

### *Sales and marketing*

All of our brands rely on word-of-mouth, or free, user acquisition to varying degrees. Our brands also rely on paid user acquisition for a significant percentage of their users. Our online marketing activities generally consist of purchasing social media advertising, banner, and other display advertising, search engine marketing, email campaigns, video advertising, business development or partnership arrangements, creating content, and partnering with influencers, among other means to promote our services. Our offline marketing activities generally consist of television advertising, out-of-home advertising, and public relations efforts.

### Intellectual property

We regard our intellectual property rights, including trademarks, domain names, and other intellectual property, as critical to our success.

For example, we rely heavily upon the use of trademarks (primarily Tinder®, Match®, PlentyOfFish®, OkCupid®, Meetic®, OurTime®, Pairs™, Hinge®, Swipe®, Azar®, and Hakuna™, and associated domain names, taglines and logos) to market our services and applications and build and maintain brand loyalty and recognition. We maintain an ongoing trademark and service mark registration program, pursuant to which we register our brand names, service names, taglines and logos and renew existing trademark and service mark registrations in the United States and other jurisdictions to the extent we determine it to be necessary or otherwise appropriate and cost-effective. In addition, we have a trademark and service mark monitoring policy pursuant to which we monitor applications filed by third parties to register trademarks and service marks that may be confusingly similar to ours, as well as potential unauthorized use of our material trademarks and service marks. Our enforcement of this policy affords us valuable protection under current laws, rules and regulations. We also reserve and register (to the extent available) and renew existing registrations for domain names that we believe are material to our business.

We also rely upon a combination of in-licensed third-party and proprietary trade secrets, including proprietary algorithms, and upon patented and patent-pending technologies, processes, and features relating to our recommendation process systems or features and services with expiration dates from 2023 to 2040. We have an ongoing invention recognition program pursuant to which we apply for patents to the extent we determine it to be core to our service or businesses or otherwise appropriate and cost-effective.

We rely on a combination of internal and external controls, including applicable laws, rules and regulations, and contractual restrictions with employees, contractors, customers, suppliers, affiliates, and others, to establish, protect, and otherwise control access to our various intellectual property rights.

### Government regulation

We are subject to a variety of laws and regulations in the United States and abroad that involve matters that are important to or may otherwise impact our business, including, among others, broadband internet access, online commerce, advertising, user privacy, data protection, intermediary liability, protection of minors, consumer protection, general safety, sex-trafficking, taxation, money laundering, and securities law compliance. As a result, we could be subject to actions based on negligence, regulatory compliance, various torts, and trademark and copyright infringement, among other actions. See "Risk factors—Risks relating to our business—Our business is subject to complex and evolving U.S. and international laws and regulations, including with respect to data privacy and platform liability. These laws and regulations are subject to change and uncertain interpretation, and could result in changes to our business practices, increased cost of operations, declines in user growth or engagement, claims, monetary penalties, or otherwise harm our business" and "—Risks relating to our business—We may fail to adequately protect our intellectual property rights or may be accused of infringing the intellectual property rights of third parties."

Because we receive, store, and use a substantial amount of information received from or generated by our users, we are particularly impacted by laws and regulations governing privacy; the storage, sharing, use, processing, disclosure, and protection of personal data; and data breaches, in many of the countries in which we operate. For example, in 2016, the European Commission adopted the General Data Protection Act (which we

10

refer to as "GDPR"), a comprehensive EU privacy and data protection reform that became effective in May 2018. The act applies to companies established in the EU or otherwise providing services or monitoring the behavior of people located in the EU and provides for significant penalties in case of non-compliance as well as a private right of action for individual claimants. GDPR will continue to be interpreted by EU data protection regulators, which have and may in the future require that we make changes to our business practices, and could generate additional costs, risks, and liabilities. The EU is also considering an update to its Privacy and Electronic Communications (so-called "e-Privacy") Directive, notably to amend rules on the use of cookies, direct marketing and processing of private communications and related metadata, which may also require that we make changes to our business practices and could generate additional costs, risks and liabilities. In July 2020, the Court of Justice of the EU declared transfers of personal data on the basis of the European Commission's Privacy Shield Decision illegal and stipulated stricter requirements for the transfer of personal data based on standard contract clauses. This judgement and the resulting decisions and guidelines from EU supervisory authorities may require changes to our business practices and generate additional costs, risks and liabilities. Brexit could result in the application of new and conflicting data privacy and protection laws and standards to our operations in the United Kingdom and our handling of personal data of users located in the United Kingdom. At the same time, many countries in which we do business have already adopted or are also currently considering adopting privacy and data protection laws and regulations. Multiple legislative proposals concerning privacy and the protection of user information have been introduced in the U.S. Congress. Various U.S. state legislatures, including those in New York, Illinois, California, and many other states, are considering privacy legislation in 2022 and beyond. Other U.S. state legislatures have already passed and enacted privacy legislation, most prominently the California Consumer Privacy Act of 2018, which was signed into law in June 2018 and came into effect on January 1, 2020, with full enforcement commencing on June 30, 2020. On November 3, 2020 the "California Privacy Rights Act of 2020" (CPRA) was enacted, which expands the state's consumer privacy laws and creates a new government organization, the California Privacy Protection Agency (CPPA), to enforce the law. The majority of the CPRA's provisions will enter into force on January 1, 2023, with a lookback to January 2022. In addition to California, comprehensive privacy laws were passed in Virginia and Colorado and are scheduled to enter into force in 2023. Additionally, the Federal Trade Commission has increased its focus on privacy and data security practices at digital companies, as evidenced by its levying, in July 2019, of a first-of-its kind, $5 billion fine against Facebook for privacy violations. Finally, talks of a U.S. federal privacy law are ongoing in Congress, with multiple proposals being considered, and may lead to the passing of a new law in 2022 or the coming years.

Concerns about harms and the use of dating products and social networking platforms for illegal conduct, such as romance scams, promotion of false or inaccurate information, financial fraud, and sex-trafficking, have produced and could continue to produce future legislation or other governmental action. For example, the EU and the United Kingdom are considering new legislation on this topic, with the United Kingdom having released its Online Harms White Paper and the EU introducing the Digital Services Act, which in each case, would expose platforms to similar or more expansive liability. In the United States, government authorities, elected officials, and political candidates have called for amendments to Section 230 of the Communications Decency Act that would purport to limit or remove protections afforded to interactive computer service providers. Proposed legislation includes the EARN IT Act, the PACT Act, the BAD ADS Act, the SAFE TECH Act, and others. If these proposed laws are passed, or if future legislation or governmental action is proposed or taken to address concerns regarding such harms, changes could be required to our products that could restrict or impose additional costs upon the conduct of our business generally or cause users to abandon our products. See "Risk factors—Risks relating to our business—Inappropriate actions by certain of our users could be attributed to us and damage our brands' reputations, which in turn could adversely affect our business."

Our global businesses are subject to a variety of complex and continuously evolving income and other tax frameworks. For example, the Organization for Economic Co-Operation and Development ("OECD") has reached political agreement for international tax reform, which includes expanding the jurisdiction of member countries to tax businesses based on some level of digital presence, as well as subjecting these companies to a global minimum tax rate of 15%. The OECD's framework calls for countries to repeal digital services taxes once the OECD's reforms around allocating new taxing rights to markets come into full force. The political agreement calls for reforms to be in force by 2023, and for the European Commission to put forward a draft directive to implement the OECD framework within the EU by the end of 2022. Given disagreements among the EU member countries on the implementation of the OECD framework, it is not clear that the deadline will be met.

11

As a provider of services with a subscription-based element, we are also subject to laws and regulations in certain U.S. states and other countries that apply to our automatically-renewing subscription payment models. For example, the EU's Payment Services Directive (PSD2), which became effective in 2018, could impact our ability to process auto-renewal payments or offer promotional or differentiated pricing for users in the EU. Similar legislation or regulation, or changes to existing laws or regulations governing subscription payments, have been adopted or are being considered in many U.S. states.

Finally, certain U.S. states and certain countries in the Middle East and Asia have laws that specifically govern dating services.

**Human talent**

Our people are critical to Match Group's continued success and we work hard to attract, retain and motivate qualified talent. As of December 31, 2021, we had approximately 2,500 full-time and approximately 40 part-time employees, which represents a 35% year-over-year increase in employee headcount, primarily due to the acquisition of Hyperconnect in the second quarter of 2021. We expect headcount growth to continue for the foreseeable future, particularly as we continue to focus on recruiting employees in technical functions such as software engineers. In addition, we plan to continue to hire a number of employees and contractors to continue to bolster various privacy, safety and data security initiatives as well as other functions to support our expected growth. As of December 31, 2021, approximately 59%, 15%, and 26% of our employees reside in the Americas, Europe, and APAC and Other regions, respectively, spanning 23 countries and reflecting various cultures, backgrounds, ages, sexes, gender identities, sexual orientations, and ethnicities. Our global workforce is highly educated, with the majority of our employees working in engineering or technical roles that are central to the technological and service innovations that drive our business. Competition for qualified talent has historically been intense, particularly for software engineers and other technical staff.

We believe that an equitable and inclusive environment with diverse teams produces more creative solutions, results in better, more innovative services and is crucial to our efforts to attract and retain key talent. We work to support our goals of diversifying our workforce through recruiting, retention, and people development. Our goal is to create a culture where everybody, from everywhere and with every background, can contribute, grow, and thrive.

Our compensation and benefits programs are designed to attract and reward talented individuals who possess the skills necessary to support our business objectives, assist in the achievement of our strategic goals and create long-term value for our stockholders. In addition to salaries, these programs (which vary by country/region) include annual bonuses, stock-based awards, an employee stock purchase plan, retirement benefits, healthcare, and insurance benefits, paid time off, family leave, flexible work schedules, mental health and wellness programs, and employee assistance programs. We are committed to providing competitive and equitable pay. We base our compensation on market data and conduct evaluations of our compensation practices on a regular basis to determine the competitiveness and fairness of our packages.

We are committed to empowering our people with career advancement and learning opportunities. Our talent development programs provide employees with resources to help achieve their career goals, build management skills and contribute to and, where applicable, lead their organizations.

We regularly conduct anonymous surveys to seek feedback from our employees on a variety of topics, including but not limited to, confidence in company leadership, competitiveness of our compensation and benefits, career growth opportunities and ways to improve our company's position as an employer of choice. The results are shared with our employees and reviewed by senior leadership, who analyze areas of progress or opportunity and prioritize actions and activities in response to this feedback to drive meaningful improvements in employee engagement.

We believe that our approach to talent has been instrumental in our growth, and has made Match Group a desirable destination for current and future employees.

**Additional information**

*Company website and public filings.* Investors and others should note that we announce material financial and operational information to our investors using our investor relations website at *https://ir.mtch.com*, Securities and Exchange Commission ("SEC") filings, press releases, and public conference calls. We use these

channels as well as social media to communicate with our users and the public about our company, our services, and other issues. It is possible that the information we post on social media could be deemed to be material information. Accordingly, investors, the media, and others interested in our company should monitor the social media channels listed on our investor relations website in addition to following our SEC filings, press releases, and public conference calls. Neither the information on our website, nor the information on the website of any Match Group business, is incorporated by reference into this report, or into any other filings with, or into any other information furnished or submitted to, the SEC.

The Company makes available, free of charge through its website, its Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, and Current Reports on Form 8-K (including related amendments) as soon as reasonably practicable after they have been electronically filed with (or furnished to) the SEC.

*Code of ethics.* The Company's code of ethics applies to all employees (including Match Group's principal executive officer, principal financial officer and principal accounting officer) and directors and is posted on the Company's website at *https://ir.mtch.com* under the heading of "Corporate Governance." This code of ethics complies with Item 406 of SEC Regulation S-K and the rules of The Nasdaq Stock Market LLC. Any changes to the code of ethics that affect the provisions required by Item 406 of Regulation S-K, and any waivers of such provisions of the code of ethics for Match Group's executive officers, senior financial officers or directors, will also be disclosed on Match Group's website.

## Relationship with IAC after the Separation

In connection with the Separation, the Company entered into certain agreements with IAC to govern the relationship between the Company and IAC following the Separation. These agreements, in certain cases, supersede the agreements entered into between Former Match Group and Former IAC in connection with Former Match Group's IPO in November 2015 (the "IPO Agreements") and include: a tax matters agreement; a transition services agreement; and an employee matters agreement. The IPO Agreements that were not superseded were terminated at closing of the Separation.

In addition to the agreements entered into at the time of the Separation, Match Group leases office space to IAC in a building owned by the Company in Los Angeles. Match Group also leased office space from IAC in New York City on a month-to-month basis through June 2021.

### *Tax Matters Agreement*

Pursuant to the tax matters agreement, each of Match Group and IAC is responsible for certain tax liabilities and obligations following the transfer by Former IAC (i) to Match Group of certain assets and liabilities of, or related to, the businesses of Former IAC (other than Former Match Group) and (ii) to holders of Former IAC common stock and Former IAC Class B common stock, as a result of the reclassification and mandatory exchange of certain series of Former IAC exchangeable preferred stock (collectively, the "IAC Distribution"). Under the tax matters agreement, IAC generally is responsible for, and has agreed to indemnify Match Group against, any liabilities incurred as a result of the failure of the IAC Distribution to qualify for the intended tax-free treatment unless, subject to certain exceptions, the failure to so qualify is attributable to Match Group's or Former Match Group's actions or failure to act, Match Group's or Former Match Group's breach of certain representations or covenants or certain acquisitions of equity securities of Match Group, in each case, described in the tax matters agreement (a "Match Group fault-based action"). If the failure to so qualify is attributable to a Match Group fault-based action, Match Group is responsible for liabilities incurred as a result of such failure and will indemnify IAC against such liabilities so incurred by IAC or its affiliates.

### *Transition Services Agreement*

Pursuant to the transition services agreement, as amended, IAC continues to provide minimal services to Match Group that Former IAC had historically provided to Former Match Group. Match Group continues to provide certain services to IAC that Former Match Group previously provided to Former IAC. The transition services agreement also provides that Match Group and IAC will make efforts to replace, amend, or divide certain joint contracts with third-parties relating to services or products used by both Match Group and IAC. Match Group and IAC also agreed to continue sharing certain services provided pursuant to certain third-party vendor contracts that were not replaced, amended, or divided prior to closing of the Separation.

***Employee Matters Agreement***

Pursuant to the amended and restated employee matters agreement, Match Group will reimburse IAC for the cost of any IAC equity awards held by the Company's employees and former employees upon exercise or vesting. In addition, Match Group employees participated in IAC's U.S. health and welfare plans, 401(k) plan and flexible benefits plan through December 31, 2020. Match Group reimbursed IAC for the costs of such participation in 2020 pursuant to the amended and restated employee matters agreement. Match Group established its own employee benefit plans effective January 1, 2021.

***Other Agreements***

The Transaction Agreement provides that each of Match Group and IAC has agreed to indemnify, defend and hold harmless the other party from and against any liabilities arising out of: (i) any asset or liability allocated to such party or the other members of such party's group under the Transaction Agreement or the businesses of such party's group after the closing of the Separation; (ii) any breach of, or failure to perform or comply with, any covenant, undertaking or obligation of a member of such party's group contained in the Transaction Agreement that survives the closing of the Separation or is contained in any ancillary agreement; and (iii) any untrue or misleading statement or alleged untrue or misleading statement of a material fact or omission, with respect to information contained in or incorporated into the Form S-4 Registration Statement (the "Form S-4") filed with the Securities and Exchange Commission (the "SEC") by IAC and Former IAC in connection with the Separation or the joint proxy statement/prospectus filed by Former IAC and Former Match Group with the SEC pursuant to the Form S-4.

**Item 1A. Risk Factors**

**Risks relating to our business**

***The industry for relationship technologies is competitive, with low switching costs and a consistent stream of new services and entrants, and innovation by our competitors may disrupt our business.***

The industry for relationship technologies is competitive, with a consistent stream of new services and entrants. Some of our competitors may enjoy better competitive positions in certain geographical regions, user demographics or other key areas that we currently serve or may serve in the future. These advantages could enable these competitors to offer services that are more appealing to users and potential users than our services or to respond more quickly and/or cost-effectively than us to new or changing opportunities.

In addition, within the industry for relationship technologies generally, costs for consumers to switch between services are low, and consumers have a propensity to try new approaches to connecting with people and to use multiple services at the same time. As a result, new services, entrants, and business models are likely to continue to emerge. It is possible that a new service could gain rapid scale at the expense of existing brands through harnessing a new technology or a new or existing distribution channel, creating a new or different approach to connecting people or some other means.

Potential competitors include larger companies that could devote greater resources to the promotion or marketing of their services, take advantage of acquisition or other opportunities more readily or develop and expand their services more quickly than we do. Potential competitors also include established social media companies that may develop features or services that may compete with ours or operators of mobile operating systems and app stores. For example, Facebook has introduced a dating feature on its platform, which it has rolled out globally and has grown dramatically in size supported by Facebook's massive worldwide user footprint. These social media and mobile platform competitors could use strong or dominant positions in one or more markets, and ready access to existing large pools of potential users and personal information regarding those users, to gain competitive advantages over us, including by offering different features or services that users may prefer or offering their services to users at no charge, which may enable them to acquire and engage users at the expense of our user growth or engagement.

If we are not able to compete effectively against our current or future competitors and services that may emerge, the size and level of engagement of our user base may decrease, which could have an adverse effect on our business, financial condition, and results of operations.

***The limited operating history of our newer brands and services makes it difficult to evaluate our current business and future prospects.***

We seek to tailor each of our brands and services to meet the preferences of specific communities of users. Building a given brand or service is generally an iterative process that occurs over a meaningful period of time and involves considerable resources and expenditures. Although certain of our newer brands and services have experienced significant growth over relatively short periods of time, the historical growth rates of these brands and services may not be an indication of future growth rates for such services or our newer brands and services generally. We have encountered, and may continue to encounter, risks and difficulties as we build our newer brands and services. The failure to successfully scale these brands and services and address these risks and difficulties could adversely affect our business, financial condition, and results of operations.

***Our growth and profitability rely, in part, on our ability to attract and retain users through cost-effective marketing efforts. Any failure in these efforts could adversely affect our business, financial condition, and results of operations.***

Attracting and retaining users for our services involve considerable expenditures for online and offline marketing. Historically, we have had to increase our marketing expenditures over time in order to attract and retain users and sustain our growth.

Evolving consumer behavior can affect the availability of profitable marketing opportunities. For example, as traditional television viewership declines and as consumers spend more time on mobile devices rather than desktop computers, the reach of many of our traditional advertising channels continues to contract. Similarly, as consumers communicate less via email and more via text messaging, messaging apps and other virtual means,

15

the reach of email campaigns designed to attract new and repeat users (and retain current users) for our services is adversely impacted. Additionally, recent and future changes by large tech platforms, such as Apple and Google, to advertisers' ability to access and use unique advertising identifiers, cookies and other information to acquire potential users, such as Apple's new rules regarding the collection and use of identifiers for advertising ("IDFA"), have adversely impacted, and may continue to adversely impact, our advertising efforts. To continue to reach potential users and grow our businesses, we must identify and devote more of our overall marketing expenditures to newer advertising channels, such as mobile and online video platforms. Generally, the opportunities in and sophistication of newer advertising channels and methods continue to be less developed, proven and precise, making it more difficult to assess returns on investment associated with our advertising efforts and to cost-effectively identify potential users. There can be no assurance that we will be able to continue to appropriately manage our marketing efforts in response to these and other trends in the advertising industry. Any failure to do so could adversely affect our business, financial condition, and results of operations.

***Our business and results of operations have been and may continue to be adversely affected by the recent COVID-19 outbreak or other similar outbreaks.***

Our business could be materially and adversely affected by the outbreak of a widespread health epidemic or pandemic, including the Coronavirus Disease 2019 (COVID-19) pandemic. The COVID-19 pandemic has reached across the globe, resulting in the implementation of significant governmental measures intended to control the spread of the virus, including lockdowns, closures, quarantines, and travel bans, as well as changes in consumer behavior as individuals have become reluctant to engage in social activities with people outside their households. While some of these measures have been relaxed in certain parts of the world, ongoing and future prevention and mitigation measures, as well as the potential for some of these measures to be reinstituted in the event of repeat waves of the virus, have had and are likely to continue to have an adverse impact on global economic conditions and consumer confidence and spending, and could materially adversely affect demand, or users' ability to pay, for our services.

A public health epidemic, including COVID-19, poses the risk that Match Group or its employees, contractors, vendors, and other business partners may be prevented or impaired from conducting ordinary course business activities for an indefinite period of time, including due to shutdowns necessitated for the health and wellbeing of our employees, the employees of business partners, or shutdowns that may be requested or mandated by governmental authorities. For example, early on in the pandemic, certain of our customer support vendors were impacted by government mandated shutdowns which adversely impacted the capability of the affected brands to respond timely and effectively to user inquiries and requests. In addition, in response to the COVID-19 outbreak, we have taken several precautions that may adversely impact employee productivity, such as continuing to allow employees to work remotely, imposing travel restrictions, and ongoing closures of office locations.

The ultimate extent of the impact of any epidemic, pandemic, or other health crisis on our business will depend on multiple factors that are highly uncertain and cannot be predicted, including its severity, location and duration, and actions taken to contain or prevent further its spread. Additionally, the COVID-19 pandemic could increase the magnitude of many of the other risks described in this annual report, and have other adverse effects on our operations that we are not currently able to predict. If our business and the markets in which we operate experience a prolonged occurrence of adverse public health conditions, such as COVID-19, it could materially and adversely affect our business, financial condition, and results of operations. See "Item 7—Management's Discussion and Analysis of Financial Condition and Results of Operations—Trends affecting our business—Impacts of the Coronavirus."

***Foreign currency exchange rate fluctuations could adversely affect our results of operations.***

We operate in various international markets, including jurisdictions within the European Union (which we refer to as the "EU") and Asia. During periods of a strengthening U.S. dollar, our international revenues will be reduced when translated into U.S. dollars. In addition, as foreign currency exchange rates fluctuate, the translation of our international revenues into U.S. dollar-denominated operating results affects the period-over-period comparability of such results and can result in foreign currency exchange gains and losses.

The departure of the United Kingdom from the European Union, commonly referred to as "Brexit," has caused, and may continue to cause, volatility in currency exchange rates between the U.S. dollar and the British Pound and the full impact of Brexit remains uncertain. See ''Item 7—Management's Discussion and Analysis of

16

Financial Condition and Results of Operations—Principles of Financial Reporting—Effects of Changes in Foreign Exchange Rates on Revenue," and Item 7A—Quantitative and Qualitative Disclosures About Market Risk—Foreign Currency Exchange Risk."

***Distribution and marketing of, and access to, our services relies, in significant part, on a variety of third-party platforms, in particular, mobile app stores. If these third parties limit, prohibit, or otherwise interfere with features or services or change their policies in any material way, it could adversely affect our business, financial condition, and results of operations.***

We market and distribute our services (including related mobile applications) through a variety of third-party distribution channels, including Facebook, which has rolled out its own dating service. Our ability to market our brands on any given property or channel is subject to the policies of the relevant third party. Certain platforms and channels have, from time to time, limited or prohibited advertisements for our services for a variety of reasons, including poor behavior by other industry participants. There is no assurance that we will not be limited or prohibited from using certain marketing channels in the future. If this were to happen with a significant marketing channel and/or for a significant period of time, our business, financial condition, and results of operations could be adversely affected.

Additionally, our mobile applications are almost exclusively accessed through the Apple App Store and Google Play Store. Both Apple and Google have broad discretion to change their policies regarding their mobile operating systems and app stores in ways that may limit, eliminate or otherwise interfere with our ability to distribute or market our applications through their stores, our ability to update our applications, including to make bug fixes or other feature updates or upgrades, the features we provide, our ability to access native functionality or other aspects of mobile devices, and our ability to access information about our users that they collect. To the extent either or both of them do so, our business, financial condition and results of operations could be adversely affected. For example, Apple made changes to its policy on the processing of Apple's IDFA, requiring app users to opt in before their IDFA can be accessed by an app. As a consequence, the ability of advertisers to accurately target and measure the effectiveness of their advertising campaigns at the user level has been limited and we and other app developers have experienced increased cost per registration. Additionally, Apple and Google are known to retaliate against app developers who publicly or privately challenge their app store rules and policies, and such retaliation has and could adversely affect our business, financial condition, and results of operations.

***The success of our services will depend, in part, on our ability to access, collect, and use personal data about our users and subscribers.***

We rely on the Apple App Store and Google Play Store to distribute and monetize our mobile applications. Our users and subscribers engage with these platforms directly and may be subject to requirements regarding the use of their payment systems for various transactions. As a result of this disintermediation, these platforms receive and do not share with us key user data that we would otherwise receive if we transacted with our users and subscribers directly. If these platforms continue to or increasingly limit, eliminate, or otherwise interfere with our ability to access, collect, and use key user data, our ability to identify and communicate with a meaningful portion of our user and subscriber bases and provide services to help keep our users safe may be adversely impacted. If so, our customer relationship management efforts, our ability to reach new segments of our user and subscriber bases and the population generally, the efficiency of our paid marketing efforts, the rates we are able to charge advertisers seeking to reach users and subscribers on our various properties, our ability to comply with applicable law, and our ability to identify and exclude users and subscribers whose access would violate applicable terms and conditions, including underage individuals and bad actors, may be negatively impacted, and our business, financial condition, and results of operations could be adversely affected.

***As the distribution of our services through app stores increases, in order to maintain our profit margins, we may need to offset increasing app store fees by decreasing traditional marketing expenditures, increasing user volume, or monetization per user or by engaging in other efforts to increase revenue or decrease costs generally, or our business, financial condition, and results of operations could be adversely affected.***

We rely on the Apple App Store and the Google Play Store to distribute and monetize our mobile applications and related in-app services. While our mobile applications are generally free to download from these stores, we offer our users the opportunity to purchase subscriptions and certain à la carte features within these applications. We determine the prices at which these subscriptions and features are sold; however,

17

purchases of these subscriptions and features via our mobile applications are required to be processed through the in-app payment systems provided by Apple and Google. Due to these requirements, we pay Apple and Google, as applicable, a meaningful share (generally 30%) of the revenue we receive from these transactions (Google reduced its in-app purchase fees for subscription payments to 15% as of January 1, 2022). While we are constantly innovating on and creating our own payment systems and methods, given the ever increasing distribution of our services through app stores and the strict mandates to use the in-app payments systems tied into Apple's and Google's app stores, we may need to offset these increased app store fees by decreasing traditional marketing expenditures as a percentage of revenue, increasing user volume or monetization per user, or by engaging in other efforts to increase revenue or decrease costs generally, or our business, financial condition and results of operations could be adversely affected. Google announced that it will require all developers to process all in-app purchases of subscriptions and features entirely through their in-app payment system beginning on March 31, 2022, instead of the original date announced by Google of September 30, 2021. To date, Google has not enforced such a requirement, but if Google does so, our business, financial condition and results of operations would be adversely affected. See "Item 1—Business—Dependencies on services provided by others—App Stores."

### We depend on our key personnel.

Our future success will depend upon our continued ability to identify, hire, develop, motivate, and retain highly skilled individuals across the globe, with the continued contributions of our senior management being especially critical to our success. Competition for well-qualified employees across Match Group and its various businesses is intense and our continued ability to compete effectively depends, in part, upon our ability to attract new employees. Effective succession planning is also important to our future success. If we fail to ensure the effective transfer of senior management knowledge and smooth transitions involving senior management across our various businesses, our ability to execute short and long term strategic, financial, and operating goals, as well as our business, financial condition, and results of operations generally, could be adversely affected.

### Our success depends, in part, on the integrity of our systems and infrastructures and on our ability to enhance, expand, and adapt these systems and infrastructures in a timely and cost-effective manner.

To succeed, our systems and infrastructures must perform well on a consistent basis. We have experienced and may from time to time, experience system interruptions that make some or all of our systems or data unavailable and prevent our services from functioning properly for our users. Any such interruption could arise for any number of reasons. Further, our systems and infrastructures are vulnerable to damage from fire, power loss, telecommunications failures, acts of God, and similar events. While we have backup systems in place for certain aspects of our operations, not all of our systems and infrastructures are fully redundant, disaster recovery planning is not sufficient for all eventualities and our property and business interruption insurance coverage may not be adequate to fully compensate us for any losses that we may suffer. Any interruptions or outages, regardless of the cause, could negatively impact our users' experiences with our platforms, tarnish our brands' reputations, and decrease demand for our services, any or all of which could adversely affect our business, financial condition, and results of operations.

We also continually work to expand and enhance the efficiency and scalability of our technology and network systems to improve the experience of our users, accommodate substantial increases in the volume of traffic to our various platforms, ensure acceptable load times for our services, and keep up with changes in technology and user preferences. Any failure to do so in a timely and cost-effective manner could adversely affect our users' experience with our various services and thereby negatively impact the demand for our services, and could increase our costs, either of which could adversely affect our business, financial condition, and results of operations.

### We may not be able to protect our systems and infrastructure from cyberattacks and may be adversely affected by cyberattacks experienced by third parties.

We are regularly under attack by perpetrators of random or targeted malicious technology-related events, such as cyberattacks, computer viruses, worms, bot attacks or other destructive or disruptive software, distributed denial of service attacks, and attempts to misappropriate customer information, including personal user data, credit card information, and account login credentials. While we have invested (and continue to invest) in the protection of our systems and infrastructure, in related personnel and training and in employing a data minimization strategy, where appropriate, there can be no assurance that our efforts will prevent

18

significant breaches in our systems or other such events from occurring. Some of our systems have experienced past security incidents, and, although they did not have a material adverse effect on our operating results, there can be no assurance of a similar result in the future. Any cyber or similar attack we are unable to protect ourselves against could damage our systems and infrastructure, prevent us from providing our services, tarnish our brand reputation, result in the disclosure of confidential or sensitive information of our users, and/or be costly to remedy, as well as subject us to investigations by regulatory authorities and/or litigation that could result in liability to third parties.

The impact of cyber or similar attacks experienced by third parties who provide services to us or otherwise process data on our behalf could have a similar effect on us. Moreover, even cyber or similar attacks that do not directly affect us or our third party service providers or data processors may result in widespread access to user account login credentials that such users have used across multiple internet sites, including our sites, or a loss of consumer confidence generally, which could make users less likely to use or continue to use online services generally, including our services. The occurrence of any of these events could have an adverse effect on our business, financial condition, and results of operations.

*Our success depends, in part, on the integrity of third-party systems and infrastructure.*

We rely on third parties, primarily data center and cloud-based, hosted web service providers, such as Amazon Web Services, as well as third party computer systems, broadband and other communications systems, and service providers, in connection with the provision of our services generally, as well as to facilitate and process certain transactions with our users. We have no control over any of these third parties or their operations. Any changes in service levels at our data centers or hosted web service providers or any interruptions, outages, or delays in our systems or those of our third party providers, deterioration in the performance of these systems, or cyber or similar attacks on these systems could impair our ability to provide our services or process transactions with our users, which would adversely impact our business, financial condition and results of operations. See "Item 1—Business—Dependencies on services provided by others—Cloud and Other Services."

*If the security of personal and confidential or sensitive user information that we maintain and store is breached or otherwise accessed by unauthorized persons, it may be costly to mitigate the impact of such an event and our reputation could be harmed.*

We receive, process, store, and transmit a significant amount of personal user and other confidential or sensitive information, including credit card information and user-to-user communications, and enable our users to share their personal information with each other. In some cases, we engage third party service providers to store this information. We continuously develop and maintain systems to protect the security, integrity, and confidentiality of this information, but we have experienced past incidents and cannot guarantee that inadvertent or unauthorized use or disclosure will not occur in the future or that third parties will not gain unauthorized access to this information despite our efforts. When such events occur, we may not be able to remedy them, be required by law to notify regulators and individuals whose personal information was used or disclosed without authorization, be subject to claims against us, including government enforcement actions, fines and litigation, and have to expend significant capital and other resources to mitigate the impact of such events, including developing and implementing protections to prevent future events of this nature from occurring. When breaches of security (or the security of our service providers) occur, the perception of the effectiveness of our security measures, the security measures of our service providers, and our reputation may be harmed, we may lose current and potential users and our various brands' reputation and competitive positions may be tarnished, any or all of which might adversely affect our business, financial condition, and results of operations.

*Our business is subject to complex and evolving U.S. and international laws and regulations, including with respect to data privacy and platform liability. These laws and regulations are subject to change and uncertain interpretation, and could result in changes to our business practices, increased cost of operations, declines in user growth or engagement, claims, monetary penalties, or otherwise harm our business.*

We are subject to a variety of laws and regulations in the United States and abroad that involve matters that are important to or may otherwise impact our business. See "Item 1—Business—Government regulation." These U.S. federal, state, and municipal and foreign laws and regulations, which in some cases can be enforced by private parties in addition to government entities, are constantly evolving and subject to change. As a result,

the application, interpretation, and enforcement of these laws and regulations are often uncertain, particularly in the rapidly evolving industry in which we operate, and may be interpreted and applied inconsistently from state to state and country to country and inconsistently with our current policies and practices. These laws and regulations, as well as any associated inquiries, investigations or other government actions, may be costly to comply with and may delay or impede the development of new services, require changes to or cessation of certain business practices, result in negative publicity, increase our operating costs, require significant management time and attention, and subject us to remedies that may harm our business, including fines or modifications to existing business practices.

In the case of tax laws, positions that we have taken or will take are subject to interpretation by the relevant taxing authorities. While we believe that the positions we have taken to date comply with applicable law, there can be no assurances that the relevant taxing authorities will not take a contrary position, and if so, that such positions will not adversely affect us. Any events of this nature could adversely affect our business, financial condition, and results of operations.

Proposed or new legislation and regulations could also adversely affect our business. See "Item 1—Business—Government regulation." To the extent such new or more stringent measures are required to be implemented, impose new liability or limit or remove existing protections, our business, financial condition, and results of operations could be adversely affected.

The adoption of any laws or regulations that adversely affect the popularity or growth in use of the internet or our services, including laws or regulations that undermine open and neutrally administered internet access, could decrease user demand for our service offerings and increase our cost of doing business. For example, in December 2017, the Federal Communications Commission adopted an order reversing net neutrality protections in the United States, including the repeal of specific rules against blocking, throttling or "paid prioritization" of content or services by internet service providers. To the extent internet service providers engage in such blocking, throttling, "paid prioritization" of content, or similar actions as a result of this order and the adoption of similar laws or regulations, our business, financial condition, and results of operations could be adversely affected.

***We are subject to a number of risks related to credit card payments, including data security breaches and fraud that we or third parties experience, any of which could adversely affect our business, financial condition, and results of operations.***

We accept payment from our users primarily through credit card transactions and certain online payment service providers. When we or a third party experiences a data security breach involving credit card information, affected cardholders will often cancel their credit cards. In the case of a breach experienced by a third party, the more sizable the third party's customer base and the greater the number of credit card accounts impacted, the more likely it is that our users would be impacted by such a breach. To the extent our users are affected by such a breach experienced by us or a third party, such users would need to be contacted to obtain new credit card information and process any pending transactions. It is likely that we would not be able to reach all affected users, and even if we could, some users' new credit card information may not be obtained and some pending transactions may not be processed, which could adversely affect our business, financial condition, and results of operations.

Even if our users are not directly impacted by a given data security breach, they may lose confidence in the ability of service providers to protect their personal information generally, which could cause them to stop using their credit cards online or choose alternative payment methods that are less convenient or more costly for us or otherwise restrict our ability to process payments without significant user effort.

Additionally, if we fail to adequately prevent fraudulent credit card transactions, we may face litigation, fines, governmental enforcement action, civil liability, diminished public perception of our security measures, significantly higher credit card-related and remediation costs, or refusal by credit card processors to continue to process payments on our behalf, any of which could adversely affect our business, financial condition, and results of operations.

***Inappropriate actions by certain of our users could be attributed to us and damage our brands' reputations, which in turn could adversely affect our business.***

Users of our services have been, and may in the future be, physically, financially, emotionally, or otherwise harmed by other individuals that such users met or may meet through the use of one of our services. When one or more of our users suffers or alleges to have suffered any such harm, we have in the past, and could in the future, experience negative publicity or legal action that could damage our reputation and our brands. Similar events affecting users of our competitors' services have in the past, and could in the future, result in negative publicity for the dating industry generally, which could in turn negatively affect our business.

In addition, the reputations of our brands may be adversely affected by the actions of our users that are deemed to be hostile, offensive, defamatory, inappropriate, untrue, or unlawful. While we have systems and processes in place that aim to monitor and review the appropriateness of the content accessible through our services, and have adopted policies regarding illegal, offensive, or inappropriate use of our services, our users have in the past, and could in the future, nonetheless engage in activities that violate our policies. These safeguards may not be sufficient to avoid harm to our reputation and brands, especially if such hostile, offensive, or inappropriate use is well-publicized.

***We may fail to adequately protect our intellectual property rights or may be accused of infringing the intellectual property rights of third parties.***

We rely heavily upon our trademarks and related domain names and logos to market our brands and to build and maintain brand loyalty and recognition. We also rely upon patented and patent-pending proprietary technologies and trade secrets relating to our services.

We rely on a combination of laws, and contractual restrictions with employees, customers, suppliers, and others, to establish and protect our intellectual property rights. For example, we have generally registered and continue to apply to register and renew, or secure by contract where appropriate, trademarks and service marks as they are developed and used, and reserve, register, and renew domain names as we deem appropriate. Effective trademark protection may not be available or sought in every country in which our services are made available, and contractual disputes may affect the use of marks governed by private contract. Similarly, not every variation of a domain name may be available or registered, even if available.

We generally seek to apply for patents or other similar statutory protections as and when we deem appropriate, based on then-current facts and circumstances, and will continue to do so in the future. No assurances can be given that any patent application we have filed or will file will result in a patent being issued, or that any existing or future patents will afford adequate protection against competitors and similar technologies. In addition, no assurances can be given that third parties will not create new products or methods that achieve similar results without infringing upon patents we own.

Despite these measures, our intellectual property rights may still not be protected in a meaningful manner, challenges to contractual rights could arise, third parties could copy or otherwise obtain and use our intellectual property without authorization, our existing trademarks, patents, or trade secrets may be determined to be invalid or unenforceable, or laws and interpretations of laws regarding the enforceability of existing intellectual property rights may change over time in a manner that provides less protection. The occurrence of any of these events could tarnish of our brands' reputation, limit our ability to market them, or impede our ability to effectively compete against competitors with similar technologies, any of which could adversely affect our business, financial condition, and results of operations.

From time to time, we have been subject to legal proceedings and claims, including claims of alleged infringement of trademarks, copyrights, patents, and other intellectual property rights held by third parties. In addition, litigation may be necessary in the future to enforce our intellectual property rights, protect our trade secrets, and patents or to determine the validity and scope of proprietary rights claimed by others. For example, in 2021, we settled patent and trademark infringement litigation against Muzmatch, and settled with several other infringers outside of litigation. Any litigation of this nature, regardless of outcome or merit, could result in substantial costs and diversion of management and technical resources, any of which could adversely affect our business, financial condition, and results of operations.

21

***We operate in various international markets, including certain markets in which we have limited experience. As a result, we face additional risks in connection with certain of our international operations.***

Operating internationally, particularly in countries in which we have limited experience, exposes us to a number of risks in addition to those otherwise described in this annual report, such as:

- operational and compliance challenges caused by distance, language, and cultural differences;

- difficulties in staffing and managing international operations;

- differing levels of social and technological acceptance of our services or lack of acceptance of them generally;

- differing and potentially adverse tax laws;

- compliance challenges due to different laws and regulatory environments, particularly in the case of privacy, data security, intermediary or platform liability, and consumer protection;

- competitive environments that favor local businesses or local knowledge of such environments;

- limitations on the level of intellectual property protection; and

- trade sanctions, political unrest, terrorism, war, and epidemics or the threat of any of these events (such as COVID-19).

The occurrence of any or all of the events described above could adversely affect our international operations, which could in turn adversely affect our business, financial condition, and results of operations.

***We may experience operational and financial risks in connection with acquisitions.***

We have made acquisitions in the past, including our acquisition of Hyperconnect in June 2021, and continue to seek potential acquisition candidates. We may experience operational and financial risks in connection with historical and future acquisitions if we are unable to:

- properly value prospective acquisitions, especially those with limited operating histories;

- fully identify potential risks and liabilities associated with acquired businesses;

- successfully integrate the operations and accounting, financial controls, management information, technology, human resources, and other administrative systems, of the acquired businesses with our existing operations and systems;

- retain or hire senior management and other key personnel at acquired businesses; and

- successfully support the acquired businesses in executing on strategic plans, including expansion into geographies where we have presence and experience.

Furthermore, we may not be successful in addressing other challenges encountered in connection with our acquisitions and the anticipated benefits of one or more of our acquisitions may not be realized. In addition, such acquisitions can result in material diversion of management's attention or other resources from our existing businesses. The occurrence of any these events could have an adverse effect on our business, financial condition, and results of operations.

***We are subject to litigation, and adverse outcomes in such litigation could have an adverse effect on our financial condition.***

We are, and from time to time may become, subject to litigation and various legal proceedings, including litigation and proceedings related to employment matters, intellectual property matters, privacy and consumer protection laws, as well as stockholder derivative suits, class action lawsuits, mass arbitrations, and other matters, that involve claims for substantial amounts of money or for other relief, results in significant costs for legal representation, arbitration fees, or other legal or related services, or that might necessitate changes to our business or operations. The defense of these actions is time consuming and expensive. We evaluate these litigation claims and legal proceedings to assess the likelihood of unfavorable outcomes and to estimate, if possible, the amount of potential losses. Based on these assessments and estimates, we may establish reserves and/or disclose the relevant litigation claims or legal proceedings, as and when required or appropriate. These

assessments and estimates are based on information available to management at the time of such assessment or estimation and involve a significant amount of judgment. As a result, actual outcomes or losses could differ materially from those envisioned by our current assessments and estimates. Our failure to successfully defend or settle any of these litigations or legal proceedings could result in liability that, to the extent not covered by our insurance, could have an adverse effect on our business, financial condition, and results of operations. See "Item 3—Legal Proceedings."

**Risks relating to our indebtedness**

*Our indebtedness may affect our ability to operate our business, which could have a material adverse effect on our financial condition and results of operations. We and our subsidiaries may incur additional indebtedness, including secured indebtedness.*

As of December 31, 2021, we had total debt outstanding of approximately $4.0 billion and borrowing availability of $749.6 million under our revolving credit facility.

Our indebtedness could have important consequences, such as:

- limiting our ability to obtain additional financing to fund working capital needs, acquisitions, capital expenditures, or other debt service requirements or for other purposes;

- limiting our ability to use operating cash flow to pursue acquisitions or invest in other areas, such as developing new brands, services, or exploiting business opportunities;

- restricting our business operations due to financial and operating covenants in the agreements governing our and certain of our subsidiaries' existing and future indebtedness, including certain covenants that restrict the ability of our subsidiaries to pay dividends or make other distributions to us; and

- exposing us to potential events of default (if not cured or waived) under financial and operating covenants contained in our or our subsidiaries' debt instruments that could have a material adverse effect on our business, financial condition and operating results.

Although the terms of our credit agreement and the indentures related to our senior notes contain restrictions on the incurrence of additional indebtedness, these restrictions are subject to a number of qualifications and exceptions, and additional indebtedness incurred in compliance with these restrictions could be significant. If new debt is added to our and our subsidiaries' current debt levels, the risks described above could increase.

*We may not be able to generate sufficient cash to service all of our indebtedness and may be forced to take other actions to satisfy our obligations under our indebtedness that may not be successful.*

Our ability to satisfy our debt obligations will depend upon, among other things:

- our future financial and operating performance, which will be affected by prevailing economic conditions and financial, business, regulatory, and other factors, many of which are beyond our control; and

- our future ability to borrow under our revolving credit facility, the availability of which will depend on, among other things, our complying with the covenants in the then-existing agreements governing our indebtedness.

There can be no assurance that our business will generate sufficient cash flow from operations, or that we will be able to draw under our revolving credit facility or otherwise, in an amount sufficient to fund our liquidity needs.

If our cash flows and capital resources are insufficient to service our indebtedness, we may be forced to reduce or delay capital expenditures, sell assets, seek additional capital, or restructure or refinance our indebtedness. These alternative measures may not be successful and may not permit us to meet our scheduled debt service obligations. Our ability to restructure or refinance our debt will depend on the condition of the capital markets and our financial condition at such time. Any refinancing of our debt could be at higher interest rates and may require us to comply with more onerous covenants, which could further restrict our business

operations. In addition, the terms of existing or future debt agreements may restrict us from adopting some of these alternatives.

### *Variable rate indebtedness that we have incurred or may incur under our credit agreement will subject us to interest rate risk, which could cause our debt service obligations to increase significantly.*

We currently have $425 million of indebtedness outstanding under our term loan and no outstanding borrowings under our revolving credit agreement. Borrowings under term loan are, and any borrowings under the revolving credit facility will be, at variable rates of interest. Indebtedness that bears interest at variable rates exposes us to interest rate risk. See "Item 7A—Quantitative and Qualitative Disclosures About Market Risk—Interest Rate Risk."

### *Exchange of the exchangeable notes may dilute the ownership interests of existing stockholders or may otherwise depress the price of our common stock.*

We are obligated as a guarantor under the indentures relating to the exchangeable notes. The exchange of some or all of the exchangeable notes may dilute the ownership interests of our stockholders to the extent we deliver shares of our common stock upon exchange. While the exchangeable note hedges are expected to reduce the potential dilutive effect on our common stock upon any exchange and/or offset any cash payment the issuers of the exchangeable notes would be required to make in excess of the principal amount of the exchanged notes, the warrants have a dilutive effect to the extent that the market price per share of our common stock exceeds the strike price of the warrants. Any sales in the public market of our common stock issuable upon such exchange could adversely affect prevailing market prices of our common stock. In addition, the existence of the exchangeable notes may encourage short selling of our common stock by market participants because the exchange of the exchangeable notes could be used to satisfy short positions. In addition, the anticipated exchange of the exchangeable notes could depress the price of our common stock.

### Risks relating to the Separation

### *We may be unable to achieve some or all of the benefits that we expect to achieve through the Separation.*

We believe that the intended strategic and financial benefits of the Separation should be achieved. However, there can be no assurance of this or that we will be able to attract transaction partners using our capital stock as acquisition currency and that analysts and investors will regard our new corporate structure as more clear and simple than our former corporate structure.

### *If the transactions effected in connection with the Separation were to fail to qualify as generally tax-free for U.S. federal income tax purposes, we and our stockholders could suffer material adverse consequences.*

Following the completion of the Separation and the merger of Former Match Group into a wholly-owned subsidiary ("Merger Sub") of Former IAC (the "Merger"), Former Match Group's successor became a wholly-owned subsidiary of Match Group and most of Former IAC's existing other subsidiaries came to be held under a separate public company. Former IAC and IAC received opinions from outside counsel that the Separation and related transactions taken together, and the Merger, were tax-free for U.S. federal income tax purposes. These opinions were based upon and rely on various facts and assumptions, as well as certain representations and undertakings of Former IAC, Former Match Group, IAC, and Match Group, including relating to the past and future conduct of Former IAC, Former Match Group, IAC, and Match Group. If any of these representations or undertakings is, or becomes, inaccurate or incomplete, or if any of the representations or covenants contained in any of the transaction-related agreements or in any document relating to the opinions of counsel is, or becomes, inaccurate or is not complied with by Former IAC, Former Match Group, IAC, Match Group, or any of their respective subsidiaries, the opinions of counsel may be invalid and the conclusions reached therein could be jeopardized.

Notwithstanding receipt of the opinions of counsel regarding the transactions, the U.S. Internal Revenue Service ("IRS") could determine that some or all of the transactions effected in connection with the Separation should be treated as taxable for U.S. federal income tax purposes if it determines that any of the representations, assumptions, or undertakings upon which the opinions of counsel were based are inaccurate or have not been complied with. Moreover, even if the foregoing representations, assumptions, or undertakings are accurate and have been complied with, the opinions of counsel merely represent the judgment of such counsel and are not binding on the IRS or any court, and the IRS or a court may disagree with the conclusions in

24

the opinions of counsel. Accordingly, there can be no assurance that the IRS will not assert that the transactions effected in connection with the Separation do not qualify for tax-free treatment for U.S. federal income tax purposes or that a court would not sustain such a challenge. In the event the IRS were to prevail with such a challenge, parties to the Separation, including Match Group could be subject to tax with respect to the Separation.

For example, if the transactions effected in connection with the Separation were to fail to qualify as a transaction that is generally tax-free for U.S. federal income tax purposes under Sections 355 and 368(a)(1)(D) of the Internal Revenue Code of 1986 (as amended, the "Code"), in general, for U.S. federal income tax purposes, we would recognize a taxable gain as if the distribution of New IAC stock in connection with the Separation had been sold in a taxable sale for its fair market value. Even if the transactions effected in connection with the Separation were to otherwise qualify as a tax-free transaction under Sections 355 and 368(a)(1)(D) of the Code, taxable gain may be triggered under Section 355(e) of the Code if the transactions effected in connection with the Separation were, or later transactions are, deemed to be part of a plan (or series of related transactions) pursuant to which one or more persons acquire, directly or indirectly, shares representing a 50 percent or greater interest (by vote or value) in us or IAC. For this purpose, any acquisitions of (i) Former IAC stock or Former Match Group stock before the Separation or (ii) IAC stock or Match Group stock within the period beginning two years before the Separation and ending two years after the Separation are presumed to be part of such a plan, although we or IAC may be able to rebut that presumption.

In addition to potential tax liabilities relating to Former Match Group, we and our subsidiaries could be liable to satisfy any tax liabilities relating to Former IAC or IAC with respect to the Separation if their tax-free treatment for U.S. federal income tax purposes were successfully challenged by the IRS. While, in some cases, IAC may be obligated under the Tax Matters Agreement to indemnify us for some or all of such taxes, even in those cases, there is no assurance that they will in fact indemnify us.

In addition, if the Merger were determined to be taxable for U.S. federal income tax purposes, we would be subject to tax on the transfer of the assets of Former Match to Merger Sub. If we or our subsidiaries were required to pay taxes imposed on us with respect to the Separation, our cash flows would be adversely affected.

### *We may not be able to engage in desirable capital-raising or strategic transactions following the Separation.*

We believe we will generally be able to engage in desirable capital-raising or strategic transactions. However, under current U.S. federal income tax law, a distribution that otherwise qualifies for tax-free treatment can be rendered taxable to the distributing corporation and its stockholders as a result of certain post-distribution transactions, including certain acquisitions of shares or assets of both the distributing corporation and the corporation the stock of which is distributed. To preserve the tax-free treatment of the transactions effected in connection with the Separation, the Tax Matters Agreement imposes certain restrictions on us and our subsidiaries during the two-year period following the Separation. Except in specific circumstances, we are generally restricted from (1) ceasing to actively conduct certain of our businesses; (2) entering into certain transactions or series of transactions pursuant to which all or a portion of our shares of common stock would be acquired, whether by merger or otherwise; (3) liquidating or merging or consolidating with any other person; (4) issuing equity securities beyond certain thresholds; (5) repurchasing shares of our common stock, other than in certain open-market transactions; or (6) taking or failing to take any other action that would cause the transactions effected in connection with the Separation to fail to qualify as a transaction that is generally tax-free for U.S. federal income tax purposes under Sections 355 and 368(a)(1)(D) of the Code. These restrictions may limit our ability to pursue certain equity issuances, strategic transactions, repurchases or other transactions that we may otherwise believe to be in the best interests of our stockholders or that might increase the value of our business.

### *Actual or potential conflicts of interest may develop between our management and directors, on the one hand, and the management and directors of IAC, on the other hand.*

Certain of our directors and executive officers and directors of IAC own both Match Group common stock and IAC common stock. This ownership overlap could create, or appear to create, potential conflicts of interest when Match Group's directors and IAC's executive officers and directors face decisions that could have different implications for Match Group and IAC. For example, potential conflicts of interest could arise in connection with the resolution of any dispute between Match Group and IAC regarding the terms of the agreements governing

25

the Separation and the relationship between Match Group and IAC thereafter. Potential conflicts of interest could also arise if Match Group and IAC enter into any commercial arrangements in the future.

In addition, Joseph Levin serves as a director of Match Group while also serving as an executive officer of IAC, and Alan G. Spoon serves as a director of each of Match Group and IAC. We believe that having a limited number of senior IAC management members serve on our Board for a transitional period will be beneficial to us. However, the fact that Messrs. Levin and Spoon hold positions with both Match Group and IAC could create, or appear to create, potential conflicts of interest for each of them when facing decisions that may affect both Match Group and IAC, and each of them also faces conflicts of interest with regard to the allocation of his time between Match Group and IAC.

### Our certificate of incorporation could prevent us from benefiting from corporate opportunities that might otherwise have been available to us.

Our certificate of incorporation includes a "corporate opportunity" provision in which Match Group and its affiliates renounce any interests or expectancy in corporate opportunities which become known to any of Match Group's directors or officers who are also officers or directors of IAC.

Generally, Match Group's officers or directors who are also IAC's officers or directors will not be liable to Match Group or its stockholders for breach of any fiduciary duty because such person fails to communicate or offer to Match Group a corporate opportunity that has been communicated or offered to IAC, that may also be a corporate opportunity of Match Group or because such person communicates or offers to IAC any corporate opportunity that may also be a corporate opportunity of Match Group. In order for any Match Group director or officer who is also an IAC director or officer not to be liable to Match Group or its stockholders, such opportunity cannot become known to the officer or director in his or her capacity as a Match Group director or officer and cannot be presented to any party other than IAC. In addition, such officer or director cannot pursue such opportunity in his or her individual capacity. The corporate opportunity provision may exacerbate conflicts of interest between Match Group and IAC because the provision effectively permits any of Match Group's directors or officers who also serve as an officer or director of IAC to choose to direct a corporate opportunity to IAC instead of to Match Group.

### Risks relating to ownership of our common stock

### You may experience dilution due to the issuance of additional securities in the future.

Our dilutive securities consist of vested and unvested options to purchase shares of our common stock, restricted stock unit awards, equity awards denominated in the equity of our non-public subsidiaries but settleable in shares of our common stock, the exchangeable notes, and the exchangeable note warrants.

These dilutive securities are reflected in our dilutive earnings per share calculation contained in our financial statements for fiscal years ended December 31, 2021, 2020, and 2019. For more information, see "Note 10—Earnings per Share" to the consolidated financial statements included in "Part II, Item 8—Consolidated Financial Statements and Supplementary Data." Intra-quarter movements in our stock price, could lead to more or less dilution than reflected in these calculations.

### We do not expect to declare any regular cash dividends in the foreseeable future.

We have no current plans to pay cash dividends on our common stock. Instead, we anticipate that all of our future earnings will be retained to support our operations and to finance the growth and development of our business. We are not obligated to pay dividends on our common stock. Consequently, investors may need to rely on sales of their common stock after price appreciation, which may never occur, as the only way to realize any future gains on their investment. Investors seeking regular cash dividends should not purchase our common stock.

### Provisions in our certificate of incorporation and bylaws or Delaware law may discourage, delay, or prevent a change of control of our company or changes in our management and, therefore, depress the trading price of our common stock.

Delaware corporate law and our certificate of incorporation and bylaws contain provisions that could discourage, delay or prevent a change in control of our company or changes in our management that the stockholders of our company may deem advantageous, including provisions which:

- authorize the issuance of "blank check" preferred stock that our board of directors could issue to increase the number of outstanding shares and to discourage a takeover attempt;

- establish a classified board of directors, as a result of which our board is divided into three classes, with each class serving for staggered three-year terms, which prevents stockholders from electing an entirely new board of directors at an annual meeting;

- prohibit stockholder action by written consent, thereby requiring all actions to be taken at a meeting of the stockholders;

- eliminate the ability of our stockholders to call special meetings of stockholders;

- provide that certain litigation against us can be brought only in Delaware (subject to certain exceptions); and

- provide that the board of directors is expressly authorized to make, alter, or repeal our bylaws.

Any provision of our certificate of incorporation, our bylaws or Delaware law that has the effect of delaying or deterring a change in control could limit the opportunity for our stockholders to receive a premium for their shares of our common stock, and could also affect the price that some investors are willing to pay for our common stock.

## Item 1B. Unresolved Staff Comments

None.

## Item 2. Properties

Match Group believes that the facilities for its management and operations are generally adequate for its current and near-term future needs. Match Group's facilities, whether owned or leased, are in various cities in the United States and abroad, generally consist of executive and administrative offices and data centers. We also believe that, if we require additional space, we will be able to lease additional facilities on commercially reasonable terms.

## Item 3. Legal Proceedings

### Overview

We are, and from time to time may become, involved in various legal proceedings arising in the normal course of our business activities, such as trademark and patent infringement claims, trademark oppositions, and consumer or advertising complaints, as well as stockholder derivative actions, class action lawsuits, mass arbitrations, and other matters. The amounts that may be recovered in such matters may be subject to insurance coverage. The litigation matters described below involve issues or claims that may be of particular interest to our stockholders, regardless of whether any of these matters may be material to our financial position or operations based upon the standard set forth in the SEC's rules.

Pursuant to the Transaction Agreement, we have agreed to indemnify IAC for matters relating to any business of Former Match Group, including indemnifying IAC for costs related to the matters described below other than the matter described under the heading "Newman Derivative and Stockholder Class Action Regarding Separation Transaction".

The official names of legal proceedings in the descriptions below (shown in italics) reflect the original names of the parties when the proceedings were filed as opposed to the current names of the parties following the separation of Match Group and IAC.

### Consumer Class Action Litigation Challenging Tinder's Age-Tiered Pricing

On May 28, 2015, a putative state-wide class action was filed against Tinder in state court in California. See *Allan Candelore v. Tinder, Inc.*, No. BC583162 (Superior Court of California, County of Los Angeles). The complaint principally alleged that Tinder violated California's Unruh Civil Rights Act by offering and charging users age 30 and over a higher price than younger users for subscriptions to its premium Tinder Plus service. The complaint sought certification of a class of California Tinder Plus subscribers age 30 and over and damages in an unspecified amount. On December 29, 2015, in accordance with a prior ruling sustaining Tinder's demurrer, the

court entered judgment dismissing the action. On January 29, 2018, the California Court of Appeal (Second Appellate District, Division Three) issued an opinion reversing the judgment of dismissal. On May 9, 2018, the California Supreme Court denied Tinder's petition seeking interlocutory review of the Court of Appeal's decision and the case was returned to the trial court for further proceedings.

In a related development, on June 21, 2019, in a substantially similar putative class action asserting the same substantive claims and pending in federal district court in California, the court entered judgment granting final approval of a class-wide settlement, the terms of which are not material to the Company. See *Lisa Kim v. Tinder, Inc.*, No. 18-cv-3093 (Central District of California). Because the approved settlement class in *Kim* subsumes the proposed settlement class in *Candelore*, the judgment in *Kim* would effectively render *Candelore* a single-plaintiff lawsuit. Accordingly, on July 11, 2019, two objectors to the *Kim* settlement, represented by the plaintiff's counsel in *Candelore*, filed a notice of appeal from the *Kim* judgment with the U.S. Court of Appeals for the Ninth Circuit. Oral argument on the appeal occurred on January 15, 2021. On August 17, 2021, the U.S. Court of Appeals for the Ninth Circuit reversed and remanded the district court's decision. On November 3, 2021, the trial court granted preliminary approval of the settlement. On December 13, 2021, plaintiff filed an amended motion for final approval of the proposed settlement agreement, the terms of which are not material to the Company.

On November 13, 2019, the trial court in *Candelore* issued an order staying the class claims in the case pending the Ninth Circuit's decision on the *Kim* appeal. On October 5, 2021, the trial court lifted the stay. We believe that the allegations in the *Candelore* lawsuit are without merit and will continue to defend vigorously against it.

**Tinder Optionholder Litigation Against Former Match Group and Match Group**

On August 14, 2018, ten then-current and former employees of Match Group, LLC or Tinder, Inc. ("Tinder"), a former subsidiary of Former Match Group, filed a lawsuit in New York state court against Former Match Group and Match Group. See *Sean Rad et al. v. IAC/InterActiveCorp and Match Group, Inc.*, No. 654038/2018 (Supreme Court, New York County). The complaint alleged that in 2017, the defendants: (i) wrongfully interfered with a contractually established process for the independent valuation of Tinder by certain investment banks, resulting in a substantial undervaluation of Tinder and a consequent underpayment to the plaintiffs upon exercise of their Tinder stock options, and (ii) then wrongfully merged Tinder into Former Match Group, thereby depriving certain of the plaintiffs of their contractual right to later valuations of Tinder on a stand-alone basis. The complaint asserted claims for breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, interference with contractual relations (as against Former Match Group only), and interference with prospective economic advantage, and sought compensatory damages in the amount of at least $2 billion, as well as punitive damages. On August 31, 2018, four plaintiffs who were still employed by Former Match Group filed a notice of discontinuance of their claims without prejudice, leaving the six former employees as the remaining plaintiffs. On June 13, 2019, the court issued a decision and order granting defendants' motion to dismiss the claims for breach of the implied covenant of good faith and fair dealing and for unjust enrichments, as well as the merger-related claim for breach of contract as to two of the remaining six plaintiffs, and otherwise denying defendants' motion to dismiss. On July 13, 2020, the four former plaintiffs filed arbitration demands with the American Arbitration Association asserting the same valuation claims and on September 3, 2020, the four arbitrations were consolidated. On August 24, 2021, the arbitrator granted our summary judgment with respect to the merger claims. On June 9, 2021, the plaintiffs in *Rad* filed a Note of Issue and Certificate of Readiness for Trial in which they amended the amount of damages they were claiming to "[m]ore than $5.6 billion". On October 1, 2021, the court granted defendants' motion for summary judgment on plaintiffs' tort claims and breach of contract claims regarding the merger. Trial commenced on November 8, 2021. On December 1, 2021, the parties entered into a Binding Global Settlement Agreement Term Sheet, pursuant to which we will pay $441 million in 2022 to settle all claims in trial and in arbitration.

**FTC Lawsuit Against Former Match Group**

On September 25, 2019, the United States Federal Trade Commission (the "FTC") filed a lawsuit in federal district court in Texas against Former Match Group. See *FTC v. Match Group, Inc.*, No. 3:19:cv-02281-K (Northern District of Texas). The complaint alleges that, prior to mid-2018, for marketing purposes Match.com notified non-paying users that other users were attempting to communicate with them, even though Match.com had identified those subscriber accounts as potentially fraudulent, thereby inducing non-paying users to subscribe

28

and exposing them to the risk of fraud should they subscribe. The complaint also challenges the adequacy of Match.com's disclosure of the terms of its six-month guarantee, the efficacy of its cancellation process, and its handling of chargeback disputes. The complaint seeks among other things permanent injunctive relief, civil penalties, restitution, disgorgement, and costs of suit. On October 9, 2020, the court granted the Company's motion to stay the case until the United States Supreme Court issues a decision in the consolidated appeal of *Federal Trade Commission v. Credit Bureau Center, LLC* and *AMG Capital Management, LLC v. FTC*. On April 22, 2021, the Supreme Court issued its decision, rejecting that the FTC has the ability to seek equitable monetary relief using Section 13(b) of the FTC Act. We believe that the FTC's claims regarding Match.com's practices, policies, and procedures are without merit and will defend vigorously against them.

**Securities Class Action Lawsuit Against Former Match Group**

On October 3, 2019, a Former Match Group shareholder filed a securities class action lawsuit in federal district court in Texas against Former Match Group, its then Chief Executive Officer, and its Chief Financial Officer, on behalf of a class of acquirers of Former Match Group securities between August 6, 2019 and September 25, 2019. See *Phillip R. Crutchfield v. Match Group, Inc., Amanda W. Ginsberg, and Gary Swidler*, No. 3:19-cv-02356-C (Northern District of Texas). Invoking the allegations in the FTC lawsuit described above, the complaint alleges (i) that defendants failed to disclose to investors that Former Match Group induced customers to buy and upgrade subscriptions using misleading advertisements, that Former Match Group made it difficult for customers to cancel their subscriptions, and that, as a result, Former Match Group was likely to be subject to regulatory scrutiny; (ii) that Former Match Group lacked adequate disclosure controls and procedures; and (iii) that, as a result of the foregoing, defendants' positive statements about Former Match Group's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis. On March 30, 2021, the court granted defendants' motion to dismiss with leave to amend. Plaintiff filed an amended complaint on April 23, 2021. On November 19, 2021, the court denied defendants' motion to dismiss. We believe that the allegations in this lawsuit are without merit and will defend vigorously against them.

**Derivative Complaint against Former Match Group**

On February 28, 2020, a Former Match Group shareholder filed a shareholder derivative complaint in federal district court in Delaware against Former Match Group and its board of directors seeking to recover unspecified monetary damages on behalf of the Company and require the Company to implement and maintain unspecified internal controls and corporate governance practices and procedures. See *Michael Rubin et al. v. Match Group, Inc. et al.*, Case No. 1:20-cv-00299 (District of Delaware). Invoking the allegations of the FTC lawsuit and *Crutchfield* securities class action lawsuit described above, the complaint alleges that the defendants caused or failed to prevent the alleged issues giving rise to the FTC complaint, received or approved compensation tied to the alleged wrongful conduct and sold Former Match Group stock with inside knowledge of the purported conduct. The parties filed a proposed stipulation and order staying the case until the motion to dismiss is decided in the *Crutchfield* litigation. The court granted the stay on April 9, 2020. In light of the *Crutchfield* decision, the stay will be lifted. On February 25, 2021, another Match Group shareholder filed a shareholder derivative complaint in the Delaware Court of Chancery on behalf of nominal defendant Match Group, Inc. against its board of directors seeking to recover unspecified monetary damages. See *Daniel Ochoa v. Match Group, Inc. et al*, C.A. No. 2021-0158-MTZ (Delaware Court of Chancery). The complaint alleges federal securities laws violations and that Match Group's directors breached their fiduciary duties by purportedly exercising inadequate oversight to prevent the alleged issues giving rise to the FTC complaint and by purportedly transacting in Match Group stock while possessing knowledge of these issues. On January 10, 2022, Ochoa filed an amended complaint. We believe that the allegations in these lawsuits are without merit and will defend vigorously against them.

**Irish Data Protection Commission Inquiry Regarding Tinder's Practices**

On February 3, 2020, we received a letter from the Irish Data Protection Commission (the "DPC") notifying us that the DPC has commenced an inquiry examining Tinder's compliance with the EU's General Data Protection Regulation, focusing on Tinder's processes for handling access and deletion requests and Tinder's user data retention policies. We are fully cooperating with the DPC in connection with this inquiry.

**Newman Derivative and Stockholder Class Action Regarding Separation Transaction**

On June 24, 2020, a Former Match Group shareholder filed a complaint in the Delaware Court of Chancery against Former Match Group and its board of directors, as well as Match Group, IAC Holdings, Inc., and Barry Diller seeking to recover unspecified monetary damages on behalf of the Company and directly as a result of his ownership of Former Match Group stock in relation to the separation of Former Match Group from its former majority shareholder, Match Group. See *David Newman et al. v. IAC/Interactive Corp. et al.*, C.A. No. 2020-0505-MTZ (Delaware Court of Chancery). The complaint alleges that that the special committee established by Former Match Group's board of directors to negotiate with Match Group regarding the separation transaction was not sufficiently independent of control from Match Group and Mr. Diller and that Former Match Group board members failed to adequately protect Former Match Group's interest in negotiating the separation transaction, which resulted in a transaction that was unfair to Former Match Group and its shareholders. On January 21, 2021, the case was consolidated with other shareholder actions, and an amended complaint was filed on April 14, 2021. See *In Re Match Group, Inc. Derivative Litigation*, Consolidated C.A. No. 2020-0505-MTZ (Delaware Court of Chancery). Plaintiffs filed another amended complaint on November 2, 2021. Defendants filed a motion to dismiss on December 10, 2021. We believe that the allegations in this lawsuit are without merit and will defend vigorously against it.

**Item 4. Mine Safety Disclosure**

Not applicable.

30

**PART II**

**Item 5.   Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities**

**Market for Registrant's Common Equity and Related Stockholder Matters**

Our common stock is quoted on the Nasdaq Global Select Market ("NASDAQ") under the ticker symbol "MTCH."

As of January 31, 2022, there were 982 holders of record of the Company's common stock. Because the substantial majority of the outstanding shares of our common stock are held by brokers and other institutions on behalf of shareholders, we are not able to estimate the total number of beneficial shareholders represented by these record holders.

**Stock Performance Graph**

The following graph compares the cumulative total return (assuming dividend reinvestment, as applicable) of Match Group common stock (including such cumulative total return of Former Match Group common stock for the period prior to, and adjusted for, the separation of Match Group and IAC), the NASDAQ Composite index, the Russell 1000 Technology Index, and the Standard & Poor's 500 Stock Index, in each case, based on $100 invested at the close of trading on December 31, 2016 through December 31, 2021. In accordance with applicable SEC rules, Match Group presents the cumulative return of peer issuers. Match Group has selected the NASDAQ Composite Index and the Russell 1000 Technology Index as its peer issuers because they both include companies engaged in many of the same businesses as Match Group. The returns shown are based on historical results and are not intended to suggest future performance.

**COMPARISON OF CUMULATIVE TOTAL RETURN**
**Match Group, Inc. Common Stock**
Among Match Group, Inc., the NASDAQ Composite Index,
the Russell 1000 Technology Index, and the S&P 500 Index



| | 12/31/2016 | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 |
|---|---|---|---|---|---|---|
| Match Group, Inc. | $100.00 | $183.10 | $263.14 | $505.17 | $884.15 | $773.39 |
| NASDAQ Composite Index | $100.00 | $128.63 | $125.02 | $170.95 | $247.96 | $303.04 |
| Russell 1000 Technology Index | $100.00 | $137.32 | $135.67 | $199.72 | $292.99 | $401.90 |
| S&P 500 Index | $100.00 | $120.79 | $115.49 | $151.84 | $179.76 | $231.31 |

**Item 6.   Reserved**

Not applicable.

**Item 7.    Management's Discussion and Analysis of Financial Condition and Results of Operations**

**2021 Developments**

On March 26, 2021, Match Group Holdings II, LLC ("MG Holdings II"), amended its credit agreement to provide for a $400 million incremental "delayed draw" term loan facility ("Delayed Draw Term Loan"), the proceeds of which could be used only to finance a portion of the consideration for the acquisition of Hyperconnect, Inc. ("Hyperconnect"). The Delayed Draw Term Loan was terminated effective June 18, 2021 according to its terms.

On June 17, 2021, Match Group completed the acquisition of Hyperconnect. The purchase price was $1.75 billion, net of cash acquired. The acquisition was funded with cash on hand and the issuance of 5.9 million shares of Match Group common stock.

On October 4, 2021, MG Holdings II completed a private offering of $500 million aggregate principal amount of 3.625% Senior Notes. The proceeds from these notes were used to redeem a portion of the outstanding 2022 Exchangeable Notes, for general corporate purposes, and to pay expenses associated with the offering.

On October 4, 2021, we repurchased approximately $414 million aggregate principal amount of our outstanding 2022 Exchangeable Notes for approximately $1.5 billion, including accrued and unpaid interest on the repurchased notes, funded with:

i.  net proceeds of $879.0 million from a registered direct offering to the holders of the 2022 Exchangeable Notes being repurchased of 5,534,098 shares of our common stock at a price of $158.83 per share;

ii. approximately $420 million of net proceeds from the 3.625% Senior Notes offering; and

iii. net proceeds of approximately $201 million from the unwind of a proportionate amount of outstanding hedges and warrants corresponding to the 2022 Exchangeable Notes being repurchased.

In connection with these transactions, the statement of operations for the year ended December 31, 2021 reflects a loss of $14.5 million, included in other expense, net, primarily related to the change in fair value of the embedded derivative we recognized during the period between our entering into the various agreements on September 22, 2021 and settlement on October 4, 2021.

On December 1, 2021, we agreed to settle the pending, threatened, and potential claims at issue in *Rad, et al. v IAC/InterActiveCorp, et al.* and related arbitrations. Under the terms of the agreement, Match Group agreed to pay the plaintiffs and claimants $441 million and plaintiffs and claimants agreed to dismiss all claims in trial and in arbitration. We expect to pay the settlement amount in 2022 utilizing cash on hand. The $441 million settlement is included in other expense, net for the year ended December 31, 2021.

**Updated Operating and Financial Metrics**

In 2021, we adjusted our key operating and financial data to provide better insight into the performance of our business. We are disclosing this data in three geographic areas—Americas, Europe, and APAC and Other.

Additionally, rather than presenting Average Subscribers and Average Revenue per Subscriber ("ARPU"), we now present Payers and Revenue Per Payer ("RPP") (as defined below). Unlike Average Subscribers, which included only users who purchase a subscription and were counted on a daily basis, Payers include all users from whom we earn revenue (including those who make only à la carte purchases) and are counted as unique users in a given month. Similarly, ARPU was a daily metric and included Direct Revenue sourced from subscribers only, whereas RPP is a monthly metric and includes all Direct Revenue. We believe that Payers and RPP, which account for non-subscriber users and the associated revenue, is more useful in evaluating the performance of our business.

We believe presenting Direct Revenue, Payers, and RPP in three geographic regions enables investors to better understand our operating performance and is appropriate given our expanding global footprint. The new metrics also better account for the increasing à la carte revenue as a percentage of total revenue that the company earns and enhance comparability with our peers.

Additionally, we have updated the title of our primary non-GAAP measure to "Adjusted Operating Income" from our previous title "Adjusted EBITDA." We believe this updated title better reflects how management views the non-GAAP measure in relation to the closest GAAP measure, operating income. The calculation of the non-GAAP measure has not changed, and therefore the reconciliation of Net Income to Operating Income and to Adjusted Operating Income have not changed. See "Non-GAAP Financial Measures" below for the full definition of Adjusted Operating Income and a reconciliation of net earnings attributable to Match Group, Inc. shareholders to Operating Income and Adjusted Operating Income.

### Separation from IAC

On June 30, 2020, the companies formerly known as Match Group, Inc. (referred to as "Former Match Group") and IAC/InterActiveCorp (referred to as "Former IAC") completed the separation of the Company from IAC through a series of transactions that resulted in two, separate public companies—(1) Match Group, which consists of the businesses of Former Match Group and certain financing subsidiaries previously owned by Former IAC, and (2) IAC, consisting of Former IAC's businesses other than Match Group (the "Separation"). As part of the Separation, Former Match Group merged with and into MG Holdings II, an indirect wholly-owned subsidiary of Match Group, with MG Holdings II surviving the merger as an indirect wholly-owned subsidiary of Match Group. As a result of the Separation, the operations of Former IAC businesses other than Match Group are presented as discontinued operations.

For additional information relating to the Separation and the related transactions and agreements, see "Part I—Item 1—Business—Separation of Match Group and IAC" and "Part I—Item 1—Business—Relationship with IAC after the Separation."

### Key Terms:

#### Operating and financial metrics:

- **Americas** includes North America, Central America, South America, and the Caribbean islands.

- **Europe** includes continental Europe, the British Isles, Iceland, Greenland, and Russia, but excludes Turkey (which is included in APAC and Other).

- **APAC and Other** includes Asia, Australia, the Pacific islands, the Middle East, and Africa.

- **Direct Revenue** is revenue that is received directly from end users of our products and includes both subscription and à la carte revenue.

- **Indirect Revenue** is revenue that is not received directly from an end user of our services, substantially all of which is advertising revenue.

- **Payers** are unique users at a brand level in a given month from whom we earned Direct Revenue. When presented as a quarter-to-date or year-to-date value, Payers represents the average of the monthly values for the respective period presented. At a consolidated level, duplicate Payers may exist when we earn revenue from the same individual at multiple brands in a given month, as we are unable to identify unique individuals across brands in the Match Group portfolio.

- **Revenue Per Payer ("RPP")** is the average monthly revenue earned from a Payer and is Direct Revenue for a period divided by the Payers in the period, further divided by the number of months in the period.

#### Operating costs and expenses:

- **Cost of revenue -** consists primarily of the amortization of in-app purchase fees, compensation expense (including stock-based compensation expense) and other employee-related costs for personnel engaged in data center and customer care functions, credit card processing fees, hosting fees, live video costs, and data center rent, energy, and bandwidth costs. In-app purchase fees are monies paid to Apple and Google in connection with the processing of in-app purchases of subscriptions and service features through the in-app payment systems provided by Apple and Google.

- **Selling and marketing expense -** consists primarily of advertising expenditures and compensation expense (including stock-based compensation expense) and other employee-related costs for

33

personnel engaged in selling and marketing, and sales support functions. Advertising expenditures includes online marketing, including fees paid to search engines and social media sites, offline marketing (which is primarily television advertising), and payments to partners that direct traffic to our brands.

- **General and administrative expense -** consists primarily of compensation expense (including stock-based compensation expense) and other employee-related costs for personnel engaged in executive management, finance, legal, tax and human resources, acquisition-related contingent consideration fair value adjustments (described below), fees for professional services (including transaction-related costs for acquisitions), and facilities costs.

- **Product development expense -** consists primarily of compensation expense (including stock-based compensation expense) and other employee-related costs that are not capitalized for personnel engaged in the design, development, testing, and enhancement of service offerings and related technology.

### Long-term debt:

- **Credit Facility** - The revolving credit facility under the credit agreement of MG Holdings II. At December 31, 2021, there was $0.4 million in outstanding letters of credit and $749.6 million of availability under the Credit Facility. As of December 31, 2020, there was $0.2 million in outstanding letters of credit and $749.8 million of availability under the Credit Facility.

- **Term Loan** - The term loan facility under the credit agreement of MG Holdings II. At December 31, 2021 and December 31, 2020, the Term Loan bore interest at LIBOR plus 1.75% and the then applicable rates were 1.91% and 1.96%, respectively. At December 31, 2021, $425 million was outstanding.

- **6.375% Senior Notes** - MG Holdings II's 6.375% Senior Notes, which were redeemed on June 11, 2020 with the proceeds from the 4.625% Senior Notes.

- **5.00% Senior Notes** - MG Holdings II's 5.00% Senior Notes due December 15, 2027, with interest payable each June 15 and December 15, which were issued on December 4, 2017. At December 31, 2021, $450 million aggregate principal amount was outstanding.

- **4.625% Senior Notes** - MG Holdings II's 4.625% Senior Notes due June 1, 2028, with interest payable each June 1 and December 1, which were issued on May 19, 2020. At December 31, 2021, $500 million aggregate principal amount was outstanding.

- **5.625% Senior Notes** - MG Holdings II's 5.625% Senior Notes due February 15, 2029, with interest payable each February 15 and August 15, which were issued on February 15, 2019. At December 31, 2021, $350 million aggregate principal amount was outstanding.

- **4.125% Senior Notes** - MG Holdings II's 4.125% Senior Notes due August 1, 2030, with interest payable each February 1 and August 1, which were issued on February 11, 2020. At December 31, 2021, $500 million aggregate principal amount was outstanding.

- **3.625% Senior Notes** - MG Holdings II's $500 million aggregate principal amount of 3.625% Senior Notes due October 1, 2031, with interest payable each April 1 and October 1, commencing on April 1, 2022, which were issued on October 4, 2021. The proceeds were used to repurchase $414.0 million of the outstanding 2022 Exchangeable Notes, for general corporate purposes, and to pay expenses associated with the offering. At December 31, 2021, $500 million aggregate principal amount was outstanding.

- **2022 Exchangeable Notes** - During the third quarter of 2017, Match Group FinanceCo, Inc., a subsidiary of the Company, issued $517.5 million aggregate principal amount of 0.875% Exchangeable Senior Notes due October 1, 2022, which are exchangeable into shares of the Company's common stock. Interest is payable each April 1 and October 1. On October 4, 2021 we purchased $414.0 million aggregate principal amount of the outstanding 2022 Exchangeable Notes (as described above). During 2021, an additional $18.6 million aggregate principal amount of the 2022 Exchangeable Notes were presented for redemption, $3.0 million of which settled in the year ended December 31, 2021. The

outstanding balance of the 2022 Exchangeable Notes at December 31, 2021 was $100.5 million and is presented as a current liability.

- **2026 Exchangeable Notes** - During the second quarter of 2019, Match Group FinanceCo 2, Inc., a subsidiary of the Company, issued $575.0 million aggregate principal amount of 0.875% Exchangeable Senior Notes due June 15, 2026, which are exchangeable into shares of the Company's common stock. Interest is payable each June 15 and December 15. The outstanding balance of the 2026 Exchangeable Notes at December 31, 2021 was $575 million.

- **2030 Exchangeable Notes** - During the second quarter of 2019, Match Group FinanceCo 3, Inc., a subsidiary of the Company, issued $575.0 million aggregate principal amount of 2.00% Exchangeable Senior Notes due January 15, 2030, which are exchangeable into shares of the Company's common stock. Interest is payable each January 15 and July 15. The outstanding balance of the 2030 Exchangeable Notes at December 31, 2021 was $575 million.

**Non-GAAP financial measure:**

- **Adjusted Operating Income** - is a Non-GAAP financial measure. See "Non-GAAP Financial Measures" for the definition of Adjusted Operating Income and a reconciliation of net earnings attributable to Match Group, Inc. shareholders to operating income and Adjusted Operating Income.

### MANAGEMENT OVERVIEW

Match Group, Inc., through its portfolio companies, is a leading provider of digital technologies designed to help people make meaningful connections. Our global portfolio of brands includes Tinder®, Match®, Hinge®, Meetic®, OkCupid®, Pairs™, PlentyOfFish®, OurTime®, Azar®, Hakuna™ Live, and more, each built to increase our users' likelihood of connecting with others. Through our trusted brands, we provide tailored services to meet the varying preferences of our users. Our services are available in over 40 languages to our users all over the world.

As used herein, "Match Group," the "Company," "we," "our," "us," and similar terms refer to Match Group, Inc. and its subsidiaries, unless the context indicates otherwise.

### Sources of Revenue

All our services provide the use of certain features for free and then offer a variety of additional features through a subscription or, for certain features, on a pay-per-use, or à la carte, basis. Our revenue is primarily derived directly from users in the form of recurring subscription fees and à la carte purchases.

Subscription revenue is presented net of credits and credit card chargebacks. Payers who purchase subscriptions or à la carte features pay in advance, primarily by using a credit card or through mobile app stores, and, subject to certain conditions identified in our terms and conditions, all purchases are final and nonrefundable. Fees collected, or contractually due, in advance for subscriptions are deferred and recognized as revenue using the straight-line method over the term of the applicable subscription period, which primarily ranges from one to six months, and corresponding in-app purchase fees incurred on such transactions, if any, are deferred and expensed over the same period. Revenue from the purchase of à la carte features is recognized based on usage. We also earn revenue from online advertising, which is recognized every time an ad is displayed.

### Trends affecting our business

Over the last several years, we have seen significant changes in our business. Tinder has grown from incubation to the largest contributing brand in our portfolio with our more established brands returning to growth as well. This has allowed us to invest in or acquire brands such as Hyperconnect and Hinge and incubate new brands such as Chispa™, BLK®, and Upward®, where we have seen initial growth and we expect to see additional growth opportunities into the future. With our evolving portfolio of brands, we have seen a number of significant trends in our business in recent years, including the following:

*Lower cost users.* All of our brands rely on word-of-mouth, or free, user acquisition to varying degrees. Word-of-mouth acquisition is typically a function of scale (with larger communities driving greater numbers of referrals), youthfulness (with the viral effect being more pronounced in younger populations due, in part, to a significantly higher concentration of people seeking connections in any given social circle and the increased adoption of social media and similar platforms among such populations), and monetization rate (with people

generally more likely to talk openly about using technologies to meet people that are less heavily monetized). Additionally, some, but not all, of our brands spend meaningfully on paid marketing. Accordingly, the average amount we spend to acquire a user differs significantly across brands based in large part on each brand's mix of paid and free acquisition channels. As our mix has shifted toward younger users, our mix of acquisition channels has shifted toward lower cost channels, driving a decline over the past several years in the average amount we spend to acquire a new user across our portfolio. As a percentage of revenue, our costs of acquiring users have declined.

*Changing paid acquisition dynamics.* Even as our acquisition of lower cost users increases, paid acquisition of users remains an important driver of our business. The channels through which we market our brands are always evolving, but we are currently in a period of rapid change as TV and video consumption patterns evolve and internet consumption occurs regularly on mobile devices. As we adapt our paid marketing activities to maximize user engagement with our brands, we may increase our use of paid advertising at brands where we traditionally relied on word-of-mouth engagement to leverage these shifts in media consumption patterns and fuel international growth. Other brands in our portfolio may reduce paid marketing activities to reflect the change in audience engagement.

*In-App Purchase Fees.* Purchases made by our customers through mobile applications, as opposed to desktop or mobile web, continue to increase. Purchases processed through the in-app payments systems provided by the Apple App Store and Google Play Store are subject to in-app purchase fees, which are generally 30% of the purchase price (Google reduced its in-app purchase fees for subscriptions to 15% as of January 1, 2022). As a result, the percentage of our revenues paid to Apple and Google continues to be a significant expense. In 2019, Tinder began offering subscribers an alternative payment method to Google's in-app payment system similar to the payment alternatives other brands in our portfolio have historically offered to subscribers through mobile apps on Android. Google has announced that beginning in March 2022, all purchases will be required to be processed through the Google Play Store and subject to in-app purchase fees. To the extent that app stores fee change, or the mix of our revenue generated through app stores shifts, our results, in particular our profit measures, could be impacted.

The manner in which Apple and Google operate these services is being reviewed by legislative and regulatory bodies globally. Notably, the Republic of Korea recently adopted legislation that prohibits Apple and Google from requiring that developers exclusively use Apple and Google to process payments. In the Netherlands, the Authority for Consumers and Markets found Apple's requirement that online dating companies must exclusively use Apple's in-app payment violates both Dutch and European Union law. Multiple other jurisdictions, including the European Union, United Kingdom, Russia, Japan, and India are investigating, considering regulatory action or considering legislation to restrict or prohibit these practices. The United States Congress, as well as a number of state legislatures, are also considering legislation that would regulate certain terms of the relationships between developers and Apple and Google and prohibit Apple and Google from requiring in-app payment processing.

*Increase in acceptance and growth of technologies to meet people globally.* Over the past decade, there has been meaningful growth in the usage of technologies to meet people in North America and Western Europe, and we see the potential for similar growth in the rest of the world in the years ahead. As more internet-connected people seeking connections utilize technologies to meet people and the stigma around using such technologies continues to erode, we believe that there is potential for accelerating growth in the use of these technologies globally.

*Increased consumption of video and live experiences.* With more recent advances in technology, most notably live video, and with an increasing amount of time spent online, there are new ways that people want to meet and get to know one another that are more reflective of how people engage in-person. Our brands are evolving to incorporate a variety of new technologies that enable users to interact in a variety of ways including video capabilities and live experiences. These technologies were already being incorporated at the beginning of the COVID-19 pandemic in 2020 and we are continuing to further incorporate them into our portfolio of brands. We expect new technologies to continue to drive user engagement and expect other technologies beyond video and live experiences to be tested in our services and incorporated into our apps in the future.

*Impacts of the Coronavirus.* When the novel coronavirus ("COVID-19") first hit Western Europe and then certain major metropolitan centers in the U.S. in the Spring of 2020, particularly New York City, engagement

(messages sent, daily active users, Swipe® activity on the Tinder platform) increased significantly, but subscribers who purchase a subscription for the first time ("first-time subscribers") declined at most of our brands as meeting in person was restricted. As we entered the summer months of 2020, propensity to pay rebounded across our portfolio, and first-time subscribers climbed amid reduced COVID-19 cases, but then faced new headwinds at the end of 2020, as the second wave of COVID-19 cases and related lockdowns took hold. In 2021, we saw a new normalization level as vaccines continued to roll out globally, even as several countries experienced a third wave of cases. We saw strong recovery in the U.S. and improvement in Europe as well, but important markets for us such as India, South Korea, Brazil, and Japan were further behind on the COVID-19 curve. The recent Omicron variant surge has caused a modest impact on our business, with rolling global effects as the wave passes through the U.S., Europe, and then, we expect, Asia. While we have continued to feel the effects of COVID-19 on our business as new waves and variants have emerged, the business has proven to be quite resilient over the last two years.

**Other factors affecting the comparability of our results**

*Advertising spend.* Our advertising spend, which is included in our selling and marketing expense, has consistently been one of our larger operating expenses. How we deploy our advertising spend varies among brands, with the majority of our advertising spend taking place online, including search engines, social media sites, streaming services and influencers. Additionally, some brands utilize television and out-of-home marketing campaigns, such as on outdoor billboards. For established brands, we seek to optimize for total return on advertising spend by frequently analyzing and adjusting spend to focus on marketing channels and markets that generate returns above our thresholds. Our data-driven approach provides us the flexibility to scale and optimize our advertising spend. We spend advertising dollars against an expected lifetime value of a Payer that is realized over a multi-year period; and while this advertising spend is intended to be profitable on that basis, it is nearly always negative during the period in which the expense is incurred. For newer brands that are gaining scale, or existing brands that are expanding into new geographies, we may make incremental advertising investments to establish the brand before optimizing monetization of the brand. In general, our more established brands spend a higher proportion of their revenue on advertising while our newer brands spend a lower proportion and tend to rely more on word of mouth and other viral marketing. Additionally, advertising spend is typically higher during the first quarter of our fiscal year, and lower during the fourth quarter. See "Seasonality" below.

*Seasonality.* Historically, our business has experienced seasonal fluctuations in quarterly operating results, particularly with respect to our profit measurements. This is driven primarily by a higher concentration of advertising spend in the first quarter, when advertising prices tend to be the lowest and demand for our services tends to be highest, and a lower concentration of advertising spend in the fourth quarter, when advertising costs tend to be highest and demand for our services tends to be lowest. Seasonality is not consistent across our brands, with brands targeted at older users generally showing more seasonality than brands targeted at younger users.

*International markets.* Our services are available across the world. Our international revenue represented 54% and 53% of our total revenue for years ended December 31, 2021 and 2020, respectively. We vary our pricing to align with local market conditions and our international businesses typically earn revenue in local currencies. As foreign currency exchange rates change, translation of the statement of operations of our international businesses into U.S. dollars affects year-over-year comparability of operating results.

**2021 Consolidated Results**

In 2021, revenue, operating income and Adjusted Operating Income grew 25%, 14% and 19%, respectively, year-over-year. Revenue growth was primarily due to strong growth at Tinder, Hinge, and PlentyOfFish and the acquisition of Hyperconnect in June 2021. Operating income and Adjusted Operating Income grew at a slower rate than revenue primarily due to the acquisition of Hyperconnect, higher cost of revenue primarily due to in-app purchase fees, higher general and administrative expense primarily related to higher legal and other professional fees and increased compensation expense as a result of increased headcount, higher product development expenses from increased headcount at Tinder and Hinge, partially offset by lower selling and marketing expense as a percentage of revenue. Operating income was further impacted by higher amortization of intangibles due to the acquisition of Hyperconnect and higher stock-based compensation expense, primarily due to new grants made during the year and new grants associated with the Hyperconnect acquisition, partially offset by lower expense for award modifications.

**Results of Operations for the years ended December 31, 2021, 2020 and 2019**

The following discussion should be read in conjunction with "Item 8. Consolidated Financial Statements and Supplementary Data."

*Revenue*

| | | 2021 | | Change | % Change | | 2020 | | Change | % Change | | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **(Amounts in thousands, except ARPU)** | | | | | | | |
| **Direct Revenue:** | | | | | | | | | | | | |
| Americas | $ | 1,512,057 | $ | 264,096 | 21% | $ | 1,247,961 | $ | 157,803 | 14% | $ | 1,090,158 |
| Europe | | 821,827 | | 141,699 | 21% | | 680,128 | | 95,716 | 16% | | 584,412 |
| APAC and Other | | 588,987 | | 172,352 | 41% | | 416,635 | | 84,031 | 25% | | 332,604 |
| Total Direct Revenue | | 2,922,871 | | 578,147 | 25% | | 2,344,724 | | 337,550 | 17% | | 2,007,174 |
| Indirect Revenue | | 60,406 | | 13,861 | 30% | | 46,545 | | 2,461 | 6% | | 44,084 |
| Total Revenue | $ | 2,983,277 | $ | 592,008 | 25% | $ | 2,391,269 | $ | 340,011 | 17% | $ | 2,051,258 |
| | | | | | | | | | | | | |
| **Direct Revenue** | | | | | | | | | | | | |
| Tinder | $ | 1,649,757 | $ | 294,357 | 22% | $ | 1,355,400 | $ | 203,355 | 18% | $ | 1,152,045 |
| Other brands | | 1,273,114 | | 283,790 | 29% | | 989,324 | | 134,195 | 16% | | 855,129 |
| Total Direct Revenue | $ | 2,922,871 | $ | 578,147 | 25% | $ | 2,344,724 | $ | 337,550 | 17% | $ | 2,007,174 |
| | | | | | | | | | | | | |
| **Percentage of Total Revenue:** | | | | | | | | | | | | |
| Direct Revenue: | | | | | | | | | | | | |
| Americas | | 51% | | | | | 52% | | | | | 53% |
| Europe | | 27% | | | | | 29% | | | | | 28% |
| APAC and Other | | 20% | | | | | 17% | | | | | 16% |
| Total Direct Revenue | | 98% | | | | | 98% | | | | | 98% |
| Indirect Revenue | | 2% | | | | | 2% | | | | | 2% |
| Total Revenue | | 100% | | | | | 100% | | | | | 100% |
| | | | | | | | | | | | | |
| **Payers[a]:** | | | | | | | | | | | | |
| Americas | | 8,009 | | 896 | 13% | | 7,113 | | 742 | 12% | | 6,371 |
| Europe | | 4,489 | | 461 | 11% | | 4,028 | | 430 | 12% | | 3,598 |
| APAC and Other | | 2,987 | | 578 | 24% | | 2,409 | | 418 | 21% | | 1,991 |
| Total | | 15,485 | | 1,935 | 14% | | 13,550 | | 1,590 | 13% | | 11,960 |
| | | | | | | | | | | | | |
| *(Change calculated using non-rounded numbers)* | | | | | | | | | | | | |
| **RPP[a]:** | | | | | | | | | | | | |
| Americas | $ | 15.73 | $ | 1.11 | 8% | $ | 14.62 | $ | 0.36 | 3% | $ | 14.26 |
| Europe | $ | 15.25 | $ | 1.18 | 8% | $ | 14.07 | $ | 0.53 | 4% | $ | 13.54 |
| APAC and Other | $ | 16.43 | $ | 2.02 | 14% | $ | 14.41 | $ | 0.49 | 4% | $ | 13.92 |
| Total | $ | 15.73 | $ | 1.31 | 9% | $ | 14.42 | $ | 0.43 | 3% | $ | 13.99 |

[a] Our ability to eliminate duplicate Payers at a brand level for periods prior to Q2 2020 is impacted by data privacy requirements which require that we anonymize data after 12 months, therefore Payer data for those periods is likely overstated. Additionally, as Payers is a component of the RPP calculation, RPP is likely commensurately understated for these same periods due to these data privacy limitations.

*For the year ended December 31, 2021 compared to the year ended December 31, 2020*

Americas Direct Revenue grew $264.1 million, or 21%, in 2021 versus 2020, driven by 13% growth in Payers and 8% growth in RPP. Growth in Payers was primarily driven by Tinder with contributions from Hinge and the Swipe® Apps (BLK, Chispa, and Upward). RPP growth was driven by both monetization growth at Hinge and á la carte purchases at Hinge, Tinder and PlentyOfFish.

Europe Direct Revenue grew $141.7 million, or 21%, in 2021 versus 2020, driven by 11% growth in Payers and 8% growth in RPP. Growth in Payers and RPP was primarily due to Tinder and, to a lesser extent, the acquisition of Hyperconnect. RPP growth was favorably impacted by the increased strength of the British pound and the Euro against the U.S. dollar compared to the year ended December 31, 2020.

APAC and Other Direct Revenue grew $172.4 million, or 41%, in 2021 versus 2020, driven by 24% growth in Payers and 14% growth in RPP. Payer growth was primarily driven by Tinder and the acquisition of Hyperconnect. RPP growth was primarily due to the acquisition of Hyperconnect.

Indirect Revenue increased $13.9 million primarily due to higher rates per impression and robust direct ad sales at Tinder.

*For the year ended December 31, 2020 compared to the year ended December 31, 2019*

Americas Direct Revenue grew $157.8 million, or 14%, in 2020 versus 2019, driven by 12% growth in Payers. Growth in Payers was primarily driven by Tinder with contributions from Hinge and the Swipe Apps (BLK, Chispa, and Upward).

Europe Direct Revenue grew $95.7 million, or 16%, in 2020 versus 2019, driven by 12% growth in Payers and 4% growth in RPP. Growth in Payers was primarily due to Tinder, and to a lesser extent, contributions from Meetic and Hinge. RPP growth was primarily due to Tinder and was favorably impacted by the increased strength of the Euro compared to the U.S. dollar between the two periods.

APAC and Other Direct Revenue grew $84.0 million, or 25%, in 2020 versus 2019, driven by 21% growth in Payers and 4% growth in RPP. Payer growth was primarily driven by Tinder and Pairs with additional contributions from OkCupid. RPP growth was driven by Pairs.

Indirect Revenue increased $2.5 million primarily due to higher rates per impression.

### Cost of revenue (exclusive of depreciation)

| | 2021 | $ Change | % Change | 2020 | $ Change | % Change | 2019 |
|---|---|---|---|---|---|---|---|
| | | | | **Years Ended December 31,** | | | |
| | | | | (Dollars in thousands) | | | |
| Cost of revenue | $839,308 | $203,475 | 32% | $635,833 | $108,649 | 21% | $527,184 |
| Percentage of revenue | 28% | | | 27% | | | 26% |

*For the year ended December 31, 2021 compared to the year ended December 31, 2020*

Cost of revenue increased in part due to the acquisition of Hyperconnect in the second quarter of 2021. Excluding the increase from the Hyperconnect acquisition, cost of revenue increased 23% primarily due to an increase in in-app purchase fees of $109.4 million, as revenue continues to be increasingly sourced through mobile app stores; an increase of $15.8 million in partner related costs associated with live video streaming; an increase in hosting fees of $12.6 million; and an increase in compensation expense of $11.9 million related to increased costs in customer care. Total in-app purchase fees for 2021, including Hyperconnect, were $552.6 million.

*For the year ended December 31, 2020 compared to the year ended December 31, 2019*

Cost of revenue increased due to an increase in in-app purchase fees of $50.0 million, as revenue continued to be increasingly sourced through mobile app stores; an increase in hosting fees of $24.0 million; an increase of $17.9 million in partner related costs associated with live video streaming; and an increase in compensation expense of $11.5 million related to increased headcount and other operating costs in customer care.

*Selling and marketing expense*

| | | | | Years Ended December 31, | | | |
|---|---|---|---|---|---|---|---|
| | 2021 | $ Change | % Change | 2020 | $ Change | % Change | 2019 |
| | | | | (Dollars in thousands) | | | |
| Selling and marketing expense | $566,459 | $86,552 | 18% | $479,907 | $52,467 | 12% | $427,440 |
| Percentage of revenue | 19% | | | 20% | | | 21% |

*For the year ended December 31, 2021 compared to the year ended December 31, 2020*

Selling and marketing expense increased due to the acquisition of Hyperconnect in the second quarter of 2021, higher marketing spend at multiple brands, and an increase in compensation expense of $9.6 million related to increased headcount. Selling and marketing expense continued to decline as a percentage of revenue excluding Hyperconnect as we continue to generate revenue growth from brands with relatively lower marketing expense.

*For the year ended December 31, 2020 compared to the year ended December 31, 2019*

Selling and marketing expense increased primarily due to higher marketing spend at multiple brands, and an increase in compensation expense of $5.7 million. Selling and marketing expense continued to decline as a percentage of revenue as we continued to generate revenue growth from brands with relatively lower marketing expense.

*General and administrative expense*

| | | | | Years Ended December 31, | | | |
|---|---|---|---|---|---|---|---|
| | 2021 | $ Change | % Change | 2020 | $ Change | % Change | 2019 |
| | | | | (Dollars in thousands) | | | |
| General and administrative expense | $414,821 | $103,614 | 33% | $311,207 | $55,069 | 21% | $256,138 |
| Percentage of revenue | 14% | | | 13% | | | 12% |

*For the year ended December 31, 2021 compared to the year ended December 31, 2020*

General and administrative expense increased in part due to the post-acquisition expenses of Hyperconnect. Excluding Hyperconnect, general and administrative expense increased 26% primarily due to an increase of $29.0 million in legal and other professional fees; an increase in compensation expense of $20.5 million primarily related to an increase in headcount and an increase in stock-based compensation expense associated with new awards granted in the current year, partially offset by lower modification expense in 2021; $7.5 million of professional fees incurred to acquire Hyperconnect; an increase of $8.3 million for non-income taxes, primarily digital services taxes; and an increase in software license fees of $8.6 million.

*For the year ended December 31, 2020 compared to the year ended December 31, 2019*

General and administrative expense increased primarily due to an increase in compensation of $39.3 million primarily related to an increase in headcount and an increase in stock-based compensation expense resulting from a modification charge in 2020; an increase of $6.7 million for non-income taxes, primarily digital services taxes; and an increase of $6.4 million in legal expenses.

*Product development expense*

| | Years Ended December 31, | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2021** | **$ Change** | **% Change** | **2020** | **$ Change** | **% Change** | **2019** |
| | (Dollars in thousands) | | | | | | |
| Product development expense | $241,049 | $71,238 | 42% | $169,811 | $17,851 | 12% | $151,960 |
| Percentage of revenue | 8% | | | 7% | | | 7% |

*For the year ended December 31, 2021 compared to the year ended December 31, 2020*

Product development expense increased in part due to the acquisition of Hyperconnect. Excluding Hyperconnect, product development expense increased 29% primarily due to an increase in compensation expense of $45.4 million primarily related to increased headcount at Tinder and Hinge, and an increase in stock-based compensation associated with new awards granted in the current year.

*For the year ended December 31, 2020 compared to the year ended December 31, 2019*

Product development expense increased primarily as a result of an increase of $18.7 million in compensation primarily due to increased headcount at Tinder.

*Depreciation*

| | Years Ended December 31, | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2021** | **$ Change** | **% Change** | **2020** | **$ Change** | **% Change** | **2019** |
| | (Dollars in thousands) | | | | | | |
| Depreciation | $41,402 | $131 | —% | $41,271 | $6,916 | 20% | $34,355 |
| Percentage of revenue | 1% | | | 2% | | | 2% |

*For the year ended December 31, 2021 compared to the year ended December 31, 2020*

Depreciation was flat compared to the prior year period.

*For the year ended December 31, 2020 compared to the year ended December 31, 2019*

Depreciation increased primarily due to an increase in internally developed software being placed in service.

*Amortization of intangibles*

| | Years Ended December 31, | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2021** | **$ Change** | **% Change** | **2020** | **$ Change** | **% Change** | **2019** |
| | (Dollars in thousands) | | | | | | |
| Amortization of intangibles | $28,559 | $21,034 | 280% | $7,525 | $(1,202) | (14)% | $8,727 |
| Percentage of revenue | 1% | | | —% | | | —% |

*For the year ended December 31, 2021 compared to the year ended December 31, 2020*

Amortization of intangibles increased primarily due to an increase in definite-lived intangibles related to the acquisition of Hyperconnect in the second quarter of 2021, partially offset by an impairment charge recorded in 2020.

*For the year ended December 31, 2020 compared to the year ended December 31, 2019*

Amortization of intangibles decreased primarily due to the decrease in impairment charges in 2020 as compared to impairment charges recorded in 2019.

*Operating Income and Adjusted Operating Income*

| | | | | Years Ended December 31, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2021** | **$ Change** | **% Change** | **2020** | **$ Change** | **% Change** | **2019** |
| | | | | (Dollars in thousands) | | | |
| Operating income | $851,679 | $105,964 | 14% | $745,715 | $100,261 | 16% | $645,454 |
| Percentage of revenue | 29% | | | 31% | | | 32% |
| | | | | | | | |
| Adjusted Operating Income | $1,068,456 | $171,677 | 19% | $896,779 | $118,519 | 15% | $778,260 |
| Percentage of revenue | 36% | | | 38% | | | 38% |

For a reconciliation of net earnings attributable to Match Group, Inc. shareholders to operating income and Adjusted Operating Income, see "Non-GAAP Financial Measures."

*For the year ended December 31, 2021 compared to the year ended December 31, 2020*

Operating income and Adjusted Operating Income increased 14% or $106.0 million and 19% or $171.7 million, respectively, primarily driven by the increase in revenue of $592.0 million which was driven by growth at Tinder, Hinge, and the acquisition of Hyperconnect and lower selling and marketing expense as a percentage of revenue, partially offset by an increase in cost of revenue due to higher in-app fees, as revenue continues to shift to mobile app stores, and an increase in general and administrative expense primarily due to professional fees and compensation expense. Operating income was further impacted by higher amortization of intangibles due to the acquisition of Hyperconnect and higher stock-based compensation expense, primarily due to new grants made during the year and new grants associated with the Hyperconnect acquisition, partially offset by lower expense for award modifications in 2021.

At December 31, 2021, there was $273.9 million of unrecognized compensation cost, net of estimated forfeitures, related to all equity-based awards, which is expected to be recognized over a weighted average period of approximately 2.4 years.

*For the year ended December 31, 2020 compared to the year ended December 31, 2019*

Operating income and Adjusted Operating Income increased 16% or $100.3 million and 15% or $118.5 million, respectively, primarily as a result of the increase in revenue of $340.0 million driven by growth at multiple brands and lower selling and marketing expense as a percentage of revenue, partially offset by an increase in cost of revenue due to higher in-app purchase fees, as revenue was increasingly sourced through mobile app stores, increased web hosting fees, and live video costs.

*Interest expense*

| | | | | Years Ended December 31, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2021** | **$ Change** | **% Change** | **2020** | **$ Change** | **% Change** | **2019** |
| | | | | (Dollars in thousands) | | | |
| Interest expense | $130,493 | $(131) | —% | $130,624 | $19,616 | 18% | $111,008 |

*For the year ended December 31, 2021 compared to the year ended December 31, 2020*

Interest expense was flat compared to the prior year despite an increase in the total average principal amount of long-term debt outstanding due to lower interest rates on newer issuances of senior notes and a lower LIBOR rate on the Term Loan.

*For the year ended December 31, 2020 compared to the year ended December 31, 2019*

Interest expense increased primarily due to the issuance of the 4.125% Senior Notes on February 11, 2020 and the issuance of the 4.625% Senior Notes on May 19, 2020. Additionally, the 2026 and 2030 Senior Exchangeable Notes were outstanding for the entire year. Partially offsetting these increases were decreases due to the redemption of the 6.375% Senior Notes during 2020 and a lower LIBOR rate on the Term Loan.

*Other (expense) income, net*

| | 2021 | $ Change | % Change | 2020 | $ Change | % Change | 2019 |
|---|---|---|---|---|---|---|---|
| | | | | Years Ended December 31, | | | |
| | | | | (Dollars in thousands) | | | |
| Other (expense) income, net | $(465,038) | $(480,899) | NM | $15,861 | $17,887 | NM | $(2,026) |

_____

NM = not meaningful

Other expense, net, in 2021 includes a $441.0 million loss related to the settlement of the former Tinder employee litigation, a $14.6 million loss related to the changes in fair value of derivatives created as we repurchased a portion of our outstanding 2022 Exchangeable Notes, a $5.2 million inducement expense arising from the repurchased 2022 Exchangeable Notes, and $1.8 million in net foreign currency losses, partially offset by $2.4 million of fair market value gains on the net settlement of certain note hedges and warrants relating to the repurchased 2022 Exchangeable Notes.

Other income, net, in 2020 includes a legal settlement of $35.0 million and interest income of $2.7 million, partially offset by a loss on redemption of bonds of $16.5 million, expense of $3.4 million related to mark-to-market adjustments pertaining to liability classified equity instruments, and $0.6 million in net foreign currency losses in the period.

Other expense, net, in 2019 includes a $4.0 million impairment of an equity investment, expense of $1.7 million related to a mark-to-market adjustment pertaining to a liability classified equity instrument, and $0.9 million in net foreign currency losses in the period, partially offset by interest income of $4.4 million.

*Income tax (benefit) provision*

| | 2021 | $ Change | % Change | 2020 | $ Change | % Change | 2019 |
|---|---|---|---|---|---|---|---|
| | | | | Years Ended December 31, | | | |
| | | | | (Dollars in thousands) | | | |
| Income tax (benefit) provision | $(19,897) | $(63,170) | NM | $43,273 | $28,193 | 187% | $15,080 |
| Effective income tax rate | NM | | | 7% | | | 3% |

For discussion of income taxes, see "Note 3—Income Taxes" to the consolidated financial statements included in "Item 8—Consolidated Financial Statements and Supplementary Data."

For the year ended December 31, 2021, the Company recorded an income tax benefit of $19.9 million, despite pre-tax income, primarily due to excess tax benefits generated by the (i) exercise and vesting of stock-based awards and (ii) research credits. This benefit was partially offset by an increase in the valuation allowance for foreign losses and U.S. foreign tax credits.

For the years ended December 31, 2020 and 2019, the Company recorded an income tax provision of $43.3 million, and $15.1 million, respectively, representing an effective tax rate of 7%, and 3%, respectively, which is lower than the U.S. statutory rate of 21% due primarily to excess tax benefits generated by (i) the exercise and vesting of stock-based awards and (ii) research credits. In 2020, these benefits were partially offset by an increase in the valuation allowance for U.S. foreign tax credits.

*Related party transactions*

For discussion of related party transactions, see "Note 15—Related Party Transactions" to the consolidated financial statements included in "Item 8—Consolidated Financial Statements and Supplementary Data."

**NON-GAAP FINANCIAL MEASURES**

Match Group reports Adjusted Operating Income and Revenue excluding foreign exchange effects, both of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). Adjusted Operating Income is among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based, and by which management is compensated. Revenue excluding foreign exchange effects provides a comparable framework for assessing how our business performed without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measure with equal or greater prominence and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measure. We encourage investors to examine the reconciling adjustments between the GAAP and non-GAAP measures, which we discuss below.

**Adjusted Operating Income**

*Adjusted Operating Income* is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements. We believe this measure is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted Operating Income measure because they are non-cash in nature. Adjusted Operating Income has certain limitations because it excludes the impact of these expenses.

*Non-Cash Expenses That Are Excluded From Adjusted Operating Income*

*Stock-based compensation expense* consists principally of expense associated with the grants of stock options, restricted stock units ("RSUs"), performance-based RSUs, and market-based awards. These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method; however, performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period). To the extent that stock-based awards are settled on a net basis, we remit the required tax-withholding amounts from our current funds.

*Depreciation* is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives, or, in the case of leasehold improvements, the lease term, if shorter.

*Amortization of intangible assets and impairments of goodwill and intangible assets* are non-cash expenses related primarily to acquisitions. At the time of acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names, and technology, are valued and amortized over their estimated lives. Value is also assigned to (i) acquired indefinite-lived intangible assets, which consist of trade names and trademarks, and (ii) goodwill, which are not subject to amortization. An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value. We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

The following table reconciles net earnings attributable to Match Group, Inc. shareholders to operating income and Adjusted Operating Income:

| | Years Ended December 31, | | |
|---|---|---|---|
| | **2021** | **2020** | **2019** |
| | (In thousands) | | |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 277,723 | $ 162,329 | $ 453,838 |
| Add back: | | | |
| Net (loss) earnings attributable to noncontrolling interests | (1,169) | 59,280 | 112,689 |
| (Earnings) loss from discontinued operations, net of tax | (509) | 366,070 | (49,187) |
| Income tax (benefit) provision | (19,897) | 43,273 | 15,080 |
| Other expense (income), net | 465,038 | (15,861) | 2,026 |
| Interest expense | 130,493 | 130,624 | 111,008 |
| **Operating Income** | 851,679 | 745,715 | 645,454 |
| Stock-based compensation expense | 146,816 | 102,268 | 89,724 |
| Depreciation | 41,402 | 41,271 | 34,355 |
| Amortization of intangibles | 28,559 | 7,525 | 8,727 |
| **Adjusted Operating Income** | $ 1,068,456 | $ 896,779 | $ 778,260 |

**Effects of Changes in Foreign Exchange Rates on Revenue**

Due to our global reach, the impact of foreign exchange rates on the Company may be an important factor in understanding period over period comparisons if movement in exchange rates is significant. Since our results are reported in U.S. dollars, international revenue is favorably impacted as the U.S. dollar weakens relative to other currencies, and unfavorably impacted as the U.S. dollar strengthens relative to other currencies. We believe the presentation of revenue excluding the effects from foreign exchange, in addition to reported revenue, helps improve the ability to understand the Company's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.

Revenue excluding foreign exchange effects compares results between periods as if exchange rates had remained constant period over period. Revenue excluding foreign exchange effects is calculated by translating current period revenue using prior period exchange rates. The percentage change in revenue excluding foreign exchange effects is calculated by determining the change in current period revenue over prior period revenue where current period revenue is translated using prior period exchange rates.

The following tables present the impact of foreign exchange effects on total revenue and Direct Revenue by geographic region, and RPP on a total basis and by geographic region, for the year ended December 31, 2021 compared to the year ended December 31, 2020 and the year ended December 31, 2020 compared to the year ended December 31, 2019:

| | Years ended December 31, | | | | Years ended December 31, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2021 | $ Change | % Change | 2020 | 2020 | $ Change | % Change | 2019 |
| | (Dollars in thousands) | | | | | | | |
| Revenue, as reported | $ 2,983,277 | $ 592,008 | 25% | $ 2,391,269 | $ 2,391,269 | $ 340,011 | 17% | $ 2,051,258 |
| Foreign exchange effects | (35,191) | | | | 6,412 | | | |
| Revenue excluding foreign exchange effects | $ 2,948,086 | $ 556,817 | 23% | $ 2,391,269 | $ 2,397,681 | $ 346,423 | 17% | $ 2,051,258 |
| | | | | | | | | |
| Americas Direct Revenue, as reported | $ 1,512,057 | $ 264,096 | 21% | $ 1,247,961 | $ 1,247,961 | $ 157,803 | 14% | $ 1,090,158 |
| Foreign exchange effects | (1,471) | | | | 14,619 | | | |
| Americas Direct Revenue, excluding foreign exchange effects | $ 1,510,586 | $ 262,625 | 21% | $ 1,247,961 | $ 1,262,580 | $ 172,422 | 16% | $ 1,090,158 |
| | | | | | | | | |
| Europe Direct Revenue, as reported | $ 821,827 | $ 141,699 | 21% | $ 680,128 | $ 680,128 | $ 95,716 | 16% | $ 584,412 |
| Foreign exchange effects | (33,894) | | | | (7,551) | | | |
| Europe Direct Revenue, excluding foreign exchange effects | $ 787,933 | $ 107,805 | 16% | $ 680,128 | $ 672,577 | $ 88,165 | 15% | $ 584,412 |
| | | | | | | | | |
| APAC and Other Direct Revenue, as reported | $ 588,987 | $ 172,352 | 41% | $ 416,635 | $ 416,635 | $ 84,031 | 25% | $ 332,604 |
| Foreign exchange effects | 917 | | | | (828) | | | |
| APAC and Other Direct Revenue, excluding foreign exchange effects | $ 589,904 | $ 173,269 | 42% | $ 416,635 | $ 415,807 | $ 83,203 | 25% | $ 332,604 |

| | Years ended December 31, | | | | Years ended December 31, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2021 | $ Change | % Change | 2020 | 2020 | $ Change | % Change | 2019 |
| RPP, as reported | $ 15.73 | $ 1.31 | 9% | $ 14.42 | $ 14.42 | $ 0.43 | 3% | $ 13.99 |
| Foreign exchange effects | (0.19) | | | | 0.04 | | | |
| RPP, excluding foreign exchange effects | $ 15.54 | $ 1.12 | 8% | $ 14.42 | $ 14.46 | $ 0.47 | 3% | $ 13.99 |
| | | | | | | | | |
| Americas RPP, as reported | $ 15.73 | $ 1.11 | 8% | $ 14.62 | $ 14.62 | $ 0.36 | 3% | $ 14.26 |
| Foreign exchange effects | (0.01) | | | | 0.17 | | | |
| Americas RPP, excluding foreign exchange effects | $ 15.72 | $ 1.10 | 8% | $ 14.62 | $ 14.79 | $ 0.53 | 3% | $ 14.26 |
| | | | | | | | | |
| Europe RPP, as reported | $ 15.25 | 1.18 | 8% | $ 14.07 | $ 14.07 | 0.53 | 4% | $ 13.54 |
| Foreign exchange effects | (0.35) | | | | (0.09) | | | |
| Europe RPP, excluding foreign exchange effects | $ 14.90 | $ 0.83 | 6% | $ 14.07 | $ 13.98 | $ 0.44 | 4% | $ 13.54 |
| | | | | | | | | |
| APAC and Other RPP, as reported | $ 16.43 | $ 2.02 | 14% | $ 14.41 | $ 14.41 | $ 0.49 | 4% | $ 13.92 |
| Foreign exchange effects | 0.03 | | | | (0.03) | | | |
| APAC and Other RPP, excluding foreign exchange effects | $ 16.46 | $ 2.05 | 14% | $ 14.41 | $ 14.38 | $ 0.46 | 4% | $ 13.92 |

## FINANCIAL POSITION, LIQUIDITY AND CAPITAL RESOURCES

**Financial Position**

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| | (In thousands) | |
| Cash and cash equivalents: | | |
| United States | $ 642,686 | $ 581,038 |
| All other countries | 172,698 | 158,126 |
| Total cash and cash equivalents | $ 815,384 | $ 739,164 |
| | | |
| Long-term debt, net: | | |
| Credit Facility due February 13, 2025 | $ — | $ — |
| Term Loan due February 13, 2027 | 425,000 | 425,000 |
| 5.00% Senior Notes due December 15, 2027 | 450,000 | 450,000 |
| 4.625% Senior Notes due June 1, 2028 | 500,000 | 500,000 |
| 5.625% Senior Notes due February 15, 2029 | 350,000 | 350,000 |
| 4.125% Senior Notes due August 1, 2030 | 500,000 | 500,000 |
| 3.625% Senior Notes due October 1, 2031 | 500,000 | — |
| 2022 Exchangeable Notes | 100,500 | 517,500 |
| 2026 Exchangeable Notes | 575,000 | 575,000 |
| 2030 Exchangeable Notes | 575,000 | 575,000 |
| Total long-term debt | 3,975,500 | 3,892,500 |
| Less: Current maturities of long-term debt | 100,500 | — |
| Less: unamortized original issue discount and original issue premium, net | 5,215 | 6,029 |
| Less: unamortized debt issuance costs | 40,364 | 45,541 |
| Total long-term debt, net | $ 3,829,421 | $ 3,840,930 |

**Long-term Debt**

For a detailed description of long-term debt, see "Note 7—Long-term Debt, net" to the consolidated financial statements included in "Item 8. Consolidated Financial Statements and Supplementary Data."

**Cash Flow Information**

In summary, the Company's cash flows from continuing operations are as follows:

| | Years ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| | (In thousands) | | |
| Net cash provided by operating activities attributable to continuing operations | $ 912,499 | $ 788,552 | $ 647,989 |
| Net cash used in investing activities attributable to continuing operations | (939,825) | (3,922,131) | (41,730) |
| Net cash provided by financing activities attributable to continuing operations | 111,106 | 1,787,846 | 654,024 |

**2021**

Net cash provided by operating activities attributable to continuing operations in 2021 includes adjustments to earnings consisting primarily of $146.8 million of stock-based compensation expense; $41.4 million of depreciation; $28.6 million of amortization of intangibles; and other adjustments of $27.7 million,

47

which includes amortization of deferred financing costs of $9.0 million. Partially offsetting these adjustments was deferred income tax benefit of $58.0 million. The increase in cash from changes in working capital primarily consists of an increase in accounts payable and accrued expenses and other current liabilities of $458.8 million due mainly to the timing of payments, with the former Tinder employee litigation settlement, which is expected to be paid in 2022, being the primary component; and an increase in deferred revenue of $26.3 million, due mainly to growth in subscription sales. These increases in cash were partially offset by an increase in accounts receivable of $34.0 million primarily related to an increase in revenue.

Net cash used in investing activities attributable to continuing operations in 2021 consists primarily of cash used to acquire Hyperconnect, net of cash acquired, of $859.9 million, and capital expenditures of $80.0 million that are primarily related to internal development of software and computer hardware to support our services.

Net cash provided by financing activities attributable to continuing operations in 2021 is primarily due to proceeds from the settlement of certain note hedges of $1.1 billion, partially offset by an $882.2 million outflow related to the settlement of certain outstanding warrants, in each case associated with the settlement of a portion of the 2022 Exchangeable Notes; proceeds of $500.0 million from the issuance of the 3.625% Senior Notes; and $58.4 million of proceeds from the issuance of common stock pursuant to stock-based awards. These increases in cash were partially offset by payment of $630.7 million to repurchase a portion of the outstanding 2022 Exchangeable Notes and payment of $15.7 million for withholding taxes paid on behalf of employees for net settled equity awards.

**2020**

Net cash provided by operating activities attributable to continuing operations in 2020 includes adjustments to earnings consisting primarily of $102.3 million of stock-based compensation expense, $41.3 million of depreciation, $7.5 million of amortization of intangibles; other adjustments of $27.3 million, which includes a loss on bond redemption of $16.5 million; and deferred income tax of $15.4 million. The increase in cash from changes in working capital primarily consists of an increase from income taxes payable and receivable of $16.9 million due primarily to the timing of tax payments and refunds; an increase in accounts payable and accrued expenses and other current liabilities of $24.2 million due mainly to the timing of payments, including interest payments; and an increase in deferred revenue of $23.5 million, due mainly to growth in subscription sales. These increases in cash were partially offset by a decrease related to an increase in other assets of $33.2 million primarily related to an increase in prepaid hosting services and an increase in accounts receivable of $24.2 million primarily related to an increase in revenue.

Net cash used in investing activities attributable to continuing operations in 2020 consists primarily of $3.9 billion of net cash distributed to IAC related to the Separation, which was partially funded by $1.4 billion of net proceeds from the stock issuance in connection with the Separation as noted below, and capital expenditures of $42.4 million that are primarily related to internal development of software and computer hardware to support our services.

Net cash provided by financing activities attributable to continuing operations in 2020 is primarily due to proceeds of $1.4 billion from the stock offering in connection with the Separation, which were subsequently transferred to IAC as noted above, proceeds of $1.0 billion from the issuance of the 4.125% and 4.625% Senior Notes, partially offset by the redemption of the $400.0 million 6.375% Senior Notes, payments of $212.0 million for withholding taxes paid on behalf of employees for net settled equity awards of both Former Match Group and Match Group, and purchases of treasury stock of Former Match Group of $132.9 million.

**2019**

Net cash provided by operating activities attributable to continuing operations in 2019 includes adjustments to earnings consisting primarily of $89.7 million of stock-based compensation expense, $34.4 million of depreciation, and $8.7 million of amortization of intangibles. Partially offsetting these adjustments was deferred income tax of $12.8 million primarily related to net operating loss created by settlement of stock-based awards. The decrease in cash from changes in working capital primarily consists of an increase in other assets of $24.2 million primarily related to an increase in prepaid hosting services, an increase in accounts receivable of $17.9 million primarily related to an increase in revenue, and a decrease from income taxes payable and receivable of $4.2 million due primarily to the timing of tax payments. These decreases in cash were partially offset by an increase in accounts payable and accrued expenses and other current liabilities of $33.7 million due

48

mainly to the timing of payments, including interest payments, and an increase in deferred revenue of $9.5 million, due mainly to growth in subscription sales.

Net cash used in investing activities attributable to continuing operations in 2019 consists primarily of capital expenditures of $39.0 million that are primarily related to internal development of software and computer hardware to support our services.

Net cash provided by financing activities attributable to continuing operations in 2019 is primarily due to $1.2 billion from the issuance of the 2026 and 2030 Exchangeable Notes, proceeds of $350.0 million from the issuance of the 5.625% Senior Notes, and proceeds of $40.0 million from borrowings under the Credit Facility. Partially offsetting these proceeds were cash payments of $300.0 million for the repayment of borrowings under the Credit Facility, purchases of treasury stock of $216.4 million, $203.2 million for withholding taxes paid on behalf of employees for net settled equity awards, and $136.9 million used to pay the net premium on the 2026 and 2030 Exchangeable Notes hedge and warrant transactions.

## Liquidity and Capital Resources

The Company's principal sources of liquidity are its cash flows generated from operations as well as cash and cash equivalents. At December 31, 2021, $749.6 million was available under the Credit Facility that expires on February 13, 2025.

The Company has various obligations related to long-term debt instruments and operating leases. For additional information on long-term debt, including a maturity schedule and interest rates, see "Note 7—Long-term Debt, net" to the consolidated financial statements included in "Item 8—Consolidated Financial Statements and Supplementary Data." For additional information on the operating leases, including a schedule of obligations by year, see "Note 13—Leases" to the consolidated financial statements included in "Item 8—Consolidated Financial Statements and Supplementary Data." The Company believes it has sufficient cash flows from operations to satisfy these future obligations.

On December 1, 2021, we entered into an agreement to settle the pending, threatened, and potential claims at issue in *Rad, et al. v. IAC/InterActiveCorp, et al.* and related arbitrations for $441 million, which is expected to be paid in 2022 utilizing cash on hand.

The Company anticipates that it will need to make capital and other expenditures in connection with the development and expansion of its operations. The Company expects that 2022 cash capital expenditures will be between $65 million and $75 million, a decrease from 2021 cash capital expenditures as several leasehold and building improvements were completed in 2021.

We have entered into various purchase commitments, primarily consisting of web hosting services. Our obligations under these various purchase commitments are $56.0 million in 2022 and between $7.0 million and $12.5 million per year from 2023 through 2026.

The Company does not have any off-balance sheet arrangements, other than those described above, at December 31, 2021.

At December 31, 2021, all of the Company's international cash can be repatriated without significant tax consequences.

Our indebtedness could limit our ability to: (i) obtain additional financing to fund working capital needs, acquisitions, capital expenditures, debt service, or other requirements; and (ii) use operating cash flow to pursue acquisitions or invest in other areas, such as developing properties and exploiting business opportunities. The Company may need to raise additional capital through future debt or equity financing to make additional acquisitions and investments or to provide for greater financial flexibility. Additional financing may not be available on terms favorable to the Company or at all.

CRITICAL ACCOUNTING POLICIES AND ESTIMATES

The following disclosure is provided to supplement the descriptions of Match Group's accounting policies contained in "Note 2—Summary of Significant Accounting Policies" to the consolidated financial statements included in "Item 8—Consolidated Financial Statements and Supplementary Data" in regard to significant areas of judgment. Management of the Company is required to make certain estimates, judgments and assumptions during the preparation of its consolidated financial statements in accordance with U.S. generally accepted accounting principles ("GAAP"). These estimates, judgments and assumptions impact the reported amount of assets, liabilities, revenue and expenses and the related disclosure of contingent assets and liabilities. Actual results could differ from these estimates. Because of the size of the financial statement elements to which they relate, some of our accounting policies and estimates have a more significant impact on our consolidated financial statements than others. What follows is a discussion of some of our more significant accounting policies and estimates.

**Business Combinations**

Acquisitions are an important part of our growth strategy. The purchase price of each acquisition is attributed to the assets acquired and liabilities assumed based on their fair values at the date of acquisition, including identifiable intangible assets that either arise from a contractual or legal right or are separable from goodwill. The fair value of these intangible assets is based on valuations that use information and assumptions provided by management. The excess purchase price over the net tangible and identifiable intangible assets is recorded as goodwill and is assigned to the reporting unit that is expected to benefit from the combination as of the acquisition date.

**Recoverability of Goodwill and Indefinite-Lived Intangible Assets**

Goodwill is the Company's largest asset with a carrying value of $2.4 billion and $1.3 billion at December 31, 2021 and 2020, representing 48% and 42%, respectively, of the Company's total assets. Indefinite-lived intangible assets, which consist of the Company's acquired trade names and trademarks, have a carrying value of $576.7 million and $226.6 million at December 31, 2021 and 2020, respectively.

Goodwill and indefinite-lived intangible assets are assessed annually for impairment as of October 1, or more frequently if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit or the fair value of an indefinite-lived intangible asset below its carrying value.

In performing its annual goodwill impairment assessment, the Company has the option under GAAP to qualitatively assess whether it is more likely than not that the fair value of a reporting unit is less than its carrying value; if the conclusion of the qualitative assessment is that there are no indicators of impairment, the Company does not perform a quantitative test, which would require a valuation of the reporting unit, as of October 1. If needed, the annual or interim quantitative test of the recovery of goodwill involves a comparison of the estimated fair value of each reporting unit to its carrying value, including goodwill. If the estimated fair value of the reporting unit exceeds its carrying value, goodwill of the reporting unit is not impaired. If the carrying value of the reporting unit exceeds its estimated fair value, an impairment loss equal to the excess is recorded. The 2021 and 2020 annual assessments did not identify any impairments.

As a result of the Separation in 2020, the Company had a negative carrying value for the Company's annual goodwill test at both October 1, 2021 and 2020. Additionally, an impairment test of goodwill was not necessary because there were no factors identified that would indicate an impairment loss. The Company continued to have a negative carrying value at December 31, 2021.

While the Company has the option to qualitatively assess whether it is more likely than not that the fair values of its indefinite-lived intangible assets are less than their carrying values, the Company's policy is to determine the fair value of each of its indefinite-lived intangible assets annually as of October 1, in part, because the level of effort required to perform the quantitative and qualitative assessments is essentially equivalent. Due to the recent acquisition of Hyperconnect and the process to allocate the purchase price as of the purchase date, the intangible assets of Hyperconnect were considered qualitatively as of October 1, 2021. For assets in which a quantitative assessment was performed, the Company determines the fair value of its indefinite-lived intangible assets using an avoided royalty DCF valuation analysis. Significant judgments inherent in this analysis include the selection of appropriate royalty and discount rates and estimating the amount and timing of expected future

cash flows. The discount rates used in the DCF analyses are intended to reflect the risks inherent in the expected future cash flows generated by the respective intangible assets. The royalty rates used in the DCF analyses are based upon an estimate of the royalty rates that a market participant would pay to license the Company's trade names and trademarks. The future cash flows are based on the Company's most recent forecast and budget and, for years beyond the budget, the Company's estimates, which are based, in part, on forecasted growth rates. Assumptions used in the avoided royalty DCF analyses, including the discount rate and royalty rate, are assessed annually based on the actual and projected cash flows related to the asset, as well as macroeconomic and industry specific factors. The discount rates used in the Company's annual indefinite-lived impairment assessment ranged from 10% to 16% in 2021 and 10% to 23% in 2020, and the royalty rates used ranged from 5% to 8% in both 2021 and 2020.

If the carrying value of an indefinite-lived intangible asset exceeds its estimated fair value, an impairment equal to the excess is recorded. During the year ended December 31, 2020, the Company recognized an impairment charge related to the Match® brand in the UK and the Meetic brand in Europe of $4.6 million. During the year ended December 31, 2019, the Company recognized an impairment charge on the Match brand in the UK of $6.6 million. At December 31, 2021 and 2020, no indefinite-lived intangible asset balance had an estimated fair value less than 110% of carrying value.

## Recoverability and Estimated Useful Lives of Long-Lived Assets

We review the carrying value of all long-lived assets, consisting of property and equipment and definite-lived intangible assets, for impairment whenever events or changes in circumstances indicate that the carrying value of an asset may not be recoverable. The carrying value of a long-lived asset is not recoverable if it exceeds the sum of the undiscounted cash flows expected to result from the use and eventual disposition of the asset. If the carrying value is deemed not to be recoverable, an impairment loss is recorded equal to the amount by which the carrying value of the long-lived asset exceeds its fair value. In addition, the Company reviews the useful lives of its long-lived assets whenever events or changes in circumstances indicate that these lives may be changed. The carrying value of property and equipment and definite-lived intangible assets was $358.3 million and $112.1 million, at December 31, 2021 and 2020, respectively.

## Income Taxes

Match Group is subject to income taxes in the United States and numerous foreign jurisdictions. Significant judgment is required in determining our provision for income taxes and income tax assets and liabilities, including evaluating uncertainties in the application of accounting principles and complex tax laws.

We record a provision for income taxes for the anticipated tax consequences of our reported results of operations using the asset and liability method. Under this method, we recognize deferred income tax assets and liabilities for the future tax consequences of temporary differences between the financial reporting and tax bases of asset and liabilities, as well as for net operating loss and tax credit carryforwards. Deferred tax assets and liabilities are measured using enacted tax rates in effect for the year in which those temporary differences are expected to be realized or settled. We recognize the deferred income tax effects of a change in tax rates in the period of enactment.

A valuation allowance is provided on deferred tax assets if it is determined that it is more likely than not that the deferred tax asset will not be realized. We consider all available evidence, both positive and negative, including historical levels of income, expectations and risks associated with estimates of future taxable income, and tax planning strategies in assessing the need for a valuation allowance.

We recognize tax benefits from uncertain tax positions only if we believe that it is more likely than not that the tax position will be sustained based on the technical merits of the position. Such tax benefits are measured based on the largest benefit that has a greater than 50% likelihood of being realized upon settlement. This measurement step is inherently difficult and requires subjective estimations of such amounts to determine the probability of various possible outcomes. We consider many factors when evaluating and estimating our tax positions and tax benefits, which may require periodic adjustment. We make adjustments to our unrecognized tax benefits when facts and circumstances change, such as the closing of a tax audit or the refinement of an estimate. Although we believe that we have adequately reserved for our uncertain tax positions, the final outcome of these matters may vary significantly from our estimates. To the extent that the final outcome of these matters is different from the amounts recorded, such differences will affect the income tax provision in

51

the period in which such determination is made, and could have a material impact on our financial condition and operating results.

**Stock-Based Compensation**

The Company recorded stock-based compensation expense of $146.8 million and $102.3 million for the years ended December 31, 2021 and 2020, respectively.

Stock-based compensation at the Company is complex due to our desire to attract, retain, and reward employees at many of our brands by allowing them to benefit from the value they help to create. We also utilize equity awards as part of our acquisition strategy. We accomplish these objectives, in part, by issuing equity awards denominated in the equity of our non-public subsidiaries as well as in Match Group, Inc. We further refine this approach by tailoring the terms of equity awards as appropriate. For example, we issue certain equity awards with vesting conditioned on the achievement of specified performance targets such as revenue or profits; these awards are referred to as performance awards. In other cases, we condition the vesting of equity awards to the achievement of value targets for a specific subsidiary or the Company's stock price; these awards are referred to as market-based awards.

The Company issues restricted stock units ("RSUs") and performance-based stock units ("PSUs"). The value of RSUs with vesting subject only to continued service is based on the fair value of Match Group common stock on the grant date. The value of RSUs that include a market condition is based on fair value estimated using a lattice model. The value of RSUs is expensed as stock-based compensation expense over the applicable vesting term. For PSU grants, the expense is measured at the grant date as the fair value of Match Group common stock and expensed as stock-based compensation over the vesting term if the performance targets are considered probable of being achieved.

**Recent Accounting Pronouncements**

For a discussion of recent accounting pronouncements, see "Note 2—Summary of Significant Accounting Policies" to the consolidated financial statements included in "Item 8—Consolidated Financial Statements and Supplementary Data."

**Item 7A.   Quantitative and Qualitative Disclosures About Market Risk**

**Interest Rate Risk**

The Company's exposure to market risk for changes in interest rates relates primarily to the Company's long-term debt.

At December 31, 2021, the Company's outstanding long-term debt was $4.0 billion, of which $3.5 billion consists of Senior Notes and Exchangeable Senior Notes that bear interest at fixed rates. If market rates decline, the Company runs the risk that the required payments on the fixed-rate debt will exceed those on debt based on market rates. A 100 basis point increase or decrease in the level of interest rates would, respectively, decrease or increase the fair value of the fixed-rate debt by $157.6 million. Such potential increase or decrease in fair value is based on certain simplifying assumptions, including a constant level and rate of fixed-rate debt for all maturities and an immediate across-the-board increase or decrease in the level of interest rates with no other subsequent changes for the remainder of the period. At December 31, 2021, the $425 million Term Loan bore interest at a variable rate, LIBOR plus 1.75%. At December 31, 2021, the rate in effect was 1.91%. If LIBOR were to increase or decrease by 100 basis points, then the annual interest expense and payments on the Term Loan would increase or decrease, respectively, by $4.3 million based upon the outstanding balance and rate in effect at December 31, 2021.

The Credit Facility and the Term Loan provide for a benchmark replacement should the LIBOR rate not be available. The rate used would be agreed to between the administrative agent and Match Group and may be based upon a secured overnight financing rate at the Federal Reserve Bank of New York. Additional information about the benchmark replacement can be found Amendment No. 6 to the Credit Agreement.

**Foreign Currency Exchange Risk**

The Company conducts business in certain foreign markets, primarily in various jurisdictions within the European Union ("EU") and Asia. We are exposed to foreign exchange risk for primarily the Euro and British Pound ("GBP").

For the years ended December 31, 2021, 2020 and 2019, international revenue accounted for 54%, 53% and 53%, respectively, of our consolidated revenue. We have exposure to foreign currency exchange risk related to transactions carried out in a currency other than the U.S. dollar, and investments in foreign subsidiaries with a functional currency other than the U.S. dollar. As foreign currency exchange rates change, translation of the statement of operations of our international businesses into U.S. dollars affects year-over-year comparability of operating results. The average GBP and Euro exchange rates strengthened against the U.S. Dollar by 7% and 4%, respectively, in 2021 compared to 2020. Foreign currency exchange rate changes during the years ended December 31, 2021 and 2020 positively impacted revenue by $35.2 million and negatively impacted revenue by $6.4 million, respectively, or 1% and less than 1% of total revenue, respectively. See "Non-GAAP Financial Measures" in "Item 7—Management's Discussion and Analysis of Financial Condition and Results of Operations" for the definition of Revenue excluding foreign exchange effects and a reconciliation of Revenue to Revenue excluding foreign exchange effects.

Foreign currency exchange losses included in the Company's earnings for the years ended December 31, 2021, 2020 and 2019 are $1.8 million, $0.6 million and $0.9 million, respectively.

Foreign currency exchange gains or losses historically have not been material to the Company. As a result, we have not historically hedged any foreign currency exposures, although we may hedge foreign currencies in the future to limit the impact of foreign currency exchange gains and losses. The continued growth and expansion of our international operations into new countries increases our exposure to foreign exchange rate fluctuations. Significant foreign exchange rate fluctuations, in the case of one currency or collectively with other currencies, could adversely affect our future results of operations.

**Item 8.    Consolidated Financial Statements and Supplementary Data**

**Report of Independent Registered Public Accounting Firm**

To the Shareholders and the Board of Directors of Match Group, Inc.

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheet of Match Group, Inc. and subsidiaries (the Company) as of December 31, 2021 and 2020, and the related consolidated statements of operations, comprehensive operations, shareholders' equity and cash flows for each of the three years in the period ended December 31, 2021, and the related notes and the financial statement schedule listed in the Index at Item 15(a) (collectively referred to as the "consolidated financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company at December 31, 2021 and 2020, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2021, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of December 31, 2021, based on criteria established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) and our report dated February 24, 2022 expressed an unqualified opinion thereon.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Critical Audit Matters**

The critical audit matters communicated below are matters arising from the current period audit of the financial statements that were communicated or required to be communicated to the audit committee and that: (1) relate to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing separate opinions on the critical audit matters or on the accounts or disclosures to which they relate.

**Acquisition of Hyperconnect, Inc. - Valuation of Acquired Intangible Assets**

*Description of the Matter*

On June 17, 2021, the Company completed its acquisition of Hyperconnect, Inc. for net consideration of $1.75 billion, as disclosed in Note 5 to the consolidated financial statements. The transaction was accounted for as a business combination.

Auditing the Company's accounting for its acquisition of Hyperconnect, Inc. was complex due to the significant estimation uncertainty in the Company's determination of the fair value of identified intangible assets of $612 million, which principally consisted of trade names and associated trademarks and user bases. The significant estimation uncertainty was primarily due to the sensitivity of the respective fair values to underlying assumptions about the future performance of the acquired business. The Company used a discounted cash flow model to measure the intangible assets. The significant assumptions used to estimate the value of the intangible assets included discount rates, revenue growth rates, royalty rates and the projected cash flow terminal growth rates. These significant assumptions are forward looking and could be affected by future economic and market conditions.

*How We Addressed the Matter in Our Audit*

We obtained an understanding, evaluated the design and tested the operating effectiveness of the Company's controls over its accounting for the business combination. For example, we tested controls over management's review of the valuation models and the significant assumptions described above used to develop such estimates.

To test the estimated fair value of the trade names and associated trademarks and user bases, we performed audit procedures that included, among others, evaluating the Company's selection of the valuation methodologies, evaluating the methods and significant assumptions used by the Company's valuation specialist, and evaluating the completeness and accuracy of the underlying data supporting the significant assumptions and estimates. For example, we compared the significant assumptions to the historical results of the acquired business as well as to current industry, market, and economic trends and to the Company's budgets and forecasts. We performed sensitivity analyses of significant assumptions to evaluate the change in the fair value of the identifiable intangible assets resulting from changes in the assumptions. We involved our valuation specialists to assist with our evaluation of the methodologies used by the Company and significant assumptions used in the fair value estimates.

**Recoverability of Indefinite-Lived Intangible Assets**

*Description of the Matter*

As of December 31, 2021, the Company's indefinite-lived intangible asset balance, excluding goodwill, was $576.7 million and consisted of trade names and trademarks. As disclosed in Note 2 to the consolidated financial statements, indefinite-lived intangible assets are assessed annually for impairment as of October 1, or more frequently if an event occurs or circumstances change that would more likely than not reduce the fair value of an indefinite-lived intangible asset below its carrying value.

Auditing management's annual impairment tests for certain indefinite-lived intangible assets was complex and highly judgmental due to the significant estimation uncertainty required to determine the fair value of the indefinite-lived intangible assets. In particular, the Company's fair value estimates for indefinite-lived intangible assets were sensitive to significant assumptions, such as discount rates, revenue growth rates, royalty rates and projected cash flow terminal growth rates, which are affected by expectations about future market or economic conditions.

*How We Addressed the Matter in Our Audit*

We obtained an understanding, evaluated the design and tested the operating effectiveness of the Company's controls over its indefinite-lived intangible assets impairment review process. For example, we tested controls over the Company's forecasting and budgeting process as well as controls over management's review of the significant assumptions used to estimate the fair values of the indefinite-lived intangible assets.

To test the estimated fair value of certain indefinite-lived intangible assets, we performed audit procedures that included, among others, assessing the methodologies and testing the significant assumptions discussed above and the underlying data used by the Company in its analysis. We compared the significant assumptions used by management to current industry and economic trends and to other guideline public companies and evaluated whether changes to the company's business model would affect the significant assumptions. We assessed the historical accuracy of management's estimates and performed sensitivity analyses of significant assumptions to evaluate the changes in the fair value of the indefinite-lived intangible assets that would result from changes in the assumptions. For example, we evaluated management's forecasted revenue to identify, understand and evaluate changes as compared to historical results. In addition, we involved an internal valuation specialist to assist in evaluating management's methodologies and significant assumptions applied in developing the fair value estimates.

/s/ ERNST & YOUNG LLP

We have served as the Company's auditor since 1996.

New York, New York
February 24, 2022

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED BALANCE SHEET**

| | December 31, | |
|---|---|---|
| | **2021** | **2020** |
| | (In thousands, except share data) | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 815,384 | $ 739,164 |
| Short-term investments | 11,818 | — |
| Accounts receivable, net of allowance of $281 and $286, respectively | 188,482 | 137,023 |
| Other current assets | 202,568 | 144,025 |
| Total current assets | 1,218,252 | 1,020,212 |
| Property and equipment, net | 163,256 | 107,799 |
| Goodwill | 2,411,996 | 1,270,532 |
| Intangible assets, net | 771,697 | 230,900 |
| Deferred income taxes | 334,937 | 293,487 |
| Other non-current assets | 163,150 | 123,524 |
| **TOTAL ASSETS** | $ 5,063,288 | $ 3,046,454 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| Current maturities of long-term debt, net | $ 99,927 | $ — |
| Accounts payable | 37,871 | 29,200 |
| Deferred revenue | 262,131 | 239,088 |
| Accrued expenses and other current liabilities | 768,366 | 231,748 |
| Total current liabilities | 1,168,295 | 500,036 |
| Long-term debt, net | 3,829,421 | 3,840,930 |
| Income taxes payable | 13,842 | 14,582 |
| Deferred income taxes | 130,261 | 17,213 |
| Other long-term liabilities | 116,051 | 86,428 |
| Redeemable noncontrolling interests | 1,260 | 640 |
| | | |
| Commitments and contingencies | | |
| | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock; $0.001 par value; authorized 1,600,000,000 shares; 283,470,334 and 267,329,284 shares issued and outstanding at December 31, 2021 and December 31, 2020, respectively | 283 | 267 |
| Additional paid-in capital | 8,164,216 | 7,089,007 |
| Retained deficit | (8,144,514) | (8,422,237) |
| Accumulated other comprehensive loss | (223,754) | (81,454) |
| Total Match Group, Inc. shareholders' equity | (203,769) | (1,414,417) |
| Noncontrolling interests | 7,927 | 1,042 |
| Total shareholders' equity | (195,842) | (1,413,375) |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 5,063,288 | $ 3,046,454 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF OPERATIONS**

| | | Years Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2021 | | 2020 | | 2019 |
| | | (In thousands, except per share data) | | | | |
| Revenue | $ | 2,983,277 | $ | 2,391,269 | $ | 2,051,258 |
| Operating costs and expenses: | | | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | | 839,308 | | 635,833 | | 527,184 |
| Selling and marketing expense | | 566,459 | | 479,907 | | 427,440 |
| General and administrative expense | | 414,821 | | 311,207 | | 256,138 |
| Product development expense | | 241,049 | | 169,811 | | 151,960 |
| Depreciation | | 41,402 | | 41,271 | | 34,355 |
| Amortization of intangibles | | 28,559 | | 7,525 | | 8,727 |
| Total operating costs and expenses | | 2,131,598 | | 1,645,554 | | 1,405,804 |
| Operating income | | 851,679 | | 745,715 | | 645,454 |
| Interest expense | | (130,493) | | (130,624) | | (111,008) |
| Other (expense) income, net | | (465,038) | | 15,861 | | (2,026) |
| Earnings from continuing operations, before tax | | 256,148 | | 630,952 | | 532,420 |
| Income tax benefit (provision) | | 19,897 | | (43,273) | | (15,080) |
| **Net earnings from continuing operations** | | 276,045 | | 587,679 | | 517,340 |
| Earnings (loss) from discontinued operations, net of tax | | 509 | | (366,070) | | 49,187 |
| **Net earnings** | | 276,554 | | 221,609 | | 566,527 |
| Net loss (earnings) attributable to noncontrolling interests | | 1,169 | | (59,280) | | (112,689) |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ | 277,723 | $ | 162,329 | $ | 453,838 |
| | | | | | | |
| **Net earnings per share from continuing operations:** | | | | | | |
| Basic | $ | 1.01 | $ | 2.36 | $ | 2.28 |
| Diluted | $ | 0.93 | $ | 2.09 | $ | 1.95 |
| | | | | | | |
| **Net earnings per share attributable to Match Group, Inc. shareholders:** | | | | | | |
| Basic | $ | 1.01 | $ | 0.73 | $ | 2.50 |
| Diluted | $ | 0.93 | $ | 0.66 | $ | 2.15 |
| | | | | | | |
| **Stock-based compensation expense by function:** | | | | | | |
| Cost of revenue | $ | 5,554 | $ | 4,201 | $ | 3,693 |
| Selling and marketing expense | | 7,941 | | 5,141 | | 5,112 |
| General and administrative expense | | 81,420 | | 59,174 | | 42,863 |
| Product development expense | | 51,901 | | 33,752 | | 38,056 |
| Total stock-based compensation expense | $ | 146,816 | $ | 102,268 | $ | 89,724 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF COMPREHENSIVE OPERATIONS**

| | Years Ended December 31, | | |
|---|---|---|---|
| | **2021** | **2020** | **2019** |
| | (In thousands) | | |
| Net earnings | $ 276,554 | $ 221,609 | $ 566,527 |
| Other comprehensive (loss) income, net of tax | | | |
| Change in foreign currency translation adjustment | (142,608) | 39,415 | (9,961) |
| Change in unrealized losses on available-for-sale securities | — | (1) | (5) |
| Total other comprehensive (loss) income | (142,608) | 39,414 | (9,966) |
| Comprehensive income | 133,946 | 261,023 | 556,561 |
| Comprehensive loss (income) attributable to noncontrolling interests: | | | |
| Net loss (earnings) attributable to noncontrolling interests | 1,169 | (59,280) | (112,689) |
| Change in foreign currency translation adjustment attributable to noncontrolling interests | 308 | 1,072 | 2,023 |
| Change in unrealized losses of available-for-sale debt securities attributable to noncontrolling interests | — | — | 1 |
| Comprehensive loss (income) attributable to noncontrolling interests | 1,477 | (58,208) | (110,665) |
| Comprehensive income attributable to Match Group, Inc. shareholders | $ 135,423 | $ 202,815 | $ 445,896 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

59

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY**

**Years Ended December 31, 2021, 2020, and 2019**

| | Redeemable Noncontrolling Interests | Common Stock $0.001 Par Value | | Former IAC Common Stock $0.001 Par Value | | Former IAC Class B Convertible Common Stock $0.001 Par Value | | Additional Paid-in Capital | Retained Earnings (Deficit) | Accumulated Other Comprehensive (Loss) Income | Treasury Stock | Total Match Group, Inc. Shareholders' Equity | Noncontrolling Interests | Total Shareholders' Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $ | Shares | $ | Shares | $ | Shares | | | | | | | |
| | | | | | | | | | | (In thousands) | | | | |
| **Balance as of December 31, 2018** | $ 65,687 | $ — | — | $ 262 | 262,303 | $ 16 | 16,157 | $ 11,968,881 | $ 1,271,208 | $ (128,722) | $ (10,309,612) | $ 2,802,033 | $ 708,676 | $ 3,510,709 |
| Net earnings for the year ended December 31, 2019 | 2,835 | — | — | — | — | — | — | — | 453,838 | — | — | 453,838 | 109,854 | 563,692 |
| Other comprehensive income (loss), net of tax | 39 | — | — | — | — | — | — | — | — | (7,942) | — | (7,942) | (2,063) | (10,005) |
| Stock-based compensation expense | 148 | — | — | — | — | — | — | 82,619 | — | — | — | 82,619 | 155,457 | 238,076 |
| Issuance of Former IAC common stock pursuant to stock-based awards, net of withholding taxes | — | — | — | 1 | 927 | — | — | (82,463) | — | — | — | (82,462) | — | (82,462) |
| Issuance of Former Match Group and ANGI Homeservices common stock pursuant to stock-based awards, net of withholding taxes | — | — | — | — | — | — | — | (236,897) | — | 315 | — | (236,582) | (1,794) | (238,376) |
| Purchase of redeemable noncontrolling interests | (40,432) | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Adjustment of redeemable noncontrolling interests to fair value | 11,554 | — | — | — | — | — | — | (11,554) | — | — | — | (11,554) | — | (11,554) |
| Noncontrolling interests created in acquisitions | 4,781 | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Purchase of exchangeable note hedges, net of deferred tax assets | — | — | — | — | — | — | — | (234,563) | — | — | — | (234,563) | — | (234,563) |
| Issuance of warrants | — | — | — | — | — | — | — | 166,520 | — | — | — | 166,520 | — | 166,520 |
| Purchase of Match Group and ANGI treasury stock | — | — | — | — | — | — | — | (274,302) | — | — | — | (274,302) | — | (274,302) |
| Other | (85) | — | — | — | — | — | — | (81) | — | — | — | (81) | 146 | 65 |
| **Balance as of December 31, 2019** | 44,527 | — | — | 263 | 263,230 | 16 | 16,157 | 11,378,160 | 1,725,046 | (136,349) | (10,309,612) | 2,657,524 | 970,276 | 3,627,800 |
| Net (loss) earnings for the year ended December 31, 2020 | (3,136) | — | — | — | — | — | — | — | 162,329 | — | — | 162,329 | 62,416 | 224,745 |
| Other comprehensive (loss) income, net of tax | (686) | — | — | — | — | — | — | — | — | 40,486 | — | 40,486 | (386) | 40,100 |
| Stock-based compensation expense | 15 | — | — | — | — | — | — | 134,528 | — | — | — | 134,528 | 86,363 | 220,891 |
| Issuance of Match Group common stock pursuant to stock-based awards, net of withholding taxes | — | 8 | 8,373 | — | — | — | — | 155,285 | — | — | — | 155,293 | — | 155,293 |
| Issuance of Former IAC common stock pursuant to stock-based awards, net of withholding taxes | — | — | — | 1 | 453 | — | — | (34,518) | — | — | — | (34,517) | — | (34,517) |
| Issuance of Former Match Group and ANGI Homeservices common stock pursuant to stock-based awards, net of withholding taxes | — | — | — | — | — | — | — | (212,270) | — | 628 | — | (211,642) | (11,405) | (223,047) |
| Purchase of redeemable noncontrolling interests | (3,165) | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Adjustment of redeemable noncontrolling interests to fair value | 6,669 | — | — | — | — | — | — | (6,669) | — | — | — | (6,669) | — | (6,669) |
| Purchase of Match Group and ANGI treasury stock | — | — | — | — | — | — | — | (187,735) | — | — | — | (187,735) | — | (187,735) |
| Retirement of treasury stock | — | — | — | (184) | (184,340) | (10) | (10,368) | 194 | (10,309,612) | — | 10,309,612 | — | — | — |
| Exchange Common stock and Class B for Class M common stock and spin off IAC | (43,583) | 184 | 183,749 | (80) | (79,343) | (6) | (5,789) | (4,745,323) | — | 13,781 | — | (4,731,444) | (498,792) | (5,230,236) |
| Acquire Former Match Group noncontrolling interest | — | 58 | 57,868 | — | — | — | — | 608,110 | — | — | — | 608,168 | (608,168) | — |
| Issuance of common stock | — | 17 | 17,339 | — | — | — | — | (17) | — | — | — | — | — | — |
| Other | (1) | — | — | — | — | — | — | (738) | — | — | — | (738) | 738 | — |
| **Balance as of December 31, 2020** | $ 640 | $ 267 | 267,329 | $ — | — | $ — | — | $ 7,089,007 | $ (8,422,237) | $ (81,454) | $ — | $ (1,414,417) | $ 1,042 | $ (1,413,375) |

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY**

**Years Ended December 31, 2021, 2020, and 2019 (continued)**

| | Redeemable Noncontrolling Interests | Common Stock $0.001 Par Value | | Additional Paid-in Capital | Retained (Deficit) Earnings | Accumulated Other Comprehensive Loss | Total Match Group, Inc. Shareholders' Equity | Noncontrolling Interests | Total Shareholders' Equity |
|---|---|---|---|---|---|---|---|---|---|
| | | $ | Shares | | | | | | |
| | | | | | | (In thousands) | | | |
| **Balance as of December 31, 2020** | $ 640 | $267 | 267,329 | $7,089,007 | $(8,422,237) | $ (81,454) | $ (1,414,417) | $ 1,042 | $ (1,413,375) |
| Net (loss) earnings for the year ended December 31, 2021 | (2,047) | — | — | — | 277,723 | — | 277,723 | 878 | 278,601 |
| Other comprehensive loss, net of tax | — | — | — | — | — | (142,300) | (142,300) | (308) | (142,608) |
| Stock-based compensation expense | — | — | — | 153,692 | — | — | 153,692 | — | 153,692 |
| Issuance of Match Group common stock pursuant to stock-based awards, net of withholding taxes | — | 5 | 4,678 | 42,709 | — | — | 42,714 | — | 42,714 |
| Issuance of common stock for the acquisition of Hyperconnect | — | 6 | 5,929 | 890,845 | — | — | 890,851 | — | 890,851 |
| Adjustment of redeemable noncontrolling interests to fair value | 2,667 | | | (2,667) | — | — | (2,667) | — | (2,667) |
| Adjustment of noncontrolling interests to fair value | — | | | (1,835) | — | — | (1,835) | 1,835 | — |
| Purchase of noncontrolling interest | — | | | 943 | — | — | 943 | (2,571) | (1,628) |
| Noncontrolling interest created by the exercise of subsidiary denominated equity award | — | — | — | (7,102) | — | — | (7,102) | 7,361 | 259 |
| Settlement and exercises of note hedges and warrants | — | — | — | 246,842 | — | — | 246,842 | — | 246,842 |
| Settlement and exchanges of 2022 Exchangeable Notes | — | 5 | 5,534 | (238,777) | — | — | (238,772) | — | (238,772) |
| Other | — | — | — | (9,441) | — | — | (9,441) | (310) | (9,751) |
| **Balance as of December 31, 2021** | $ 1,260 | $283 | 283,470 | $8,164,216 | $(8,144,514) | $ (223,754) | $ (203,769) | $ 7,927 | $ (195,842) |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF CASH FLOWS**

| | | Years Ended December 31, | |
|---|---|---|---|
| | **2021** | **2020** | **2019** |
| | | (In thousands) | |
| **Cash flows from operating activities attributable to continuing operations:** | | | |
| Net earnings | $ 276,554 | $ 221,609 | $ 566,527 |
| Add back: (earnings) loss from discontinued operations, net of tax | (509) | 366,070 | (49,187) |
| **Net earnings from continuing operations** | 276,045 | 587,679 | 517,340 |
| Adjustments to reconcile net earnings from continuing operations to net cash provided by operating activities attributable to continuing operations: | | | |
| Stock-based compensation expense | 146,816 | 102,268 | 89,724 |
| Depreciation | 41,402 | 41,271 | 34,355 |
| Amortization of intangibles | 28,559 | 7,525 | 8,727 |
| Deferred income taxes | (57,969) | 15,384 | (12,753) |
| Other adjustments, net | 27,690 | 27,281 | 13,561 |
| Changes in assets and liabilities | | | |
| Accounts receivable | (34,021) | (24,213) | (17,861) |
| Other assets | 1,743 | (33,224) | (24,162) |
| Accounts payable and other liabilities | 458,757 | 24,155 | 33,741 |
| Income taxes payable and receivable | (2,854) | 16,913 | (4,161) |
| Deferred revenue | 26,331 | 23,513 | 9,478 |
| **Net cash provided by operating activities attributable to continuing operations** | 912,499 | 788,552 | 647,989 |
| **Cash flows from investing activities attributable to continuing operations:** | | | |
| Acquisitions, net of cash | (859,905) | — | (3,759) |
| Capital expenditures | (79,971) | (42,376) | (39,035) |
| Purchases of investments | — | (9,115) | — |
| Net cash distribution related to Separation of IAC | — | (3,870,550) | — |
| Other, net | 51 | (90) | 1,064 |
| **Net cash used in investing activities attributable to continuing operations** | (939,825) | (3,922,131) | (41,730) |
| **Cash flows from financing activities attributable to continuing operations:** | | | |
| Borrowings under the Credit Facility | — | 20,000 | 40,000 |
| Proceeds from Senior Notes offerings | 500,000 | 1,000,000 | 350,000 |
| Proceeds from Exchangeable Senior Notes offerings | — | — | 1,150,000 |
| Principal payment on Senior Notes | — | (400,000) | — |
| Principal payments on Credit Facility | — | (20,000) | (300,000) |
| Payments to settle exchangeable notes | (630,658) | — | — |
| Purchase of exchangeable note hedges | — | — | (303,428) |
| Proceeds from issuance of warrants | — | — | 166,520 |
| Proceeds from the settlement of exchangeable note hedges | 1,089,592 | — | — |
| Payments to settle warrants related to exchangeable notes | (882,187) | — | — |
| Debt issuance costs | (7,124) | (13,517) | (27,815) |
| Purchase of Former Match Group treasury stock | — | (132,868) | (216,353) |
| Proceeds from stock offering | — | 1,421,801 | — |
| Proceeds from issuance of common stock pursuant to stock-based awards | 58,424 | 155,402 | — |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | (15,726) | (211,958) | (203,177) |
| Purchase of noncontrolling interests | (1,473) | (15,827) | (1,650) |
| Other, net | 258 | (15,187) | (73) |
| **Net cash provided by financing activities attributable to continuing operations** | 111,106 | 1,787,846 | 654,024 |
| Total cash provided by (used in) continuing operations | 83,780 | (1,345,733) | 1,260,283 |

62

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF CASH FLOWS (continued)**

| | Years Ended December 31, | | |
|---|---|---|---|
| | **2021** | **2020** | **2019** |
| | (In thousands) | | |
| Net cash provided by operating activities attributable to discontinued operations | — | 13,630 | 289,949 |
| Net cash used in investing activities attributable to discontinued operations | — | (963,420) | (287,798) |
| Net cash used in financing activities attributable to discontinued operations | — | (110,959) | (254,193) |
| Total cash used in discontinued operations | — | (1,060,749) | (252,042) |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | (7,570) | 5,426 | (1,568) |
| **Net increase (decrease) in cash, cash equivalents, and restricted cash** | 76,210 | (2,401,056) | 1,006,673 |
| Cash, cash equivalents, and restricted cash at beginning of period | 739,302 | 3,140,358 | 2,133,685 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 815,512 | $ 739,302 | $ 3,140,358 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

**MATCH GROUP, INC. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 1—ORGANIZATION**

Match Group, Inc., through its portfolio companies, is a leading provider of digital technologies designed to help people make meaningful connections. Our global portfolio of brands includes Tinder®, Match®, Hinge®, Meetic®, OkCupid®, Pairs™, PlentyOfFish®, OurTime®, Azar®, Hakuna Live™, and more, each built to increase our users' likelihood of connecting with others. Through our trusted brands, we provide tailored services to meet the varying preferences of our users. Our services are available in over 40 languages to our users all over the world. Match Group has one operating segment, Connections, which is managed as a portfolio of brands.

As used herein, "Match Group," the "Company," "we," "our," "us," and similar terms refer to Match Group, Inc. and its subsidiaries after the completion of the Separation, unless the context indicates otherwise.

**NOTE 2—SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

**Basis of Presentation and Consolidation**

The Company prepares its consolidated financial statements in accordance with U.S. generally accepted accounting principles ("GAAP"). The consolidated financial statements include the accounts of the Company, all entities that are wholly-owned by the Company and all entities in which the Company has a controlling financial interest. Intercompany transactions and accounts have been eliminated.

**Separation of Match Group and IAC and Discontinued Operations**

On June 30, 2020, the companies formerly known as Match Group, Inc. (referred to as "Former Match Group") and IAC/InterActiveCorp (referred to as "Former IAC") completed the separation of the Company from IAC through a series of transactions that resulted in two, separate public companies—(1) Match Group, which consists of the businesses of Former Match Group and certain financing subsidiaries previously owned by Former IAC, and (2) IAC/InterActiveCorp, formerly known as IAC Holdings, Inc. ("IAC"), consisting of Former IAC's businesses other than Match Group (the "Separation"). See "Note 8—Shareholders' Equity" for additional information about the series of transactions.

Under the terms of the Transaction Agreement (the "Transaction Agreement") dated as of December 19, 2019 and amended as of April 28, 2020 and as further amended as of June 22, 2020, Former Match Group merged with and into Match Group Holdings II, LLC ("MG Holdings II"), an indirect wholly-owned subsidiary of Match Group, with MG Holdings II surviving the merger as an indirect wholly-owned subsidiary of Match Group. Former Match Group stockholders (other than Former IAC) received, through the merger, in exchange for each outstanding share of Former Match Group common stock that they held, one share of Match Group common stock and, at the holder's election, either (i) $3.00 in cash or (ii) a fraction of a share of Match Group common stock with a value of $3.00 (calculated pursuant to the Transaction Agreement). As a result of the merger and other transactions contemplated by the Transaction Agreement, Former Match Group stockholders (other than Former IAC) became stockholders of the Company.

As a result of the Separation, the operations of Former IAC businesses other than Match Group are presented as discontinued operations. See "Note 4—Discontinued Operations" for additional details.

**Accounting for Investments in Equity Securities**

Investments in equity securities, other than those of our consolidated subsidiaries, are accounted for at fair value or under the measurement alternative of the Financial Accounting Standards Board's ("FASB") Accounting Standards Update ("ASU") No. 2016-01, *Recognition and Measurement of Financial Assets and Financial Liabilities*, with any changes to fair value recognized within other income (expense), net each reporting period. Under the measurement alternative, equity investments without readily determinable fair values are carried at cost minus impairment, if any, plus or minus changes resulting from observable price changes in orderly transactions for identical or similar securities of the same issuer; value is generally determined based on a market approach as of the transaction date. A security will be considered identical or similar if it has identical or similar rights to the equity securities held by the Company. The Company reviews its investments in equity securities without readily determinable fair values for impairment each reporting period when there are

64

qualitative factors or events that indicate possible impairment. Factors we consider in making this determination include negative changes in industry and market conditions, financial performance, business prospects, and other relevant events and factors. When indicators of impairment exist, the Company prepares quantitative assessments of the fair value of our investments in equity securities, which require judgment and the use of estimates. When our assessment indicates that the fair value of the investment is below its carrying value, the Company writes down the investment to its fair value and records the corresponding charge within Other (expense) income, net.

**Accounting Estimates**

Management of the Company is required to make certain estimates, judgments, and assumptions during the preparation of its consolidated financial statements in accordance with GAAP. These estimates, judgments, and assumptions impact the reported amounts of assets, liabilities, revenue, and expenses and the related disclosure of contingent assets and liabilities. Actual results could differ from these estimates.

On an ongoing basis, the Company evaluates its estimates and judgments including those related to: the fair values of cash equivalents; the carrying value of accounts receivable, including the determination of the allowance for credit losses; the determination of revenue reserves; the carrying value of right-of-use assets ("ROU assets"); the useful lives and recoverability of definite-lived intangible assets and property and equipment; the recoverability of goodwill and indefinite-lived intangible assets; the fair value of equity securities without readily determinable fair values; contingencies; unrecognized tax benefits; the valuation allowance for deferred income tax assets; the fair value of derivatives; and the fair value of and forfeiture rates for stock-based awards, among others. The Company bases its estimates and judgments on historical experience, its forecasts and budgets, and other factors that the Company considers relevant.

**Revenue Recognition**

The Company accounts for a contract with a customer when it has approval and commitment from all parties, the rights of the parties and payment terms are identified, the contract has commercial substance, and collectability of consideration is probable. Revenue is recognized when control of the promised services is transferred to our customers and in an amount that reflects the consideration the Company expects to be entitled to in exchange for those services.

The Company's revenue is primarily derived directly from users in the form of recurring subscriptions. Subscription revenue is presented net of credits and credit card chargebacks. Subscribers pay in advance, primarily by credit card or through mobile app stores, and, subject to certain conditions identified in our terms and conditions, generally all purchases are final and nonrefundable. Revenue is initially deferred and is recognized using the straight-line method over the term of the applicable subscription period, which generally ranges from one to six months. Revenue is also earned from online advertising, the purchase of à la carte features and offline events. Online advertising revenue is recognized when an advertisement is displayed. Revenue from the purchase of à la carte features is recognized based on usage. Revenue associated with offline events is recognized when each event occurs.

As permitted under the practical expedient available under ASU No. 2014-09, the Company does not disclose the value of unsatisfied performance obligations for (i) contracts with an original expected length of one year or less, (ii) contracts with variable consideration that is allocated entirely to unsatisfied performance obligations or to a wholly unsatisfied promise accounted for under the series guidance, and (iii) contracts for which the Company recognizes revenue at the amount which we have the right to invoice for services performed.

*Transaction Price*

The objective of determining the transaction price is to estimate the amount of consideration the Company is due in exchange for its services, including amounts that are variable. The Company determines the total transaction price, including an estimate of any variable consideration, at contract inception and reassesses this estimate each reporting period.

The Company excludes from the measurement of transaction price all taxes assessed by governmental authorities that are both (i) imposed on and concurrent with a specific revenue-producing transaction and (ii) collected from customers. Accordingly, such tax amounts are not included as a component of revenue or cost of revenue.

For contracts that have an original duration of one year or less, the Company uses the practical expedient available under ASU No. 2014-09 applicable to such contracts and does not consider the time value of money.

*Assets Recognized from the Costs to Obtain a Contract with a Customer*

The Company has determined that certain costs, primarily mobile app store fees, meet the requirements to be capitalized as a cost of obtaining a contract. The Company recognizes an asset for these costs if we expect to recover those costs. Mobile app store fees are amortized over the period of contract performance. Specifically, the Company capitalizes and amortizes mobile app store fees over the term of the applicable subscription.

During the years ended December 31, 2021 and 2020, the Company recognized expense of $552.6 million and $414.7 million, respectively, related to the amortization of these costs. The contract asset balances at December 31, 2021, 2020, and 2019 related to costs to obtain a contract are $41.7 million, $33.5 million, and $28.5 million, respectively, included in "Other current assets" in the accompanying consolidated balance sheet.

*Accounts Receivables, Net of Allowance for Credit Losses and Revenue Reserves*

The majority of our users purchase our services through mobile app stores. At December 31, 2021, two mobile app stores accounted for approximately 67% and 12%, respectively, of our gross accounts receivables. The comparable amounts at December 31, 2020 were 65% and 11%, respectively. We evaluate the credit worthiness of these two mobile app stores on an ongoing basis and do not require collateral from these entities. We generally collect these balances between 30 and 45 days following the purchase. Payments made directly through our applications are processed by third-party payment processors. We generally collect these balances within 3 to 5 days following the purchase. The Company also maintains allowances to reserve for potential credits issued to users or other revenue adjustments. The amounts of these reserves are based primarily upon historical experience.

Accounts receivable related to indirect revenue include amounts billed and currently due from customers. The Company maintains an allowance for credit losses to provide for the estimated amount of accounts receivable that will not be collected. The allowance for credit losses is based upon historical collection trends adjusted for economic conditions using reasonable and supportable forecasts. The time between the Company issuance of an invoice and payment due date is not significant; customer payments that are not collected in advance of the transfer of promised services are generally due no later than 30 days from invoice date.

*Deferred Revenue*

Deferred revenue consists of advance payments that are received or are contractually due in advance of the Company's performance. The Company's deferred revenue is reported on a contract by contract basis at the end of each reporting period. The Company classifies deferred revenue as current when the term of the applicable subscription period or expected completion of our performance obligation is one year or less. The deferred revenue balances are $262.1 million, $239.1 million, and $218.8 million at December 31, 2021 and 2020, and 2019, respectively. During the years ended December 31, 2021 and 2020, the Company recognized $239.1 million and $218.8 million of revenue that was included in the deferred revenue balance as of December 31, 2020 and 2019, respectively. At December 31, 2021 and 2020, there is no non-current portion of deferred revenue.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Disaggregation of Revenue*

The following table presents disaggregated revenue:

| | | For the Years Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2021 | | 2020 | | 2019 |
| | | (In thousands) | | | | |
| Direct Revenue: | | | | | | |
| Americas | $ | 1,512,057 | $ | 1,247,961 | $ | 1,090,158 |
| Europe | | 821,827 | | 680,128 | | 584,412 |
| APAC and Other | | 588,987 | | 416,635 | | 332,604 |
| Total Direct Revenue | | 2,922,871 | | 2,344,724 | | 2,007,174 |
| Indirect Revenue (principally advertising revenue) | | 60,406 | | 46,545 | | 44,084 |
| Total Revenue | $ | 2,983,277 | $ | 2,391,269 | $ | 2,051,258 |
| | | | | | | |
| **Direct Revenue** | | | | | | |
| Tinder | $ | 1,649,757 | $ | 1,355,400 | $ | 1,152,045 |
| Other brands | | 1,273,114 | | 989,324 | | 855,129 |
| Total Direct Revenue | $ | 2,922,871 | $ | 2,344,724 | $ | 2,007,174 |

**Cash and Cash Equivalents**

Cash and cash equivalents include cash and short-term investments, with maturities of less than 91 days from the date of purchase. Domestically, cash equivalents primarily consist of (i) AAA rated government money market funds and (ii) time deposits. Internationally, cash equivalents primarily consist of (i) time deposits and (ii) money market funds.

**Property and Equipment**

Property and equipment, including significant improvements, are recorded at cost. Repairs and maintenance costs are expensed as incurred. Depreciation is computed using the straight-line method over the estimated useful lives of the assets or, in the case of leasehold improvements, the lease term, if shorter.

| Asset Category | Estimated Useful Lives |
|---|---|
| Buildings and building improvements | 10 to 39 years |
| Computer equipment and capitalized software | 2 to 3 years |
| Furniture and other equipment | 5 years |
| Leasehold improvements | 6 to 10 years |

The Company capitalizes certain internal use software costs including external direct costs utilized in developing or obtaining the software and compensation for personnel directly associated with the development of the software. Capitalization of such costs begins when the preliminary project stage is complete and ceases when the project is substantially complete and ready for its intended purpose. The net book value of capitalized internal use software is $53.5 million and $39.7 million at December 31, 2021 and 2020, respectively.

**Business Combinations**

The purchase price of each acquisition is attributed to the assets acquired and liabilities assumed based on their fair values at the date of acquisition, including identifiable intangible assets that either arise from a contractual or legal right or are separable from goodwill. The Company typically engages outside valuation experts to assist in the allocation of purchase price to the identifiable intangible assets acquired, but management has ultimate responsibility for the valuation methods, models, and inputs used and the resulting purchase price allocation. The excess purchase price over the net tangible and identifiable intangible assets is

recorded as goodwill and assigned to the reporting unit that is expected to benefit from the combination as of the acquisition date.

**Goodwill and Indefinite-Lived Intangible Assets**

The Company assesses goodwill on its one reporting unit and indefinite-lived intangible assets for impairment annually as of October 1, or more frequently if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit or the fair value of an indefinite-lived intangible asset below its carrying value.

When the Company elects to perform a qualitative assessment and concludes it is not more likely than not that the fair value of the reporting unit is less than its carrying value, no further assessment of that reporting unit's goodwill is necessary; otherwise, a quantitative assessment is performed and the fair value of the reporting unit is determined. If the carrying value of the reporting unit exceeds its fair value, an impairment loss equal to the excess is recorded.

As a result of the Separation in 2020, the Company had a negative carrying value for the Company's annual goodwill test at both October 1, 2020 and 2021. Additionally, an impairment test of goodwill was not necessary because there were no factors identified that would indicate an impairment loss. The Company continued to have a negative carrying value at December 31, 2021.

The Company foregoes a qualitative assessment and tests goodwill for impairment when it concludes that it is more likely than not that there may be an impairment. If needed, the annual or interim quantitative test of the recovery of goodwill involves a comparison of the estimated fair value of the Company's reporting unit to its carrying value, including goodwill. If the estimated fair value of the reporting unit exceeds its carrying value, goodwill of the reporting unit is not impaired. If the carrying value of the reporting unit exceeds its estimated fair value, an impairment loss equal to the excess is recorded.

While the Company has the option to qualitatively assess whether it is more likely than not that the fair values of its indefinite-lived intangible assets are less than their carrying values, the Company's policy is to determine the fair value of each of its indefinite-lived intangible assets annually as of October 1, in part, because the level of effort required to perform the quantitative and qualitative assessments is essentially equivalent. Due to the recent acquisition of Hyperconnect and the process to allocate the purchase price as of the purchase date, the intangible assets of Hyperconnect were considered qualitatively as of October 1, 2021. For assets in which a quantitative assessment was performed, the Company determines the fair value of its indefinite-lived intangible assets using an avoided royalty discounted cash flow ("DCF") valuation analysis. Significant judgments inherent in this analysis include the selection of appropriate royalty and discount rates and estimating the amount and timing of expected future cash flows. The discount rates used in the DCF analyses are intended to reflect the risks inherent in the expected future cash flows generated by the respective intangible assets. The royalty rates used in the DCF analyses are based upon an estimate of the royalty rates that a market participant would pay to license the Company's trade names and trademarks. The future cash flows are based on the Company's most recent forecast and budget and, for years beyond the budget, the Company's estimates, which are based, in part, on forecasted growth rates. Assumptions used in the avoided royalty DCF analyses, including the discount rate and royalty rate, are assessed annually based on the actual and projected cash flows related to the asset, as well as macroeconomic and industry specific factors. The discount rates used in the Company's annual indefinite-lived impairment assessment ranged from 10% to 16% in 2021 and 10% to 23% in 2020, and the royalty rates used ranged from 5% to 8% in both 2021 and 2020. During the year ended December 31, 2020, the Company recognized an impairment charge related to the Match brand in the UK and the Meetic brand in Europe of $4.6 million, which is included within amortization. During the year ended December 31, 2019, the Company recognized an impairment charge on the Match brand in the UK of $6.6 million, which is included within amortization. At December 31, 2021 and 2020, no indefinite-lived intangible asset balance had an estimated fair value less than 110% of carrying value.

**Long-Lived Assets and Intangible Assets with Definite Lives**

Long-lived assets, which consist of ROU assets, property and equipment, and intangible assets with definite lives, are reviewed for impairment whenever events or changes in circumstances indicate that the carrying value of an asset may not be recoverable. The carrying value of a long-lived asset is not recoverable if it exceeds the

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

sum of the undiscounted cash flows expected to result from the use and eventual disposition of the asset. If the carrying value is deemed not to be recoverable, an impairment loss is recorded equal to the amount by which the carrying value of the long-lived asset exceeds its fair value. Amortization of definite-lived intangible assets is computed either on a straight-line basis or based on the pattern in which the economic benefits of the asset will be realized.

**Fair Value Measurements**

The Company categorizes its financial instruments measured at fair value into a fair value hierarchy that prioritizes the inputs used in pricing the asset or liability. The three levels of the fair value hierarchy are:

- Level 1: Observable inputs obtained from independent sources, such as quoted market prices for identical assets and liabilities in active markets.

- Level 2: Other inputs, which are observable directly or indirectly, such as quoted market prices for similar assets or liabilities in active markets, quoted market prices for identical or similar assets or liabilities in markets that are not active, and inputs that are derived principally from or corroborated by observable market data. The fair values of the Company's Level 2 financial assets are primarily obtained from observable market prices for identical underlying securities that may not be actively traded. Certain of these securities may have different market prices from multiple market data sources, in which case an average market price is used.

- Level 3: Unobservable inputs for which there is little or no market data and require the Company to develop its own assumptions, based on the best information available in the circumstances, about the assumptions market participants would use in pricing the assets or liabilities.

The Company's non-financial assets, such as goodwill, intangible assets, ROU assets, and property and equipment, are adjusted to fair value only when an impairment is recognized. The Company's financial assets, comprising of equity securities without readily determinable fair values, are adjusted to fair value when observable price changes are identified or an impairment is recognized. Such fair value measurements are based predominantly on Level 3 inputs.

**Advertising Costs**

Advertising costs are expensed in the period incurred (when the advertisement first runs for production costs that are initially capitalized) and represent online marketing, including fees paid to search engines and social media sites; offline marketing, which is primarily television advertising; and payments to partners who direct traffic to our websites. Advertising expense is $510.3 million, $438.7 million and $388.6 million for the years ended December 31, 2021, 2020 and 2019, respectively.

**Legal Costs**

Legal costs are expensed as incurred.

**Income Taxes**

We are subject to income taxes in the United States and numerous foreign jurisdictions. Significant judgement is required in determining our provision for income taxes and income tax assets and liabilities, including evaluating uncertainties in the application of accounting principles and complex tax laws.

The Company accounts for income taxes under the liability method, and deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial reporting amounts of existing assets and liabilities and their respective tax bases. Deferred tax assets and liabilities are measured using enacted tax rates in effect for the year in which those temporary differences are expected to be realized or settled. A valuation allowance is provided if it is determined that it is more likely than not that the deferred tax asset will not be realized.

We recognize tax benefits from uncertain tax positions only if we believe that it is more likely than not that the tax position will be sustained based on the technical merits of the position. Such tax benefits are measured based on the largest benefit that has a greater than 50% likelihood of being realized upon settlement. The

Company records interest and penalties related to uncertain tax positions as a component of income tax expense.

## Earnings Per Share

Basic earnings per share is computed by dividing net earnings attributable to Match Group shareholders by the weighted average number of common shares outstanding during the period. Diluted earnings per share reflects the potential dilution that could occur if stock options and other commitments to issue common stock using the treasury stock or the as if converted methods, as applicable. See "Note 10—Earnings per Share" for additional information on dilutive securities.

## Foreign Currency Translation and Transaction Gains and Losses

The financial position and operating results of foreign entities whose primary economic environment is based on their local currency are consolidated using the local currency as the functional currency. These local currency assets and liabilities are translated at the rates of exchange as of the balance sheet date, and local currency revenue and expenses of these operations are translated at average rates of exchange during the period. Translation gains and losses are included in accumulated other comprehensive income as a component of shareholders' equity. Transaction gains and losses resulting from assets and liabilities denominated in a currency other than the functional currency are included in the consolidated statement of operations as a component of "other (expense) income, net." See "Note 17—Consolidated Financial Statement Details" for additional information regarding foreign currency exchange gains and losses.

Translation gains and losses relating to foreign entities that are liquidated or substantially liquidated are reclassified out of accumulated other comprehensive loss into earnings. A loss of $0.2 million during the year ended December 31, 2020 is included in "other (expense) income, net" in the accompanying consolidated statement of operations. There were no such gains or losses for the years ended December 31, 2021 and 2019.

## Stock-Based Compensation

Stock-based compensation is measured at the grant date based on the fair value of the award and is generally expensed over the requisite service period. See "Note 11—Stock-based Compensation" for a discussion of the Company's stock-based compensation plans.

## Redeemable Noncontrolling Interests

Noncontrolling interests in the consolidated subsidiaries of the Company are ordinarily reported on the consolidated balance sheet within shareholders' equity, separately from the Company's equity. However, securities that are redeemable at the option of the holder and not solely within the control of the issuer must be classified outside of shareholders' equity. Accordingly, all noncontrolling interests that are redeemable at the option of the holder are presented outside of shareholders' equity in the accompanying consolidated balance sheet.

In connection with the acquisition of certain subsidiaries, management of these businesses has retained an ownership interest. The Company is party to fair value put and call arrangements with respect to these interests. These put and call arrangements allow management of these businesses to require the Company to purchase their interests, or allow the Company to acquire such interests, at fair value. These put and call arrangements do not meet the definition of a derivative instrument as the put agreements do not provide for net settlement. These put and call arrangements become exercisable by the Company and the counterparty at various future dates. One of these arrangements was exercised during each of the years ended December 31, 2020 and 2019. These put arrangements are exercisable by the counter-party outside the control of the Company. Accordingly, to the extent that the fair value of these interests exceeds the value determined by normal noncontrolling interest accounting, the value of such interests is adjusted to fair value with a corresponding adjustment to additional paid-in capital. During the years ended December 31, 2021, 2020, and 2019, the Company recorded adjustments of $2.7 million, $6.7 million, and $11.6 million, respectively, to increase these interests to fair value. Fair value determinations require high levels of judgment and are based on various valuation techniques, including market comparables and discounted cash flow projections.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**Certain Risks and Concentrations**

The Company's business is subject to certain risks and concentrations, including dependence on third-party technology providers, exposure to risks associated with online commerce security and credit card fraud.

Financial instruments, which potentially subject the Company to concentration of credit risk, consist primarily of cash and cash equivalents. Cash and cash equivalents are principally maintained with financial institutions and are not covered by deposit insurance.

**Recent Accounting Pronouncements**

*Accounting pronouncements adopted by the Company*

In August 2020, the FASB issued ASU No. 2020-06, which simplifies the accounting for certain financial instruments with characteristics of liabilities and equity, including convertible instruments and contracts in an entity's own equity. Among other changes, ASU 2020-06 removes from U.S. GAAP the liability and equity separation model for convertible instruments with a cash conversion feature, and as a result, after adoption, entities will no longer separately present in equity an embedded conversion feature for such debt. Similarly, the discount resulting from the embedded conversion feature will no longer be amortized into income as interest expense over the life of the instrument. Instead, entities will account for a convertible debt instrument wholly as debt unless (1) a convertible instrument contains features that require bifurcation as a derivative under ASC Topic 815, *Derivatives and Hedging*, or (2) a convertible debt instrument was issued at a substantial premium. ASU 2020-06 requires the application of the if-converted method to calculate the impact of convertible instruments on diluted earnings per share, which results in increased dilutive securities as the assumption of cash settlement of the notes is not available for the purpose of calculating earnings per share. The provisions of ASU 2020-06 are effective for reporting periods beginning after December 15, 2021, with early adoption permitted for reporting periods beginning after December 15, 2020, and can be adopted on either a fully retrospective or modified retrospective basis.

The Company early adopted ASU No. 2020-06 as of January 1, 2021 on a fully retrospective basis. The impact of adopting ASU No. 2020-06 is as follows:

| | | Year Ended December 31, 2020 | | | Year Ended December 31, 2019 | | |
|---|---|---|---|---|---|---|---|
| | | Prior to the adoption of ASU No. 2020-06 | After adoption of ASU No. 2020-06 | Effect of adoption of ASU No. 2020-06 | Prior to the adoption of ASU No. 2020-06 | After adoption of ASU No. 2020-06 | Effect of adoption of ASU No. 2020-06 |
| | | | | (In thousands, except per share data) | | | |
| **Statement of operations impacts** | | | | | | | |
| Interest expense | $ | 174,791 | $ 130,624 | $ (44,167) | $ 140,570 | $ 111,008 | $ (29,562) |
| Income tax provision | $ | 32,874 | $ 43,273 | $ 10,399 | $ 8,225 | $ 15,080 | $ 6,855 |
| Net earnings from continuing operations | $ | 553,911 | $ 587,679 | $ 33,768 | $ 494,633 | $ 517,340 | $ 22,707 |
| | | | | | | | |
| Net earnings per share from continuing operations: | | | | | | | |
| Basic | $ | 2.21 | $ 2.36 | $ 0.15 | $ 2.15 | $ 2.28 | $ 0.13 |
| Diluted | $ | 2.00 | $ 2.09 | $ 0.09 | $ 1.88 | $ 1.95 | $ 0.07 |
| | | | | | | | |
| Weighted average dilutive shares outstanding | | 242,464 | 256,020 | 13,556 | 194,349 | 201,782 | 7,433 |

71

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

| | Prior to the adoption of ASU No. 2020-06 | After adoption of ASU No. 2020-06 | Effect of adoption of ASU No. 2020-06 |
|---|---|---|---|
| | (In thousands) | | |
| **Balance sheet impacts at December 31, 2020:** | | | |
| Non-current deferred tax asset | $ 224,013 | $ 293,487 | $ 69,474 |
| Long-term debt, net | $ 3,534,706 | $ 3,840,930 | $ 306,224 |
| Additional paid-in capital | $ 7,394,646 | $ 7,089,007 | $ (305,639) |
| Retained deficit | $ (8,491,126) | $ (8,422,237) | $ 68,889 |

The impact of the adoption of ASU No. 2020-06 at December 31, 2018 resulted in an increase to retained earnings of $12.4 million and a decrease in additional paid-in capital of $53.5 million.

As the adoption of ASU No. 2020-06 did not impact cash, the operating cash flows from continuing operations were not impacted. Certain reconciliation line items to net earnings from continuing operations were adjusted to reflect the impact of the adoption of ASU No. 2020-06.

*Accounting pronouncements not yet adopted by the Company*

In October 2021, the FASB issued ASU No. 2021-08, which requires entities to recognize and measure contract assets and contract liabilities acquired in a business combination in accordance with ASC Topic 606, *Revenue from Contracts with Customers*. The update will generally result in an entity recognizing contract assets and contract liabilities as if the acquirer had originated the contracts, which, for the most part, results in no change to the value of deferred revenue when measured in purchase accounting. The new standard is effective on a prospective basis for fiscal years beginning after December 15, 2022, with early adoption permitted. The adoption of the new standard is not expected to have a material impact on our operating results, financial position, or cash flows.

**Reclassifications**

Certain prior year amounts have been reclassified to conform to the current year presentation.

**NOTE 3—INCOME TAXES**

U.S. and foreign earnings before income taxes are as follows:

| | Years Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| | (In thousands) | | |
| U.S. | $ 184,835 | $ 547,969 | $ 454,036 |
| Foreign | 71,313 | 82,983 | 78,384 |
| Total | $ 256,148 | $ 630,952 | $ 532,420 |

72

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The components of the provision (benefit) for income taxes are as follows:

| | Years Ended December 31, | | |
| --- | --- | --- | --- |
| | 2021 | 2020 | 2019 |
| | (In thousands) | | |
| **Current income tax provision (benefit):** | | | |
| Federal | $ 15 | $ (2,044) | $ 964 |
| State | 3,192 | 1,640 | 342 |
| Foreign | 34,865 | 28,293 | 26,527 |
| Current income tax provision | 38,072 | 27,889 | 27,833 |
| **Deferred income tax provision (benefit):** | | | |
| Federal | (32,723) | 31,025 | (2,159) |
| State | (18,627) | (10,451) | (9,698) |
| Foreign | (6,619) | (5,190) | (896) |
| Deferred income tax (benefit) provision | (57,969) | 15,384 | (12,753) |
| Income tax (benefit) provision | $ (19,897) | $ 43,273 | $ 15,080 |

The tax effects of cumulative temporary differences that give rise to significant portions of the deferred tax assets and deferred tax liabilities are presented below. The valuation allowance is primarily related to deferred tax assets for foreign net operating losses and U.S. foreign tax credits.

| | December 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| | (In thousands) | |
| **Deferred tax assets:** | | |
| Net operating loss carryforwards | $ 85,613 | $ 152,346 |
| Tax credit carryforwards | 128,731 | 102,012 |
| Disallowed interest carryforwards | 52,104 | 56,630 |
| Stock-based compensation | 15,491 | 16,073 |
| Accrued expenses | 116,415 | 9,283 |
| Exchangeable notes | 52,177 | 64,212 |
| Other | 33,211 | 25,532 |
| Total deferred tax assets | 483,742 | 426,088 |
| Less valuation allowance | (86,071) | (71,090) |
| Net deferred tax assets | 397,671 | 354,998 |
| **Deferred tax liabilities:** | | |
| Intangible assets | (165,551) | (44,200) |
| Right-of-use assets | (21,784) | (17,306) |
| Property and equipment | (4,923) | (17,218) |
| Other | (737) | — |
| Total deferred tax liabilities | (192,995) | (78,724) |
| Net deferred tax assets | $ 204,676 | $ 276,274 |

The Company's tax group for federal and consolidated state income tax purposes includes Former IAC up to and including the Separation date. As a result of the Separation, the Company's net deferred tax asset was adjusted via additional paid-in capital for tax attributes allocated to Match Group from our consolidated federal and state income tax returns. A preliminary allocation was recorded as of June 30, 2020. The final adjustment

73

recorded in 2021 as a result of filing the 2020 consolidated federal and state income tax returns was not significant.

At December 31, 2021, the Company has federal and state net operating losses ("NOLs") of $174.1 million and $276.5 million, respectively. If not utilized, $17.3 million of the federal NOLs can be carried forward indefinitely, and $156.8 million will expire at various times between 2031 and 2037. Of the state NOLs, $3.8 million can be carried forward indefinitely and $272.7 million will expire at various times between 2024 and 2041. Federal and state NOLs of $142.6 million and $252.1 million, respectively, can be used against future taxable income without restriction and the remaining NOLs will be subject to limitations under Section 382 of the Internal Revenue Code, separate return limitations, federal taxable income limitations, and applicable state law. At December 31, 2021, the Company has foreign NOLs of $131.9 million available to offset future income. Of these foreign NOLs, $99.6 million can be carried forward indefinitely and $32.3 million will expire at various times between 2022 and 2038. During 2021, the Company recognized tax benefits related to NOLs of $2.2 million. At December 31, 2021, the Company has federal and foreign disallowed interest carryforwards of $154.6 million and $69.4 million, respectively, that can be carried forward indefinitely and can be used against future taxable income.

At December 31, 2021, the Company has tax credit carryforwards of $162.7 million. Of this amount, $125.1 million relates to federal and state tax credits for research activities, of which $80.8 million will expire at various times between 2033 and 2041. Our credit carryforwards also include $37.0 million of foreign tax credits, of which $35.1 million will expire primarily in 2027.

The Company regularly assesses the realizability of deferred tax assets considering all available evidence, including, to the extent applicable, the nature, frequency and severity of prior cumulative losses, forecasts of future taxable income, tax filing status, the duration of statutory carryforward periods, available tax planning and historical experience.

During the year ended December 31, 2021, we recorded an increase to the valuation allowance of $15.0 million primarily related to foreign losses for which we do not believe a tax benefit is more likely than not to be realized. At December 31, 2021, the Company had a valuation allowance of $86.1 million related to the portion of credits, NOLs, and other deferred tax assets for which it is more likely than not that the tax benefit will not be realized.

A reconciliation of the income tax provision to the amounts computed by applying the statutory federal income tax rate to earnings before income taxes is shown as follows:

| | | Years Ended December 31, | | |
|---|---|---|---|---|
| | | 2021 | 2020 | 2019 |
| | | (In thousands) | | |
| Income tax provision at the federal statutory rate of 21% | $ | 53,791 | $ 132,500 | $ 111,808 |
| State income taxes, net of effect of federal tax benefit | | 4,530 | 8,803 | 10,274 |
| Stock-based compensation | | (63,751) | (112,203) | (90,374) |
| Research credits | | (25,830) | (21,306) | (27,248) |
| Change in valuation allowance | | 8,523 | 29,787 | — |
| Foreign income taxed at a different statutory rate | | 5,808 | 4,884 | 3,526 |
| Withholding taxes | | 1,057 | 2,933 | 5,023 |
| Change in uncertain tax positions | | (948) | (5,770) | (637) |
| Other, net | | (3,077) | 3,645 | 2,708 |
| Income tax (benefit) provision | $ | (19,897) | $ 43,273 | $ 15,080 |

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

A reconciliation of the beginning and ending amount of unrecognized tax benefits, including penalties but excluding interest, is as follows:

| | December 31, | | |
| --- | --- | --- | --- |
| | 2021 | 2020 | 2019 |
| | (In thousands) | | |
| Balance at January 1 | $ 45,624 | $ 53,324 | $ 35,679 |
| Additions based on tax positions related to the current year | 8,107 | 7,818 | 11,221 |
| Additions for tax positions of prior years | 1,353 | 1,772 | 7,599 |
| Reductions for tax positions of prior years | (1,028) | — | (283) |
| Settlements | (2,348) | (16,512) | — |
| Expiration of applicable statute of limitations | (878) | (778) | (892) |
| Balance at December 31 | $ 50,830 | $ 45,624 | $ 53,324 |

The Company recognizes interest and, if applicable, penalties related to unrecognized tax benefits in the income tax provision. Our income tax provision, for the years ended December 31, 2021, 2020, and 2019, includes a (decrease) or increase of interest and penalties of $(0.3) million, $(1.7) million, and $0.1 million, respectively. At December 31, 2021 and 2020, noncurrent income taxes payable include accrued interest and penalties of $1.5 million and $1.9 million, respectively.

Match Group is routinely under audit by federal, state, local and foreign authorities in the area of income tax. These audits include questioning the timing and the amount of income and deductions and the allocation of income and deductions among various tax jurisdictions. The Internal Revenue Service ("IRS") has substantially completed its audit of the Company's federal income tax returns for the years ended December 31, 2013 through 2017 and has begun its audit of the years ended December 31, 2018 and 2019. The statute of limitations for years 2013 through 2019 has been extended to December 31, 2023. We are no longer subject to U.S. federal income tax examinations for years prior to 2013. Returns filed in various other jurisdictions are open to examination for tax years beginning with 2009. Although we believe that we have adequately reserved for our uncertain tax positions, the final tax outcome of these matters may vary significantly from our estimates.

At December 31, 2021 and 2020, unrecognized tax benefits, including interest, were $51.8 million and $46.7 million, respectively. If unrecognized tax benefits at December 31, 2021 are subsequently recognized, $46.0 million, net of related deferred tax assets and interest, would reduce income tax expense. The comparable amount as of December 31, 2020 was $41.8 million. The Company believes that it is reasonably possible that its unrecognized tax benefits could decrease by approximately $0.9 million by December 31, 2022, primarily due to settlements and expirations of statutes of limitations.

Generally, our ability to distribute the $172.7 million cash and cash equivalents held by our foreign subsidiaries at December 31, 2021 is limited to that subsidiary's distributable reserves and after considering other corporate legal restrictions. Our earnings in foreign jurisdictions are generally available for distribution to the U.S. without significant tax consequences.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**NOTE 4—DISCONTINUED OPERATIONS**

As part of the Separation described in "Note 1—Organization," the operations of Former IAC businesses other than Match Group are presented as discontinued operations.

The key components of earnings (loss) from discontinued operations for the years ended December 31, 2021, 2020, and 2019 consist of the following:

| | Years Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| | (In thousands) | | |
| Revenue | $ — | $ 1,410,485 | $ 2,705,797 |
| Operating costs and expenses | — | (1,840,178) | (2,769,918) |
| Operating loss | — | (429,693) | (64,121) |
| Interest expense | — | (3,772) | (12,993) |
| Other (expense) income | — | (2,503) | 68,767 |
| Income tax benefit | 509 | 69,898 | 57,534 |
| Earnings (loss) from discontinued operations | $ 509 | $ (366,070) | $ 49,187 |

**NOTE 5—GOODWILL AND INTANGIBLE ASSETS**

Goodwill and intangible assets, net, are as follows:

| | December 31, | |
|---|---|---|
| | 2021 | 2020 |
| | (In thousands) | |
| Goodwill | $ 2,411,996 | $ 1,270,532 |
| Intangible assets with indefinite lives | 576,653 | 226,605 |
| Intangible assets with definite lives, net | 195,044 | 4,295 |
| Total goodwill and intangible assets, net | $ 3,183,693 | $ 1,501,432 |

For the year ended December 31, 2019, the Company recognized an impairment charge on the Match® brand in the UK of $6.6 million. During the year ended December 31, 2020, the Company recognized additional impairment charges totaling $4.6 million related to the Match brand in the UK and the Meetic brand in Europe as the outbreak of COVID-19 placed additional pressure on projected 2020 revenues at these brands. These charges are included within amortization expense in the consolidated statement of operations for the years then ended.

The following table presents the balance of goodwill, including the changes in the carrying value of goodwill, for the years ended December 31, 2021 and 2020:

| | December 31, | |
|---|---|---|
| | 2021 | 2020 |
| | (In thousands) | |
| Balance at January 1 | $ 1,270,532 | $ 1,239,839 |
| Additions | 1,243,063 | — |
| Foreign Exchange Translation | (101,599) | 30,948 |
| Other | — | (255) |
| Balance at December 31 | $ 2,411,996 | $ 1,270,532 |

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

On June 17, 2021, Match Group completed the acquisition of all capital stock of Hyperconnect, Inc. ("Hyperconnect"), a leading social discovery and video technology company based in Seoul, South Korea. The acquisition increases our presence in certain Asian markets and enhances the real-time video capabilities of Match Group. The accounting purchase price was $1.75 billion, which consisted of $859.9 million of cash, net of cash acquired, and 5.9 million shares of Match Group common stock at a basis of the closing market price on the acquisition date. The purchase price has been preliminarily allocated to goodwill of $1.2 billion that is not deductible for tax purposes; intangible assets of $612.0 million primarily consisting of tradenames and associated trademarks, both of which are indefinite life intangible assets, with a related deferred tax liability of $134.7 million; and $30.4 million of other net assets. The allocation of the accounting purchase price, which is based on Level 3 inputs, is substantially complete and will be finalized within the allowable measurement period.

Intangible assets with indefinite lives are trade names and trademarks acquired in various acquisitions. At December 31, 2021 and 2020, intangible assets with definite lives are as follows:

| | December 31, 2021 | | | |
|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Weighted-Average Useful Life (Years) |
| | (In thousands) | | | |
| Customer lists | $ 129,427 | $ (15,487) | $ 113,940 | 4.9 |
| Patent and technology | 99,512 | (18,657) | 80,855 | 4.2 |
| Trade names | 1,354 | (1,193) | 161 | 1.3 |
| Other | 425 | (337) | 88 | 2.7 |
| Total | $ 230,718 | $ (35,674) | $ 195,044 | 4.6 |

| | December 31, 2020 | | | |
|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net | Weighted-Average Useful Life (Years) |
| | (In thousands) | | | |
| Customer lists | $ 288 | $ (288) | $ — | — |
| Patent and technology | 11,044 | (6,943) | 4,101 | 9.3 |
| Trade names | 5,114 | (5,114) | — | — |
| Other | 3,400 | (3,206) | 194 | 3.0 |
| Total | $ 19,846 | $ (15,551) | $ 4,295 | 9.0 |

At December 31, 2021, amortization of intangible assets with definite lives is estimated to be as follows:

| | (In thousands) |
|---|---|
| 2022 | $ 51,336 |
| 2023 | 49,081 |
| 2024 | 47,164 |
| 2025 | 35,035 |
| 2026 and thereafter | 12,428 |
| Total | $ 195,044 |

77

## NOTE 6—FINANCIAL INSTRUMENTS

### Equity securities without readily determinable fair values

At both December 31, 2021 and 2020, the carrying value of the Company's investments in equity securities without readily determinable fair values totaled $14.2 million, and is included in "Other non-current assets" in the accompanying consolidated balance sheet. The cumulative downward adjustments (including impairments) to the carrying value of equity securities without readily determinable fair values held as of December 31, 2021, since the adoption of ASU 2016-01 on January 1, 2018 through December 31, 2021, were $2.1 million. For both the years ended December 31, 2021 and 2020, there were no adjustments to the carrying value of equity securities without readily determinable fair values. For the year ended December 31, 2019, we recognized an impairment charge of $4.0 million which is included in "Other (expense) income, net" in the accompanying consolidated statement of operations.

### Fair Value Measurements

The following tables present the Company's financial instruments that are measured at fair value on a recurring basis:

| | December 31, 2021 | | |
|---|---|---|---|
| | Quoted Market Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Total Fair Value Measurements |
| | (In thousands) | | |
| **Assets:** | | | |
| Cash equivalents: | | | |
| Money market funds | $ 260,582 | $ — | $ 260,582 |
| Time deposits | — | 36,831 | 36,831 |
| Short-term investments: | | | |
| Time deposits | — | 11,818 | 11,818 |
| Total | $ 260,582 | $ 48,649 | $ 309,231 |

| | December 31, 2020 | | |
|---|---|---|---|
| | Quoted Market Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Total Fair Value Measurements |
| | (In thousands) | | |
| **Assets:** | | | |
| Cash equivalents: | | | |
| Money market funds | $ 147,615 | $ — | $ 147,615 |
| Time deposits | — | 50,000 | 50,000 |
| Total | $ 147,615 | $ 50,000 | $ 197,615 |

**Financial instruments measured at fair value only for disclosure purposes**

The following table presents the carrying value and the fair value of financial instruments measured at fair value only for disclosure purposes.

| | December 31, 2021 | | December 31, 2020 | |
|---|---|---|---|---|
| | Carrying Value | Fair Value | Carrying Value | Fair Value |
| | (In thousands) | | | |
| Current maturities of long-term debt, net [(a)(b)(c)] | $ (84,333) | $ (254,472) | $ — | $ — |
| Long-term debt, net [(b)(c)] | $ (3,829,421) | $ (4,725,403) | $ (3,840,930) | $ (6,267,976) |

_____

(a) The carrying value excludes the $15.6 million aggregate principal amount of the exchanged 2022 Exchangeable Notes as that amount is carried at fair value as described below.

(b) At December 31, 2021, the carrying value of current maturities of long-term debt, net includes unamortized debt issuance costs of $0.6 million. At December 31, 2021 and 2020, the carrying value of long-term debt, net includes unamortized original issue discount and debt issuance costs of $45.6 million and $51.6 million, respectively.

(c) At December 31, 2021, the fair value of the outstanding 2022 Exchangeable Notes, 2026 Exchangeable Notes, and 2030 Exchangeable Notes is $302.2 million, $932.6 million, and $1,017.7 million, respectively. At December 31, 2020, the fair value of the outstanding 2022 Exchangeable Notes, 2026 Exchangeable Notes, and 2030 Exchangeable Notes is $1,780.3 million, $1,052.1 million, and $1,113.9 million, respectively.

At December 31, 2021 and 2020, the fair value of long-term debt, net is estimated using observable market prices or indices for similar liabilities, which are Level 2 inputs.

**Derivatives associated with the repurchase and exchanges of 2022 Exchangeable Notes**

On September 22, 2021, we entered into privately negotiated agreements with a limited number of holders of the 2022 Exchangeable Notes to repurchase a portion of the outstanding 2022 Exchangeable Notes. The Company determined that the terms of the repurchase agreements included an embedded derivative, indexed to the value of the Company's stock, that required bifurcation and separate accounting as a derivative liability under ASC Topic 815, *Derivatives and Hedging*. The Company measures embedded derivatives at their estimated fair value and recognizes changes in their estimated fair value in net income during the current reporting period.

At the inception of these agreements on September 22, 2021, the fair value of the embedded derivative was zero and the number of shares to be issued to holders of the 2022 Exchangeable Notes was not yet determinable. At September 30, 2021, under the terms of the agreements, the number of shares to be issued became fixed at 5.5 million. The corresponding loss of $14.5 million, related to the change in the fair value of the embedded derivative, which was driven by an increase in our stock price from September 22, 2021 to October 4, 2021, the settlement date of the transaction, was recorded within "other (expense) income, net" in the accompanying consolidated statement of operations.

During the year ended December 31, 2021, $18.6 million aggregate principal amount of the 2022 Exchangeable Notes were presented for exchange prior to maturity at the option of the noteholder, $3.0 million of which was settled during the year ended December 31, 2021 and $15.6 million of which will be settled in January 2022. In accordance with the 2022 Exchangeable Notes Indenture, the Company elected to settle these exchanges entirely in cash with the settlement amount determined by the volume weighted average price of Match Group common stock over a 40-day measurement period. At the time that the Company elected cash settlement, the embedded derivative for the conversion option of the 2022 Exchangeable Notes no longer qualified for the derivative scope exception for contracts indexed to an entity's own equity. We recognized an obligation of $48.5 million in "accrued expenses and other current liabilities" to settle the conversion option as of the date of the exchanges, with an offset to paid-in capital. Subsequently, we recognized $9.7 million in gains, which is included in "other (expense) income, net" within the accompanying consolidated statement of

operations for the year ended December 31, 2021 related to the change in the fair value of the embedded derivative between the date we elected to settle in cash and the end of the 40-day measurement period, or December 31, 2021, if the measurement period extended past year-end.

For the exchanged 2022 Exchangeable Notes that were still outstanding at December 31, 2021 and were settled in January 2022, the following items were outstanding on the consolidated balance sheet at December 31, 2021:

- The fair value of the outstanding embedded derivative of $7.4 million, which is included as an asset within "other current assets;"

- the aggregate principal amount of $15.6 million for 2022 Exchangeable Notes presented for exchange, which is presented within "current maturities of long-term debt, net;" and

- an incremental $39.5 million liability recorded on the date of exchange, which is presented within "accrued expenses and other current liabilities."

Additionally, when the Company elected to settle the exchanged 2022 Exchangeable Notes entirely in cash, a proportionate amount of note hedges were also exercised and were settled in cash based on the same 40-day measurement period to determine the settlement value. Similar to the exchanged 2022 Exchangeable Notes, the derivative scope exception for contracts indexed to an entity's own equity no longer applied to the exercised note hedges as a result of the requirement to settle the securities in cash. We recognized an asset of $48.5 million related to the settlement of these note hedges, with an offset to paid-in capital. Subsequently, we recognized a loss of $9.7 million, which is included in "other (expense) income, net" in the accompanying consolidated statement of operations for the year ended December 31, 2021 related to the change in the related derivative fair value between the date we elected to settle in cash and the end of the 40-day measurement period, or December 31, 2021, if the measurement period extended past year-end. For the exercised note hedges that were settled in January 2022, the fair value of the outstanding note hedges at December 31, 2021 is $32.1 million, which is included as an asset within "other current assets" on the consolidated balance sheet.

At December 31, 2021, the net position of the various assets and liabilities associated with the unsettled exchanged 2022 Exchangeable Notes and the note hedges, described above, is a $15.6 million liability, representing the principal amount of the exchanged 2022 Exchangeable Notes, which was settled in January 2022.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**NOTE 7—LONG-TERM DEBT, NET**

Long-term debt, net consists of:

| | December 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| | (In thousands) | |
| Credit Facility due February 13, 2025 | $ — | $ — |
| Term Loan due February 13, 2027 | 425,000 | 425,000 |
| 5.00% Senior Notes due December 15, 2027 (the "5.00% Senior Notes"); interest payable each June 15 and December 15 | 450,000 | 450,000 |
| 4.625% Senior Notes due June 1, 2028 (the "4.625% Senior Notes"); interest payable each June 1 and December 1 | 500,000 | 500,000 |
| 5.625% Senior Notes due February 15, 2029 (the "5.625% Senior Notes"); interest payable each February 15 and August 15 | 350,000 | 350,000 |
| 4.125% Senior Notes due August 1, 2030 (the "4.125% Senior Notes"); interest payable each February 1 and August 1 | 500,000 | 500,000 |
| 3.625% Senior Notes due October 1, 2031 (the "3.625% Senior Notes"); interest payable each April 1 and October 1 commencing on April 1, 2022 | 500,000 | — |
| 0.875% Exchangeable Senior Notes due October 1, 2022 (the "2022 Exchangeable Notes"); interest payable each April 1 and October 1 | 100,500 | 517,500 |
| 0.875% Exchangeable Senior Notes due June 15, 2026 (the "2026 Exchangeable Notes"); interest payable each June 15 and December 15 | 575,000 | 575,000 |
| 2.00% Exchangeable Senior Notes due January 15, 2030 (the "2030 Exchangeable Notes"); interest payable each January 15 and July 15 | 575,000 | 575,000 |
| Total long-term debt | 3,975,500 | 3,892,500 |
| Less: Current maturities of long-term debt | 100,500 | — |
| Less: Unamortized original issue discount | 5,215 | 6,029 |
| Less: Unamortized debt issuance costs | 40,364 | 45,541 |
| Total long-term debt, net | $ 3,829,421 | $ 3,840,930 |

*Credit Facility and Term Loan*

Our wholly-owned subsidiary, Match Group Holdings II, LLC ("MG Holdings II") is the borrower under a credit agreement (as amended, the "Credit Agreement") that provides for the Credit Facility and the Term Loan. The Credit Agreement provides for a benchmark replacement should the LIBOR rate not be available in the future. The rate used would be agreed to between the administrative agent and the Company and may be based upon a secured overnight financing rate at the Federal Reserve Bank of New York. Additional information about the benchmark replacement can be found in Amendment No. 6 to the Credit Agreement.

The Credit Facility has a borrowing capacity of $750 million and matures on February 13, 2025. At both December 31, 2021 and 2020, there were no outstanding borrowings under the Credit Facility. At December 31, 2021, there was $0.4 million in outstanding letters of credit and $749.6 million of availability under the Credit Facility. At December 31, 2020, there was $0.2 million in outstanding letters of credit and $749.8 million of availability under the Credit Facility. The annual commitment fee on undrawn funds, which is based on MG Holdings II's consolidated net leverage ratio, was 25 basis points as of December 31, 2021. Borrowings under the Credit Facility bear interest, at MG Holdings II's option, at a base rate or LIBOR, in each case plus an applicable margin, based on MG Holdings II's consolidated net leverage ratio. If MG Holdings II borrows under the Credit Facility, it will be required to maintain a consolidated net leverage ratio of not more than 5.0 to 1.0.

At both December 31, 2021 and 2020, the outstanding balance on the Term Loan was $425 million. The Term Loan bears interest at LIBOR plus 1.75%, which was 1.91% and 1.96% at December 31, 2021 and 2020,

respectively. The Term Loan matures on February 13, 2027. Interest payments are due at least quarterly through the term of the loan. The Term Loan provides for annual principal payments as part of an excess cash flow sweep provision, the amount of which, if any, is governed by the secured net leverage ratio set forth in the Credit Agreement.

On March 26, 2021, MG Holdings II entered into an amendment of the Credit Agreement to provide for a $400 million Delayed Draw Term Loan, the proceeds of which could have been used only to finance a portion of the consideration for the acquisition of Hyperconnect. The Delayed Draw Term Loan was terminated effective June 18, 2021, in accordance with its terms.

The Credit Agreement includes covenants that would limit the ability of MG Holdings II to pay dividends, make distributions, or repurchase MG Holdings II's stock in the event MG Holdings II's secured net leverage ratio exceeds 2.0 to 1.0, while the Term Loan remains outstanding and, thereafter, if MG Holdings II's consolidated net leverage ratio exceeds 4.0 to 1.0, or if an event of default has occurred. The Credit Agreement includes additional covenants that limit the ability of MG Holdings II and its subsidiaries to, among other things, incur indebtedness, pay dividends or make distributions. Obligations under the Credit Facility and Term Loan are unconditionally guaranteed by certain MG Holdings II wholly-owned domestic subsidiaries and are also secured by the stock of certain MG Holdings II domestic and foreign subsidiaries. The Term Loan and outstanding borrowings, if any, under the Credit Facility rank equally with each other, and have priority over the Senior Notes to the extent of the value of the assets securing the borrowings under the Credit Agreement.

### Senior Notes

The 3.625% Senior Notes were issued on October 4, 2021. The proceeds from these notes were used to redeem a portion of the 2022 Exchangeable Notes and for general corporate purposes. At any time prior to October 1, 2026, these notes may be redeemed at a redemption price equal to the sum of the principal amount, plus accrued and unpaid interest and a make-whole premium set forth in the indenture governing the notes. Thereafter, these notes may be redeemed at the redemption prices set forth below, together with accrued and unpaid interest to the applicable redemption date:

| Beginning October 1, | Percentage |
|---|---|
| 2026 | 101.813% |
| 2027 | 101.208% |
| 2028 | 100.604% |
| 2029 and thereafter | 100.000% |

The 4.625% Senior Notes were issued on May 19, 2020. The proceeds from these notes were used to redeem the outstanding 6.375% Senior Notes, to pay expenses associated with the offering, and for general corporate purposes. At any time prior to June 1, 2023, these notes may be redeemed at a redemption price equal to the sum of the principal amount, plus accrued and unpaid interest and a make-whole premium set forth in the indenture governing the notes. Thereafter, these notes may be redeemed at the redemption prices set forth below, together with accrued and unpaid interest to the applicable redemption date:

| Beginning June 1, | Percentage |
|---|---|
| 2023 | 102.313% |
| 2024 | 101.156% |
| 2025 and thereafter | 100.000% |

The 4.125% Senior Notes were issued on February 11, 2020. The proceeds from these notes were used to fund a portion of the $3.00 per common share of Former Match Group that was payable in connection with the Separation. At any time prior to May 1, 2025, these notes may be redeemed at a redemption price equal to the sum of the principal amount, plus accrued and unpaid interest and a make-whole premium set forth in the indenture governing the notes. Thereafter, these notes may be redeemed at the redemption prices set forth below, together with accrued and unpaid interest to the applicable redemption date:

| Beginning May 1, | Percentage |
|---|---|
| 2025 | 102.063% |
| 2026 | 101.375% |
| 2027 | 100.688% |
| 2028 and thereafter | 100.000% |

The 5.625% Senior Notes were issued on February 15, 2019. The proceeds from these notes were used to repay outstanding borrowings under the Credit Facility, to pay expenses associated with the offering, and for general corporate purposes. At any time prior to February 15, 2024, these notes may be redeemed at a redemption price equal to the sum of the principal amount, plus accrued and unpaid interest and a make-whole premium set forth in the indenture governing the notes. Thereafter, these notes may be redeemed at the redemption prices set forth below, together with accrued and unpaid interest to the applicable redemption date:

| Beginning February 15, | Percentage |
|---|---|
| 2024 | 102.813% |
| 2025 | 101.875% |
| 2026 | 100.938% |
| 2027 and thereafter | 100.000% |

The 5.00% Senior Notes were issued on December 4, 2017. The proceeds, along with cash on hand, were used to redeem then outstanding senior notes and pay the related call premium. At any time prior to December 15, 2022, these notes may be redeemed at a redemption price equal to the sum of the principal amount, plus accrued and unpaid interest and a make-whole premium set forth in the indenture governing the notes. Thereafter, these notes may be redeemed at the redemption prices set forth below, together with accrued and unpaid interest thereon to the applicable redemption date:

| Beginning December 15, | Percentage |
|---|---|
| 2022 | 102.500% |
| 2023 | 101.667% |
| 2024 | 100.833% |
| 2025 and thereafter | 100.000% |

The 6.375% Senior Notes were redeemed on June 11, 2020 with proceeds from the 4.625% Senior Notes. The related call premium of $12.8 million and $2.9 million of unamortized original issue discount and debt issuance costs related to the 6.375% Senior Notes are included in "Other (expense) income, net" in the consolidated statement of operations for the year ended December 31, 2020.

The indenture governing the 5.00% Senior Notes contains covenants that would limit MG Holdings II's ability to pay dividends or to make distributions and repurchase or redeem MG Holdings II's stock in the event a default has occurred or MG Holdings II's consolidated leverage ratio (as defined in the indenture) exceeds 5.0 to 1.0. At December 31, 2021, there were no limitations pursuant thereto. There are additional covenants in the 5.00% Senior Notes indenture that limit the ability of MG Holdings II and its subsidiaries to, among other things, (i) incur indebtedness, make investments, or sell assets in the event MG Holdings II is not in compliance with specified financial ratios, and (ii) incur liens, enter into agreements restricting their ability to pay dividends, enter into transactions with affiliates, or consolidate, merge or sell substantially all of their assets. The indentures

governing the 3.625%, 4.125%, 4.625%, and 5.625% Senior Notes are less restrictive than the indentures governing the 5.00% Senior Notes and generally only limit MG Holdings II's and its subsidiaries' ability to, among other things, create liens on assets, or consolidate, merge, sell or otherwise dispose of all or substantially all of their assets.

The Senior Notes all rank equally in right of payment.

*Exchangeable Notes*

During 2017, Match Group FinanceCo, Inc., a direct, wholly-owned subsidiary of the Company, issued $517.5 million aggregate principal amount of its 2022 Exchangeable Notes. During 2019, Match Group FinanceCo 2, Inc. and Match Group FinanceCo 3, Inc., direct, wholly-owned subsidiaries of the Company, issued $575.0 million aggregate principal amount of its 2026 Exchangeable Notes and $575.0 million aggregate principal amount of its 2030 Exchangeable Notes, respectively.

The 2022, 2026, and 2030 Exchangeable Notes (collectively the "Exchangeable Notes") are guaranteed by the Company but are not guaranteed by MG Holdings II or any of its subsidiaries.

The following table presents details of the exchangeable features:

| | Number of shares of the Company's Common Stock into which each $1,000 of Principal of the Exchangeable Notes is Exchangeable[a] | Approximate Equivalent Exchange Price per Share[a] | Exchangeable Date |
|---|---|---|---|
| 2022 Exchangeable Notes | 22.7331 $ | 43.99 | July 1, 2022 |
| 2026 Exchangeable Notes | 11.4259 $ | 87.52 | March 15, 2026 |
| 2030 Exchangeable Notes | 11.8739 $ | 84.22 | October 15, 2029 |

_____

[a] Subject to adjustment upon the occurrence of specified events.

As more specifically set forth in the applicable indentures, the Exchangeable Notes are exchangeable under the following circumstances:

(1) during any calendar quarter (and only during such calendar quarter), if the last reported sale price of the Company's common stock for at least 20 trading days (whether or not consecutive) during the period of 30 consecutive trading days ending on, and including, the last trading day of the immediately preceding calendar quarter is greater than or equal to 130% of the exchange price on each applicable trading day;

(2) during the five-business day period after any five-consecutive trading day period in which the trading price per $1,000 principal amount of notes for each trading day of the measurement period was less than 98% of the product of the last reported sale price of the Company's common stock and the exchange rate on each such trading day;

(3) if the issuer calls the notes for redemption, at any time prior to the close of business on the scheduled trading day immediately preceding the redemption date; or

(4) upon the occurrence of specified corporate events as further described in the indentures governing the respective Exchangeable Notes.

On or after the respective exchangeable dates noted in the table above, until the close of business on the second scheduled trading day immediately preceding the maturity date, holders may exchange all or any portion of their Exchangeable Notes regardless of the foregoing conditions. Upon exchange, the issuer, in its sole discretion, has the option to settle the Exchangeable Notes with any of the three following alternatives: (1) shares of the Company's common stock, (2) cash or (3) a combination of cash and shares of the Company's common stock. It is the Company's intention to settle the Exchangeable Notes with cash equal to the face amount of the notes upon exchange. Any dilution arising from the 2022, 2026, and 2030 Exchangeable Notes would be mitigated by the 2022, 2026, and 2030 Exchangeable Notes Hedges (defined below), respectively.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The Company's 2022, 2026, and 2030 Exchangeable Notes were all exchangeable as of December 31, 2021. During the year ended December 31, 2021, a portion of the 2022 Exchangeable Notes were presented for exchange, see "Redemption and exchange of 2022 Exchangeable Notes and related note hedges and warrants" below for details. No other Exchangeable Notes were presented for exchange during the year ended December 31, 2021. None of the Exchangeable Notes were exchanged, or presented for exchange, during the year ended December 31, 2020.

The following table presents the if-converted value that exceeded the principal of each Exchangeable Note outstanding as of December 31, 2021 and 2020 based on the Company's stock price on December 31, 2021 and 2020, respectively.

|  | December 31, 2021 | December 31, 2020 |
|---|---|---|
|  | (In millions) | |
| 2022 Exchangeable Notes | $ 170.4 | $ 1,261.2 |
| 2026 Exchangeable Notes | $ 293.9 | $ 418.3 |
| 2030 Exchangeable Notes | $ 327.9 | $ 457.2 |

Additionally, all or any portion of the 2026 Exchangeable Notes and 2030 Exchangeable Notes may be redeemed for cash, at the respective issuer's option, on or after June 20, 2023 and July 20, 2026, respectively, if the last reported sale price of the Company's common stock has been at least 130% of the exchange price then in effect for at least 20 trading days (whether or not consecutive), including at least one of the five trading days immediately preceding the date on which the notice of redemption is provided, during any 30 consecutive trading day period ending on, and including, the trading day immediately preceding the date on which the applicable issuer provides notice of redemption, at a redemption price equal to 100% of the principal amount to be redeemed, plus accrued and unpaid interest to, but excluding, the redemption date.

The following table sets forth the components of the outstanding Exchangeable Notes as of December 31, 2021 and 2020:

|  | December 31, 2021 | | | December 31, 2020 | | |
|---|---|---|---|---|---|---|
|  | 2022 Exchangeable Notes | 2026 Exchangeable Notes | 2030 Exchangeable Notes | 2022 Exchangeable Notes | 2026 Exchangeable Notes | 2030 Exchangeable Notes |
|  | (In thousands) | | | | | |
| Principal | $ 100,500 | $ 575,000 | $ 575,000 | $ 517,500 | $ 575,000 | $ 575,000 |
| Less: unamortized debt issuance costs | 573 | 7,130 | 8,638 | 6,511 | 8,700 | 9,627 |
| Net carrying value included in current maturities of long-term debt, net | $ 99,927 | $ — | $ — | $ — | $ — | $ — |
| Net carrying value included in long-term debt, net | $ — | $ 567,870 | $ 566,362 | $ 510,989 | $ 566,300 | $ 565,373 |

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The following table sets forth interest expense recognized related to the Exchangeable Notes for the years ended December 31, 2021, 2020, and 2019:

| | Year Ended December 31, 2021 | | |
| --- | --- | --- | --- |
| | 2022 Exchangeable Notes | 2026 Exchangeable Notes | 2030 Exchangeable Notes |
| | (In thousands) | | |
| Contractual interest expense | $ 3,525 | $ 5,031 | $ 11,500 |
| Amortization of debt issuance costs | 2,939 | 1,570 | 989 |
| Total interest expense recognized | $ 6,464 | $ 6,601 | $ 12,489 |

| | Year Ended December 31, 2020 | | |
| --- | --- | --- | --- |
| | 2022 Exchangeable Notes | 2026 Exchangeable Notes | 2030 Exchangeable Notes |
| | (In thousands) | | |
| Contractual interest expense | $ 4,528 | $ 5,031 | $ 11,500 |
| Amortization of debt issuance costs | 3,646 | 1,533 | 950 |
| Total interest expense recognized | $ 8,174 | $ 6,564 | $ 12,450 |

| | Year Ended December 31, 2019 | | |
| --- | --- | --- | --- |
| | 2022 Exchangeable Notes | 2026 Exchangeable Notes | 2030 Exchangeable Notes |
| | (In thousands) | | |
| Contractual interest expense | $ 4,528 | $ 2,963 | $ 6,772 |
| Amortization of debt issuance costs | 3,578 | 897 | 550 |
| Total interest expense recognized | $ 8,106 | $ 3,860 | $ 7,322 |

The effective interest rates for the 2022, 2026, and 2030 Exchangeable Notes are 1.6%, 1.2%, and 2.2%, respectively.

***Exchangeable Notes Hedges and Warrants***

In connection with the Exchangeable Notes offerings, the Company purchased call options allowing the Company to purchase initially (subject to adjustment upon the occurrence of specified events) the same number of shares that would be issuable upon the exchange of the applicable Exchangeable Notes at the price per share set forth below (the "Exchangeable Notes Hedge"), and sold warrants allowing the counterparty to purchase (subject to adjustment upon the occurrence of specified events) shares at the per share price set forth below (the "Exchangeable Notes Warrants").

The Exchangeable Notes Hedges are expected to reduce the potential dilutive effect on the Company's common stock upon any exchange of notes and/or offset any cash payment Match Group FinanceCo, Inc., Match Group FinanceCo 2, Inc. or Match Group FinanceCo 3, Inc. is required to make in excess of the principal amount of the exchanged notes. The Exchangeable Notes Warrants have a dilutive effect on the Company's common stock to the extent that the market price per share of the Company common stock exceeds their respective strike prices.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The following tables present details of the Exchangeable Notes Hedges and Warrants outstanding at December 31, 2021:

| | Number of Shares[a] | Approximate Equivalent Exchange Price per Share[a] |
|---|---|---|
| | (Shares in millions) | |
| 2022 Exchangeable Notes Hedge | 1.9 $ | 43.99 |
| 2026 Exchangeable Notes Hedge | 6.6 $ | 87.52 |
| 2030 Exchangeable Notes Hedge | 6.8 $ | 84.22 |

| | Number of Shares[a] | Weighted Average Strike Price per Share[a] |
|---|---|---|
| | (Shares in millions) | |
| 2022 Exchangeable Notes Warrants | 2.4 $ | 68.22 |
| 2026 Exchangeable Notes Warrants | 6.6 $ | 134.76 |
| 2030 Exchangeable Notes Warrants | 6.8 $ | 134.82 |

_____

[a] Subject to adjustment upon the occurrence of specified events.

***Redemption and exchanges of 2022 Exchangeable Notes and related note hedges and warrants***

During the year ended December 31, 2021, $18.6 million aggregate principal amount of the 2022 Exchangeable Notes were presented for exchange, of which $15.6 million aggregate principal amount was not settled as of December 31, 2021. The principal amount of this remaining $15.6 million is classified as "current maturities of long-term debt, net" and the fair value in excess of the principal value on the date of exchange is recorded as a current liability within "accrued expenses and other current liabilities." These obligations were settled in January 2022. See "Note 6—Financial Instruments" for additional information.

In connection with the 2022 Exchangeable Notes presented for exchange during the year ended December 31, 2021, we exercised 0.4 million underlying shares of the related 2022 Exchangeable Notes Hedges, which were valued based on the volume weighted average price of Match Group common stock over a 40-day measurement period. During the year ended December 31, 2021, the Company received $6.6 million in cash related to these hedge settlements and a $32.1 million derivative asset is included in other current assets at December 31, 2021 with respect to the hedges that were still subject to the 40-day measurement period as of year-end.

On October 4, 2021, we repurchased $414.0 million aggregate principal amount of our outstanding 2022 Exchangeable Notes, pursuant to privately negotiated agreements executed on September 22, 2021, for approximately $1.5 billion, including accrued and unpaid interest on the repurchased notes, funded with (i) net proceeds of $879.0 million from a registered direct offering to the holders of the 2022 Exchangeable Notes being repurchased of 5,534,098 shares of our common stock at a price of $158.83 per share, (ii) approximately $420 million of net proceeds from the 3.625% Senior Notes offering; and (iii) net proceeds of approximately $201 million from the unwind of a proportionate amount of outstanding hedges and warrants, each representing 9.4 million underlying shares, corresponding to the 2022 Exchangeable Notes repurchased. See "Note 6—Financial Instruments" for additional information.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Long-term debt maturities*

| Years Ending December 31, | (In thousands) |
|---|---|
| 2022 | $ 100,500 |
| 2026 | 575,000 |
| 2027 | 875,000 |
| 2028 | 500,000 |
| 2029 | 350,000 |
| 2030 | 1,075,000 |
| 2031 | 500,000 |
| Total | 3,975,500 |
| Less: Current maturities of long-term debt | 100,500 |
| Less: Unamortized original issue discount | 5,215 |
| Less: Unamortized debt issuance costs | 40,364 |
| Total long-term debt, net | $ 3,829,421 |

## NOTE 8—SHAREHOLDERS' EQUITY

**Description of Common Stock**

Holders of Match Group common stock are entitled to one vote per share on all matters to be voted upon by the stockholders. Holders of Match Group common stock are entitled to receive, share for share, such dividends as may be declared by Match Group's Board of Directors out of funds legally available therefor. In the event of a liquidation, dissolution, or winding up, holders of the Company's common stock are entitled to receive ratably the assets available for distribution to stockholders after payment of all liabilities.

**Reserved Common Shares**

In connection with equity compensation plans, the Exchangeable Notes, and warrants, 75.0 million shares of Match Group common stock are reserved at December 31, 2021.

**Retirement of Treasury Stock**

On June 30, 2020, prior to the Separation, Former IAC retired all Former IAC common stock and Class B common stock then held in treasury. There are no shares of common stock held in treasury at December 31, 2021 and 2020.

**Preferred Stock**

The Company has authorized 100,000,000 shares, $0.01 par value per share, of preferred stock. No shares have been issued under this authorization.

**Series of equity transactions related to the Separation of Former IAC**

Upon the consummation of the Separation, holders of Former IAC common stock exchanged each share of common stock for (i) one share of Series 1 Mandatorily Exchangeable Preferred Stock, which was immediately exchanged for one share of IAC common stock and then retired; and (ii) 2.1584 shares of Match Group common stock, par value $0.001 per share.

Upon the consummation of the Separation, holders of Former IAC Class B common stock exchanged each share of Class B common stock for (i) one share of Series 2 Mandatorily Exchangeable Preferred Stock, which was immediately exchanged for one share of IAC Class B common stock and then retired; and (ii) 2.1584 shares of Match Group common stock, par value $0.001 per share.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**Issuance of Common Stock**

In July 2020, in connection with the Separation, Former IAC completed the sale of an additional 17.3 million newly issued Match Group common shares. The proceeds of $1.4 billion, net of associated fees, were transferred directly to IAC.

In October 2021, we completed the sale of 5.5 million common shares. The net proceeds of $879.0 million were used to repurchase $414.0 million aggregate principal amount of our outstanding 2022 Exchangeable Notes. See "Note 7—Long-term Debt, net" for additional information on the redemption of a portion of the 2022 Exchangeable Notes.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

## NOTE 9—ACCUMULATED OTHER COMPREHENSIVE LOSS

The following tables present the components of accumulated other comprehensive (loss) income and items reclassified out of accumulated other comprehensive loss into earnings.

| | Year Ended December 31, 2021 | |
|---|---|---|
| | Foreign Currency Translation Adjustment | Accumulated Other Comprehensive (Loss) |
| | (In thousands) | |
| **Balance at January 1** | $ (81,454) | $ (81,454) |
| Other comprehensive loss | (142,300) | (142,300) |
| **Balance at December 31** | $ (223,754) | $ (223,754) |

| | Year Ended December 31, 2020 | | |
|---|---|---|---|
| | Foreign Currency Translation Adjustment | Unrealized (Loss) Gain on Available-For-Sale Security | Accumulated Other Comprehensive (Loss) Income |
| | (In thousands) | | |
| **Balance at January 1** | $ (136,349) | $ — | $ (136,349) |
| Other comprehensive income (loss) before reclassifications | 40,655 | (1) | 40,654 |
| Amounts reclassified into earnings | (168) | — | (168) |
| Net period other comprehensive income (loss) | 40,487 | (1) | 40,486 |
| Allocation of accumulated other comprehensive loss related to the noncontrolling interests | 628 | — | 628 |
| Separation of IAC | 13,780 | 1 | 13,781 |
| **Balance at December 31** | $ (81,454) | $ — | $ (81,454) |

| | Year Ended December 31, 2019 | | |
|---|---|---|---|
| | Foreign Currency Translation Adjustment | Unrealized Gain (Loss) on Available-For-Sale Security | Accumulated Other Comprehensive (Loss) Income |
| | (In thousands) | | |
| **Balance at January 1** | $ (128,726) | $ 4 | $ (128,722) |
| Other comprehensive loss | (7,938) | (4) | (7,942) |
| Net period other comprehensive loss | (7,938) | (4) | (7,942) |
| Allocation of accumulated other comprehensive loss related to the noncontrolling interests | 315 | — | 315 |
| **Balance at December 31** | $ (136,349) | $ — | $ (136,349) |

At December 31, 2021, 2020 and 2019, there was no tax benefit or provision on the accumulated other comprehensive loss.

## NOTE 10—EARNINGS PER SHARE

As a result of the Separation, weighted average basic and dilutive shares outstanding for all periods prior to the Separation reflect the share position of Former IAC multiplied by the Separation exchange ratio of 2.1584. The following table sets forth the computation of the basic and diluted earnings per share attributable to Match Group shareholders:

| | Years Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2021 | | 2020 | | 2019 | |
| | Basic | Diluted | Basic | Diluted | Basic | Diluted |
| | (In thousands, except per share data) | | | | | |
| **Numerator** | | | | | | |
| Net earnings from continuing operations | $ 276,045 | $ 276,045 | $ 587,679 | $ 587,679 | $ 517,340 | $ 517,340 |
| Net loss (earnings) attributable to noncontrolling interests | 1,169 | 1,169 | (59,599) | (59,599) | (103,401) | (103,401) |
| Impact from subsidiaries' dilutive securities of continuing operations[a] | — | (993) | — | (9,999) | — | (25,997) |
| Interest on dilutive Exchangeable Notes, net of income tax[b] | — | 6,616 | — | 16,300 | — | 5,791 |
| Net earnings from continuing operations attributable to Match Group, Inc. shareholders | $ 277,214 | $ 282,837 | $ 528,080 | $ 534,381 | $ 413,939 | $ 393,733 |
| | | | | | | |
| Earnings (loss) from discontinued operations, net of tax | $ 509 | $ 509 | $ (366,070) | $ (366,070) | $ 49,187 | $ 49,187 |
| Net earnings (loss) attributable to noncontrolling interests of discontinued operations | — | — | 319 | 319 | (9,288) | (9,288) |
| Impact from subsidiaries' dilutive securities of discontinued operations[a] | — | — | — | (240) | — | (67) |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net earnings (loss) from discontinued operations attributable to shareholders | | 509 | | 509 | | (365,751) | | (365,991) | | 39,899 | 39,832 |
| Net earnings attributable to Match Group, Inc. shareholders | $ | 277,723 | $ | 283,346 | $ | 162,329 | $ | 168,390 | $ | 453,838 | $ 433,565 |
| | | | | | | | | | | | |
| **Denominator** | | | | | | | | | | | |
| Weighted average basic shares outstanding | | 275,004 | | 275,004 | | 223,433 | | 223,433 | | 181,869 | 181,869 |
| Dilutive securities[a][c][d] | | — | | 13,866 | | — | | 12,157 | | — | 10,129 |
| Dilutive shares from Exchangeable Notes, if-converted[b] | | — | | 15,970 | | — | | 20,430 | | — | 9,784 |
| Denominator for earnings per share—weighted average shares[a][c][d] | | 275,004 | | 304,840 | | 223,433 | | 256,020 | | 181,869 | 201,782 |
| | | | | | | | | | | | |
| **Earnings (loss) per share:** | | | | | | | | | | | |
| Earnings per share from continuing operations | $ | 1.01 | $ | 0.93 | $ | 2.36 | $ | 2.09 | $ | 2.28 | $ 1.95 |
| (Loss) earnings per share from discontinued operations, net of tax | $ | — | $ | — | $ | (1.64) | $ | (1.43) | $ | 0.22 | $ 0.20 |
| Earnings per share attributable to Match Group, Inc. shareholders | $ | 1.01 | $ | 0.93 | $ | 0.73 | $ | 0.66 | $ | 2.50 | $ 2.15 |

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

_____

(a)  Prior to the Separation, Former IAC had the option to settle certain Former Match Group and ANGI Homeservices ("ANGI") stock-based awards with Former IAC shares. For the period prior to the Separation in the year ended December 31, 2020, for continuing operations it was more dilutive for Former Match Group to settle certain Former Match Group equity awards; and for discontinued operations it was more dilutive for ANGI to settle certain ANGI equity awards. For the year ended December 31, 2019, for continuing operations it was more dilutive for Former Match Group to settle certain Former Match Group equity awards; and for discontinued operations, it was more dilutive for Former IAC to settle certain ANGI equity awards.

(b)  The Company uses the if-converted method for calculating the dilutive impact of the outstanding Exchangeable Notes. For the year ended December 31, 2021, the Company adjusted net earnings from continuing operations attributable to Match Group, Inc. shareholders for the cash interest expense, net of income taxes, incurred on the 2022 and 2026 Exchangeable Notes and dilutive shares were included for the same set of notes at the Match Group exchange rates. For the year ended December 31, 2021 the 2030 Exchangeable Notes were not more dilutive under the if-converted method and therefore the weighted average 6.8 million shares related to the 2030 Exchangeable Notes are excluded from dilutive securities. For the year ended December 31, 2020, the Company adjusted net earnings from continuing operations attributable to Match Group, Inc. shareholders for the cash interest expense, net of income taxes, incurred on the 2022, 2026, and 2030 Exchangeable Notes and dilutive shares were included for the same set of notes at the Match Group exchange rates. For the year ended December 31, 2019, the Company adjusted net earnings from continuing operations attributable to Match Group, Inc. shareholders for the cash interest expense, net of income taxes, incurred on the 2022 and 2026 Exchangeable Notes and dilutive shares were included for the same set of notes at the Former IAC exchange rates multiplied by the Separation exchange ratio. For the year ended December 31, 2019 the 2030 Exchangeable Notes were not more dilutive under the if-converted method and therefore the weighted average 2.5 million shares related to the 2030 Exchangeable Notes are excluded from dilutive securities.

(c)  If the effect is dilutive, weighted average common shares outstanding include the incremental shares that would be issued upon the assumed exercise of stock options, warrants, and subsidiary denominated equity and vesting of restricted stock units. For the years ended December 31, 2021, 2020, and 2019, 0.9 million, 13.4 million and 15.7 million potentially dilutive securities, respectively, are excluded from the calculation of diluted earnings per share because their inclusion would have been anti-dilutive.

(d)  Market-based awards and performance-based stock units ("PSUs") are considered contingently issuable shares. Shares issuable upon exercise or vesting of market-based awards and PSUs are included in the denominator for earnings per share if (i) the applicable market or performance condition(s) has been met and (ii) the inclusion of the market-based awards and PSUs is dilutive for the respective reporting periods. For the years ended December 31, 2021, 2020, and 2019, 1.0 million, 0.4 million, and 0.4 million market-based awards and PSUs, respectively, were excluded from the calculation of diluted earnings per share because the market or performance conditions had not been met.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**NOTE 11—STOCK-BASED COMPENSATION**

The Company currently has three active stock and annual incentive plans; two Former Match Group plans were assumed as part of the Separation (the 2015 and 2017 plans) and another plan was approved by shareholders on June 25, 2020 (the 2020 plan). The 2015 and 2017 plans cover stock options to acquire shares of Match Group common stock, RSUs, and stock settled stock appreciation rights denominated in the equity of certain of our subsidiaries, in each case with respect to awards previously granted by Former Match Group prior to the Separation, as well as provide for the future grant of equity awards by the Company. The 2015 and 2017 plans authorize the Company to grant awards to its employees, officers, directors and consultants. At December 31, 2021, there were 32.6 million shares available for the future grant of equity awards under the 2015 and 2017 plans collectively. The 2020 plan covers options previously granted by Former IAC that converted into Match Group options as a result of the Separation; no additional grants can be made from this plan.

The 2015 and 2017 plans have a stated term of ten years and provide that the exercise price of stock options granted will not be less than the market price of the Company's common stock on the grant date. Neither plan specifies grant dates or vesting schedules of awards as those determinations have been delegated to the Compensation and Human Resources Committee of Match Group's Board of Directors (the "Committee"). Each grant agreement reflects the vesting schedule for that particular grant as determined by the Committee. Stock options outstanding will generally vest in four equal annual installments over a four-year period. RSUs outstanding generally vest over a three- or four-year period. Market-based awards outstanding generally vest over a two- to four-year period.

Stock-based compensation expense recognized in the consolidated statement of operations includes expense related to the Company's stock options and RSUs, market-based RSUs and PSUs for which vesting is considered probable, and equity instruments denominated in shares of subsidiaries. The amount of stock-based compensation expense recognized is net of estimated forfeitures, as the expense recorded is based on awards that are ultimately expected to vest. The forfeiture rate is estimated at the grant date based on historical experience and revised, if necessary, in subsequent periods if actual forfeitures differ from the estimated rate. At December 31, 2021, there is $270.9 million of unrecognized compensation cost, net of estimated forfeitures, related to all outstanding equity-based awards, which is expected to be recognized over a weighted average period of approximately 2.4 years.

The total income tax benefit recognized in the accompanying consolidated statement of operations for the years ended December 31, 2021, 2020 and 2019 related to all stock-based compensation is $95.1 million, $136.6 million and $110.4 million, respectively.

The aggregate income tax benefit recognized related to the exercise of stock options for the years ended December 31, 2021, 2020, and 2019 is $53.8 million, $105.5 million, and $73.4 million, respectively. As the Company is currently in a NOL position there will be some delay in the timing of the realization of cash benefit of income tax deductions related to stock-based compensation because it will be dependent upon the amount and timing of future taxable income and the timing of estimated income tax payments.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**Stock Options**

Stock options outstanding at December 31, 2021 and changes during the year ended December 31, 2021 are as follows:

| | | | December 31, 2021 | | | |
|---|---|---|---|---|---|---|
| | Shares | | Weighted Average Exercise Price | Weighted Average Remaining Contractual Term (In Years) | | Aggregate Intrinsic Value |
| | | | (Shares and intrinsic value in thousands) | | | |
| Outstanding at January 1, 2021 | 7,425 | $ | 19.48 | | | |
| Converted sub-equity options | 3 | | 37.49 | | | |
| Increase due to acquisition | 267 | | 30.30 | | | |
| Exercised | (2,926) | | 18.52 | | | |
| Forfeited | (280) | | 23.06 | | | |
| Expired | (21) | | 12.55 | | | |
| Outstanding at December 31, 2021 | 4,468 | $ | 20.58 | 4.9 | $ | 498,936 |
| Options exercisable | 4,193 | $ | 19.85 | 4.7 | $ | 471,347 |

_____

The aggregate intrinsic value in the table above represents the difference between Match Group's closing stock price on the last trading day of 2021 and the exercise price, multiplied by the number of in-the-money options that would have been exercised had option holders exercised their options on December 31, 2021. The total intrinsic value of stock options exercised during the year ended December 31, 2021 is $406.1 million. The total intrinsic value of stock options exercised during the period from the Separation on July 1, 2020 to December 31, 2020 is $737.9 million.

The following table summarizes the information about stock options outstanding and exercisable at December 31, 2021:

| | Options Outstanding | | | | Options Exercisable | | | |
|---|---|---|---|---|---|---|---|---|
| Range of Exercise Prices | Outstanding at December 31, 2021 | Weighted-Average Remaining Contractual Life in Years | | Weighted-Average Exercise Price | Exercisable at December 31, 2021 | Weighted-Average Remaining Contractual Life in Years | | Weighted-Average Exercise Price |
| | (Shares in thousands) | | | | | | | |
| $0.01 to $10.00 | 671 | 4.6 | $ | 7.92 | 631 | 4.3 | $ | 8.38 |
| $10.01 to $20.00 | 1,545 | 4.4 | | 14.78 | 1,544 | 4.4 | | 14.78 |
| $20.01 to $30.00 | 1,794 | 4.9 | | 24.62 | 1,698 | 4.9 | | 24.37 |
| $30.01 to $40.00 | 152 | 6.1 | | 35.58 | 147 | 6.1 | | 35.76 |
| $40.01 to $50.00 | 306 | 7.6 | | 46.49 | 173 | 6.2 | | 49.12 |
| | 4,468 | 4.9 | $ | 20.58 | 4,193 | 4.7 | $ | 19.85 |

Cash received from Match Group stock option exercises for the years ended December 31, 2021 and 2020 was $58.4 million and $155.4 million, respectively. No cash was received from stock option exercises for the year ended December 31, 2019.

93

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**Restricted Stock Units, Performance-Based Stock Units, and Market-Based Awards**

RSUs, PSUs, and market-based awards are awards in the form of phantom shares or units denominated in a hypothetical equivalent number of shares of Match Group common stock and with the value of each RSU and PSU equal to the fair value of Match Group common stock at the date of grant. For market-based awards, the grant date fair value was estimated using a lattice model that incorporates a Monte Carlo simulation of the valuation of a wholly-owned business. Each RSU, PSU, and market-based award grant is subject to service-based vesting, where a specific period of continued employment must pass before an award vests. PSUs also include performance-based vesting conditions, where certain performance targets set at the time of grant must be achieved before an award vests. The number of market-based awards that ultimately vest is based on a valuation of a wholly-owned business. For RSU grants, the expense is measured at the grant date as the fair value of Match Group common stock and expensed as stock-based compensation over the vesting term. For PSU grants, the expense is measured at the grant date as the fair value of Match Group common stock and expensed as stock-based compensation over the vesting term if the performance targets are considered probable of being achieved.

Unvested RSUs, PSUs, and market-based awards outstanding at December 31, 2021 and changes during the year ended December 31, 2021 are as follows:

| | RSUs | | PSUs | | Market-based awards | |
|---|---|---|---|---|---|---|
| | Number of shares | Weighted Average Grant Date Fair Value | Number of shares[a] | Weighted Average Grant Date Fair Value | Number of shares[a] | Weighted Average Grant Date Fair Value |
| | | | (Shares in thousands) | | | |
| Unvested at January 1, 2021 | 3,299 | $ 63.02 | 550 | $ 74.59 | 714 | $ 19.34 |
| Granted | 1,452 | 157.61 | 212 | 159.23 | 803 | 159.67 |
| Vested | (1,195) | 56.46 | — | — | (559) | 19.81 |
| Forfeited | (436) | 93.27 | (221) | 97.42 | (146) | 148.66 |
| Expired | — | — | — | — | (30) | 20.84 |
| Unvested at December 31, 2021 | 3,120 | $ 105.33 | 541 | $ 98.41 | 782 | $ 138.95 |

_____

(a) Represents the maximum shares issuable.

The weighted average fair value of RSUs and PSUs granted during the years ended December 31, 2021 and 2020, based on market prices of Match Group's common stock on the grant date, was $157.81 and $104.74, respectively. The total fair value of RSUs that vested during the years ended December 31, 2021 and 2020 was $67.5 million and $14.8 million, respectively. No PSUs vested during the years ended December 31, 2021 and 2020.

There were 0.8 million market-based awards granted during the year ended December 31, 2021. The vesting of the awards granted in the current period are dependent upon the Company's total shareholder return relative to the Nasdaq 100 Total Return Index over the performance period. There were no market-based awards granted during the year ended December 31, 2020. The total fair value of market-based awards that vested during the years ended December 31, 2021 and 2020 was $11.1 million and $2.5 million, respectively.

**Equity Instruments Denominated in Shares of Certain Subsidiaries**

The Company has granted stock settled stock appreciation rights denominated in the equity of certain non-publicly traded subsidiaries to employees and management of those subsidiaries. These equity awards vest over a specified period of time or upon the occurrence of certain specified events. The value of the stock settled stock appreciation rights is based on the equity value of these subsidiaries. Accordingly, these awards only have value to the extent the relevant business appreciates in value above the initial value utilized to determine the exercise price. These awards can have significant value in the event of significant appreciation. The fair value of the common stock of these subsidiaries is generally determined through a third-party valuation pursuant to the terms of the respective subsidiary equity plan. These equity awards are settled on a net basis, with the award

94

holder entitled to receive a payment in shares of Match Group common stock with a total value equal to the intrinsic value of the award at exercise. The number of shares of Match Group common stock ultimately needed to settle these awards may vary significantly from the estimated number below as a result of movements in our stock price and/or a determination of fair value of the relevant subsidiary that differs from our estimate. The expense associated with these equity awards is initially measured at fair value at the grant date and is expensed as stock-based compensation over the vesting term. At December 31, 2021, the number of shares of Match Group common stock that would be required to settle these awards at estimated fair values, including vested and unvested awards, net of an assumed 50% withholding tax, is 1.0 million shares. The withholding taxes, which would be paid by the Company on behalf of the employees at exercise, required to settle the vested and unvested awards at estimated fair values on December 31, 2021 is $126.9 million assuming a 50% withholding tax rate. The corresponding number of shares and withholding tax amount as of December 31, 2020 were 0.3 million shares and $39.6 million.

**Employee Stock Purchase Plan**

The Match Group, Inc. 2021 Global Employee Stock Purchase Plan (the "ESPP") was approved by the Company's shareholders on June 15, 2021. Under the ESPP, eligible employees may purchase the Company's common stock at a 15% discount of the stock price at the lower of the market price of our common stock on the date of commencement of the applicable offering period or on the last day of each six-month purchase period, subject to certain purchase limits.

Under the ESPP, employees purchased less than 0.1 million shares at an average price per share of $126.16 during the year ended December 31, 2021. At December 31, 2021, there were 3.0 million shares available for future issuance under the ESPP. At December 31, 2021, there is $3.0 million of unrecognized compensation cost, net of estimated forfeitures, related to the ESPP, which is expected to be recognized over a weighted average period of approximately 0.6 years.

**Capitalization of Stock-Based Compensation**

For the years ended December 31, 2021 and 2020, $6.4 million and $5.1 million, respectively, of stock-based compensation was capitalized related to internal use software development. No amounts were capitalized for the year ended December 31, 2019.

**Modifications of awards**

During the years ended December 31, 2021, 2020 and 2019, the Company modified certain equity awards and recognized modification charges in continuing operations of $10.2 million, $21.2 million and $7.1 million, respectively.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**NOTE 12—GEOGRAPHIC INFORMATION**

Revenue by geography is based on where the customer is located. Geographic information about revenue and long-lived assets is presented below:

| | Years Ended December 31, | | |
| | 2021 | 2020 | 2019 |
|---|---|---|---|
| | (In thousands) | | |
| **Revenue** | | | |
| United States | $ 1,362,658 | $ 1,121,957 | $ 972,747 |
| All other countries | 1,620,619 | 1,269,312 | 1,078,511 |
| Total | $ 2,983,277 | $ 2,391,269 | $ 2,051,258 |

The United States is the only country from which revenue is greater than 10 percent of total revenue.

| | December 31, | |
| | 2021 | 2020 |
|---|---|---|
| | (In thousands) | |
| **Long-lived assets (excluding goodwill and intangible assets)** | | |
| United States | $ 133,513 | $ 91,683 |
| All other countries | 29,743 | 16,116 |
| Total | $ 163,256 | $ 107,799 |

The United States is the only country from which long-lived assets (excluding goodwill and intangible assets) is greater than 10 percent of total long-lived assets (excluding goodwill and intangible assets).

96

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

### NOTE 13—LEASES

The Company leases office space, data center facilities, and equipment used in connection with its operations under various operating leases, many of which contain escalation clauses. Through June 2021, one of these lease agreements related to a property owned by IAC. See "Note 15—Related Party Transactions" for additional information on the intercompany lease agreement.

ROU assets represent the Company's right to use the underlying assets for the lease term and lease liabilities represent the present value of the Company's obligation to make payments arising from leases. ROU assets and related lease liabilities are based on the present value of fixed lease payments over the lease term using the Company's incremental borrowing rates on the lease commencement date or January 1, 2019 for leases that commenced prior to that date. The Company combines the lease and non-lease components of lease payments in determining ROU assets and related lease liabilities. If the lease includes one or more options to extend the term of the lease, the renewal option is considered in the lease term if it is reasonably certain the Company will exercise the options. Lease expense is recognized on a straight-line basis over the term of the lease. As permitted by ASC 842, leases with an initial term of twelve months or less ("short-term leases") are not recorded on the accompanying consolidated balance sheet.

Variable lease payments consist primarily of common area maintenance, utilities, and taxes, which are not included in the recognition of ROU assets and related lease liabilities. The Company's lease agreements do not contain any material residual value guarantees or material restrictive covenants.

| Leases | Balance Sheet Classification | December 31, 2021 | December 31, 2020 |
|---|---|---|---|
| | | (In thousands) | |
| **Assets:** | | | |
| Right-of-use assets | Other non-current assets | $ 113,582 | $ 85,009 |
| | | | |
| **Liabilities:** | | | |
| Current lease liabilities | Accrued expenses and other current liabilities | $ 10,618 | $ 7,143 |
| Long-term lease liabilities | Other long-term liabilities | 113,533 | 83,489 |
| Total lease liabilities | | $ 124,151 | $ 90,632 |

| Lease Cost | Income Statement Classification | Year Ended December 31, 2021 | Year Ended December 31, 2020 |
|---|---|---|---|
| | | (In thousands) | |
| Fixed lease cost | Cost of revenue | $ 2,280 | $ 3,215 |
| Fixed lease cost | General and administrative expense | 22,772 | 15,548 |
| Total fixed lease cost[(a)] | | 25,052 | 18,763 |
| | | | |
| Variable lease cost | Cost of revenue | 80 | 312 |
| Variable lease cost | General and administrative expense | 2,768 | 2,882 |
| Total variable lease cost | | 2,848 | 3,194 |
| Net lease cost | | $ 27,900 | $ 21,957 |

_____

(a) Includes approximately $3.5 million and $2.7 million of short-term lease cost, and $0.5 million and $1.2 million of sublease income, for the years ended December 31, 2021 and December 31, 2020, respectively.

97

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Maturities of lease liabilities as of December 31, 2021:

|  | (In thousands) |
|---|---|
| 2022 | $ 19,882 |
| 2023 | 19,768 |
| 2024 | 16,201 |
| 2025 | 15,140 |
| 2026 | 13,286 |
| After 2026 | 66,535 |
| **Total** | 150,812 |
| Less: Interest | (20,680) |
| Less: Tenant improvement receivables | (5,981) |
| Present value of lease liabilities | $ 124,151 |

The following are the weighted average assumptions used for lease term and discount rate:

|  | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Remaining lease term | 9.2 years | 10.6 years |
| Discount rate | 3.03 % | 3.80 % |

|  | Year Ended December 31, 2021 | Year Ended December 31, 2020 |
|---|---|---|
|  | (In thousands) | |
| **Other information:** | | |
| Right-of-use assets obtained in exchange for lease liabilities | $ 53,492 | $ 69,886 |
| Cash paid for amounts included in the measurement of lease liabilities | $ 18,345 | $ 14,809 |

**NOTE 14—COMMITMENTS AND CONTINGENCIES**

**Commitments**

The Company has funding commitments in the form of purchase obligations and surety bonds. The purchase obligations due in less than one year are $56.0 million, the purchase obligations due between one and three years are $15.5 million, and purchase obligations due between three and five years are $23.5 million, for a total of $95.0 million in purchase obligations. The purchase obligations primarily relate to web hosting services. Letters of credit and surety bonds totaling $0.5 million are currently outstanding as of December 31, 2021.

**Contingencies**

In the ordinary course of business, the Company is a party to various lawsuits. The Company establishes reserves for specific legal matters when it determines that the likelihood of an unfavorable outcome is probable and the loss is reasonably estimable. Management has also identified certain other legal matters where we believe an unfavorable outcome is not probable and, therefore, no reserve is established. Although management currently believes that resolving claims against us, including claims where an unfavorable outcome is reasonably possible, will not have a material impact on the liquidity, results of operations, or financial condition of the Company, these matters are subject to inherent uncertainties and management's view of these matters may change in the future. The Company also evaluates other contingent matters, including income and non-income tax contingencies, to assess the likelihood of an unfavorable outcome and estimated extent of potential loss. It is possible that an unfavorable outcome of one or more of these lawsuits or other contingencies could have a material impact on the liquidity, results of operations, or financial condition of the Company. See "Note 3—Income Taxes" for additional information related to income tax contingencies.

Pursuant to the Transaction Agreement, we have agreed to indemnify IAC for matters relating to any business of Former Match Group, including indemnifying IAC for costs related to the matters described below.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The official names of legal proceedings in the descriptions below (shown in italics) reflect the original names of the parties when the proceedings were filed as opposed to the current names of the parties following the separation of Match Group and IAC.

*Tinder Optionholder Litigation Against Former Match Group and Match Group*

On August 14, 2018, ten then-current and former employees of Match Group, LLC or Tinder, Inc. ("Tinder"), a former subsidiary of Former Match Group, filed a lawsuit in New York state court against Former Match Group and Match Group. See *Sean Rad et al. v. IAC/InterActiveCorp and Match Group, Inc.*, No. 654038/2018 (Supreme Court, New York County). The complaint alleged that in 2017, the defendants: (i) wrongfully interfered with a contractually established process for the independent valuation of Tinder by certain investment banks, resulting in a substantial undervaluation of Tinder and a consequent underpayment to the plaintiffs upon exercise of their Tinder stock options, and (ii) then wrongfully merged Tinder into Former Match Group, thereby depriving certain of the plaintiffs of their contractual right to later valuations of Tinder on a stand-alone basis. The complaint asserted claims for breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, interference with contractual relations (as against Former Match Group only), and interference with prospective economic advantage, and sought compensatory damages in the amount of at least $2 billion, as well as punitive damages. On August 31, 2018, four plaintiffs who were still employed by Former Match Group filed a notice of discontinuance of their claims without prejudice, leaving the six former employees as the remaining plaintiffs. On June 13, 2019, the court issued a decision and order granting defendants' motion to dismiss the claims for breach of the implied covenant of good faith and fair dealing and for unjust enrichments, as well as the merger-related claim for breach of contract as to two of the remaining six plaintiffs, and otherwise denying defendants' motion to dismiss. On July 13, 2020, the four former plaintiffs filed arbitration demands with the American Arbitration Association asserting the same valuation claims and on September 3, 2020, the four arbitrations were consolidated. Trial commenced on November 8, 2021. On December 1, 2021, the parties entered into a Binding Global Settlement Agreement Term Sheet, pursuant to which we will pay $441 million in 2022 to settle all claims in trial and in arbitration.

*FTC Lawsuit Against Former Match Group*

On September 25, 2019, the FTC filed a lawsuit in federal district court in Texas against Former Match Group. See *FTC v. Match Group, Inc.*, No. 3:19:cv-02281-K (Northern District of Texas). The complaint alleges that, prior to mid-2018, for marketing purposes Match.com notified non-paying users that other users were attempting to communicate with them, even though Match.com had identified those subscriber accounts as potentially fraudulent, thereby inducing non-paying users to subscribe and exposing them to the risk of fraud should they subscribe. The complaint also challenges the adequacy of Match.com's disclosure of the terms of its six-month guarantee, the efficacy of its cancellation process, and its handling of chargeback disputes. The complaint seeks among other things permanent injunctive relief, civil penalties, restitution, disgorgement, and costs of suit. On October 9, 2020, the court granted the Company's motion to stay the case until the United States Supreme Court issues a decision in the consolidated appeal of *Federal Trade Commission v. Credit Bureau Center, LLC* and *AMG Capital Management, LLC v. FTC*. We believe that the FTC's claims regarding Match.com's practices, policies, and procedures are without merit and will defend vigorously against them.

**NOTE 15—RELATED PARTY TRANSACTIONS**

**Relationship with IAC following the Separation**

In connection with the Separation, the Company entered into certain agreements with IAC to govern the relationship between the Company and IAC following the Separation. These agreements, in certain cases, supersede the agreements entered into between Former Match Group and Former IAC in connection with Former Match Group's IPO in November 2015 (the "IPO Agreements") and include: a tax matters agreement; a transition services agreement; and an employee matters agreement. The IPO Agreements that were not superseded were terminated at closing of the Separation.

In addition to the agreements entered into at the time of the Separation, Match Group leases office space to IAC in a building owned by the Company in Los Angeles. Match Group also leased office space from IAC in New York City through June 2021. For the year ended December 31, 2021, the Company received less than

$0.1 million from IAC pursuant to the Los Angeles lease and the Company paid $0.3 million to IAC pursuant to the New York City lease.

Match Group has a receivable balance of $0.2 million due from IAC at December 31, 2021, excluding items discussed in the "Tax Matters Agreement" section below.

In July 2020, in connection with the Separation, the sale of 17.3 million newly issued shares of Match Group common stock was completed by IAC. The proceeds of $1.4 billion, net of associated fees, were transferred directly to IAC pursuant to the terms of the Transaction Agreement.

*Tax Matters Agreement*

Pursuant to the tax matters agreement, each of Match Group and IAC is responsible for certain tax liabilities and obligations following the transfer by Former IAC (i) to Match Group of certain assets and liabilities of, or related to, the businesses of Former IAC (other than Former Match Group), and (ii) to holders of Former IAC common stock and Former IAC Class B common stock, as a result of the reclassification and mandatory exchange of certain series of Former IAC exchangeable preferred stock (collectively, the "IAC Distribution"). Under the tax matters agreement, IAC generally is responsible for, and has agreed to indemnify Match Group against, any liabilities incurred as a result of the failure of the IAC Distribution to qualify for the intended tax-free treatment unless, subject to certain exceptions, the failure to so qualify is attributable to Match Group's or Former Match Group's actions or failure to act, Match Group's or Former Match Group's breach of certain representations or covenants or certain acquisitions of equity securities of Match Group, in each case, described in the tax matters agreement (a "Match Group fault-based action"). If the failure to so qualify is attributable to a Match Group fault-based action, Match Group is responsible for liabilities incurred as a result of such failure and will indemnify IAC against such liabilities so incurred by IAC or its affiliates.

Under the tax matters agreement, as of December 31, 2021, Match Group is obligated to remit to IAC $1.3 million of expected state tax refunds relating to tax years prior to the Separation. This obligation is included in "Accrued expenses and other current liabilities" in the accompanying consolidated balance sheet. Additionally, IAC is obligated to indemnify Match Group for IAC's share of tax liabilities related to various periods prior to the Separation. At December 31, 2021, a receivable of $1.8 million is included in "Other current assets" in the accompanying consolidated balance sheet representing an estimate of the amount that Match Group is expected to be indemnified under this arrangement. At December 31, 2021, Match Group has an indemnification asset of $0.6 million included in "Other non-current assets" in the accompanying consolidated balance sheet for uncertain tax positions that related to Former IAC prior to the Separation.

*Transition Services Agreement*

Pursuant to the transition services agreement, IAC continues to provide minimal services to Match Group that Former IAC had historically provided to Former Match Group. Match Group also provides certain services to IAC that Former Match Group previously provided to Former IAC. The transition services agreement also provides that Match Group and IAC will make efforts to replace, amend, or divide certain joint contracts with third-parties relating to services or products used by both Match Group and IAC. Match Group and IAC also agreed to continue sharing certain services provided pursuant to certain third-party vendor contracts that were not replaced, amended, or divided prior to closing of the Separation.

For the year ended December 31, 2021, the Company paid IAC less than $0.1 million related to services provided by IAC under the transition services agreement. Additionally, the Company received $7.6 million from IAC for services provided under the transition services agreement.

*Employee Matters Agreement*

Pursuant to the amended and restated employee matters agreement, Match Group will reimburse IAC for the cost of any IAC equity awards held by the Company's employees and former employees upon exercise or vesting. In addition, Match Group employees continued to participate in IAC's U.S. health and welfare plans, 401(k) plan and flexible benefits plan through December 31, 2020 and Match Group reimbursed IAC for the costs of such participation pursuant to the amended and restated employee matters agreement. Match Group established its own employee benefit plans effective January 1, 2021.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

For the year ended December 31, 2021, the Company paid IAC $0.1 million for the cost of IAC equity awards held by the Company's employees upon vesting. At December 31, 2020, the Company has accrued $1.3 million as the estimated cost due to IAC for IAC equity awards held by Match Group employees.

*Other Agreements*

The Transaction Agreement provides that each of Match Group and IAC has agreed to indemnify, defend and hold harmless the other party from and against any liabilities arising out of: (i) any asset or liability allocated to such party or the other members of such party's group under the Transaction Agreement or the businesses of such party's group after the closing of the Separation; (ii) any breach of, or failure to perform or comply with, any covenant, undertaking or obligation of a member of such party's group contained in the Transaction Agreement that survives the closing of the Separation or is contained in any ancillary agreement; and (iii) any untrue or misleading statement or alleged untrue or misleading statement of a material fact or omission, with respect to information contained in or incorporated into the Form S-4 Registration Statement (the "Form S-4") filed with the Securities and Exchange Commission (the "SEC") by IAC and Former IAC in connection with the Separation or the joint proxy statement/prospectus filed by Former IAC and Former Match Group with the SEC pursuant to the Form S-4.

**NOTE 16—BENEFIT PLANS**

Pursuant to the Match Group Retirement Savings Plan (the "Match Group Plan"), employees are eligible to participate in a retirement savings plan sponsored by the Company in the United States, which is qualified under Section 401(k) of the Internal Revenue Code. Participating employees may contribute up to 75% of their pre-tax earnings, but not more than statutory limits. The employer match under the Match Group Plan is 100% of the first 10% of a participant's eligible earnings, subject to IRS limits on the Company's matching contribution that a participant contributes to the Match Group Plan. The Company's common stock is not an available investment option under the Match Group Plan.

Prior to January 1, 2021, Match Group employees were eligible to participate in a retirement savings plan sponsored by IAC in the United States pursuant to the Employee Matters Agreement with IAC (the "IAC Plan"). Beginning January 1, 2021, all investments in the IAC plan were transferred to the Match Group Plan. The employer match under the IAC plan was 100% of the first 10% of a participant's eligible earnings. Prior to July 2019, the employer match under the IAC Plan was fifty cents for each dollar a participant contributed in the Plan, with a maximum contribution of 3% of a participant's eligible earnings.

Matching contributions under the plans for the years ended December 31, 2021, 2020 and 2019 were $10.9 million, $8.6 million and $5.8 million, respectively. The increase in matching contributions from 2019 to 2020 is primarily due to the aforementioned change of the Company's matching contribution in the second half of 2019.

Matching contributions are invested in the same manner that each participant's voluntary contributions are invested under the respective plans. Under the IAC Plan and prior to the Separation, an available investment option was IAC common stock, but neither participant nor matching contributions were required to be invested in IAC common stock.

Internationally, Match Group also has or participates in various benefit plans, primarily defined contribution plans. The Company's contributions for these plans for the years ended December 31, 2021, 2020 and 2019 were $5.4 million, $3.8 million and $3.1 million, respectively.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**NOTE 17—CONSOLIDATED FINANCIAL STATEMENT DETAILS**

| | December 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| | (In thousands) | |
| **Other current assets:** | | |
| Prepaid expenses | $ 78,952 | $ 71,793 |
| Capitalized mobile app fees | 41,744 | 33,539 |
| Other | 81,872 | 38,693 |
| Other current assets | $ 202,568 | $ 144,025 |

| | December 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| | (In thousands) | |
| **Property and equipment, net:** | | |
| Computer equipment and capitalized software | $ 171,335 | $ 167,863 |
| Buildings and building improvements | 61,841 | 45,476 |
| Leasehold improvements | 40,895 | 28,711 |
| Land | 11,565 | 11,565 |
| Furniture and other equipment | 19,593 | 9,031 |
| Projects in progress | 39,769 | 14,474 |
| | 344,998 | 277,120 |
| Accumulated depreciation and amortization | (181,742) | (169,321) |
| Property and equipment, net | $ 163,256 | $ 107,799 |

| | December 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| | (In thousands) | |
| **Accrued expenses and other current liabilities:** | | |
| Accrued legal settlement | $ 441,000 | $ — |
| Accrued employee compensation and benefits | 88,670 | 65,239 |
| Accrued advertising expense | 47,686 | 57,140 |
| Accrued non-income taxes | 32,725 | 29,600 |
| Accrued interest expense | 30,110 | 26,922 |
| Other | 128,175 | 52,847 |
| Accrued expenses and other current liabilities | $ 768,366 | $ 231,748 |

| | Years Ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| | (In thousands) | | |
| Other (expense) income, net | $ (465,038) | $ 15,861 | $ (2,026) |

Other expense, net, in 2021 includes a $441.0 million loss related to the former Tinder employee litigation settlement, a $14.6 million loss related to the changes in fair value of an embedded derivative arising from the repurchase of a portion of the 2022 Exchangeable Notes, a $5.2 million inducement expense arising from the repurchased 2022 Exchangeable Notes, and $1.8 million in net foreign currency losses, partially offset by $2.4 million of gains on the net settlement of the note hedges and warrants.

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Other income, net in 2020 includes a legal settlement of $35.0 million and interest income of $2.7 million, partially offset by a loss on redemption of bonds of $16.5 million, expense of $3.4 million related to a mark-to-market adjustment pertaining to a liability classified equity instrument, and $0.6 million in net foreign currency losses.

Other expense, net, in 2019 includes a $4.0 million impairment of an equity investment, expense of $1.7 million related to a mark-to-market adjustment pertaining to a liability classified equity instrument, and $0.9 million in net foreign currency losses, partially offset by interest income of $4.4 million.

**Cash and Cash Equivalents and Restricted Cash**

The following table provides a reconciliation of cash and cash equivalents and restricted cash reported within the consolidated balance sheet to the total amounts shown in the consolidated statement of cash flows:

|  | December 31, | | | | | | |
|  | 2021 | | 2020 | | 2019 | | 2018 |
|  | (In thousands) | | | | | | |
| Cash and cash equivalents | $ | 815,384 | $ | 739,164 | $ | 465,676 | $ | 186,947 |
| Restricted cash included in other current assets |  | 128 |  | 138 |  | 127 |  | 193 |
| Cash, cash equivalents, and restricted cash included in current assets of discontinued operations |  | — |  | — |  | 2,674,146 |  | 1,946,125 |
| Restricted cash included in non-current assets of discontinued operations |  | — |  | — |  | 409 |  | 420 |
| Total cash, cash equivalents and restricted cash as shown on the consolidated statement of cash flow | $ | 815,512 | $ | 739,302 | $ | 3,140,358 | $ | 2,133,685 |

**Supplemental Disclosures of Cash Flow Information**

|  | Years Ended December 31, | | | | |
|  | 2021 | | 2020 | | 2019 |
|  | (In thousands) | | | | |
| Cash paid (received) during the year for: |  |  |  |  |  |  |
| Interest | $ | 117,528 | $ | 115,957 | $ | 85,559 |
| Income tax payments | $ | 54,766 | $ | 41,024 | $ | 34,583 |
| Income tax refunds | $ | (13,840) | $ | (30,048) | $ | (2,589) |
| Noncash issuance of common stock for the acquisition of Hyperconnect | $ | 890,851 | $ | — | $ | — |

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**NOTE 18—QUARTERLY RESULTS (UNAUDITED)**

| | Quarter Ended March 31 | Quarter Ended June 30 | Quarter Ended September 30 | Quarter Ended December 31 |
|---|---|---|---|---|
| | (In thousands, except per share data) | | | |
| **Year Ended December 31, 2021** | | | | |
| Revenue | $ 667,612 | $ 707,760 | $ 801,835 | $ 806,070 |
| Cost of revenue | 179,455 | 193,099 | 232,211 | 234,543 |
| Operating income | 189,258 | 209,914 | 220,590 | 231,917 |
| Earnings (loss) from continuing operations [b] | 173,848 | 140,020 | 130,901 | (168,724) |
| Earnings from discontinued operations | — | 509 | — | — |
| Net earnings (loss) attributable to Match Group, Inc. shareholders [d] | 174,250 | 140,895 | 131,210 | (168,632) |
| **Per share information from continuing operations attributable to the Match Group, Inc. shareholders:** | | | | |
| Basic [a] | $ 0.65 | $ 0.52 | $ 0.47 | $ (0.60) |
| Diluted [a] | $ 0.57 | $ 0.46 | $ 0.43 | $ (0.60) |
| **Per share information attributable to the Match Group, Inc. shareholders:** | | | | |
| Basic [a] | $ 0.65 | $ 0.52 | $ 0.47 | $ (0.60) |
| Diluted [a] | $ 0.57 | $ 0.46 | $ 0.43 | $ (0.60) |
| | | | | |
| **Year Ended December 31, 2020** | | | | |
| Revenue | $ 544,642 | $ 555,450 | $ 639,770 | $ 651,407 |
| Cost of revenue | 143,894 | 148,853 | 169,823 | 173,263 |
| Operating income | 137,372 | 195,594 | 200,167 | 212,582 |
| Earnings from continuing operations [d] | 157,534 | 141,397 | 140,113 | 148,635 |
| (Loss) earnings from discontinued operations [c] | (331,967) | (34,611) | 508 | — |
| Net (loss) earnings attributable to Match Group, Inc. shareholders [c][d] | (202,830) | 74,917 | 141,207 | 149,035 |
| **Per share information from continuing operations attributable to the Match Group, Inc. shareholders:** | | | | |
| Basic [a][d] | $ 0.69 | $ 0.61 | $ 0.54 | $ 0.56 |
| Diluted [a][d] | $ 0.61 | $ 0.54 | $ 0.47 | $ 0.50 |
| **Per share information attributable to the Match Group, Inc. shareholders:** | | | | |
| Basic [a][c] | $ (1.11) | $ 0.41 | $ 0.54 | $ 0.56 |
| Diluted [a][c] | $ (1.00) | $ 0.36 | $ 0.47 | $ 0.50 |

---

[a] Quarterly per share amounts may not add to the related annual per share amount because of differences in the average common shares outstanding during each period.

[b] Loss from continuing operations for the fourth quarter ended December 31, 2021 includes $441 million related to the former Tinder employee litigation settlement.

[c] The operations of Former IAC business other than Match Group are presented as discontinued operations as part of the Separation described in "Note 1—Organization."

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

(d)  The Company early adopted ASU No. 2020-06 as of January 1, 2021 on a fully retrospective basis. The impact of adopting ASU No. 2020-06 on the quarter ended December 31, 2020 is as follows:

| | Quarter Ended December 31, 2020 | | |
|---|---|---|---|
| | Prior to the adoption of ASU No. 2020-06 | After adoption of ASU No. 2020-06 | Effect of adoption of ASU No. 2020-06 |
| | (In thousands, except per share data) | | |
| **Statement of operations impacts** | | | |
| Interest expense | $ 43,306 | $ 31,970 | $ (11,336) |
| Income tax provision | $ (25,617) | $ (28,497) | $ (2,880) |
| Net earnings from continuing operations | $ 140,179 | $ 148,635 | $ 8,456 |
| | | | |
| Net earnings per share from continuing operations: | | | |
| Basic | $ 0.53 | $ 0.56 | $ 0.03 |
| Diluted | $ 0.48 | $ 0.50 | $ 0.02 |
| | | | |
| Weighted average dilutive shares outstanding | 294,975 | 307,582 | 12,607 |

105

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**Item 9.    Changes in and Disagreements with Accountants on Accounting and Financial Disclosure**

Not applicable.

**Item 9A.    Controls and Procedures**

**Conclusion Regarding the Effectiveness of the Company's Disclosure Controls and Procedures**

The Company monitors and evaluates on an ongoing basis its disclosure controls and procedures in order to improve their overall effectiveness. In the course of these evaluations, the Company modifies and refines its internal processes as conditions warrant.

As required by Rule 13a-15(b) of the Exchange Act, Match Group management, including the Chief Executive Officer ("CEO") and the Chief Financial Officer ("CFO"), conducted an evaluation, as of the end of the period covered by this report, of the effectiveness of the Company's disclosure controls and procedures as defined in Exchange Act Rule 13a-15(e). Based on this evaluation, the CEO and the CFO concluded that the Company's disclosure controls and procedures were effective as of the end of the period covered by this report.

**Management's Report on Internal Control Over Financial Reporting**

Management of the Company is responsible for establishing and maintaining adequate internal control over financial reporting (as defined in Rule 13a-15(f) under the Exchange Act) for the Company. The Company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with accounting principles generally accepted in the United States. Management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2021. In making this assessment, our management used the criteria for effective internal control over financial reporting described in "Internal Control—Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission in 2013. Based on this assessment, management has determined that, as of December 31, 2021, the Company's internal control over financial reporting is effective. The effectiveness of our internal control over financial reporting as of December 31, 2021 has been audited by Ernst & Young LLP, an independent registered public accounting firm, as stated in their attestation report, included herein.

SEC staff guidance discusses the exclusion of an acquired business's internal controls from management's annual assessment of the internal controls over financial reporting when it is not possible to conduct assessments for the acquired business in the period between the acquisition date and the date of management's assessment. We completed the acquisition of Hyperconnect, Inc. ("Hyperconnect") on June 17, 2021. Management has excluded Hyperconnect from its assessment of internal control over financial reporting as of December 31, 2021. Hyperconnect is a wholly-owned subsidiary of the Company with total assets (excluding goodwill and other intangible assets, which were included in this assessment) and total revenues representing 2% and 4%, respectively, of the related consolidated financial statement amounts as of and for the year ended December 31, 2021.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

**Changes in Internal Control Over Financial Reporting**

The Company monitors and evaluates on an ongoing basis its internal control over financial reporting in order to improve its overall effectiveness. In the course of these evaluations, the Company modifies and refines its internal processes as conditions warrant. As required by Rule 13a-15(d), Match Group management, including the CEO and the CFO, also conducted an evaluation of the Company's internal control over financial reporting to determine whether any changes occurred during the quarter ended December 31, 2021 that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting. Based on that evaluation, there has been no such change during the quarter ended December 31, 2021.

**Report of Independent Registered Public Accounting Firm**

To the Shareholders and the Board of Directors of Match Group, Inc.

**Opinion on Internal Control Over Financial Reporting**

We have audited Match Group, Inc. and subsidiaries' internal control over financial reporting as of December 31, 2021, based on criteria established in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) (the COSO criteria). In our opinion, Match Group, Inc. and subsidiaries (the Company) maintained, in all material respects, effective internal control over financial reporting as of December 31, 2021, based on the COSO criteria.

As indicated in the accompanying Management's Report on Internal Control Over Financial Reporting, management's assessment of and conclusion on the effectiveness of internal control over financial reporting did not include the internal controls of Hyperconnect, Inc., which is included in the 2021 consolidated financial statements of the Company and constituted 2% of total assets (excluding goodwill and other intangible assets, which were included in management's assessment of and conclusion on the effectiveness of internal control over financial reporting) as of December 31, 2021 and 4% of revenues for the year then ended. Our audit of internal control over financial reporting of the Company also did not include an evaluation of the internal control over financial reporting of Hyperconnect, Inc.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated balance sheet of the Company as of December 31, 2021 and 2020, and the related consolidated statements of operations, comprehensive operations, shareholders' equity, and cash flows for each of the three years in the period ended December 31, 2021, and the related notes and the financial statement schedule listed in the Index at Item 15(a), and our report dated February 24, 2022 expressed an unqualified opinion thereon.

**Basis for Opinion**

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting included in the accompanying Management's Report on Internal Control Over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects.

Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and Limitations of Internal Control Over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ Ernst & Young LLP

New York, New York
February 24, 2022

108

**Item 9B.    Other Information**

Not applicable.

**Item 9C.    Disclosure Regarding Foreign Jurisdictions that Prevent Inspections**

Not applicable.

109

**PART III**

The information required by Part III (Items 10, 11, 12, 13 and 14) has been incorporated by reference to Match Group's definitive Proxy Statement to be used in connection with its 2022 Annual Meeting of Stockholders (the "2022 Proxy Statement"), as set forth below in accordance with General Instruction G(3) of Form 10-K.

**Item 10. Directors, Executive Officers and Corporate Governance**

The information required by Item 401 of Regulation S-K relating to directors and executive officers of Match Group is set forth in the sections entitled "Information Concerning Director Nominees and Other Board Members" and "Information Concerning Match Group Executive Officers Who Are Not Directors," respectively, in the 2022 Proxy Statement. The information required by Item 406 of Regulation S-K relating to Match Group's Code of Ethics is set forth under the caption "Part I-Item 1-Business-Additional Information-Code of ethics" of this annual report and is incorporated herein by reference. The information required by subsections (c)(3), (d)(4) and (d)(5) of Item 407 of Regulation S-K is set forth in the sections entitled "Corporate Governance" and "The Board and Board Committees" in the 2022 Proxy Statement and is incorporated herein by reference.

**Item 11. Executive Compensation**

The information required by Item 402 of Regulation S-K relating to executive and director compensation is set forth in the sections entitled "Executive Compensation" and "Director Compensation" in the 2022 Proxy Statement and is incorporated herein by reference. The information required by subsections (e)(4) and (e)(5) of Item 407 of Regulation S-K relating to certain compensation committee matters is set forth in the sections entitled "The Board and Board Committees," "Compensation Committee Report" and "Compensation Committee Interlocks and Insider Participation" in the 2022 Proxy Statement and is incorporated herein by reference; provided, that the information set forth in the section entitled "Compensation Committee Report" shall be deemed furnished herein and shall not be deemed incorporated by reference into any filing under the Securities Act or the Exchange Act.

**Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters**

The information regarding ownership of Match Group common stock required by Item 403 of Regulation S-K and securities authorized for issuance under Match Group's various equity compensation plans required by Item 201(d) of Regulation S-K is set forth in the sections entitled "Security Ownership of Certain Beneficial Owners and Management" and "Equity Compensation Plan Information," respectively, in the 2022 Proxy Statement and is incorporated herein by reference.

**Item 13. Certain Relationships and Related Transactions, and Director Independence**

Information regarding certain relationships and related transactions involving Match Group required by Item 404 of Regulation S-K and director independence determinations required by Item 407(a) of Regulation S-K is set forth in the sections entitled "Certain Relationships and Related Person Transactions" and "Corporate Governance," respectively, in the 2022 Proxy Statement and is incorporated herein by reference.

**Item 14. Principal Accounting Fees and Services**

Information required by Item 9(e) of Schedule 14A regarding the fees and services of Match Group's independent registered public accounting firm and the pre-approval policies and procedures applicable to services provided to Match Group by such firm is set forth in the sections entitled "Fees Paid to Our Independent Registered Public Accounting Firm" and "Audit and Non-Audit Services Pre-Approval Policy," respectively, in the 2022 Proxy Statement and is incorporated herein by reference.

**PART IV**

**Item 15. Exhibits and Financial Statement Schedules**

*(a)   List of documents filed as part of this Report:*

**(1)   Consolidated Financial Statements of Match Group, Inc.**

Report of Independent Registered Public Accounting Firm: Ernst & Young LLP (PCAOB ID: 42).

Consolidated Balance Sheet as of December 31, 2021 and 2020.

Consolidated Statement of Operations for the Years Ended December 31, 2021, 2020, and 2019.

Consolidated Statement of Comprehensive Operations for the Years Ended December 31, 2021, 2020, and 2019.

Consolidated Statement of Shareholders' Equity for the Years Ended December 31, 2021, 2020, and 2019.

Consolidated Statement of Cash Flows for the Years Ended December 31, 2021, 2020, and 2019.

Notes to Consolidated Financial Statements.

**(2)   Consolidated Financial Statement Schedule of Match Group, Inc.**

| Schedule Number | |
| --- | --- |
| II | Valuation and Qualifying Accounts. |

All other financial statements and schedules not listed have been omitted since the required information is either included in the Consolidated Financial Statements or the notes thereto, is not applicable or is not required.

**(3) Exhibits**

See Exhibit Index below for a complete list of Exhibits to this report.

**Item 16. Form 10-K Summary**

None.

**EXHIBIT INDEX**

The documents set forth below, numbered in accordance with Item 601 of Regulation S-K, are filed herewith, incorporated by reference herein by reference to the location indicated, or furnished herewith.

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | | Filed (†) or Furnished (‡) Herewith (as indicated) |
| --- | --- | --- | --- | --- | --- | --- |
| | | Form | SEC File No. | Exhibit | Filing Date | |
| 2.1* | Transaction Agreement, dated as of December 19, 2019, by and among IAC/InterActiveCorp (Former IAC), Match Group, Inc. (Former Match Group), IAC Holdings, Inc. and Valentine Merger Sub LLC | 8-K | 000-20570 | 2.1 | 12/20/2019 | |
| 2.2* | Amendment, dated as of April 28, 2020, to the Transaction Agreement by and among IAC/InterActiveCorp (Former IAC), Match Group, Inc. (Former Match Group), IAC Holdings, Inc. and Valentine Merger Sub LLC | 8-K | 000-20570 | 2.1 | 4/28/2020 | |
| 2.3* | Amendment No. 2 to Transaction Agreement, dated as of June 22, 2020, by and among IAC/InterActiveCorp (Former IAC), Match Group, Inc. (Former Match Group), IAC Holdings, Inc. and Valentine Merger Sub LLC | 8-K | 000-20570 | 2.1 | 6/22/2020 | |
| 2.4 | Share Purchase Agreement, dated as of February 10, 2021, by and among the Company, the Buyer and the Sellers | 8-K | 001-34148 | 2.1 | 2/10/2021 | |
| 2.5 | Amendment and Supplement No. 1 to Share Purchase Agreement, dated as of June 17, 2021, by and among Sellers' Representatives, the Buyer and the Company | 10-Q | 001-34148 | 2.1 | 8/6/2021 | |
| 3.1 | Restated Certificate of Incorporation of IAC/InterActiveCorp (Former IAC) | 8-A/A | 000-20570 | 3.1 | 8/12/2005 | |
| 3.2 | Certificate of Amendment to Restated Certificate of Incorporation of IAC/InterActive Corp (Former IAC) | 8-K | 001-34148 | 3.1 | 8/22/2008 | |
| 3.3 | Certificate of Amendment to Restated Certificate of Incorporation of IAC/InterActiveCorp (Former IAC) | 8-A/A | 001-34148 | 3.4 | 7/1/2020 | |
| 3.4 | Certificate of Amendment to Restated Certificate of Incorporation of IAC/InterActiveCorp (Former IAC) | 8-A/A | 001-34148 | 3.5 | 7/1/2020 | |
| 3.5 | Certificate of Amendment to Restated Certificate of Incorporation of IAC/InterActiveCorp (Former IAC) | 8-A/A | 001-34148 | 3.6 | 7/1/2020 | |
| 3.6 | Certificate of Amendment to Restated Certificate of Incorporation of IAC/InterActiveCorp (Former IAC) | 8-A/A | 001-34148 | 3.7 | 7/1/2020 | |
| 3.7 | Certificate of Elimination, with respect to the Series 1 Mandatory Exchangeable Preferred Stock | 8-K | 001-34148 | 3.5 | 7/2/2020 | |
| 3.8 | Certificate of Elimination, with respect to the Series 2 Mandatory Exchangeable Preferred Stock | 8-K | 001-34148 | 3.6 | 7/2/2020 | |
| 3.9 | Certificate of Elimination, with respect to the Series A Cumulative Preferred Stock | 8-K | 001-34148 | 3.7 | 7/2/2020 | |
| 3.10 | Certificate of Elimination, with respect to the Series B Cumulative Preferred Stock | 8-K | 001-34148 | 3.8 | 7/2/2020 | |
| 3.11 | Certificate of Elimination, with respect to the Series C Cumulative Preferred Stock. | 8-K | 001-34148 | 3.9 | 7/2/2020 | |
| 3.12 | Certificate of Elimination, with respect to the Series D Cumulative Preferred Stock | 8-K | 001-34148 | 3.10 | 7/2/2020 | |
| 3.13 | Third Amended and Restated By-Laws of Match Group, Inc. | 8-K | 001-34148 | 3.2 | 4/30/2021 | |
| 4.1 | Description of Securities | 10-K | 001-34148 | 4.1 | 2/25/2021 | |
| 4.2 | Specimen Stock Certificate of Match Group Inc. | S-4/A | 333-236420 | 4.3 | 4/28/2020 | |
| 4.3 | Indenture, dated as of May 19, 2020, between Match Group, Inc. (Former Match Group) and Computershare Trust Company, N.A., as Trustee | 8-K | 001-37636 | 4.1 | 5/20/2020 | |
| 4.4 | Indenture for 0.875% Senior Exchangeable Notes due 2022, dated as of October 2, 2017, among IAC FinanceCo, Inc., IAC/InterActiveCorp (Former IAC) and U.S. Bank National Association (as Successor Trustee to Computershare Trust Company, N.A.) | 8-K | 000-20570 | 4.1 | 10/6/2017 | |

112

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | | Filed (†) or Furnished (‡) Herewith (as indicated) |
|---|---|---|---|---|---|---|
| | | Form | SEC File No. | Exhibit | Filing Date | |
| 4.5 | Supplemental Indenture, dated as of June 30, 2020, among IAC FinanceCo, Inc., Match Group, Inc. and U.S. Bank National Association (as Successor Trustee to Computershare Trust Company, N.A.), relating to the 0.875% Senior Exchangeable Notes due 2022 | 8-K | 001-34148 | 4.3 | 7/2/2020 | |
| 4.6 | Indenture for 0.875% Senior Exchangeable Notes due 2026, dated as of May 28, 2019, among IAC FinanceCo 2, Inc., IAC/InterActiveCorp (Former IAC) and U.S. Bank National Association (as Successor Trustee to Computershare Trust Company, N.A.) | 8-K | 000-20570 | 4.1 | 5/28/2019 | |
| 4.7 | Supplemental Indenture, dated as of June 30, 2020, among IAC FinanceCo 2, Inc., Match Group, Inc. and U.S. Bank National Association (as Successor Trustee to Computershare Trust Company, N.A.), relating to the 0.875% Senior Exchangeable Notes due 2026 | 8-K | 001-34148 | 4.5 | 7/2/2020 | |
| 4.8 | Indenture for 2.00% Senior Exchangeable Notes due 2030, dated as of May 28, 2019, among IAC FinanceCo 3, Inc., IAC/InterActiveCorp (Former IAC) and U.S. Bank National Association (as Successor Trustee to Computershare Trust Company, N.A.) | 8-K | 000-20570 | 4.2 | 5/28/2019 | |
| 4.9 | Supplemental Indenture, dated as of June 30, 2020, among IAC FinanceCo 3, Inc., Match Group, Inc. and U.S. Bank National Association (as Successor Trustee to Computershare Trust Company, N.A.), relating to the 2.00% Senior Exchangeable Notes due 2030 | 8-K | 001-34148 | 4.7 | 7/2/2020 | |
| 4.10 | Indenture, dated December 4, 2017, between Match Group, Inc. (Former Match Group) and Computershare Trust Company, N.A., as Trustee | 8-K | 001-37636 | 4.1 | 12/4/2017 | |
| 4.11 | Supplemental Indenture, dated as of June 30, 2020, by and among Match Group, Inc., Match Group Holdings II, LLC and Computershare Trust Company, N.A., as Trustee, relating to the 5.000% Senior Notes due 2027 | 8-K | 001-34148 | 4.9 | 7/2/2020 | |
| 4.12 | Indenture, dated May 19, 2020, between Match Group, Inc. (Former Match Group) and Computershare Trust Company, N.A., as Trustee | 8-K | 001-37636 | 4.1 | 5/20/2020 | |
| 4.13 | Supplemental Indenture, dated as of June 30, 2020, by and among Match Group, Inc., Match Group Holdings II, LLC and Computershare Trust Company, N.A., as Trustee, relating to the 4.625% Senior Notes due 2028 | 8-K | 001-34148 | 4.11 | 7/2/2020 | |
| 4.14 | Indenture, dated as of February 15, 2019, between Match Group, Inc. (Former Match Group) and Computershare Trust Company, N.A. as Trustee | 8-K | 001-37636 | 4.1 | 2/15/2019 | |
| 4.15 | Supplemental Indenture, dated as of June 30, 2020, by and among Match Group, Inc., Match Group Holdings II, LLC and Computershare Trust Company, N.A., as Trustee, relating to the issuance of the 5.625% Senior Notes due 2029 | 8-K | 001-34148 | 4.13 | 7/2/2020 | |
| 4.16 | Indenture, dated as of February 11, 2020, between Match Group, Inc. (Former Match Group) and Computershare Trust Company, N.A., as Trustee | 8-K | 001-37636 | 4.1 | 2/11/2020 | |
| 4.17 | Supplemental Indenture, dated as of June 30, 2020, by and among Match Group, Inc., Match Group Holdings II, LLC and Computershare Trust Company, N.A., as Trustee, relating to the issuance of the 4.125% Senior Notes due 2030 | 8-K | 001-34148 | 4.15 | 7/2/2020 | |
| 4.18 | Indenture, dated as of October 4, 2021, between Match Group Holdings II, LLC and U.S. Bank National Association, as trustee | 8-K | 001-34148 | 4.1 | 10/5/2021 | |
| 10.1 | Transition Services Agreement, dated as of June 30, 2020, by and between IAC/InterActiveCorp (Former IAC) and IAC Holdings, Inc. | 8-K | 001-34148 | 10.1 | 7/2/2020 | |
| 10.2 | First Amendment to Transition Services Agreement, dated effective as of March 31, 2021, by and between Match Group, Inc. and IAC/InterActiveCorp | 10-Q | 001-34148 | 10.1 | 8/6/2021 | |

113

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | | Filed (†) or Furnished (‡) Herewith (as indicated) |
| --- | --- | --- | --- | --- | --- | --- |
| | | Form | SEC File No. | Exhibit | Filing Date | |
| 10.3 | Second Amendment to Transition Services Agreement, dated effective as of July 22, 2021, by and between Match Group, Inc. and IAC/InterActiveCorp | 10-Q | 001-34148 | 10.1 | 11/8/2021 | |
| 10.4 | Amended and Restated Employee Matters Agreement, dated as of June 30, 2020, by and among IAC/InterActiveCorp (Former IAC), Match Group, Inc. (Former Match Group) and IAC Holdings, Inc. | 8-K | 001-34148 | 10.2 | 7/2/2020 | |
| 10.5 | Tax Matters Agreement, dated as of June 30, 2020, by and between IAC/InterActiveCorp (Former IAC) and IAC Holdings, Inc. | 8-K | 001-34148 | 10.3 | 7/2/2020 | |
| 10.6 | Match Group, Inc. 2020 Stock and Annual Incentive Plan (1) | S-4/A | 333-236420 | Annex F | 4/28/2020 | |
| 10.7 | Match Group, Inc. (Former Match Group) Amended and Restated 2017 Stock and Annual Incentive Plan (1) | 8-K | 001-37636 | 10.1 | 6/21/2018 | |
| 10.8 | First Amendment to Match Group, Inc. (Former Match Group) Amended and Restated 2017 Stock and Annual Incentive Plan (1) | 8-K | 001-34148 | 10.5 | 7/2/2020 | |
| 10.9 | Form of Terms and Conditions for Stock Options granted under the Match Group, Inc. (Former Match Group) 2017 Stock and Annual Incentive Plan (1) | 10-Q | 001-37636 | 10.1 | 11/9/2017 | |
| 10.10 | Form of Terms and Conditions for Restricted Stock Units granted under the Match Group, Inc. (Former Match Group) 2017 Stock and Annual Incentive Plan (1) | 10-Q | 001-37636 | 10.2 | 11/9/2017 | |
| 10.11 | Form of Terms and Conditions for Performance-based Restricted Stock Units granted under the Match Group, Inc. Amended and Restated 2017 Stock and Annual Incentive Plan (1) | 10-Q | 001-34148 | 10.2 | 5/7/2021 | |
| 10.12 | Match Group, Inc. (Former Match Group) 2015 Stock and Annual Incentive Plan (1) | 8-K | 001-37636 | 10.5 | 11/24/2015 | |
| 10.13 | First Amendment to Match Group, Inc. (Former Match Group) 2015 Stock and Annual Incentive Plan (1) | 10-Q | 001-37636 | 10.1 | 8/4/2017 | |
| 10.14 | Second Amendment to Match Group, Inc. (Former Match Group) 2015 Stock and Annual Incentive Plan (1) | 8-K | 001-34148 | 10.10 | 7/2/2020 | |
| 10.15 | Form of Terms and Conditions for Stock Options granted under the Match Group, Inc. (Former Match Group) 2015 Stock and Annual Incentive Plan (1) | 10-K | 001-37636 | 10.7 | 2/28/2017 | |
| 10.16 | Form of Terms and Conditions for Restricted Stock Units granted under the Match Group, Inc. (Former Match Group) 2015 Stock and Annual Incentive Plan (1) | 10-K | 001-37636 | 10.8 | 2/28/2017 | |
| 10.17 | Match Group, Inc. 2021 Global Employee Stock Purchase Plan (1) | 10-Q | 001-34148 | 10.2 | 8/6/2021 | |
| 10.18 | Employment Agreement between Sharmistha Dubey and Match Group, Inc. (Former Match Group) dated as of February 13, 2020 (1) | 8-K/A | 001-37636 | 10.1 | 2/20/2020 | |
| 10.19 | Assignment of Employment Agreement among Sharmistha Dubey, Match Group, Inc. and Valentine Merger Sub LLC, dated as of June 30, 2020 (1) | 8-K | 001-34148 | 10.14 | 7/2/2020 | |
| 10.20 | Employment Agreement between Gary Swidler and Match Group, Inc. (Former Match Group) dated as of August 8, 2018 (1) | 8-K | 001-37636 | 10.1 | 8/14/2018 | |
| 10.21 | Employment Agreement Amendment between Gary Swidler and Match Group, Inc. (Former Match Group) dated as of February 13, 2020 (1) | 8-K/A | 001-37636 | 10.2 | 2/20/2020 | |
| 10.22 | Assignment of Employment Agreement among Gary Swidler, Match Group, Inc. and Valentine Merger Sub LLC, dated as of June 30, 2020 (1) | 8-K | 001-34148 | 10.17 | 7/2/2020 | |

| Exhibit No. | Exhibit Description | Form | SEC File No. | Exhibit | Filing Date | Filed (†) or Furnished (‡) Herewith (as indicated) |
|---|---|---|---|---|---|---|
| | | | **Incorporated by Reference** | | | |
| 10.23 | Employment Agreement between Jared Sine and Match Group, Inc. (Former Match Group) dated as of August 8, 2018 (1) | 8-K | 001-37636 | 10.2 | 8/14/2018 | |
| 10.24 | Assignment of Employment Agreement among Jared Sine, Match Group, Inc. and Valentine Merger Sub LLC, dated as of June 30, 2020 (1) | 8-K | 001-34148 | 10.19 | 7/2/2020 | |
| 10.25 | Summary of Non-Employee Director Compensation Arrangements (1) | | | | | † |
| 10.26 | 2020 Match Group, Inc. Deferred Compensation Plan for Non-Employee Directors (1) | 8-K | 001-34148 | 10.1 | 10/27/2020 | |
| 10.27 | Amended and Restated Credit Agreement, dated as of November 16, 2015, among Match Group, Inc. (Former Match Group), as borrower, the lenders party thereto, JPMorgan Chase Bank, N.A., as administrative agent, and the other parties thereto | 10-K | 001-37636 | 10.11 | 3/28/2016 | |
| 10.28 | Amendment No. 3, dated as of December 8, 2016, to the Credit Agreement dated as of October 7, 2015, as amended and restated as of November 16, 2015, as further amended as of December 16, 2015, among Match Group, Inc. (Former Match Group), as borrower, the lenders party thereto, JPMorgan Chase Bank, N.A., as administrative agent, and the other parties thereto | 8-K | 001-37636 | 10.1 | 12/8/2016 | |
| 10.29 | Amendment No. 4, dated as of August 14, 2017, to the Credit Agreement dated as of October 7, 2015, as amended and restated as of November 16, 2015, as further amended as of December 16, 2015, as further amended as of December 8, 2016, among Match Group, Inc. (Former Match Group), as borrower, the lenders party thereto, JPMorgan Chase Bank, N.A., as administrative agent, and the other parties thereto | 8-K | 001-37636 | 10.1 | 8/17/2017 | |
| 10.30 | Amendment No. 5 dated as of December 7, 2018 to the Credit Agreement dated as of October 7, 2015, as amended and restated as of November 16, 2015, as further amended as of December 16, 2015, as further amended as of December 8, 2016, and as further amended as of August 14, 2017, among Match Group, Inc. (Former Match Group), as borrower, the lenders party thereto, JPMorgan Chase Bank, N.A., as administrative agent and the other parties thereto | 8-K | 001-37636 | 10.1 | 12/13/2018 | |
| 10.31 | Amendment No. 6 dated as of February 13, 2020 to the Credit Agreement dated as of October 7, 2015, as amended and restated as of November 16, 2015, as further amended as of December 16, 2015, as further amended as of December 8, 2016, as further amended as of August 14, 2017 and as further amended as of December 7, 2018, among Match Group, Inc. (Former Match Group), as borrower, the lenders party thereto, JPMorgan Chase Bank, N.A., as administrative agent and the other parties thereto | 8-K | 001-37636 | 10.1 | 2/20/2020 | |
| 10.32 | Joinder and Reaffirmation Agreement, dated as June 30, 2020, by and among Match Group, Inc., Match Group Holdings II, LLC, JPMorgan Chase Bank, N.A., as administrative agent, and the other parties thereto, to the Credit Agreement, dated as of November 16, 2015, among Match Group, Inc. (Former Match Group), as borrower, the lenders party thereto, JPMorgan Chase Bank, N.A., as administrative agent, and the other parties thereto, as amended | 8-K | 001-34148 | 10.25 | 7/2/2020 | |
| 10.33 | Amendment No. 7 dated as of March 26, 2021 to the Credit Agreement dated as of October 7, 2015, as amended and restated as of November 16, 2015, as further amended as of December 16, 2015, as further amended as of December 8, 2016, as further amended as of August 14, 2017, as further amended as of December 17, 2018 and as further amended as of February 13, 2020, among Match Group Holdings II, LLC, as borrower, the lenders party thereto, JPMorgan Chase Bank, N.A., as administrative agent and the other parties thereto | 8-K | 001-34148 | 10.1 | 3/31/2021 | |

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | | Filed (†) or Furnished (‡) Herewith (as indicated) |
|---|---|---|---|---|---|---|
| | | Form | SEC File No. | Exhibit | Filing Date | |
| 21.1 | Subsidiaries of the Registrant as of December 31, 2021 | | | | | † |
| 23.1 | Consent of Ernst & Young LLP. | | | | | † |
| 31.1 | Certification of the Chief Executive Officer pursuant to Rule 13a-14(a) or 15d-14(a) of the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | | † |
| 31.2 | Certification of the Chief Financial Officer pursuant to Rule 13a-14(a) or 15d-14(a) of the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | | † |
| 32.1 | Certification of the Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | | ‡ |
| 32.2 | Certification of the Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | | ‡ |
| 101.INS | XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document. | | | | | |
| 101.SCH | XBRL Taxonomy Extension Schema Document | | | | | † |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document | | | | | † |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document | | | | | † |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document | | | | | † |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document | | | | | † |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL and contained in Exhibit 101) | | | | | |

_____

(1) Reflects management contracts and management and director compensatory plans.

\* Certain schedules and exhibits to the Transaction Agreement have been omitted pursuant to Item 601(b)(2) of Regulation S-K. The Company hereby agrees to furnish supplementally a copy of any omitted schedule and/or exhibit to the SEC upon request.

116

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

February 24, 2022                                           **MATCH GROUP, INC.**

By:                                                    /s/ GARY SWIDLER

Gary Swidler

*Chief Operating Officer and Chief Financial Officer*

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities indicated on February 24, 2022:

| Signature | Title |
|---|---|
| /s/ SHARMISTHA DUBEY<br>Sharmistha Dubey | Chief Executive Officer and Director<br>(Principal Executive Officer) |
| /s/ GARY SWIDLER<br>Gary Swidler | Chief Operating Officer and Chief Financial Officer<br>(Principal Financial Officer) |
| /s/ PHILIP D. EIGENMANN<br>Philip D. Eigenmann | Chief Accounting Officer<br>(Principal Accounting Officer) |
| /s/ THOMAS J. McINERNEY<br>Thomas J. McInerney | Chairman of the Board |
| /s/ STEPHEN BAILEY<br>Stephen Bailey | Director |
| /s/ MELISSA BRENNER<br>Melissa Brenner | Director |
| /s/ JOSEPH LEVIN<br>Joseph Levin | Director |
| /s/ ANN L. McDANIEL<br>Ann L. McDaniel | Director |
| /s/ WENDI MURDOCH<br>Wendi Murdoch | Director |
| /s/ RYAN REYNOLDS<br>Ryan Reynolds | Director |
| /s/ GLENN H. SCHIFFMAN<br>Glenn H. Schiffman | Director |
| /s/ PAMELA S. SEYMON<br>Pamela S. Seymon | Director |
| /s/ ALAN G. SPOON<br>Alan G. Spoon | Director |

**MATCH GROUP, INC. AND SUBSIDIARIES**

**VALUATION AND QUALIFYING ACCOUNTS**

| Description | Balance at Beginning of Period | Charges to Earnings | | Charges to Other Accounts | | Deductions | | Balance at End of Period |
|---|---|---|---|---|---|---|---|---|
| | | | | (In thousands) | | | | |
| **2021** | | | | | | | | |
| Allowance for credit losses | $ 286 | $ 43 | (a) | $ (2) | | $ (46) | (d) $ | 281 |
| Deferred tax valuation allowance | 71,090 | 15,969 | (b) | (988) | (f) | — | | 86,071 |
| Other reserves | 3,380 | | | | | | | 8,499 |
| **2020** | | | | | | | | |
| Allowance for doubtful accounts | $ 578 | $ (22) | (a) | $ (234) | | $ (36) | (d) $ | 286 |
| Deferred tax valuation allowance | 52,913 | 35,261 | (b) | (17,084) | (c) | — | | 71,090 |
| Other reserves | 2,901 | | | | | | | 3,380 |
| **2019** | | | | | | | | |
| Allowance for doubtful accounts | $ 724 | $ 79 | (a) | $ (8) | | $ (217) | (d) $ | 578 |
| Deferred tax valuation allowance | 45,483 | 7,472 | (e) | (42) | (f) | — | | 52,913 |
| Other reserves | 3,008 | | | | | | | 2,901 |

_____

(a)  Additions to the allowance for credit losses and doubtful accounts are charged to expense, net of the recovery of previous year expenses.

(b)  Amount is primarily related to foreign tax credits, foreign net operating losses, and foreign interest deductions.

(c)  Amount is primarily related to a reduction in the valuation allowance as a result of the preliminary allocation of tax attributes between Match Group and IAC in conjunction with the Separation.

(d)  Write-off of fully reserved accounts receivable.

(e)  Amount is primarily related to foreign and state net operating losses and foreign interest deduction carryforwards.

(f)  Amount is related to currency translation adjustments on foreign net operating losses.

Exhibit 10.25

**Match Group, Inc. (the "Company")**
**Non-Employee Director Compensation Program**

Each non-employee member of the Company's Board of Directors (the "Board") receives an annual retainer fee of $50,000 and the Chairperson of each of the Audit, Compensation and Human Resources, and Nominating and Corporate Governance Committees of the Board receives an additional annual retainer fee of $20,000, $20,000 and $15,000, respectively. Members of the Audit, Compensation and Human Resources, and Nominating and Corporate Governance Committees (including the Chairpersons) each receive an additional annual retainer fee of $10,000, $5,000 and $5,000, respectively. The Chairperson of the Board receives an additional annual retainer fee of $80,000. All amounts are payable quarterly in arrears.

In addition, each non-employee director receives a grant of restricted stock units of the Company with a dollar value of $250,000 (based on the closing price of the Company's common stock on the grant date), upon their initial election or appointment to the Board and annually thereafter on the date of the Company's annual meeting of stockholders (unless such non-employee director does not serve as a director of the Company following such annual meeting of stockholders). The terms of these restricted stock units provide for: (i) vesting in full on the first anniversary of the grant date, (ii) cancellation and forfeiture of unvested units in their entirety upon termination of service to the Company and its subsidiaries and (iii) full acceleration of vesting upon a change in control of the Company.

Each non-employee director is eligible to participate in the 2020 Match Group, Inc. Deferred Compensation Plan, in accordance with the terms of such plan.

Each non-employee director will also be reimbursed for all reasonable expenses incurred by such director in connection with attendance at board and committee meetings.

Exhibit 21.1

**Match Group, Inc. Subsidiaries**
**As of December 31, 2021**

| Entity | Jurisdiction of Formation |
|---|---|
| Affinity Apps LLC | Delaware |
| Belogical Pte. Ltd. | Singapore |
| DatingDirect.com Limited | England and Wales |
| Delightful.com, LLC | Delaware |
| Eureka, Inc. | Japan |
| Eureka Taiwan | Taiwan |
| Five Star Matchmaking Information Technology (Beijing) Co., Ltd. | People's Republic of China |
| FriendScout24 GmbH | Germany |
| Harmonica for IT S.A.E. | Egypt |
| Hawaya, Inc. | Delaware |
| Hinge, Inc. | Delaware |
| HowAboutWe, LLC | Delaware |
| Humor Rainbow, Inc. | New York |
| Hyperconnect, Inc. | South Korea |
| K.K. Movefast Company | Japan |
| M8 Singlesnet LLC | Delaware |
| Mash Dating, LLC | Delaware |
| Massive Media Europe NV | Belgium |
| Massive Media Match NV | Belgium |
| Match Global Services Limited | England and Wales |
| Match Group, LLC | Delaware |
| Match Group Apps, LLC | Delaware |
| Match Group Europe Limited | England and Wales |
| Match Group FinanceCo, Inc. | Delaware |
| Match Group FinanceCo 2, Inc. | Delaware |
| Match Group FinanceCo 3, Inc. | Delaware |
| Match Group Holdings I, LLC | Delaware |
| Match Group Holdings II, LLC | Delaware |
| Match Internet Financial Services Designated Activity Company | Ireland |
| Match ProfilePro, LLC | Delaware |
| Match.com Europe Limited | England and Wales |
| Match.com Events LLC | Delaware |
| Match.com Foreign Holdings II Limited | England and Wales |
| Match.com Foreign Holdings III Limited | England and Wales |
| Match.com Foreign Holdings Limited | England and Wales |
| Match.com Global Investments s.à r.l. | Luxembourg |
| Match.com HK Limited | Hong Kong |
| Match.com International Holdings, Inc. | Delaware |
| Match.com International Limited | England and Wales |
| Match.com International II Limited | England and Wales |
| Match.com Japan KK | Japan |
| Match.com LatAm Limited | England and Wales |
| Match.com Luxembourg S.à r.l. | Luxembourg |

| Entity | Jurisdiction of Formation |
|---|---|
| Match.com Nordic AB | Sweden |
| Match.com Offshore Holdings, Ltd | Mauritius |
| Match.com Pegasus Limited | England and Wales |
| Matchcom Mexico, S. de R.L., de C.V. | Mexico |
| Meetic Italia SRL | Italy |
| Meetic Netherlands BV | Netherlands |
| Meetic SAS | France |
| MG 8800 Sunset LLC | Delaware |
| MG 8833 Sunset LLC | Delaware |
| MG France Services SAS | France |
| MG Japan Services GK | Japan |
| MG Korea Services Ltd. | South Korea |
| MG Korea Solutions Co., Ltd. | South Korea |
| MG Services Alpha LLC | Delaware |
| MG Services Beta LLC | Delaware |
| MG SGP Services Pte. Ltd. | Singapore |
| MG Spain Solutions, SLU | Spain |
| MG Turkey Teknoloji Pazarlama Hizmetieri LImited Sirketi | Turkey |
| MM LatAm, LLC | Delaware |
| Mojo Acquisition Corp. | Delaware |
| MTCH India Services Private Limited | India |
| MTCH Technology Holdings Ltd. | Ireland |
| MTCH Technology Services Limited | Ireland |
| Neu.de GmbH | Germany |
| Nexus Dating Limited | England and Wales |
| Pairs Engage Inc. | Japan |
| Parperfeito Comunicacao SA | Brazil |
| Pearl US 1 LLC | Delaware |
| Pearl US 2 LLC | Delaware |
| People Media, Inc. | Delaware |
| People Media, LLC | Arizona |
| Plentyoffish Media, LLC | Delaware |
| Plentyoffish Media ULC | British Columbia |
| Search Floor, Inc. | California |
| Shoptouch, Inc. | Delaware |
| SpeedDate.com, LLC | Delaware |
| Spotlight Studios, LLC | Delaware |
| Tinder Development, LLC | Delaware |
| TPR/Tutor Holdings, LLC | Delaware |

**Exhibit 23.1**

**Consent of Independent Registered Public Accounting Firm**

We consent to the incorporation by reference in the following Registration Statements:

(1)  Registration Statement (Form S-8 No. 333-239709 and No. 333-236420) pertaining to the 2015 Stock and Annual Incentive Plan of Match Group, Inc.;

(2)  Registration Statement (Form S-8 No. 333-239711 and No. 333-236420) pertaining to the 2017 Stock and Annual Incentive Plan of Match Group, Inc.;

(3)  Registration Statement (Form S-8, No. 333-236420) pertaining to the 2020 Stock and Annual Incentive Plan of Match Group, Inc.;

(4)  Registration Statement (Form S-8, No. 333-257618) pertaining to the Match Group, Inc. 2021 Global Employee Stock Purchase Plan of Match Group, Inc.; and

(5)  Registration Statement (Form S-3, No. 333-243708) of Match Group, Inc.

of our reports dated February 24, 2022, with respect to the consolidated financial statements and schedule of Match Group, Inc. and subsidiaries, and the effectiveness of internal control over financial reporting of Match Group, Inc. and subsidiaries, included in this Annual Report (Form 10-K) of Match Group, Inc. and subsidiaries for the year ended December 31, 2021.

/s/ ERNST & YOUNG LLP


New York, New York
February 24, 2022

Exhibit 31.1

**Certification**

I, Sharmistha Dubey, certify that:

1. I have reviewed this report on Form 10-K for the fiscal year ended December 31, 2021 of Match Group, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Dated:        February 24, 2022                                    /s/ SHARMISTHA DUBEY
                                                                   _____
                                                                   Sharmistha Dubey
                                                                   *Chief Executive Officer*

**Exhibit 31.2**

**Certification**

I, Gary Swidler, certify that:

1.  I have reviewed this report on Form 10-K for the fiscal year ended December 31, 2021 of Match Group, Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

    Dated:        February 24, 2022                                    /s/ GARY SWIDLER
    _____

    Gary Swidler
    *Chief Operating Officer and*
    *Chief Financial Officer*

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO**

**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, Sharmistha Dubey, certify, pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, 18 U.S.C. Section 1350, that, to my knowledge:

(1)    the Annual Report on Form 10-K for the fiscal year ended December 31, 2021 of Match Group, Inc. (the "Report") which this statement accompanies fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m or 78o(d)); and

(2)    the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of Match Group, Inc.

Dated:        February 24, 2022                                   /s/ SHARMISTHA DUBEY

                                                                                  Sharmistha Dubey
                                                                                  *Chief Executive Officer*

**Exhibit 32.2**

**CERTIFICATION PURSUANT TO**

**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, Gary Swidler, certify, pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, 18 U.S.C. Section 1350, that, to my knowledge:

(1)    the Annual Report on Form 10-K for the fiscal year ended December 31, 2021 of Match Group, Inc. (the "Report") which this statement accompanies fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m or 78o(d)); and

(2)    the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of Match Group, Inc.

Dated:         February 24, 2022                                          /s/ GARY SWIDLER

                                                                                         Gary Swidler
                                                                                         *Chief Operating Officer and*
                                                                                         *Chief Financial Officer*



# EXHIBIT B

# REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
## Q3 2021 Match Group Inc Earnings Call

## EVENT DATE/TIME: NOVEMBER 03, 2021 / 12:30PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is
prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its
affiliated companies.

## CORPORATE PARTICIPANTS

**Gary Swidler** *Match Group, Inc. - COO & CFO*
**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*
**William Archer** *Match Group, Inc. - Senior VP and Head of Corporate Development & IR*

## CONFERENCE CALL PARTICIPANTS

**Brent John Thill** *Jefferies LLC, Research Division - Equity Analyst*
**Cory Alan Carpenter** *JPMorgan Chase & Co, Research Division - Analyst*
**Daniel Salmon** *BMO Capital Markets Equity Research - Analyst*
**Jason Stuart Helfstein** *Oppenheimer & Co. Inc., Research Division - MD & Senior Internet Analyst*
**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*
**Justin Tyler Patterson** *KeyBanc Capital Markets Inc., Research Division - Director of Internet and Media Equity Research & Lead Senior Analyst*
**Shweta R. Khajuria** *Evercore ISI Institutional Equities, Research Division - Analyst*
**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*
**Youssef Houssaini Squali** *Truist Securities, Inc., Research Division - MD & Senior Analyst*

## PRESENTATION

### Operator

Good morning, and welcome to the Match Group's Third Quarter 2021 Earnings Conference Call. (Operator Instructions) Please note this event is being recorded. I would now like to turn the conference over to Bill Archer, Head of Investor Relations and Corporate Development. Please go ahead.

### William Archer *Match Group, Inc. - Senior VP and Head of Corporate Development & IR*

Thank you, operator, and good morning, everyone. Today's call will be led by CEO, Shar Dubey; and CFO and COO, Gary Swidler. They'll make a few brief remarks, and then we'll open it up for questions.

Before we start, I need to remind everyone that during this call, we may discuss our outlook and future performance. These forward-looking statements may be preceded by words such as we expect, we believe, we anticipate or similar statements. These statements are subject to risks and uncertainties, and our actual results could differ materially from the views expressed today. Some of these risks have been set forth in our earnings release and our periodic reports filed with the SEC.

With that, I'd like to turn the call over to Shar.

### Sharmistha Dubey *Match Group, Inc. - CEO & Director*

Thank you, Bill. Good morning, and thank you all for joining the call today. Today, Gary and I are doing this call from our brand-new offices in New York.

We had another strong quarter with over 25% year-over-year revenue growth, also a record EBITDA quarter for us. Tinder, in particular, showed real strength with not only 20-plus percent revenue growth, but also adding a record number of subscribers and Payers this quarter. It is a historical high for Tinder, even higher than the quarter when Tinder Gold rolled out. I'm also excited to have our first woman CEO at Tinder. Renate has seamlessly taken over the helm there, and the team hasn't missed a beat in their journey to transform the Tinder experience.

Explore, which is a new surface area within the Tinder app, rolled out globally a couple of weeks ago. It is a dynamic interface, which allows users to connect with others through new experiences beyond the swipe that used to be Tinder. These experiences can be tailored by market, it keeps Tinder at the center of culture, gives users new reasons to keep coming back, increases engagement and activity. In fact, our successful Swipe Night series is coming to Tinder on Explore in a brand-new series starting November 7. Not only is it a very compelling Gen Z whodunnit story line, this time, it has a bunch of features like Fast Chat built in that should amplify the conversations that follow on Tinder.

Hinge had another great quarter across all metrics, doubling revenue again. The one business that is seeing an unexpected softness is

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

the main revenue-driving app at Hyperconnect, Azar. It's had a few months of headwinds in some key markets in Asia. Some of it is COVID, some of it is marketing performance, some product-related delays. However, South Korea has finally opened up to international travel, and our teams were able to meet over the last couple of weeks in person. We're working closely with them now on marketing the product roadmap in order to reverse the trend. I am extremely optimistic about this team and technology assets as a long-term value creator for our portfolio, especially as we enter what we described in the shareholder letter as the next phase of Match Group's evolution in the dating category.

In fact, my long-term thesis was further validated in the last couple of weeks when the team there walked me through a new concept they're beta testing on some college campuses in Seoul. It's called Single Town. It is a platform where your digital self, in the form of real-time audio-powered avatar, can serendipitously meet others in virtual spaces, like a bar or you can sit down with someone in a park bench to have one-on-one or group conversation. There is, for instance, a piano bar where people's digital selves are gathering around, but they're actually playing their pianos at home and jamming with others. You can overhear conversations, join conversations. You can tap into the digital avatars to see more of that profile, and you have basically a richer set of signals to help connect with someone.

It is metaverse experiences coming to life in a way that is transformative to how people meet and get to know each other on a dating or social discovery platform and is much more akin to how people interact in the real world. It is super early, but we are seeing some encouraging early signals in terms of engagement among Gen Z in Seoul. Already, the average daily time spent is about an hour and growing. Some cultures are forming. It is resonating with both genders. And as we talked about in our letter, this next phase of dating apps, in particular, is going to be all about richer, more organic and more akin to real-life ways of discovering, meeting and getting to know people.

Technology is finally getting there. And this underlying technology platform Hyperconnect has built that powers Single Town has been built in a way that it can be leveraged by other platforms easily. So my long-term view on what this talented team and technology brings to the portfolio is ever stronger. Finally, based on everything we're hearing and seeing, this coming season should be a strong one as people are ready to shake off the COVID malaise and get out there and date and meet. It's also shaping up to be one of the busiest wedding seasons.

I feel good about a reenergized and much more social holiday season. These social interactions are incredibly important for our collective mental health and well-being. So I, for one, I'm rooting for a hell of a holiday season and a post-holiday peak season for us as we enter the new year. And with that, I will hand it over to Gary to provide some more color on the quarter.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Thanks, Shar. We had a strong Q3 with total revenue of $802 million, up 25% year-over-year. Our businesses, excluding Hyperconnect, produced total revenue of $748 million, up 17% year-over-year. Total Payers reached 16.3 million in Q3, an increase of 16% from the prior year quarter. Growth was strong in all geographies, up 11% year-over-year in the Americas, 13% in Europe and 36% in APAC and Other, where the count reflects a full quarter of contribution from Hyperconnect. RPP was up 8% year-over-year to $16.06 in Q3, up 5% in the Americas, 6% in Europe and 17% in APAC and Other, again, reflecting a full quarter from Hyperconnect, where RPP exceeded $30.

Our Direct Revenue grew 17% in the Americas, 20% in Europe and 59% in APAC and Other, again due to full quarter Hyperconnect results. APAC and Other now comprises approximately 22% of our Direct Revenue. Tinder was a standout in the quarter, delivering Direct Revenue of $434 million, up over 20% year-over-year. Tinder had phenomenal Payers growth, up 19% year-over-year, adding 1.7 million Payers, the most in its history, reaching 10.4 million.

Some of this growth did come at the expense of RPP, which grew 1% year-over-year in the quarter. Tinder had a number of conversion wins in the quarter, particularly in the lower-priced subscription tier. Tinder Platinum adoption is ahead of schedule with total Platinum subscribers reaching nearly 1 million. Tinder engagement also remains very strong with both Swipe activity and daily average messages significantly above pre-pandemic levels.

All Other Brands grew Direct Revenue 32% year-over-year in Q3. In this group, Hinge was the standout, growing Direct Revenue over 100% driven by RPP growth of north of 70% and Payers growth of 20%. BLK, Chispa and Upward in aggregate grew Direct Revenue over

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

80% year-over-year in Q3. Hyperconnect contributed $53 million of total revenue in the quarter, below our expected range. Hyperconnect is facing pressure in its largest revenue-generating app Azar, especially in certain Middle Eastern markets. It also faced delays in rolling out certain product initiatives and a challenging marketing environment. We're working diligently with the Hyperconnect team to improve performance and deliver sustainable long-term growth.

Indirect Revenue reached $16 million, the highest ever in the quarter, up 40% year-over-year. It appears our strong brands, relatively lower ad loads and contextual targeting have been especially appealing to advertisers in the current environment. Operating income grew 10% year-over-year to $221 million, and EBITDA grew 15% year-over-year to $285 million in Q3. EBITDA margins were 36%, but would have been 39% ex-Hyperconnect. Overall expenses, including SBC expense, grew 32% year-over-year in Q3 with more than half of the total increase resulting from the acquisition of Hyperconnect. Excluding the impact of Hyperconnect, cost of revenue grew 20% year-over-year, due to higher IAP fees and represented 27% of total revenue.

Sales and marketing spend, excluding Hyperconnect, was up $5 million due to slightly higher marketing spend across our portfolio, but was down 2 points year-over-year as a percent of total revenue to 18%. G&A expense, ex-Hyperconnect, rose 8% year-over-year primarily due to an increase in legal fees and was 13% of revenue, down 1 point year-over-year. Product development costs, ex-Hyperconnect, grew 37% year-over-year and were 7% of revenue as we increased headcount at several brands, mainly Tinder and Hinge. Our gross leverage declined to 3.8x trailing EBITDA, and our net leverage was 3.3x at the end of Q3. We believe our target of below 3x net leverage by the end of 2021 is within reach.

In a complex series of related transactions, we've repurchased $414 million aggregate principal amount of our 2022 Exchangeable Notes for approximately $1.5 billion in cash, using the proceeds from issuing 5.5 million shares of common stock, $500 million of new 3.625% 10-year unsecured debt and the unwind of the related bond hedges and warrants. These transactions, which were executed in the third quarter but sales in the fourth quarter, created an embedded derivative on which we recorded a $39 million loss in Q3, but also on which we expect to recognize a $24 million gain in Q4.

We had operating cash flow of $667 million in the quarter and free cash flow of $614 million. We ended the quarter with $523 million of cash and short-term investments on hand. For Q4, we expect total revenue for Match Group of $810 million to $820 million, which would represent 24% to 26% year-over-year growth. Building off the conversion strength achieved in Q3, we expect Tinder's year-over-year Direct Revenue growth to accelerate towards the mid-20s percent range in Q4. Our expectation is that Hyperconnect will deliver revenue in Q4 at similar levels to Q3. Between weaker Q3 performance and lowered expectations for Q4, we have reduced Hyperconnect's revenue contribution by approximately $20 million for full year 2021. We expect full year stand-alone Hyperconnect revenue to be about $210 million.

Despite softer performance at Hyperconnect, strength at Tinder and Hinge position us to deliver around $3 billion of total revenue in full year 2021, representing 25% year-over-year growth. Notably, we expect Tinder's Direct Revenue growth to be above 20% in full year 2021. We expect EBITDA of $285 million to $290 million in Q4, representing 16% to 18% year-over-year growth, and margins ex-Hyperconnect roughly in line with the prior year quarter. For the full year, we expect EBITDA to be above our previously communicated high end of the range of $1.060 billion, up nearly 20% year-over-year.

Typically, we provide some initial thoughts on the upcoming year on our Q3 call. For the past several years, our initial outlook has been mid-to-high teens revenue growth. For 2022, we expect our businesses, ex-Hyperconnect, to once again deliver that level of growth driven by another strong year for Tinder and for Hinge, as it begins expansion into non-English-speaking markets.

With the full year of Hyperconnect revenue contribution included, we expect the company to grow total revenue closer to 20% year-over-year in 2022. We will provide a more precise revenue outlook on our February call, once we see how the strategic changes at Hyperconnect and the new product initiatives across the portfolio begin to take hold.

Excluding impacts from IAP policy changes that go into effect in 2022, we expect to see about 1 point of margin improvement at our businesses ex-Hyperconnect and for Hyperconnect to achieve mid-single-digit EBITDA margins next year. While we anticipate legal expenses to be meaningfully lower next year, we plan to reinvest a portion of that savings into important safety and corporate and social

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

responsibility initiatives. Also, given the highly competitive job market, we may reinvest to attract and retain crucial talent. The level of investments we choose to make in these areas will impact the actual amount of margin expansion we achieve.

The biggest swing factor in our 2022 EBITDA outlook is what happens with App Store fees, which are an increasingly large percent of our revenue, up from 17% in 2020 to an estimated 19% in 2021, totaling over $550 million. There are numerous actions across the globe scrutinizing Apple and Google's requirement that we use their payment system and pay a 30% fee. A reduction in these fees would have numerous positive consequences, including enabling us to pass along benefits to consumers. Google has agreed to reduce fees for subscriptions, though not à la carte from 30% to 15% starting January 1, 2022. But they also still have a policy change to require use of their billing system scheduled to go into effect at the end of March 2022.

There are many unknowns regarding Apple's plans for IAP, including weather and how they intend to comply with the law banning mandatory IAP in South Korea and the injunction in the Epic decision, which requires them to eliminate the anti-steering provision by December 9, 2021. We're going to watch these developments around the App Stores for at least another few months before we provide our EBITDA outlook for next year. We're optimistic more changes in the ecosystem are likely.

There is a lot going on across our business, including a meaningful product evolution at Tinder and many of our other brands. We're excited to execute on our product roadmap and to continue evolving the experience for our users. We recognize that people around the world are increasingly turning to digital products to meet and socialize. Our job is to continue to build new and exciting products and experiences that enable people to connect, something we have been a leader at for more than 25 years. We're confident that if we remain focused on delivering outstanding products, we'll continue to deliver strong growth and financial results for our stakeholders for many more years to come.

With that, I'll ask the operator to open the line for questions.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions)

And your first question today comes from Mario Lu with Barclays.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Great. A couple of questions on Tinder. The first one is on Payers. So I was wondering if you could provide any additional color regarding the key drivers or regions that attributed to Tinder's 800,000 sequential Payer growth in the quarter? How should we think about the normalized cadence of Tinder Payer growth going forward?

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

Yes, I can take that. So generally, Q3 is a good quarter for Payer ads. But this one was in the historically high for Tinder. And it's across all regions mostly because a lot of the growth in Payers in Q3 came as a result of what we normally referred to as under-the-hood revenue optimization. So a combination of merchandising and paywall optimizations drove conversion and Payer growth. Some of this increased conversion was in lower-priced tiers, which were dilutive to RPP as Gary mentioned. The one thing I want to emphasize, we generally always focus on revenue growth. Sometimes, it comes through Payer growth and sometimes through RPP, sometimes both. And so we don't worry too much about the cadence necessarily, but we're definitely always focused on revenue features to increase revenue overall.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Got it. And just a quick follow-up on the Tinder RPP growth. You mentioned the lower-priced tiers being successful as being one contributor. What about -- any color about Platinum still being a contributor to RPP growth? And then any color you can provide regarding the expectations from these new features such as Explore and whether they will accelerate Tinder RPP in the next few quarters?

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

Sure. So yes, the RPP dilution came because some of the conversion features helped Payer growth in the lower tier -- lower-priced tiers. But Platinum has been exceeding our expectations. Gary said close to 1 million at the end of September. We've actually now passed that. And it will continue to be a driver of RPP growth. In terms of Explore, it is new. It's only been out for a couple of weeks, but we have early evidence of this. And we expect the Explore experiences should increase engagement and reactivation. And this, in turn, ought to provide more revenue optimization opportunities over time, both in terms of conversion as well as RPP growth, meaning both conversion from new Payers but also à la carte revenue opportunities on -- through that interface.

**Operator**

The next question comes from Jason Helfstein with Oppenheimer.

**Jason Stuart Helfstein** *Oppenheimer & Co. Inc., Research Division - MD & Senior Internet Analyst*

Maybe just dig a little more deeper. So as far as the fourth quarter acceleration in Tinder Direct Revenues, just maybe talk about like what's driving the confidence for that plus 25%.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Sure, Jason. It's Gary. I'll take that. I would say generally, Tinder has really been performing very strongly and increasingly strongly as the year has gone on. And the engagement with the product is really even well stronger than it was pre-pandemic. So we really feel good about the dynamics overall at Tinder. And what we're expecting is that in Q4, we're going to see both Payer and RPP growth. The momentum that we had on the Payer growth should continue into Q4. So I'm expecting a similar level of year-over-year Payer growth in Q4 as we saw in Q3.

And I think we'll also be able to achieve some RPP growth as well, which we didn't see as much in Q3, but I think we'll see that in Q4. So when you combine the additional RPP growth with similar level of Payer growth, you're going to get overall Direct Revenue growth kind of approaching the mid-20s at Tinder as I said earlier. So we feel very good about that. The one thing that I just would remind people is that seasonally, Q4 tends to be weaker for Tinder around Payer growth. Especially when we've seen a very strong Q3, it does make kind of the sequential Payer increase more challenging. So that's the thing we are expecting to see from a sequential perspective in Q4. But year-over-year, I'm expecting similar levels of growth on Payers as what we saw in Q3.

And just last reminder would be we don't really manage the business specifically around RPP growth or Payers growth. We're looking for Direct Revenue or overall revenue growth. So we don't get as focused on one metric versus the other. There's obviously trade-offs as we saw in Q3, but we continue to manage to drive a strong level of revenue growth. And we're positioned to do that in Q4.

**Operator**

The next question comes from Cory Carpenter with JPMorgan.

**Cory Alan Carpenter** *JPMorgan Chase & Co, Research Division - Analyst*

On the App Store, certainly a lot of moving parts. But based on what we know today, Gary, is there any further guidance you could provide on the way to frame potential App Store relief just as we head into 4Q and 2022?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Shar, do you want to take that one?

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

Yes. You know what, I'm going to take the opportunity to talk about the App Store a little bit more broadly and all the puts and takes that we're seeing and what we think is likely to happen. So now that there's been a flurry of activity on the App Store front, particularly in the last few months. South Korea became the first country to outlaw mandatory IAP. Additionally, at this point, there are either active investigations, litigation or proposed legislation across the globe, including countries in Europe, U.K., Japan, India, Australia and the U.S. so here's what we see at a practical level.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

Google appears to be complying with the South Korea law. That does not seem to be the case with Apple yet. Google has reduced its fees on subscriptions, but not on à la carte from 30% to 15%, which is going to be effective January 1, 2022.

Now recall, Google had a while ago announced that they will be enforcing mandatory IAP, and they delayed that decision to March 31, 2022. And we are as of now unsure where they stand on that policy change. Interestingly, it's been a while since the Apple and Google App Store economics are not in sync. And so we have to see how Apple responds to the Google change in rates for subscription. The anti-steering provision injunction ordered by the judge on the Epic case, Apple has appealed it, but -- and they have not yet communicated how they intend to comply with it. So all that to say, there was a lot of things sort of have happened, happened, about to happen. It is meaningful for us.

As we said in the letter, our 2021 IAP fees are expected to be north of $550 million, and it will be materially higher in 2022. About 70% of our revenue comes from subscription. And since Google does not yet require mandatory IAP, approximately 80% of our IAP fees actually goes to Apple. So a lot of moving parts, and we have not yet accounted for any impact from changes to IAP fees in our outlook. Generally in Q4, we expect very, very minimal impact. But depending on -- given all the scrutiny that's going around the world and some of the developments in the last few months, I do think this will continue to break. And it will be a beneficial change to consumers and to developers.

And depending on when and what and how this breaks, the outcome for us is pretty varied. So we're watching some of these milestones that are coming up in the next few months. Hopefully, it will give us some more clarity, and we will be able to communicate a little better in our next call. The -- my final thought on this is I've never seen a point in this IAP App Store issue where there's been so much activity around the world. And at some point, Apple has to take a step back and ask themselves whether this is still the right thing to do. And so another reason why I think this will change in some way.

**Operator**

The next question comes from Shweta Khajuria from Evercore ISI.

**Shweta R. Khajuria** *Evercore ISI Institutional Equities, Research Division - Analyst*

Okay. Let me try 2, please. Possible to please comment on recent development related to the lawsuit and your position on the case?

And then the second question is, could you please talk about the trends you're seeing in APAC, particularly in Japan? And you touched on Korea, but generally in APAC and the recovery in that region and what is baked in your 2022 top-line growth guidance?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Sure. Let me take a crack at that. On the litigation, unfortunately, there's really not much that we can say about that right now. It's an active litigation, jury -- it's a jury trial. And the jury selection started at the beginning of this week, and opening statements are going to be next Monday, this coming Monday. So this is occurring right now here in New York. And look, there's always uncertainty in a jury trial, but we feel extremely good about our position and that the plaintiff case is meritless. And we're going to go in and defend ourselves vigorously. So we'll be watching that as it plays out over the coming weeks.

As far as the APAC trends go, I can say a lot more about that. And what I would say is, really, Japan is the biggest area of focus for us in Asia because that is our #2 market. We derive significant revenue in the Japanese market. And really, they only recently lifted their fourth state of emergency. They had the Olympics, and after the Olympics, they had pretty significant spike in COVID from their perspective. And they've taken some pretty significant actions and really some restrictions on dining and other socializing really only lifted last week.

So that geography continues to be impacted by COVID in a pretty significant way. And we have not yet seen a return to normal levels of socializing in that market. And that is impacting our business in a significant way. We have the #1 and #2 apps in Japan in Pairs and Tinder. And so we have meaningful presence there. Notably, the trends are not just affecting us. They're affecting all the dating apps in that market. But because we are so large in that market, it is affecting us significantly.

So we're optimistic that the drivers that make Japan a great dating market with lots of potential growth continue to be there. And we

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

think this will resolve itself over time as people in Japan start to go back out and get COVID further behind them. But it's going to take a little bit of time. We're watching it, and we're optimistic, but I think it needs a little bit of time to play out. And while Japan is the market in Asia that's the most significant impact for us, there's other markets in Asia that are also still affected mostly in East Asia, but you've got Singapore, Taiwan that are still affected as well by trends as a result of COVID. So given the geographic footprint of our business, which does have a significant presence in Asia, we are still dealing with impact there.

And I would say if you look at kind of what's happened around the globe given our overall global exposure, the Americas has recovered well, especially the U.S. And Europe is a little bit behind, but making progress for us as well. And then Asia is further behind. So if you look at the trends that we've seen in the U.S., and think that over time, that's going to play through in these other markets. It really is a question of timing more than anything else. And so we'll see how that plays out.

Another market to just point to is India. India was really impacted by COVID at the depths, and we saw a significant impact in our business. We have seen a meaningful recovery in India as a result of improvement in the COVID situation there. So it is very much market by market depending on what actions the government has taken and what the level of COVID issues is. But we are seeing gradual kind of step-by-step recovery as we look at markets around the world.

**Operator**

Next question comes from Dan Salmon with BMO Capital Markets.

**Daniel Salmon** *BMO Capital Markets Equity Research - Analyst*

Great. I'd just like to follow up a little bit on the change to your revenue outlook for Hyperconnect and perhaps just expand a little bit on the near-term trends you're seeing there across both of the apps. I know there was a little bit of color in the letter, but anything else that you could add would be great. And then just more broadly, any material change to your mid- to long-term outlook for the opportunity for that business?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

All right. Let me take a crack at that one, too, and Shar can certainly jump in. But as I went through and Shar mentioned as well, there are really kind of 3 things that have led to the lower-than-expected revenue for Hyperconnect. And it's really focused on the main revenue-generating app, Azar, which is a one-to-one video experience. The first is COVID. Hyperconnect and Azar have significant presence in Asia and the Middle East. And as I just talked about, COVID continues to be an issue in many of those markets. And you've got a lot of people living at home with their family, spending a lot of time at home. And it has changed the interaction of the consumer with the one-to-one video chat app at Azar. And so we're looking to evolve the app in ways that change the experience and make it more conducive in the current environment. I think that's kind of the first piece of it.

The second piece of it is on the marketing front. Azar, there's a lot of performance marketing as we've talked about in other context. The marketing environment has become both more competitive and also more challenging as a result of changes that Apple has made around IDFA. So that's the second piece of what's going on. And then the third piece is they've had some product initiatives that have been delayed, and the take-up has not been as quick as we had hoped. And so there's some product things that are happening there as well.

So all 3 of those things have impacted the Azar performance, the Hyperconnect performance. I would tell you that we're not happy at all that we missed our expectations for Q3 and that we had to lower them for Q4. As Shar mentioned, we sent a team over there finally and spent a couple of weeks with Hyperconnect working through product roadmaps, marketing roadmaps and adjusting things to reverse the trends. We're confident that working closely with them, we're going to be able to return the business to growth. But it's going to take some time.

I think the current trends are going to persist into the first part of 2022. And we're expecting that there'll be some return to growth in the latter part of next year. As Shar also said in her remarks, even with that short-term softness, we're still very optimistic about the long-term prospects for Hyperconnect. It can contribute extremely significantly to the long-term growth of the overall Match Group. There's many ways that we can do that. We think that we can leverage video, audio, AI capabilities that they've got, things in moderation

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

and safety. So there's a number of things that we're working very hard at leveraging.

And so we're really trying to do both things at once, both adjust the product and marketing roadmaps around their existing apps and also leverage their capabilities across our portfolio. And then you've got Single Town and some of the new metaverse elements and the experience that we're seeing in that beta test. And that is something that potentially we can build into either a stand-alone app and/or potentially leverage that user experience into some of our apps in the portfolio. So there are a lot of things going on in Hyperconnect. We need to make progress in all 3 of those areas. We're working extremely diligently on it. The team there is working extremely diligently on it.

And so even though there's some short-term pressure on the business, our long-term thesis and excitement around it remains completely intact, if not even stronger than it was months ago when we first made the acquisition. So we just got work to do, and we're working away at it.

### Daniel Salmon *BMO Capital Markets Equity Research - Analyst*

Great. If I could just follow up on one thing, Gary. You mentioned the impact on performance marketing and ATT on that asset, but I don't think you mentioned it as being material to the rest of your business around the world. Is that a function of you relying -- that business relying a little bit more on performance advertising, app install ads, that type of thing to drive new users, whereas maybe Tinder, Hinge and the others tend to be a bit more viral in nature?

### Gary Swidler *Match Group, Inc. - COO & CFO*

Yes. I mean it varies by our business depending on what the marketing approach is. So as you rightly said, Hyperconnect is feeling it because their marketing approach is impacted by the elimination of IDFA. We're feeling it in other parts of our business, too. We're feeling it at Match and Meetic, which are significant marketers as well and reliance on marketing. We found good, creative ways to work around it to some extent and offset some of the impact. But there is still impact in businesses that rely heavily on marketing.

So all that baked into our numbers and our performance that you're seeing for this year and our outlook for Q4 and into next year, we've included all that. It's not very significant to us, but there is some impact. And we're not able to outrun it completely, but through creativity and some good solves and adjusting channels and so forth, we're able to offset some of the impacts. So all of our numbers include the impact, but it is a new fact of life that we are dealing with across our business. And our marketing teams are doing a great job finding a way to offset it wherever they can.

### Operator

The next question comes from Brent Thill with Jefferies.

### Brent John Thill *Jefferies LLC, Research Division - Equity Analyst*

On Hinge, great, great growth. I'm curious kind of if you could describe the next chapter of the rollout for Hinge in -- I think everyone's enjoying the deleted commercials you've got going.

### Sharmistha Dubey *Match Group, Inc. - CEO & Director*

Thanks, Brent. Yes, we've been super excited about Hinge, and it's been a great growth driver for us. But it's still, as I said before, only exists in select English-speaking markets. And much of that growth has been user growth in those markets and some really good work they've done this year on monetization. They still have ways to go in these markets as well as on monetization. But one of our key strategies for next year is for Hinge to enter non-English-speaking markets. We're planning to build translation and localization capabilities.

We're going to start the international expansion for Hinge next year. It will likely begin in some markets in Europe and then a more broader global rollout over time. As you mentioned, their marketing campaigns and particularly, the 'Designed to be Deleted' tagline has really resonated with consumers. And the Hinge team continues to differentiate themselves on the product. And we do think that product experience Hinge is building is very well-suited for international markets. So next year is going to be exciting for Hinge.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Operator**

The next question comes from John Blackledge with Cowen.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Great. Just one question. What are the puts and takes for top line growth to be above kind of the initial guide of around 20% year-over-year growth?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

So John, I would say there's probably two key things to think about that could drive 2022 top line higher than what we've discussed so far. The first thing is we have some really bold and big initiatives planned for Tinder next year, especially around virtual goods and some other areas as well.

And the outlook that we've given doesn't assume a meaningful step function impact, a home run or really meaningful impact from any of those initiatives. So we're waiting to see as we roll these initiatives out how they evolve, how they perform, and then we can adjust accordingly depending on that.

But the way we approach our outlook is to not factor in something that's kind of off the charts unexpected that we haven't seen previously or have -- or don't have reasons to expect. So we'll see how it goes, and we obviously always update as we see improving trends in the business. And the second thing is around COVID, and I'm sure we're all tired of talking about it and hearing about it and everything else. But the reality is the dating category as a whole remains impacted by the fact that people's socializing behaviors, how much they're going out, how much they're meeting other people, how much risk there was to take in going out with people has not returned to pre-COVID levels.

I'm sure you and everyone else on the phone knows this from their own experiences. You're going out more than you were, but not as much as you used to. You are traveling more, but not as much as you used to. And so we're waiting to see how the behavior has evolved and where we get to versus the pre-COVID levels, and it varies by country. I talked about Japan and the U.S. and certain parts of the U.S., certainly, it is stronger than in other parts. Some people would take more risk and are more comfortable than other people. So we want to see where the world kind of normalizes back to if you can use that term, and that will affect our outlook for 2022 and our performance for 2022. Right now, the way we have forecasted really assumes that current behaviors don't change that much, but the levels of socializing that are going on now kind of stay this way through the course of next year.

Maybe they improved slightly depending on markets. But in general, we're not assuming a massive change versus current behaviors. That could prove to be too conservative. But right now, we don't see a full bounce back occurring at the moment. And so we're not assuming a change in that for 2022. So we'll see how this evolves. It's something that we're watching very closely. But that's another place where we could see some improvement versus our current outlook depending on how people's behaviors start to adjust.

**Operator**

The next question comes from Youssef Squali with Truist.

**Youssef Houssaini Squali** *Truist Securities, Inc., Research Division - MD & Senior Analyst*

Two, please. Actually, just to double-click on that last question, Gary. I was wondering if you can maybe expand on what's baked into your mid-to-high teens growth, particularly around Payers and RPP for Tinder and non-Tinder brands?

And then have your labor cost increases had any -- or has labor cost, not yours, but just labor cost increases had any material impacts on your operations so far? I think you called out in the letter that you may choose to invest further in attracting and retaining talent next year. Any more color there would be super helpful.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. I mean, on the second question around labor costs. We, like many companies, are seeing a very competitive job market, especially for tech talent, especially for engineers. It varies by market, but there certainly are markets where we're seeing a significant amount of

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

pressure. And we're having to react to that and want to protect our franchise. We want to retain our key talent and then hiring new talent, either to grow the business or as a replacement for people who may leave has become much more competitive, and costs are going up.

So we've seen that occur throughout 2021. And right now, we don't see any significant shift in that trend as we head into 2022. So you never know what the future holds, but sitting here today, as we've put together our initial outlook for 2022, we're assuming that those trends are going to persist. And we're going to need to continue to invest in our talent to continue to build the business we want to build. And we're prepared to do that because that is long term critical to our business and its success. So that is something that we are dealing with as many companies are, and we'll continue to be thoughtful around it.

As far as your first question, the mid-to-high-teens growth. I described a little bit about something that could drive to the upside. And look, our expectation is for Tinder to continue to perform very, very well. For Hinge, as it both expands into international markets, non-English-speaking markets. But also, there's significant opportunity for it in its current markets. So we think both businesses should drive significant levels of growth next year. We've talked about the more Established Brands growing a modest amount. That is still our goal for next year as well.

We've also talked about some pressures we're facing, for example, in the Japanese market and how that's going to evolve. That's important to our Pairs business and the performance of Pairs for next year, and a little bit remains to be seen how the Japanese consumer evolves and how they emerge out of COVID. So that's another factor in our business. We also have talked a little bit about rolling out live streaming at a number of our businesses and how that takes place in OkCupid and BLK and other business where we plan to roll out live streaming. So there's a number of things that we've made some assumptions around.

We've tried to make the most realistic assumptions we can. But general trends like COVID or recovering markets like Japan are certainly open for interpretation as are the success of our initiatives, whether they're at Tinder or whether they're some of our new initiatives like live streaming and a couple of our brands. So we're going to see how that all plays out, which is why we always give this initial outlook here on our Q3 call, sort of tell you what we think we're going to see next year. But we'll give you a much more precise view of things when we get to February after we've seen some of these initiatives start to roll out and once we have 3 more months of performance and COVID recovery and everything else.

So it's the best we can do now. It's our best set of assumptions sitting here today, but subject to refinement as there are many, many moving parts. And that's before you can get to the EBITDA side with App Stores and everything else that's happening that we've talked about extensively. So we try to give our best outlook, and that's what we've done today. But we will refine it as we get closer to the beginning of next year.

**Operator**

The next question comes from Justin Patterson with KeyBanc.

**Justin Tyler Patterson** *KeyBanc Capital Markets Inc., Research Division - Director of Internet and Media Equity Research & Lead Senior Analyst*

Great. I wanted to go back to virtual currency and the virtual goods ecosystem. How should we envision the pace of just that rolling out over time? And then when you look at the trading mechanics and just more virtual goods as a whole. What are the fundamental elements you need to get right to scale that and just create an efficient economy? And then the final point about that, how should we think about sizing that opportunity, the incrementality of the business over time?

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

I can take that, Gary. Okay. So the virtual currency or the coins is something we think of as an infrastructure thing that's going to be necessary eventually for virtual goods. And that particular component is currently testing, and we should have it sorted out in the next few months.

Now virtual goods, the team is working on a very Tinder-specific version of virtual goods that will help users with both self-expression as well as the ability to stand out, particularly in a one-to-many surface area that Explore experiences will enable. And so the way we

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

envision virtual goods is it is something that users will be able to collect as well as give and gift to others. And so there's a lot of -- in addition to this virtual currency, which is going to be a big component of what enables virtual goods, we do have to get the categorization of the goods and the design of it right. We have to create a value structure and a currency for these goods. And most importantly, to build the right experience that allows users to showcase them on the app in the right way.

And so all of that is the plan for 2022, and the plan is we build all of this out, test it out, learn it, refine it, work out the kinks in a couple of markets. And then if we get this right, I do think this could be a multiyear revenue vector for Tinder, which doesn't exist today. And so a lot of work done, but we're very optimistic that this is going to be a really fun thing on Tinder.

I think that was the last call for us. Thank you all very much. Have a wonderful holiday season, and thanks again for joining us today.

**Operator**

The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

DISCLAIMER

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.



# EXHIBIT C

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
## Q4 2021 Match Group Inc Earnings Call

## EVENT DATE/TIME: FEBRUARY 02, 2022 / 1:30PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

## CORPORATE PARTICIPANTS

**Gary Swidler** *Match Group, Inc. - COO & CFO*
**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*
**William Archer** *Match Group, Inc. - Senior VP and Head of Corporate Development & IR*

## CONFERENCE CALL PARTICIPANTS

**Alexandra Christine Kasper Steiger** *Goldman Sachs Group, Inc., Research Division - Research Analyst*
**Brent John Thill** *Jefferies LLC, Research Division - Equity Analyst*
**Cory Alan Carpenter** *JPMorgan Chase & Co, Research Division - Analyst*
**Deepak Mathivanan** *Wolfe Research, LLC - Research Analyst*
**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*
**Justin Tyler Patterson** *KeyBanc Capital Markets Inc., Research Division - Director of Internet and Media Equity Research & Lead Senior Analyst*
**Lauren Elizabeth Cassel Schenk** *Morgan Stanley, Research Division - Equity Analyst*
**Shweta R. Khajuria** *Evercore ISI Institutional Equities, Research Division - Analyst*
**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*
**Ygal Arounian** *Wedbush Securities Inc., Research Division - Research Analyst*

## PRESENTATION

### Operator

Good morning, and welcome to the Match Group Fourth Quarter 2021 Earnings Conference Call. (Operator Instructions) Please note, this event is being recorded.

I would now like to turn the conference over to Bill Archer, Head of Investor Relations and Corporate Development. Please go ahead.

### William Archer *Match Group, Inc. - Senior VP and Head of Corporate Development & IR*

Thank you, operator, and good morning, everyone. Today's call will be led by CEO, Shar Dubey; and CFO and COO, Gary Swidler. They will make a few brief remarks, and then we'll open it up for questions.

Before we start, I need to remind everyone that during this call, we may discuss our outlook and future performance. These forward-looking statements may be preceded by words such as we expect, we believe, we anticipate or similar statements. These statements are subject to risks and uncertainties, and our actual results could differ materially from the views expressed today. Some of these risks have been set forth in our earnings release and our periodic reports filed with the SEC.

With that, I'd like to turn the call over to Shar.

### Sharmistha Dubey *Match Group, Inc. - CEO & Director*

Thank you, Bill. Good morning, and thank you, all, for joining the call today.

You know, this past year has been remarkable for Match Group in many ways, even though the broader world has been a bit disorienting at times. And as much as we'd hope to be done with COVID in 2021, the recent Omicron surge is a reminder that we aren't quite at the end yet, although I sure hope we're close.

So our business grew 25% in revenue despite the waves of Delta and more recently, Omicron. And this latest Omicron surge has impacted peak season behaviors and dating sentiment in parts of the world. And because these surges have had varying effects on our business, I thought I would start by sort of level-setting where our business is in the context of the pandemic.

So if you recall, back in 2020, in the early days of the pandemic, our business took a hit during the global lockdowns, and it then stabilized by late spring. And at that time, both user activity and propensity to pay slowly recovered. And as we've dealt with different waves of COVID since, usually, the mobility restrictions are generally impacted dating activity. And now fast forward 2 years, while much of the Western markets, including the U.S., are seeing less and less impact to activity and propensity to pay with these ongoing surges, several markets, particularly in Asia, are still disproportionately impacted.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Japan, for instance, has now dealt with 3 periods of state of emergency last year, all of which have had a meaningful impact to mobility and general dating sentiment. And there seems to be a glimmer of hope after that last one was lifted. But again, Omicron has them back in a quasi state of emergency at least until February 20.

And all of this has led to a level of anxiety and fatigue, particularly in these winter months, and we're seeing the effects of this in Japan and parts of Asia.

Now beyond these geographic differences, as we've said before a few times, while active online daters and propensity to metrics have largely recovered in Western markets, there is still a hesitancy among new users who have never tried dating apps before to break into the category. Now these are usually largely driven by word of mouth, and that, of course, depends on normal levels of socializing, which hasn't yet happened. And if you've resisted online dating until now, the pandemic hardly seems the right time to start. So this past year, we have seen periodic uptakes in new entrants when COVID is not dominating the news cycle. But by and large, that has not fully recovered in a sustained way.

So unlike categories like, say, online groceries, for instance, where pandemic pulled forward new users, for us, non-users breaking into the category, even at a normal cadence, is still to come. And we feel optimistic that if Omicron truly is what causes the shift from a pandemic to endemic, and if things do indeed return to more normal in spring and summer, we are well-positioned to be able to capitalize on it.

We've made significant progress in building out our portfolio of products that appeal to different demographics and intent. We've innovated on many pain points, everything from trust and safety to more authentic discovery and getting to know each other experiences. We've been disciplined and measured in our marketing efforts given the macro climate, but we're ready with several creative and optimistic campaigns to reenergize dating sentiment as soon as we are in a new post-pandemic normal.

Romance and love maybe just the thing that shakes us out of this collective malaise.

Now Tinder, beyond a 22% revenue growth, in 2021, Tinder released its biggest update since the invention of the Swipe feature, and this was the launch of Tinder Explore. Explore provides Tinder with additional flexibility to expand use cases to more dimensions of discovery and social live experiences. Explore enhances responsiveness, offers surface and opportunity for regionally tailored experiences; has exciting media, video dating hybrids such as Swipe Night, wedding dates, concert Festival Mode; and it's clearly had a productive start with almost 70% of users adopting this experience.

The 2022 roadmap has many more enhancements planned, along with new monetization opportunities later in the year.

Hinge has had an impressive year where they more than doubled revenue. They're also seeing a strong start to 2022 in markets they've been around at, like the U.K. and Australia. And the Voice Prompts feature they launched late last year has really resonated with users, not to mention the social virality this have seen. Turns out people's life goals, dating styles and their best dad jokes are both entertaining and insightful. Our 2022 plan for Hinge, to expand internationally beyond English-speaking markets, remains intact.

We're also making progress at Hyperconnect and stabilizing the core business, and we plan to return them to growth later this year. They have recently launched Azar lounge, their live streaming feature, and Hakuna City, their interactive and immersive new discovery experience. And they continue to experiment with metaverse elements, both in dating and social discovery context.

We've also successfully integrated Hyperconnect's live video and audio tech on a couple of our platforms. And the teams are making progress, enabling our other brands to leverage their technology more broadly to build new immersive discovery and live experiences.

While much remains to be done at Hyperconnect, we're actually very confident it is on the right track, and it is pushing us forward in a number of areas that are critical to our long-term growth.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

As I reflect on last year, what jumps out to me has been ability to find opportunities in the face of uncertainty. And despite this latest Omicron surge and all the uncertainty it may create over the next couple of months, I am hopeful about 2022, how we're going to use technology and innovate product experiences, tell our story with ever more creative marketing, and most importantly, profoundly change many more lives around the world.

And with that, I will hand it over to Gary to provide some color on the quarter and the full year.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Thanks, Shar. We had a strong Q4 with total revenue of $806 million, up 24% year-over-year. In the quarter, the U.S. dollar strengthened meaningfully against a number of global currencies, including the euro and the yen, which led to $12 million of year-over-year FX headwinds, excluding Hyperconnect. On an FX-neutral basis, total revenue would have been $818 million, up 26% year-over-year. We did not anticipate about $9 million of FX headwind when we provided our outlook in early November.

Our Direct Revenue grew 24% year-over-year. It grew 21% in the Americas, an acceleration from last quarter, 16% in Europe, and 46% in APAC and Other. We did feel some COVID impacts on our business, particularly from the emergence of the Omicron variant, which severely reduced mobility in a number of markets starting in December. COVID continues to be a meaningful overhang on our Japanese business and in certain other markets.

Total Payers were 16.2 million, an increase of 15% from the prior year quarter. Growth was strong in all geographies, up 10% year-over-year in both the Americas and Europe, and 36% in APAC and Other, which was aided by the acquisition of Hyperconnect.

RPP was up 8% year-over-year to $16.16 in Q4. RPP was up a solid 10% in the Americas, 6% in Europe, and 7% in APAC and Other.

Tinder performed strongly in the quarter, delivering Direct Revenue of $444 million, up 23% year-over-year, an acceleration over Q3's rate. Tinder had Payers growth of 18% year-over-year, adding 1.6 million Payers to 10.6 million, and RPP growth of 4% year-over-year in the quarter.

Tinder Platinum subscribers comprised approximately 13% of total Tinder subscribers, exceeding 1 million in aggregate.

Tinder active user growth continues to be strong, with the brand achieving a record number of active users on its platform globally in 2021. Engagement on the platform also continues to be robust with several KPIs such as daily Swipes and messages at or near all-time highs in Q4.

All Other Brands grew Direct Revenue 26% year-over-year in Q4, driven by 16% RPP growth and 9% Payers growth. Hinge was the standout among this group, growing Direct Revenue approximately 90% year-over-year, driven by RPP growth of 60% to nearly $24 and reaching about 850,000 Payers. BLK, Chispa and Upward in aggregate grew Direct Revenue over 70% year-over-year in Q4.

Hyperconnect contributed about $50 million of Total Revenue in the quarter. The business saw improved performance in December compared to preceding months. It was also significantly impacted in the quarter by FX, especially against the Turkish lira as Turkey is a large market for Hyperconnect.

Indirect Revenue reached $18 million, the highest ever in the quarter, up 12% year-over-year. This was off a very strong Q4 2020.

Q4 operating income grew 9% year-over-year to $232 million for margins of 29%, and Adjusted Operating Income, which we formally called Adjusted EBITDA, grew 18% year-over-year to $290 million for margins of 36%. Adjusted Operating Income margins would have been 2.5 points higher, excluding Hyperconnect.

Overall expenses, including SBC expense, grew 31% year-over-year in Q4, with slightly less than half of the total increase resulting from the acquisition of Hyperconnect. Excluding the impact of Hyperconnect, cost of revenue grew 21% year-over-year, primarily due to higher IAP fees and represented 28% of total revenue.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Sales and marketing spend, excluding Hyperconnect, decreased $12 million as we pulled back marketing spend across our portfolio to maintain our ROI discipline in a crowded holiday marketing environment. That did have some impact on payers, especially in our marketing-heavy brands like Match. Sales and marketing spend was down 5 points year-over-year as a percentage of total revenue to 16%.

G&A expense, excluding Hyperconnect, rose 38% year-over-year, primarily due to an increase in legal fees. G&A comprised 14% of revenue, up 2 points or $28 million year-over-year. G&A was less than we had anticipated as the former Tinder employee litigation came to a conclusion on December 1.

Product development costs, excluding Hyperconnect, grew 31% year-over-year and were 8% of revenue as we increased headcount at several brands, primarily Tinder.

Our gross leverage declined to 3.7x trailing Adjusted Operating Income, and our net leverage was 2.9x at the end of Q4, achieving the target of below 3x that we set at the time of our separation.

We ended the quarter with $827 million of cash, cash equivalents and short-term investments on hand. We have agreed to pay $441 million to settle the former Tinder employee litigation and all related claims and arbitrations. We expect to pay this amount from cash on hand in Q1 2022.

For full year 2022, we expect the company to deliver 15% to 20% year-over-year growth, driven by another strong year for both Tinder, where we expect high-teens year-over-year growth, and Hinge. Our outlook includes approximately $85 million of negative year-over-year FX impacts on total revenue. That's approximately $60 million worse than what we expected at the time of our last earnings call in early November, which is about 2 points of growth.

In addition to the FX impact, our revenue growth outlook is more conservative than what we shared in early November due to continued COVID impact, especially in Asia and particularly the rise of the Omicron variant, which is impacting us in the early goings of 2022. Keep in mind that we have a global business. And while we may be getting ready to move past Omicron in the U.S. and Europe, Asia still has to get through that period. So we expect our performance will continue to be somewhat impacted likely until sometime in Q2.

In aggregate, our '22 revenue outlook has been reduced by about 3 points of growth since November due to the FX and COVID impacts. Our revenue outlook for 2022 also assumes momentum builds in the second half of the year. There remains much uncertainty about what happens next with the pandemic, but we have increased confidence that while the first part of 2022 may be tougher than we initially anticipated, the second half could be stronger. We're hopeful that once we get past the effects of Omicron, we could even have that 'summer of love' that we had expected back in 2021 after the vaccines were introduced.

We expect overall company margins to be roughly flat, inclusive of Hyperconnect, which we expect to be better than breakeven in 2022. For the full year, we expect 50 to 100 basis points of margin improvement, excluding Hyperconnect, as we incur lower year-over-year legal expenses and lower fees on Google subscriptions, which we plan to partially reinvest in safety and CSR initiatives, as well as higher employee costs given the ongoing war for talent.

Note that despite Google's recent fee cut, which covered only subscription revenue, we actually expect to pay a greater percentage of our revenue to the App Stores in 2022 than in 2021 as more of our users come in via app. For instance, on our fast-growing Hinge app, most payers use iOS, and we pay a full 30% on that revenue.

Our margin outlook reflects current App Store policies. Our outlook includes over $650 million of App Store fees in 2022, primarily to Apple. Our outlook does not include implementation of Google's previously announced requirement of mandatory use of its payment system starting in April 2022. Were that to happen, we'd incur approximately $50 million of additional costs for the remainder of the year.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

5

Even though we're unable to forecast further change in App Store policies at this time, we remain optimistic that more changes to the App Store ecosystem are likely, and we will continue to update you.

For full year 2022, we expect SBC expense of $175 million to $185 million, reflecting additional hiring and the continued competitive market for talent. CapEx of approximately $70 million, about $10 million lower than in 2021, and Adjusted Operating Income to Free Cash Flow conversion of approximately 80%, excluding the $441 million legal settlement. We do not expect to be a material U.S. federal cash taxpayer in 2022.

We have an initiative underway in countries where Tinder still offers age-based discounts to eliminate these discounts. These changes, which have begun in earnest in Q1, will impact Tinder Payers beginning in Q1, but we expect these changes to be revenue neutral.

For Q1, we expect total revenue for Match Group of $790 million to $800 million, which will represent 18% to 20% year-over-year growth. We expect this to be driven by year-over-year Payers growth in the low to mid-teens and year-over-year RPP growth in the mid-single digits, as is typical for us. However, the effects from Omicron could shift these metrics somewhat. We anticipate about $25 million of year-over-year FX headwinds in Q1, meaning that growth would be more than 4 points higher on an FX-neutral basis.

We expect Tinder's year-over-year Direct Revenue growth to be in the high-teens in Q1, and that Hinge will remain on its growth trajectory and deliver Direct Revenue growth over 70% year-over-year in Q1. We anticipate that Hyperconnect will deliver revenue in Q1 at similar levels to Q4 '21.

We expect Adjusted Operating Income of $260 million to $265 million in Q1, representing margins in the low-30s percent range, typical for a first quarter for us despite about 2.5 points of pressure from adding Hyperconnect.

Our company has all the ingredients to continue to deliver on our mission of helping people make meaningful connections through our technology. Tinder has an exciting product roadmap and a growing global user base to continue to convert. Hinge's product continues to gain traction and the business has meaningful opportunities ahead, including in many international markets. There is so much we can do with Hyperconnect, not only deploy their video and audio tech capabilities across our apps, but have them help us build exciting new metaverse dating apps and immersive user experiences, which we can potentially make use of across our portfolio.

Our financial performance is strong with room to grow already best-in-class margins and potential App Store reform benefits. We strongly believe that the next phase of our business is going to be very exciting.

With that, I'll ask the operator to open the line for questions.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) And our first question will come from John Blackledge of Cowen.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Gary, could you expand a bit on the margin expectations for 2022, maybe go through the puts and takes of the margin guide? And then secondly, which markets outside of Japan are being kind of impacted by Omicron?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Sure. I'm happy to do that. First of all, as I said, our outlook for margins for this year, inclusive of Hyperconnect, is that they'd be relatively flat, which we actually think is a strong performance, especially in this environment. And Hyperconnect contributes over 1 point of margin headwind for the year.

If you look through the puts and takes, we probably have a bit over 2 points, I would say, of margin improvement from legal expense savings and Google's reduction from 30% to 15% on subscriptions. But we're currently forecasting that we could reinvest more than half

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

of that savings into hiring new people and in retaining our existing talent, especially in the very competitive market that we're operating in for talent right now.

We also plan to reinvest some of the -- for some of the savings, a smaller portion into important initiatives for us, including around CSR and user safety, where we're putting incremental resources.

And on top of that, as I said in my remarks, we're also spending a larger and larger portion of our revenue on App Store fees given that more of our payers are coming in through the App Stores. That probably creates about 1 point or so of margin headwind for us, but we're offsetting that by being -- by operating leverage on the sales and marketing side. So I'd say those probably wash out and are relatively neutral.

And then the last put and take that I would point you to is what I mentioned about Google's previously announced requirement to use their in-app payment system, which they're supposed to put into effect at the end of March. Frankly, it's really difficult for me to fathom Google making that policy change, given all the legal and regulatory pressures that they're facing. And recall that they delayed this policy once before. They've made exceptions for it in certain markets. So we'll see how that plays out, but that's my thinking around that at this point in time.

So hopefully, that's helpful on the margin side. I'm sorry, what was the second question, around Japan and other markets?

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Yes. What's...

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. Look, I would say -- I mean, look, it's a little bit everywhere, right? We're not back to normal, as Shar said. We're not seeing the strength in new users yet. And so that is affecting the business everywhere. It's most pronounced in Japan, where we had a pretty significant shortfall in 2021 versus what we were expecting Japan to contribute. We have the #1 and #2 apps in Pairs and Tinder. So it's a meaningful number when you aggregate the effect on our 2021 in Japan versus what we were thinking. And that's going to carry through into 2022 because, as Shar said, that market has nowhere near gone back to normal.

Aside from Japan, there's a couple of other markets in Asia. Korea is also very strictly enforcing restrictions around the pandemic. And so that's another market which has clearly not gone back to normal. And there's other ones in Asia as well that are smaller for us. Even India hasn't fully bounced back. As an example, it's better than it was at the depths, but it's improved meaningfully, but it's still down significantly from pre-pandemic. So there's a number of markets, especially across Asia, where there are some lingering effect, but Japan is really the most meaningful one for us.

**Operator**

The next question comes from Justin Patterson of KeyBanc.

**Justin Tyler Patterson** *KeyBanc Capital Markets Inc., Research Division - Director of Internet and Media Equity Research & Lead Senior Analyst*

Great. On Tinder Explore, those metrics you shared look really encouraging. How should we think about the product initiatives like Explore affecting the arc of Tinder growth over the next few years?

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

Hi Justin. So Tinder Explore, what it did, it allowed us to create, successfully, a new surface area and experience without hurting the very efficient Swipe machine. And the goal now is to have new and personalized experiences that are fun, interactive, useful in helping spark connections. And we've already got 70% of our users adopting the experience, and we're seeing high levels of engagement and likes, messages and conversations. So looking ahead, our plan is to continuously launch and feature a variety of novel and engaging experiences here.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

We talked about the music mode launch in the letter. Soon to come, for example, is going to be an experience that's a fun riff on the classic blind date experience. Explore also allows us to have geographically tailored programming. So in Brazil, we're about to launch Carnival mode on Valentine's Day. It's going to be an Explore experience that allows members to opt in to match with others that are celebrating Carnival in their major cities like Rio, Sao Paulo, Salvador, et cetera. And people can share their favorite parties, where they're traveling to. Carnival is the most important cultural moment in Brazil, and it's a moment that connects people. And it's a great example of how Explore enables a fluid virtual to in real life experience.

So additionally, as you can imagine, this new surface area with these Explore tiles also provides us opportunities for integrations with third parties to drive new experiences in the app and offline. And it gives people a reason to keep coming back and check out these new experiences.

And then as this -- the adoption and engagement on the surface area increases, it does provide new opportunities to us to merchandise revenue features, both existing and new revenue features. So that's why we're so excited about this whole new surface area that we've created.

**Operator**

The next question comes from Deepak Mathivanan of Wolfe Research.

**Deepak Mathivanan** *Wolfe Research, LLC - Research Analyst*

Just one maybe for Gary. Can you give us some color on monthly cadence on net Payers adds in Americas and Europe during 4Q? And was most of the declines in the month of December due to Omicron? And also maybe perhaps what you're seeing in January so far. Kind of if you want to add some color by brand, that will be great, too.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Sure. Happy to do that, and good to hear your voice.

First of all, I would just point out that as a general matter, it's not unusual for us to see limited sequential growth in Payers Q4 over Q3. So overall, the trend is not atypical for us. And then I would point out to a number of factors to think about as you look at the Q4 Payers numbers and results.

The first, which you rightly point out, is Omicron, right? We saw a spike in that early part of December, especially in some of the Western markets, and it did affect our Payers numbers starting in December. So there was a change in trend after Omicron burst onto the scene. And so that's a big part of what happened in the end of Q4.

We've called out many times the lingering COVID impacts we see in some markets that haven't returned back to normal, Asia, particularly Japan. That's another factor around Payers and the performance in Q4.

And then I also mentioned that we had reduced marketing spend because we just couldn't hit our ROI hurdles, especially in some of our marketing heavy brands. Match, as an example, and others of the Established Brands were impacted in Q4 as we pulled back on marketing spend to protect our return expectations. So those things, I think, together are the key trends that we saw.

Looking at Q1, we're not expecting a massive shift in some of those things. We still have Omicron lingering. We feel like we're getting closer to the end. But it continues to be an issue in a number of markets. And as we said in the earlier remarks, it hasn't even really worked its way through the Asia markets, Korea, Japan. They've got the hatches battened down to prepare for it, and that's going to affect people's behavior in those markets. So while we're moving through it in the West, you still got to go through it in some of the Asian markets. And so that's going to be an effect here in early 2022. And then hopefully, we'll get through this and we'll have an inflection point in the pandemic and in the impact on people's social lives and dating.

The only other thing which I just want to add is that -- and we say this all the time -- we don't manage our results for specific Payers growth or RPP growth or whatever. We're managing it for revenue growth. And so we are making trade-offs all the time in terms of price

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

optimizations and so forth. And so that does move the Payers numbers around. I called out one in my remarks around discounting at Tinder, that we're adjusting policies there. So you're going to continue to see us make those decisions. That could have effects on Payers numbers, but ultimately, we think are the right thing to do for the business and certainly to grow revenue the way we want to grow revenue.

**Operator**

The next question comes from Lauren Schenk of Morgan Stanley.

**Lauren Elizabeth Cassel Schenk** *Morgan Stanley, Research Division - Equity Analyst*

I was intrigued by your comments that Hinge is on its way to become the second largest global dating app within a few years' time. Could you talk about where you see Hinge RPP heading over the long term? And then how should we think about the '22 revenue growth for Hinge that's embedded in the full year guide?

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

I can take that, Gary.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Okay.

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

Lauren, Hinge is one of the best designed product for what I call intentioned dating. And that sort of reflects how rich the profile is, the way you consume them, the way you communicate on the platform. And the team has kept innovating and pulling ahead of competition every year. The way they implemented audio, basic audio, for instance, but they did it in the form of Voice Prompts, and how that became such a resonant in socially viral feature is an example of how they approach product development. And this particular product, I think, has a pretty big resonance among a large segment of audience. It is differentiated in the market. And that's what gives us confidence about the international rollout.

On monetization specifically, Hinge has made real progress on RPP, as you know, this past year. And we certainly don't think it's near its ceiling. But our expectation this year in 2022 is for Hinge to do over $300 million in revenue. And it's going to be driven by both strong Payers growth as well as continued growth in RPP.

**Operator**

The next question comes from Brent Thill of Jefferies.

**Brent John Thill** *Jefferies LLC, Research Division - Equity Analyst*

Gary, on the second half recovery, I'm curious if you could just shell a little more of your plan on what the recovery looks like. And when you talk about Japan, can you also just frame up, for last year, what Japan did in growth and what your expectations are? And I believe that's your second largest market. So what -- maybe drill in a little bit in terms of how you're expecting that region to bounce back.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Sure. Happy to do that. So look, I would say that our outlook for right now is assuming that we gradually come out of the Omicron impacts by geography, first, in the West, Europe and the U.S., and then ultimately, in Asia. And I think that's going to take some time into the second quarter. A little hard to tell if maybe Asia handles things differently once they've seen what people have done over here. But right now, that's our assumption.

And as we come out of the Omicron impact, what we're assuming is that activity, behavior goes back to pre-Omicron levels, but not back to pre-pandemic levels. So the fog of Omicron lifts, and we go back to where we thought we were in October of last year as opposed to where we were in 2019, as an example.

Now that could be a wrong assumption because I don't know how people are going to behave depending on how confident they feel, how much of an end we reached evolve this, let's say, sometime in the spring. And so that is a swing factor in our outlook, but we're not

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

assuming a huge 'summer of love' right now in our outlook. That would clearly provide upside or at least the ability to reach the higher ends of the outlook, if that happened.

I think it's entirely possible. I know a lot of people feel like as soon as we get to those warm summer months, there's going to be a real big wave, but we're not forecasting that at the moment until we see some evidence that really this is over, and that is how people are going to behave, but we'll have to wait and see.

Right now, we're more sober on our forecast because we've been head-faked a few times, and this has been going on for a long time, and no one's had a great ability to predict what the pandemic brings and what the effects are.

So that's how we're forecasting, but we remain very optimistic that people are going to want to go out and date and socialize in big numbers once they feel the risk is down and they're ready to do that. And we clearly have not gotten to that yet. We're hoping it happens in the summer months, spring and summer months, but remains to be seen.

I would also just say on our forecast that we don't have a significant amount included for key new initiatives that Tinder -- the Tinder virtual goods as an example. We don't have a lot included for Hinge International because those are really more '23 items in our minds than 2022. But to the extent we're able to accelerate some of those or we see bigger impact early on than we are currently anticipating, that could also be a swing factor on our second half, on our overall 2022. So those are some of the puts and takes there.

We're trying to quantify how much Japan has cost us. As I said, we've got the #1 and #2 apps. Our Pairs app has felt a significant amount of impact. Tinder has felt some. I don't have a great estimate, but it wouldn't surprise me if it's $35 million - $40 million of impact on our 2021 that we would have seen that revenue had Japan been operating more normally. So it is a big market for us. It's a big contributor, and the impact is pretty meaningful. And I don't think we're going to get that recovery really in the first half of this year. We'll see if we get it in the second half.

**Operator**

The next question comes from Ygal Arounian of Wedbush Securities.

**Ygal Arounian** *Wedbush Securities Inc., Research Division - Research Analyst*

Gary, why don't you talk about -- on the app fees, and you talked about some of the jurisdictions and some of what they're taking up to create fairness. Can we expand on that a little bit and what your expectations are as we move through the year?

And then maybe a little bit more on Apple and Google. It sounds like you're not building in any expectation for changes in Apple's fees. Is that right? And what's the process there to get to that 15% or whatever kind of agreement we might end up at? And then with Google, if they do change the structure and the workarounds for the fees, would there be any change to how you think about reinvesting those savings that you're currently seeing?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

I am not sure we caught all of that question because there was a little bit of feedback on the line. But let me take a shot at it.

First of all, if we get the Google savings, we've talked about this generally on App Store, so I wouldn't say it's just specific to Google. But obviously, we're going to look at how to deploy any changes they make. We have the ability to return some of that to customers in the form of discounting to them. We also will have higher return on our marketing spend because we'll be paying less to the Stores. And so we'll be able to spend more into marketing, which should enhance our growth. So there's a number of things that we can do with any savings that we achieve from the App Stores over time.

And like we said, we remain optimistic that some of that's coming, but this is a slow process on the regulatory front. And so right now, we have not made any further assumptions around that in our numbers for 2022.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

I can add more. I think you had questions about sort of what are the key legislations around the world. So there has been a lot of momentum on this issue. Mandatory IAP is now deemed illegal in South Korea and more recently, in Netherlands under both Dutch and more importantly, EU law. It has been surprising to see Apple's response of noncompliance in these countries despite the EUR 5 million per week fine they are now subject to in Netherlands.

More consequentially, here in the U.S., just the end of last week, 35 state attorney generals and the DOJ filed an amicus brief supporting Epic's position and opined that, that decision was wrongly decided.

Also this week, the Open App Markets Act, that addresses App Store policies, including IAP, which seems to have bipartisan support in the Senate, is expected to move out of committee, hopefully, this week. So there's little that both sides agree to these days. The fact that this has such bipartisan support shows how unfair and inequitable some of these policies are deemed to be.

So as Gary said, the timing of all of this regulation and legislative changes are hard to predict. It is the single -- the App Store fees are the single biggest expense line for us at the moment. They exceeded $550 million last year. They're going to increase meaningfully this year. And we remain optimistic that change is coming. And obviously, there's a lot of good we can do with that in addition to margin expansion, reinvestment, et cetera.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. The only other thing I would add on Google and its potential policy change, is that, as Shar said, you've got all these countries and jurisdictions saying, mandatory IAB is not acceptable. It's illegal in Korea, et cetera. It seems very surprising to me that in the face of all that, Google would make a global change and make IAB mandatory on March 31. That just defies logic to me. But they'll have to make the decision they make, and then we'll have to see what makes sense in reaction to that.

So we'll see how that plays out over the next couple of months. But that's how I sort of handicap just given where the trends are blowing, which are very, very clear, as Shar said. The U.S. Senate subcommittee has taken up a bill around -- or is taking up a bill around this as well. It just seems very hard for me to believe that they would require people to use their payment system in that environment. But we'll see how it plays out.

**Operator**

The next question comes from Alexandra Steiger of Goldman Sachs.

**Alexandra Christine Kasper Steiger** *Goldman Sachs Group, Inc., Research Division - Research Analyst*

I have two on Hyperconnect. So first of all, it's great to see that several brands have begun leveraging Hyperconnect's technology. Can you maybe walk us through the impact you've seen both from an engagement perspective, but also from a cost savings perspective? And then to what degree can you also leverage Hyperconnect's monetization strategies and learnings across your portfolio of apps, for example -- or especially at Tinder? And then maybe lastly, where do we sit in terms of like integrating Hyperconnect, the team, the company? And how should we think about any additional investments necessary from here?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Sure. Let me take a shot at that, and Shar certainly can add.

First of all, we continue to make great, great progress working with Hyperconnect. We have a lot of confidence in the team and their innovation. Our teams are collaborating really well globally. We're learning from them. They're learning from us. So it's really going well from that standpoint. And we think they are very quick on product. They're innovative. They move fast. So that's all great from our perspective.

In terms of investment, we continue to look at that. We are investing and adding people to help them build some of the things that we want to plug in across our apps. And all of that is baked into our numbers for the year. And as I said, Hyperconnect is going to be better than breakeven even with all of that investment included. So we'll continue to hopefully see margins improve from there as we get the

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

operating leverage on the investment and on their capabilities.

In terms of what's happened so far, just to give you some concrete examples, we rolled audio and video rooms and one-to-one video chat using their technology on to 2 of our apps, Match and Meetic, thus far. If you use the European business, Meetic, as the example, what we call the live cafe with audio and video, has been really well received by their user base. Usage of the features continues to grow. People are returning to engage with the product. The feedback is very positive. And so we're very excited about how that's all going. And in fact, we're planning a major live event at Meetic on the technology for Valentine's Day. So that's another good example of an event that's coming up that uses the technology and to be current.

So that's an example of engagement and how that's going, and Meetic and Hyperconnect are continuing to build out capabilities and features and working hand in glove. And so it's great not only for the user base, but also going well from a collaborative standpoint.

At Match, if you want to use that as an example, we did replace a third-party vendor's technology on the video side with Hyperconnect. And so not only did that lead to some cost savings for us, but also, it means we have much more responsiveness to changes we want to make and things we want to try. We think the product overall is much better using Hyperconnect. And so having that in-house has led to not only cost savings, which you asked about, but also benefits in terms of the overall quality that we're excited about.

So when you look at both what's happened at Match and Meetic with Hyperconnect technology, thus far, we're extremely encouraged. And what that's doing is it's leading us to have more confidence to roll that out on more of our apps. And so we're planning to bring that out into our Pairs app and a part of it into our Plenty of Fish app over the coming time. And so we'll continue to roll it out across the portfolio.

And as you alluded to, we are thinking about what we might do at Tinder. And so more to come on that topic. But obviously, there's great potential there if we can find some things to leverage from Hyperconnect into the Tinder platform, and we are looking at that. We think Explore provides a great place to try some of those features and technologies.

So much, much more to come, but I think from a collaborative standpoint, from a using-their-technology standpoint across our apps, things are tracking according to plan, if not maybe ahead of it, and it's really going as well as we could have expected. Hopefully that answers your question.

**Operator**

The next question comes from Shweta Khajuria of Evercore ISI.

**Shweta R. Khajuria** *Evercore ISI Institutional Equities, Research Division - Analyst*

Could you please comment or provide more detail on Tinder coins? So you talked in your letter about 12 markets that is available. And you also, earlier on this call, said you don't expect a meaningful impact this year. But perhaps if you could talk about or frame what contribution you can expect maybe 2023 and beyond, what do you think the future could look like, that would be great.

And then just a quick follow-up on your comment on age-based pricing for Tinder. So how should we think about Payers growth and the impact on that, even understood it's revenue neutral?

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

Maybe I'll start with the Tinder Coins, and then Gary can jump in. Shweta, the Tinder Coins is currently testing in 12 markets. And the use cases are both for incentivizing certain core actions and also increasing access to existing revenue products. And we are seeing some increased engagement and retention from these incentives. And there's a bunch of testing going on, on various sort of monetization experiences.

The plan is to accelerate the rollout in Q2 and be globally out by Q3. However, the biggest value of coins to us is its ability to power new

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

economies such as the virtual goods. And that is a whole new construct that we are hoping to be able to test in the back half of the year, and hence, we're not counting on any sort of meaningful contribution to 2022 revenue, it's more a 2023 and beyond revenue contribution.

### Gary Swidler *Match Group, Inc. - COO & CFO*

In terms of the age-based pricing and changing that discount, first of all, that is done in certain large markets for us like the U.S., that has been eliminated. So the big one now that's happening in Q1 is in the U.K. And so there will be a pronounced impact on Payers in Q1 from that change in the U.K. that you're going to see. And we are going to move that through a couple of other European markets as well. And then there's a couple in Asia where we have to make those changes. And I think New Zealand is another one. So there's a handful. Some are smaller, some are larger.

But there is going to be a noticeable pronounced impact on Payers at Tinder outside of the U.S. coming in Q1, and it will probably continue into Q2. But like I said, we'll manage that in a way that we think it will be largely revenue neutral, but it will have some notable effect on Payers in the beginning part of the year, for sure.

### Operator

The next question comes from Mario Lu of Barclays.

### X. Lu *Barclays Bank PLC, Research Division - Research Analyst*

I was hoping if you could elaborate on what dating in the metaverse looks like and within the smartphone, in particular? So just wondering, is it features like Hinge's Voice Prompt, or more live video chats.

And similarly, what inning would you consider technological advances that have been made within the phone with regards to dating?

### Sharmistha Dubey *Match Group, Inc. - CEO & Director*

Yes. I can take a shot at that. So, you're right. Right now, we're focused on the metaverse as it relates to the experience on the smartphone and not any other hardware-enabled experiences. So that's to clarify.

Now the technology that is relevant to our world is the one that allows us to create experiences online where people can meet each other, discover each other more serendipitously and real time through shared experiences in a way that is more akin to how they would do in real life versus the profile-sorting experience that exists today. And so that sort of what metaverse allows us to do and why we think that's relevant in our world.

Imagine sort of a virtual club in the app where your digital self can walk around, check out live, different rooms. They meet others listening to the same music. You can strike up a conversation with someone. You can tap and check out their full profile. You can like them, message them later. And so that's sort of how we envision the metaverse experience leading to the dating context and the dating experience in our app.

Now in terms of the types of underlying technology that's needed to enable these experiences, this is what the Hyperconnect team has been innovating on, right? Beyond just the real-time live, low-latency video, audio technology that they have, there are additional technology elements, everything from what's -- the pieces of the virtual human technology, the virtual world technology, also live audio and video connection based on location -- connections that are based on locations on a map, for instance, and so on. So that hopefully gives you some clarity on how we're thinking about the metaverse world.

### Operator

Our last question will come from Cory Carpenter of JP Morgan.

### Cory Alan Carpenter *JPMorgan Chase & Co, Research Division - Analyst*

I just want to circle back to Hyperconnect. Could you talk a bit more about what drove the stability in December across the Azar and Hakuna apps? And just how you're thinking about the sustainability of that through 2022?

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. I mean, I think on their performance, like we said, it did get better in December, certainly an improvement versus October and November despite the fact that we saw some real FX headwinds there. So some of that was rolling out a few things that started to show some traction, live streaming on Azar being one.

And as I've said, we're focusing more on some of the Asian markets where we're seeing better performance. Despite COVID, I think the Asian markets, Korea, Japan, have been better for Hyperconnect than some of the Middle Eastern markets. So we're adjusting focus. We're helping them on a few fronts, and that seems to be starting to pay off, both on the marketing side as well as on the product side. And we've had teams focused on this now for a little while. And so we're seeing improvement. And they've innovated with some new product features that seem to be working. So that's giving us some optimism going into 2022, more work to do.

Right now, where -- our outlook is still is for a relatively flat performance in Q1 and Q2 on the Hyperconnect side. And we think as these initiatives and more to come start to bear fruit, we'll start to see a reacceleration of growth into Q3 and Q4 in the back half of the year. And that, of course, doesn't include all the great stuff they're doing for us across the portfolio, which is meaningful as well.

So we feel great about how Hyperconnect's going. And we know there's more work to do, and we're very focused on it at this point.

I think that that's it, given that we're getting close to the bottom of the hour. So really appreciate everybody joining for this call. I hope everyone stays well and safe out there. And we look forward to talking to you in the warm spring months in May, where we'll be looking forward to a great summer. Thanks very much.

**Operator**

The conference has now concluded. Thank you for attending today's presentation, and you may now disconnect.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



# EXHIBIT D

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
## Match Group Inc at Cowen Technology, Media & Telecom Conference

EVENT DATE/TIME: JUNE 01, 2022 / 1:40PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is
prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its
affiliated companies.

REFINITIV

**CORPORATE PARTICIPANTS**

**Gary Swidler** *Match Group, Inc. - COO & CFO*

**CONFERENCE CALL PARTICIPANTS**

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

**PRESENTATION**

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Okay. Good morning. I'm John Blackledge, Internet analyst at Cowen. We're happy to have Gary Swidler, COO and CFO of Match Group. It's good to see you in person.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Great to see you, John.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Try this on in person now. Okay. Good.

**QUESTIONS AND ANSWERS**

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Maybe we'll kick it off kind of high level on -- in the 1Q shareholder letter, you guys said business isn't totally back given the variants and spikes in cases. So just to level set for the guide for 2Q and for the full year. It's kind of post-Omicron but not prepandemic kind of environment. And then just curious what the spike in cases in the U.S. -- have you noticed anything in the last couple of months?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. I would say, in general, I think that's kind of where we are, where the world is, where socializing is. It's not prepandemic levels, but it's kind of slowly ticking in the right direction. And that's kind of what I see in our business as well. It's kind of a chugging along gradual recovery and improvement probably around pre-Omicron kind of levels. Clearly, every wave that's happening is having less effect on the business. So we didn't see much effect from Omicron. And in some places like in New York, I think there's a bit of a spike now. We're not really seeing any of that.

So I think we're starting to get to the point where it's just something that people are living with. Even in markets like Japan for us, which have been really impacted by all the shutdowns that they had done, we've seen a bounce back there that's been pretty nice and kind of more of a return to the new normal. And I think the new normal will gradually improve. It's not back to kind of prepandemic levels and probably take more time to get all the way back to prepandemic levels.

I think one of the things we'll have trouble with is contracting, let's say, to travel, which has really kind of bounced. I think travel really kind of went down significantly in the pandemic. It's bounced back now because a lot of people want to go to Europe and go different places to travel this summer. So obviously, bookings and things have been very healthy. There, you're seeing like a spring bounce back. I don't think we're seeing that, but we're seeing this sort of gradual chug along improvement, I would say.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Okay. That makes sense. And then you mentioned Japan, and in the shareholder letter, there is a great chart in there that showed kind of April, just with the cases kind of coming down, lockdowns easing, the April new user growth just really spiked up. And just curious. It's a really big market for you guys, if that, in fact, will continue or...

**Gary Swidler** *Match Group, Inc. - COO & CFO*

It has been continuing, actually. I looked at some numbers yesterday on this. And we have got -- they had this Golden Week holiday in the early part of May. We've gotten a really nice balance that's continued through the holiday period for them.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

And our strategy there, I think, is working. The natural momentum post lockdowns and as that market recovers is definitely helping us. And then we're spending marketing dollars and have some big ad campaigns running into that reopening, and that's kind of juicing it up even further. So I think that strategy has really worked out nicely, and we'll continue to employ it.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Okay. Good. Maybe we'll pivot to the App Store fee kind of update. Maybe just high level, if you can just talk about puts and takes of kind of where we are kind of in the U.S. and then -- and globally, and then we'll kind of get maybe into the play.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. So I think it's important to sort of set the context, as you say. If you go back a few years ago, there was no legislative efforts anywhere to regulate App Stores and App Store fees. It wasn't a thing that was on anybody's radar screen. And then South Korea was kind of the first one that came out with a law and basically said it's not fair for the App Stores to require mandatory use of their payment systems then get the 30%, right?

If you use your own payment system, you pay 2.5%, 3%, and they should be able to mandate that. They're only able to do that because you've got these 2 monopolies that you don't have any other choice. And so if they say, "It's 30%. Use our system," there's nowhere else to go, right, for a company in our shoes at least.

And I think Apple and Google kind of blew off South Korea. They basically said, we don't want to have like a separate policy for South Korea than we do for the rest of the world, and they kind of ignored it. And I think that did not make the South Koreans very happy, but they've been kind of going back and forth.

Then the Netherlands came out with a similar view. And I think the view was, okay, the Netherlands, small country in Europe, we can kind of also continue to ignore that. And I think that really got the rest of the EU angry because they basically said, "Okay, well, if the laws are going to get flouted here, we're going to have to strengthen the laws."

And as you probably remember from GDPR, the privacy regulations, the Europeans are pretty bold on this stuff. They take it seriously. They want to lead the way, and they're pretty bold. And so Margrethe Vestager and others who are involved in GDPR basically came up with the DMA, the Digital Markets Act, to apply to the European Union as a whole, which is almost 500 million people, and basically pass that law for the entire EU to say, "We're not going to allow mandatory requirement of IAP, and we're not going to allow discriminatory fees in the App Store."

So for example, we think it's discriminatory to say Match Group, which matches 2 people for dating, is a digital service that should pay 30%. But Uber, which matches a driver and a passenger, that's not a digital service, that shouldn't pay 30%. That feels discriminatory. There's no clear line. When there was a U.S. Senate hearing on the topic, one of the senators basically said, "That feels completely arbitrary to me. I don't understand that distinction at all," and neither do we.

And more importantly, not only do they pass the DMA, but Vestager basically says, "We saw what you were doing in the Netherlands and kind of flouting your nose at the laws. You can't do that anymore. We're going to make sure they're tight, and the penalties are severe." And I think that was really the game changer. So it was kind of South Korea to the Netherlands, but then the EU basically kind of changed the game.

And now I think where you are is Apple and Google recognize that the EU has passed this law. They're going to have to have a new policy for the App Store. They're going to have to make adjustments. It's going to be time in early 2023 to basically revamp their App Store policies, and it's going to have comply with the rules that say no mandatory IAP and no discriminatory fees. So that's coming.

Now the U.S. is basically trying to figure out, should we pass something or should we not? And I won't get into kind of the dynamics between Republicans and Democrats here. but there's some question whether kind of Congress can get their act together to pass the Open App Markets Act or not, which is similar to the DMA. But I think regardless of whether the U.S. acts or not, the DMA was already

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

the game changer. And so change is coming in the App Store landscape, which is great. It's great for consumers. It's fair. We're very happy about that.

The thing that we sort of didn't anticipate was Google had announced that they were going to require mandatory use of IAP effective April 1. And with all this legislative change, it seemed to us, it seemed to me, in particular, that they wouldn't go ahead and enforce that change as of April 1 because they know that sometime next year, they're going to have to reverse course. What we didn't fully anticipate was the notion of kind of a land grab to say, "Let us get as many customers using our payment system. It'll be hard for those customers to go back and use Match Group or the developers in that payment system in 12 months."

And so they implemented the policy. And we thought that was completely unjustified because not only does it really interfere with the relationship with the consumer and make it much more difficult for the consumer, but it creates a lot of work for us. We've got to comply with their policy, and then we've got to comply with the new policy next year. It's a tremendous waste of engineering and other resources. And it distracts from our work on our product road map, and we didn't want to do it.

And so we weren't -- we tried to reason with them. We had all these discussions with them. We couldn't get to a place where everyone agreed on what to do. We basically already don't have mandatory IAP in a number of our apps, and we basically said, "Just let us keep the status quo for 12 more months until you know change is coming," and they didn't agree with that. And so we basically filed a lawsuit against them, basically saying their behavior is anticompetitive and illegal.

And the judge looked at that and basically said, "I agree. There's real questions here as to whether what they're doing is proper." And we asked them to restrain Google from implementing the policy on April -- on June 1, really or on April 1, let's say, because it was going to be enforced as of June 1. And so the judge said, "Look, I don't really want to decide whether it should be restrained or not. You guys work it out if you can. If not, I will decide."

And so we were able to work out with a little pressure from the existence of the restraining order request. We were able to work out with Google basically the status quo. So we don't have to put in the mandatory IAP. And they basically said, "Okay, but if the judge sides with us in the trial in 2023, you're going to pay us." And we said, "Okay. Fine. We'll put the money in escrow. I mean I think we're good for it, but we'll put the money in escrow, and it'll sit there. And if the judge says you are entitled to, you'll get it. And if not, we'll take the money back."

And we've basically agreed to that, although we're still working out some details. And we think we're going to likely prevail in the trial next year. And it's not just us against them. You've got 37 states attorneys general alleging that what they're doing is unfair. You've got the Department of Justice alleging that. You've got Epic Games, another developer, doing the same thing.

So there's a number of lawsuits that are all consolidated into one with a federal judge in California who's going to look at this. My guess is you'll see legislative change and change in their policies before that ever gets the trial. But if not, I think the trial will be the mechanism to force much more fairness in the system, which will be great for consumers and great for developers.

And I don't think the U.S. wants to get left behind. Europe is clearly going in a direction, and this is a global marketplace. I don't think the U.S. wants to have a different policy. So we'll see how this all plays out, but my sense is change is coming, and change is coming in 2023 to the App Store ecosystem. And so this is a little bit of gymnastics between now and then, but we're going to see a significant change, which will be helpful from a margin perspective for us over time as well.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

No, it's huge. I mean the -- your -- the business model for the company is incredible with these -- even with these kind of huge fees, and then there should be relief. So that will be good. And...

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Well, it's not just that, right? It's -- when you pay a 30% tax, right, the consumer is essentially bearing that, right? And so if that comes down, the consumer will be more profitable over time for us because we won't be paying 30% of what they pay to Google and Apple,

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

which means we can market more, which means we can attract more customers.

And so it really does affect the whole ecosystem of our business, which will be very exciting, and we think we can pass some of the savings on to consumers as well. So it'll be good for consumers. It'll be good for the ecosystem, and we're looking forward to it.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

And the one question we're getting from investors is you guys are putting, I think, $40 million in escrow, I think, up until maybe next April, but then you guys had kind of guided to $6 million a month starting in June. So there's a little -- there's a difference in the numbers.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

I'll do the math for you. $42 million would have been the cost for the full year, and we agreed to escrow $40 million between now and the trial, which we're estimating is going to be sometime April or the way trials go off and they get delayed. I mean this is until the trial or final disposition.

So my guess is it'll sort of be ratable over that 12-plus month period as opposed to the $6 million a month that we had said for the rest of the year. So there'll be some small savings for us over the course of the next few months.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Okay. Okay. That's helpful. And Apple has been holding the line.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

So I guess next year, it will be interesting to see.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. I think that Apple is just holding on for as long as they can, which my guess is it's 2023 will be the end of when they can hold on for. So they never allowed you to use another payment system unlike Google, which was allowing it and then decided to change their mind.

Apple has always had that very strict policy. So my guess is they'll hold their policy until sometime next year, and then they'll have to revamp as well. So you're going to see relief at both Apple and Google ultimately.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

And not that I've seen it, but have -- I don't know you guys have seen or heard anything on the EU side about potential what the rate may go to.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Look, I don't know that they're going to legislate that. I think they're going to allow there to be a way around the payment system, so you can use your own payment system. And then it's this nondiscriminatory kind of requirement that's going to be the lever on which people have to look and say, "Okay, what does that mean?"

And it could mean that everybody has to pay something in the App Store as opposed to some significant majority of apps who don't pay anything and a small minority who pay a lot. And so we'll see how that ends up playing out. I don't know yet what they're going to do. It's going to be interesting to watch for sure.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Okay. No, that's super helpful update. Maybe we could pivot over to Tinder. You mentioned, I think, on the call, a strong kind of product road map on the back half of the year. Just curious if you can just talk about the pipeline for product at Tinder as we kind of get through the year.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Sure. I mean I think it kind of goes in a few buckets. One is kind of women-oriented monetization features, which is something that Tinder really hasn't focused on. We've always known there's an opportunity there. We have predominantly male payers at Tinder, so we think there's room to monetize females as well. The trick is, what will women find valuable on Tinder?

And I think what we believe is the case is some more control over their experience, the ability to have more high-quality matches, more matches of the type that they want as opposed to more quantity of matches. And so we've been testing some different features that are aimed at that goal, and we're going to put them into a package, which will be a subscription package targeted at women sometime in the second half. And so that's one large initiative.

The second large initiative continues to be around Explore, which is kind of the new experience around Tinder, which allows you to find people that have kind of common interest or a background that you're looking for. It also allows you to see people in a different context as opposed to just swiping through cards and seeing them once and deciding yes or no. You can see them as, oh, I went to UCLA. You went to UCLA. You like dogs. I like dogs. Whatever it might be, and you have some common interest. And so you can see them in that context, which is more the way you meet people in real life.

You meet -- you might see somebody in a bar or somewhere, and you see them for a couple of minutes. You make a decision yes or no, then you might see them at a party 3 weeks later, you get another shot to decide, maybe you talk to them and see if you're interested in them. Tinder hasn't really allowed that second part, right? It's been here they are, yes or no. And that's not really the way things go in real life.

And so Explore gives you another opportunity to get to know somebody. And we think there's interesting things we can do in Explore that we're just starting to scratch the surface on. And then I think the virtual gifting economy there will be very interesting. We're still building that out. It really is not a 2022 revenue item. It's really a 2023 and beyond revenue item.

But building out coins, enabling an ecosystem where if you want to gather somebody's attention, right now, you can send them a Super Like, which has been a great feature on Tinder, an a la carte feature, but we think that could be a lot more interesting with different types of virtual goods and virtual goods kind of going back and forth.

And we've seen the power of the virtual goods ecosystem in our Plenty of Fish business where in live streaming, people are sending bigger and bigger gifts. It taps into the whale phenomenon. Someone wants to go spend thousands of dollars standing out, in Plenty of Fish LIVE! streaming, they can do that. If somebody wants to spend a lot of money on Tinder standing out, it's really hard to do it. So we don't really capture heavy users, heavy spenders on Tinder.

The virtual goods ecosystem ultimately should allow that, which we think should be really interesting. So we're building that. We'll test it, refine it, and it will really be an impactor for next year and beyond. But that's an exciting thing that's happening at Tinder on the product side that is not sort of very near term, but I think will be a significant impact there.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

That's great. And then maybe we'll move on to Hinge, which was a really great acquisition by the company. And you're monetizing it, and you've been pretty bullish publicly about the prospects over the next several years.

Could you just talk about how the monetization is going on the platform? Maybe we'll start there and then -- and maybe layer in kind of the non-English-speaking market expansion.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. Look, I think that Hinge has been, as you say, a great acquisition. The combination of their really interesting product -- the other 2 big competitors, Tinder and Bumble, competitors to Hinge, kind of have the same experience. It's been a swipe experience historically. And now Hinge has introduced a different product aimed at more serious people.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

It takes more work to get into the app. It's more substantive. It scrolls up and down as opposed to swiping. It's more targeted at kind of the Instagram generation, and I think people really enjoy using the product. So to me, that's the first thing is that it's a differentiated product that people really like. And it's very closely aligned with their focus on seriously intentioned millennials.

And you don't have to take my word for it. I mean if you look at the organic traction that Hinge has around the world, even in markets where we haven't done anything, a market like India, for example, we haven't done anything with Hinge. Yet because it's an English-speaking market, hinge has really caught on in that market. And so we're really happy with the organic traction that Hinge has in a number of markets.

You probably remember a couple of years ago, Hinge was really big in New York, it was big in L.A. And now it has filled in the map in the rest of the U.S. And in English-speaking markets. It's the #1 most downloaded app in the U.K., in Australia. So there's real traction there. And the open playing field for Hinge is vast because the rest of the world, the non-English-speaking markets, it doesn't have any noticeable presence in other than some modest organic traction.

And so what we're doing is we're spending time at the beginning of 2022 starting to translate the product and starting to localize the products. So if we have questions or things like that, we want them to have relevance in the market that they're in, so the questions in Germany might be different than the question in the U.S., for example. And we've done that now in the first market, which is Germany. It's launched, and we're supplementing that in June with some marketing spend, and we'll try to really get the flywheel going in Germany.

And we'll then deploy the same strategy in a couple of other languages in Europe in the second half of the year, and we'll kind of roll through Europe and then ultimately kind of roll through Asia. We have a good sense of how to do this because we've done it with Tinder. We've got people on the ground in these markets, and ultimately, as I mentioned, I think India could be really interesting for Hinge. It's a more serious relationship market. It plays well to Hinge's strengths.

Japan, which you also mentioned, is an important market for us. We've got a big presence there. I think Hinge makes sense there over time. Korea, with the Hyperconnect team on the ground, I think we can really benefit from that as well. So we've got a pretty clear road map for where Hinge should go, and we will kind of follow that around the world.

And I think Hinge can grow significantly from where it is now, on track to be kind of the $300 million revenue business this year. It should be much bigger over the next 2 or 3 years as we roll internationally and continue to fill in the English-speaking markets as well.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Super helpful. Yes. That makes sense. And like you said, you have the track record with Tinder. And I'm sure it'll go well. And then Match has a new CEO. I think he started yesterday.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

He did. Yes.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Can you talk about kind of -- just color on what we should expect from him, his experience and how that may translate to Match's brands.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Look, I think that the company, in general, has a pretty clearly articulated strategy. We know where we're going. We know what we want to do. And I'm not expecting a sea change from him. It's not like the company needs a new direction or have struggled or anything like that. It's performed really, really well.

And so he's coming in with some fresh perspective, good experience on the monetization side, good experience kind of following tech trends generally. And I think he'll kind of take a fresh look at everything and I'm sure have some really interesting thoughts and

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

perspectives, which we should deploy.

It's too early to say exactly what that is. We spent some time yesterday going through things. I'm flying to L.A. We're going to meet a bunch of us next few days to go over Tinder and how it's doing and where we want to go. He's got some good international experience, which I think will be helpful as well.

So I think it will be more along the lines of what we've been doing, but we'll try to amp some of it up, and we'll see where that takes us. So I'm not expecting kind of radical changes at all, but more just some specific spots where he may have some different views or some ways to advance the ball for us, and we're looking forward to his perspectives.

We're doing a big world tour over the next month, and so I think we'll have a good update on the earnings call in August after he spends 60 days getting to know the business and thinking through where he wants to take it, and we'll likely provide some good color on that call about kind of what we see, if anything, kind of changing or what his perspectives are in the business.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Okay. No, that makes sense. We'll look forward to that. And you mentioned the world tour, and then you guys bought Hyperconnect. And can you just talk about how the business is doing? I think one of the rationales for it was maybe porting some of their technology to the other brands. And if you can give an update there on the video side. Yes.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. I think -- look, Hyperconnect, we think the team is great, very innovative, very fast-moving. They try a lot of stuff. Some work, some doesn't, but they kind of keep iterating. They've got this very interesting metaverse work that's going on now. And so they're going to keep trying different things. That's kind of their DNA, and we want to encourage them to do that.

They've got great video technology, great audio chat and video chat technology, and we've been leveraging that. We've got it now in the Match app, in the Meetic app, in the Pairs app. And we're looking at it in other places as well across our portfolio. And the interaction between our apps and the Hyperconnect team to build video chat, to build audio chat has been really, really good.

The feedback has been great. It's been super productive, very quick-moving, responsive to changes and improvements. And so the leveraging of their capabilities around video and audio has really gone well, and their kind of look into the future with different technologies like related to metaverse has also gone really well.

What has been a bit tougher out of the gate has been their performance of their Azar app and, to some extent, the Hakuna app, but mostly the Azar app. And I think that's a combination of a few things. Some of it is COVID-related. Some of the markets had a tougher time. Some of it is ATT-related. We at Match Group were pretty good at responding to the Apple changes. They were a little slower, I think, and kind of weren't as well equipped.

And so that hurt them in the early going. We've sent a team in there to help them, and I think they're in a good spot now as it relates to some of those changes, but it took them a little while to adjust. And some of it is just competition and adjustments to the product that they had to make in response to a changing market environment. You can't -- you've got to constantly adapt and change in the market we operate in.

So we've had people on the ground there now for a while. We've had teams kind of going in and out and helping them. They've been super receptive to the changes and the input and the suggestions. And I think things are really going well now. So I think the business has definitely stabilized. It's actually started to improve, even, in Q2. And our outlook for Q3 and Q4 is brighter. They've got work to do and initiatives to put in place.

BK -- Bernard and I are going there with some of the team in a couple of weeks. We're going to go through the business and spend more time on the back half of the year plan and kind of what happens beyond. And I think there's lots of opportunity. So I think it was not as easy out of the gate as we would have liked, but I think we've got it in a good place now. We're using some of their technology across our

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

portfolio, and there's much more to come.

So if you take a slightly long-term lens on that, I think that acquisition will prove to have been a good one, and there's lots we can do with it. I think it just -- it's an evolving and improving story, and I'm very optimistic still that we'll get to where we want to be with it.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

That makes sense. And so maybe let's stick on kind of non-Tinder, non-Hinge. Any other brands that you would maybe call out as kind of you're excited about or kind of, like you said, you ported some of the technology from Hyperconnect into Match, Meetic and Pairs? Just the non-Tinder, non-Hinge, ex Hyperconnect. Any color?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. So I think there's kind of 2 things that I would point out. One is in that bucket that you're referring to, we've got our Pairs business in Japan. That business has had a tough time over the last 9 months or so because there's been 5 states of emergency in Japan or lockdowns. So imagine in the U.S. market, if we had 5 lockdowns, where people's minds would be at? And I think that kind of froze Japanese society.

And now it's been released, and they're sort of kind of getting back to some level of normal. And that's why we're seeing a real turn in the trajectory of our business. So it got beaten down pretty good, but now it's really coming back nicely as we talked about at the beginning. And that's an important contributor to our business.

The Pairs business should be one that grows very solid double digits, and we have not seen that for the last while. And so I'm optimistic that at least on a kind of constant currency basis, that business will return to some nice growth over the coming quarters. So that's one component of it.

The other component in that bucket that I think is worth calling out is the marketing environment. Match and Meetic, in particular, which are still sizable businesses for us, are heavily dependent on marketing spend. And the marketing environment has been made tougher by the Apple changes for sure, right? Facebook marketing, for example, has been much less effective.

And so we've been forced to find other channels and kind of revamp our marketing spend in light of the Apple changes. We've done a good job reacting, but it still has some negative impact. And the marketing environment generally in kind of the I'll call it the post-COVID period, right, there was that initial like no one was marketing, if you remember. There was no travel. There was no car sales or none of that. And that has come back in a significant way.

And with the economy strong, the marketing environment has been what I would describe is pretty frothy. It's been expensive. And we just haven't been able to spend in those businesses the way we wanted to spend because the ROIs weren't there, and we've chosen to stay ROI discipline and not chase things.

And so with that hurdle in mind, that has affected user and subscriber growth to some extent in the Match and Meetic type of businesses, the more established brands, as we call them. And I'm hoping now, although I'm not rooting for a real downturn, I'm hoping that as the economy cools a little bit, we'll start to see a little bit more normalcy return to the marketing environment, which will help those legacy brands because we'll be able to hit our hurdles with more spend.

So that's kind of the environment I'm rooting for, a little bit of a cooler marketing spend environment. We'll see if we get it. But it feels like we're on the cusp of that. I'm optimistic that the back half of the year, we might see that, certainly into 2023, and I think that will give us some tailwinds in those businesses.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Yes. That makes sense. Yes. Yes. Because we just talking with investors, it's like if we head into a recession, companies that I cover, it's like, well, obviously, Match and Netflix and some are -- we would think would be more resistant to the recession than obviously in advertising, which is tied to the macro. And so that's a good point.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Look, I think the business was very recession-proof in 2008. It actually saw a bit of a boom in 2008 in the middle of the great financial crisis because people had a little more time on their hands, they want to go out and meet people. And for most people, $16 a month is still affordable even if things are bad, and that's not spend they're going to cut if they can go and meet people and still be happy.

And so I'm not expecting that we're going to see a significant impact from a downturn on our business. And in fact, in the marketing environment, for example, it might actually give us a bit of a tailwind. So I think our business should be fairly recession-proof. We'll see. Every recession is a little different, but we'll see how it goes. But I would bet on us through a recession, and I think there should be some tailwinds to us on the cost side, not only on the marketing side, but also on the labor side.

It's been really expensive to retain people, to hire people over the last 12 months. And I think you will see some cooling, and that should help us. You've seen a number of our competitors implement hiring freezes and really talk down their hiring expectations. So if even in the kind of the companies you probably cover, you see some talking about a downturn in the advertising market already, right, you've seen some of that kind of flow through. You've seen a lot of announcements, whether it's Uber or Lyft, Facebook, Twitter, announcing hiring freezes or changes to their hiring plans.

And so those things should help us on the cost side, I think, in the back half of the year, if not in the first part of 2023. And so we haven't had that environment for a while, and some return to a bit more of a kind of goldilocks environment, if we can get there, would be really helpful.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Yes. That's great. I think we're out of time. Great to see you. Thanks so much.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Thanks, John, for having us. Appreciate it.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

Appreciate it.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



EXHIBIT E



# Letter to Shareholders

Q2 2022 | August 2, 2022

# Second Quarter 2022 Financial Highlights

» **Total Revenue** grew 12% over the prior year quarter to $795 million (19% growth on a foreign exchange ("FX") neutral basis).

» **Operating Loss** of $10 million driven by a $217 million impairment of intangibles relating to the Hyperconnect acquisition.

» **Adjusted Operating Income** was $286 million, an increase of 9% over the prior year quarter, representing an Adjusted Operating Income Margin of 36%.

» **Payers** increased 10% to 16.4 million, up from 15.0 million in the prior year quarter.

» **RPP** increased 3% over the prior year quarter to $15.86.

» **Tinder** Direct Revenue grew 13% over the prior year quarter driven by 14% Payers growth to 10.9 million partially offset by a RPP decline of 1%.

» **All Other Brands** collectively grew Direct Revenue 12% year-over-year, driven by 10% RPP growth and 2% Payers growth to 5.5 million.

» Year-to-date 2022 **Operating Cash Flow and Free Cash Flow** were $20 million and negative $7 million, respectively, driven by the $441 million payment related to the previously disclosed Tinder litigation settlement.



See reconciliations of GAAP to non-GAAP measures starting on page 23.
1. Q2'22 operating loss includes a $217 million impairment of intangibles relating to the Hyperconnect acquisition.

2

# *Dear Shareholders,*

The second quarter of 2022 was an exciting one for Match Group. We've spent the past two months visiting our offices in LA, New York, Vancouver, Dallas, Seoul and Paris to connect in person with teams across the organization. Our goal was to meet with as many employees as possible and hear directly from them about how recent business trends and our brands' strategic plans position Match Group to deliver on our mission to make meaningful connections through our portfolio of brands. We all learned a lot from these conversations and look forward to leveraging these insights as we drive the business forward.

With the addition of BK's fresh perspectives to the management team, we've decided to take a different approach to the content and structure of this letter. We wanted to introduce BK's key leadership philosophies, share some findings from his first two months in the role and highlight the steps he's already taken to help navigate the business through the challenging operating environment. As we continue to refine our longer-term strategy for the business, we look forward to keeping you updated on these plans in the coming months.

While there is work to be done, we're confident that the future is bright for Match Group. It is clear that we have an experienced global team and a fantastic business, and we're excited about our growth opportunities ahead. We're optimistic that we'll unlock further growth and extend our winning track record for many years to come.

*Sincerely,*


**Bernard Kim ("BK")**
Chief Executive Officer

**Gary Swidler**
Chief Operating Officer
& Chief Financial Officer

# *Observations from BK (62 Days In)*

It's certainly been an invigorating last few weeks, learning as much as possible from each office visit, seeing just how much talent we have around the world and reveling at the overall joy that results when our users make meaningful connections – which is truly the reason why we are all here.

After many years in various management roles in the technology sector, I've developed several leadership tenets that I believe are key to driving success: be authentic, lead with conviction, bet on people, be collaborative but decisive and push to win!

Since I joined the company, Gary, the rest of the management team and I have had deep and honest discussions around the opportunities and challenges for the business. It's been great to see that we are closely aligned on what's working, what requires change and what we can do to best capitalize on our opportunities. And importantly, we share the same conviction that there are significant opportunities ahead for Match Group.

Our goal is to inspire our brands to optimize everything we do and build the best teams internally to deliver the finest services externally. The team and I are moving forward with a greater sense of urgency to execute against our strategic objectives, while having fun and delivering on our mission.

I'm still settling into my role, but I wanted to share some initial thoughts and ideas on our business. These are not my full plans as I'll need a few more months to build our longer-term strategy, but I think they illustrate the direction in which we're headed to ensure a bright future for this company.

## ① PEOPLE AND CULTURE

Match Group is rare in that *each* of our brands has a unique culture and key talent. One of my underlying leadership tenets is to bet on people, and I think there's a huge opportunity to increase collaboration across our portfolio, learn more from one another and truly unite the team to accelerate our growth. I intend to challenge our teams to work in new ways and leverage our cross-portfolio knowledge to strengthen outcomes across the business.



The mission of this company – making meaningful connections – is so powerful, and each of our



brands brings this to life in a different way. It serves as a key differentiator for us and is a critical part of what has made us so successful. Looking ahead, we're focused on continuing to support this mission and put the user at the center of everything we do.

I've also been impressed with all the great CSR work we've done, as summarized in our Annual Impact Report. I intend to continue to invest in these areas, and particularly when it comes to making our communities safer. As we move forward, rest assured that Match Group remains committed to leading in the safety and well-being of our users.

## ② MARKET OPPORTUNITY

It's apparent that there's significant runway remaining for our businesses in all of our markets. More than half of singles in developed markets such as the U.S. and Western Europe have yet to try dating apps. In APAC and other parts of the world, an even larger percentage of people have yet to try them and, even though cultural barriers and stigma are higher, these regions present an enormous opportunity for growth. While we can grow our user base globally, we also can expand the portion of our user base which pays for our products, which today is just above 15%. I've spent my career driving à la carte



**Dating Product Usage in 2021[2]**

*% of adult singles that have tried a dating product*

| North America | Europe | LATAM | MENA | APAC | Africa |
|---|---|---|---|---|---|
| 43% | 43% | 39% | 26% | 18% | 10% |

monetization in free-to-play gaming, and I'm excited to bring those learnings and expertise to our brands to drive more value. I'm confident that there is significant opportunity in this area for Match Group, including the ability to more fully monetize power users.

Although the overall market opportunity remains substantial, the current environment is presenting some unique trends related to consumer behavior. While people have generally moved past lockdowns and entered a more normal way of life, their willingness to try online dating products for the first time hasn't yet returned to pre-pandemic levels. We are still seeing higher engagement from pre-existing users compared to before the pandemic. In order to see new user growth return to pre-pandemic levels, I will be challenging the teams to make bigger strides in product innovation to drive more first-time adoption of our products. This will include incorporating innovative dating features such as live streaming video and "alibi" dating products to capture a larger pool of users.

The largest untapped market opportunity for us is in APAC, and we expanded our presence there with the acquisition of Hyperconnect®. I met with the team in Seoul in June and found them to be passionate and innovative technologists who move quickly and are very willing

2. Match 2021 surveys and research. Percent of respondents that have ever used a dating app or site (single, and not in a relationship), excluding China.

 MatchGroup

to try new things. There's no question that buying Hyperconnect while the world was shut down due to COVID slowed integration and our ability to work together to drive their growth. The Azar® app, which is the larger service, has begun to show some improvement via the introduction of new features, and we have begun to turn more attention to the Hakuna® app as well. I'm optimistic that together with the team we can return Hyperconnect to reasonable levels of growth, despite what is clearly a tougher and more competitive market for video than before or even during the pandemic.

I'm also impressed by the work Hyperconnect has done to integrate their audio and video technologies into other Match Group brands, including at Meetic®, Match® and Pairs™. By leveraging Hyperconnect technologies, we're able to achieve cost efficiency, better customization and faster time to market, and I believe there is much more we can do on this front. I'm looking forward to collaborating with the Hyperconnect team, generating deeper synergies and implementing their technologies further and faster across Match Group's brands.



**Meetic Leveraging Hyperconnect Tech for Blind Date Party**

I believe a metaverse dating experience is important to capture the next generation of users, and Hyperconnect has been innovating in this area. However, given uncertainty about the ultimate contours of the metaverse and what will or won't work, as well as the more challenging operating environment, I've instructed the Hyperconnect team to iterate but not invest heavily in metaverse at this time. We'll continue to evaluate this space carefully, and we will consider moving forward at the appropriate time when we have more clarity on the overall opportunity and feel we have a service that is well-positioned to succeed.

## 3 TINDER TEAM AND PRODUCT

After launching 10 years ago, the Tinder® brand and the patented Swipe® feature remain iconic on a global basis, and there is incredible runway for this business in all of its markets. Over these past few quarters, Tinder has continued to iterate on Explore™, including the launch of Music Mode™ and Blind Date, and we continue to believe there is much more opportunity for leveraging Explore. However, over that same period, we have not been able to realize the monetization successes that we typically deliver. Tinder's current revenue growth expectations for the second half of the year are below our original expectations as a result of disappointing execution on several optimizations and new product initiatives. I believe Tinder's overall product execution and velocity can be improved and that we need to do more to excite our user base to drive top of funnel growth.

 MatchGroup

Today we're announcing the departure of Tinder CEO Renate Nyborg, and I have made some changes to the management team and structure that I am confident will help deliver Tinder's full potential. While we search for a permanent Tinder CEO, I will oversee a newly formed team of executives who will manage day-to-day operations and will ensure the Tinder organization is well coordinated, ships great new features at increased velocity and delivers on Tinder's promise. I'll be fully embedded within the team at our main Tinder office in LA to oversee business progress until the search is complete.

The leaders I've put in place at Tinder are all executives that have either been extremely successful within Match Group or that I've known for many years. I've been impressed by how this group has been working together already and am confident that they will drive growth through innovation and service enhancements across the board. The team includes:

- *Faye Iosotaluno*, Tinder's Chief Operating Officer. Formerly Match Group's Chief Strategy Officer, Faye will work to ensure better coordination and execution across Tinder's operations.

- *Mark van Ryswyk*, Tinder's Chief Product Officer. Mark is an experienced gaming executive and product and team leader who I've known for more than 15 years and joined the company in early June.

- *Melissa Hobley*, Tinder's Chief Marketing Officer. Melissa was formerly OkCupid's CMO and will help drive top of funnel expansion and enhance brand perception. Melissa was on the 2022 Forbes List of the world's most entrepreneurial CMOs.

- *Tom Jacques*, Tinder's Chief Technology Officer. Tom has worked in engineering at Match Group for more than 11 years and has been Tinder's CTO for the last 5 years.

I've also asked *Amarnath Thombre*, CEO of Match Group Americas, to advise Faye, Mark, Melissa and Tom on Tinder product roadmap and growth drivers. Amarnath has more than 15 years' experience across Match Group. He was heavily involved in Tinder's key successes, especially in designing high impact monetization features such as the Boost® feature and Tinder Gold subscription, and more recently has overseen the phenomenal success of Hinge® following our acquisition.

In the near-term, the Tinder product roadmap remains focused on some of the key initiatives we previously laid out including to better serve our female users. To that end, we'll be rolling out a new subscription package based on curated recommendations that we believe will appeal particularly to women. We also plan to introduce several features to get users' friends more involved, such as a new patented Swipe Party™ feature, increasing the utility of Tinder and expanding its TAM. Additionally, we intend to introduce a shorter-term subscription package, which we think will appeal to newer Tinder users and drive incremental revenue.

**Tinder Swipe Party**



After seeing mixed results from testing Tinder Coins, we've decided to take a step back and re-examine that initiative so that it can more effectively contribute to Tinder's revenue. We also intend to do more thinking about virtual goods to ensure that they can be a real driver for Tinder's next leg of growth and help us unlock the untapped power users on the platform. I'm confident that in the second half of 2022 the re-prioritization of the product roadmap, the new team and the gaming experience Mark and I bring will enable Tinder to make meaningful product progress and position it to achieve growth rates in 2023 and beyond that are more consistent with our aspirations.

## 4 HINGE

I've been really impressed with the Hinge team, their culture and the differentiated platform they've built, which serves intentioned daters so well. The team has relentlessly innovated, keeping the service fresh and engaging, and I'm confident that's going to enable them to continue pulling ahead of the competition.

The team prides itself on living up to their brand promise of "Designed to be Deleted®." They want users to try the app, match, go on great dates and then delete the app. That's how the product is structured, and it's been a very successful formula. There's no doubt Hinge is a particularly bright spot in our portfolio, with significant global growth potential.

The recent release of the local German product is seeing strong early momentum. In the coming quarters, I'd like to see Hinge expand internationally at a faster clip. The initial plan was to launch a new language/market each quarter, but we're accelerating that so Hinge will launch in two new markets every quarter. The next few quarters will be devoted to launching across the rest of Europe and India. After that, Hinge will set their sights on further expansion in APAC and the rest of the world.



**Hinge Launched in Germany**

Verlieb dich. Dann mach Schluss mit uns.

Hinge

*"Fall in love then break up with us"*

On the monetization front, the team is building an array of new features and is planning to launch a second subscription tier by the end of 2022. Hinge remains focused on delivering ~$300 million in revenue this year, which would represent growth of ~50% over 2021.

## 5 ALL OTHER BRANDS

There are two strategies for the remaining brands in our portfolio that Match Group has been executing on with particular success over the past few years.

The first strategy is to maximize cash flow and be disciplined with costs, especially marketing



spend. This is the case at several of our Established Brands such as Match and Match Affinity™, Meetic, OkCupid® and Plenty of Fish®. While these brands saw some tailwinds from government stimulus and a less competitive marketing environment during the height of COVID, I expect that they will remain challenged for increased growth in the near-term. As such, I expect us to maintain strict ROI and cost discipline in these businesses while developing longer-term growth strategies.

The second strategy, which has been very successful within the Emerging Brands portfolio, has been to add new apps that serve key demographic groups. We've done so for the Black community with the BLK® app and the Hispanic community with the Chispa™ app, and we now have moved onto the Christian community with the Upward® app and single parents with the Stir® app. Collectively, these new brands are expected to add ~$75 million of revenue to the company in 2022, compared to zero revenue three years ago. In addition, we've experienced much success in adding live streaming to our Plenty of Fish business, which is our first successful foray into monetization beyond dating and has demonstrated to us the value in monetizing power users.

A few weeks ago, we closed the acquisition of The League®, which enables us to serve a new vertical of highly ambitious, career-oriented singles. We've never offered an ultra premium product that caters to this valuable niche market. We're confident we can generate synergies by bringing The League onto our platform. We have a track record with prior dating acquisitions of maximizing value by leveraging our expertise in marketing and monetization, and there is plenty of opportunity to grow The League's small but avid user base and its overall revenue. We're thrilled to welcome The League CEO, *Amanda Bradford*, and her team to the Match Group family.

## Exciting Opportunity With The League

**Female Founded**

**Curated community of highly ambitious, career-oriented singles**

**Revenue Per Payer**

| | Tinder | Match Group | Hinge | The League |
|---|---|---|---|---|
| | ~$14 | ~$16 | ~$25 | >$100 |

**Ultra premium product with higher RPP than MG brands**

Our portfolio generates significant free cash flow ("FCF"), with limited capex and strong Adjusted Operating Income to FCF conversion rates. FCF conversion rates have been 78% or better consistently since 2018, and we expect FCF conversion to be at similar levels in 2022 (excluding the Tinder litigation settlement).



In all environments, but especially in the currently challenging one we are all facing, we expect to remain laser-focused on cost discipline. We've reduced our hiring plans for 2022 and have also cut back on marketing spend where it made sense to do so. We have a strong margin profile and see further upside as App Store fee relief takes hold globally, particularly in response to the Digital Markets Act becoming effective in Europe in early 2023. We also remain very disciplined in terms of stock-based compensation ("SBC"), with our estimated SBC expense/revenue ratio of ~7% for 2022 being among the lowest in our peer group.

We remain committed to maintaining a strong balance sheet and to being steadfast stewards of our capital. We've delivered on our promise to de-lever to 3x net leverage, and favor conservative leverage levels, especially in light of current macroeconomic headwinds and uncertainty.

The company's stated capital allocation policy is to first, invest organically in our business; second, to continue to pursue opportunistic M&A to fill gaps in our portfolio or add technologies that would enhance the overall portfolio; and third, to return capital to shareholders. We're focused on identifying acquisition targets that would enhance our growth and are profitable or have a very clear path to profitability. In the absence of these types of transactions, we may return capital to shareholders. Since announcing our buyback authorization in early May, we've bought back about three million shares, and we expect to continue repurchases, especially given the market dislocation we are currently experiencing.



# Business Trends and Financial Outlook

## Q2 2022 Performance

In the second quarter, Total Revenue was $795 million, up 12% year-over-year, driven by a 10% increase in Payers and a 3% increase in RPP. On an FX neutral basis, Total Revenue was $842 million, up 19% year-over-year. Europe grew Total Revenue 6% year-over-year but 19% on an FX neutral basis. APAC and Other grew Total Revenue 32% year-over-year, but 49% on an FX neutral basis. Company RPP was up 9% overall on an FX neutral basis.





Tinder grew Direct Revenue 13% year-over-year, driven by Payers growth of 14% while RPP fell by 1%. Direct Revenue growth would have been 20% year-over-year and RPP would have been up 5% year-over-year on an FX neutral basis. All Other Brands grew Direct Revenue 12% year-over-year driven by 10% RPP growth and 2% Payers growth. Hinge, BLK and Chispa all performed strongly, while a number of the Established Brands including Match and Match Affinity, Meetic, OkCupid and Plenty of Fish saw revenue and Payer declines year-over-year.

Our Q2 Operating Loss was $10 million impacted by a $217 million write down of the intangibles related to the Azar and Hakuna trade names due to a lower financial outlook for the two apps, including FX impacts, as well as applying a higher discount rate.

Our Q2 Adjusted Operating Income was $286 million, up 9% year-over-year, for 36% margins. This included a $5 million initial escrow amount related to the litigation with Google. We remained cautious on expenses, with overall marketing spend down $13 million year-over-year (excluding Hyperconnect), although we continued to invest in Product and Development, especially at Tinder and Hinge.

## Overall Business Trends

The business is facing a number of factors that are impacting our performance and outlook. The most notable is the strengthening of the U.S. dollar against several major global currencies, including the Euro, Japanese Yen, Turkish Lira and British Pound. This has caused a $74 million year-over-year revenue headwind year-to-date, and we expect it will be a significant headwind in 2H 2022 as well.



Focusing on our business trends, our Established Brands benefited from a more efficient marketing environment during COVID, which drove incremental growth, and from consumers' receipt of government stimulus payments, which helped support monetization. In 2H 2021 almost all of our businesses benefited as COVID vaccines became widely available, and people started to increase their social activity. We are not seeing a similar surge of activity in 2022. Moreover, in Q3 2021, Tinder implemented several optimizations around merchandising and paywalls, which led to a record number of Payer net adds and strong revenue in that quarter. We are now lapping those tougher comparables without the anticipated benefits from the previously mentioned Tinder initiatives planned for 2H 2022.

Additionally, we are seeing some weakness in our live streaming business and the Japanese market has yet to show meaningful recovery following the lifting of COVID restrictions. Though our Pairs app saw an initial surge of new users coming out of lockdowns and throughout the Golden Week holiday, the trends have been short-lived as COVID cases have risen once again, and we have not seen a sustained improvement in revenue momentum in that market.

## *Financial Outlook*

We expect muted top-line growth in the second half of 2022. Our Q3 Total Revenue outlook of $790 to $800 million is essentially flat year-over-year. We expect FX to have an 8-point impact on year-over-year revenue growth in Q3. For Tinder, we expect year-over-year Direct Revenue growth to be in the mid single-digits (low teens on an FX neutral basis). We expect Hinge, BLK and Chispa to continue to perform strongly and help offset declines at the Established Brands.

Our Q3 Adjusted Operating Income outlook is $255 to $260 million, implying a margin of 32% at the midpoints. This includes an $8 million ongoing quarterly escrow payment related to the Google litigation (up to $40 million in aggregate). We expect higher overall app store fees, reduced year-over-year sales and marketing spend and lower year-over-year growth in product and development spend compared to Q2 2022 as we begin to see the effects of a pullback in hiring.

|  | Total Revenue | Adjusted Operating Income |
|---|---|---|
| **Q3 2022** | $790 to $800 million | $255 to $260 million |

We need some time for the new Tinder team to improve execution and see how they deliver on their product roadmap. We're optimistic that the changes we've made at Tinder will lead to improved product execution and velocity, monetization wins and enhanced user growth.

In Q4, we expect limited improvement in year-over-year top-line growth rates compared to Q3 with the teams focused on execution against the current product initiatives leading into 2023. We expect margins to improve modestly as we remain disciplined on marketing spend and hiring. We're confident that Tinder and the overall company top-line growth rates will accelerate as 2023 progresses.

 MatchGroup

# Conference Call

*Match Group will audiocast a conference call to answer questions regarding its second quarter financial results on Wednesday, August 3, 2022 at 8:30 a.m. Eastern Time. This call will include the disclosure of certain information, including forward-looking information, which may be material to an investor's understanding of Match Group's business. The live audiocast will be open to the public on Match Group's investor relations website at https://ir.mtch.com.*



# *Financial Results*

## *Revenue*

| | Three Months Ended June 30, | | |
|---|---|---|---|
| | **2022** | **2021** | **Change** |
| | **(In thousands, except RPP)** | | |
| Direct Revenue: | | | |
| Americas | $ 408,730 | $ 374,388 | 9% |
| Europe | 208,471 | 196,542 | 6% |
| APAC and Other | 162,952 | 123,392 | 32% |
| Total Direct Revenue | 780,153 | 694,322 | 12% |
| Indirect Revenue | 14,360 | 13,438 | 7% |
| Total Revenue | $ 794,513 | $ 707,760 | 12% |
| | | | |
| **Payers** | | | |
| Americas | 8,225 | 7,901 | 4% |
| Europe | 4,564 | 4,332 | 5% |
| APAC and Other | 3,606 | 2,736 | 32% |
| Total Payers | 16,395 | 14,969 | 10% |
| | | | |
| **Revenue Per Payer ("RPP")** | | | |
| Americas | $ 16.56 | $ 15.79 | 5% |
| Europe | $ 15.23 | $ 15.12 | 1% |
| APAC and Other | $ 15.06 | $ 15.03 | — % |
| Total RPP | $ 15.86 | $ 15.46 | 3% |

Growth in Payers was driven by Tinder across all geographies. Hinge, Chispa, Upward and BLK contributed to the growth in Payers in the Americas. The acquisition of Hyperconnect contributed to Payer growth in APAC and Other. There were decreases in Payers at Plenty of Fish, Match, Meetic and OkCupid in the Americas and Europe. Americas RPP increased primarily due to increases in subscriptions and à la carte purchases at Tinder and Hinge. Europe RPP was unfavorably impacted by the strength of the U.S. Dollar relative to the Euro and British Pound, while APAC and Other RPP was unfavorably impacted by the strength of the U.S. Dollar relative to the Japanese Yen and Turkish Lira.

# *Operating (Loss) Income and Adjusted Operating Income*

| | Three Months Ended June 30, | | |
| | 2022 | 2021 | Change |
|---|---|---|---|
| | (In thousands) | | |
| Operating (Loss) Income | $ (10,081) | $ 209,914 | NM |
| Operating (Loss) Income Margin | (1%) | 30% | (30.9) points |
| Adjusted Operating Income | $ 285,713 | $ 262,613 | 9% |
| Adjusted Operating Income Margin | 36% | 37% | (1.1) points |

# *Operating Costs and Expenses*

| | Q2 2022 | % of Revenue | Q2 2021 | % of Revenue | Change |
|---|---|---|---|---|---|
| | | (In thousands) | | | |
| Cost of revenue | $ 240,840 | 30% | $ 193,099 | 27% | 25% |
| Selling and marketing expense | 125,679 | 16% | 128,918 | 18% | (3%) |
| General and administrative expense | 110,638 | 14% | 113,393 | 16% | (2%) |
| Product development expense | 86,410 | 11% | 52,133 | 7% | 66% |
| Depreciation | 11,488 | 1% | 10,061 | 1% | 14% |
| Impairment and amortization of intangibles | 229,539 | 29% | 242 | — % | NM |
| Total operating costs and expenses | $ 804,594 | 101% | $ 497,846 | 70% | 62% |

Total operating costs and expenses increased 62% year-over-year, with approximately 86% of the total increase resulting from increased operating costs from the acquisition of Hyperconnect, subsequent amortization expense, and the $217 million impairment of related intangible assets. The impairment stemmed from a decline in projections related to a lower outlook for the business, including FX impacts in certain of Hyperconnect's key markets, as well as the use of increased discount rates.

Excluding Hyperconnect: Cost of revenue increased 14% year-over-year primarily due to an increase in in-app purchase fees, which included a $5 million escrow amount related to our litigation regarding the Google Play store. Total selling and marketing expense decreased $13 million year-over-year as we reduced marketing spend in the current environment. General and administrative expense increased 3% year-over-year primarily due to increases in employee compensation and travel expenses, partially offset by a decrease in professional fees. Product development expense increased 51% year-over-year primarily due to increased engineering headcount at Tinder and Hinge.

NM = not meaningful

 MatchGroup

## *Liquidity and Capital Resources*

For the six months ended June 30, 2022, we generated operating cash flow of $20 million and Free Cash Flow of negative $7 million, both of which were impacted by the final settlement payment of $441 million related to *Rad, et al. v. IAC/InterActiveCorp, et al.* and related arbitrations during the second quarter.

During the quarter ended June 30, 2022, we repurchased 2.9 million shares of our common stock for $216 million on a trade date basis at an average price of $73.30. Between July 1, 2022 and July 5, 2022, we repurchased an additional 0.2 million shares for $17 million on a trade date basis at an average price of $71.10. As of August 1, 2022, 9.3 million shares remain available for repurchase under our previously announced share repurchase program.

As of June 30, 2022, we had $473 million in cash and cash equivalents and short-term investments and $3.9 billion of long-term debt, including $1.2 billion of Exchangeable Senior Notes. Our $750 million revolving credit facility was undrawn as of June 30, 2022. Match Group's trailing twelve-month leverage[3] as of June 30, 2022 is 3.5x on a gross basis and 3.0x on a net basis.

## *Income Taxes*

In the second quarter of 2022, Match Group recorded an income tax benefit of $8 million compared to an income tax expense of $37 million in the second quarter of 2021.

---

3. Leverage is calculated utilizing the non-GAAP measure Adjusted Operating Income as the denominator. For a reconciliation of the non-GAAP measure for each period presented, see page 24.

 MatchGroup

16

# GAAP Financial Statements

## Consolidated Statement of Operations

| | | Three Months Ended June 30, | | | Six Months Ended June 30, | |
|---|---|---|---|---|---|---|
| | | 2022 | 2021 | | 2022 | 2021 |
| | | (In thousands, except per share data) | | | | |
| Revenue | $ | 794,513 | $ 707,760 | $ | 1,593,144 | $ 1,375,372 |
| Operating costs and expenses: | | | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | | 240,840 | 193,099 | | 477,076 | 372,554 |
| Selling and marketing expense | | 125,679 | 128,918 | | 277,567 | 273,906 |
| General and administrative expense | | 110,638 | 113,393 | | 211,343 | 201,058 |
| Product development expense | | 86,410 | 52,133 | | 165,204 | 107,709 |
| Depreciation | | 11,488 | 10,061 | | 21,985 | 20,518 |
| Impairment and amortization of intangibles | | 229,539 | 242 | | 242,232 | 455 |
| Total operating costs and expenses | | 804,594 | 497,846 | | 1,395,407 | 976,200 |
| Operating (loss) income | | (10,081) | 209,914 | | 197,737 | 399,172 |
| Interest expense | | (35,623) | (32,219) | | (70,519) | (64,057) |
| Other income (expense), net | | 5,291 | (355) | | 6,109 | (1,674) |
| (Loss) earnings from continuing operations, before tax | | (40,413) | 177,340 | | 133,327 | 333,441 |
| Income tax benefit (provision) | | 8,048 | (37,320) | | 14,915 | (19,573) |
| **Net (loss) earnings from continuing operations** | | (32,365) | 140,020 | | 148,242 | 313,868 |
| Earnings from discontinued operations, net of tax | | — | 509 | | — | 509 |
| **Net (loss) earnings** | | (32,365) | 140,529 | | 148,242 | 314,377 |
| Net loss attributable to noncontrolling interests | | 507 | 366 | | 433 | 768 |
| **Net (loss) earnings attributable to Match Group, Inc. shareholders** | $ | (31,858) | $ 140,895 | $ | 148,675 | $ 315,145 |
| | | | | | | |
| **Net (loss) earnings per share from continuing operations:** | | | | | | |
| Basic | $ | (0.11) | $ 0.52 | $ | 0.52 | $ 1.17 |
| Diluted | $ | (0.11) | $ 0.46 | $ | 0.50 | $ 1.04 |
| **Net (loss) earnings per share attributable to Match Group, Inc. shareholders:** | | | | | | |
| Basic | $ | (0.11) | $ 0.52 | $ | 0.52 | $ 1.17 |
| Diluted | $ | (0.11) | $ 0.46 | $ | 0.50 | $ 1.04 |
| | | | | | | |
| Basic shares outstanding | | 285,126 | 271,254 | | 284,794 | 269,959 |
| Diluted shares outstanding | | 285,126 | 311,087 | | 298,698 | 310,856 |
| | | | | | | |
| **Stock-based compensation expense by function:** | | | | | | |
| Cost of revenue | $ | 1,558 | $ 1,012 | $ | 3,107 | $ 2,001 |
| Selling and marketing expense | | 2,166 | 3,087 | | 3,819 | 4,352 |
| General and administrative expense | | 30,032 | 27,580 | | 53,931 | 46,060 |
| Product development expense | | 21,011 | 10,717 | | 36,205 | 20,099 |
| Total stock-based compensation expense | $ | 54,767 | $ 42,396 | $ | 97,062 | $ 72,512 |

 MatchGroup

# Consolidated Balance Sheet

|  | June 30, 2022 | December 31, 2021 |
|---|---|---|
|  | (In thousands) | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 463,686 | $ 815,384 |
| Short-term investments | 9,240 | 11,818 |
| Accounts receivable, net | 182,320 | 188,482 |
| Other current assets | 149,567 | 202,568 |
| Total current assets | 804,813 | 1,218,252 |
|  | | |
| Property and equipment, net | 168,761 | 163,256 |
| Goodwill | 2,281,606 | 2,411,996 |
| Intangible assets, net | 479,389 | 771,697 |
| Deferred income taxes | 310,073 | 334,937 |
| Other non-current assets | 149,136 | 163,150 |
| **TOTAL ASSETS** | $ 4,193,778 | $ 5,063,288 |
|  | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| Current maturities of long-term debt, net | $ 58,782 | $ 99,927 |
| Accounts payable | 15,200 | 37,871 |
| Deferred revenue | 259,149 | 262,131 |
| Accrued expenses and other current liabilities | 294,555 | 768,366 |
| Total current liabilities | 627,686 | 1,168,295 |
|  | | |
| Long-term debt, net of current maturities | 3,832,534 | 3,829,421 |
| Income taxes payable | 12,273 | 13,842 |
| Deferred income taxes | 63,572 | 130,261 |
| Other long-term liabilities | 109,814 | 116,051 |
|  | | |
| Redeemable noncontrolling interest | — | 1,260 |
|  | | |
| Commitment and contingencies | | |
|  | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock | 286 | 283 |
| Additional paid-in capital | 8,165,983 | 8,164,216 |
| Retained deficit | (7,995,839) | (8,144,514) |
| Accumulated other comprehensive loss | (407,837) | (223,754) |
| Treasury stock | (215,538) | — |
| Total Match Group, Inc. shareholders' equity | (452,945) | (203,769) |
| Noncontrolling interests | 844 | 7,927 |
| Total shareholders' equity | (452,101) | (195,842) |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 4,193,778 | $ 5,063,288 |

 MatchGroup

# Consolidated Statement of Cash Flows

| | Six Months Ended June 30, | |
|---|---|---|
| | **2022** | **2021** |
| | (In thousands) | |
| **Cash flows from operating activities attributable to continuing operations:** | | |
| Net earnings | $ 148,242 | $ 314,377 |
| Add back: earnings from discontinued operations, net of tax | — | (509) |
| Net earnings from continuing operations | 148,242 | 313,868 |
| Adjustments to reconcile net earnings from continuing operations to net cash provided by operating activities attributable to continuing operations: | | |
| Stock-based compensation expense | 97,062 | 72,512 |
| Depreciation | 21,985 | 20,518 |
| Impairment and amortization of intangibles | 242,232 | 455 |
| Deferred income taxes | (32,663) | (20,731) |
| Other adjustments, net | 1,693 | 7,407 |
| Changes in assets and liabilities | | |
| Accounts receivable | 934 | (103,127) |
| Other assets | 30,562 | 32,622 |
| Accounts payable and other liabilities | (476,056) | (17,320) |
| Income taxes payable and receivable | (15,089) | 18,899 |
| Deferred revenue | 1,062 | 25,712 |
| **Net cash provided by operating activities attributable to continuing operations** | 19,964 | 350,815 |
| **Cash flows from investing activities attributable to continuing operations:** | | |
| Net cash used in business combinations, net of cash acquired | — | (840,869) |
| Capital expenditures | (27,305) | (32,392) |
| Other, net | 1,787 | (255) |
| **Net cash used in investing activities attributable to continuing operations** | (25,518) | (873,516) |
| **Cash flows from financing activities attributable to continuing operations:** | | |
| Payments to settle exchangeable notes | (94,252) | — |
| Proceeds from the settlement of exchangeable note hedges | 52,623 | — |
| Payments to settle warrants related to exchangeable notes | (7,482) | — |
| Debt issuance costs | — | (851) |
| Proceeds from issuance of common stock pursuant to stock-based awards | 16,356 | 37,333 |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | (101,089) | (11,380) |
| Purchase of treasury stock | (190,980) | — |
| Purchase of noncontrolling interests | (10,554) | (1,473) |
| Other, net | 10 | — |
| **Net cash (used in) provided by financing activities attributable to continuing operations** | (335,368) | 23,629 |
| **Total cash used in continuing operations** | (340,922) | (499,072) |
| Net cash used in operating activities attributable to discontinued operations | — | — |
| Net cash used in investing activities attributable to discontinued operations | — | — |
| Net cash used in financing activities attributable to discontinued operations | — | — |
| Total cash used in discontinued operations | — | — |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | (10,786) | (3,636) |
| **Net decrease in cash, cash equivalents, and restricted cash** | (351,708) | (502,708) |
| Cash, cash equivalents, and restricted cash at beginning of period | 815,512 | 739,302 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 463,804 | $ 236,594 |

 MatchGroup

# *Earnings Per Share*

The following tables set forth the computation of the basic and diluted earnings per share attributable to Match Group shareholders:

| | Three Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | 2022 | | 2021 | |
| | Basic | Diluted | Basic | Diluted |
| | (In thousands, except per share data) | | | |
| **Numerator** | | | | |
| Net (loss) earnings from continuing operations | $ (32,365) | $ (32,365) | $ 140,020 | $ 140,020 |
| Net loss attributable to noncontrolling interests | 507 | 507 | 366 | 366 |
| Impact from subsidiaries' dilutive securities of continuing operations | — | — | — | (388) |
| Interest on dilutive Exchangeable Senior Notes, net of tax | — | — | — | 4,075 |
| Net (loss) earnings from continuing operations attributable to Match Group, Inc. shareholders | $ (31,858) | $ (31,858) | $ 140,386 | $ 144,073 |
| | | | | |
| Earnings from discontinued operations, net of tax | $ — | $ — | $ 509 | $ 509 |
| Net earnings from discontinued operations attributable to shareholders | — | — | 509 | 509 |
| Net (loss) earnings attributable to Match Group, Inc. shareholders | $ (31,858) | $ (31,858) | $ 140,895 | $ 144,582 |
| | | | | |
| **Denominator** | | | | |
| Weighted average basic shares outstanding | 285,126 | 285,126 | 271,254 | 271,254 |
| Dilutive securities | — | — | — | 14,671 |
| Dilutive shares from Exchangeable Senior Notes, if-converted | — | — | — | 25,162 |
| Denominator for (loss) earnings per share — weighted average shares | 285,126 | 285,126 | 271,254 | 311,087 |
| | | | | |
| **(Loss) earnings per share:** | | | | |
| (Loss) earnings per share from continuing operations | $ (0.11) | $ (0.11) | $ 0.52 | $ 0.46 |
| Earnings per share from discontinued operations, net of tax | $ — | $ — | $ 0.00 | $ 0.00 |
| (Loss) earnings per share attributable to Match Group, Inc. shareholders | $ (0.11) | $ (0.11) | $ 0.52 | $ 0.46 |

 MatchGroup

|  | Six Months Ended June 30, | | | |
|  | 2021 | | 2020 | |
|  | Basic | Diluted | Basic | Diluted |
|  | (In thousands, except per share data) | | | |
| **Numerator** | | | | |
| Net earnings from continuing operations | $ 148,242 | $ 148,242 | $ 313,868 | $ 313,868 |
| Net loss attributable to noncontrolling interests | 433 | 433 | 768 | 768 |
| Impact from subsidiaries' dilutive securities of continuing operations | — | (153) | — | (428) |
| Interest on dilutive Exchangeable Senior Notes, net of tax | — | 2,218 | — | 8,150 |
| Net earnings from continuing operations attributable to Match Group, Inc. shareholders | $ 148,675 | $ 150,740 | $ 314,636 | $ 322,358 |
| | | | | |
| Earnings from discontinued operations, net of tax | $ — | $ — | $ 509 | $ 509 |
| Net earnings from discontinued operations attributable to shareholders | — | — | 509 | 509 |
| Net earnings attributable to Match Group, Inc. shareholders | $ 148,675 | $ 150,740 | $ 315,145 | $ 322,867 |
| | | | | |
| **Denominator** | | | | |
| Weighted average basic shares outstanding | 284,794 | 284,794 | 269,959 | 269,959 |
| Dilutive securities | — | 5,949 | — | 15,735 |
| Dilutive shares from Exchangeable Senior Notes, if-converted | — | 7,955 | — | 25,162 |
| Denominator for earnings per share—weighted average shares | 284,794 | 298,698 | 269,959 | 310,856 |
| | | | | |
| **Earnings per share:** | | | | |
| Earnings per share from continuing operations | $ 0.52 | $ 0.50 | $ 1.17 | $ 1.04 |
| Earnings per share from discontinued operations, net of tax | $ — | $ — | $ 0.00 | $ 0.00 |
| Earnings per share attributable to Match Group, Inc. shareholders | $ 0.52 | $ 0.50 | $ 1.17 | $ 1.04 |

 MatchGroup

# Trended Metrics

| | 2020 | | | | 2021 | | | | 2022 | | Year Ended December 31, | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | 2020 | 2021 |
| **Revenue** (in millions, rounding differences may occur) | | | | | | | | | | | | |
| Direct Revenue | | | | | | | | | | | | |
| Americas | $ 281.2 | $ 298.7 | $ 336.8 | $ 331.2 | $ 344.3 | $ 374.4 | $ 393.6 | $ 399.8 | $ 400.0 | $ 408.7 | $ 1,248.0 | $ 1,512.1 |
| Europe | 156.5 | 154.1 | 181.6 | 188.0 | 189.1 | 196.5 | 217.7 | 218.5 | 215.3 | 208.5 | 680.1 | 821.8 |
| APAC and Other | 97.1 | 94.0 | 109.8 | 115.7 | 121.9 | 123.4 | 174.4 | 169.3 | 168.5 | 163.0 | 416.6 | 589.0 |
| Total Direct Revenue | 534.8 | 546.7 | 628.3 | 634.9 | 655.2 | 694.3 | 785.7 | 787.6 | 783.8 | 780.2 | 2,344.7 | 2,922.9 |
| Indirect Revenue | 9.8 | 8.7 | 11.5 | 16.5 | 12.4 | 13.4 | 16.1 | 18.4 | 14.8 | 14.4 | 46.5 | 60.4 |
| Total Revenue | $ 544.6 | $ 555.5 | $ 639.8 | $ 651.4 | $ 667.6 | $ 707.8 | $ 801.8 | $ 806.1 | $ 798.6 | $ 794.5 | $ 2,391.3 | $ 2,983.3 |
| | | | | | | | | | | | | |
| **Payers** (in thousands) | | | | | | | | | | | | |
| Americas | 6,691 | 6,836 | 7,455 | 7,469 | 7,595 | 7,901 | 8,309 | 8,230 | 8,159 | 8,225 | 7,113 | 8,009 |
| Europe | 3,899 | 3,830 | 4,154 | 4,229 | 4,255 | 4,332 | 4,710 | 4,660 | 4,732 | 4,564 | 4,028 | 4,489 |
| APAC and Other | 2,417 | 2,339 | 2,417 | 2,463 | 2,567 | 2,736 | 3,284 | 3,359 | 3,443 | 3,606 | 2,409 | 2,987 |
| Total Payers | 13,007 | 13,005 | 14,026 | 14,161 | 14,417 | 14,969 | 16,303 | 16,249 | 16,334 | 16,395 | 13,550 | 15,485 |
| | | | | | | | | | | | | |
| **RPP** | | | | | | | | | | | | |
| Americas | $ 14.01 | $ 14.56 | $ 15.06 | $ 14.78 | $ 15.11 | $ 15.79 | $ 15.79 | $ 16.19 | $ 16.34 | $ 16.56 | $ 14.62 | $ 15.73 |
| Europe | $ 13.38 | $ 13.41 | $ 14.57 | $ 14.81 | $ 14.81 | $ 15.12 | $ 15.41 | $ 15.63 | $ 15.17 | $ 15.23 | $ 14.07 | $ 15.25 |
| APAC and Other | $ 13.39 | $ 13.40 | $ 15.15 | $ 15.66 | $ 15.83 | $ 15.03 | $ 17.71 | $ 16.80 | $ 16.32 | $ 15.06 | $ 14.41 | $ 16.43 |
| Total RPP | $ 13.71 | $ 14.01 | $ 14.93 | $ 14.95 | $ 15.15 | $ 15.46 | $ 16.06 | $ 16.16 | $ 16.00 | $ 15.86 | $ 14.42 | $ 15.73 |

Note: Our ability to eliminate duplicate Payers at a brand level for periods prior to Q2 2020 is impacted by data privacy requirements which require that we anonymize data after 12 months, therefore Payer data for those periods is likely overstated. Additionally, as Payers is a component of the RPP calculation, RPP is likely commensurately understated for these same periods due to these data privacy limitations.

 MatchGroup

# Reconciliations of GAAP to Non-GAAP Measures

## Reconciliation of Net (Loss) Earnings to Adjusted Operating Income

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | **2022** | **2021** | **2021** | **2020** |
| | (Dollars in thousands) | | | |
| **Net (loss) earnings attributable to Match Group, Inc. shareholders** | $ (31,858) | $ 140,895 | $ 148,675 | $ 315,145 |
| Add back: | | | | |
| Net loss attributable to noncontrolling interests | (507) | (366) | (433) | (768) |
| Earnings from discontinued operations, net of tax | — | (509) | — | (509) |
| Income tax (benefit) provision | (8,048) | 37,320 | (14,915) | 19,573 |
| Other (income) expense, net | (5,291) | 355 | (6,109) | 1,674 |
| Interest expense | 35,623 | 32,219 | 70,519 | 64,057 |
| **Operating (loss) income** | (10,081) | 209,914 | 197,737 | 399,172 |
| Stock-based compensation expense | 54,767 | 42,396 | 97,062 | 72,512 |
| Depreciation | 11,488 | 10,061 | 21,985 | 20,518 |
| Impairment and amortization of intangibles | 229,539 | 242 | 242,232 | 455 |
| **Adjusted Operating Income** | $ 285,713 | $ 262,613 | $ 559,016 | $ 492,657 |
| | | | | |
| Revenue | $ 794,513 | $ 707,760 | $ 1,593,144 | $ 1,375,372 |
| Operating (loss) income margin | (1%) | 30% | 12% | 29% |
| Adjusted Operating Income margin | 36% | 37% | 35% | 36% |



# Reconciliation of Net Earnings to Adjusted Operating Income used in Free Cash Flow

| | For the Years Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2018 | 2019 | 2020 | 2021 |
| | (Dollars in thousands) | | | |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 636,910 | $ 453,838 | $ 162,329 | $ 277,723 |
| Add back: | | | | |
| Net earnings (loss) attributable to noncontrolling interests | 130,786 | 112,689 | 59,280 | (1,169) |
| (Earnings) loss from discontinued operations, net of tax | (306,643) | (49,187) | 366,070 | (509) |
| Income tax provision (benefit) | 14,472 | 15,080 | 43,273 | (19,897) |
| Other (income) expense, net | (7,510) | 2,026 | (15,861) | 465,038 |
| Interest expense | 81,454 | 111,008 | 130,624 | 130,493 |
| **Operating income** | 549,469 | 645,454 | 745,715 | 851,679 |
| Stock-based compensation expense | 66,031 | 89,724 | 102,268 | 146,816 |
| Depreciation | 34,827 | 34,355 | 41,271 | 41,402 |
| Impairment and amortization of intangibles | 1,318 | 8,727 | 7,525 | 28,559 |
| Acquisition-related contingent consideration fair value adjustments | 320 | — | — | — |
| **Adjusted Operating Income** | $ 651,965 | $ 778,260 | $ 896,779 | $ 1,068,456 |

# Reconciliation of Net Earnings to Adjusted Operating Income used in Leverage Ratios

| | Twelve months ended |
| --- | --- |
| | 6/30/2022 |
| | (in thousands) |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 111,253 |
| Add back: | |
| Net loss attributable to noncontrolling interests | (834) |
| Income tax benefit | (54,385) |
| Other expense, net | 457,255 |
| Interest expense | 136,955 |
| **Operating Income** | 650,244 |
| Stock-based compensation expense | 171,366 |
| Depreciation | 42,869 |
| Impairment and amortization of intangibles | 270,336 |
| **Adjusted Operating Income** | $ 1,134,815 |

 MatchGroup

# Reconciliation of Operating Cash Flow from Continuing Operations to Free Cash Flow

|  | Six Months Ended June 30, | |
| --- | --- | --- |
|  | 2022 | 2021 |
|  | (In thousands) | |
| Net cash provided by operating activities from continuing operations | $ 19,964 | $ 350,815 |
| Capital expenditures | (27,305) | (32,392) |
| Free Cash Flow | $ (7,341) | $ 318,423 |

|  | For the Years Ended December 31, | | | |
| --- | --- | --- | --- | --- |
|  | 2018 | 2019 | 2020 | 2021 |
|  | (In thousands) | | | |
| Net cash provided by operating activities from continuing operations | $ 611,455 | $ 647,989 | $ 788,552 | $ 912,499 |
| Capital expenditures | (31,397) | (39,035) | (42,376) | (79,971) |
| Free Cash Flow | $ 580,058 | $ 608,954 | $ 746,176 | $ 832,528 |
| Adjusted Operating Income | $ 651,965 | $ 778,260 | $ 896,779 | $ 1,068,456 |
| Free Cash Flow Conversion Rate | 89% | 78% | 83% | 78% |

# Reconciliation of Forecasted Operating Income to Adjusted Operating Income

|  | Three Months Ended September 30, 2022 |
| --- | --- |
|  | (In millions) |
| **Operating Income** | $184 to $189 |
| Stock-based compensation expense | 51 |
| Depreciation and amortization of intangibles | 20 |
| **Adjusted Operating Income** | $255 to $260 |



# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2022 | $ Change | % Change | 2021 | 2021 | $ Change | % Change | 2021 |
| | (Dollars in millions, rounding differences may occur) | | | | | | | |
| Revenue, as reported | $ 794.5 | $ 86.8 | 12% | $ 707.8 | $ 1,593.1 | $ 217.8 | 16% | $ 1,375.4 |
| Foreign exchange effects | 47.8 | | | | 74.0 | | | |
| Revenue excluding foreign exchange effects | $ 842.3 | $ 134.6 | 19% | $ 707.8 | $ 1,667.1 | $ 291.7 | 21% | $ 1,375.4 |
| | | | | | | | | |
| Americas Direct Revenue, as reported | $ 408.7 | $ 34.3 | 9% | $ 374.4 | $ 808.7 | $ 90.1 | 13% | $ 718.7 |
| Foreign exchange effects | 1.3 | | | | 1.6 | | | |
| Americas Direct Revenue excluding foreign exchange effects | $ 410.0 | $ 35.6 | 10% | $ 374.4 | $ 810.3 | $ 91.7 | 13% | $ 718.7 |
| | | | | | | | | |
| Europe Direct Revenue, as reported | $ 208.5 | $ 11.9 | 6% | $ 196.5 | $ 423.8 | $ 38.2 | 10% | $ 385.6 |
| Foreign exchange effects | 25.3 | | | | 39.1 | | | |
| Europe Direct Revenue excluding foreign exchange effects | $ 233.7 | $ 37.2 | 19% | $ 196.5 | $ 462.9 | $ 77.3 | 20% | $ 385.6 |
| | | | | | | | | |
| APAC and Other Direct Revenue, as reported | $ 163.0 | $ 39.6 | 32% | $ 123.4 | $ 331.5 | $ 86.2 | 35% | $ 245.3 |
| Foreign exchange effects | 20.7 | | | | 32.4 | | | |
| APAC and Other Direct Revenue excluding foreign exchange effects | $ 183.6 | $ 60.2 | 49% | $ 123.4 | $ 363.9 | $ 118.7 | 48% | $ 245.3 |

# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects (Revenue Per Payer)

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2022 | $ Change | % Change | 2021 | 2021 | $ Change | % Change | 2021 |
| RPP, as reported | $ 15.86 | $ 0.40 | 3% | $ 15.46 | $ 15.93 | $ 0.62 | 4% | $ 15.31 |
| Foreign exchange effects | 0.96 | | | | 0.74 | | | |
| RPP, excluding foreign exchange effects | $ 16.82 | $ 1.36 | 9% | $ 15.46 | $ 16.67 | $ 1.36 | 9% | $ 15.31 |
| | | | | | | | | |
| Americas RPP, as reported | $ 16.56 | $ 0.77 | 5% | $ 15.79 | $ 16.45 | $ 0.99 | 6% | $ 15.46 |
| Foreign exchange effects | 0.05 | | | | 0.04 | | | |
| Americas RPP, excluding foreign exchange effects | $ 16.61 | $ 0.82 | 5% | $ 15.79 | $ 16.49 | $ 1.03 | 7% | $ 15.46 |
| | | | | | | | | |
| Europe RPP, as reported | $ 15.23 | $ 0.11 | 1% | $ 15.12 | $ 15.20 | $ 0.23 | 2% | $ 14.97 |
| Foreign exchange effects | 1.84 | | | | 0.79 | | | |
| Europe RPP, excluding foreign exchange effects | $ 17.07 | $ 1.95 | 13% | $ 15.12 | $ 15.99 | $ 1.02 | 7% | $ 14.97 |
| | | | | | | | | |
| APAC and Other RPP, as reported | $ 15.06 | $ 0.03 | 0% | $ 15.03 | $ 15.68 | $ 0.26 | 2% | $ 15.42 |
| Foreign exchange effects | 1.92 | | | | 1.53 | | | |
| APAC and Other RPP, excluding foreign exchange effects | $ 16.98 | $ 1.95 | 13% | $ 15.03 | $ 17.21 | $ 1.79 | 12% | $ 15.42 |

 MatchGroup

# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects

|  | Total Revenue | | | | Tinder Direct Revenue | | | |
|---|---|---|---|---|---|---|---|---|
|  | (Dollars in millions, rounding differences may occur) | | | | | | | |
|  | Three Months Ended June 30, | | | | Three Months Ended June 30, | | | |
|  | 2022 | $ Change | % Change | 2021 | 2022 | $ Change | % Change | 2021 |
| Revenue, as reported | $ 794.5 | $ 86.8 | 12% | $ 707.8 | $ 449.1 | $ 50.4 | 13% | $ 398.7 |
| Foreign exchange effects | 47.8 | | | | 29.2 | | | |
| Revenue excluding foreign exchange effects | $ 842.3 | $ 134.6 | 19% | $ 707.8 | $ 478.3 | $ 79.6 | 20% | $ 398.7 |
|  | Three Months Ended March 31, | | | | Three Months Ended March 31, | | | |
|  | 2022 | $ Change | % Change | 2021 | 2022 | $ Change | % Change | 2021 |
| Revenue, as reported | $ 798.6 | $ 131.0 | 20% | $ 667.6 | $ 441.0 | $ 67.7 | 18% | $ 373.3 |
| Foreign exchange effects | 26.2 | | | | 17.7 | | | |
| Revenue excluding foreign exchange effects | $ 824.8 | $ 157.2 | 24% | $ 667.6 | $ 458.7 | $ 85.4 | 23% | $ 373.3 |
|  | Three Months Ended December 31, | | | | Three Months Ended December 31, | | | |
|  | 2021 | $ Change | % Change | 2020 | 2021 | $ Change | % Change | 2020 |
| Revenue, as reported | $ 806.1 | $ 154.7 | 24% | $ 651.4 | $ 443.7 | $ 82.5 | 23% | $ 361.2 |
| Foreign exchange effects | 11.9 | | | | 7.2 | | | |
| Revenue excluding foreign exchange effects | $ 817.9 | $ 166.5 | 26% | $ 651.4 | $ 450.9 | $ 89.7 | 25% | $ 361.2 |
|  | Three Months Ended September 30, | | | | Three Months Ended September 30, | | | |
|  | 2021 | $ Change | % Change | 2020 | 2021 | $ Change | % Change | 2020 |
| Revenue, as reported | $ 801.8 | $ 162.1 | 25% | $ 639.8 | $ 434.0 | $ 73.0 | 20% | $ 360.9 |
| Foreign exchange effects | (3.8) | | | | (3.5) | | | |
| Revenue excluding foreign exchange effects | $ 798.1 | $ 158.4 | 25% | $ 639.8 | $ 430.5 | $ 69.5 | 19% | $ 360.9 |

 MatchGroup

# *Dilutive Securities*

Match Group has various tranches of dilutive securities. The table below details these securities and their potentially dilutive impact (shares in millions; rounding differences may occur).

| | Average Exercise Price | 7/29/2022 |
|---|---|---|
| Share Price | | **$73.31** |
| Absolute Shares | | **283.0** |
| | | |
| Vested Options | $20.46 | 2.6 |
| **Unvested Options and Awards** | | |
| Unvested Options | $33.62 | 0.1 |
| RSUs and subsidiary denominated equity awards | | 5.8 |
| **Total Dilution - Unvested Options and Awards** | | **5.9** |
| **Outstanding Warrants** | | |
| Warrants expiring on January 1, 2023 (1.9 million outstanding) | $68.22 | 0.1 |
| Warrants expiring on September 15, 2026 (6.6 million outstanding) | $134.76 | — |
| Warrants expiring on April 15, 2030 (6.8 million outstanding) | $134.82 | — |
| **Total Dilution - Outstanding Warrants** | | **0.1** |
| | | |
| **Total Dilution** | | **8.6** |
| % Dilution | | 2.9% |
| **Total Diluted Shares Outstanding** | | **291.6** |

The dilutive securities presentation above is calculated using the methods and assumptions described below; these are different from GAAP dilution, which is calculated based on the treasury stock method.

**Options** — The table above assumes the option exercise price is used to repurchase Match Group shares.

**RSUs and subsidiary denominated equity awards** — The table above assumes RSUs are fully dilutive. All performance-based and market-based awards reflect the expected shares that will vest based on current performance or market estimates. The table assumes no change in the fair value estimate of the subsidiary denominated equity awards from the values used for GAAP purposes at June 30, 2022.

**Exchangeable Senior Notes** — The Company has three series of Exchangeable Senior Notes outstanding. In the event of an exchange, each series of Exchangeable Senior Notes can be settled in cash, shares, or a combination of cash and shares. At the time of each Exchangeable Senior Notes issuance, the Company purchased call options with a strike price equal to the exchange price of each series of Exchangeable Senior Notes ("Note Hedge"), which can be used to offset the dilution of each series of the Exchangeable Senior Notes. No dilution is reflected in the table above for any of the Exchangeable Senior Notes, of which only the 2022 Exchangeable Notes are currently exchangeable, because it is the Company's intention to settle the Exchangeable Senior Notes with cash equal to the face amount of the notes; any shares issued would be offset by shares received upon exercise of the Note Hedge.

**Warrants** — At the time of the issuance of each series of Exchangeable Senior Notes, the Company also sold warrants for the number of shares with the strike prices reflected in the table above. The cash generated from the exercise of the warrants is assumed to be used to repurchase Match Group shares and the resulting net dilution, if any, is reflected in the table above.

 MatchGroup

# Non-GAAP Financial Measures

Match Group reports Adjusted Operating Income, Adjusted Operating Income Margin, Free Cash Flow, Free Cash Flow Conversion Rate, and Revenue Excluding Foreign Exchange Effects, all of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). The Adjusted Operating Income, Adjusted Operating Income Margin, Free Cash Flow, and Free Cash Flow Conversion Rate measures are among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue Excluding Foreign Exchange Effects provides a comparable framework for assessing the performance of our business without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments between the GAAP and non-GAAP measures, which we describe below. Interim results are not necessarily indicative of the results that may be expected for a full year.

## Definitions of Non-GAAP Measures

**Adjusted Operating Income** is defined as operating (loss) income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements, as applicable. We believe Adjusted Operating Income is useful to analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted Operating Income measure because they are non-cash in nature. Adjusted Operating Income has certain limitations because it excludes certain expenses.

**Adjusted Operating income Margin** is defined as Adjusted Operating Income divided by revenues. We believe Adjusted Operating Income Margin is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. Adjusted Operating Income margin has certain limitations in that it does not take into account the impact to our consolidated statement of operations of certain expenses.

**Free Cash Flow** is defined as net cash provided by operating activities, less capital expenditures. We believe Free Cash Flow is useful to investors because it represents the cash that our operating businesses generate, before taking into account non-operational cash movements. Free Cash Flow has certain limitations in that it does not represent the total increase or decrease in the cash balance for the period, nor does it represent the residual cash flow for discretionary expenditures. Therefore, we think it is important to evaluate Free Cash Flow along with our consolidated statement of cash flows.

We look at Free Cash Flow as a measure of the strength and performance of our businesses, not for valuation purposes. In our view, applying "multiples" to Free Cash Flow is inappropriate because it is subject to timing, seasonality and one-time events. We manage our business for cash and we think it is of utmost importance to maximize cash – but our primary valuation metric is Adjusted Operating Income.

**Free Cash Flow Conversion Rate i**s defined as Free Cash Flow divided by Adjusted Operating Income. We believe Free Cash Flow Conversion Rate is useful for analysts and investors as this measure allows for a more meaningful comparison between our performance and that of our competitors. Free Cash Flow Conversion Rate has certain limitations in that it does not represent the total increase or decrease in the cash balance for the quarter, it does not represent the residual cash flow for discretionary expenditures, and it does not take into account the impact of certain expenses to our consolidated statement of operations.

**Revenue Excluding Foreign Exchange Effects** is calculated by translating current period revenues using prior period exchange rates. The percentage change in Revenue Excluding Foreign Exchange Effects is calculated by determining the change in current period revenues over prior period revenues where current period revenues are translated using prior period exchange rates. We believe the impact of foreign exchange rates on Match Group, due to its global reach, may be an important factor in understanding period over period comparisons if movement in rates is significant. Since our results are reported in U.S. dollars, international revenues are favorably impacted as the U.S. dollar weakens relative to other currencies, and unfavorably impacted as the U.S. dollar strengthens relative to other currencies. We believe the presentation of revenue excluding foreign exchange effects in addition to reported revenue helps improve the ability to understand Match Group's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.



# *Non-Cash Expenses That Are Excluded From Our Non-GAAP Measures*

**Stock-based compensation expense** consists principally of expense associated with the grants of stock options, RSUs, performance-based RSUs and market-based awards. These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method; however, performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period). To the extent stock-based awards are settled on a net basis, we remit the required tax-withholding amounts from our current funds.

**Depreciation** is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives, or, in the case of leasehold improvements, the lease term, if shorter.

**Amortization of intangible assets and impairments of goodwill and intangible assets** are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names and technology, are valued and amortized over their estimated lives. Value is also assigned to (i) acquired indefinite-lived intangible assets, which consist of trade names and trademarks, and (ii) goodwill, which are not subject to amortization. An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value. We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

**Gains and losses recognized on changes in the fair value of contingent consideration arrangements** are accounting adjustments to report contingent consideration liabilities at fair value. These adjustments can be highly variable and are excluded from our assessment of performance because they are considered non-operational in nature and, therefore, are not indicative of current or future performance or the ongoing cost of doing business

# *Additional Definitions*

**Americas** includes North America, Central America, South America, and the Caribbean islands.

**Europe** includes continental Europe, the British Isles, Iceland, Greenland, and Russia, but excludes Turkey (which is included in APAC and Other).

**APAC and Other** includes Asia, Australia, the Pacific islands, the Middle East, and Africa.

**Direct Revenue** is revenue that is received directly from end users of our services and includes both subscription and à la carte revenue.

**Indirect Revenue** is revenue that is not received directly from end users of our services, substantially all of which is advertising revenue.

**Payers** are unique users at a brand level in a given month from whom we earned Direct Revenue. When presented as a quarter-to-date or year-to-date value, Payers represents the average of the monthly values for the respective period presented. At a consolidated level, duplicate Payers may exist when we earn revenue from the same individual at multiple brands in a given month, as we are unable to identify unique individuals across brands in the Match Group portfolio.

**Revenue Per Payer (“RPP”)** is the average monthly revenue earned from a Payer and is Direct Revenue for a period divided by the Payers in the period, further divided by the number of months in the period.

**Leverage on a gross basis** is calculated as principal debt balance divided by Adjusted Operating Income for the period referenced.

**Leverage on a net basis** is calculated as principal debt balance less cash and cash equivalents and short-term investments divided by Adjusted Operating Income for the period referenced.

 MatchGroup

# *Other Information*

## *Safe Harbor Statement Under the Private Securities Litigation Reform Act of 1995*

This letter and our conference call, which will be held at 8:30 a.m. Eastern Time on August 3, 2022, may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. All statements that are not historical facts are "forward looking statements." The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends, and other similar matters. These forward-looking statements are based on management's current expectations and assumptions about future events, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict. Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing services, our ability to attract users to our services through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our services through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions, certain risks relating to our relationship with IAC post-separation, the impact of the outbreak of COVID-19 coronavirus, the risks inherent in separating Match Group from IAC, including uncertainties related to, among other things, the expected benefits of the separation, any litigation arising out of or relating to the transaction, the tax treatment of the transaction, and the impact of the separation on the businesses of Match Group, and uncertainties related to the acquisition of Hyperconnect, including, among other things, the expected benefits of the transaction, any litigation arising out of or relating to the transaction, and the impact of the transaction on the businesses of Match Group. Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this letter. Match Group does not undertake to update these forward-looking statements.

## *About Match Group*

Match Group (NASDAQ: MTCH), through its portfolio companies, is a leading provider of digital technologies designed to help people make meaningful connections. Our global portfolio of brands includes Tinder®, Match®, Hinge®, Meetic®, OkCupid®, Pairs™, PlentyOfFish®, OurTime®, Azar®, Hakuna Live™, and more, each built to increase our users' likelihood of connecting with others. Through our trusted brands, we provide tailored services to meet the varying preferences of our users. Our services are available in over 40 languages to our users all over the world.

## *Contact Us*

**Tanny Shelburne**
Match Group Investor Relations
ir@match.com

**Justine Sacco**
Match Group Corporate Communications
matchgroupPR@match.com

**Match Group**
8750 North Central Expressway, Dallas, TX 75231. (214) 576-9352. https://mtch.com





# EXHIBIT F

REFINITIV STREETEVENTS

EDITED TRANSCRIPT
Q2 2022 Match Group Inc Earnings Call

EVENT DATE/TIME: AUGUST 03, 2022 / 12:30PM GMT

**REFINITIV** 

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

## CORPORATE PARTICIPANTS

**Bernard Kim** *Match Group, Inc. - CEO & Director*
**Gary Swidler** *Match Group, Inc. - COO & CFO*
**Tanny Shelburne**

## CONFERENCE CALL PARTICIPANTS

**Alexandra Christine Kasper Steiger** *Goldman Sachs Group, Inc., Research Division - Research Analyst*
**Benjamin Thomas Black** *Deutsche Bank AG, Research Division - Research Analyst*
**Brent John Thill** *Jefferies LLC, Research Division - Equity Analyst*
**Cory Alan Carpenter** *JPMorgan Chase & Co, Research Division - Analyst*
**Jason Stuart Helfstein** *Oppenheimer & Co. Inc., Research Division - MD & Senior Internet Analyst*
**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*
**Lauren Elizabeth Cassel Schenk** *Morgan Stanley, Research Division - Equity Analyst*
**Shweta R. Khajuria** *Evercore ISI Institutional Equities, Research Division - Analyst*
**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*
**Youssef Houssaini Squali** *Truist Securities, Inc., Research Division - MD & Senior Analyst*

## PRESENTATION

**Operator**

Good morning, and welcome to the Match Group's Second Quarter 2022 Earnings Conference Call. (Operator Instructions) Please note, this event is being recorded. I would now like to turn the conference over to Tanny Shelburne, SVP of Investor Relations. Please go ahead.

**Tanny Shelburne**

Thank you, operator, and good morning, everyone. Today's call will be led by CEO, Bernard Kim; and CFO and COO, Gary Swidler. They'll make a few brief remarks, and then we'll open it up for questions.

Before we start, I need to remind everyone that during this call, we may discuss our outlook and future performance. These forward-looking statements may be preceded by words such as we expect, we believe, we anticipate or similar statements. These statements are subject to risks and uncertainties, and our actual results could differ materially from the views expressed today. Some of these risks have been set forth in our earnings release and our periodic reports filed with the SEC.

With that, I'd like to turn the call over to BK.

**Bernard Kim** *Match Group, Inc. - CEO & Director*

Thanks, Tanny. Good morning, everyone, and thank you for joining today's call. This is my first earnings call as Match Group's CEO, and I want to start off by thanking everyone at the company for such a warm welcome. I truly believe that love, connections and relationships are the pillars to a happy and fulfilling life. I'm elated to work with the team that's responsible for creating joy through connecting millions of people around the world.

I've been on the job for 2 months, and I've been fortunate enough to travel to many of our global offices with Gary and the rest of the management team.

At each stop, I've conducted All Hands "Ask-me-Anything" meetings to convey what I will bring to the table and what I expect from the team in return. As I told my colleagues, I'm passionate about people, culture and product. I promised the teams that I will always be authentic, honest and act with integrity. And I expect our employees to bring those same values to work every day.

I've been learning as much as possible about our business, assessing what's working and what's not and beginning to build our strategy. I'm very impressed by the team's experience and their growth mindset as well as strong financial discipline. This balance will serve us well as we forge ahead.

I also want to thank Gary, who's been a great partner during my onboarding. As COO and CFO, he's made key strategic recommendations that we see eye to eye on, and we've been able to move quickly and decisively to unlock value across the portfolio and

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

set up the next phase of growth.

There's no doubt that there are challenging macroeconomic factors at play. Over the past 2.5 years, people have been forced to isolate, then adjust to society reopening and I don't believe the behavioral impacts of COVID are fully understood yet.

But what I do know is that human, real-world connections are imperative. And our apps are the best way to create those connections. It's our responsibility to innovate and provide the best experiences, and that creates the real opportunity for our business.

In our shareholder letter, I was able to share my initial observations about the business, market opportunity and our portfolio of products. I also touched upon my management style, noting that we have to be decisive and set up the right teams with long-term growth in mind. In 2 months, we've made immediate steps to unlock and maximize Tinder's true long-term potential.

Tinder is the go-to app in the industry. Available in 190 countries, in over 40 languages, it is a global phenomenon that has transformed dating culture in Western markets over the past 10 years, and it's still early in its journey in non-Western markets. I believe that innovating Tinder will only enhance its ability to continue to transform the dating experience for the next generation of singles around the world.

With the current Tinder CEO stepping down, I've put a new leadership team in place who will report directly to me, while I lead the recruiting efforts for a new CEO. This team has a great working dynamic that's already apparent and brings proven expertise to Tinder's next phase of growth. They're passionate, strategic leaders who are also able to get into the trenches, experiment, lead by example and get things done. I'm confident that this new team will work well together to build product and enhancements and innovation.

But I do want to acknowledge that there have been some misfires and turnover on the team that have led to delays in product and execution in the first half of the year. I believe that our new team can right that ship, but it will take some time to execute and build momentum.

I've been impressed by the diversified dating experiences throughout the portfolio. As part of Match Group, Hinge has been a breakout star. The team has executed on building a strong brand, including their "Designed to be Deleted" campaign that resonates with our user base. They have elegant, differentiated product that I believe will be just as successful in international markets as they have been in English speaking ones.

While our other brands continue to face their own challenges, I'm working closely with the teams to ensure that we're organized to tackle them and set up the brands for long-term success.

While the Hyperconnect acquisition has not gone to plan in our first year, we finalized the acquisition during lockdowns. My trip to Korea last month was the first time the teams were able to sit down together since we completed the deal. Their core products have struggled with increased competition and adjusting to the elimination of IDFA. But the team is strong, and I've been impressed by the entrepreneurial spirit and innovation.

The Hyperconnect team has built technologies that have been introduced in our products around the world. This collaboration is something that I expect to see more of across our teams.

We continue to increase adoption and acceptance of our products in markets like Japan. We have a team on the ground ensuring our 2 products, Tinder and Pairs, have marketing messages that are resonating with our users. In our other Established Brands, we are ensuring rightsizing marketing spend to ensure long-term profitability.

And when we think about new opportunities and demographics to serve, we found a great business in The League. Their founder and CEO, Amanda Bradford, has built a brand that people love and continue to return to. We've been impressed by The League's user base as they are willing to pay significant premiums for this service.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

From my experience, product innovation always drives user adoption and engagement. We have great products. But I want to speed up product delivery, bring new dynamic features to life and set big audacious goals. At Tinder, we need some time to regain product momentum. I'm committed to product innovation that will give our users more reasons to come back more often and for new singles to sign up and start dating.

This is only my 63rd day on the job. But over the next few months, I'll be building out more plans as Gary and I continue to work with the teams, and on future calls I will share more details about our developing strategy.

The team's understanding and execution on building subscription models is unparalleled. I bring expertise on the a la carte side of the business, which will be a great complement to our products. We will push our teams to innovate, collaborate and drive more growth on our platforms in the future.

I bet on people and feel great about the team's ability to transform the way people connect with others around the world. Together, I expect we will drive long-term shareholder value, be decisive and always strive to win.

And with that, I'll turn it over to Gary.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Thanks, BK, and hello, everyone. I'm excited for my and BK's first call together. There is a lot to cover this quarter, so I'm going to get right into it.

We had a solid Q2 with total revenue of $795 million, up 12% year-over-year. The Q2 FX headwinds were severe, as our revenue would have been $842 million, up 19% year-over-year on an FX-neutral basis. The FX impact in Q2 was $13 million worse than what we expected when we provided our Q2 outlook on our May earnings call.

Our Direct Revenue grew 12% year-over-year. It grew 9% year-over-year in the Americas, with strength at Tinder, Hinge, BLK and Chispa, coupled with declines at the Established Brands. It grew 6% year-over-year in Europe but 19% on an FX-neutral basis. Europe continues to be impacted by the war in Ukraine as well. Direct Revenue grew 32% in APAC and Other, 49% on an FX-neutral basis, driven by Hyperconnect.

Total Payers were 16.4 million, an increase of 10% from the prior year quarter. Payers were up 4% year-over-year in the Americas, 5% in Europe and 32% in APAC and Other, which was aided by the acquisition of Hyperconnect. Tinder Payer additions came in stronger than we had expected, while our Established Brands, including Match and Match Affinity brands, Meetic, OkCupid and Plenty of Fish saw year-over-year Payer declines of over 10% in aggregate.

RPP was up 3% year-over-year to $15.86 in Q2. RPP was up 5% in the Americas, reflecting higher average rates for subscriptions and increased average a la carte purchases at Tinder and Hinge. RPP was up 1% in Europe, where contributions from Tinder and Hyperconnect were partially offset by the strength of the dollar compared to the euro and the British pound. RPP was flat in APAC and Other, where contributions from Hyperconnect were offset by the strength of the dollar relative to the yen and lira. On an FX-neutral basis, RPP was up 9% company-wide and 13% in both Europe and APAC and Other.

Tinder performed well in the quarter, delivering Direct Revenue of $449 million, up 13% year-over-year, 20% on an FX-neutral basis. Tinder had Payers growth of 14% year-over-year, adding 1.3 million Payers to 10.9 million, and a 1% RPP decline year-over-year in the quarter, which again shows the impact of FX. Tinder RPP was up 5% on an FX-neutral basis.

All other brands grew Direct Revenue 12% year-over-year in Q2, driven by 10% RPP growth and 2% Payers growth. Hinge, BLK and Chispa continued to drive the growth.

Some of the pressure on our Established Brands' Payers and Direct Revenue in the quarter was attributable to difficulties finding marketing opportunities that met our ROI thresholds.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

There were a couple of other specific trends as well. At Plenty of Fish, which tends to serve a lower income demographic, users had benefited from COVID-related government stimulus in Q2 '21, but we saw weaker Payer and RPP trends in Q2 2022 as the benefits of the stimulus abated. The Match brand saw some lingering impacts from its new business model, and Meetic saw some conversion softness.

In Asia, Hyperconnect contributed as we expected in Q2, but its revenue was heavily impacted by FX, especially against the Turkish lira and the Japanese yen, as well as by typical Ramadan-related seasonality. Pairs in Japan saw a burst of new user strength after COVID restrictions were lifted, but only a modest sustained improvement in revenue and other trends in Q2.

Indirect revenue was $14 million in the quarter, up 7% year-over-year, as we continued to see strong demand for ads in our products and rates increased year-over-year.

We had a $10 million operating loss in Q2, as the intangibles primarily related to the Azar and Hakuna trade names were impaired by $217 million, or roughly half the intangibles that were attributed to them at the time of the acquisition. The impairment stems from a lower financial outlook for the 2 apps, including FX impacts in certain of Hyperconnect's key markets, as well as the use of higher discount rates in the DCF calculations given rising interest rates generally.

Adjusted Operating Income grew 9% year-over-year to $286 million, representing a margin of 36%.

Overall expenses, including SBC expense, grew 62% year-over-year in Q2, but were only up 9%, excluding Hyperconnect. Excluding the impact of Hyperconnect, cost of revenue grew 14% year-over-year, primarily due to higher app store fees, including the initial $5 million amount placed into escrow related to the Google litigation. Cost of revenue represented 29% of total revenue.

Sales and marketing spend, excluding Hyperconnect, decreased $13 million or 10% year-over-year, the second straight quarter where we saw a year-over-year reduction as we continue to reduce marketing spend in our more Established Brands and to show ROI discipline overall. Sales and marketing spend was down 3 points year-over-year as a percentage of total revenue to 15%. For the first half of the year, sales and marketing spend ex Hyperconnect declined $21 million year-over-year.

G&A expense, excluding Hyperconnect, rose $3 million or 3% year-over-year. G&A comprised 14% of revenue, unchanged from the prior year. The increase in G&A expense reflects lower legal fees and an increase in travel expenses as we continue to return to a more normal cadence of business travel.

Product development costs excluding Hyperconnect grew 51% year-over-year and were 10% of revenue, as we increased headcount, particularly at Tinder and Hinge, in a highly competitive labor market.

Our gross leverage declined to 3.5x trailing Adjusted Operating Income, and our net leverage was 3x at the end of Q2. These leverage levels reflect the payment of $441 million related to the settlement of the former Tinder employee lawsuits and arbitrations. Those matters are now resolved.

We ended the quarter with $473 million of cash, cash equivalents and short-term investments on hand.

We deployed approximately $216 million in Q2 to buy back approximately 3 million of our shares at a VWAP of just over $73 per share on a trade date basis. We currently have approximately 9.3 million shares remaining under our buyback authorization.

As we stated in the letter, there are a number of key factors affecting our performance and outlook. The first is FX, which significantly affected the first half of the year and we expect will impact the second half of the year as well. We used the forward curve to provide our outlook, and the curve has consistently underestimated the dollar strength this year, which is largely why we have been behind our outlooks for Q1 and Q2.

Leaving aside FX impacts, it's become clear that COVID created some unusual trends in our business. The Established Brands benefited

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

5

from a less competitive marketing environment in the early days of COVID, which drove incremental growth, and their users also benefited from savings and government stimulus payments, which buttressed monetization. As these factors have abated, these businesses once again face growth challenges.

Tinder experienced a very strong second half of 2021 as people began to socialize more after being vaccinated. Additionally, Tinder made several beneficial paywall and other optimizations in Q3 '21, which drove record sequential Payer additions and strong revenue in that quarter. We're now lapping these challenging comps. Moreover, some of the Tinder product initiatives and optimizations that we've been counting on for revenue growth in the second half of 2022 are not delivering as we'd expected and were delaying some launches.

Our Plenty of Fish live streaming business is showing a slowdown in revenue growth after a period of strength, in part driven by stimulus-induced spending. And we haven't seen a sustained rebound in performance in Japan, where daters remain reluctant and COVID cases continue to rise. Taken together, these factors lead us to expect relatively muted revenue growth for the second half of 2022.

On the cost side, we're feeling the financial impacts of the tight labor market, which caused us to raise compensation levels, as well as a marketing environment which is not yet fully adjusted to the economic realities. As such, we've significantly slowed our hiring and are sticking to our ROI discipline in our marketing spend, even at the expense of some revenue growth.

The App Store fees also continue to be a headwind. App Store fees, including the escrow amount related to the Google Play Store, were 19.5% of our revenues in Q2 '22, up over 2 points from Q1 2020. We remain optimistic that the app stores will be required to adjust their policies as the DMA in Europe goes into effect in 2023, and we prevail in our lawsuit against Google in the U.S., which should create a much fairer app ecosystem for all.

For Q3, we expect total revenue for Match Group of $790 million to $800 million, essentially flat year-over-year. We anticipate over $60 million of year-over-year FX headwinds in Q3, meaning that total revenue growth would be over 8 points higher on an FX-neutral basis.

We expect Tinder's Direct Revenue to be up mid-single digits, low teens on an FX-neutral basis, in Q3 while All Other Brands' Direct Revenue is expected to be down mid-single digits, but up low single digits on an FX-neutral basis. We expect Hinge, BLK and Chispa will continue to drive the growth, helping offset declines at the Established Brands.

We expect Adjusted Operating Income of $255 million to $260 million in Q3, representing margins of about 32% at the midpoint of the ranges. We expect lower year-over-year sales and marketing spend and a much lower year-over-year growth rate in product and development than in Q2 2022, and a continued increase in App Store fees. The lower-than-expected revenue contribution from Tinder, which is our highest margin business, has a meaningful negative effect on our overall company margins.

For the full year, we're now estimating $195 million of year-over-year FX impacts, which is $72 million more than at our last earnings call and $163 million more than when we first gave our thoughts about 2022 back in November of 2021. We estimate FX is causing a 6-point reduction in year-over-year revenue growth for full year 2022, 2 points worse than at the time of our last earnings call.

For Q4, we expect limited improvement in our year-over-year top-line growth rate and modest improvement in AOI margins compared to Q3. While we expect the second half of the year to be below our growth targets, we believe the company remains positioned to deliver accelerating revenue growth as we move through 2023, driven by improved product execution at Tinder.

The biggest unknown we face relates to the macroeconomic environment and its impact on our business. The consumer is facing significant pressure from rising gas and food prices, constraining purchasing power. Our product is a small purchase and one that leads to happiness, so consumers are loath to stop or reduce it. If the economy continues to worsen, we expect our business to remain resilient, but we may see modest effects at some of our brands, particularly those that cater to lower income consumers.

We believe subscriptions, which constitute the vast majority of our revenue, will remain sticky, but it's possible consumers will pull back modestly on a la carte purchases, which tend to be more discretionary. We expect our Hinge business to remain largely immune from

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

overall consumer spending pullbacks given its more affluent user base, and have seen no impact to date. We'll continue to monitor these trends and provide an update on our next earnings call.

Our category provides ample runway for growth, which we can achieve by growing users and by increasing payer penetration and RPP. It is up to us to execute on the opportunities. The recent changes we've made at Tinder should better position us to perform the way we have historically. While the business is facing some temporary challenges, we will remain disciplined on costs, especially in marketing and hiring. Our longer-term prospects remain bright, and our goal remains to deliver strong, consistent growth and profitability for our shareholders. We believe our combination of growth and profitability, as well as our free cash flow generation, is one that few other companies can achieve.

With that, I'll ask the operator to open the line for questions.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Our first question comes from Shweta Khajuria with Evercore ISI.

**Shweta R. Khajuria** *Evercore ISI Institutional Equities, Research Division - Analyst*

BK, let me try a question on Tinder, please. So what are you looking for in the new Tinder CEO? And why has there been this much turnover in CEOs?

**Bernard Kim** *Match Group, Inc. - CEO & Director*

Thanks, Shweta, for the question. First of all, I wasn't expecting to have to manage a CEO transition so early in my tenure, and I know it's not ideal to have 2 Tinder CEOs in 2 years. But with Renate's departure, I wanted to act quickly and be decisive and put in a team that I felt confident in. We've assembled a team of all-stars from Tinder and Match Group, and we also brought in Mark as CPO, who I've known for over 15 years. Faye is moving into a newly formed position of COO of Tinder and will improve execution across the entire organization. Tom has done a great job leading engineering for the last 5 years at Tinder and we're delighted that he's going to continue to lead our engineering teams. Melissa is an award-winning CMO, who's done great things at OkCupid, and we're really happy that she is bringing her expertise to our biggest business. And Mark joined Tinder 1 week after I joined Match Group, and he's my top choice to lead product as I've worked with him at Electronic Arts and have admired his accomplishments leading product teams.

This team in place is already working really well together and driving the business forward. And we think the new CEO, once in place, is going to really enjoy working with this strong team. When it comes to finding the new CEO, first and foremost, I want to break the cycle of short-tenured leaders at Tinder. I want someone who's a experienced, creative leader that inspires and motivates team, but is also aligned with our growth vision for the business. I will be personally leading this search. But in the meantime, I'm really excited to immerse myself in Los Angeles with the Tinder team. With leadership change comes tremendous opportunity, and I really look forward to taking this team and Tinder to the next level of growth.

**Operator**

Our next question comes from Cory Carpenter with JPMorgan.

**Cory Alan Carpenter** *JPMorgan Chase & Co, Research Division - Analyst*

Sticking with Tinder, in the shareholder letter and the prepared remarks, you talked a lot about disappointing execution. So our question is, could you just talk about what went wrong at Tinder? And how quickly you think it can be turned around?

**Bernard Kim** *Match Group, Inc. - CEO & Director*

Thanks so much, Cory, for the question. Tinder did not deliver on its product roadmap for the first half of the year. And execution on a number of initiatives have been delayed that we were counting on for growth in Q3 and Q4. Typically, Tinder works on big initiatives on the first half of the year that materialize in Payer and revenue growth in the second half of the year. But that didn't happen this time around. So we don't expect the same revenue bump that we typically see.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

As an example, a lot of time was spent building Explore. It's a strong gateway with high engagement, but we haven't succeeded yet on innovating the user experience and then also building monetization features to maximize its potential. I do believe that there is a lot of market opportunity and great product ideas at Tinder, but it's all about execution. I think now, with the new team in place, I feel confident that we will deliver on the product roadmap, and it gives me a lot of optimism that this is all fixable and a short-term problem for Tinder.

**Operator**

Our next question comes from John Blackledge with Cowen.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - Head of Internet Research, MD & Senior Research Analyst*

On the 3Q revenue guide, maybe this one for Gary, can you provide kind of more color on the puts and takes of the 3Q revenue guide and also thoughts on 4Q revenue growth and your confidence in the expected revenue reacceleration in 2023?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Sure, John. I'm happy to take it. Thanks for the question. Here's the way that I kind of think about the back half of the year generally, Q3 and Q4, which is between what we expect to deliver now for the back half of the year and versus what would have resulted in our hitting our recent guidance, which was low-end of the 15% to 20% range for 2022. There's a gap there, and it really results from 3 areas.

The first, which is about 1/3 of the gap, is from additional FX headwinds. We talked a lot in the prepared remarks about how much that has gotten more severe. And so about 1/3 of the gap comes from that. Of the rest, about half of the rest or 1/3 of the total comes from what BK just talked about, which is Tinder missed execution and the lack of delivery of initiatives, not having hit product roadmap and delivered as we expected in the first half of the year.

And the other piece comes from a variety of other factors across the business: weakness in APAC, especially Japan; weakness in live streaming and to the Established Brands; and generally, some effects of macro weakness, we think, might be in that bucket as well. So those are the 3 buckets which, of the total gap, I think each account for about 1/3.

And now while we're not expecting much improvement in Q4 compared to Q3, we do expect momentum to build after that and to carry over and improve as we move through 2023.

**Operator**

Our next question comes from Alexandra Steiger with Goldman Sachs.

**Alexandra Christine Kasper Steiger** *Goldman Sachs Group, Inc., Research Division - Research Analyst*

Two on Hinge, if I can. So despite the accelerated launch timeline, you reiterated $300 million in revenue contribution for this year. Could you maybe help us understand how you think about the monetization ramp into the second half of this year and also in terms of revenue growth next year given the faster rollout? And then second, could you maybe give us a sense of like where we sit in terms of Hinge margin trajectory and the cadence of investments going forward?

**Bernard Kim** *Match Group, Inc. - CEO & Director*

Hinge has been very successful in many markets already, and we've created great user experience that intentioned singles love. We've seen it excel in marketing and product development, driven by Hinge's awesome team and culture, coupled with Match's expertise. Hinge has great momentum, and I see 2 vectors for accelerating Hinge's growth.

One, there's still ample runway on monetization and user growth in core markets as we continue to roll out features and marketing campaigns to drive this growth. For example, we're really excited about the next monetization feature, which is a premium subscription tier.

Second is capitalizing on product market fit that Hinge has created and translating that into as many markets as fast as we can. This will

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

help accelerated international expansion, which will drive stronger revenue growth in 2023 and beyond. I think the combination of these 2 growth opportunities set up Hinge for multiple years of strong revenue growth.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

And let me jump in on the margin question. I want to point out a couple of things as it relates to Hinge and margins. The first thing is, while we are being very judicious and cautious about marketing spend across the company as well as on hiring now and going forward, we recognize that Hinge is the brightest spot in the portfolio. And it is our strongest growth business. It's a very important business to us. And we are going to continue to invest at the right levels in that business, both on the marketing side as well as in product and development and people. So we're being judicious, but we're being thoughtful. And we want to make sure Hinge has the resources it needs to continue on its growth trajectory.

And I don't see issues there in terms of the way we are treating expenses as it relates to marketing or headcount. I think Hinge has the resources to continue to grow exactly as we're planning for it to grow. So I want to make sure people understand the nuances there and the distinctions between businesses that are struggling more to grow, where we're going to be more judicious on marketing and hiring versus a business like Hinge, which is growing strongly and we're investing in.

As far as what kind of margins we can achieve, I think that we are still very smart and efficient with our marketing spend. We are spending where we see traction in the business, like now in a market like Germany. We see the organic traction, we're investing into it with marketing spend. That has been our playbook and continues to be our playbook at Hinge. And we think that Hinge is already in position to achieve margins that are close to the company levels of margin. And we think that, that's what Hinge can achieve over time. And so we don't think Hinge will be a drag on our margins.

We think that Hinge will contribute nicely to the overall company margins and still grow at the levels that we've been talking about as we've been providing our outlook, which, as we say, is 50% [growth] (added by company after the call) for this year, and we think will be very strong into 2023 as well. So hopefully, that answers your questions.

Can we go to the next one, please, operator?

**Operator**

Our next question comes from Benjamin Black with Deutsche Bank.

**Benjamin Thomas Black** *Deutsche Bank AG, Research Division - Research Analyst*

So in the past, you've been a mid-teens sort of high teens revenue growth company. I understood that there's some volatility in '22, given the leadership changes and the challenges around sort of the product rollout. But when we look to '23, how should we be thinking about the growth algorithm? And what gives you the confidence in returning to more meaningful growth?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Sure. Let me jump in and take that, and thanks for the question. And as I talked about a little bit with the answer to John's question as well about 2023, so I'll try to weave that together. First of all, I want to say off the bat, we remain confident that this business can return to mid- to high-teens revenue growth. There's a lot of opportunity for us, and it really comes down to execution. And right now, we didn't execute as we needed to and as we expected to in the first part of the year. So we need a few quarters to rebuild the momentum in the business. And as BK has talked about extensively, in particular, we need a few quarters to get the Tinder team to improve their overall execution and deliver on their product roadmap.

And so as you know, as that takes place, we need to build back into stronger and stronger growth. And I think that will happen as we move into and then through 2023 at a measured pace in terms of improving the growth. Obviously, our goal is to deliver more than that, but our goal is to at least deliver strong and improving growth as we move through the quarter, starting in 2023.

We will provide more details and specifics on what I think we can deliver for 2023 in the upcoming calls, as is our custom. So we'll give you a better sense of what exactly the cadence is going to be like and what levels we think we can get to. But our goal is to get back to

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

where we have been. We think there's opportunity to do that. And as long as we execute, and in particular, the Tinder team executes on that, we do think we will get there.

**Operator**

Our next question comes from Lauren Schenk with Morgan Stanley.

**Lauren Elizabeth Cassel Schenk** *Morgan Stanley, Research Division - Equity Analyst*

Great. I wanted to ask about Tinder coins. What aspects of that product testing were disappointing relative to your expectations? And then curious as to why that sounds like it's the primary driver of the weaker second half outlook at Tinder. I think previously, you said there wasn't much of any benefit from those new products in the back half. So kind of bridge the gap there. And then just lastly, on the shorter term subscription packages, the day pass, weekly pass, any other commentary there.

**Bernard Kim** *Match Group, Inc. - CEO & Director*

Thanks. I can take that one. Lauren, thanks for the great questions. I feel confident that coins and virtual goods are a compelling offering in Tinder and can lead to significant monetization of power users, who I believe are currently under-monetized. Mark and I have spent most of our career in gaming, focusing on building such ecosystems, and we bring this expertise to the table. I love the idea of virtual goods and currency in Tinder, but I believe it hasn't been approached in a completely logical way.

For instance, my experience in gaming, demand for virtual goods and collectibles are rolled out first, and then you launch the currency to get these items later. While it's frustrating to pause the efforts, I think it's super important that Mark and I deliver the right value proposition, so this can be a long-term revenue stream.

In terms of your question around shorter-term subscription packages, historically, Match Group has not offered these. But we are going to start testing a variety of short-term subscriptions at different price points to see what works. We plan our initial rollout of these programs this upcoming fall.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

And then maybe I can just jump in on the second-half outlook. I want to clarify something that you said, that implies we are counting on coins or even virtual goods for the second half delivery of our revenue targets. And that isn't the case. There wasn't much, if anything, baked into the second half outlook around coins and virtual goods. So the fact that we're delaying that is not the driver of the shortfall versus our expectations for the second half. But there were a series of other less keynote kind of initiatives and optimizations that were expected in the first half of 2022 to help us deliver the second half revenue, and also more initiatives in the back half of the year to help deliver the second half revenue.

And it's on that series of initiatives, kind of less sexy, less notable initiatives, but still very important initiatives, that really has not taken place. And it explains why changes in the team at Tinder have been made to try to make sure that we deliver more fully on the initiatives and optimizations that we have in our plans. And so it's that kind of shortfall and delay that's really causing the issue.

I think if you look back where we were in May, we still believe that we were going to deliver those initiatives. And right now, I think our confidence in that happening in the back half of the year has come down. We've made the changes, and we think we'll be positioned to have more momentum as we get out of 2022 and into 2023.

And if you look back into last year, you'll note that we had a very strong performance in Q3 and Q4, as I called out. And the reason for that is we did deliver on significant initiatives, not particularly massive initiatives, but a series of important initiatives and optimizations in the early part of the year as well as in Q3, and I talked about it in the remarks. And that really propelled strong Payer additions in Q3 and into Q4 and strong revenue growth. That materialized in 2021, and it hasn't materialized in 2022. And we need to deliver on those kinds of initiatives and product improvements to drive the revenue growth. And the team at Tinder needs to do that, and we think we'll now be positioned to do that again.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Operator**

Our next question comes from Jason Helfstein with Oppenheimer.

**Jason Stuart Helfstein** *Oppenheimer & Co. Inc., Research Division - MD & Senior Internet Analyst*

Maybe kind of a bigger picture question. So, so far, this earnings season, we're seeing companies that have more affluent customer bases perform better in the quarter and with their third quarter outlooks. I think historically, online dating has been perceived as recession-resistant, kind of like alcohol and tobacco. I guess, BK, kind of what's your perspective on this? And I guess, as you're thinking about, are the headwinds that you're facing more self-inflicted? Or do you think that there's aspects of the vertical that are now mature enough, perhaps younger users who have less discretionary income might cut back in spending during a recession or some of the inflationary pressure we're seeing.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Hey Jason, why don't I jump in and try to take this one? As I said in my remarks, I think as a category, we believe that dating is relatively resilient to economic downturns. And we expect our business would be minimally impacted in a downturn as well. I think as you rightly point out, if there were any impact, it would be at the brands that serve lower-income consumers with less discretionary income. We wouldn't expect to see, for example, effect at our business like Hinge, which tends to have a much more affluent customer. And so far at Hinge we definitely have not seen any impact from the overall macroeconomic environment.

We also think that the subscription nature of our business is more sticky and does provide us with some insulation from an economic downturn. But on the other hand, there is some a la carte revenue, and that's more discretionary and probably would be at more risk in a downturn. So while right now, we don't see any real impacts to our business for macroeconomic factors, we are watching for them closely. It's something we want to monitor as we get out of the year because we do think there are a lot of crosswinds going on globally.

But I would say that I don't see much downside to our 2022, even if things did continue to deteriorate. I think we've kind of assumed the right level of potential risk there as well in our 2022 outlook. So we'll see what materializes in the next 6 months. But I think that your view of kind of the resiliency of our business, the way that affluent consumers , in particular, are more insulated, the risk more on the people with lower income, more discretionary spending, I think is the right way to think about our business.

**Operator**

Our next question comes from Youssef Squali with Truist.

**Youssef Houssaini Squali** *Truist Securities, Inc., Research Division - MD & Senior Analyst*

This is actually a follow-up question to the one that was just asked. But -- so BK, I think you said in the letter that people's willingness to try online dating for the first time hasn't yet returned to pre-pandemic level. And this is really at a time when our experiences are taken budgets over from things like retail, et cetera. So what -- again, what kind of gives you the confidence that this is not structural in nature, particularly when it comes to Tinder, maybe maturing? And if it's not, just what products are you most excited about that you think can really start moving the needle and cause growth to reaccelerate in 2023, as you guys were talking about?

**Bernard Kim** *Match Group, Inc. - CEO & Director*

Thanks, Youssef, for the great question. Let me hit this like right on. I do not believe that the category is saturated. I wouldn't have taken this job if I thought it was. As we shared in the letter, more than half of singles in developed markets, such as U.S. and Western Europe, have not even tried dating apps. So -- and there's even a greater opportunity in APAC and the rest of the world. We have demonstrated that product innovation leads to product adoption, which drives overall category growth. It's important to continue to innovate on our products in order to introduce online dating to new users.

A great example is at Hinge. It has great user momentum and a strong top-of-funnel growth, directly driven by exciting new features such as Voice Prompts. Tinder has not seen that same level of product innovation recently. But we feel like we have the right marketing and product teams in place now to innovate and drive its next level of growth.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**Operator**

Our next question comes from Mario Lu with Barclays.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Great. So I have one on the third quarter margins guidance. It looks like you're guiding to a 4-point year-on-year decline for EBITDA margins at the midpoint. So Gary, you touched upon this earlier, but can you help break down further how much of that year-on-year compression is from the higher App Store fees versus product development spends? And then secondly, when should we expect product development to deleverage again?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Sure. I'm happy to take it. Let me just make sure that everyone understands kind of our outlook, and there's clarity around that. So we're basically saying, at the midpoint of the ranges in Q3, there'll be about 32% AOI margins. And then we're expecting some modest improvement from there, which I think you could read as 100 to 150 basis points of sequential improvement in Q4.

In terms of the overall year-over-year change in the margin drivers, let me see if I can kind of do this off the top of my head. And so I would say App Store fees are probably 1.5 points of headwinds. So there's still a meaningful headwind on year-over-year margins in Q3, and probably headcount is maybe 2.5 points of headwind. So you have 4 points of headwind from the app stores and the headcount moves that we've made.

You probably get about 1 point of benefit from sales and marketing on the other hand. And I would say there's probably some small other effects from other items, and that's probably a little bit of a headwind. So I probably am around 3.5% or so of year-over-year decline. So that probably rounds to your 4%. But I think it's primarily the headcount and the App Store fees with some offset from the lower marketing spend.

In terms of your second question, I don't expect there to be significant leverage on the product development line in the upcoming quarters. But I do think that as we turn the corner into 2023, we'll start to see the effects of the pullbacks in hiring that we're making. And also, we'll start to see stronger revenue growth, stronger revenue generation from Tinder, in particular, as the new team really starts to accelerate and build momentum.

And that will help drive momentum on the product development side, as well as should help overall company margins because, as I mentioned in my remarks, the fact that Tinder, which is a very high-margin business, is not contributing as it has been does have a significant effect on the overall company margin. So getting Tinder going is important not only from a revenue growth perspective, but also from a margin improvement, margin acceleration perspective. So it is the key. It's the reason we've made the changes we are driving to. And I think we have optimism as we turn the corner into 2023 on all those aspects of the business.

**Operator**

Our next question comes from Brent Thill with Jefferies.

**Brent John Thill** *Jefferies LLC, Research Division - Equity Analyst*

Gary, you bought back 3 million shares in the quarter. You said you're expecting the increase in share repurchases. Can you just say what that implies relative to, are you going to take a breather on M&A? And secondarily, can you just follow up on Japan? It feels like as your second largest market, you're not seeing that open to the magnitude you'd like. What -- if you have the crystal ball, what do you think needs to happen? And ultimately, kind of when do you feel like that gets back to more normal?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Okay. So let me -- I'll take both of them. Let me take the second one first because I have a tendency to forget them if I don't do it that way. In Japan, I think the thing that's important to understand is that they really put a lot of restrictions into place in that market, 5 states of emergency over a period of a year or so. And you have a conservative culture, I think, still kind of a reluctant dating culture, still getting used to dating apps. And I think that has frozen their behavior to a large extent. And so while we did see some initial improvement once the restrictions were lifted, that was probably people who had pent-up demand, who were kind of eager and wanted to get out there and

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

were waiting for the restrictions to lift. So you saw a little bit of a bump, a little bit of improvement out of the gate, but then there was no follow-on from that.

And that is kind of the case today. And unfortunately, in that market, you also have COVID rising again, which has only made people, again, more conservative in their behavior. So I think it's going to take a few quarters more to normalize in Japan. I think all the macro trends that have always made that a good market for us, a low marriage rate, hard to find your partner in that market, I think, are all still there. But some of this needs to normalize.

And I think, as BK said in his remarks, we haven't quite seen a full return to normal behavior. And I don't think we have a full understanding in every market of kind of the impact of COVID on people's behavior. So Japan, I think, is a really important case study. And given how severely they took their response to COVID, it's going to take some time for it to bounce back. And I think that's what we're expecting in our outlook. And I think that's the right way to look at it based on everything we see now.

Obviously, we're hoping it bounces back faster. We will do everything we can to try to make that happen. But I think that, that is what we're dealing with in the Japan market.

In terms of kind of buybacks and M&A, I want to point out, in dating in particular, we think we've done a lot of good acquisitions. If you look at Hinge in particular, it's a home-run acquisition. Just a phenomenal acquisition and there's much more we can do with that business.

And if you go prior to Hinge, you look at the Plenty of Fish acquisition, you look at the Pairs acquisition in Japan, despite the recent trends in that market, those have been very, very strong acquisitions for us as well. And we're very optimistic about The League, which is the most recent acquisition we've made in the dating space.

So if we're able to find more compelling targets in the dating space, we absolutely would like to continue to act on them, and we won't hesitate to do so. We have the financial flexibility to do them. So there's no issues there.

By contrast, when you look at the acquisition that we made outside of dating, it hasn't gone the way we would have hoped. We are working on it. We think the team is still fantastic. There's more we can do with that business. But there's no denying that, that acquisition of Hyperconnect has not worked out the way we had hoped, at least in the first year. And so the bar has been raised around non-dating acquisitions. That's not to say that we wouldn't do them. But we need to be more convinced in both the growth that can be derived from those kinds of acquisitions as well as the profitability levels. And we need to see a clear path to profitability, if not immediate profitability. So I think the standards will be higher for an acquisition outside of dating.

So that's kind of how we think about our overall acquisition strategy, and it's something that BK and I have spent time chatting about. And we will continue to refine our thinking around kind of M&A, because it is a core element of our toolbox and something that we have been good at.

All that being said, right now, the way we look at it, we generate a lot of excess capital, probably $1 billion or so a year, maybe a little bit more, maybe a little bit less, but that's a good number to think about. And so we need to figure out what to do with that capital and use it in the most effective way. And right now, given the market dislocation and where our stock price is, betting on ourselves is our best bet. It's our highest returning bet that we can make, and we're going to continue to do that aggressively with our excess capital. And we'll always be dynamic in this. This is a fluid set of decisions, M&A, buyback shares, whatever makes sense. We constantly discuss this internally with our Board, and we want to maintain that flexibility.

But in the environment that we're operating in at the moment, we think that betting on ourselves is absolutely the right thing to do. We did it in the second quarter, and we expect to continue to do that in the third quarter as well.

So hopefully, that answers your 2 questions. I know we're getting a little bit close to time. So why don't I turn it over to BK for a couple of closing remarks.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Bernard Kim** *Match Group, Inc. - CEO & Director*

Thanks, Gary. Before we close the call, I want to thank the employees, the Board and our investors for trusting me with this opportunity. There's so much potential and runway ahead. I will work tirelessly to push the business forward. And as a vote of confidence, I plan on buying $1 million worth of Match Group shares in the open market tomorrow. I'm committed to building long-term shareholder value, and I'm really looking forward to speaking with you again in November. Thank you all.

**Operator**

The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

DISCLAIMER

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.

# EXHIBIT G



# Letter to Shareholders

Q3 2022 | November 1, 2022

# *Third Quarter 2022 Financial Highlights*

» **Total Revenue** grew 1% over the prior year quarter to $810 million, 10% growth on a foreign exchange neutral basis ("FXN").

» **Operating income** was $211 million, a decrease of 5% over the prior year quarter, representing an operating margin of 26%.

» **Adjusted Operating Income** was $284 million, flat over the prior year quarter, representing an Adjusted Operating Income Margin of 35%.

» **Payers** increased 2% to 16.5 million, up from 16.3 million in the prior year quarter.

» **RPP** was flat over the prior year quarter at $16.02, up 9% FXN.

» **Tinder** Direct Revenue grew 6% (+16% FXN) over the prior year quarter driven by 7% Payers growth to 11.1 million partially offset by RPP declines of 1%.

» **All Other Brands** collectively had a Direct Revenue decline of 5% year-over-year driven by an 8% Payers decline, partially offset by 3% RPP growth. Within All Other Brands, **Hinge** Direct Revenue grew nearly 40% year-over-year.

» Year-to-date 2022 **Operating Cash Flow** and **Free Cash Flow** were $300 million and $262 million, respectively, impacted by the $441 million payment related to the previously disclosed Tinder litigation settlement in the second quarter of 2022.

## Revenues ($M)

| | Q3'21 | | Q3'22 |
|---|---|---|---|
| | $802 | | $810 |
| Direct APAC & Other | $174 | (5%) | $167 |
| Direct Europe | $218 | (1%) | $215 |
| Direct Americas | $394 | +5% | $414 |
| Indirect | $16 | (11%) | $14 |

## Operating Income ($M)

| Q3'21 | Q3'22 |
|---|---|
| $221 | $211 |

Margin %: 28% (Q3'21), 26% (Q3'22)

## Adjusted Operating Income ($M)

| Q3'21 | Q3'22 |
|---|---|
| $285 | $284 |

Margin %: 36% (Q3'21), 35% (Q3'22)

## Payers (000s)

| | Americas | Europe | APAC & Other | Total |
|---|---|---|---|---|
| Q3'21 | 8,309 | 4,710 | 3,284 | 16,303 |
| Q3'22 | 8,233 | 4,648 | 3,667 | 16,548 |

## RPP

| | Americas | Europe | APAC & Other | Total |
|---|---|---|---|---|
| Q3'21 | $15.79 | $15.41 | $17.71 | $16.06 |
| Q3'22 | $16.75 | $15.40 | $15.14 | $16.02 |

See reconciliations of GAAP to non-GAAP measures starting on page 23.

 MatchGroup

# *Dear Shareholders,*

This marks our second shareholder letter together and we've taken a lot of action in a short period of time. We put in place a team at Tinder that has started to shape a clear strategy to carry the brand into the future and drive strong growth. Product execution is already improving, the team is galvanized and excited about the opportunities ahead, and a handful of new features have begun testing with more to come in Q4 and 2023. There is still a lot of work to be done, but early results are showing promise.

We're pleased with our Q3 performance where we delivered double-digit growth (excluding foreign exchange impacts). Hinge continues to achieve all-time highs in users and grow its market share globally, the Azar app at Hyperconnect has returned to solid growth, and we continue to supplement our management teams to better position us for the long-term.

In addition to reigniting Tinder growth, in 2023 we plan to focus on targeted, high-returning investments, especially in Hinge and The League, as well as some newly-incubated apps where we see further opportunity to better serve select demographics and markets. Because we expect a challenging operating environment for the foreseeable future, we plan to accelerate our efforts to control costs, especially in headcount-related expenses and marketing spend, in other areas of the business. As we look ahead, we feel confident that our long history and track record of success, combined with our team's experience and financial discipline, will drive strong financial performance for our investors.

**Bernard Kim ("BK")**
Chief Executive Officer

**Gary Swidler**
Chief Operating Officer
& Chief Financial Officer

# Business Trends

## Q3 2022 Performance

In the third quarter, Total Revenue was $810 million, up 1% year-over-year, driven by a 2% increase in Payers and flat RPP. On a foreign exchange ("FX") neutral basis ("FXN"), Total Revenue was $883 million, up 10% year-over-year driven by a 9% increase in RPP. Europe Direct Revenue decreased 1% year-over-year but was up 15% FXN. APAC and Other Direct Revenue decreased 5% year-over-year, but was up 16% FXN.

Tinder® grew Direct Revenue 6% year-over-year, driven by Payers growth of 7% while RPP fell by 1%. On an FXN basis, Direct Revenue grew 16% and RPP was up 8% Y/Y. Recall that Q3'21 was an exceptionally strong quarter for Tinder, with all-time record sequential Payer additions.

All Other Brands' Direct Revenue decreased 5% Y/Y due to an 8% decline in Payers partially offset by 3% RPP growth. Hinge® and our Swipe® Apps, including BLK® and Chispa™, grew Direct Revenue in aggregate 36% Y/Y with Payers growing 18%. Established Brands, including Match®, Meetic®, OkCupid® and Plenty of Fish®, saw both Direct Revenue and Payers decline 15% Y/Y. Our APAC-based businesses, Pairs™ and Hyperconnect®, saw Direct Revenue decline 15% Y/Y, though up modestly FXN in aggregate.

Our Q3 Adjusted Operating Income was $284 million, flat Y/Y, representing 35% margins. In addition to exceeding our expectations on revenue, we underspent on marketing by $16 million versus our expectations.

While our subscription revenues overall remain relatively resilient, we have seen some impact from deteriorating macroeconomic conditions on brands like Plenty of Fish, which serves consumers with less discretionary income, and on à la carte ("ALC") spending, which tends to be more discretionary than subscriptions. Though subscriptions remain steady, Tinder is feeling the impact of ALC softness more than our other brands given its younger user base, which tends to have less discretionary income. We are quickly revamping our merchandising strategies, which have historically focused on sales of large bundles with high price points, to help offset some of the impact at Tinder.

## TINDER

In their first three months, the new Tinder leadership team has been working hard to set priorities and galvanize the broader team. There is a palpable improvement in culture, prioritization, and product execution. Importantly, there has been no notable attrition among the broader team since the management changes occurred. The employee base is engaged and excited about the roadmap for 2023.

 MatchGroup

Moving forward, we expect an intense focus on enhancing the user experience and driving new user adoption at Tinder. The current product plan focuses on four key areas: women's experience, including through more curation to ensure high-quality matches; Gen Z-targeted product initiatives; virtual goods and coins to better monetize power users; and targeted monetization efforts, including an expanded advertising effort. Tinder also plans to continue its consistent cadence of optimizations. Tinder's marketing team is working closely with the product team to develop brand campaigns that will highlight innovative new features that resonate with key audiences. We expect to be able to share more specifics on product and marketing plans on our Q4 call, following completion of our annual planning process.

The Tinder CEO search is continuing. We have met with a diverse slate of candidates and we're optimistic that we can identify an experienced leader with a number of key qualifications, including consumer digital expertise and an ability to work well with the current Tinder team. In the meantime, the business's plans are moving forward with the experienced team we have in place. We're confident that execution and performance will continue to improve.

### *Large Market Opportunity Remains*

Even as Tinder's user base continues to grow every quarter, it still has ample opportunity for growth ahead, especially in less penetrated countries outside of the Americas and Europe. APAC and Other represented 18% of Tinder's Direct Revenues in Q3'22, and grew 8% Y/Y (27% Y/Y FXN), despite the continued challenges in Japan. We expect this strong growth to continue. Although growth has slowed in some of Tinder's more developed markets in Americas and Europe, our objective is to create innovative features and compelling marketing campaigns that give daters more reasons to use Tinder. We're confident these initiatives will accelerate growth in all of Tinder's markets, including the more established ones.



**Tinder Direct Revenues – Q3'22**

+8% Y/Y (+27% FXN)

APAC & Other 18%

Americas and Europe 82%

+6% Y/Y (+13% FXN)

Tinder Direct Revenues grew +6% Y/Y (+16% FXN)

Tinder remains the first-choice brand for both Gen Z and Millennial daters in both established markets as well as newer growth markets. While every year millions of daters begin their journey with Tinder, there is still plenty of opportunity for Tinder to expand its reach in its target demographics. If we look at the U.S., for example, we see that only 16% of unmarried 18-24 year olds have used the app in the last month. That represents an enormous opportunity to attract and engage younger users and continue to grow the user base.

In the 10 largest markets in the U.S., on average ~15% of eligible singles 18-24 years old use Tinder on a monthly basis. We're confident that Tinder can drive usage rates higher by continuing to introduce new and innovative features, specifically designed to attract those users who have yet to experience Tinder.



In addition to continuing to grow its user base, we're confident Tinder can increase payer penetration levels, which are currently below our other subscription businesses, and increase RPP, especially by targeting power users, to drive overall revenue growth. The new team is laser-focused on all three growth avenues. We believe continued rapid growth in newer markets combined with improved growth in established markets is a recipe for Tinder overall to sustain mid-teens top-line growth.



### New Leadership Improving Product Execution

Tinder has seen an improvement in product cadence under the direction of its new Chief Product Officer who has helped the product team execute on the clear vision the leadership team has set forth. In September, Tinder began testing new optimizations and initiatives, including new offerings in the Boost product line, and a weekly subscription package. The improved product velocity and focus is a notable improvement compared to the first half of 2022.





*Weekly Subscriptions*    *Expanded Boost line*

1. Source: Match Group Surveys and Research. City is defined as the largest county in a given metropolitan area (e.g. Houston corresponds to Harris County) except for NYC which includes all five boroughs.



Tinder also recently began testing a "Relationship Intent" feature, which helps users find what they're looking for more easily. Consumer research we gathered from across our portfolio shows that relationship intent is a major component of what people want to match on and leads to better outcomes. This is another step in creating a more curated experience for users.

## *HINGE*

### *International Expansion Gaining Strength*

We're seeing continued success with Hinge, especially as we expand the product into new markets throughout Europe. Germany is off to a strong start, with the app rising from the #20 most downloaded dating app at the beginning of 2022 to #4 in September. Following the success in Germany and the surrounding DACH region, Hinge rolled out a translated and localized product and began marketing campaigns in Sweden in early Q4. Hinge plans to roll out localized products in France, Italy and Spain in Q4, with marketing campaigns to follow in early '23. With the strong initial traction seen in newly activated markets and the halo effects we've seen across other European countries, we're as confident as ever in Hinge's long-term international growth potential and are continuing with our accelerated expansion efforts.



**Germany App Store Downloads Rank**

*Combined downloads across App Store and Google Play among all dating apps[2]*



**App Store Downloads Rank, by Country – Sept '22**

*Total downloads across App Store and Google Play among all dating apps[2]*

### *Product Innovation and Monetization Success*

Hinge continues to innovate on the product experience. The app has successfully launched Prompt Polls and Video Prompts to give users new ways to showcase more of their personalities on their profiles. These offerings expand on the viral success of Voice Prompts late last year and provide users with even more ways to break the ice and land a first date. We're encouraged by the early adoption rates of these new features, especially Prompt Polls which has led to a significant increase in match rate.



**New Prompt Polls & Video Prompts**

2. Source: Sensor Tower. Rank is among all dating apps, as defined by Match Group.

 MatchGroup

As Hinge progresses in its monetization journey, it plans to introduce a new premium subscription tier that will unlock priority access for their most intentioned users who have a higher propensity to pay. This premium tier will include a set of features valued by users and will be priced higher. We expect the new tier to drive RPP even higher than the impressive levels Hinge has achieved since launching its first ALC features two years ago. We expect this new tier to begin testing in the coming weeks with a global rollout in Q1'23.



**Hinge Revenue Per Payer**

### *Building Traction, Especially with Young Users*

Hinge has launched a new marketing campaign in the U.S. centered around its popular "Hingie" character that continues to resonate with users and resulted in record monthly global downloads in September. We're especially encouraged by the momentum Hinge has with Gen Z users, which is its fastest-growing user segment. While Hinge has benefited from strong word-of-mouth growth in urban areas, it remains underrepresented in less populous regions throughout the U.S. with only 55% aided awareness, positioning it for continued growth as awareness improves.



**MAU Growth by Age Group**

*Indexed to January 2020*

**Viral Hingie Campaign is Back!**







# JAPAN

## *Underlying Market Fundamentals Solid, COVID Hangover Lingers*

In Japan, the fundamental drivers of a strong market for dating services remain intact. According to data from Japan's Ministry of Health, Labour and Welfare, in 2021 marriages reached the lowest levels since the end of WWII. Finding a partner remains very challenging, especially for young people. And while Japan is the third largest economy in the world, online dating adoption remains low relative to other developed markets, though it has been gradually increasing.

The pandemic, and specifically the five states of emergency, severely affected the country's socialization and dating patterns. As a result, total market growth has slowed dramatically after years of steady growth, impacting both Pairs and Tinder, which remain the #1 and #2 highest-grossing apps in the market, respectively. Prior to the pandemic, our Japanese business was growing revenues at 25%+ annually, while in 2022 Y/Y revenue growth is expected to be less than 10% FXN.

### Japan Usage Rates Are Low, But Improving

*% ever used, single adults not in a relationship[3]*

While growth has declined, we see several encouraging indicators. Our research shows that Japanese users under 30 years of age have much higher usage rates than older users, using ~4 dating apps at a time (compared to ~3 apps for the overall market), which stands to benefit both of our brands. Pairs remains the first-choice brand among millennials and has further strengthened its overall market position in recent years with robust RPP and improving user share. Tinder has emerged as a leading player with Gen Z and continues to have success localizing its product, which has led to notable monetization improvements. We're confident that we will capitalize on the leading position of our brands and the local expertise of our teams on the ground as the Japanese market returns to growth.



**Japan Payers**

*Includes Tinder and Pairs apps*

Jul-Aug '21: First major outbreak following Summer Olympics

Mar '22: Remaining COVID-related restrictions lifted

---

3. Match 2022 surveys and research. Percent of respondents that have ever used a dating app or site (single, and not in a relationship).

 MatchGroup

# HYPERCONNECT

## *Progress at Azar. 2023 Focus on Margins, Hakuna, and Further Match Group Integration*

At Hyperconnect, we've been encouraged by recent progress at Azar, which has shown improving Y/Y revenue growth since May. Azar® is the largest of Hyperconnect's apps, representing approximately two-thirds of its revenue. The recovery has been driven by optimizing the product, leveraging best practices from Match Group brands, such as operational efficiencies in marketing, and introducing live streaming to the app. Revenue growth, which was negative earlier in the year, has accelerated throughout 2022, reaching 10% Y/Y in South Korean Won in September (up high-teens FXN).



We have recently added key new members to Hyperconnect's leadership team to help accelerate Azar's recovery and return the Hakuna® app to growth. Our 2023 goal at Hyperconnect is to achieve FXN revenue growth and profitability.

# *Financial Outlook*

## Q4 2022

For Q4, we expect Total Revenue of $780 million to $790 million. For Tinder, we expect Direct Revenue to be relatively flat Y/Y given ALC softness and still-building product momentum. FX is expected to be nearly a nine-point drag on both Total Revenue and Tinder Direct Revenue growth. We expect the Emerging Brands to continue to grow very strongly year-over-year led by Hinge, BLK and Chispa to help offset continued but moderating declines at our Established Brands.

We expect $14 million more in FX impact in Q4 than we did at the time of our last earnings call.

We expect Q4 Adjusted Operating Income to be in the range of $270 million to $275 million, representing margin of 35% at the midpoints. We expect marketing spend to be up modestly Y/Y, due to a number of key marketing initiatives at Hinge and Tinder and a new brand campaign at Match. We expect sharper cost discipline to begin to take hold in Q4.

|  | Total Revenue | Adjusted Operating Income |
| --- | --- | --- |
| **Q4 2022** | $780 to $790 million | $270 to $275 million |

## FY 2023

In the current economic environment, visibility into 2023 performance is challenging. That said, we're focused on delivering 5% to 10% revenue growth for the full year. We expect Y/Y revenue growth to accelerate gradually as the year progresses and a three-point full year FX headwind.

We expect to provide an updated 2023 outlook on our Q4 call, but below we provide a preliminary outlook at a brand level based on our current expectations of economic conditions in 2023.

We expect Tinder Direct Revenue to follow a similar growth pattern as the overall company with a full year growth rate of 5% to 10% and accelerating Y/Y growth on a quarterly basis as product execution gradually improves under the new team's leadership. Tinder's AOI margin is expected to remain best in class, though we do anticipate increased marketing spend in 2023 to support the new product initiatives.

 MatchGroup

We expect Hinge's ongoing international expansion to lead to continued strong user growth in a number of global markets. We expect global user growth and the new premium tier subscription will enable Hinge to deliver at least an incremental ~$100 million in Direct Revenue in 2023. We expect AOI margins to continue to approach overall Match Group levels, despite continued investment in marketing and headcount at our best performing brand.

We expect continued strong Direct Revenue growth at Chispa and BLK with improving AOI margins. Given significant FX headwinds, we expect modest contributions to revenue growth from our APAC-based business with improving profitability.

We expect the Established Brands – including Match, Meetic, POF, and OkCupid – to show modest aggregate revenue declines, but continued strong cash flow generation. We expect strong marketing ROI discipline at these brands to continue.

We expect to make further investments in The League®, which we recently acquired and where we see significant growth potential. We also plan to invest in incubating new apps to serve demographics that are underserved by our current portfolio of brands. This builds on our successful strategy of incubating new apps to serve targeted demographics, as we have done with BLK and Chispa, which are now contributing meaningful revenue and profitability.

While we will continue to invest in our high-growth businesses and those with significant growth potential, we plan to make targeted expense reductions in other areas of the business to achieve at least flat margins Y/Y company-wide for full year 2023. This assumes no change to current app store policies. We note that there continue to be significant regulatory and legal actions against app store operators in multiple jurisdictions globally, including expected implementation of the Digital Markets Act in the EU in 2023.



## Conference Call

*Match Group will audiocast a conference call to answer questions regarding its third quarter financial results on Wednesday, November 2, 2022 at 8:30 a.m. Eastern Time. This call will include the disclosure of certain information, including forward-looking information, which may be material to an investor's understanding of Match Group's business. The live audiocast will be open to the public on Match Group's investor relations website at https:// ir.mtch.com.*



# *Financial Results*

## *Revenue*

| | Three Months Ended September 30, | | Change |
|---|---|---|---|
| | **2022** | **2021** | |
| | **(In thousands, except RPP)** | | |
| Direct Revenue: | | | |
| Americas | $ 413,805 | $ 393,613 | 5% |
| Europe | 214,771 | 217,680 | (1%) |
| APAC and Other | 166,568 | 174,432 | (5%) |
| Total Direct Revenue | 795,144 | 785,725 | 1% |
| Indirect Revenue | 14,402 | 16,110 | (11%) |
| Total Revenue | $ 809,546 | $ 801,835 | 1% |
| | | | |
| **Payers** | | | |
| Americas | 8,233 | 8,309 | (1%) |
| Europe | 4,648 | 4,710 | (1%) |
| APAC and Other | 3,667 | 3,284 | 12% |
| Total Payers | 16,548 | 16,303 | 2% |
| | | | |
| **Revenue Per Payer ("RPP")** | | | |
| Americas | $ 16.75 | $ 15.79 | 6% |
| Europe | $ 15.40 | $ 15.41 | – % |
| APAC and Other | $ 15.14 | $ 17.71 | (14%) |
| Total RPP | $ 16.02 | $ 16.06 | – % |

Increases in Americas Payers at Tinder and Hinge were more than offset by declines primarily at Plenty of Fish and Match, resulting in a 1% decline in total Americas Payers. Americas RPP growth was driven by both higher average prices paid for subscriptions and increased average à la carte purchases per Payer at Tinder and Hinge. The decline in Europe Payers was driven by Meetic, partially offset by increases at Hinge and Tinder. The increase in APAC and Other Payers was primarily driven by Tinder. Europe and APAC and Other RPPs were unfavorably impacted by the strength of the U.S. Dollar relative to the Euro and British Pound and the Japanese Yen and Turkish Lira, respectively.

 MatchGroup

## Operating Income and Adjusted Operating Income

| | Three Months Ended September 30, | | | |
|---|---|---|---|---|
| | 2022 | | 2021 | Change |
| | (In thousands) | | | |
| Operating Income | $ 210,635 | $ | 220,590 | (5%) |
| Operating Income Margin | 26% | | 28% | (1.5) points |
| Adjusted Operating Income | $ 284,182 | $ | 285,329 | – % |
| Adjusted Operating Income Margin | 35% | | 36% | (0.5) points |

## Operating Costs and Expenses

| | Q3 2022 | % of Revenue | Q3 2021 | % of Revenue | Change |
|---|---|---|---|---|---|
| | (In thousands) | | | | |
| Cost of revenue | $ 246,962 | 31% | $ 232,211 | 29% | 6% |
| Selling and marketing expense | 129,615 | 16% | 153,388 | 19% | (15%) |
| General and administrative expense | 114,169 | 14% | 103,502 | 13% | 10% |
| Product development expense | 87,880 | 11% | 66,974 | 8% | 31% |
| Depreciation | 10,679 | 1% | 10,104 | 1% | 6% |
| Amortization of intangibles | 9,606 | 1% | 15,066 | 2% | (36%) |
| Total operating costs and expenses | $ 598,911 | 74% | $ 581,245 | 72% | 3% |

Total operating costs and expenses increased 3% year-over-year. Cost of revenue increased 6% year-over-year primarily due to an increase in in-app purchase fees, which included an $8 million escrow amount related to our litigation regarding the Google Play store, and an increase in hosting fees. Total selling and marketing expense decreased $24 million year-over-year as we reduced marketing spend in the current environment and pushed some marketing campaigns into the fourth quarter 2022. General and administrative expense increased 10% year-over-year primarily due to increases in employee compensation and travel expenses, partially offset by a decrease in professional fees. Product development expense increased 31% year-over-year primarily due to increased engineering headcount at Tinder and Hinge.

 MatchGroup

# *Liquidity and Capital Resources*

For the nine months ended September 30, 2022, we generated operating cash flow of $300 million and Free Cash Flow of $262 million, both of which were impacted by the final settlement payment of $441 million related to *Rad, et al. v. IAC/InterActiveCorp, et al.* and related arbitrations during the second quarter of 2022.

During the quarter ended September 30, 2022, we repurchased 4.3 million shares of our common stock for $267 million on a trade date basis at an average price of $62.69. As of November 1, 2022, 5.3 million shares remain available for repurchase under our previously announced share repurchase program.

As of September 30, 2022, we had $398 million in cash and cash equivalents and short-term investments and $3.9 billion of long-term debt, $3.5 billion of which is fixed rate debt, including $1.2 billion of Exchangeable Senior Notes. Our $750 million revolving credit facility was undrawn as of September 30, 2022. Match Group's trailing twelve-month leverage[4] as of September 30, 2022 is 3.5x on a gross basis and 3.1x on a net basis.

# *Income Taxes*

We recorded an income tax provision of $48 million and $19 million in each of the third quarters of 2022 and 2021, respectively. The increase in the tax provision in the 2022 third quarter is primarily due to a decrease in the benefits from exercises and vestings of equity awards.

4. Leverage is calculated utilizing the non-GAAP measure Adjusted Operating Income as the denominator. For a reconciliation of the non-GAAP measure for each period presented, see page 23.

 MatchGroup

16

# GAAP Financial Statements

## Consolidated Statement of Operations

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | **2022** | **2021** | **2022** | **2021** |
| | (In thousands, except per share data) | | | |
| Revenue | $ 809,546 | $ 801,835 | $ 2,402,690 | $ 2,177,207 |
| Operating costs and expenses: | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | 246,962 | 232,211 | 724,038 | 604,765 |
| Selling and marketing expense | 129,615 | 153,388 | 407,182 | 427,294 |
| General and administrative expense | 114,169 | 103,502 | 325,512 | 304,560 |
| Product development expense | 87,880 | 66,974 | 253,084 | 174,683 |
| Depreciation | 10,679 | 10,104 | 32,664 | 30,622 |
| Impairment and amortization of intangibles | 9,606 | 15,066 | 251,838 | 15,521 |
| Total operating costs and expenses | 598,911 | 581,245 | 1,994,318 | 1,557,445 |
| Operating income | 210,635 | 220,590 | 408,372 | 619,762 |
| Interest expense | (36,814) | (31,850) | (107,333) | (95,907) |
| Other income (expense), net | 2,326 | (39,212) | 8,435 | (40,886) |
| Earnings from continuing operations, before tax | 176,147 | 149,528 | 309,474 | 482,969 |
| Income tax provision | (47,881) | (18,627) | (32,966) | (38,200) |
| **Net earnings from continuing operations** | 128,266 | 130,901 | 276,508 | 444,769 |
| Earnings from discontinued operations, net of tax | — | — | — | 509 |
| **Net earnings** | 128,266 | 130,901 | 276,508 | 445,278 |
| Net loss attributable to noncontrolling interests | 430 | 309 | 863 | 1,077 |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 128,696 | $ 131,210 | $ 277,371 | $ 446,355 |
| | | | | |
| **Net earnings per share from continuing operations:** | | | | |
| Basic | $ 0.46 | $ 0.47 | $ 0.98 | $ 1.64 |
| Diluted | $ 0.44 | $ 0.43 | $ 0.94 | $ 1.46 |
| **Net earnings per share attributable to Match Group, Inc. shareholders:** | | | | |
| Basic | $ 0.46 | $ 0.47 | $ 0.98 | $ 1.64 |
| Diluted | $ 0.44 | $ 0.43 | $ 0.94 | $ 1.46 |
| | | | | |
| Basic shares outstanding | 281,314 | 276,955 | 283,621 | 272,316 |
| Diluted shares outstanding | 299,994 | 316,951 | 297,023 | 312,917 |
| | | | | |
| **Stock-based compensation expense by function:** | | | | |
| Cost of revenue | $ 1,440 | $ 1,960 | $ 4,547 | $ 3,961 |
| Selling and marketing expense | 2,011 | 1,760 | 5,830 | 6,112 |
| General and administrative expense | 26,154 | 19,709 | 80,085 | 65,769 |
| Product development expense | 23,657 | 16,140 | 59,862 | 36,239 |
| Total stock-based compensation expense | $ 53,262 | $ 39,569 | $ 150,324 | $ 112,081 |



# Consolidated Balance Sheet

|  | September 30, 2022 | December 31, 2021 |
|---|---|---|
|  | (In thousands) | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 390,641 | $ 815,384 |
| Short-term investments | 7,678 | 11,818 |
| Accounts receivable, net | 174,446 | 188,482 |
| Other current assets | 132,782 | 202,568 |
| Total current assets | 705,547 | 1,218,252 |
| | | |
| Property and equipment, net | 172,192 | 163,256 |
| Goodwill | 2,190,088 | 2,411,996 |
| Intangible assets, net | 439,068 | 771,697 |
| Deferred income taxes | 268,875 | 334,937 |
| Other non-current assets | 138,779 | 163,150 |
| **TOTAL ASSETS** | $ 3,914,549 | $ 5,063,288 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| Current maturities of long-term debt, net | $ 44,273 | $ 99,927 |
| Accounts payable | 14,774 | 37,871 |
| Deferred revenue | 256,180 | 262,131 |
| Accrued expenses and other current liabilities | 286,509 | 768,366 |
| Total current liabilities | 601,736 | 1,168,295 |
| | | |
| Long-term debt, net of current maturities | 3,834,125 | 3,829,421 |
| Income taxes payable | 13,383 | 13,842 |
| Deferred income taxes | 55,602 | 130,261 |
| Other long-term liabilities | 108,171 | 116,051 |
| | | |
| Redeemable noncontrolling interest | — | 1,260 |
| | | |
| Commitment and contingencies | | |
| | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock | 286 | 283 |
| Additional paid-in capital | 8,216,165 | 8,164,216 |
| Retained deficit | (7,867,143) | (8,144,514) |
| Accumulated other comprehensive loss | (566,601) | (223,754) |
| Treasury stock | (482,049) | — |
| Total Match Group, Inc. shareholders' equity | (699,342) | (203,769) |
| Noncontrolling interests | 874 | 7,927 |
| Total shareholders' equity | (698,468) | (195,842) |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 3,914,549 | $ 5,063,288 |

 MatchGroup

# Consolidated Statement of Cash Flows

| | Nine Months Ended September 30, | |
|---|---|---|
| | **2022** | **2021** |
| | (In thousands) | |
| **Cash flows from operating activities attributable to continuing operations:** | | |
| Net earnings | $ 276,508 | $ 445,278 |
| Add back: earnings from discontinued operations, net of tax | — | (509) |
| Net earnings from continuing operations | 276,508 | 444,769 |
| Adjustments to reconcile net earnings from continuing operations to net cash provided by operating activities attributable to continuing operations: | | |
| Stock-based compensation expense | 150,324 | 112,081 |
| Depreciation | 32,664 | 30,622 |
| Impairment and amortization of intangibles | 251,838 | 15,521 |
| Deferred income taxes | 6,517 | (21,749) |
| Other adjustments, net | 1,362 | 49,761 |
| Changes in assets and liabilities | | |
| Accounts receivable | 6,985 | (26,618) |
| Other assets | 53,757 | 17,729 |
| Accounts payable and other liabilities | (467,343) | (4,059) |
| Income taxes payable and receivable | (11,721) | 18,443 |
| Deferred revenue | (440) | 30,425 |
| **Net cash provided by operating activities attributable to continuing operations** | 300,451 | 666,925 |
| **Cash flows from investing activities attributable to continuing operations:** | | |
| Cash used in business combinations, net of cash acquired | (25,681) | (863,258) |
| Capital expenditures | (38,373) | (52,811) |
| Other, net | 2,615 | 26 |
| **Net cash used in investing activities attributable to continuing operations** | (61,439) | (916,043) |
| **Cash flows from financing activities attributable to continuing operations:** | | |
| Payments to settle exchangeable notes | (117,755) | — |
| Proceeds from the settlement of exchangeable note hedges | 61,459 | — |
| Payments to settle warrants related to exchangeable notes | (7,482) | — |
| Debt issuance costs | — | (851) |
| Proceeds from issuance of common stock pursuant to stock-based awards | 16,788 | 45,587 |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | (106,688) | (15,726) |
| Purchase of treasury stock | (482,049) | — |
| Purchase of noncontrolling interests | (10,554) | (1,473) |
| Other, net | 10 | 150 |
| **Net cash (used in) provided by financing activities attributable to continuing operations** | (646,271) | 27,687 |
| **Total cash used in continuing operations** | (407,259) | (221,431) |
| Net cash used in operating activities attributable to discontinued operations | — | — |
| Net cash used in investing activities attributable to discontinued operations | — | — |
| Net cash used in financing activities attributable to discontinued operations | — | — |
| Total cash used in discontinued operations | — | — |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | (17,501) | (6,429) |
| **Net decrease in cash, cash equivalents, and restricted cash** | (424,760) | (227,860) |
| Cash, cash equivalents, and restricted cash at beginning of period | 815,512 | 739,302 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 390,752 | $ 511,442 |

 MatchGroup

# *Earnings Per Share*

The following tables set forth the computation of the basic and diluted earnings per share attributable to Match Group shareholders:

| | Three Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2022 | | 2021 | |
| | Basic | Diluted | Basic | Diluted |
| | (In thousands, except per share data) | | | |
| **Numerator** | | | | |
| Net earnings from continuing operations | $ 128,266 | $ 128,266 | $ 130,901 | $ 130,901 |
| Net loss attributable to noncontrolling interests | 430 | 430 | 309 | 309 |
| Impact from subsidiaries' dilutive securities of continuing operations | — | (42) | — | (51) |
| Interest on dilutive Exchangeable Senior Notes, net of tax | — | 3,206 | — | 4,075 |
| Net earnings attributable to Match Group, Inc. shareholders | $ 128,696 | $ 131,860 | $ 131,210 | $ 135,234 |
| | | | | |
| **Denominator** | | | | |
| Weighted average basic shares outstanding | 281,314 | 281,314 | 276,955 | 276,955 |
| Dilutive securities | — | 4,276 | — | 14,834 |
| Dilutive shares from Exchangeable Senior Notes, if-converted | — | 14,404 | — | 25,162 |
| Denominator for earnings per share — weighted average shares | 281,314 | 299,994 | 276,955 | 316,951 |
| | | | | |
| **Earnings per share:** | | | | |
| Earnings per share attributable to Match Group, Inc. shareholders | $ 0.46 | $ 0.44 | $ 0.47 | $ 0.43 |

 MatchGroup

|  | Nine Months Ended September 30, | | | |
|  | 2022 | | 2021 | |
|  | Basic | Diluted | Basic | Diluted |
|  | (In thousands, except per share data) | | | |
| **Numerator** | | | | |
| Net earnings from continuing operations | $ 276,508 | $ 276,508 | $ 444,769 | $ 444,769 |
| Net loss attributable to noncontrolling interests | 863 | 863 | 1,077 | 1,077 |
| Impact from subsidiaries' dilutive securities of continuing operations | — | (196) | — | (907) |
| Interest on dilutive Exchangeable Senior Notes, net of tax | — | 3,201 | — | 12,225 |
| Net earnings from continuing operations attributable to Match Group, Inc. shareholders | $ 277,371 | $ 280,376 | $ 445,846 | $ 457,164 |
|  | | | | |
| Earnings from discontinued operations, net of tax | $ — | $ — | $ 509 | $ 509 |
| Net earnings from discontinued operations attributable to shareholders | — | — | 509 | 509 |
| Net earnings attributable to Match Group, Inc. shareholders | $ 277,371 | $ 280,376 | $ 446,355 | $ 457,673 |
|  | | | | |
| **Denominator** | | | | |
| Weighted average basic shares outstanding | 283,621 | 283,621 | 272,316 | 272,316 |
| Dilutive securities | — | 5,417 | — | 15,439 |
| Dilutive shares from Exchangeable Senior Notes, if-converted | — | 7,985 | — | 25,162 |
| Denominator for earnings per share—weighted average shares | 283,621 | 297,023 | 272,316 | 312,917 |
|  | | | | |
| **Earnings per share:** | | | | |
| Earnings per share from continuing operations | $ 0.98 | $ 0.94 | $ 1.64 | $ 1.46 |
| Earnings per share from discontinued operations, net of tax | $ — | $ — | $ 0.00 | $ 0.00 |
| Earnings per share attributable to Match Group, Inc. shareholders | $ 0.98 | $ 0.94 | $ 1.64 | $ 1.46 |

 MatchGroup

# Trended Metrics

| | 2020 | | | | 2021 | | | | 2022 | | | Year Ended December 31, | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | 2020 | 2021 |
| **Revenue** (in millions, rounding differences may occur) | | | | | | | | | | | | | |
| Direct Revenue | | | | | | | | | | | | | |
| Americas | $ 281.2 | $ 298.7 | $ 336.8 | $ 331.2 | $ 344.3 | $ 374.4 | $ 393.6 | $ 399.8 | $ 400.0 | $ 408.7 | $ 413.8 | $ 1,248.0 | $ 1,512.1 |
| Europe | 156.5 | 154.1 | 181.6 | 188.0 | 189.1 | 196.5 | 217.7 | 218.5 | 215.3 | 208.5 | 214.8 | 680.1 | 821.8 |
| APAC and Other | 97.1 | 94.0 | 109.8 | 115.7 | 121.9 | 123.4 | 174.4 | 169.3 | 168.5 | 163.0 | 166.6 | 416.6 | 589.0 |
| Total Direct Revenue | 534.8 | 546.7 | 628.3 | 634.9 | 655.2 | 694.3 | 785.7 | 787.6 | 783.8 | 780.2 | 795.1 | 2,344.7 | 2,922.9 |
| Indirect Revenue | 9.8 | 8.7 | 11.5 | 16.5 | 12.4 | 13.4 | 16.1 | 18.4 | 14.8 | 14.4 | 14.4 | 46.5 | 60.4 |
| Total Revenue | $ 544.6 | $ 555.5 | $ 639.8 | $ 651.4 | $ 667.6 | $ 707.8 | $ 801.8 | $ 806.1 | $ 798.6 | $ 794.5 | $ 809.5 | $ 2,391.3 | $ 2,983.3 |
| | | | | | | | | | | | | | |
| **Payers** (in thousands) | | | | | | | | | | | | | |
| Americas | 6,691 | 6,836 | 7,455 | 7,469 | 7,595 | 7,901 | 8,309 | 8,230 | 8,159 | 8,225 | 8,233 | 7,113 | 8,009 |
| Europe | 3,899 | 3,830 | 4,154 | 4,229 | 4,255 | 4,332 | 4,710 | 4,660 | 4,732 | 4,564 | 4,648 | 4,028 | 4,489 |
| APAC and Other | 2,417 | 2,339 | 2,417 | 2,463 | 2,567 | 2,736 | 3,284 | 3,359 | 3,443 | 3,606 | 3,667 | 2,409 | 2,987 |
| Total Payers | 13,007 | 13,005 | 14,026 | 14,161 | 14,417 | 14,969 | 16,303 | 16,249 | 16,334 | 16,395 | 16,548 | 13,550 | 15,485 |
| | | | | | | | | | | | | | |
| **RPP** | | | | | | | | | | | | | |
| Americas | $ 14.01 | $ 14.56 | $ 15.06 | $ 14.78 | $ 15.11 | $ 15.79 | $ 15.79 | $ 16.19 | $ 16.34 | $ 16.56 | $ 16.75 | $ 14.62 | $ 15.73 |
| Europe | $ 13.38 | $ 13.41 | $ 14.57 | $ 14.81 | $ 14.81 | $ 15.12 | $ 15.41 | $ 15.63 | $ 15.17 | $ 15.23 | $ 15.40 | $ 14.07 | $ 15.25 |
| APAC and Other | $ 13.39 | $ 13.40 | $ 15.15 | $ 15.66 | $ 15.83 | $ 15.03 | $ 17.71 | $ 16.80 | $ 16.32 | $ 15.06 | $ 15.14 | $ 14.41 | $ 16.43 |
| Total RPP | $ 13.71 | $ 14.01 | $ 14.93 | $ 14.95 | $ 15.15 | $ 15.46 | $ 16.06 | $ 16.16 | $ 16.00 | $ 15.86 | $ 16.02 | $ 14.42 | $ 15.73 |

Note: Our ability to eliminate duplicate Payers at a brand level for periods prior to Q2 2020 is impacted by data privacy requirements which require that we anonymize data after 12 months, therefore Payer data for those periods is likely overstated. Additionally, as Payers is a component of the RPP calculation, RPP is likely commensurately understated for these same periods due to these data privacy limitations.

 MatchGroup

# Reconciliations of GAAP to Non-GAAP Measures

## Reconciliation of Net Earnings to Adjusted Operating Income

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| | 2022 | 2021 | 2022 | 2021 |
|---|---|---|---|---|
| | (Dollars in thousands) | | | |
| Net earnings attributable to Match Group, Inc. shareholders | $ 128,696 | $ 131,210 | $ 277,371 | $ 446,355 |
| Add back: | | | | |
| Net loss attributable to noncontrolling interests | (430) | (309) | (863) | (1,077) |
| Earnings from discontinued operations, net of tax | — | — | — | (509) |
| Income tax provision | 47,881 | 18,627 | 32,966 | 38,200 |
| Other (income) expense, net | (2,326) | 39,212 | (8,435) | 40,886 |
| Interest expense | 36,814 | 31,850 | 107,333 | 95,907 |
| **Operating income** | 210,635 | 220,590 | 408,372 | 619,762 |
| Stock-based compensation expense | 53,262 | 39,569 | 150,324 | 112,081 |
| Depreciation | 10,679 | 10,104 | 32,664 | 30,622 |
| Impairment and amortization of intangibles | 9,606 | 15,066 | 251,838 | 15,521 |
| **Adjusted Operating Income** | $ 284,182 | $ 285,329 | $ 843,198 | $ 777,986 |
| | | | | |
| Revenue | $ 809,546 | $ 801,835 | $ 2,402,690 | $ 2,177,207 |
| Operating income margin | 26% | 28% | 17% | 28% |
| Adjusted Operating Income margin | 35% | 36% | 35% | 36% |

## Reconciliation of Net Earnings to Adjusted Operating Income used in Leverage Ratios

| | Twelve months ended |
| | 9/30/2022 |
|---|---|
| | (In thousands) |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 108,739 |
| Add back: | |
| Net loss attributable to noncontrolling interests | (955) |
| Income tax benefit | (25,131) |
| Other expense, net | 415,717 |
| Interest expense | 141,919 |
| **Operating Income** | 640,289 |
| Stock-based compensation expense | 185,059 |
| Depreciation | 43,444 |
| Impairment and amortization of intangibles | 264,876 |
| **Adjusted Operating Income** | $ 1,133,668 |

 MatchGroup

# Reconciliation of Operating Cash Flow from Continuing Operations to Free Cash Flow

|  | Nine Months Ended September 30, | |
|---|---|---|
|  | 2022 | 2021 |
|  | (In thousands) | |
| Net cash provided by operating activities from continuing operations | $ 300,451 | $ 666,925 |
| Capital expenditures | (38,373) | (52,811) |
| Free Cash Flow | $ 262,078 | $ 614,114 |

# Reconciliation of Forecasted Operating Income to Adjusted Operating Income

|  | Three Months Ended December 31, 2022 |
|---|---|
|  | (In millions) |
| **Operating Income** | $202 to $207 |
| Stock-based compensation expense | 49 |
| Depreciation and amortization of intangibles | 19 |
| **Adjusted Operating Income** | $270 to $275 |



# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2022 | $ Change | % Change | 2021 | 2022 | $ Change | % Change | 2021 |
| | (Dollars in millions, rounding differences may occur) | | | | | | | |
| Revenue, as reported | $ 809.5 | $ 7.7 | 1% | $ 801.8 | $ 2,402.7 | $ 225.5 | 10% | $ 2,177.2 |
| Foreign exchange effects | 73.7 | | | | 147.7 | | | |
| Revenue, excluding foreign exchange effects | $ 883.3 | $ 81.4 | 10% | $ 801.8 | $ 2,550.4 | $ 373.2 | 17% | $ 2,177.2 |
| | | | | | | | | |
| Americas Direct Revenue, as reported | $ 413.8 | $ 20.2 | 5% | $ 393.6 | $ 1,222.5 | $ 110.3 | 10% | $ 1,112.3 |
| Foreign exchange effects | 2.7 | | | | 4.3 | | | |
| Americas Direct Revenue, excluding foreign exchange effects | $ 416.5 | $ 22.9 | 6% | $ 393.6 | $ 1,226.9 | $ 114.6 | 10% | $ 1,112.3 |
| | | | | | | | | |
| Europe Direct Revenue, as reported | $ 214.8 | $ (2.9) | (1%) | $ 217.7 | $ 638.6 | $ 35.3 | 6% | $ 603.3 |
| Foreign exchange effects | 34.9 | | | | 74.0 | | | |
| Europe Direct Revenue, excluding foreign exchange effects | $ 249.7 | $ 32.0 | 15% | $ 217.7 | $ 712.6 | $ 109.3 | 18% | $ 603.3 |
| | | | | | | | | |
| APAC and Other Direct Revenue, as reported | $ 166.6 | $ (7.9) | (5%) | $ 174.4 | $ 498.0 | $ 78.4 | 19% | $ 419.7 |
| Foreign exchange effects | 35.1 | | | | 67.6 | | | |
| APAC and Other Direct Revenue, excluding foreign exchange effects | $ 201.7 | $ 27.3 | 16% | $ 174.4 | $ 565.6 | $ 145.9 | 35% | $ 419.7 |

# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects (Revenue Per Payer)

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2022 | $ Change | % Change | 2021 | 2022 | $ Change | % Change | 2021 |
| RPP, as reported | $ 16.02 | $ (0.04) | — % | $ 16.06 | $ 15.96 | $ 0.38 | 2% | $ 15.58 |
| Foreign exchange effects | 1.46 | | | | 0.99 | | | |
| RPP, excluding foreign exchange effects | $ 17.48 | $ 1.42 | 9% | $ 16.06 | $ 16.95 | $ 1.37 | 9% | $ 15.58 |
| | | | | | | | | |
| Americas RPP, as reported | $ 16.75 | $ 0.96 | 6% | $ 15.79 | $ 16.55 | $ 0.98 | 6% | $ 15.57 |
| Foreign exchange effects | 0.11 | | | | 0.06 | | | |
| Americas RPP, excluding foreign exchange effects | $ 16.86 | $ 1.07 | 7% | $ 15.79 | $ 16.61 | $ 1.04 | 7% | $ 15.57 |
| | | | | | | | | |
| Europe RPP, as reported | $ 15.40 | $ (0.01) | — % | $ 15.41 | $ 15.27 | $ 0.15 | 1% | $ 15.12 |
| Foreign exchange effects | 2.51 | | | | 1.76 | | | |
| Europe RPP, excluding foreign exchange effects | $ 17.91 | $ 2.50 | 16% | $ 15.41 | $ 17.03 | $ 1.91 | 13% | $ 15.12 |
| | | | | | | | | |
| APAC and Other RPP, as reported | $ 15.14 | $ (2.57) | (14%) | $ 17.71 | $ 15.49 | $ (0.80) | (5%) | $ 16.29 |
| Foreign exchange effects | 3.20 | | | | 2.11 | | | |
| APAC and Other RPP, excluding foreign exchange effects | $ 18.34 | $ 0.63 | 4% | $ 17.71 | $ 17.60 | $ 1.31 | 8% | $ 16.29 |



# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects (Tinder)

| | Tinder Direct Revenue | | | |
|---|---|---|---|---|
| | (Dollars in millions, rounding differences may occur) | | | |
| | Three Months Ended September 30, | | | |
| | 2022 | $ Change | % Change | 2021 |
| Revenue, as reported | $ 460.2 | $ 26.2 | 6% | $ 434.0 |
| Foreign exchange effects | 41.4 | | | |
| Revenue, excluding foreign exchange effects | $ 501.5 | $ 67.5 | 16% | $ 434.0 |

| | Tinder Direct Revenue Americas and Europe | | | | | Tinder Direct Revenue APAC and Other | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (Dollars in millions, rounding differences may occur) | | | | | | | | |
| | Three Months Ended September 30, | | | | | Three Months Ended September 30, | | | |
| | 2022 | $ Change | % Change | 2021 | | 2022 | $ Change | % Change | 2021 |
| Revenue, as reported | $ 377.0 | $ 20.0 | 6% | $ 357.0 | | $ 83.2 | $ 6.2 | 8% | $ 76.9 |
| Foreign exchange effects | 26.9 | | | | | 14.4 | | | |
| Revenue, excluding foreign exchange effects | $ 403.9 | $ 46.9 | 13% | $ 357.0 | | $ 97.6 | $ 20.7 | 27% | $ 76.9 |

# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects (Tinder Revenue Per Payer)

| | Three Months Ended September 30, | | | |
|---|---|---|---|---|
| | 2022 | $ Change | % Change | 2021 |
| RPP, as reported | $ 13.82 | $ (0.07) | (1%) | $ 13.89 |
| Foreign exchange effects | 1.24 | | | |
| RPP, excluding foreign exchange effects | $ 15.06 | $ 1.17 | 8% | $ 13.89 |



# *Dilutive Securities*

Match Group has various tranches of dilutive securities. The table below details these securities and their potentially dilutive impact (shares in millions; rounding differences may occur).

| | Average Exercise Price | 10/28/2022 |
|---|---|---|
| Share Price | | **$43.68** |
| Absolute Shares | | **279.3** |
| | | |
| **Equity Awards** | | |
| Options | $18.82 | 1.9 |
| RSUs and subsidiary denominated equity awards | | 6.1 |
| **Total Dilution - Equity Awards** | | **8.0** |
| | | |
| **Outstanding Warrants** | | |
| Warrants expiring on January 1, 2023 (1.9 million outstanding) | $68.22 | — |
| Warrants expiring on September 15, 2026 (6.6 million outstanding) | $134.76 | — |
| Warrants expiring on April 15, 2030 (6.8 million outstanding) | $134.82 | — |
| **Total Dilution - Outstanding Warrants** | | — |
| | | |
| **Total Dilution** | | **8.0** |
| % Dilution | | 2.8% |
| **Total Diluted Shares Outstanding** | | **287.3** |

The dilutive securities presentation above is calculated using the methods and assumptions described below; these are different from GAAP dilution, which is calculated based on the treasury stock method.

**Options** — The table above assumes the option exercise price is used to repurchase Match Group shares.

**RSUs and subsidiary denominated equity awards** — The table above assumes RSUs are fully dilutive. All performance-based and market-based awards reflect the expected shares that will vest based on current performance or market estimates. The table assumes no change in the fair value estimate of the subsidiary denominated equity awards from the values used for GAAP purposes at September 30, 2022.

**Exchangeable Senior Notes** — As of October 28, 2022, the Company has two series of Exchangeable Senior Notes outstanding. In the event of an exchange, each series of Exchangeable Senior Notes can be settled in cash, shares, or a combination of cash and shares. At the time of each Exchangeable Senior Notes issuance, the Company purchased call options with a strike price equal to the exchange price of each series of Exchangeable Senior Notes ("Note Hedge"), which can be used to offset the dilution of each series of the Exchangeable Senior Notes. No dilution is reflected in the table above for any of the Exchangeable Senior Notes because it is the Company's intention to settle the Exchangeable Senior Notes with cash equal to the face amount of the notes; any shares issued would be offset by shares received upon exercise of the Note Hedge.

**Warrants** — At the time of the issuance of each series of Exchangeable Senior Notes, the Company also sold warrants for the number of shares with the strike prices reflected in the table above. The cash generated from the exercise of the warrants is assumed to be used to repurchase Match Group shares and the resulting net dilution, if any, is reflected in the table above.

 MatchGroup

# Non-GAAP Financial Measures

Match Group reports Adjusted Operating Income, Adjusted Operating Income Margin, Free Cash Flow, and Revenue Excluding Foreign Exchange Effects, all of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). The Adjusted Operating Income, Adjusted Operating Income Margin, and Free Cash Flow measures are among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue Excluding Foreign Exchange Effects provides a comparable framework for assessing the performance of our business without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments between the GAAP and non-GAAP measures, which we describe below. Interim results are not necessarily indicative of the results that may be expected for a full year.

## *Definitions of Non-GAAP Measures*

**Adjusted Operating Income** is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements, as applicable. We believe Adjusted Operating Income is useful to analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted Operating Income measure because they are non-cash in nature. Adjusted Operating Income has certain limitations because it excludes certain expenses.

**Adjusted Operating Income Margin** is defined as Adjusted Operating Income divided by revenues. We believe Adjusted Operating Income Margin is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. Adjusted Operating Income margin has certain limitations in that it does not take into account the impact to our consolidated statement of operations of certain expenses.

**Free Cash Flow** is defined as net cash provided by operating activities, less capital expenditures. We believe Free Cash Flow is useful to investors because it represents the cash that our operating businesses generate, before taking into account non-operational cash movements. Free Cash Flow has certain limitations in that it does not represent the total increase or decrease in the cash balance for the period, nor does it represent the residual cash flow for discretionary expenditures. Therefore, we think it is important to evaluate Free Cash Flow along with our consolidated statement of cash flows.

We look at Free Cash Flow as a measure of the strength and performance of our businesses, not for valuation purposes. In our view, applying "multiples" to Free Cash Flow is inappropriate because it is subject to timing, seasonality and one-time events. We manage our business for cash and we think it is of utmost importance to maximize cash – but our primary valuation metric is Adjusted Operating Income.

**Revenue Excluding Foreign Exchange Effects** is calculated by translating current period revenues using prior period exchange rates. The percentage change in Revenue Excluding Foreign Exchange Effects is calculated by determining the change in current period revenues over prior period revenues where current period revenues are translated using prior period exchange rates. We believe the impact of foreign exchange rates on Match Group, due to its global reach, may be an important factor in understanding period over period comparisons if movement in rates is significant. Since our results are reported in U.S. dollars, international revenues are favorably impacted as the U.S. dollar weakens relative to other currencies, and unfavorably impacted as the U.S. dollar strengthens relative to other currencies. We believe the presentation of revenue excluding foreign exchange effects in addition to reported revenue helps improve the ability to understand Match Group's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.



# *Non-Cash Expenses That Are Excluded From Our Non-GAAP Measures*

**Stock-based compensation expense** consists principally of expense associated with the grants of stock options, RSUs, performance-based RSUs and market-based awards. These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method; however, performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period). To the extent stock-based awards are settled on a net basis, we remit the required tax-withholding amounts from our current funds.

**Depreciation** is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives, or, in the case of leasehold improvements, the lease term, if shorter.

**Amortization of intangible assets and impairments of goodwill and intangible assets** are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names and technology, are valued and amortized over their estimated lives. Value is also assigned to (i) acquired indefinite-lived intangible assets, which consist of trade names and trademarks, and (ii) goodwill, which are not subject to amortization. An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value. We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

**Gains and losses recognized on changes in the fair value of contingent consideration arrangements** are accounting adjustments to report contingent consideration liabilities at fair value. These adjustments can be highly variable and are excluded from our assessment of performance because they are considered non-operational in nature and, therefore, are not indicative of current or future performance or the ongoing cost of doing business.

# *Additional Definitions*

**Americas** includes North America, Central America, South America, and the Caribbean islands.

**Europe** includes continental Europe, the British Isles, Iceland, Greenland, and Russia, but excludes Turkey (which is included in APAC and Other).

**APAC and Other** includes Asia, Australia, the Pacific islands, the Middle East, and Africa.

**Direct Revenue** is revenue that is received directly from end users of our services and includes both subscription and à la carte revenue.

**Indirect Revenue** is revenue that is not received directly from end users of our services, substantially all of which is advertising revenue.

**Payers** are unique users at a brand level in a given month from whom we earned Direct Revenue. When presented as a quarter-to-date or year-to-date value, Payers represents the average of the monthly values for the respective period presented. At a consolidated level, duplicate Payers may exist when we earn revenue from the same individual at multiple brands in a given month, as we are unable to identify unique individuals across brands in the Match Group portfolio.

**Revenue Per Payer ("RPP")** is the average monthly revenue earned from a Payer and is Direct Revenue for a period divided by the Payers in the period, further divided by the number of months in the period.

**Leverage on a gross basis** is calculated as principal debt balance divided by Adjusted Operating Income for the period referenced.

**Leverage on a net basis** is calculated as principal debt balance less cash and cash equivalents and short-term investments divided by Adjusted Operating Income for the period referenced.

 MatchGroup

# Other Information

## Safe Harbor Statement Under the Private Securities Litigation Reform Act of 1995

This letter and our conference call, which will be held at 8:30 a.m. Eastern Time on November 2, 2022, may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. All statements that are not historical facts are "forward looking statements." The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends, and other similar matters. These forward-looking statements are based on management's current expectations and assumptions about future events, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict. Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing services, our ability to attract users to our services through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our services through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions, certain risks relating to our relationship with IAC post-separation, the impact of the outbreak of COVID-19 coronavirus, the risks inherent in separating Match Group from IAC, including uncertainties related to, among other things, the expected benefits of the separation, any litigation arising out of or relating to the transaction, the tax treatment of the transaction, and the impact of the separation on the businesses of Match Group, and uncertainties related to the acquisition of Hyperconnect, including, among other things, the expected benefits of the transaction, any litigation arising out of or relating to the transaction, and the impact of the transaction on the businesses of Match Group. Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this letter. Match Group does not undertake to update these forward-looking statements.

## About Match Group

Match Group (NASDAQ: MTCH), through its portfolio companies, is a leading provider of digital technologies designed to help people make meaningful connections. Our global portfolio of brands includes Tinder®, Match®, Hinge®, Meetic®, OkCupid®, Pairs™, PlentyOfFish®, OurTime®, Azar®, Hakuna Live™, and more, each built to increase our users' likelihood of connecting with others. Through our trusted brands, we provide tailored services to meet the varying preferences of our users. Our services are available in over 40 languages to our users all over the world.

## Contact Us

**Tanny Shelburne**
Match Group Investor Relations
ir@match.com

**Justine Sacco**
Match Group Corporate Communications
matchgroupPR@match.com

**Match Group**
8750 North Central Expressway, Dallas, TX 75231. (214) 576-9352. https://mtch.com

 MatchGroup



# EXHIBIT H



# Letter to Shareholders

Q4 2022 | January 31, 2023

# *Fourth Quarter 2022 Financial Highlights*

» **Total Revenue** declined 2% over the prior year quarter to $786 million (5% growth on a foreign exchange ("FX") neutral basis ("FXN")).

» **Operating income** was $107 million, a 54% decrease over the prior year quarter, representing an operating margin of 14%. Operating Income reflects $102 million of impairments of intangibles (see page 15 for details).

» **Adjusted Operating Income** was $286 million, a decrease of 2% over the prior year quarter, representing an Adjusted Operating Income Margin of 36%.

» **Payers** declined 1% to 16.1 million compared to the prior year quarter.

» **RPP** declined 1% over the prior year quarter to $16.00, up 7% FXN.

» **Tinder** Direct Revenue was flat (+8% FXN) over the prior year quarter with 3% Payers growth to 10.8 million, offset by RPP declines of 2%.

» **All Other Brands** collectively had a Direct Revenue decline of 5% year-over-year driven by an 8% Payers decline, partially offset by 3% RPP growth. Within All Other Brands, **Hinge** Direct Revenue grew nearly 30% year-over-year.

» Full Year 2022 **Operating Cash Flow** and **Free Cash Flow** were $526 million and $477 million, respectively, impacted by the $441 million payment related to the previously disclosed Tinder litigation settlement in the second quarter of 2022.

## Total Revenue ($M)

| | Q4'21 | Q4'22 |
|---|---|---|
| Total | $806 | $786 |
| Direct APAC & Other | $169 (9%) | $154 |
| Direct Europe | $219 (4%) | $210 |
| Direct Americas | $400 +2% | $407 |
| Indirect | $18 (18%) | $15 |

Legend: ■ Direct APAC & Other  ■ Direct Europe  ■ Direct Americas  ■ Indirect

## Operating Income ($M)[1]

| | Q4'21 | Q4'22 |
|---|---|---|
| | $232 | $107 |
| Margin % | 29% | 14% |

## Adjusted Operating Income ($M)

| | Q4'21 | Q4'22 |
|---|---|---|
| | $290 | $286 |
| Margin % | 36% | 36% |

## Payers (000s)

| | Q4'21 | Q4'22 |
|---|---|---|
| Americas | 8,230 | 8,059 |
| Europe | 4,660 | 4,451 |
| APAC & Other | 3,359 | 3,555 |
| Total | 16,249 | 16,065 |

Legend: ■ Q4'21  ■ Q4'22

## RPP

| | Q4'21 | Q4'22 |
|---|---|---|
| Americas | $16.19 | $16.81 |
| Europe | $15.63 | $15.75 |
| APAC & Other | $16.80 | $14.46 |
| Total | $16.16 | $16.00 |

Legend: ■ Q4'21  ■ Q4'22



See reconciliations of GAAP to non-GAAP measures starting on page 22.
1. Q4'22 Operating Income includes $102 million of impairments of intangibles primarily related to Hyperconnect and Meetic.

# *Dear Shareholders,*

While our 2022 performance was below what we expect of ourselves, we made corrective changes and feel this organization is gaining momentum as we start 2023. Tinder is beginning to execute on its clearly defined product roadmap and is ready to launch a bold new marketing campaign. Exciting things are happening elsewhere in the portfolio as well. Hinge is on fire, with its expansion rolling across Europe at breakneck speed, and our new bets, including The League, Chispa, and BLK, continue to succeed.

Match Group has always prioritized financial discipline and this focus runs throughout the organization. With macroeconomic challenges and uncertainties persisting, we will continue to look for opportunities to streamline operations and maximize profitability. Under our new organizational structure, which we announced last week, we've increased accountability to achieve our key strategic objectives, invest in our growth opportunities, and realize our financial goals.

This organization's ability to identify opportunities for improvement, be solutions-oriented, and embrace change is invigorating and sets us up for long-term success. The year is off to a solid start performance-wise, we expect momentum to build as the year progresses, and we're confident that we have the pieces in place to drive future growth for many years to come.

**Bernard Kim ("BK")**
Chief Executive Officer

**Gary Swidler**
President &
Chief Financial Officer

# Business Trends

## Organizational Changes to Increase Accountability, Collaboration, and Performance

To increase accountability, collaboration, and financial performance, as well as benefit from our scale and portfolio strategy, we've implemented a more streamlined organizational structure at Match Group.



Brands shown are not exhaustive of the entire Match Group portfolio.

**Tinder®** continues to be the world's most popular app for meeting new people and is our largest revenue contributor. BK remains the interim Tinder CEO with key senior leaders reporting directly to him. The Tinder executive team continues to work together seamlessly, making strides in galvanizing the broader team, enhancing the user experience, and reigniting growth. With a clear set of goals, the Tinder team is fully aligned and focused on executing against its well-defined product roadmap and establishing its brand narrative in 2023 and beyond.

**Hinge®** continues to be the brightest spot in our portfolio and a critical contributor to Match Group's growth, driven by ongoing strength in its core English-speaking markets and its burgeoning popularity across newly launched European markets. *Justin McLeod*, founder and CEO of Hinge, will now report directly to BK. Justin's founder-led creative vision and guiding principles will remain front and center for Hinge as it continues its global expansion and grows into an even more significant part of our portfolio.

**Asia** represents an enormous opportunity given the size of the addressable market, early stage of user adoption, and varied demographics that exist throughout the region. *Malgosia Green* has been promoted from CEO of Plenty of Fish® to CEO of Match Group Asia, reporting directly to BK. She will be relocating to Asia to oversee our efforts there. Malgosia will join a team of strong leaders on the ground at Pairs™ and Hyperconnect®, who are focused on recapturing growth and enhancing profitability. She will also focus on identifying opportunities to expand our strategic footprint in this critical region.

**Evergreen & Emerging Brands** will now be managed together, combining the deep-rooted knowledge from our larger evergreen brands (Match®, Meetic®, Plenty of Fish®, and OKCupid®) with the significant untapped potential of our smaller emerging brands (including BLK®, Chispa®, and The League®). *Hesam Hosseini*, previously CEO of Match and Affinity brands, will take on the newly created role of CEO of Evergreen & Emerging Brands. This team is laser focused on increasing efficiencies and reducing duplicative efforts among our evergreen brands, where growth has become more challenging. This is the first time in our history that these four key evergreen brands are joined together, allowing them to act as one global team sharing the same vision. This new structure will also leverage our existing teams' knowledge and infrastructure to drive growth at attractive margins across our smaller but fast-growing emerging brands, which target underserved niche demographics.

**Innovation** will play an even more principal role at Match Group moving forward. As we look to blend our own expertise in innovation with fresh insights, *Will Wu*, a leading digital social product innovator, will join us from Snap Inc., as our group-wide Chief Technology Officer. Will's scope includes working with all our brands, including Tinder and Hinge, to keep their platforms exciting and continuing to evolve our dating experience to match the needs of today's users – especially Gen Z. Will and a cross functional team will work to build upon Match's strong history of transformative innovation by continuing to incubate, launch, and grow entirely new experiences for users. We're delighted to have him join us to lead these efforts.

We strongly believe this represents the right organizational structure and the right team to deliver Match Group's next wave of growth. With this team and structure, we are confident in our ability to drive solid double-digit growth in the years ahead.

 MatchGroup

# *TINDER*

## *Product Momentum in the Fourth Quarter*

In Q4, the Tinder team worked quickly to combat softening macro-related trends in à la carte ("ALC") revenue through a variety of initiatives, including the implementation of strategies to dynamically surface packages based on user purchase behavior, as well as optimizations such as Compound and Primetime Boosts. Together, these initiatives helped to reverse the downward trend Tinder had seen in à la carte revenues.



In addition, Tinder began testing short-term subscription packages at new price points and is further testing its new "Relationship Intent" feature, which gives users the ability to filter who they see based on personal dating intent. The team has also been working on improving user outcomes by enabling more dynamic and responsive user profiles, and surfacing relevant profile content based on user behavior, which has increased engagement and helped improve RPP trends. Tinder also began ramping up its advertising impressions and testing new ad units within the experience that we will continue to optimize throughout 2023.

## *2023 Product Roadmap*

Tinder's 2023 product roadmap represents a renewed focus on execution with a goal of reigniting the growth and virality that it has garnered over the past 10 years. The roadmap has four key focus areas: expanding the core experience, driving deeper engagement, broadening monetization, and optimizations. The first two are designed to drive app usage and engagement, while the latter two are focused on driving revenue.

 MatchGroup

**Expanding the core experience** centers around creating more authentic moments and opportunities for self-expression, which are especially important for Gen Z. **Deeper engagement** will further utilize machine learning to leverage richer profile elements, creating a more tailored and adaptive user experience in discovery as well as post-match. **Broadening monetization** is focused on driving revenue by offering new services and premium features. In the second half of the year, Tinder plans to broadly roll out virtual currency to reward user behavior and/or transact for new features. Last, we will continue **optimizations** of our subscription, à la carte, and advertising revenues. Optimizations are expected to drive approximately two-thirds of Tinder's revenue growth in 2023.



### Establishing Tinder's Brand Narrative

Tinder plans to launch its first-ever global marketing campaign this quarter. From its inception, Tinder grew rapidly through strong, organic word-of-mouth, so there was less of a need to market. However, over time, this lack of marketing has contributed to a narrow brand perception that does not celebrate the breadth of relationship possibilities Tinder creates every day. Through a fresh, multi-channel brand campaign, Tinder will have the opportunity to showcase the full range of what it offers and develop a more accurate brand story that resonates with its core audience. We believe that investing to build and properly position Tinder's brand will, over time, help engage both new and previous users, and cement its position as a premiere global dating app.

Given these efforts, we expect Tinder's marketing spend to increase by ~2 points, but remain under 10%, as a percentage of Direct Revenue in 2023.



# HINGE

## New Subscription Tier

Hinge continues its rapid growth and the team remains steadfast on building a differentiated service and user experience. As the app has grown in popularity, it has become apparent that paying users on Hinge are looking for long-term relationships more than ever. Hinge's new subscription tiers focus on efficiency, compatibility, and creating a category-defining experience rather than an incremental upgrade.



**Launch of HingeX.** This entirely new tier – whose name is a nod to Hinge's famous tagline "Designed to Be Deleted®"– will give high-intentioned daters the ability to more effectively connect with someone special through enhanced recommendations designed to increase access and exposure to like-minded daters. HingeX subscribers are also given an 'always-on' boost for their profile to be seen sooner and their likes are pinned at the top of the feed for increased visibility.

**Improved Hinge+.** Newly rebranded and improved from Hinge Preferred, Hinge+ adds additional features that give users more control of their dating journey. Features include the ability to more effectively browse and sort incoming likes to better prioritize the next match.

These two tiers are now available to a small subset of Hinge's global user base. With the introduction of these tiers, Hinge now can broaden its payer base with a lower priced Hinge+ tier and target premium users with HingeX. In its initial testing, HingeX is delivering on expectations, driving significant conversion improvements and a strong take-rate. Hinge expects to launch the two tiers globally by the end of February and plans to further optimize both over time.

## Continued International Expansion

Hinge continues to build rapid momentum in Europe and climb in app store rankings. Hinge became the #3 most downloaded dating app in Germany in just five months. It also organically achieved the #3 most downloaded dating app in the Nordics in November, despite having fully launched only in Sweden, driven by strong word of mouth across the region.



2. Source: Sensor Tower. Rank is among all dating apps, as defined by Match Group.



Hinge plans to continue its push into the Nordics and begin marketing in France, Italy, and Spain in early 2023. By mid-year, we expect the app to be translated and marketed throughout continental Europe, with Asia and Latin America following in 2024.

As Hinge expands into new markets, it is important to note that it takes several months for the user base to achieve sufficient scale and liquidity to drive revenue growth. As a result, international revenue growth in 2023 represents a relatively small portion of the $100 million of overall incremental revenue we expect Hinge to deliver. The launch of the new tiered offerings and continued strong user growth and monetization enhancements in its core markets are expected to drive most of Hinge's 2023 revenue growth. The newly entered markets across Europe in 2023 are expected to be a more substantial driver of Hinge's revenue growth in 2024.



**App Store Downloads Rank, by Country – Dec '22**

*Total downloads across App Store and Google Play among all dating apps[2]*



# *Financial Review and Outlook*

## 2022 in Review

We grew Total Revenue 7% to $3.2 billion in 2022, well below our mid- to high-teens target, though it was up 14% on an FXN basis. While some of the shortfall was due to macroeconomic impacts from FX and weakening consumer discretionary spending, a significant portion resulted from weaker-than-expected product execution at Tinder, the effects of which became more pronounced as the year progressed. Despite these challenges, for the full year Tinder Direct Revenue grew 9% year-over-year (16% FXN), driven by a 10% year-over-year increase in Payers to 10.9 million and essentially flat RPP (+6% FXN).

Within All Other Brands, Hinge Direct Revenue rose 44% year-over-year as a result of 25% Payers growth and 15% RPP growth, though the business was also negatively impacted by FX and product delays. All Other Brands' Direct Revenue, excluding Hinge, decreased 2% year-over-year as we struggled to grow revenue at the evergreen and Asian brands (again, in part due to FX), but did see nice growth from some of the smaller emerging brands.

For full year 2022, Operating Income declined 40% year-over-year to $515 million, impacted in part by impairments of intangible assets, representing a 16% margin. Adjusted Operating Income ("AOI") grew 6% year-over-year to $1.1 billion, representing a 35% margin. We felt the impact of the costly labor market in late 2021 and early 2022 but did rein in marketing and other costs to help offset the weaker Tinder revenue growth and higher costs generally.





See reconciliations of GAAP to non-GAAP measures starting on page 22.
3. 2022 includes $270 million in impairments of intangibles relating to Hyperconnect, as well as $49 million of impairments primarily related to Meetic.

## Q4 2022

Focusing on Q4 '22, Total Revenue was in-line with our expectations, down 2% over the prior year quarter to $786 million. Tinder Direct Revenue was also in-line with our expectations, flat year-over-year. The FX impact was slightly better than expected on both Total Revenue and Tinder Direct Revenue, while business performance, particularly in Europe, was slightly weaker than expected.

Operating Income was $107 million, representing a margin of 14%, primarily driven by $102 million of impairment charges on intangible assets at several of our businesses. The impairment charges were related to declines in long-term projections, primarily at Meetic, and increases in the discount rates applied to our Hyperconnect business due to rising interest rates and market volatility generally (not due to meaningful changes to Hyperconnect's outlook). AOI topped our expectations, delivering a margin of 36%. Across the company, sharper cost discipline began to take shape, with many of our expense categories flat or even down year-over-year. The quarter also included ~$3 million of severance and similar costs.

## Q1 2023

For Q1, we expect Total Revenue of $790 to $800 million, roughly flat year-over-year. For Tinder, we expect Direct Revenue to be up slightly year-over-year. We expect Hinge Direct Revenue growth to be up more than 25% year-over-year.

We expect Q1 Adjusted Operating Income to be $250 to $255 million, representing margin of 32% at the midpoint. In-app purchase fees, which include $8 million paid into escrow related to the Google litigation, are a significant year-over-year headwind. We also expect to incur $3 to $5 million in severance and similar costs. We expect marketing spend to increase at Tinder and Hinge, offset by reductions in most of our other brands.

|  | Total Revenue | Adjusted Operating Income |
|---|---|---|
| **Q1 2023** | $790 to $800 million | $250 to $255 million |

## FY 2023

As we start 2023, the macroeconomic pressures we are seeing in our business thus far are in line with our expectations. We expect at least the first half of 2023 to remain challenging, but we expect to build momentum as the year progresses and remain confident in our ability to deliver on our full year financial outlook.

For full year 2023, we reaffirm our focus on delivering 5% to 10% year-over-year growth, in both Match Group Total Revenue and Tinder Direct Revenue. We expect our year-over-year top-line growth to gradually accelerate from Q4 2022 levels, reaching double digits by Q4 2023. We expect Hinge to deliver nearly $400 million of Direct Revenue in 2023.

 MatchGroup

We also remain committed to delivering flat or better year-over-year AOI margins. We have undertaken a company-wide cost review to reduce marketing spend, headcount, and overhead expenses such as office expense and professional fees. We plan to reallocate savings primarily from our lower growth brands and corporate costs into our higher growth businesses and new bets. We expect to incur ~$6 million of severance and similar costs in 2023 related to our cost savings initiatives. We expect margins to show year-over-year improvement in the second half of the year as revenue growth accelerates and cost savings are realized.

We expect to be a U.S. federal cash taxpayer in 2023 and in subsequent years. The amount of cash taxes we pay will be impacted by our stock price, which affects the compensation expense deductions we can take. We currently expect to convert low 70s% of our AOI into free cash flow in 2023. We expect stock-based compensation expense of $230 to $250 million and capital expenditures of $60 to $70 million in 2023.



# *Conference Call*

*Match Group will audiocast a conference call to answer questions regarding its fourth quarter financial results on Wednesday, February 1, 2023 at 8:30 a.m. Eastern Time. This call will include the disclosure of certain information, including forward-looking information, which may be material to an investor's understanding of Match Group's business. The live audiocast will be open to the public on Match Group's investor relations website at https://ir.mtch.com.*



# *Financial Results*

## *Revenue*

| | Three Months Ended December 31, | | |
|---|---|---|---|
| | **2022** | **2021** | **Change** |
| | **(In thousands, except RPP)** | | |
| Direct Revenue: | | | |
| Americas | $ 406,556 | $ 399,794 | 2% |
| Europe | 210,316 | 218,546 | (4%) |
| APAC and Other | 154,219 | 169,303 | (9%) |
| Total Direct Revenue | 771,091 | 787,643 | (2%) |
| Indirect Revenue | 15,062 | 18,427 | (18%) |
| Total Revenue | $ 786,153 | $ 806,070 | (2%) |
| | | | |
| **Payers** | | | |
| Americas | 8,059 | 8,230 | (2%) |
| Europe | 4,451 | 4,660 | (4%) |
| APAC and Other | 3,555 | 3,359 | 6% |
| Total Payers | 16,065 | 16,249 | (1%) |
| | | | |
| **Revenue Per Payer ("RPP")** | | | |
| Americas | $ 16.81 | $ 16.19 | 4% |
| Europe | $ 15.75 | $ 15.63 | 1% |
| APAC and Other | $ 14.46 | $ 16.80 | (14%) |
| Total RPP | $ 16.00 | $ 16.16 | (1%) |

The increase in Direct Revenue in Americas was primarily driven by increases in Payers at Tinder and Hinge as well as RPP growth at both brands driven by higher average prices paid for subscriptions. Declines in Americas Payers at Match and Plenty of Fish more than offset the growth from Tinder and Hinge. The decline in Europe Payers was driven by Tinder and Meetic, partially offset by an increase at Hinge. The increase in APAC and Other Payers was primarily driven by Tinder. Europe and APAC and Other RPPs were unfavorably impacted by the strength of the U.S. Dollar relative to the Euro and British Pound and the Japanese Yen and Turkish Lira, respectively.

## *Operating Income and Adjusted Operating Income*

| | Three Months Ended December 31, | | |
|---|---|---|---|
| | **2022** | **2021** | **Change** |
| | **(In thousands)** | | |
| Operating Income | $ 106,633 | $ 231,917 | (54%) |
| Operating Income Margin | 14% | 29% | (15.2) points |
| Adjusted Operating Income | $ 285,538 | $ 290,470 | (2%) |
| Adjusted Operating Income Margin | 36% | 36% | 0.3 points |



## Operating Costs and Expenses

| | Q4 2022 | % of Revenue | Q4 2021 | % of Revenue | Change |
|---|---|---|---|---|---|
| | | (In thousands) | | | |
| Cost of revenue | $ 235,925 | 30% | $ 234,543 | 29% | 1% |
| Selling and marketing expense | 127,335 | 16% | 139,165 | 17% | (9%) |
| General and administrative expense | 110,356 | 14% | 110,261 | 14% | – % |
| Product development expense | 80,555 | 10% | 66,366 | 8% | 21% |
| Depreciation | 10,930 | 1% | 10,780 | 1% | 1% |
| Impairment and amortization of intangibles | 114,419 | 15% | 13,038 | 2% | NM |
| Total operating costs and expenses | $ 679,520 | 86% | $ 574,153 | 71% | 18% |

Total operating costs and expenses increased 18% year-over-year, primarily driven by $102 million of impairment charges on intangible assets at several of our businesses. The impairment charges were related to declines in long-term projections, primarily at Meetic, and increases in the discount rates applied to our Hyperconnect business due to rising interest rates and market volatility generally (not due to meaningful changes to Hyperconnect's outlook). Total selling and marketing expense decreased $12 million year-over-year as we reduced marketing spend across the portfolio. General and administrative expense was flat, with decreases in legal fees offset by increases in non-cash employee compensation. Product development expense increased 21% year-over-year primarily due to increased engineering headcount at Tinder and Hinge.

## Liquidity and Capital Resources

During the year ended December 31, 2022, we generated operating cash flow of $526 million and Free Cash Flow of $477 million, both of which were impacted by the final settlement payment of $441 million related to *Rad, et al. v. IAC/InterActiveCorp, et al.* and related arbitrations during the second quarter of 2022.

As of December 31, 2022, we had $581 million in cash and cash equivalents and short-term investments and $3.9 billion of long-term debt, $3.5 billion of which is fixed rate debt, including $1.2 billion of Exchangeable Senior Notes. Our $750 million revolving credit facility was undrawn as of December 31, 2022. Match Group's trailing twelve-month leverage[4] as of December 31, 2022 is 3.4x on a gross basis and 2.9x on a net basis.

## Income Taxes

We recorded an income tax benefit from continuing operations of $18 million for the fourth quarter of 2022. The tax benefit, despite pre-tax income, was the result of (i) a reversal of valuation allowances in certain foreign jurisdictions as we expect to be able to realize the deferred tax assets in these jurisdictions in the coming years; (ii) favorable tax audit outcomes; and (iii) a lower tax rate on U.S. income derived from foreign sources. The income tax benefit on the loss from continuing operations of $58 million in the fourth quarter of 2021 benefited from (i) excess tax benefits generated by the exercise or vesting of stock-based awards and (ii) research credits.

 MatchGroup

4. Leverage is calculated utilizing the non-GAAP measure Adjusted Operating Income as the denominator. For a reconciliation of the non-GAAP measure for each period presented, see page 22.

# GAAP Financial Statements

## *Consolidated Statement of Operations*

| | Three Months Ended December 31, | | Years Ended December 31, | |
|---|---|---|---|---|
| | **2022** | **2021** | **2022** | **2021** |
| | **(In thousands, except per share data)** | | | |
| Revenue | $ 786,153 | $ 806,070 | $ 3,188,843 | $ 2,983,277 |
| Operating costs and expenses: | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | 235,925 | 234,543 | 959,963 | 839,308 |
| Selling and marketing expense | 127,335 | 139,165 | 534,517 | 566,459 |
| General and administrative expense | 110,356 | 110,261 | 435,868 | 414,821 |
| Product development expense | 80,555 | 66,366 | 333,639 | 241,049 |
| Depreciation | 10,930 | 10,780 | 43,594 | 41,402 |
| Impairment and amortization of intangibles | 114,419 | 13,038 | 366,257 | 28,559 |
| Total operating costs and expenses | 679,520 | 574,153 | 2,673,838 | 2,131,598 |
| Operating income | 106,633 | 231,917 | 515,005 | 851,679 |
| Interest expense | (38,214) | (34,586) | (145,547) | (130,493) |
| Other (expense) income, net | (402) | (424,152) | 8,033 | (465,038) |
| Earnings (loss) from continuing operations, before tax | 68,017 | (226,821) | 377,491 | 256,148 |
| Income tax benefit (provision) | 17,605 | 58,097 | (15,361) | 19,897 |
| **Net earnings (loss) from continuing operations** | 85,622 | (168,724) | 362,130 | 276,045 |
| (Loss) earnings from discontinued operations, net of tax | (2,211) | — | (2,211) | 509 |
| **Net earnings (loss)** | 83,411 | (168,724) | 359,919 | 276,554 |
| Net loss attributable to noncontrolling interests | 1,164 | 92 | 2,027 | 1,169 |
| **Net earnings (loss) attributable to Match Group, Inc. shareholders** | $ 84,575 | $ (168,632) | $ 361,946 | $ 277,723 |
| | | | | |
| **Net earnings (loss) per share from continuing operations:** | | | | |
| Basic | $ 0.31 | $ (0.60) | $ 1.29 | $ 1.01 |
| Diluted | $ 0.30 | $ (0.60) | $ 1.25 | $ 0.93 |
| **Net earnings (loss) per share attributable to Match Group, Inc. shareholders:** | | | | |
| Basic | $ 0.30 | $ (0.60) | $ 1.28 | $ 1.01 |
| Diluted | $ 0.30 | $ (0.60) | $ 1.24 | $ 0.93 |
| | | | | |
| Basic shares outstanding | 279,426 | 282,979 | 282,564 | 275,004 |
| Diluted shares outstanding | 289,826 | 282,979 | 295,215 | 304,840 |
| | | | | |
| **Stock-based compensation expense by function:** | | | | |
| Cost of revenue | $ 1,356 | $ 1,593 | $ 5,903 | $ 5,554 |
| Selling and marketing expense | 1,778 | 1,829 | 7,608 | 7,941 |
| General and administrative expense | 26,048 | 15,651 | 106,133 | 81,420 |
| Product development expense | 24,374 | 15,662 | 84,236 | 51,901 |
| Total stock-based compensation expense | $ 53,556 | $ 34,735 | $ 203,880 | $ 146,816 |



# Consolidated Balance Sheet

|  | | December 31, 2022 | | December 31, 2021 |
|---|---|---|---|---|
|  | | (In thousands) | | |
| **ASSETS** | | | | |
| Cash and cash equivalents | $ | 572,395 | $ | 815,384 |
| Short-term investments | | 8,723 | | 11,818 |
| Accounts receivable, net | | 191,940 | | 188,482 |
| Other current assets | | 109,327 | | 202,568 |
| Total current assets | | 882,385 | | 1,218,252 |
|  | | | | |
| Property and equipment, net | | 176,136 | | 163,256 |
| Goodwill | | 2,348,366 | | 2,411,996 |
| Intangible assets, net | | 357,747 | | 771,697 |
| Deferred income taxes | | 276,947 | | 334,937 |
| Other non-current assets | | 141,183 | | 163,150 |
| **TOTAL ASSETS** | $ | 4,182,764 | $ | 5,063,288 |
|  | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **LIABILITIES** | | | | |
| Current maturities of long-term debt, net | $ | — | $ | 99,927 |
| Accounts payable | | 13,699 | | 37,871 |
| Deferred revenue | | 252,718 | | 262,131 |
| Accrued expenses and other current liabilities | | 289,937 | | 768,366 |
| Total current liabilities | | 556,354 | | 1,168,295 |
|  | | | | |
| Long-term debt, net of current maturities | | 3,835,726 | | 3,829,421 |
| Income taxes payable | | 13,282 | | 13,842 |
| Deferred income taxes | | 32,631 | | 130,261 |
| Other long-term liabilities | | 103,652 | | 116,051 |
|  | | | | |
| Redeemable noncontrolling interest | | — | | 1,260 |
|  | | | | |
| Commitment and contingencies | | | | |
|  | | | | |
| **SHAREHOLDERS' EQUITY** | | | | |
| Common stock | | 287 | | 283 |
| Additional paid-in capital | | 8,273,637 | | 8,164,216 |
| Retained deficit | | (7,782,568) | | (8,144,514) |
| Accumulated other comprehensive loss | | (369,182) | | (223,754) |
| Treasury stock | | (482,049) | | — |
| Total Match Group, Inc. shareholders' equity | | (359,875) | | (203,769) |
| Noncontrolling interests | | 994 | | 7,927 |
| Total shareholders' equity | | (358,881) | | (195,842) |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ | 4,182,764 | $ | 5,063,288 |

 MatchGroup

# Consolidated Statement of Cash Flows

| | | Years Ended December 31, | |
|---|---|---|---|
| | | **2022** | **2021** |
| | | *(In thousands)* | |
| **Cash flows from operating activities attributable to continuing operations:** | | | |
| Net earnings | $ | 359,919 | $ 276,554 |
| Add back: loss (earnings) from discontinued operations, net of tax | | 2,211 | (509) |
| Net earnings from continuing operations | | 362,130 | 276,045 |
| Adjustments to reconcile net earnings from continuing operations to net cash provided by operating activities attributable to continuing operations: | | | |
| Stock-based compensation expense | | 203,880 | 146,816 |
| Depreciation | | 43,594 | 41,402 |
| Impairment and amortization of intangibles | | 366,257 | 28,559 |
| Deferred income taxes | | (29,953) | (57,969) |
| Other adjustments, net | | 6,998 | 27,690 |
| Changes in assets and liabilities | | | |
| Accounts receivable | | (6,669) | (34,021) |
| Other assets | | 59,584 | 1,743 |
| Accounts payable and other liabilities | | (472,610) | 458,757 |
| Income taxes payable and receivable | | (1,054) | (2,854) |
| Deferred revenue | | (6,469) | 26,331 |
| **Net cash provided by operating activities attributable to continuing operations** | | 525,688 | 912,499 |
| **Cash flows from investing activities attributable to continuing operations:** | | | |
| Cash used in business combinations, net of cash acquired | | (25,681) | (859,905) |
| Capital expenditures | | (49,125) | (79,971) |
| Other, net | | 3,104 | 51 |
| **Net cash used in investing activities attributable to continuing operations** | | (71,702) | (939,825) |
| **Cash flows from financing activities attributable to continuing operations:** | | | |
| Proceeds from Senior Notes offerings | | — | 500,000 |
| Payments to settle exchangeable notes | | (176,310) | (630,658) |
| Proceeds from the settlement of exchangeable note hedges | | 75,864 | 1,089,592 |
| Payments to settle warrants related to exchangeable notes | | (7,482) | (882,187) |
| Debt issuance costs | | — | (7,124) |
| Proceeds from issuance of common stock pursuant to stock-based awards | | 20,485 | 58,424 |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | | (109,256) | (15,726) |
| Purchase of treasury stock | | (482,049) | — |
| Purchase of noncontrolling interests | | (10,554) | (1,473) |
| Other, net | | 129 | 258 |
| **Net cash (used in) provided by financing activities attributable to continuing operations** | | (689,173) | 111,106 |
| **Total cash (used in) provided by continuing operations** | | (235,187) | 83,780 |
| Net cash used in operating activities attributable to discontinued operations | | — | — |
| Net cash used in investing activities attributable to discontinued operations | | — | — |
| Net cash used in financing activities attributable to discontinued operations | | — | — |
| Total cash used in discontinued operations | | — | — |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | | (7,809) | (7,570) |
| **Net (decrease) increase in cash, cash equivalents, and restricted cash** | | (242,996) | 76,210 |
| Cash, cash equivalents, and restricted cash at beginning of period | | 815,512 | 739,302 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ | 572,516 | $ 815,512 |

 MatchGroup

# *Earnings (Loss) Per Share*

The following tables set forth the computation of the basic and diluted earnings (loss) per share attributable to Match Group shareholders:

| | Three Months Ended December 31, | | | |
| | 2022 | | 2021 | |
| | Basic | Diluted | Basic | Diluted |
| | (In thousands, except per share data) | | | |
|---|---|---|---|---|
| **Numerator** | | | | |
| Net earnings (loss) from continuing operations | $ 85,622 | $ 85,622 | $ (168,724) | $ (168,724) |
| Net loss attributable to noncontrolling interests | 1,164 | 1,164 | 92 | 92 |
| Impact from subsidiaries' dilutive securities of continuing operations | — | (26) | — | — |
| Interest on dilutive Exchangeable Senior Notes, net of tax | — | 967 | — | 4,075 |
| Net earnings (loss) from continuing operations attributable to Match Group, Inc. shareholders | $ 86,786 | $ 87,727 | $ (168,632) | $ (164,557) |
| | | | | |
| Loss from discontinued operations, net of tax | $ (2,211) | $ (2,211) | $ — | $ — |
| Net loss from discontinued operations attributable to shareholders | (2,211) | (2,211) | — | — |
| Net earnings (loss) attributable to Match Group, Inc. shareholders | $ 84,575 | $ 85,516 | $ (168,632) | $ (164,557) |
| | | | | |
| **Denominator** | | | | |
| Weighted average basic shares outstanding | 279,426 | 279,426 | 282,979 | 282,979 |
| Dilutive securities | — | 3,830 | — | — |
| Dilutive shares from Exchangeable Senior Notes, if-converted | — | 6,570 | — | — |
| Denominator for earnings per share—weighted average shares | 279,426 | 289,826 | 282,979 | 282,979 |
| | | | | |
| **Earnings (loss) per share:** | | | | |
| Earnings (loss) per share from continuing operations | $ 0.31 | $ 0.30 | $ (0.60) | $ (0.60) |
| Loss per share from discontinued operations, net of tax | $ (0.01) | $ (0.01) | $ — | $ — |
| Earnings (loss) per share attributable to Match Group, Inc. shareholders | $ 0.30 | $ 0.30 | $ (0.60) | $ (0.60) |

 MatchGroup

|  | Years Ended December 31, | | | |
|---|---|---|---|---|
|  | 2022 | | 2021 | |
|  | Basic | Diluted | Basic | Diluted |
|  | (In thousands, except per share data) | | | |
| **Numerator** | | | | |
| Net earnings from continuing operations | $ 362,130 | $ 362,130 | $ 276,045 | $ 276,045 |
| Net loss attributable to noncontrolling interests | 2,027 | 2,027 | 1,169 | 1,169 |
| Impact from subsidiaries' dilutive securities of continuing operations | — | (222) | — | (993) |
| Interest on dilutive Exchangeable Senior Notes, net of tax | — | 4,151 | — | 6,616 |
| Net earnings from continuing operations attributable to Match Group, Inc. shareholders | $ 364,157 | $ 368,086 | $ 277,214 | $ 282,837 |
| | | | | |
| (Loss) earnings from discontinued operations, net of tax | $ (2,211) | $ (2,211) | $ 509 | $ 509 |
| Net (loss) earnings from discontinued operations attributable to shareholders | (2,211) | (2,211) | 509 | 509 |
| Net earnings attributable to Match Group, Inc. shareholders | $ 361,946 | $ 365,875 | $ 277,723 | $ 283,346 |
| | | | | |
| **Denominator** | | | | |
| Weighted average basic shares outstanding | 282,564 | 282,564 | 275,004 | 275,004 |
| Dilutive securities | — | 5,020 | — | 13,866 |
| Dilutive shares from Exchangeable Senior Notes, if-converted | — | 7,631 | — | 15,970 |
| Denominator for earnings per share—weighted average shares | 282,564 | 295,215 | 275,004 | 304,840 |
| | | | | |
| **Earnings (loss) per share:** | | | | |
| Earnings per share from continuing operations | $ 1.29 | $ 1.25 | $ 1.01 | $ 0.93 |
| (Loss) earnings per share from discontinued operations, net of tax | $ (0.01) | $ (0.01) | $ 0.00 | $ 0.00 |
| Earnings per share attributable to Match Group, Inc. shareholders | $ 1.28 | $ 1.24 | $ 1.01 | $ 0.93 |



# Trended Metrics

| | 2020 | | | | 2021 | | | | 2022 | | | | Year Ended December 31, | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | 2020 | 2021 | 2022 |
| **Revenue** (in millions, rounding differences may occur) | | | | | | | | | | | | | | | |
| Direct Revenue | | | | | | | | | | | | | | | |
| Americas | $ 281.2 | $ 298.7 | $ 336.8 | $ 331.2 | $ 344.3 | $ 374.4 | $ 393.6 | $ 399.8 | $ 400.0 | $ 408.7 | $ 413.8 | $ 406.6 | $ 1,248.0 | $ 1,512.1 | $ 1,629.1 |
| Europe | 156.5 | 154.1 | 181.6 | 188.0 | 189.1 | 196.5 | 217.7 | 218.5 | 215.3 | 208.5 | 214.8 | 210.3 | 680.1 | 821.8 | 848.9 |
| APAC and Other | 97.1 | 94.0 | 109.8 | 115.7 | 121.9 | 123.4 | 174.4 | 169.3 | 168.5 | 163.0 | 166.6 | 154.2 | 416.6 | 589.0 | 652.3 |
| Total Direct Revenue | 534.8 | 546.7 | 628.3 | 634.9 | 655.2 | 694.3 | 785.7 | 787.6 | 783.8 | 780.2 | 795.1 | 771.1 | 2,344.7 | 2,922.9 | 3,130.2 |
| Indirect Revenue | 9.8 | 8.7 | 11.5 | 16.5 | 12.4 | 13.4 | 16.1 | 18.4 | 14.8 | 14.4 | 14.4 | 15.1 | 46.5 | 60.4 | 58.6 |
| Total Revenue | $ 544.6 | $ 555.5 | $ 639.8 | $ 651.4 | $ 667.6 | $ 707.8 | $ 801.8 | $ 806.1 | $ 798.6 | $ 794.5 | $ 809.5 | $ 786.2 | $ 2,391.3 | $ 2,983.3 | $ 3,188.8 |
| | | | | | | | | | | | | | | | |
| **Payers** (in thousands) | | | | | | | | | | | | | | | |
| Americas | 6,691 | 6,836 | 7,455 | 7,469 | 7,595 | 7,901 | 8,309 | 8,230 | 8,159 | 8,225 | 8,233 | 8,059 | 7,113 | 8,009 | 8,169 |
| Europe | 3,899 | 3,830 | 4,154 | 4,229 | 4,255 | 4,332 | 4,710 | 4,660 | 4,732 | 4,564 | 4,648 | 4,451 | 4,028 | 4,489 | 4,599 |
| APAC and Other | 2,417 | 2,339 | 2,417 | 2,463 | 2,567 | 2,736 | 3,284 | 3,359 | 3,443 | 3,606 | 3,667 | 3,555 | 2,409 | 2,987 | 3,568 |
| Total Payers | 13,007 | 13,005 | 14,026 | 14,161 | 14,417 | 14,969 | 16,303 | 16,249 | 16,334 | 16,395 | 16,548 | 16,065 | 13,550 | 15,485 | 16,336 |
| | | | | | | | | | | | | | | | |
| **RPP** | | | | | | | | | | | | | | | |
| Americas | $ 14.01 | $ 14.56 | $ 15.06 | $ 14.78 | $ 15.11 | $ 15.79 | $ 15.79 | $ 16.19 | $ 16.34 | $ 16.56 | $ 16.75 | $ 16.81 | $ 14.62 | $ 15.73 | $ 16.62 |
| Europe | $ 13.38 | $ 13.41 | $ 14.57 | $ 14.81 | $ 14.81 | $ 15.12 | $ 15.41 | $ 15.63 | $ 15.17 | $ 15.23 | $ 15.40 | $ 15.75 | $ 14.07 | $ 15.25 | $ 15.38 |
| APAC and Other | $ 13.39 | $ 13.40 | $ 15.15 | $ 15.66 | $ 15.83 | $ 15.03 | $ 17.71 | $ 16.80 | $ 16.32 | $ 15.06 | $ 15.14 | $ 14.46 | $ 14.41 | $ 16.43 | $ 15.24 |
| Total RPP | $ 13.71 | $ 14.01 | $ 14.93 | $ 14.95 | $ 15.15 | $ 15.46 | $ 16.06 | $ 16.16 | $ 16.00 | $ 15.86 | $ 16.02 | $ 16.00 | $ 14.42 | $ 15.73 | $ 15.97 |

Note: Our ability to eliminate duplicate Payers at a brand level for periods prior to Q2 2020 is impacted by data privacy requirements which require that we anonymize data after 12 months, therefore Payer data for those periods is likely overstated. Additionally, as Payers is a component of the RPP calculation, RPP is likely commensurately understated for these same periods due to these data privacy limitations.



# Reconciliations of GAAP to Non-GAAP Measures

## Reconciliation of Net Earnings to Adjusted Operating Income

| | Three Months Ended December 31, | | Years Ended December 31, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| | (Dollars in thousands) | | | |
| Net earnings (loss) attributable to Match Group, Inc. shareholders | $ 84,575 | $ (168,632) | $ 361,946 | $ 277,723 |
| Add back: | | | | |
| Net loss attributable to noncontrolling interests | (1,164) | (92) | (2,027) | (1,169) |
| Loss (earnings) from discontinued operations, net of tax | 2,211 | — | 2,211 | (509) |
| Income tax (benefit) provision | (17,605) | (58,097) | 15,361 | (19,897) |
| Other expense (income), net | 402 | 424,152 | (8,033) | 465,038 |
| Interest expense | 38,214 | 34,586 | 145,547 | 130,493 |
| Operating income | 106,633 | 231,917 | 515,005 | 851,679 |
| Stock-based compensation expense | 53,556 | 34,735 | 203,880 | 146,816 |
| Depreciation | 10,930 | 10,780 | 43,594 | 41,402 |
| Impairment and amortization of intangibles | 114,419 | 13,038 | 366,257 | 28,559 |
| Adjusted Operating Income | $ 285,538 | $ 290,470 | $ 1,128,736 | $ 1,068,456 |
| | | | | |
| Revenue | $ 786,153 | $ 806,070 | $ 3,188,843 | $ 2,983,277 |
| Operating income margin | 14% | 29% | 16% | 29% |
| Adjusted Operating Income margin | 36% | 36% | 35% | 36% |

| | For the Years Ended December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| | (Dollars in thousands) | | |
| Net earnings attributable to Match Group, Inc. shareholders | $ 636,910 | $ 453,838 | $ 162,329 |
| Add back: | | | |
| Net earnings attributable to noncontrolling interests | 130,786 | 112,689 | 59,280 |
| (Earnings) loss from discontinued operations, net of tax | (306,643) | (49,187) | 366,070 |
| Income tax provision | 14,472 | 15,080 | 43,273 |
| Other (income) expense, net | (7,510) | 2,026 | (15,861) |
| Interest expense | 81,454 | 111,008 | 130,624 |
| Operating income | 549,469 | 645,454 | 745,715 |
| Stock-based compensation expense | 66,031 | 89,724 | 102,268 |
| Depreciation | 34,827 | 34,355 | 41,271 |
| Amortization of intangibles | 1,318 | 8,727 | 7,525 |
| Acquisition-related contingent consideration fair value adjustments | 320 | — | — |
| Adjusted Operating Income | $ 651,965 | $ 778,260 | $ 896,779 |
| | | | |
| Revenue | $ 1,729,850 | $ 2,051,258 | $ 2,391,269 |
| Operating income margin | 32% | 31% | 31% |
| Adjusted Operating Income margin | 38% | 38% | 38% |



# Reconciliation of Operating Cash Flow from Continuing Operations to Free Cash Flow

|  | Years Ended December 31, | |
| --- | --- | --- |
|  | **2022** | **2021** |
|  | (In thousands) | |
| Net cash provided by operating activities from continuing operations | $ 525,688 | $ 912,499 |
| Capital expenditures | (49,125) | (79,971) |
| Free Cash Flow | $ 476,563 | $ 832,528 |

# Reconciliation of Forecasted Operating Income to Adjusted Operating Income

|  | Three Months Ended March 31, 2023 |
| --- | --- |
|  | (In millions) |
| **Operating Income** | $179 to $184 |
| Stock-based compensation expense | $50 |
| Depreciation and amortization of intangibles | $21 |
| **Adjusted Operating Income** | $250 to $255 |

# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects

|  | Three Months Ended December 31, | | | | Years Ended December 31, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | **2022** | **$ Change** | **% Change** | **2021** | **2022** | **$ Change** | **% Change** | **2021** |
|  | (Dollars in millions, rounding differences may occur) | | | | | | | |
| Revenue, as reported | $ 786.2 | $ (19.9) | (2%) | $ 806.1 | $ 3,188.8 | $ 205.6 | 7% | $ 2,983.3 |
| Foreign exchange effects | 60.3 |  |  |  | 207.9 |  |  |  |
| Revenue, excluding foreign exchange effects | $ 846.4 | $ 40.3 | 5% | $ 806.1 | $ 3,396.8 | $ 413.5 | 14% | $ 2,983.3 |
|  |  |  |  |  |  |  |  |  |
| Americas Direct Revenue, as reported | $ 406.6 | $ 6.8 | 2% | $ 399.8 | $ 1,629.1 | $ 117.0 | 8% | $ 1,512.1 |
| Foreign exchange effects | 3.2 |  |  |  | 7.5 |  |  |  |
| Americas Direct Revenue, excluding foreign exchange effects | $ 409.7 | $ 9.9 | 2% | $ 399.8 | $ 1,636.6 | $ 124.5 | 8% | $ 1,512.1 |
|  |  |  |  |  |  |  |  |  |
| Europe Direct Revenue, as reported | $ 210.3 | $ (8.2) | (4%) | $ 218.5 | $ 848.9 | $ 27.1 | 3% | $ 821.8 |
| Foreign exchange effects | 26.7 |  |  |  | 100.7 |  |  |  |
| Europe Direct Revenue, excluding foreign exchange effects | $ 237.0 | $ 18.4 | 8% | $ 218.5 | $ 949.6 | $ 127.7 | 16% | $ 821.8 |
|  |  |  |  |  |  |  |  |  |
| APAC and Other Direct Revenue, as reported | $ 154.2 | $ (15.1) | (9%) | $ 169.3 | $ 652.3 | $ 63.3 | 11% | $ 589.0 |
| Foreign exchange effects | 29.7 |  |  |  | 97.3 |  |  |  |
| APAC and Other Direct Revenue, excluding foreign exchange effects | $ 183.9 | $ 14.6 | 9% | $ 169.3 | $ 749.5 | $ 160.5 | 27% | $ 589.0 |

 MatchGroup

# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects (Revenue Per Payer)

| | Three Months Ended December 31, | | | | Years Ended December 31, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2022 | $ Change | % Change | 2021 | 2022 | $ Change | % Change | 2021 |
| RPP, as reported | $ 16.00 | $ (0.16) | (1%) | $ 16.16 | $ 15.97 | $ 0.24 | 2% | $ 15.73 |
| Foreign exchange effects | 1.24 | | | | 1.05 | | | |
| RPP, excluding foreign exchange effects | $ 17.24 | $ 1.08 | 7% | $ 16.16 | $ 17.02 | $ 1.29 | 8% | $ 15.73 |
| | | | | | | | | |
| Americas RPP, as reported | $ 16.81 | $ 0.62 | 4% | $ 16.19 | $ 16.62 | $ 0.89 | 6% | $ 15.73 |
| Foreign exchange effects | 0.13 | | | | 0.07 | | | |
| Americas RPP, excluding foreign exchange effects | $ 16.94 | $ 0.75 | 5% | $ 16.19 | $ 16.69 | $ 0.96 | 6% | $ 15.73 |
| | | | | | | | | |
| Europe RPP, as reported | $ 15.75 | $ 0.12 | 1% | $ 15.63 | $ 15.38 | $ 0.13 | 1% | $ 15.25 |
| Foreign exchange effects | 2.00 | | | | 1.83 | | | |
| Europe RPP, excluding foreign exchange effects | $ 17.75 | $ 2.12 | 14% | $ 15.63 | $ 17.21 | $ 1.96 | 13% | $ 15.25 |
| | | | | | | | | |
| APAC and Other RPP, as reported | $ 14.46 | $ (2.34) | (14%) | $ 16.80 | $ 15.24 | $ (1.19) | (7%) | $ 16.43 |
| Foreign exchange effects | 2.78 | | | | 2.27 | | | |
| APAC and Other RPP, excluding foreign exchange effects | $ 17.24 | $ 0.44 | 3% | $ 16.80 | $ 17.51 | $ 1.08 | 7% | $ 16.43 |

# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects (Tinder)

**Tinder Direct Revenue**

**(Dollars in millions, rounding differences may occur)**

| | Three Months Ended December 31, | | | | Years Ended December 31, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2022 | $ Change | % Change | 2021 | 2022 | $ Change | % Change | 2021 |
| Direct Revenue, as reported | $ 444.2 | $ 0.5 | — % | $ 443.7 | $ 1,794.5 | $ 144.7 | 9% | $ 1,649.8 |
| Foreign exchange effects | 33.9 | | | | 122.1 | | | |
| Direct Revenue excluding foreign exchange effects | $ 478.0 | $ 34.3 | 8% | $ 443.7 | $ 1,916.5 | $ 266.7 | 16% | $ 1,649.8 |

# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects (Tinder Revenue Per Payer)

**Tinder Revenue Per Payer**

| | Three Months Ended December 31, | | | | Years Ended December 31, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2022 | $ Change | % Change | 2021 | 2022 | $ Change | % Change | 2021 |
| RPP, as reported | $ 13.67 | $ (0.35) | (2%) | $ 14.02 | $ 13.75 | $ (0.11) | (1%) | $ 13.86 |
| Foreign exchange effects | 1.04 | | | | 0.93 | | | |
| RPP, excluding foreign exchange effects | $ 14.71 | $ 0.69 | 5% | $ 14.02 | $ 14.68 | $ 0.82 | 6% | $ 13.86 |



# *Dilutive Securities*

Match Group has various tranches of dilutive securities. The table below details these securities and their potentially dilutive impact (shares in millions; rounding differences may occur).

| | Average Exercise Price | 1/27/2023 |
|---|---|---|
| Share Price | | **$53.66** |
| Absolute Shares | | **280.0** |
| | | |
| **Equity Awards** | | |
| Options | $20.81 | 2.0 |
| RSUs and subsidiary denominated equity awards | | 5.6 |
| **Total Dilution - Equity Awards** | | **7.7** |
| | | |
| **Outstanding Warrants** | | |
| Warrants expiring on January 1, 2023 (1.5 million outstanding)[a] | $68.22 | — |
| Warrants expiring on September 15, 2026 (6.6 million outstanding) | $134.76 | — |
| Warrants expiring on April 15, 2030 (6.8 million outstanding) | $134.82 | — |
| **Total Dilution - Outstanding Warrants** | | **—** |
| | | |
| **Total Dilution** | | **7.7** |
| % Dilution | | 2.7% |
| **Total Diluted Shares Outstanding** | | **287.7** |

The dilutive securities presentation above is calculated using the methods and assumptions described below; these are different from GAAP dilution, which is calculated based on the treasury stock method.

**Options** — The table above assumes the option exercise price is used to repurchase Match Group shares.

**RSUs and subsidiary denominated equity awards** — The table above assumes RSUs are fully dilutive. All performance-based and market-based awards reflect the expected shares that will vest based on current performance or market estimates. The table assumes no change in the fair value estimate of the subsidiary denominated equity awards from the values used for GAAP purposes at December 31, 2022.

**Exchangeable Senior Notes** — The Company has two series of Exchangeable Senior Notes outstanding. In the event of an exchange, each series of Exchangeable Senior Notes can be settled in cash, shares, or a combination of cash and shares. At the time of each Exchangeable Senior Notes issuance, the Company purchased call options with a strike price equal to the exchange price of each series of Exchangeable Senior Notes ("Note Hedge"), which can be used to offset the dilution of each series of the Exchangeable Senior Notes. No dilution is reflected in the table above for any of the Exchangeable Senior Notes because it is the Company's intention to settle the Exchangeable Senior Notes with cash equal to the face amount of the notes; any shares issued would be offset by shares received upon exercise of the Note Hedge.

**Warrants** — At the time of the issuance of each series of Exchangeable Senior Notes, the Company also sold warrants for the number of shares with the strike prices reflected in the table above. The cash generated from the exercise of the warrants is assumed to be used to repurchase Match Group shares and the resulting net dilution, if any, is reflected in the table above.

(a) The outstanding warrants, under their terms, are exercised ratably over 80 trading days commencing on the first trading day following the expiration date through April 27, 2023.

 MatchGroup

25

# Non-GAAP Financial Measures

Match Group reports Adjusted Operating Income, Adjusted Operating Income Margin, Free Cash Flow, and Revenue Excluding Foreign Exchange Effects, all of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). The Adjusted Operating Income, Adjusted Operating Income Margin, and Free Cash Flow measures are among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue Excluding Foreign Exchange Effects provides a comparable framework for assessing the performance of our business without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments between the GAAP and non-GAAP measures, which we describe below. Interim results are not necessarily indicative of the results that may be expected for a full year.

## Definitions of Non-GAAP Measures

**Adjusted Operating Income** is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements, as applicable. We believe Adjusted Operating Income is useful to analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted Operating Income measure because they are non-cash in nature. Adjusted Operating Income has certain limitations because it excludes certain expenses.

**Adjusted Operating Income Margin** is defined as Adjusted Operating Income divided by revenues. We believe Adjusted Operating Income Margin is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. Adjusted Operating Income margin has certain limitations in that it does not take into account the impact to our consolidated statement of operations of certain expenses.

**Free Cash Flow** is defined as net cash provided by operating activities, less capital expenditures. We believe Free Cash Flow is useful to investors because it represents the cash that our operating businesses generate, before taking into account non-operational cash movements. Free Cash Flow has certain limitations in that it does not represent the total increase or decrease in the cash balance for the period, nor does it represent the residual cash flow for discretionary expenditures. Therefore, we think it is important to evaluate Free Cash Flow along with our consolidated statement of cash flows.

We look at Free Cash Flow as a measure of the strength and performance of our businesses, not for valuation purposes. In our view, applying "multiples" to Free Cash Flow is inappropriate because it is subject to timing, seasonality and one-time events. We manage our business for cash and we think it is of utmost importance to maximize cash – but our primary valuation metric is Adjusted Operating Income.

**Revenue Excluding Foreign Exchange Effects** is calculated by translating current period revenues using prior period exchange rates. The percentage change in Revenue Excluding Foreign Exchange Effects is calculated by determining the change in current period revenues over prior period revenues where current period revenues are translated using prior period exchange rates. We believe the impact of foreign exchange rates on Match Group, due to its global reach, may be an important factor in understanding period over period comparisons if movement in rates is significant. Since our results are reported in U.S. dollars, international revenues are favorably impacted as the U.S. dollar weakens relative to other currencies, and unfavorably impacted as the U.S. dollar strengthens relative to other currencies. We believe the presentation of revenue excluding foreign exchange effects in addition to reported revenue helps improve the ability to understand Match Group's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.



# Non-Cash Expenses That Are Excluded From Our Non-GAAP Measures

**Stock-based compensation expense** consists principally of expense associated with the grants of stock options, RSUs, performance-based RSUs and market-based awards. These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method; however, performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period). To the extent stock-based awards are settled on a net basis, we remit the required tax-withholding amounts from our current funds.

**Depreciation** is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives, or, in the case of leasehold improvements, the lease term, if shorter.

**Amortization of intangible assets and impairments of goodwill and intangible assets** are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names and technology, are valued and amortized over their estimated lives. Value is also assigned to (i) acquired indefinite-lived intangible assets, which consist of trade names and trademarks, and (ii) goodwill, which are not subject to amortization. An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value. We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

**Gains and losses recognized on changes in the fair value of contingent consideration arrangements** are accounting adjustments to report contingent consideration liabilities at fair value. These adjustments can be highly variable and are excluded from our assessment of performance because they are considered non-operational in nature and, therefore, are not indicative of current or future performance or the ongoing cost of doing business.


# Additional Definitions

**Americas** includes North America, Central America, South America, and the Caribbean islands.

**Europe** includes continental Europe, the British Isles, Iceland, Greenland, and Russia, but excludes Turkey (which is included in APAC and Other).

**APAC and Other** includes Asia, Australia, the Pacific islands, the Middle East, and Africa.

**Direct Revenue** is revenue that is received directly from end users of our services and includes both subscription and à la carte revenue.

**Indirect Revenue** is revenue that is not received directly from end users of our services, substantially all of which is advertising revenue.

**Payers** are unique users at a brand level in a given month from whom we earned Direct Revenue. When presented as a quarter-to-date or year-to-date value, Payers represents the average of the monthly values for the respective period presented. At a consolidated level, duplicate Payers may exist when we earn revenue from the same individual at multiple brands in a given month, as we are unable to identify unique individuals across brands in the Match Group portfolio.

**Revenue Per Payer ("RPP")** is the average monthly revenue earned from a Payer and is Direct Revenue for a period divided by the Payers in the period, further divided by the number of months in the period.

**Leverage on a gross basis** is calculated as principal debt balance divided by Adjusted Operating Income for the period referenced.

**Leverage on a net basis** is calculated as principal debt balance less cash and cash equivalents and short-term investments divided by Adjusted Operating Income for the period referenced.



# Other Information

## Safe Harbor Statement Under the Private Securities Litigation Reform Act of 1995

This letter and our conference call, which will be held at 8:30 a.m. Eastern Time on February 1, 2023, may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. All statements that are not historical facts are "forward looking statements." The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends, and other similar matters. These forward-looking statements are based on management's current expectations and assumptions about future events, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict. Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing services, our ability to attract users to our services through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our services through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions, certain risks relating to our relationship with IAC post-separation, the impact of the outbreak of pandemics such as the COVID-19 coronavirus, the risks inherent in separating Match Group from IAC, including uncertainties related to, among other things, the tax treatment of the transaction, uncertainties related to the acquisition of Hyperconnect, including, among other things, the expected benefits of the transaction, any litigation arising out of or relating to the transaction, and the impact of the transaction on the businesses of Match Group, and inflation and other macroeconomic conditions. Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this letter. Match Group does not undertake to update these forward-looking statements.

## About Match Group

Match Group (NASDAQ: MTCH), through its portfolio companies, is a leading provider of digital technologies designed to help people make meaningful connections. Our global portfolio of brands includes Tinder®, Hinge®, Match®, Meetic®, OkCupid®, Pairs™, PlentyOfFish®, Azar®, Hakuna Live™, and more, each built to increase our users' likelihood of connecting with others. Through our trusted brands, we provide tailored services to meet the varying preferences of our users. Our services are available in over 40 languages to our users all over the world.

## Contact Us

**Tanny Shelburne**
Match Group Investor Relations
ir@match.com

**Justine Sacco**
Match Group Corporate Communications
matchgroupPR@match.com

**Match Group**
8750 North Central Expressway, Dallas, TX 75231. (214) 576-9352. https://mtch.com





# EXHIBIT I

REFINITIV STREETEVENTS

**EDITED TRANSCRIPT**

Q4 2022 Match Group Inc Earnings Call

EVENT DATE/TIME: FEBRUARY 01, 2023 / 1:30PM GMT

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

## CORPORATE PARTICIPANTS

**Bernard Kim** *Match Group, Inc. - CEO & Director*
**Gary Swidler** *Match Group, Inc. - President & CFO*
**Tanny Shelburne** *Match Group, Inc. - SVP of IR*

## CONFERENCE CALL PARTICIPANTS

**Alexandra Christine Kasper Steiger** *Goldman Sachs Group, Inc., Research Division - Research Analyst*
**Benjamin Thomas Black** *Deutsche Bank AG, Research Division - Research Analyst*
**Cory Alan Carpenter** *JPMorgan Chase & Co, Research Division - Analyst*
**Deepak Mathivanan** *Wolfe Research, LLC - Research Analyst*
**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - MD & Senior Research Analyst*
**Justin Tyler Patterson** *KeyBanc Capital Markets Inc., Research Division - Director of Internet and Media Equity Research & Lead Senior Analyst*
**Lauren Elizabeth Cassel Schenk** *Morgan Stanley, Research Division - Equity Analyst*
**Shweta R. Khajuria** *Evercore ISI Institutional Equities, Research Division - Analyst*
**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*
**Ygal Arounian** *Citigroup Inc., Research Division - Research Analyst*

## PRESENTATION

### Operator

Good day, and welcome to the Match Group Fourth Quarter 2022 Earnings Conference Call. (Operator Instructions)

Please note this event is being recorded. I would now like to turn the conference over to Tanny Shelburne, SVP of Investor Relations. Please go ahead.

### Tanny Shelburne *Match Group, Inc. - SVP of IR*

Thank you, operator, and good morning, everyone. Today's call will be led by CEO, Bernard Kim; and President and CFO, Gary Swidler. They'll make a few brief remarks, and then we'll open it up for questions.

Before we start, I need to remind everyone that during this call, we may discuss our outlook and future performance. These forward-looking statements may be preceded by words such as we expect, we believe, we anticipate or similar statements. These statements are subject to risks and uncertainties, and our actual results could differ materially from the views expressed today. Some of these risks have been set forth in our earnings release and our periodic reports filed with the SEC.

With that, I'd like to turn the call over to BK.

### Bernard Kim *Match Group, Inc. - CEO & Director*

Thanks, Tanny. Good morning, everyone, and thank you for joining today's call. As we look back on 2022 and our Q4 results, it's clear that the year was challenging, and our performance fell short of our expectations. But this is an organization that is not okay with missing our goals. And while the business continues to exhibit strong fundamentals and financial discipline, we have taken decisive steps, including restructuring for increased accountability and collaboration and recruiting key talent to set us up for long-term growth and maximize profitability.

As I've previously shared during my first few months on the job, I went on an intense listening tour across Match Group. I've spoken to leaders and employees from all layers across the organization as well as users across our portfolio to identify opportunities and pain points. One thing that was very obvious is that this organization welcomes change and embraces the culture shift that is required to drive shareholder value while serving our mission to create real and meaningful connections every day.

The changes we made at Tinder have allowed it to quickly regain footing and prioritize product momentum. The results are evident in Tinder's 2023 road map and improved execution. No other brand in the category has the virality, the reach and the scale that Tinder has. While it might take a few quarters, I'm confident by shoring up the talent there and judiciously investing in the team and the brand, that we're going to accelerate Tinder's momentum and get us back to the financial performance that we all expect.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

I remain the interim CEO of Tinder, and key senior leaders continue to report directly to me. I'm encouraged by the progress that Tinder has made, both culturally and in terms of execution. In fact, in the second half of the year, Tinder saw a significant increase in the number of product features it delivered compared to the first half of 2022. I'm also very excited for the new marketing campaign, which launches later in Q1. This will allow us to begin shifting and establishing Tinder's brand story.

After Tinder, we looked at the rest of the organization. From every conversation I had with our brand leaders, it became evident that Match Group had historically operated in a very siloed way. I'm a big believer that by increasing transparency across the organization, you increase accountability, while at the same time, adding a healthy dose of friendly competition to the company's culture.

That's why we announced last week that we revamped our leadership structure to create a more streamlined organization. With a focus on setting up the right team for the future, we restructured the management team around leaders with extensive knowledge and experience, supplemented with new talent that brings a renewed focus on innovation and growth.

Hinge remains a standout in our portfolio, guided by Justin McLeod's founder-led mentality and mission-focused vision for the brand. Hinge continued its highly successful international expansion efforts, becoming 1 of the top 3 most downloaded dating apps across English-speaking, DACH and Nordic countries in December. It will also launch its new premium subscription tier, HingeX, to all users by the end of February.

I've been impressed with Hinge's ability to create a differentiated, powerful dating app that resonates with so many singles across generations and now expand their monetization by offering 2 subscription tiers that give users more control over how they date. Hinge is still very early in its international expansion and monetization efforts, but I believe there is a lot of upside as we continue to invest in the brand.

I'm excited about our opportunities within Asia and the strong focus we have now in the region. We needed a product-focused leader on the ground in the market, who knows how to engage and inspire teams. So I promoted Malgosia Green from Plenty of Fish to a newly created role as CEO of Match Group Asia. Malgosia will be moving to Asia to work directly with Pairs and Hyperconnect to recapture growth and enhance profitability as well as drive the go-to-market strategies for Hinge and Tinder across the region.

Finally, Evergreen & Emerging Brands, which consists of Match, Meetic, Plenty of Fish, OkCupid and our Emerging Brands like BLK, Chispa and The League will be managed together for the first time. Hesam Hosseini will be taking on a newly created role as CEO of Evergreen & Emerging Brands. Formerly the CEO of Match and Affinity brands, Hesam brings an unmatched level of experience to this combined global team.

Combining our Evergreen Brands under a shared direction will enable us to streamline operations and reduce duplicative work. It will also allow us to leverage our institutional knowledge to drive growth with attractive margins across our Emerging Brands where we see significant untapped potential.

Lastly, we're excited to welcome Will Wu as our new CTO, who will work directly with all our brands to build upon Match Group's history of transformative innovation by continuing to incubate, launch and grow entirely new experiences for our users. Will and I have known each other for a long time, and he has had a highly influential impact on social media products as we know them today. He's been able to build some of the most engaging user experiences for millennials and Gen Z, and his passion and dedication will be a great fit for the culture at Match Group. I know the team here is going to welcome his expertise, creativity, work ethic and humility.

And finally, through all of this, I would be remiss if I didn't take a moment to thank Gary. He has been instrumental in not only my onboarding but has helped lead with strength and clarity even amid a very challenging operating backdrop. As such, I'm pleased to appoint Gary as President and CFO of Match Group, a clear demonstration in the trust I have in him and the value we put in his ability to drive our shared vision forward.

As we begin a new year, I'm energized and ready to take on this next chapter in Match Group's history. We are navigating the current

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

macroeconomic challenges, and we have a strong team and clear vision to execute upon. I look forward to sharing more on our efforts in future calls.

With that, I'll hand the call over to Gary.

**Gary Swidler** *Match Group, Inc. - President & CFO*

Thanks, BK. I feel great about my role and the other org changes we've made and think the hiring of Will Wu will be terrific. I'm very much looking forward to working with him and to continuing to see the company build its momentum.

Now let me get into the numbers. As BK said, while not at the standards we hold ourselves to, our Q4 2022 total revenue was in line, and our adjusted operating income exceeded the expectations that we set forth in our last earnings call. Total revenue was $786 million, down 2% year-over-year. FX was a notable headwind once again. Our total revenue would have been $846 million, up 5% year-over-year on an FX-neutral basis. The FX headwind was less than we expected when we provided our outlook on our November earnings call, but that was offset by slightly more business weakness than we had forecasted primarily in Europe.

Our direct revenue was down 2% year-over-year. It grew 2% year-over-year in the Americas with growth at Tinder, Hinge, BLK and Chispa but declines at the Evergreen Brands, which include Match, Plenty of Fish and OkCupid. Direct revenue declined 4% year-over-year in Europe but was up 8% on an FX-neutral basis driven by Tinder and Hinge with weakness at Meetic. Direct revenue declined 9% year-over-year in APAC and Other, but was up 9% on an FX-neutral basis driven by Tinder.

Total payers were 16.1 million, a decrease of 1% year-over-year. Payers were down 2% year-over-year in the Americas, down 4% in Europe and up 6% in APAC and Other. Tinder payers globally were up 3% year-over-year, while All Other Brands were down 8% in aggregate.

Q4 RPP was down 1% year-over-year at $16. RPP was up 4% in the Americas driven primarily by higher average prices paid for subscriptions at Tinder and Hinge. RPP was up 1% year-over-year in Europe, where contributions from Tinder and Hinge were offset by the strength of the U.S. dollar compared to the euro and the British pound. RPP was down 14% year-over-year in APAC and Other due to the strength of the dollar relative to the yen and the Turkish lira. On an FX-neutral basis, Q4 RPP was up 7% year-over-year company-wide, up 14% in Europe and up 3% in APAC and Other.

Tinder overall performed in line with our expectations in the quarter, delivering direct revenue of $444 million, flat year-over-year, up 8% on an FX-neutral basis. Tinder added just under 300,000 payers to just over 10.8 million. Tinder saw a 3% RPP decline year-over-year in the quarter, which again highlights the impact of FX. Tinder RPP was up 5% year-over-year on an FX-neutral basis.

All Other Brands direct revenue was down 5% year-over-year in Q4 driven by an 8% payer decline, partially offset by 3% RPP growth. Hinge, BLK and Chispa continue to drive growth with Hinge up nearly 30% year-over-year. Our Evergreen & Emerging Brands declined 9% year-over-year in terms of direct revenue, and our Asian brands saw direct revenue declined 16% year-over-year, in large part due to FX. We saw stability in Pairs and Hyperconnect direct revenue on a local currency basis, but we have yet to see a rebound in the Japanese market despite improvement in the COVID situation there.

Indirect revenue was $15 million in the quarter, down 18% year-over-year, but similar in dollar terms to the other quarters of 2022. Q4 2021 was particularly strong for indirect revenue. Operating income was $107 million in Q4, a 54% year-over-year decrease for a margin of 14%.

Operating income was impacted by $102 million in impairment charges on intangibles primarily related to our Meetic and Hyperconnect businesses. The charges stem from declining financial performance at Meetic as well as the use of higher discount rates on Hyperconnect's long-range forecasts due to the higher interest rate environment and higher market volatility overall. Our Hyperconnect business outlook did not change meaningfully during the quarter.

Adjusted operating income was $286 million, down 2% year-over-year, representing a margin of 36%. Q4 AOI and margin strength reflected our nimbleness on costs as we reduced marketing spend and rationalized some bonus and overhead costs. Excluding the

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

impact of the $102 million of impairment charges, overall expenses, including SBC expense, were essentially flat year-over-year in Q4. Cost of revenue grew 1% year-over-year and represented 30% of total revenue, up 1 point year-over-year driven by app store fees and hosting costs.

Selling and marketing spend decreased $12 million or 9% year-over-year, the third consecutive quarter where we've seen a year-over-year reduction as we continue to reduce marketing spend at our lower-growth brands and to exercise ROI discipline overall. Selling and marketing spend was down 1 point year-over-year as a percentage of total revenue to 16%.

G&A expense was flat year-over-year and steady at 14% of revenue, reflecting lower legal fees but higher compensation expense. Product development costs grew 21% year-over-year and were 10% of revenue primarily reflecting increased engineering headcount at Tinder and Hinge. Our gross leverage was 3.4x trailing adjusted operating income, and net leverage was 2.9x at the end of Q4. We ended the quarter with $581 million of cash, cash equivalents and short-term investments on hand.

We did not repurchase any shares in the quarter as we decided to allow our cash balance to build slightly. And we are concerned by the high volatility and weakness in the equity markets generally in Q4, which drove ours and many other stock prices down throughout the quarter. With our cash balance now strong, we will reconsider repurchases once the window reopens. We currently have 5.3 million shares remaining under our buyback authorization.

When we look at our history as a public company, 2022 stands out as a year we did not hit our growth targets, delivering 7% top line and 6% AOI growth, respectively. Some of the miss was due to macro factors, including consumer weakness and particularly FX. On an FX-neutral basis, our top line growth was 14% in 2022. But our business overall and Tinder in particular, decelerated as the year went on, and product execution was not where we expect it to be, especially in the first half of the year.

For the full year 2022, Tinder direct revenue was approximately $1.8 billion. Hinge delivered $284 million in direct revenue, slightly below our $300 million expectation due primarily to our decision to delay the rollout of HingeX. Evergreen & Emerging had $730 million in direct revenue, and our Asia brands delivered $322 million in direct revenue.

Fortunately, we made critical corrective changes in the middle of the year, which have begun delivering results. It's still very early, and it will require some patience through 2023 to see the momentum build, but we're increasingly confident we're on course to deliver results consistent with our standards.

For Q1 '23, we expect total revenue for Match Group of $790 million to $800 million, roughly flat year-over-year. For Tinder, we expect direct revenue to increase slightly year-over-year. We expect Hinge to deliver Q1 year-over-year direct revenue growth of over 25% driven by continued strong performance in its core English-speaking markets, the introduction of the 2 new pricing tiers and continued European expansion.

The early testing of the new Hinge tiers is going well with take rate consistent with our expectations, higher conversion impact than we expected and no notable cannibalization of à la carte revenue. We expect the tiers to be globally rolled out by the end of February.

We expect our Evergreen & Emerging Brands direct revenue to be down under 10% year-over-year in aggregate, and our Asian brands to decline just under 15% driven in large part by FX. We expect Q1 indirect revenue to be down close to 10% year-over-year, given ad budgets broadly are being slashed due to macroeconomic concerns.

We expect adjusted operating income of $250 million to $255 million in Q1, representing margin of about 32% at the midpoints of the ranges. IAP fees continue to be a headwind and will also now include an $8 million payment into the Google litigation escrow, which was a cost we didn't incur last Q1.

We expect marketing spend to be up year-over-year at Tinder and Hinge with reductions elsewhere in the portfolio. We expect to incur $3 million to $5 million of severance and similar costs in Q1 related to our personnel reductions and cost savings initiatives.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

Macroeconomic factors are impacting our business, consistent with our expectations thus far in early 2023. That, coupled with improved product execution at our Tinder brand, gives us increasing confidence that Match Group can deliver 5% to 10% year-over-year revenue growth in 2023. We believe Tinder is positioned to deliver a similar range of growth.

We also remain confident that Hinge's momentum will lead it to delivering nearly $400 million of direct revenue in 2023, approximately $100 million more than in 2022. We expect the company overall as well as Tinder to have accelerating year-over-year revenue growth as we move through 2023 driven by improved product execution leading to improved revenue momentum at Tinder.

In terms of AOI, we expect improving year-over-year margins in the back half of the year as the benefits of our cost savings initiatives take hold and Tinder top line growth accelerates. Our cost savings initiatives are focused on rightsizing headcount and reducing overhead costs, including office expenses and professional fees.

We expect to reduce our global workforce by approximately 8% in aggregate. We've already reduced roles in the U.S. In other countries, this process is ongoing. We expect to incur $6 million of severance and similar costs related to our cost savings initiatives in 2023. We're also reallocating marketing spend from lower-growth businesses to higher-growth ones in 2023 to keep overall spend close to flat.

Our financial outlook reflects no change to current app store policies, though we believe that the stores are moving to comply with aspects of the Digital Markets Act that is now in effect in Europe. The stores are also facing continued legal setbacks and restrictions in other markets globally such as India. We continue to expect changes in the app store ecosystem, but the timing and shape of the changes is challenging to predict.

We expect to be a U.S. federal cash taxpayer in 2023. The precise amount we will pay depends in part on our stock price, which affects the compensation expense deductions we can take. We currently expect to convert low 70s% of our AOI into free cash flow in 2023. We expect 2023 SBC expense of $230 million to $250 million, with the year-over-year increase driven by previous hiring as well as our desire to remain competitive on compensation.

We've made a lot of critical changes since BK arrived mid last year, including revamping the Tinder team, streamlining our organizational structure, implementing cost savings initiatives and hiring critical new talent. These changes are just beginning to pay dividends. We expect it to take a little time in the first half of 2023 to build momentum but are confident that improved product momentum and our financial discipline position us for much stronger growth and profitability in the back half of the year as well as longer term. We look forward to delivering a combination of strong growth, profitability and cash flow generation for our shareholders.

With that, I'll ask the operator to open the line for questions.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) The first question today comes from Ygal Arounian with Citi.

**Ygal Arounian** *Citigroup Inc., Research Division - Research Analyst*

I want to ask about Tinder, and you spent a good amount of time in the investor letter talking about the Tinder product road map. And maybe you could just dig in a little bit deeper on that. You mentioned you're starting to execute on that road map, maybe some kind of practical examples of that and highlight where we are and how much there is left to get through this year.

And then second question on Tinder. And you talked about the 3 components of expanding the core experience of deeper engagement, broadening monetization and then optimization. You highlighted that optimization is going to drive 2/3 of Tinder's revenue growth in 2023. Just can you expand on that a little bit, why that's happening, and how we can expect the other 2 components to contribute to revenue growth over time?

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Bernard Kim** *Match Group, Inc. - CEO & Director*

Thanks, Ygal. I can take that one. It's been pretty clear when I joined last May that I wasn't happy with the state of the Tinder road map. So we moved quickly, and we made changes to the team. And we pushed really hard over the next 6 months thinking about our product road map and where we want to take the business. It was important to lock a road map that everyone was aligned on. We focused on 2 key areas: experience for our daters on our platform and future areas for monetization.

As we were laying out the product road map, we actually found some problems in the foundation that we had to prioritize and fix. So the team rallied quickly on focusing on that. Our emphasis has always been on the health of our ecosystem, given that these foundational improvements will lead to better user experience, enable further monetization.

Unfortunately, we head into 2023 with less momentum than what we would like. But as we build momentum in the first half of the year, it sets us up for a second half of the year for accelerated growth. The chart that we included in the letter actually shows a challenging environment that Tinder was facing, à la carte revenue was under significant pressure, given the macro environment. But I'm really proud of the way that the team moved really quickly in coming together with solutions to offset this weakness.

In fact, they did it in 3 ways: number one, they changed the merchandising approach around ALC, which was no longer working in this macro environment; number two, they rolled out Primetime Boost; and number three, they rolled out a new optimization called Compound Boost, which collectively helped offset a good amount of the ALC weakness. I've been impressed with how quickly the team has worked together to produce results. This wouldn't have been possible with the team 6 months ago.

The other big priority that I've been making sure the team is focused on is a clear and detailed product road map for 2023. For the first time ever, we've published that in the letter alongside delivery dates. I'm holding myself and the Tinder team accountable for delivery of that product road map.

By its nature, when we have a road map like this, we have to test and iterate all these features. Some will be optimized over time, and some will be more successful than we expect. In general, once we roll them out, it will take some time to translate into visible payer and revenue metrics. I'm confident that it's a strong road map and that this Tinder team is going to execute on it. This will lead to wins that will be visible in financial results and metrics in the back half of the year.

A big initiative for Tinder is to cater to Gen Z through a series of initiatives around authentic content and self-expression. We have some really creative and interesting features that we're currently concepting and we plan to integrate into Tinder. We'll be talking more about that as the year goes on.

Another place that we think Tinder can really change the game is by leveraging machine learning to enhance recommendations. We're already using machine learning for safety and moderation. And that technology is really improving, and I think it will be very beneficial when applied to recs.

We have resources inside the group that we can leverage to build this technology out, and it's something that we're working on in 2023. Not only do we have these resources at Tinder, but Hyperconnect also has a significant team of machine learning talent that we think we can utilize to move faster in this area.

You asked about pricing optimization, and I believe there's a lot of low-hanging fruit around optimizing pricing. We haven't been focused in this area for a long time, and we recently put our best talent from Match Group against these initiatives. We have a lot of confidence that we can achieve significant revenue improvements by tackling this area. This actually reduces the risk and improves our chances of delivering our financial targets. So I feel really good about the fact that 2/3 of Tinder's 2023 revenue growth is delivered by just product pricing and product optimizations.

Lastly, we plan on broadening monetization to meaningfully unlock power users at Tinder. This is an area that we see a lot of opportunity. Last year, we acquired The League, which has a $1,000 weekly subscription. And we think there could be a demand for a

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**

high-price tier at Tinder, which is the largest pool of daters on the planet.

We're in the very early stages of testing the appetite for an ultra-premium subscription tier at Tinder. It's too early to say when and if we're actually going to launch this, but the possibilities are super intriguing.

**Operator**

The next question comes from Lauren Schenk with Morgan Stanley.

**Lauren Elizabeth Cassel Schenk** *Morgan Stanley, Research Division - Equity Analyst*

Great, thanks. You mentioned in the letter that the year is off to a solid start performance-wise. Just wondering if you could expand on those comments and what you're seeing specifically. And is the improvement broad-based or specific to some brands or regions?

And then just maybe following up on the last question, what are some of the KPIs or trends that you're seeing internally that give you confidence in Tinder reaccelerating to mid-teens revenue growth by the end of the year?

**Gary Swidler** *Match Group, Inc. - President & CFO*

Thanks, Lauren. Why don't I try to take that one? So when we met on our last earnings call, we told you that we were seeing significant pressure on our ALC revenue, which was really driven by macro factors, particularly younger consumers that were feeling pressure from the economic environment. And that was especially acute at our Tinder brand where we have a lot of younger consumers. That impacted our Q4 performance, and it was also really a potential overhang on our 2023 performance as well.

But since we met last time, a couple of things have happened. The first one, which BK mentioned, was that Tinder put out a lot of initiatives to reverse the trends in ALC. And you can see from the chart that's in the letter, they did succeed in reversing a lot of the decline we are seeing in ALC, not all of it, but a significant portion. And the other thing, and this is very important, over the last few months is that we've really seen stability in our ALC trends. And so we have not seen further degradation, which was a risk when we spoke last time.

I'd also want to add that we haven't seen any impact on our subscription revenue trends. That's at Tinder and business-wide. I think our subscription trends remain extremely resilient to any economic pressure. But it's ALC where we've been impacted by some of the macro things going on.

And I would also say that, as you know, dating has a bit of a peak season that starts at the end of December and runs through Valentine's Day. And so we watch the peak season, which tends to be a good harbinger of what's coming in Q1 and for the rest of the year.

And what we've seen is really stability in those trends, kind of the typical pop that we see in trends in the peak season, we did see that this year as well, which tells us that the macro trends have not led to worsening consumer demand, they've not put incremental pressure on the consumer demand in the ALC. So that's been particularly encouraging and gives us more confidence in our 2023 outlook than we had last time.

So just to summarize, while we see pressure on ALC and in fact, we see ALC revenue down year-over-year at Tinder in particular, we don't think those trends are worsening. And so with stable ALC trends and with subscription revenue being resilient, that gives us that confidence in the outlook for 2023 and the fact that we think as the year progresses, we'll start to see improved momentum as well.

And I would tell you that the peak season trends that we're seeing are not just a Tinder phenomenon, but we're seeing good stability of peak season trends across all of our businesses. I would also tell you that we think that the Americas business is pretty strong. It's a little bit weaker in Europe and certainly was in the fourth quarter, but in general, we think Europe is a little bit weaker than the Americas.

In terms of the Tinder reacceleration as the year goes on, as we've talked about a few times now, we're very clear that the problem was largely a product execution one. And we're really pleased with the strides the team has made over the last 6 months in improving on product execution. And BK mentioned the Tinder team has a clear and strong product road map for 2023, and we see them executing on

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

it. We see them shipping product and moving forward.

The other thing which BK also alluded to is that we have more confidence in Tinder achieving its goals in 2023 from a financial perspective and accelerating its momentum to achieve that double-digit growth by Q4 because the road map is not dependent on 1 or 2 big swing initiatives that we have to achieve, rather, it's a series and a large number of smaller initiatives that really contribute to the growth. So that really does reduce the risk that we see in achieving the financial objectives for the year.

And BK specifically pointed out that 2/3 of the revenue growth for the year for Tinder are coming from optimizations, which we have a high confidence in, strong line of sight to what we've done before. And we think they're highly achievable now that we've got the right team focused on those optimizations. So while there's a lot of work still left to be done and it's really early in the year, we don't want to get ahead of ourselves. I feel like we have a strong line of sight to getting back to that mid-teens growth by Q4.

**Operator**

The next question comes from Mario Lu with Barclays.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Great. A couple on Tinder. In terms of the fourth quarter payer number decline of 300,000 quarter-on-quarter, just curious if you could talk a bit more about the big drivers there. And then given the payer definition, just curious if those payers were the ones that only bought à la carte previously and stopped for a large reason for the decline?

**Gary Swidler** *Match Group, Inc. - President & CFO*

Sure. Let me take that one as well. So the fourth quarter Tinder's payer number was really affected by a couple of things, which I kind of just alluded to. The first is the overall macro weakness and the pressure on the consumer, the younger consumer, consumers with less discretionary income, which is definitely impacting Tinder and the Tinder payer numbers generally as well as the product weakness and lack of product momentum that Tinder did not achieve in Q -- in 2022.

And so that manifests itself throughout the year and led to a weaker Q3 and Q4 from a Tinder payer perspective as well as a Tinder revenue growth perspective. And so those are really the 2 key factors that are affecting what you see in the Tinder payer number in Q4.

The thing that maybe we didn't talk about as much on the last call, which we did end up doing starting in Q4 and we're going to continue to do in Q1 and probably through most, if not all, of 2023 is we are doing a bigger focus on product -- sorry, on pricing optimizations. And that's a big initiative for us.

We're basically, at Tinder, eliminating more of the intro pricing and discount pricing than we had been planning to previously. That's having an adverse effect on the Tinder payer numbers, and that's what happened in Q4. But it's relatively neutral to revenue. And so our goal is to get Tinder to much more optimal price points, which, again, will impact the payer numbers there. But longer term, it's a revenue positive. We'll essentially have fewer payers but at higher price points.

So that's an ongoing project through the year, which is going to have some effect on Tinder payer numbers. As you know, we tend to target overall revenue goals, not specifically RPP or payer numbers at Tinder. And there's going to be volatility in both of those depending on the level of optimizations we do through the year, depending on our road map, depending on whether we do higher-priced tiers or not at Tinder. There's a lot of variables that could be traded off by us in terms of RPP versus payers, but we're somewhat indifferent to those 2 metrics. We are focused much more on revenue and revenue generation.

The other part of your question I just wanted to quickly address is you asked about whether there was any impact from people who are just buying ALC products but are not subscribers at Tinder and did that have any effect on the Tinder subscriber numbers or payer numbers. And I would tell you that they're a relatively small, really pretty tiny component of overall Tinder payers.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

We don't see that many Tinder payers who are only taking ALC but not a subscription. So that's not really -- that trend hasn't changed, and that's not really a meaningful impact on the payer numbers that you see in Q4 or in any other quarter. So the price optimizations are probably the one additional factor that I would highlight that affected those numbers.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Great. And then in terms of Tinder growth for this year, I know you're planning towards total revenue. But in terms of the 5% to 10% expected growth for this year and a slight growth in 1Q, is there any additional color you can provide just in terms of the drivers of growth between the payer users and then RPP?

**Gary Swidler** *Match Group, Inc. - President & CFO*

Yes. I mean because there's a lot of swing factors in that, I don't really want to get locked in specifically to kind of an outlook for RPP specifically or payers growth specifically. I would tell you that sitting here today, our forecast kind of calls for relatively balanced growth between payers and RPP for the year, but it could shift depending on what initiatives succeed more than others, what we prioritize as the year goes on, what succeeds in testing. So that's our best guess sitting here right now, but we don't have religion around that, and it really could shift. But I would tell you it's relatively balanced.

The other thing that I would just point out to you is that I do expect softer Tinder payers growth in the first half of the year and stronger Tinder payers growth in the back half of the year because the momentum is building, the initiatives will be rolled out as the year goes on. And so opposite of what we saw in 2022 where you had strong payers growth in the beginning of the year and then not enough initiatives that led to weaker payers growth in the back half of last year, you're going to have a bit of the opposite effect this year where you've got this product momentum building, payers momentum building, momentum in the business generally.

And that should carry through to stronger revenue growth, obviously, which is already in our outlook as well as stronger payers growth year-over-year in the back half of the year. So those are the trends that we're expecting for the year. Hopefully, that's helpful.

**Operator**

The next question comes from Alexandra Steiger with Goldman Sachs.

**Alexandra Christine Kasper Steiger** *Goldman Sachs Group, Inc., Research Division - Research Analyst*

Shifting gears to Hinge. First, could you please maybe share some feedback and early learnings from the recently launched HingeX and + tiers? And then second, how should we think about the revenue growth opportunity beyond '23 and the $400 million revenue guide you provided through the lens of payer net adds and then also ARPU growth.

**Bernard Kim** *Match Group, Inc. - CEO & Director*

Thanks, Alexandra, for the question. We spent the last few months refining the HingeX value proposition, and we've been testing it on a small percentage of the Hinge user base. We're really pleased with where it stands, and we're confident that it will deliver the expected contribution to our $400 million plan this year.

The global rollout is planned for the end of February. And after it goes live, we'll continue to optimize it. It's important to understand that when you launch a new premium tier, you unlock a new kind of buyer. And the price points will pay dividends over multiple years. While we will benefit in 2023 from some incremental revenue from the higher price tier, the long-term value will be realized over time in terms of higher RPP and conversion.

HingeX is a unique feature that directly leans into Hinge's "designed to be deleted" motto. And if it works, we believe it will lead to even more success for Hinge and create even more relationships around the world.

**Operator**

Next question comes from Justin Patterson with KeyBanc.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Justin Tyler Patterson** *KeyBanc Capital Markets Inc., Research Division - Director of Internet and Media Equity Research & Lead Senior Analyst*

Great. Bernard, could you talk about just in broader detail why you found this to be the right organizational structure and how the different teams are incentivized? And then perhaps related to that, could you talk about some of the top priorities for Will and where we can see his imprints in product lead -- as product lead over the next year?

**Bernard Kim** *Match Group, Inc. - CEO & Director*

Thanks, Justin, for the question. I've spent the last 8 months digging in and learning about the organization and have been really impressed with what I've seen. Following the positive impacts from the changes at Tinder, it became clear to me that we could do more by being more efficient and making some structural changes to the organization that could help us grow and continue to innovate.

We believe by reorganizing the company into 4 pillars, Tinder, Hinge, Asia, and Evergreen & Emerging, we're better aligned to focus on key areas of growth and double down on our strategy. At Tinder and Hinge, there's significant upside, so we want to continue to invest in the teams there. And now I have a direct line of sight into each of those businesses.

In Asia, I thought it was important to have a product-focused leader on the ground working with those businesses to recapture growth and drive profitability. With Evergreen & Emerging, we have similar businesses that we've now combined into one global organization. With this, there should be many opportunities to share learnings and be more nimble and more efficient.

And then with the Emerging Brands and our new bets, this team has built and launched new businesses before. And there's been a lot of experience bringing these products to market, serving unique demographics. We think there will be really exciting opportunities coming out of this group as well. As I've said in the letter, ultimately, I believe that this new org structure will improve transparency and accountability across the entire company.

We're also really excited that we're adding Will Wu to the team as CTO. I've personally known Will for a long time, and I know how passionate he is about product and innovation. He has an incredible track record on innovation and has changed the way that Gen Z has interacted on social media platforms. He's a really low-ego guy, and he just wants to win. He'll be based with me and the Tinder team in Los Angeles. And I think he'll work really well with our teams all across Match Group.

**Gary Swidler** *Match Group, Inc. - President & CFO*

And I think in response to your question, is that on the incentives, we tend to be pretty creative on our incentive structures. For example, the Hinge team is incentivized around its own performance, the performance of the business is a significant part of their incentives. And we've done that in other situations as well. And we are working on some other incentive programs around achieving specific goals in specific areas of the company. So we are trying to tailor incentives to drive more of the results that we're seeking, and that's something that we're actively working on.

**Operator**

The next question comes from Cory Carpenter with JPMorgan.

**Cory Alan Carpenter** *JPMorgan Chase & Co, Research Division - Analyst*

So you left the '23 outlook unchanged. But given the weaker dollar, this does imply a bit of a downgrade on an FX-neutral basis. Just hoping you could talk about what's driving your more cautious view on an FX-neutral basis and your decision to keep the reported guide unchanged versus going through the FX. And maybe perhaps specifically, any changes to your outlook at certain brands that were driving this.

**Gary Swidler** *Match Group, Inc. - President & CFO*

Yes. I mean, I wouldn't quite characterize it that way. I don't think just -- we have a 5% to 10% range. It's a pretty broad range for the year. And just because we're not adjusting it right now, it doesn't mean it's implicitly a decreased outlook.

Cory, as you know, FX has been really volatile for the last 12 or 13 months, and it's been particularly volatile in just the last few weeks as

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

well as since our last earnings call. I think at our last earnings call, it was like a 3-point headwind for the full year '23. Now it's basically a neutral.

And I think it's down to about a 3-point headwind in Q1, so based on that level of volatility plus there's still a lot of uncertainty out there around macro. So we feel like our trends are stable, and we've been really happy with peak season. But it's hard to deny there's a lot of uncertainty on the macro front for full year '23. And certainly, for the first half of the year, I think pretty much every company is calling that out in their earnings call.

So given all of that, we just didn't think it was prudent to start adjusting our guidance ranges at this very early stage in the year. It's February 1 after all. So we left that unchanged. But obviously, as you rightly point out, to the extent there are FX tailwinds, that would be a swing factor either to a higher level within our range or potentially above the top end of our range depending on what kind of tailwind we get from FX as the year goes on. So I would rather kind of wait and see how some of that plays out, whether we see some level of stability around FX. And then, of course, we'll revisit it. I'm sure we'll revisit it next quarter as well.

But -- and overall, in terms of your question, I don't think there's really significant changes to our business outlook really at any of our businesses. As I said in the answer to the question that Lauren asked, we've actually seen a good start to the year across most of the businesses. And so we feel like things have firmed up, but we're also cognizant of the fact there's a lot of risk and uncertainty and things to battle through. And so we feel good about kind of where we are from an outlook perspective at this point in time. But there's still a lot of innings to play in the game. So we're going to see how it plays out.

**Operator**

The next question comes from Deepak Mathivanan with Wolfe Research.

**Deepak Mathivanan** *Wolfe Research, LLC - Research Analyst*

Just want to ask about the Tinder CEO search process. Can you provide an update there? What has been the challenge? And how important is it for a new leader to buy in with the product road map that you currently have for 2023 since you're putting a lot of efforts into these?

**Bernard Kim** *Match Group, Inc. - CEO & Director*

Thanks, Deepak, for the question. We're continuing to look for a candidate, but we want to make sure that we're finding the right person that will work well with the Tinder team. In the meantime, the current leadership team is working really well together.

The team has now been in place for 6 months, and they've gone through the kind of gelling-well-together stage to fully execution mode. We're making really good progress, and we feel actually really good with where we are. So there's no rush to add a CEO. We're only going to do it if the person really brings a lot to the table. Thanks so much for that question, Deepak.

**Operator**

The next question comes from Benjamin Black with Deutsche Bank.

**Benjamin Thomas Black** *Deutsche Bank AG, Research Division - Research Analyst*

Gary, you mentioned that AOI margin should be at least flat in 2023. Beyond sort of app store fee changes, what are the swing factors that could potentially drive upside or downside here? And also how should we be thinking about the quarterly margin cadence throughout the year? And then finally, when should we expect to see the impact from the 8% reduction in force?

**Gary Swidler** *Match Group, Inc. - President & CFO*

So on your question, Ben, first of all, I want to say we're very focused on making sure we deliver at least flat, if not improved margins year-over-year this year. That is a goal for us. It's one of the drivers behind implementing the cost savings plan. So we're very committed to making sure that, that happens.

In terms of the swing factors aside from app store relief -- and by the way, I think app store relief is likely to be a 2024 event, but we're

waiting to see how the regulatory processes continue to play out. But that could be a significant event for us as soon as 2024. I think there's a few swing factors. The first really would be around Tinder executing on its product road map better than what we're expecting. So getting some improved revenue growth on the Tinder side would be very margin beneficial.

Same thing would be true on the new Hinge tiers. That would be upside to the extent they perform better. And right now, they're performing as we expect, but it's still a very small test. And so we'll see how that continues to play out.

And then a recovery in Japan would be very helpful for us as well, which you'd like to think is going to happen at some point this year but is not currently baked into our forecast. Just generally, any macro improvement, macro tailwinds, which is not what we're expecting as the year goes on, but any of that would be very helpful. But because we can't rely on those things, in this environment, we implemented this cost savings plan. And it's going to generate meaningful savings for us in terms of marketing spend, headcount, overhead, et cetera.

When I look at kind of the trends for the year, which you asked about, we are expecting some margin degradation in the first half of the year, which we're expecting to be lower growth for us. And we won't have the effects yet of significant cost savings implemented.

But as the year progresses and we deliver enhanced revenue growth, which is what we're expecting and we've talked about throughout this call, and we also get the compounding benefits of the cost savings initiatives in the back half of the year, we're expecting there to be year-over-year margin improvement.

And so when you put that together, less strong margin in the first half of the year, improvement in the second half of the year, that's how we get to a flat or better margin target for the full year, and we have confidence that we can deliver that.

I'd also note that we're including the severance and other costs. But if you were to exclude those, then the margin in the first half would actually be better than what we're providing in terms of our outlook.

The other thing I just want to highlight, you raised IAP fees. In the first quarter of '23, we have about $5 million of incremental headwinds from IAP fees just as more Hinge revenue and continued mix shift towards app. And then we've got the $8 million of headwinds from having the Google litigation escrow this year, which we didn't have last year.

So that's $13 million of incremental costs that are essentially out of our control. Plus you layer on top of that the severance and other cost savings initiative costs. So you have pretty significant year-over-year headwinds from those kinds of items.

The other thing in terms of margins I just would throw out for your awareness is that we like many tech companies hired a lot of people late in 2021, early 2022, particularly in product development, engineering heads at Tinder and Hinge, which has created incremental product development costs for us, which have been visible for the last few quarters and continue to be. But that's going to moderate because we really slowed hiring, and we're reducing heads in some places.

We're constricting our hiring really to Hinge and a couple of other strong growth business at this point. So you're going to see moderating product development, year-over-year cost increases as 2023 goes on. And we're confident of that given the hiring trends. So that's a margin tailwind for us as well.

So those are some factors to think about as you model out kind of our margin trajectory and cadence for the year.

**Operator**

The next question comes from John Blackledge with Cowen.

**John Ryan Blackledge** *Cowen and Company, LLC, Research Division - MD & Senior Research Analyst*

Just coming back to Tinder, could you discuss further the rationale for the upcoming global Tinder marketing campaign?

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Bernard Kim** *Match Group, Inc. - CEO & Director*

Thanks, John, for the question. When I started working with the Tinder team, I saw a real opportunity for marketing. Frankly, this is an area we need to make more investment to drive a brand story that better reflects all the positive outcomes that Tinder is responsible for. There has actually never been a Tinder global brand campaign before, and it's been years since we've actually had a defined marketing campaign in general.

I think that the perception has taken a hold about Tinder is too limited. We want people to come into the platform feeling comfortable whatever their relationship intent is. The team had some really provocative and creative ideas, and this campaign will celebrate all of the relationship possibilities that Tinder creates every single day. We think that this will drive top-of-funnel growth over time.

We intentionally moved Melissa into the Tinder CMO role because she has a track record of big, bold, attention-grabbing campaigns at OkCupid. And I know she and the team will do great things together at Tinder. We're really excited to roll out our first campaign and see the reaction. Stay tuned.

**Operator**

The next question comes from Shweta Khajuria with Evercore ISI.

**Shweta R. Khajuria** *Evercore ISI Institutional Equities, Research Division - Analyst*

Okay. Most of my questions have been addressed, but if you could please talk about Japan. You mentioned that you're not seeing much progress there, but that could drive upside. Any sense on when you think that could happen? Or what your -- or commentary on what you're seeing right now?

And then the follow-up I have is how do you -- it sounds like you're very confident now with the guidance, reiterating the reported guidance for the full year. Could you please talk about, Gary, the level of conservatism and/or the confidence you have in delivering to this for both top line and margins?

**Gary Swidler** *Match Group, Inc. - President & CFO*

Well, I think on the margin outlook, obviously, that's much more in our control, and we've taken steps that we know are going to lead to more cost discipline. Obviously, we can go further if the conditions dictate. So I feel very confident in the flat or better margins. That is something that we are extremely committed to.

I think you rightfully pointed out that based on what we've seen so far this year, we feel incremental confidence in our outlook for the year. But as I said in response to Cory's question, I think it's really just a little too early, really 1 month into the year to start further adjusting our outlook. And we tend to try to be conservative and thoughtful when we provide the guidance. So -- especially in an environment where there's a lot of uncertainty and a lot of things that remain unknown, I think that's the right course and the prudent course to take. So we're sticking by it.

But I think it's fair to say that what we've tried to get across this morning is that the start to the year has been very solid for us. And that is giving us confidence that what we're seeing is going to come to fruition as the year goes on.

Japan is a wildcard. I think that the government there is really trying to take steps to fully get COVID behind it, trying to discourage people from wearing masks and things like that. But as we've talked about previously, there's been a reasonable amount of less socialization in that market because of all the restrictions that came from COVID.

And so when kind of society there is going to really rebound back to much more normal levels of socialization is really hard to say. All I can tell you is we haven't seen it so far. It's been a number of quarters now. And as a result of that, we're not assuming that it happens in 2023.

At some point, it's likely we're going to come to you and say we've seen a rebound in that market. I cannot tell you precisely when that's

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

going to be. So again, from a conservatism standpoint, we're not assuming that rebound in the Japanese market this year. But we're hoping we're wrong, and it will come sooner. And we're looking for a catalyst to try to spur activity in that market, which would be meaningful upside to us because Japan is such an important market for both our Pairs brand and our Tinder brand.

So we'll have to wait and see. But again, right now, based on what we're seeing in conservatism, it dictates not assuming anything kind of from a rebound standpoint in the Japanese market.

All right. With that, I know we're at time, so we're going to sign off. But thank you, everybody, for joining us. We appreciate the continued support, and we will talk to you in the next quarter.

**Operator**

The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.



**EXHIBIT J**



# Letter to Shareholders

Q4 2021 | February 1, 2022

# Fourth Quarter 2021 Financial Highlights

» **Total Revenue** grew 24% over the prior year quarter to $806 million.

» **Operating income** was $232 million, an increase of 9% over the prior year quarter representing an operating margin of 29%.

» **Adjusted Operating Income**[1] was $290 million, an increase of 18% over the prior year quarter representing an Adjusted Operating Income margin of 36%.

» **Payers** increased 15% to 16.2 million, up from 14.2 million in the prior year quarter.

» **RPP** increased 8% over the prior year quarter to $16.16.

» **Tinder** Direct Revenue grew 23% over the prior year quarter driven by 18% Payers growth to 10.6 million and RPP growth of 4%.

» **All Other Brands** collectively grew Direct Revenue 26% year-over-year, driven by 16% RPP growth and 9% Payers growth to 5.7 million.

» Full year 2021 **operating cash flow and free cash flow** were $912 million and $833 million, respectively.



1. We have updated the title of our primary non-GAAP measure to "Adjusted Operating Income" from our previous title "Adjusted EBITDA." We believe this updated title better reflects how management views this non-GAAP measure in relation to the closest GAAP measure, operating income. The calculation of the non-GAAP measure has not changed, and therefore the reconciliation of net income (loss) to operating income and to Adjusted Operating Income have also not changed. See reconciliations of GAAP to non-GAAP measures starting on page 21.

# *Dear Shareholders,*

We're very pleased with the way our businesses and our teams performed in 2021, as we continued to innovate on marketing and products and to bring joy to millions of users around the world looking for connections. We doubled down on our investment in safety, worked with a number of governments on COVID education and won several "Best Places to Work" awards. And our brands continued to deliver great financial results, with Total Revenue growing over 20% both in the fourth quarter and for the full year in 2021.

We're thankful that so many jurisdictions around the world have taken up the mantle of creating fairness in the app store ecosystem and checking the power these gatekeepers hold. The Netherlands recently ruled that Apple is violating Dutch and EU law by forcing dating companies to use its in-app payment system. In the U.S., a Senate subcommittee is working on a bill that would eliminate mandatory use of in-app payment. The United Kingdom, Australia, Russia, India, and other countries have raised serious concerns over these practices, following South Korea, which passed the first law mandating changes to the store structure. While the timing of further changes remains uncertain, we do believe more are coming.

As we look to 2022, there are many more opportunities we plan to tackle. Tinder continues to find ways to make the app more effective and fun to use for its growing user base. Hinge is well on its way to becoming the second largest global dating app within a few years' time and is now focusing on expansion into non-English speaking markets. We also continue to build out live-streaming video, audio chat rooms, and 1:1 video chat at many of our brands, and to launch new brands to target underserved demographics. The Hyperconnect team is relentlessly focused on building the next generation of products that help people make meaningful connections, and we continue to leverage their tech across our platform. The next digital evolution into the metaverse presents us many opportunities, and we're confident we're positioned to capitalize on them. We believe the future for Match Group is very bright.

Happy Valentine's Day to all.


**Shar Dubey**
Chief Executive Officer

**Gary Swidler**
Chief Operating Officer
& Chief Financial Officer

MatchGroup

# *Business Trends*

## *2021 In Review*

In 2021, Match Group's Total Revenue was just under $3.0 billion, Operating Income was just over $850 million, and Adjusted Operating Income (formerly referred to as Adjusted EBITDA) was just shy of $1.1 billion, growing 25%, 14%, and 19%, respectively, over the prior year, demonstrating the reach and resiliency of our category and our business. At the end of 2021, quarterly Payers reached 16.2 million, up 15% year-over-year, and RPP was up 8% year-over-year.

Tinder® generated nearly $1.7 billion in Direct Revenue in 2021, up 22% over 2020, with year-over-year growth above 20% in each of the last three quarters of the year. Growth in Payers was particularly strong at Tinder in 2021, up 16% year-over-year as our iconic brand continues to deliver innovative product features and optimizations that have driven consistent global growth. All Other Brands grew Direct Revenue to just under $1.3 billion in 2021, a remarkable 29% year-over-year growth rate, driven by 11% growth in Payers and 16% growth in RPP.

Within All Other Brands, the Emerging Brands, led by Hinge®, produced $525 million of Direct Revenue in 2021, achieving a 91% year-over-year growth rate. The Established Brands grew Direct Revenue 5% year-over-year to $748 million. Our 2021 performance demonstrates that our portfolio strategy positions us to achieve consistent mid-to-high teens revenue growth over the long-term.



**2021 Direct Revenues**

**Emerging**
Includes Hinge, Pairs, Swipe Apps, Hyperconnect and New Bets.
$525M (+91% Y/Y)

**Tinder**
$1,650M (+22% Y/Y)

**Established**
Includes Match, Meetic, Plenty of Fish, OkCupid and OurTime.
$748M (+5% Y/Y)



Zooming out to a five-year view, including the challenging two-year period impacted by COVID, demonstrates the strength of our business even more clearly. During that period, Match Group grew Total Revenue 22%, with a best-in-class margin profile. We've also made significant progress expanding our geographic reach, with Total Revenue from our APAC & Other segment contributing over 20% of the total in 2021. With our 600+ strong team on the ground in Asia, we're confident we can drive meaningful growth in the region, where we see significant opportunity given the young, internet-savvy population.



## *Q4 2021 Performance*

In the fourth quarter, Match Group grew Total Revenue 24% year-over-year to $806 million, as Tinder grew Direct Revenue 23%, an acceleration from the prior quarter, and All Other Brands grew Direct Revenue 26% year-over-year. While we were able to deliver strong top-line growth in the fourth quarter, we did experience continuing COVID impacts, especially in certain Asian markets like Japan and more recently due to the emergence of Omicron, which reduced mobility in many markets starting in early December.

The strengthening of the U.S. dollar relative to several other currencies also impacted our Q4 performance. Negative impacts from foreign exchange (FX) were $9 million more than we expected when we provided our outlook for Q4 in early November. Adjusted Operating Income was $290 million in Q4. We pulled back on marketing spend, which increased only 3% year-over-year, as we maintained our ROI discipline and also closely managed the business to generate some additional cost savings.



# *Tinder*

Tinder achieved a record number of active users on its platform globally in 2021. In fact, Tinder steadily grew users on a year-over-year basis in all four quarters of 2021. Engagement on the platform continues to be robust, with daily average Swipe® and messaging activity at or near all-time highs in Q4 2021.

Since its launch, Tinder, with its revolutionary and patented Swipe® interface, made it easier than ever to meet new people around the world. But the pain points for users have remained: What do people say to potential partners? How do they find common ground? Also, younger daters, Gen Z in particular, prefer to know more about someone before they meet in real life than Tinder has historically offered.

Tinder's new Explore® area seeks to address these challenges. Explore provides a space where Tinder members can discover people who are into the same things, as well as participate in experiences that help people get to know each other better once they meet. Music Mode™, which launched in late Q4, blends the well-known behavior of connecting over a shared interest in music and brings that to life in a rich and engaging way; more than 50% of Tinder members have already tried it. Hot Takes™ is a pre-match experience that replicates the flirty banter that often happens at a party. Members meeting in Hot Takes are engaging in conversations that are twice as long as those meeting outside it.



Explore improves the experience for Tinder members by providing them with greater control over their own dating destiny, driving greater user satisfaction, and better positions the app to bring new people into the category. Explore adoption levels are higher among Gen Z, international users, and paying subscribers. Women have a meaningfully improved experience with more robust discovery options driving them to Swipe Right more frequently, send more first messages, and engage in more conversations. Explore also enables Tinder to localize product-market fit and surface more region-specific profile information, cultural events, and content. To date, the level of adoption of Explore has exceeded our expectations, with approximately two-thirds of active users engaging with Explore.



Tinder is making strong progress on the product roadmap we laid out in detail in last quarter's shareholder letter. Tinder continues to roll out Tinder Coins, their in-app virtual currency, which is now in a dozen countries. Coins will help power Tinder's virtual goods ecosystem that is being built in 2022. Tinder is also considering ways to leverage Hyperconnect's new immersive experiences and Explore provides the ideal surface area to experiment.

## *Emerging Brands*

Among our Emerging Brands, Hinge continues to be the standout. Hinge has made tremendous progress since our acquisition and meaningful opportunities lie ahead. Since our initial investment in the company, Hinge has executed extremely well on its growth plan by capturing meaningful user share across English-speaking markets and, more recently, making significant strides in monetization. Global RPP and Total Revenue have both increased over 200% since 2018. Hinge more than doubled Total Revenue in 2021 on a year-over-year basis to just under $200 million.







Hinge downloads saw a material acceleration in Q4 2021, leading to a great start in 2022. Third-party data[2] now shows that Hinge is the 2nd most downloaded dating app in several key English-speaking markets, including the United Kingdom, during the critical peak season since New Year's Day.

On the product front, Hinge continues to innovate and resonate with users by launching category-first features such as Voice Prompts™. Over 1 million users have recorded a Voice Prompt, which has led to incredible virality on TikTok and other social media platforms.



**Hinge Voice Prompts Go Viral**

Hinge is now focused on international expansion and expects to begin launching in select European countries in Q2 2022.

Hyperconnect® is also moving in the right direction. Both the Azar® and Hakuna™ apps saw better performance in December compared to the preceding months. Hyperconnect rolled out live streaming on the Azar app and a new immersive discovery experience on the Hakuna app. Hyperconnect is intensifying their focus on the Japanese and Korean markets where we believe there is meaningful long-term opportunity. While there is more work to do, we're encouraged by the stabilizing performance and vast opportunities we see, especially with younger users.

Equally important, several of our other brands have begun to leverage Hyperconnect's technology. Meetic opened online video cafes, which have been very well received by its user base. Match is offering 1:1 video chat on its app and has replaced the third-party provider it was previously using. Both integrations have gone extremely well, and Pairs and POF intend to leverage Hyperconnect's tech into their apps in early 2022.

Like many across tech, we believe the metaverse will be the next evolution following the shift to mobile. It is relatively easy to imagine a virtual world in which avatars, often dressed in their favorite outfits, move around to meet new people and connect with others through games, entertainment, and shared experiences (just as people do in the real world). This should present us exciting opportunities and attract a new generation of digital users, and we believe we're well positioned to help lead dating and social discovery into that new world. Korea has been an early adopter of metaverse experiences, and our Hyperconnect team there has a number of initiatives underway which we plan to leverage across our business as we enter this next phase, as we are doing with their live video and audio capabilities. Much more detail to come on this, but we are busily preparing for this next evolution and excited for its potential.

2. Source: App Annie

 MatchGroup

| Other Emerging Brands | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Pairs** | | **BLK** | | **Chispa** | | **Upward** |
| **2021 Achievements** | ▪ Rolled out a number of initiatives to offset COVID challenges in Japanese market | | ▪ Continued strong user growth and went viral with "Vax That Thang Up" video | | ▪ Strong WOM growth through partnerships with leading Latinx brands and celebs | | ▪ Built off successful 2020 launch to become a leading Christian dating app |
| **2022 Initiatives** | ▪ Long-awaited TV channel opening; new way to unlock underpenetrated TAM | | ▪ Experiment with video-live streaming and more social community features | | ▪ Expand social community features | | ▪ Expand marketing channels/spend and improve monetization |

## *Established Brands*

Our Established Brands continue to make important strides on both product and marketing innovation and in carving out a space for themselves in today's market. Both Match and Meetic continue to optimize their monetization models, and both are incorporating audio and video further into their apps, powered by Hyperconnect technology. OkCupid® continues to expand in select international markets and began testing live-streaming video in late 2021. POF continues to refine its core dating experience and to build its live-streaming offerings. Match also launched a new premium positioning for serious daters, declaring that "Adults Date Better™." We also launched a new dating brand called Stir®, focused on single parents, leveraging the Match platform. It is off to a strong start.

**Meetic Live Room**



**Match's 'Adults Date Better'**



**OkCupid in Turkey**



As our business continues to expand globally, we regularly cross-leverage learnings across our diverse portfolio of brands and apps so that we can continue to lead the way in helping people make meaningful connections. This strategy has been successful for us since the creation of Match Group, enabling us to deliver strong growth by replicating wins across the portfolio, and benefitting from our breadth and diversity. The last two years have been made more challenging by COVID, but our team and our business have remained incredibly resilient. We're confident the business is well-positioned for 2022 and beyond.

# *Financial Outlook*

## FY 2022

Our 2022 Total Revenue outlook is for 15% to 20% year-over-year growth led by high-teens growth at Tinder and continued rapid growth at Hinge. That's a slightly more conservative outlook than we previously provided, which is due to two macro headwinds: FX and COVID/Omicron. Our current outlook reflects approximately three points of negative impact on revenue growth versus our prior outlook due to these factors. Approximately $60 million (two points) of that is due to worsening FX impacts since our last update. The balance of the impact is from the rapid spread of the Omicron variant, which is affecting early 2022 performance.

While the pandemic trajectory has been extremely difficult to predict, we are forecasting improved momentum as we move into the spring and summer months. The extent of the rebound -- will we finally get a 'summer of love' in 2022? -- could notably impact our overall 2022 year-over-year growth trajectory.

We continue to expect slight (50-100bps) margin improvement ex-Hyperconnect, as a reduction in Google subscription fees and legal costs is partially reinvested in safety and CSR initiatives as well as headcount costs given the strong labor market. For the company as a whole, with a full year of Hyperconnect included, we expect to achieve a similar margin in 2022 as we did in 2021.

## Q1 2022

We expect Total Revenue of $790 million to $800 million, implying 18%-20% year-over-year growth, including the FX headwinds and Omicron impacts, which are particularly weighted in the first quarter. We expect Adjusted Operating Income of $260 million to $265 million, reflecting typically lower first quarter margins.

|  | Total Revenue | Adjusted Operating Income |
|---|---|---|
| **Q1 2022** | $790 to $800 million | $260 to $265 million |

 MatchGroup

# Conference Call

*Match Group will audiocast a conference call to answer questions regarding its fourth quarter financial results on Wednesday, February 2, 2022 at 8:30 a.m. Eastern Time. This call will include the disclosure of certain information, including forward-looking information, which may be material to an investor's understanding of Match Group's business. The live audiocast will be open to the public on Match Group's investor relations website at https://ir.mtch.com.*

 MatchGroup

# *Financial Results*

## *Revenue*

| | Three Months Ended December 31, | | | |
|---|---|---|---|---|
| | **2021** | | **2020** | **Change** |
| | **(In thousands, except RPP)** | | | |
| Direct Revenue: | | | | |
| Americas | $ | 399,794 | $ 331,231 | 21% |
| Europe | | 218,546 | 187,961 | 16% |
| APAC and Other | | 169,303 | 115,701 | 46% |
| Total Direct Revenue | | 787,643 | 634,893 | 24% |
| Indirect Revenue | | 18,427 | 16,514 | 12% |
| Total Revenue | $ | 806,070 | $ 651,407 | 24% |
| | | | | |
| **Payers** | | | | |
| Americas | | 8,230 | 7,469 | 10% |
| Europe | | 4,660 | 4,229 | 10% |
| APAC and Other | | 3,359 | 2,463 | 36% |
| Total Payers | | 16,249 | 14,161 | 15% |
| | | | | |
| **Revenue Per Payer ("RPP")** | | | | |
| Americas | $ | 16.19 | $ 14.78 | 10% |
| Europe | $ | 15.63 | $ 14.81 | 6% |
| APAC and Other | $ | 16.80 | $ 15.66 | 7% |
| Total RPP | $ | 16.16 | $ 14.95 | 8% |

Growth in Payers was driven by Tinder across all geographies, and by the acquisition of Hyperconnect in APAC and Other. Hinge also contributed to the growth in Payers in Americas. Americas RPP increased primarily due to increases in subscriptions and à la carte purchases at Hinge. Europe RPP increased primarily due to increases in subscriptions and à la carte purchases at Tinder, while APAC and Other RPP increased primarily due to the acquisition of Hyperconnect. Europe RPP was unfavorably impacted by the strength of the U.S. Dollar relative to the Euro.

 MatchGroup

# Operating Income and Adjusted Operating Income

*Note: We have updated the title of our primary non-GAAP measure to "Adjusted Operating Income" from our previous title "Adjusted EBITDA." We believe this updated title better reflects how management views this non-GAAP measure in relation to the closest GAAP measure, operating income. The calculation of the non-GAAP measure has not changed, and therefore the reconciliation of net income (loss) to operating income and to Adjusted Operating Income have also not changed. See "Non-GAAP Financial Measures" below for the full definition of Adjusted Operating Income and a reconciliation of net (loss) earnings attributable to Match Group, Inc. shareholders to operating income and Adjusted Operating Income.*

| | Three Months Ended December 31, | | | | Change |
|---|---|---|---|---|---|
| | 2021 | | 2020 | | |
| | (In thousands) | | | | |
| Operating Income | $ | 231,917 | $ | 212,582 | 9% |
| Operating Income Margin | | 29% | | 33% | (3.9) points |
| Adjusted Operating Income | $ | 290,470 | $ | 245,453 | 18% |
| Adjusted Operating Income Margin | | 36% | | 38% | (1.6) points |

# Operating Costs and Expenses

| | Q4 2021 | | % of Revenue | Q4 2020 | | % of Revenue | Change |
|---|---|---|---|---|---|---|---|
| | (In thousands) | | | | | | |
| Cost of revenue | $ | 234,543 | 29% | $ | 173,263 | 27% | 35% |
| Selling and marketing expense | | 139,165 | 17% | | 134,757 | 21% | 3% |
| General and administrative expense | | 110,261 | 14% | | 74,723 | 11% | 48% |
| Product development expense | | 66,366 | 8% | | 44,832 | 7% | 48% |
| Depreciation | | 10,780 | 1% | | 10,987 | 2% | (2%) |
| Amortization of intangibles | | 13,038 | 2% | | 263 | — % | NM |
| Total operating costs and expenses | $ | 574,153 | 71% | $ | 438,825 | 67% | 31% |

Total operating costs and expenses increased 31% year-over-year, with slightly less than half of the total increase resulting from the acquisition of Hyperconnect. The increase in amortization of intangibles is due to the acquisition of Hyperconnect, as intangible assets associated with the acquisition began amortizing in the third quarter of 2021.

Excluding the acquisition of Hyperconnect: Cost of revenue increased 21% year-over-year primarily due to an increase in in-app purchase fees. Total selling and marketing expense decreased $12 million year-over-year as rates were higher during the 2021 holiday marketing period leading us to reduce overall spend to meet our return thresholds. General and administrative expense increased 38% year-over-year primarily due to an increase in legal and professional fees. Product development expense increased 31% year-over-year primarily due to increased engineering headcount at Tinder.



# *Liquidity and Capital Resources*

For the year ended December 31, 2021, we generated operating cash flow attributable to continuing operations of $912 million and Free Cash Flow of $833 million.

As of December 31, 2021, we had $827 million in cash and cash equivalents and short-term investments and $4.0 billion of long-term debt, including $1.3 billion of Exchangeable Senior Notes. Our $750 million revolving credit facility was undrawn as of December 31, 2021.



# *Settlement of Former Tinder Employee Litigation*

On December 1, 2021, we agreed to settle the pending, threatened, and potential claims at issue in *Rad, et al. v IAC/InterActiveCorp, et al.* and related arbitrations. Under the terms of the agreement, Match Group agreed to pay the plaintiffs and claimants $441 million and plaintiffs and claimants agreed to dismiss all claims in trial and in arbitration. We expect to pay the settlement amount in the first quarter of 2022 utilizing cash on hand. The $441 million settlement is included in other expense, net for the three months ended December 31, 2021.

# *Income Taxes*

In the fourth quarter of 2021, Match Group recorded an income tax benefit from continuing operations of $58 million. In the fourth quarter of 2020, Match Group recorded an income tax provision from continuing operations of $28 million. The tax benefit in 2021 and the tax provision in 2020 both benefited from (i) excess tax benefits generated by the exercise or vesting of stock-based awards and (ii) research credits.

3. Leverage is calculated utilizing the non-GAAP measure Adjusted Operating Income as the denominator. For a reconciliation of the non-GAAP measure for each period presented, see page 21.



# GAAP Financial Statements

## Consolidated Statement of Operations

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| | (In thousands, except per share data) | | | |
| Revenue | $ 806,070 | $ 651,407 | $ 2,983,277 | $ 2,391,269 |
| Operating costs and expenses: | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | 234,543 | 173,263 | 839,308 | 635,833 |
| Selling and marketing expense | 139,165 | 134,757 | 566,459 | 479,907 |
| General and administrative expense | 110,261 | 74,723 | 414,821 | 311,207 |
| Product development expense | 66,366 | 44,832 | 241,049 | 169,811 |
| Depreciation | 10,780 | 10,987 | 41,402 | 41,271 |
| Amortization of intangibles | 13,038 | 263 | 28,559 | 7,525 |
| Total operating costs and expenses | 574,153 | 438,825 | 2,131,598 | 1,645,554 |
| Operating income | 231,917 | 212,582 | 851,679 | 745,715 |
| Interest expense | (34,586) | (31,970) | (130,493) | (130,624) |
| Other (expense) income, net | (424,152) | (3,480) | (465,038) | 15,861 |
| (Loss) earnings from continuing operations, before tax | (226,821) | 177,132 | 256,148 | 630,952 |
| Income tax benefit (provision) | 58,097 | (28,497) | 19,897 | (43,273) |
| **Net (loss) earnings from continuing operations** | (168,724) | 148,635 | 276,045 | 587,679 |
| Earnings (loss) from discontinued operations, net of tax | — | — | 509 | (366,070) |
| **Net (loss) earnings** | (168,724) | 148,635 | 276,554 | 221,609 |
| Net loss (earnings) attributable to noncontrolling interests | 92 | 400 | 1,169 | (59,280) |
| **Net (loss) earnings attributable to Match Group, Inc. shareholders** | $ (168,632) | $ 149,035 | $ 277,723 | $ 162,329 |
| | | | | |
| **Net (loss) earnings per share from continuing operations:** | | | | |
| Basic | $ (0.60) | $ 0.56 | $ 1.01 | $ 2.36 |
| Diluted | $ (0.60) | $ 0.50 | $ 0.93 | $ 2.09 |
| **Net (loss) earnings per share attributable to Match Group, Inc. shareholders:** | | | | |
| Basic | $ (0.60) | $ 0.56 | $ 1.01 | $ 0.73 |
| Diluted | $ (0.60) | $ 0.50 | $ 0.93 | $ 0.66 |
| | | | | |
| Basic shares outstanding | 282,979 | 266,395 | 275,004 | 223,433 |
| Diluted shares outstanding | 282,979 | 307,582 | 304,840 | 256,020 |
| | | | | |
| **Stock-based compensation expense by function:** | | | | |
| Cost of revenue | $ 1,593 | $ 1,058 | $ 5,554 | $ 4,201 |
| Selling and marketing expense | 1,829 | 1,297 | 7,941 | 5,141 |
| General and administrative expense | 15,651 | 10,789 | 81,420 | 59,174 |
| Product development expense | 15,662 | 8,477 | 51,901 | 33,752 |
| Total stock-based compensation expense | $ 34,735 | $ 21,621 | $ 146,816 | $ 102,268 |



# Consolidated Balance Sheet

|  | December 31, 2021 | | December 31, 2020 | |
|---|---|---|---|---|
|  | | (In thousands) | | |
| **ASSETS** | | | | |
| Cash and cash equivalents | $ | 815,384 | $ | 739,164 |
| Short-term investments | | 11,818 | | — |
| Accounts receivable, net | | 188,482 | | 137,023 |
| Other current assets | | 202,568 | | 144,025 |
| Total current assets | | 1,218,252 | | 1,020,212 |
| | | | | |
| Property and equipment, net | | 163,256 | | 107,799 |
| Goodwill | | 2,411,996 | | 1,270,532 |
| Intangible assets, net | | 771,697 | | 230,900 |
| Deferred income taxes | | 334,937 | | 293,487 |
| Other non-current assets | | 163,150 | | 123,524 |
| **TOTAL ASSETS** | $ | 5,063,288 | $ | 3,046,454 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **LIABILITIES** | | | | |
| Current maturities of long-term debt, net | $ | 99,927 | $ | — |
| Accounts payable | | 37,871 | | 29,200 |
| Deferred revenue | | 262,131 | | 239,088 |
| Accrued expenses and other current liabilities | | 768,366 | | 231,748 |
| Total current liabilities | | 1,168,295 | | 500,036 |
| | | | | |
| Long-term debt, net of current maturities | | 3,829,421 | | 3,840,930 |
| Income taxes payable | | 13,842 | | 14,582 |
| Deferred income taxes | | 130,261 | | 17,213 |
| Other long-term liabilities | | 116,051 | | 86,428 |
| | | | | |
| Redeemable noncontrolling interest | | 1,260 | | 640 |
| | | | | |
| Commitment and contingencies | | | | |
| | | | | |
| **SHAREHOLDERS' EQUITY** | | | | |
| Common stock | | 283 | | 267 |
| Additional paid-in capital | | 8,164,216 | | 7,089,007 |
| Retained deficit | | (8,144,514) | | (8,422,237) |
| Accumulated other comprehensive loss | | (223,754) | | (81,454) |
| Total Match Group, Inc. shareholders' equity | | (203,769) | | (1,414,417) |
| Noncontrolling interests | | 7,927 | | 1,042 |
| Total shareholders' equity | | (195,842) | | (1,413,375) |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ | 5,063,288 | $ | 3,046,454 |

 MatchGroup

# Consolidated Statement of Cash Flows

|  | Twelve Months Ended December 31, | |
|---|---|---|
|  | **2021** | **2020** |
|  | **(In thousands)** | |
| **Cash flows from operating activities attributable to continuing operations:** | | |
| Net earnings | $ 276,554 | $ 221,609 |
| Add back: (earnings) loss from discontinued operations, net of tax | (509) | 366,070 |
| **Net earnings from continuing operations** | 276,045 | 587,679 |
| Adjustments to reconcile net earnings from continuing operations to net cash provided by operating activities attributable to continuing operations: | | |
| Stock-based compensation expense | 146,816 | 102,268 |
| Depreciation | 41,402 | 41,271 |
| Amortization of intangibles | 28,559 | 7,525 |
| Deferred income taxes | (57,969) | 15,384 |
| Other adjustments, net | 27,690 | 27,281 |
| Changes in assets and liabilities | | |
| Accounts receivable | (34,021) | (24,213) |
| Other assets | 1,743 | (33,224) |
| Accounts payable and other liabilities | 458,757 | 24,155 |
| Income taxes payable and receivable | (2,854) | 16,913 |
| Deferred revenue | 26,331 | 23,513 |
| **Net cash provided by operating activities attributable to continuing operations** | 912,499 | 788,552 |
| **Cash flows from investing activities attributable to continuing operations:** | | |
| Net cash used in business combinations, net of cash acquired | (859,905) | — |
| Capital expenditures | (79,971) | (42,376) |
| Purchases of investments | — | (9,115) |
| Net cash distribution related to Separation of IAC | — | (3,870,550) |
| Other, net | 51 | (90) |
| **Net cash used in investing activities attributable to continuing operations** | (939,825) | (3,922,131) |
| **Cash flows from financing activities attributable to continuing operations:** | | |
| Borrowings under the Credit Facility | — | 20,000 |
| Proceeds from Senior Notes offerings | 500,000 | 1,000,000 |
| Principal payments on Credit Facility | — | (20,000) |
| Principal payments on Senior Notes | — | (400,000) |
| Payments to settle exchangeable notes | (630,658) | — |
| Proceeds from the settlement of exchangeable note hedges | 1,089,592 | — |
| Payments to settle warrants related to exchangeable notes | (882,187) | — |
| Debt issuance costs | (7,124) | (13,517) |
| Proceeds from stock offering | — | 1,421,801 |
| Proceeds from issuance of common stock pursuant to stock-based awards | 58,424 | 155,402 |
| Withholding taxes paid on behalf of employees on net settled stock-based awards of Former Match Group and Match Group | (15,726) | (211,958) |
| Purchase of Former Match Group treasury stock | — | (132,868) |
| Purchase of noncontrolling interests | (1,473) | (15,827) |
| Other, net | 258 | (15,187) |
| **Net cash provided by financing activities attributable to continuing operations** | 111,106 | 1,787,846 |
| **Total cash provided by (used in) continuing operations** | 83,780 | (1,345,733) |
| Net cash provided by operating activities attributable to discontinued operations | — | 13,630 |
| Net cash used in investing activities attributable to discontinued operations | — | (963,420) |
| Net cash used in financing activities attributable to discontinued operations | — | (110,959) |
| Total cash used in discontinued operations | — | (1,060,749) |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | (7,570) | 5,426 |
| **Net increase (decrease) in cash, cash equivalents, and restricted cash** | 76,210 | (2,401,056) |
| Cash, cash equivalents, and restricted cash at beginning of period | 739,302 | 3,140,358 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 815,512 | $ 739,302 |

 MatchGroup

# *Earnings Per Share*

Weighted average basic and diluted shares outstanding for all periods prior to the separation of Match Group from IAC/InterActiveCorp on June 30, 2020 reflect the share position of the company formerly known as IAC/InterActiveCorp multiplied by the separation exchange ratio of 2.1584.

The following tables set forth the computation of the basic and diluted earnings per share attributable to Match Group shareholders:

| | Three Months Ended December 31, | | | |
| | 2021 | | 2020 | |
| | Basic | Diluted | Basic | Diluted |
| | (In thousands, except per share data) | | | |
|---|---|---|---|---|
| **Numerator** | | | | |
| Net (loss) earnings | $ (168,724) | $ (168,724) | $ 148,635 | $ 148,635 |
| Net loss attributable to noncontrolling interests | 92 | 92 | 400 | 400 |
| Impact from subsidiaries' dilutive securities | — | — | — | (176) |
| Interest on dilutive Exchangeable Senior Notes, net of tax | — | — | — | 4,075 |
| Net (loss) earnings attributable to Match Group, Inc. shareholders | $ (168,632) | $ (168,632) | $ 149,035 | $ 152,934 |
| | | | | |
| **Denominator** | | | | |
| Weighted average basic shares outstanding | 282,979 | 282,979 | 266,395 | 266,395 |
| Dilutive securities | — | — | — | 16,025 |
| Dilutive shares from Exchangeable Senior Notes, if-converted | — | — | — | 25,162 |
| Denominator for earnings per share—weighted average shares | 282,979 | 282,979 | 266,395 | 307,582 |
| | | | | |
| **(Loss) earnings per share:** | | | | |
| (Loss) earnings per share attributable to Match Group, Inc. shareholders | $ (0.60) | $ (0.60) | $ 0.56 | $ 0.50 |

 MatchGroup

| | Twelve Months Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | **2021** | | **2020** | |
| | **Basic** | **Diluted** | **Basic** | **Diluted** |
| | (In thousands, except per share data) | | | |
| **Numerator** | | | | |
| Net earnings from continuing operations | $ 276,045 | $ 276,045 | $ 587,679 | $ 587,679 |
| Net loss (earnings) attributable to noncontrolling interests | 1,169 | 1,169 | (59,599) | (59,599) |
| Impact from subsidiaries' dilutive securities from continuing operations | — | (993) | — | (9,999) |
| Interest on dilutive Exchangeable Senior Notes, net of tax | — | 6,616 | — | 16,300 |
| Net earnings from continuing operations attributable to Match Group, Inc. shareholders | $ 277,214 | $ 282,837 | $ 528,080 | $ 534,381 |
| | | | | |
| Earnings (loss) from discontinued operations, net of tax | $ 509 | $ 509 | $ (366,070) | $ (366,070) |
| Net loss attributable to noncontrolling interests of discontinued operations | — | — | 319 | 319 |
| Impact from subsidiaries' dilutive securities from discontinued operations | — | — | — | (240) |
| Net earnings (loss) from discontinued operations attributable to shareholders | 509 | 509 | (365,751) | (365,991) |
| Net earnings attributable to Match Group, Inc. shareholders | $ 277,723 | $ 283,346 | $ 162,329 | $ 168,390 |
| | | | | |
| **Denominator** | | | | |
| Weighted average basic shares outstanding | 275,004 | 275,004 | 223,433 | 223,433 |
| Dilutive securities | — | 13,866 | — | 12,157 |
| Dilutive shares from Exchangeable Senior Notes, if-converted | — | 15,970 | — | 20,430 |
| Denominator for earnings per share—weighted average shares | 275,004 | 304,840 | 223,433 | 256,020 |
| | | | | |
| **Earnings per share:** | | | | |
| Earnings per share from continuing operations | $ 1.01 | $ 0.93 | $ 2.36 | $ 2.09 |
| Earnings (loss) per share from discontinued operations, net of tax | $ 0.00 | $ 0.00 | $ (1.64) | $ (1.43) |
| Earnings per share attributable to Match Group, Inc. shareholders | $ 1.01 | $ 0.93 | $ 0.73 | $ 0.66 |



# Trended Metrics

| | 2019 | | | | 2020 | | | | 2021 | | | | Year Ended December 31, | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | 2019 | 2020 | 2021 |
| **Revenue** (in millions, rounding differences may occur) | | | | | | | | | | | | | | | |
| Direct Revenue | | | | | | | | | | | | | | | |
| Americas | $ 252.5 | $ 267.3 | $ 286.5 | $ 283.9 | $ 281.2 | $ 298.7 | $ 336.8 | $ 331.2 | $ 344.3 | $ 374.4 | $ 393.6 | $ 399.8 | $ 1,090.2 | $ 1,248.0 | $ 1,512.1 |
| Europe | 131.1 | 141.6 | 154.3 | 157.4 | 156.5 | 154.1 | 181.6 | 188.0 | 189.1 | 196.5 | 217.7 | 218.5 | 584.4 | 680.1 | 821.8 |
| APAC and Other | 70.3 | 78.4 | 90.1 | 93.7 | 97.1 | 94.0 | 109.8 | 115.7 | 121.9 | 123.4 | 174.4 | 169.3 | 332.6 | 416.6 | 589.0 |
| Total Direct Revenue | 454.0 | 487.3 | 530.9 | 535.0 | 534.8 | 546.7 | 628.3 | 634.9 | 655.2 | 694.3 | 785.7 | 787.6 | 2,007.2 | 2,344.7 | 2,922.9 |
| Indirect Revenue | 10.7 | 10.7 | 10.5 | 12.2 | 9.8 | 8.7 | 11.5 | 16.5 | 12.4 | 13.4 | 16.1 | 18.4 | 44.1 | 46.5 | 60.4 |
| Total Revenue | $ 464.6 | $ 498.0 | $ 541.5 | $ 547.2 | $ 544.6 | $ 555.5 | $ 639.8 | $ 651.4 | $ 667.6 | $ 707.8 | $ 801.8 | $ 806.1 | $ 2,051.3 | $ 2,391.3 | $ 2,983.3 |
| | | | | | | | | | | | | | | | |
| **Payers** (in thousands) | | | | | | | | | | | | | | | |
| Americas | 5,919 | 6,255 | 6,601 | 6,709 | 6,691 | 6,836 | 7,455 | 7,469 | 7,595 | 7,901 | 8,309 | 8,230 | 6,371 | 7,113 | 8,009 |
| Europe | 3,267 | 3,482 | 3,747 | 3,896 | 3,899 | 3,830 | 4,154 | 4,229 | 4,255 | 4,332 | 4,710 | 4,660 | 3,598 | 4,028 | 4,489 |
| APAC and Other | 1,711 | 1,875 | 2,060 | 2,317 | 2,417 | 2,339 | 2,417 | 2,463 | 2,567 | 2,736 | 3,284 | 3,359 | 1,991 | 2,409 | 2,987 |
| Total Payers | 10,897 | 11,612 | 12,408 | 12,922 | 13,007 | 13,005 | 14,026 | 14,161 | 14,417 | 14,969 | 16,303 | 16,249 | 11,960 | 13,550 | 15,485 |
| | | | | | | | | | | | | | | | |
| **RPP** | | | | | | | | | | | | | | | |
| Americas | $ 14.22 | $ 14.24 | $ 14.47 | $ 14.10 | $ 14.01 | $ 14.56 | $ 15.06 | $ 14.78 | $ 15.11 | $ 15.79 | $ 15.79 | $ 16.19 | $ 14.26 | $ 14.62 | $ 15.73 |
| Europe | $ 13.38 | $ 13.55 | $ 13.73 | $ 13.46 | $ 13.38 | $ 13.41 | $ 14.57 | $ 14.81 | $ 14.81 | $ 15.12 | $ 15.41 | $ 15.63 | $ 13.54 | $ 14.07 | $ 15.25 |
| APAC and Other | $ 13.70 | $ 13.94 | $ 14.58 | $ 13.48 | $ 13.39 | $ 13.40 | $ 15.15 | $ 15.66 | $ 15.83 | $ 15.03 | $ 17.71 | $ 16.80 | $ 13.92 | $ 14.41 | $ 16.43 |
| Total RPP | $ 13.89 | $ 13.99 | $ 14.26 | $ 13.80 | $ 13.71 | $ 14.01 | $ 14.93 | $ 14.95 | $ 15.15 | $ 15.46 | $ 16.06 | $ 16.16 | $ 13.99 | $ 14.42 | $ 15.73 |

Note: Our ability to eliminate duplicate Payers at a brand level for periods prior to Q2 2020 is impacted by data privacy requirements which require that we anonymize data after 12 months, therefore Payer data for those periods is likely overstated. Additionally, as Payers is a component of the RPP calculation, RPP is likely commensurately understated for these same periods due to these data privacy limitations.

 MatchGroup

# Reconciliations of GAAP to Non-GAAP Measures

## Reconciliation of Net Earnings to Adjusted Operating Income

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| | (Dollars in thousands) | | | |
| Net (loss) earnings attributable to Match Group, Inc. shareholders | $ (168,632) | $ 149,035 | $ 277,723 | $ 162,329 |
| Add back: | | | | |
| Net (loss) earnings attributable to noncontrolling interests | (92) | (400) | (1,169) | 59,280 |
| (Earnings) loss from discontinued operations, net of tax | — | — | (509) | 366,070 |
| Income tax (benefit) provision | (58,097) | 28,497 | (19,897) | 43,273 |
| Other expense (income), net | 424,152 | 3,480 | 465,038 | (15,861) |
| Interest expense | 34,586 | 31,970 | 130,493 | 130,624 |
| **Operating Income** | 231,917 | 212,582 | 851,679 | 745,715 |
| Stock-based compensation expense | 34,735 | 21,621 | 146,816 | 102,268 |
| Depreciation | 10,780 | 10,987 | 41,402 | 41,271 |
| Amortization of intangibles | 13,038 | 263 | 28,559 | 7,525 |
| **Adjusted Operating Income** | $ 290,470 | $ 245,453 | $ 1,068,456 | $ 896,779 |
| | | | | |
| Revenue | $ 806,070 | $ 651,407 | $ 2,983,277 | $ 2,391,269 |
| Operating Income margin | 29% | 33% | 29% | 31% |
| Adjusted Operating Income margin | 36% | 38% | 36% | 38% |



# Reconciliation of Net Earnings to Adjusted Operating Income used in Leverage Ratios

| | Twelve months ended | | | | | | |
| | 6/30/2020 | 9/30/2020 | 12/31/2020 | 3/31/2021 | 6/30/2021 | 9/30/2021 | 12/31/2021 |
|---|---|---|---|---|---|---|---|
| | (in thousands) | | | | | | |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 116,520 | $ 121,935 | $ 162,329 | $ 539,409 | $ 605,387 | $ 595,390 | $ 277,723 |
| Add back: | | | | | | | |
| Net earnings (loss) attributable to noncontrolling interests | 115,341 | 83,527 | 59,280 | 30,481 | (1,754) | (1,477) | (1,169) |
| Loss (earnings) from discontinued operations, net of tax | 340,259 | 361,732 | 366,070 | 34,103 | (1,017) | (509) | (509) |
| Income tax provision (benefit) | 9,592 | 32,180 | 43,273 | 73,728 | 74,192 | 66,697 | (19,897) |
| Other (income) expense, net | (18,188) | (13,477) | (15,861) | (10,688) | 7,077 | 44,366 | 465,038 |
| Interest expense | 126,027 | 128,585 | 130,624 | 130,568 | 128,036 | 127,877 | 130,493 |
| **Operating Income** | 689,551 | 714,482 | 745,715 | 797,601 | 811,921 | 832,344 | 851,679 |
| Stock-based compensation expense | 83,024 | 99,554 | 102,268 | 111,212 | 131,468 | 133,702 | 146,816 |
| Depreciation | 36,373 | 39,061 | 41,271 | 42,334 | 42,726 | 41,609 | 41,402 |
| Amortization of intangibles | 14,707 | 14,525 | 7,525 | 1,335 | 1,177 | 15,784 | 28,559 |
| **Adjusted Operating Income** | $ 823,655 | $ 867,622 | $ 896,779 | $ 952,482 | $ 987,292 | $ 1,023,439 | $ 1,068,456 |

# Reconciliation of Operating Cash Flow Attributable to Continuing Operations to Free Cash Flow

| | Twelve Months Ended December 31, | |
| | 2021 | 2020 |
|---|---|---|
| | (In thousands) | |
| Net cash provided by operating activities attributable to continuing operations | $ 912,499 | $ 788,552 |
| Capital expenditures | (79,971) | (42,376) |
| Free Cash Flow | $ 832,528 | $ 746,176 |

# Reconciliation of Forecasted Operating Income to Adjusted Operating Income

| | Three Months Ended March 31, 2022 |
|---|---|
| | (In millions) |
| **Operating Income** | $195 to $200 |
| Stock-based compensation expense | 42 |
| Depreciation and amortization of intangibles | 23 |
| **Adjusted Operating Income** | $260 to $265 |

 MatchGroup

# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects

| | Three Months Ended December 31, | | | | Twelve Months Ended December 31, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2021 | $ Change | % Change | 2020 | 2021 | $ Change | % Change | 2020 |
| | *(Dollars in millions, rounding differences may occur)* | | | | | | | |
| Revenue, as reported | $ 806.1 | $ 154.7 | 24% | $ 651.4 | $ 2,983.3 | $ 592.0 | 25% | $ 2,391.3 |
| Foreign exchange effects | 11.9 | | | | (35.2) | | | |
| Revenue excluding foreign exchange effects | $ 817.9 | $ 166.5 | 26% | $ 651.4 | $ 2,948.1 | $ 556.8 | 23% | $ 2,391.3 |
| | | | | | | | | |
| Americas Direct Revenue, as reported | $ 399.8 | $ 68.6 | 21% | $ 331.2 | $ 1,512.1 | $ 264.1 | 21% | $ 1,248.0 |
| Foreign exchange effects | 0.3 | | | | (1.5) | | | |
| Americas Direct Revenue excluding foreign exchange effects | $ 400.1 | $ 68.9 | 21% | $ 331.2 | $ 1,510.6 | $ 262.6 | 21% | $ 1,248.0 |
| | | | | | | | | |
| Europe Direct Revenue, as reported | $ 218.5 | $ 30.6 | 16% | $ 188.0 | $ 821.8 | $ 141.7 | 21% | $ 680.1 |
| Foreign exchange effects | 4.0 | | | | (33.9) | | | |
| Europe Direct Revenue excluding foreign exchange effects | $ 222.6 | $ 34.6 | 18% | $ 188.0 | $ 787.9 | $ 107.8 | 16% | $ 680.1 |
| | | | | | | | | |
| APAC and Other Direct Revenue, as reported | $ 169.3 | $ 53.6 | 46% | $ 115.7 | $ 589.0 | $ 172.4 | 41% | $ 416.6 |
| Foreign exchange effects | 7.3 | | | | 0.9 | | | |
| APAC and Other Direct Revenue excluding foreign exchange effects | $ 176.6 | $ 60.9 | 53% | $ 115.7 | $ 589.9 | $ 173.3 | 42% | $ 416.6 |

# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects (Revenue Per Payer)

| | Three Months Ended December 31, | | | | Twelve Months Ended December 31, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2021 | $ Change | % Change | 2020 | 2021 | $ Change | % Change | 2020 |
| RPP, as reported | $ 16.16 | $ 1.21 | 8% | $ 14.95 | $ 15.73 | $ 1.31 | 9% | $ 14.42 |
| Foreign exchange effects | 0.24 | | | | (0.19) | | | |
| RPP, excluding foreign exchange effects | $ 16.40 | $ 1.45 | 10% | $ 14.95 | $ 15.54 | $ 1.12 | 8% | $ 14.42 |
| | | | | | | | | |
| Americas RPP, as reported | $ 16.19 | $ 1.41 | 10% | $ 14.78 | $ 15.73 | $ 1.11 | 8% | $ 14.62 |
| Foreign exchange effects | 0.02 | | | | (0.01) | | | |
| Americas RPP, excluding foreign exchange effects | $ 16.21 | $ 1.43 | 10% | $ 14.78 | $ 15.72 | $ 1.10 | 8% | $ 14.62 |
| | | | | | | | | |
| Europe RPP, as reported | $ 15.63 | $ 0.82 | 6% | $ 14.81 | $ 15.25 | $ 1.18 | 8% | $ 14.07 |
| Foreign exchange effects | 0.29 | | | | (0.35) | | | |
| Europe RPP, excluding foreign exchange effects | $ 15.92 | $ 1.11 | 7% | $ 14.81 | $ 14.90 | $ 0.83 | 6% | $ 14.07 |
| | | | | | | | | |
| APAC and Other RPP, as reported | $ 16.80 | $ 1.14 | 7% | $ 15.66 | $ 16.43 | $ 2.02 | 14% | $ 14.41 |
| Foreign exchange effects | 0.73 | | | | 0.03 | | | |
| APAC and Other RPP, excluding foreign exchange effects | $ 17.53 | $ 1.87 | 12% | $ 15.66 | $ 16.46 | $ 2.05 | 14% | $ 14.41 |



# *Dilutive Securities*

Match Group has various tranches of dilutive securities. The table below details these securities and their potentially dilutive impact (shares in millions; rounding differences may occur).

| | Average Exercise Price | 1/28/2022 |
|---|---|---|
| Share Price | | **$109.22** |
| Absolute Shares | | **283.5** |
| | | |
| Vested Options | $20.10 | 3.5 |
| **Unvested Options and Awards** | | |
| Unvested Options | $33.01 | 0.1 |
| RSUs and subsidiary denominated equity awards | | 5.8 |
| **Total Dilution - Unvested Options and Awards** | | **5.9** |
| **Outstanding Warrants** | | |
| Warrants expiring on January 1, 2023 (2.4 million outstanding) | $68.22 | 0.9 |
| Warrants expiring on September 15, 2026 (6.6 million outstanding) | $134.76 | — |
| Warrants expiring on April 15, 2030 (6.8 million outstanding) | $134.82 | — |
| **Total Dilution - Outstanding Warrants** | | **0.9** |
| | | |
| **Total Dilution** | | **10.2** |
| % Dilution | | 3.5% |
| **Total Diluted Shares Outstanding** | | **293.8** |

The dilutive securities presentation above is calculated using the methods and assumptions described below; these are different from GAAP dilution, which is calculated based on the treasury stock method.

**Options** — The table above assumes the option exercise price is used to repurchase Match Group shares.

**RSUs and subsidiary denominated equity awards** — The table above assumes RSUs are fully dilutive. All performance-based and market-based awards reflect the expected shares that will vest based on current performance or market estimates. The table assumes no change in the fair value estimate of the subsidiary denominated equity awards from the values used for GAAP purposes at December 31, 2021.

**Exchangeable Senior Notes** — The Company has three series of Exchangeable Senior Notes outstanding. In the event of an exchange, each series of Exchangeable Senior Notes can be settled in cash, shares, or a combination of cash and shares. At the time of each Exchangeable Senior Notes issuance, the Company purchased call options with a strike price equal to the exchange price of each series of Exchangeable Senior Notes ("Note Hedge"), which can be used to offset the dilution of each series of the Exchangeable Senior Notes. No dilution is reflected in the table above for any of the Exchangeable Senior Notes, all of which are currently exchangeable, because it is the Company's intention to settle the Exchangeable Senior Notes with cash equal to the face amount of the notes; any shares issued would be offset by shares received upon exercise of the Note Hedge.

**Warrants** — At the time of the issuance of each series of Exchangeable Senior Notes, the Company also sold warrants for the number of shares with the strike prices reflected in the table above. The cash generated from the exercise of the warrants is assumed to be used to repurchase Match Group shares and the resulting net dilution, if any, is reflected in the table above.

 MatchGroup

# Non-GAAP Financial Measures

Match Group reports Adjusted Operating Income, Adjusted Operating Income Margin, Free Cash Flow, and Revenue Excluding Foreign Exchange Effects, all of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). The Adjusted Operating Income, Adjusted Operating Income Margin, and Free Cash Flow measures are among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue Excluding Foreign Exchange Effects provides a comparable framework for assessing the performance of our business without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments between the GAAP and non-GAAP measures, which we describe below. Interim results are not necessarily indicative of the results that may be expected for a full year.

## Definitions of Non-GAAP Measures

**Adjusted Operating Income** is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements, as applicable. We believe Adjusted Operating Income is useful to analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted Operating Income measure because they are non-cash in nature. Adjusted Operating Income has certain limitations because it excludes certain expenses.

**Adjusted Operating income Margin** is defined as Adjusted Operating Income divided by revenues. We believe Adjusted Operating Income margin is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. Adjusted Operating Income margin has certain limitations in that it does not take into account the impact to our consolidated statement of operations of certain expenses.

**Free Cash Flow** is defined as net cash provided by operating activities from continuing operations, less capital expenditures. We believe Free Cash Flow is useful to investors because it represents the cash that our operating businesses generate, before taking into account non-operational cash movements. Free Cash Flow has certain limitations in that it does not represent the total increase or decrease in the cash balance for the period, nor does it represent the residual cash flow for discretionary expenditures. Therefore, we think it is important to evaluate Free Cash Flow along with our consolidated statement of cash flows.

We look at Free Cash Flow as a measure of the strength and performance of our businesses, not for valuation purposes. In our view, applying "multiples" to Free Cash Flow is inappropriate because it is subject to timing, seasonality and one-time events. We manage our business for cash and we think it is of utmost importance to maximize cash – but our primary valuation metric is Adjusted Operating Income.

**Revenue Excluding Foreign Exchange Effects** is calculated by translating current period revenues using prior period exchange rates. The percentage change in Revenue Excluding Foreign Exchange Effects is calculated by determining the change in current period revenues over prior period revenues where current period revenues are translated using prior period exchange rates. We believe the impact of foreign exchange rates on Match Group, due to its global reach, may be an important factor in understanding period over period comparisons if movement in rates is significant. Since our results are reported in U.S. dollars, international revenues are favorably impacted as the U.S. dollar weakens relative to other currencies, and unfavorably impacted as the U.S. dollar strengthens relative to other currencies. We believe the presentation of revenue excluding foreign exchange effects in addition to reported revenue helps improve the ability to understand Match Group's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.

 MatchGroup

# Non-Cash Expenses That Are Excluded From Our Non-GAAP Measures

**Stock-based compensation expense** consists principally of expense associated with the grants of stock options, RSUs, performance-based RSUs and market-based awards. These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method; however, performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period). To the extent stock-based awards are settled on a net basis, we remit the required tax-withholding amounts from our current funds.

**Depreciation** is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives, or, in the case of leasehold improvements, the lease term, if shorter.

**Amortization of intangible assets and impairments of goodwill and intangible assets** are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names and technology, are valued and amortized over their estimated lives. Value is also assigned to (i) acquired indefinite-lived intangible assets, which consist of trade names and trademarks, and (ii) goodwill, which are not subject to amortization. An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value. We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

# Additional Definitions

**Americas** includes North America, Central America, South America, and the Caribbean islands.

**Europe** includes continental Europe, the British Isles, Iceland, Greenland, and Russia, but excludes Turkey (which is included in APAC and Other).

**APAC and Other** includes Asia, Australia, the Pacific islands, the Middle East, and Africa.

**Direct Revenue** is revenue that is received directly from end users of our services and includes both subscription and à la carte revenue.

**Indirect Revenue** is revenue that is not received directly from end users of our services, substantially all of which is advertising revenue.

**Payers** are unique users at a brand level in a given month from whom we earned Direct Revenue. When presented as a quarter-to-date or year-to-date value, Payers represents the average of the monthly values for the respective period presented. At a consolidated level, duplicate Payers may exist when we earn revenue from the same individual at multiple brands in a given month, as we are unable to identify unique individuals across brands in the Match Group portfolio.

**Revenue Per Payer ("RPP")** is the average monthly revenue earned from a Payer and is Direct Revenue for a period divided by the Payers in the period, further divided by the number of months in the period.

**Leverage on a gross basis** is calculated as principal debt balance divided by Adjusted Operating Income for the period referenced.

**Leverage on a net basis** is calculated as principal debt balance less cash and cash equivalents and short-term investments divided by Adjusted Operating Income for the period referenced.



# Other Information

## Safe Harbor Statement Under the Private Securities Litigation Reform Act of 1995

This letter and our conference call, which will be held at 8:30 a.m. Eastern Time on February 2, 2022, may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. All statements that are not historical facts are "forward looking statements." The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends, and other similar matters. These forward-looking statements are based on management's current expectations and assumptions about future events, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict. Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing services, our ability to attract users to our services through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our services through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions, certain risks relating to our relationship with IAC post-separation, the impact of the outbreak of COVID-19 coronavirus, the risks inherent in separating Match Group from IAC, including uncertainties related to, among other things, the expected benefits of the separation, any litigation arising out of or relating to the transaction, the tax treatment of the transaction, and the impact of the separation on the businesses of Match Group, and uncertainties related to the acquisition of Hyperconnect, including, among other things, the expected benefits of the transaction, any litigation arising out of or relating to the transaction, and the impact of the transaction on the businesses of Match Group. Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this letter. Match Group does not undertake to update these forward-looking statements.

## About Match Group

Match Group (NASDAQ: MTCH), through its portfolio companies, is a leading provider of digital technologies designed to help people make meaningful connections. Our global portfolio of brands includes Tinder®, Match®, Meetic®, OkCupid®, Hinge®, Pairs™, PlentyOfFish®, OurTime®, Azar®, Hakuna Live™, and more, each built to increase our users' likelihood of connecting with others. Through our trusted brands, we provide tailored services to meet the varying preferences of our users. Our services are available in over 40 languages to our users all over the world.

## Contact Us

**Bill Archer**
Match Group Investor Relations
ir@match.com

**Justine Sacco**
Match Group Corporate Communications
matchgroupPR@match.com

**Match Group**
8750 North Central Expressway, Dallas, TX 75231. (214) 576-9352. https://mtch.com



# EXHIBIT K



# Letter to Shareholders

Q1 2022 | May 3, 2022

# *First Quarter 2022 Financial Highlights*

» **Total Revenue** grew 20% over the prior year quarter to $799 million.

» **Operating income** was $208 million, an increase of 10% over the prior year quarter, representing an operating margin of 26%.

» **Adjusted Operating Income** was $273 million, an increase of 19% over the prior year quarter, representing an Adjusted Operating Income Margin of 34%.

» **Payers** increased 13% to 16.3 million, up from 14.4 million in the prior year quarter.

» **RPP** increased 6% over the prior year quarter to $16.00.

» **Tinder** Direct Revenue grew 18% over the prior year quarter driven by 17% Payers growth to 10.7 million and RPP growth of 1%.

» **All Other Brands** collectively grew Direct Revenue 22% year-over-year, driven by 14% RPP growth and 7% Payers growth to 5.6 million.

» Year-to-date 2022 **operating cash flow and free cash flow** were $233 million and $215 million, respectively.

## Revenues ($M)

| | Q1'21 | Q1'22 | Growth |
|---|---|---|---|
| Total | $668 | $799 | +20% |
| Direct APAC & Other | $122 | $169 | +38% |
| Direct Europe | $189 | $215 | +14% |
| Direct Americas | $344 | $400 | +16% |
| Indirect | $12 | $15 | +19% |

Legend: ■ Direct Americas ■ Direct Europe ■ Direct APAC & Other ■ Indirect

## Operating Income ($M)

| | Q1'21 | Q1'22 |
|---|---|---|
| Operating Income | $189 | $208 |
| Margin % | 28% | 26% |

Growth +10%

## Adjusted Operating Income ($M)

| | Q1'21 | Q1'22 |
|---|---|---|
| Adjusted Operating Income | $230 | $273 |
| Margin % | 34% | 34% |

Growth +19%

## Payers (000s)

| | Q1'21 | Q1'22 | Growth |
|---|---|---|---|
| Americas | 7,595 | 8,159 | +7% |
| Europe | 4,255 | 4,732 | +11% |
| APAC & Other | 2,567 | 3,443 | +34% |
| Total | 14,417 | 16,334 | +13% |

Legend: ■ Q1'21 ■ Q1'22

## RPP

| | Q1'21 | Q1'22 | Growth |
|---|---|---|---|
| Americas | $15.11 | $16.34 | +8% |
| Europe | $14.81 | $15.17 | +2% |
| APAC & Other | $15.83 | $16.32 | +3% |
| Total | $15.15 | $16.00 | +6% |

Legend: ■ Q1'21 ■ Q1'22

 MatchGroup

# *Dear Shareholders,*

The first quarter of 2022 was a fantastic start to the year, with strong performance across the portfolio. Our results continue to demonstrate the value of our products and the strong resonance of our brands.

We will continue to grow our business responsibly with all users and stakeholders in mind. Just yesterday, we published our second annual Impact Report to share our progress on social, environmental, and governance initiatives. The report outlines key milestones and achievements. In Q1 we also introduced background-check service Garbo on Tinder to an overwhelmingly positive response, and we plan to make the service accessible to more of our users on our other brands as well. We want to thank all of our employees for their commitment, thoughtfulness, and contributions in these critical areas.

We also just announced that after 16 years in various key roles with this incredible business, Shar has decided that it is the right time for her to step down as Chief Executive Officer. She'll remain as a Director and advisor to the company.

After a thorough search, the Board has named Bernard Kim as Chief Executive Officer, effective May 31. As President of gaming company Zynga, Bernard has operated a very similar business to ours: a portfolio of brands, in global markets, at various stages of growth. He has successfully driven terrific results while focusing on their mission of connecting people through fun games. At Match Group, he will build on our mission of connecting people through technology to find dates, love, and relationships.

Given our confidence in our team and the prospects for our business, our Board has also authorized a buyback of up to 12.5 million of our outstanding shares.

We are delighted to welcome Bernard and are looking forward to much continued success at Match Group.

**Shar Dubey**
Chief Executive Officer

**Gary Swidler**
Chief Operating Officer
& Chief Financial Officer

 MatchGroup

# Business Trends

## Q1 2022 Performance

In the first quarter, our Total Revenue grew 20% year-over-year, driven by continued strong growth in both Payers and RPP. Tinder grew Direct Revenue 18% year-over-year, and All Other Brands grew Direct Revenue 22% year-over-year. This strong growth was achieved despite the negative impacts from Russia's invasion of Ukraine on our European business, continued COVID-19 cases and restrictions in various geos, and negative foreign exchange ("FX") effects on our revenues.

Tinder® achieved Payers growth of 17%, driven by continued product momentum and by a slower than expected roll-out of an initiative to eliminate age-based discounts. That roll-out began in earnest at the end of the first quarter, and we expect to see more of an impact on Tinder Payers in the second quarter.

Our Adjusted Operating Income was $273 million in the first quarter as we continued to be very disciplined in our marketing spend given the pace of the recovery. We continued to invest in Product & Development for the long-term, despite what is clearly a highly competitive market for talent. We remained nimble on expenses throughout the portfolio, keeping dry powder for when macro conditions improve.

## Macro Environment

There are a number of macro factors that make the current operating environment very challenging. The war in Ukraine is a humanitarian tragedy. We have been fortunate not to have any employees in the area, but we are not immune to the business interruption the conflict has caused. We estimate total impact on our revenue of approximately $10 million per quarter, primarily at Tinder. This includes the reduction of our revenue in Russia, Ukraine, and other nearby countries.

During the first quarter, the U.S. dollar strengthened further against several global currencies as interest rates in the U.S. continued to rise. As a global business, this is reducing the dollar value of the revenue that we earn in geographies across the globe, including in Euro, Japanese Yen, and Turkish Lira. The rapid and drastic change in foreign currency rates is making As Reported Total Revenue year-over-year growth rate comparisons much more challenging as shown in the chart to the right.





In our view, the COVID recovery is gaining momentum, but more slowly than any of us would like. The endless waves of COVID have impacted word of mouth virality and new user adoption of our services. Mobility remains lower versus pre-COVID levels in many geographies, including the U.S. We hope to see people continuing to learn to live with the virus and returning to socializing and meeting new people more regularly. We are prepared with marketing campaigns encouraging people to get back out there to drive new users to our portfolio of brands.



**Japan Outlook Improving As Cases Decline**

*Change in New Users in Japan Over Past Three Months[1]*

In Japan, our second largest market after the U.S., COVID restrictions were lifted in mid-March, and we have seen stabilizing operating and financial performance. There has been a gradual recovery in mobility trends and an increase in dating-related searches on platforms such as Google and on the App Stores. Tinder and Pairs™ have seen a steady increase in new user growth since then and both are introducing major marketing initiatives. Pairs is seeking to increase momentum through a "Back To Dating" campaign for the Golden Week holiday.

Tinder launched a co-marketing campaign with Netflix for the dating reality TV show *Love is Blind: Japan*, which resulted in a new user spike during the campaign period and strong engagement in the app. As the situation in Japan continues to improve, we see opportunity to tap new ways to unlock this underpenetrated market.

**Pairs' "Back To Dating" Campaign**




*"#Why not restart dating now?"*

**Tinder x Netflix Co-Marketing Campaign**



*For "Love is Blind: Japan"*

1. Data represents 7-day average from January 20, 2022 through April 30, 2022.

 MatchGroup

## *Consistent Growth in Active Users*

Despite a global environment that has not been conducive to new user growth, overall Match Group Monthly Active Users have continued to grow steadily, from nearly 60 million at the time of our IPO to approaching 100 million at the end of Q1 2022. Tinder accounts for the vast majority of these active users and has consistently shown growth in its user base, including solid year-over-year growth through Q1 2022.

Unlike ad-supported digital businesses, Monthly Active Users is not a particularly relevant bellwether for our subscription business model, because not all active users provide the same



**Match Group Monthly Active Users[2]**

benefit to the ecosystem. The balance and liquidity of users by age, geography, and gender is far more important to creating a healthy matching ecosystem than the sheer volume of active users. That said, our sizable and growing active user base provides us a meaningful opportunity for further monetization, which is why we are excited to roll out new revenue vectors such as live video and digital goods.

And even with our sizable active user base, the market opportunity for online dating and social discovery remains far larger and underpenetrated. We're confident we can expand our user base further, especially as we innovate and evolve our offerings. We see a future where people will be surprised if you didn't meet your new partner, friend, or spouse online, through one of our brands.

## *Product Innovation Remains Key Focus*

In the current environment, we continue to control what we can, and that's executing on our product roadmaps. We're largely on track with the initiatives we laid out in our prior shareholders' letter and are especially excited about the future for Tinder Explore™ and virtual goods, Hinge's international expansion, and Hyperconnect's integrations and innovations.

Tinder continues to evolve and transform its product. Tinder Explore adoption levels continue to be high across active users. Explore recently launched Festival Mode™ as one of many ways members can discover and interact with each other through shared interests and experiences. Launched in conjunction with Live Nation, this feature enables members to connect before or during 20 of the biggest festivals around the world.

**New Explore Feature**

2. Represents the average MAU for Q4 of each year, except for IPO (which is for Q3 for 2015).

 MatchGroup

Tinder Coins, its in-app virtual currency, is on track to launch globally this summer. Ultimately, we see major potential for Tinder Coins to support further customization of premium experiences for members, incentivize positive network behaviors, and be the financial backbone for the virtual goods and trading ecosystem which we expect to begin testing in the second half of 2022. Tinder also continues to iterate and test a set of monetization features designed for female users, with a planned launch of a new female-focused package in the second half of 2022.

In the first quarter, Hinge® continued to resonate with users with its release of new Prompts specifically for the LGBTQ+ community, a dating app first. Hinge is on track to launch in its first non-English speaking market, Germany, in Q2, with a marketing push to follow shortly after. Organic traction for Hinge is exceptionally strong in a number of untapped international markets, and we remain confident there is huge potential for Hinge globally. The team continues to innovate on adding depth to profiles and has several exciting features planned for the second half of the year.

Hyperconnect® continues to build momentum. Azar® has seen recent success with the addition of live streaming video into the 1:1 video chat app. Hakuna® undertook partnerships with popular brands including Hello Kitty and Tokyo Avengers, which drove revenue and new user growth after their launch in Japan. Single Town™, Hyperconnect's metaverse-based experience for dating and social discovery, is adding more dating features and is continuing to focus on scaling users. The launch of 1:1 chat and topic chat lists to help start conversations, as well as in-app events such as the 'Single Town Charm Show', have all been attracting a lot of attention. The integration of Hyperconnect's technology into our other brands continues to progress well, with Match®, Meetic®, Pairs, and POF® all successfully leveraging tech features from Hyperconnect into their products.

The Hyperconnect integration with Meetic is a strong case study of how the team can help us introduce new features at our long-standing brands. Meetic leveraged Hyperconnect technology to introduce a new experience in the dating app called 'Live Rooms,' where users can socialize with a small group of people via both video and audio chat, much like a group of people would do sitting in a café or even in someone's living room at a get together. Every night these "rooms" are packed with people who want to chat with their new online friends. Some of these interactions lead to dating and some people are just there to socialize and have others to chat with. We think these new experiences bode well for convincing new users to try our services as a cure for loneliness and for socializing purposes, even if they don't have clear romantic intent.

**Meetic Live Rooms**



## *Making New Bets in the Portfolio*

While we have a broad and diverse portfolio, we continue to evolve our offerings, making new bets and exploring new areas of opportunity. Some of our recent bets have been major successes, including Hinge – which is on pace to more than 10x revenue from 2019 to 2022 – BLK® and Chispa™, as well as live streaming video at POF. Recently, we launched Stir®, targeted at the estimated 20 million single parents in the U.S. who are underserved by existing dating and social media apps, and the initial reception has been stellar. We believe there are other underserved niche markets, and we are considering launching several targeted apps over the coming quarters.



As we look to the future, it is with the recognition that dating apps need to provide different experiences for different people and continue to evolve along with overall online behaviors. We expect to continue to build new apps and evolve our current portfolio, as we have been doing with live video, video chat, and audio chat. Hyperconnect's skilled team will continue to play a large part in helping us innovate and evolve our business. With nearly 50% of daters in our mature markets and a larger percentage in developing markets never having tried online dating, finding ways to bring in those users is a critical piece of our overall strategy. We're excited about the opportunities we see as we look to the future, especially as the metaverse experience continues to develop, which should help us capture the next generation of users.

## *App Stores Update*

The global wave of legal, regulatory, and legislative action to improve the fairness of the app store ecosystem by eliminating mandatory in-app payment ("IAP") and discriminatory fee structures continues to gain steam. The precise timing and impacts of this wave of action are difficult to pinpoint, but we're increasingly optimistic that we will arrive at a fairer app store ecosystem in the not-too-distant future. Notably, in April, the European Parliament and EU member states reached a historic deal on the Digital Markets Act (DMA), which was passed in order to prevent tech giants designated as "gatekeepers" from abusing their market position and outlaw mandatory IAP and other anti-competitive app store practices. This follows similar legislation in South Korea and rulings in the Netherlands, France, and India. The U.K., Japan, South Africa, and other countries are also considering following suit. It is now widely expected that the U.S. Congress will take up App Store legislation by the summer.

In the midst of all this legal, regulatory, and legislative action, it appears that Google is moving forward with its requirement of mandatory use of its payment system. We're very concerned with how this will impact our consumers, and we are carefully considering all of our options to protect them. We remain disappointed by the apparent unwillingness of the gatekeepers to recognize the rule of law across the globe, opting to incur fines and force developers to make changes that seem clearly at odds with these new and pending laws rather than respect legislative and court rulings across the globe.



# *Financial Outlook*

## Q2 2022

Our Q2 Total Revenue outlook of $800 to $810 million, representing 13% to 14% year-over-year growth, reflects the impact of the challenging current macroeconomic environment. Our year-over-year growth rates are negatively impacted by approximately five points of FX impact and approximately one point due to the effect of the war in Ukraine. Excluding these effects, our year-over-year Total Revenue growth would be 19% to 20%.

Our Q2 Adjusted Operating Income outlook of $285 to $290 million, implying margins of 36% at the midpoints, reflects continued leverage in sales and marketing spend as well as the impact of the Hyperconnect acquisition (which is a more than two point margin impact).

While our Q2 Adjusted Operating Income outlook includes an estimated $6 million of negative impact from Google's policy change beginning June 1st, we need to see the actual effects once the change is implemented.

|  | Total Revenue | Adjusted Operating Income |
|---|---|---|
| **Q2 2022** | $800 to $810 million | $285 to $290 million |

There is a lot of uncertainty – the macro negatives but also potential positives, particularly around post-COVID reopening around the globe – that make forward visibility challenging. Taking all of this into account, including the FX impacts and the war in Ukraine, we now expect to be closer to the bottom end of our previously stated 15% to 20% year-over-year revenue growth range for full year 2022, but we will provide further updates as the year progresses.

MatchGroup

# Conference Call

*Match Group will audiocast a conference call to answer questions regarding its first quarter financial results on Wednesday, May 4, 2022 at 8:30 a.m. Eastern Time. This call will include the disclosure of certain information, including forward-looking information, which may be material to an investor's understanding of Match Group's business. The live audiocast will be open to the public on Match Group's investor relations website at https://ir.mtch.com.*



# *Financial Results*

## *Revenue*

| | Three Months Ended March 31, | | Change |
|---|---|---|---|
| | 2022 | 2021 | |
| | (In thousands, except RPP) | | |
| Direct Revenue: | | | |
| Americas | $ 399,978 | $ 344,262 | 16% |
| Europe | 215,328 | 189,059 | 14% |
| APAC and Other | 168,527 | 121,860 | 38% |
| Total Direct Revenue | 783,833 | 655,181 | 20% |
| Indirect Revenue | 14,798 | 12,431 | 19% |
| Total Revenue | $ 798,631 | $ 667,612 | 20% |
| | | | |
| **Payers** | | | |
| Americas | 8,159 | 7,595 | 7% |
| Europe | 4,732 | 4,255 | 11% |
| APAC and Other | 3,443 | 2,567 | 34% |
| Total Payers | 16,334 | 14,417 | 13% |
| | | | |
| **Revenue Per Payer ("RPP")** | | | |
| Americas | $ 16.34 | $ 15.11 | 8% |
| Europe | $ 15.17 | $ 14.81 | 2% |
| APAC and Other | $ 16.32 | $ 15.83 | 3% |
| Total RPP | $ 16.00 | $ 15.15 | 6% |

Growth in Payers was driven by Tinder across all geographies, and by the acquisition of Hyperconnect in APAC and Other. Hinge also contributed to the growth in Payers in Americas with decreases at certain long-standing brands in the Americas. Americas RPP increased primarily due to increases in subscriptions and à la carte purchases at Tinder and Hinge. Europe RPP and APAC and Other RPP increased primarily due to the acquisition of Hyperconnect with additional contributions to Europe RPP from Tinder. Europe RPP was unfavorably impacted by the strength of the U.S. Dollar relative to the Euro, while APAC and Other RPP was unfavorably impacted by the strength of the U.S. Dollar relative to the Japanese Yen and Turkish Lira.

## *Operating Income and Adjusted Operating Income*

| | Three Months Ended March 31, | | Change |
|---|---|---|---|
| | 2022 | 2021 | |
| | (In thousands) | | |
| Operating Income | $ 207,818 | $ 189,258 | 10% |
| Operating Income Margin | 26% | 28% | (2.3) points |
| Adjusted Operating Income | $ 273,303 | $ 230,044 | 19% |
| Adjusted Operating Income Margin | 34% | 34% | (0.2) points |

 MatchGroup

# *Operating Costs and Expenses*

| | Q1 2022 | % of Revenue | Q1 2021 | % of Revenue | Change |
|---|---|---|---|---|---|
| | | (In thousands) | | | |
| Cost of revenue | $ 236,236 | 30% | $ 179,455 | 27% | 32% |
| Selling and marketing expense | 151,888 | 19% | 144,988 | 22% | 5% |
| General and administrative expense | 100,705 | 13% | 87,665 | 13% | 15% |
| Product development expense | 78,794 | 10% | 55,576 | 8% | 42% |
| Depreciation | 10,497 | 1% | 10,457 | 2% | — % |
| Amortization of intangibles | 12,693 | 2% | 213 | — % | NM |
| Total operating costs and expenses | $ 590,813 | 74% | $ 478,354 | 72% | 24% |

Total operating costs and expenses increased 24% year-over-year, with approximately 60% of the total increase resulting from the acquisition of Hyperconnect. The increase in amortization of intangibles is due to the acquisition of Hyperconnect, because intangible assets associated with the acquisition began amortizing in the third quarter of 2021.

Excluding the acquisition of Hyperconnect: Cost of revenue increased 17% year-over-year primarily due to an increase in in-app purchase fees. Total selling and marketing expense decreased $8 million year-over-year. General and administrative expense increased 7% year-over-year primarily due to increased compensation, partially offset by professional fees incurred in 2021 to acquire Hyperconnect. Product development expense increased 28% year-over-year primarily due to increased engineering headcount at Tinder and Hinge.

NM = not meaningful

 MatchGroup

## *Liquidity and Capital Resources*

For the three months ended March 31, 2022, we generated operating cash flow of $233 million and Free Cash Flow of $215 million.

On May 2, 2022, our Board approved a new share repurchase program to repurchase up to 12.5 million shares of our common stock. Under this repurchase program, we may repurchase shares of our common stock on a discretionary basis from time to time, subject to general business and market conditions and other investment opportunities, through open market purchases, privately negotiated transactions or other means, including through Rule 10b5-1 trading plans. This repurchase program may be commenced, suspended or discontinued at any time.

As of March 31, 2022, we had $921 million in cash and cash equivalents and short-term investments and $4.0 billion of long-term debt, including $1.2 billion of Exchangeable Senior Notes. Our $750 million revolving credit facility was undrawn as of March 31, 2022. Additionally, we expect to pay $441 million from cash on hand in 2022 in connection with the settlement of *Rad, et al. v. IAC/ InterActiveCorp, et al.* and related arbitrations. Match Group's trailing twelve-month leverage[3] as of March 31, 2022 is 3.6x on a gross basis and 2.7x on a net basis.

## *Income Taxes*

In the first quarter of 2022, Match Group recorded an income tax benefit of $7 million compared to an income tax benefit of $18 million in the first quarter of 2021, both years benefiting from excess tax benefits generated by the exercise or vesting of stock-based awards. In addition, the first quarter 2022 benefited from a lower tax rate on U.S. income derived from foreign sources.

---

3. Leverage is calculated utilizing the non-GAAP measure Adjusted Operating Income as the denominator. For a reconciliation of the non-GAAP measure for each period presented, see page 20.

MatchGroup

# GAAP Financial Statements

## Consolidated Statement of Operations

|  | Three Months Ended March 31, | | | |
|---|---|---|---|---|
|  | 2022 | | 2021 | |
|  | (In thousands, except per share data) | | | |
| Revenue | $ | 798,631 | $ | 667,612 |
| Operating costs and expenses: | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | | 236,236 | | 179,455 |
| Selling and marketing expense | | 151,888 | | 144,988 |
| General and administrative expense | | 100,705 | | 87,665 |
| Product development expense | | 78,794 | | 55,576 |
| Depreciation | | 10,497 | | 10,457 |
| Amortization of intangibles | | 12,693 | | 213 |
| Total operating costs and expenses | | 590,813 | | 478,354 |
| Operating income | | 207,818 | | 189,258 |
| Interest expense | | (34,896) | | (31,838) |
| Other income (expense), net | | 818 | | (1,319) |
| Earnings before income taxes | | 173,740 | | 156,101 |
| Income tax benefit | | 6,867 | | 17,747 |
| **Net earnings** | | 180,607 | | 173,848 |
| Net (earnings) loss attributable to noncontrolling interests | | (74) | | 402 |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ | 180,533 | $ | 174,250 |
| | | | | |
| **Net earnings per share attributable to Match Group, Inc. shareholders:** | | | | |
| Basic | $ | 0.63 | $ | 0.65 |
| Diluted | $ | 0.60 | $ | 0.57 |
| | | | | |
| Basic shares outstanding | | 284,459 | | 268,649 |
| Diluted shares outstanding | | 306,902 | | 310,585 |
| | | | | |
| **Stock-based compensation expense by function:** | | | | |
| Cost of revenue | $ | 1,549 | $ | 989 |
| Selling and marketing expense | | 1,653 | | 1,265 |
| General and administrative expense | | 23,899 | | 18,480 |
| Product development expense | | 15,194 | | 9,382 |
| Total stock-based compensation expense | $ | 42,295 | $ | 30,116 |

 MatchGroup

# Consolidated Balance Sheet

|  | March 31, 2022 |  | December 31, 2021 |  |
|---|---|---|---|---|
|  | (In thousands) |  |  |  |
| **ASSETS** |  |  |  |  |
| Cash and cash equivalents | $ | 912,434 | $ | 815,384 |
| Short-term investments |  | 8,663 |  | 11,818 |
| Accounts receivable, net |  | 180,577 |  | 188,482 |
| Other current assets |  | 132,136 |  | 202,568 |
| Total current assets |  | 1,233,810 |  | 1,218,252 |
|  |  |  |  |  |
| Property and equipment, net |  | 167,676 |  | 163,256 |
| Goodwill |  | 2,381,539 |  | 2,411,996 |
| Intangible assets, net |  | 746,109 |  | 771,697 |
| Deferred income taxes |  | 345,593 |  | 334,937 |
| Other non-current assets |  | 168,666 |  | 163,150 |
| **TOTAL ASSETS** | $ | 5,043,393 | $ | 5,063,288 |
|  |  |  |  |  |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** |  |  |  |  |
| **LIABILITIES** |  |  |  |  |
| Current maturities of long-term debt, net | $ | 84,588 | $ | 99,927 |
| Accounts payable |  | 22,022 |  | 37,871 |
| Deferred revenue |  | 262,668 |  | 262,131 |
| Accrued expenses and other current liabilities |  | 704,749 |  | 768,366 |
| Total current liabilities |  | 1,074,027 |  | 1,168,295 |
|  |  |  |  |  |
| Long-term debt, net of current maturities |  | 3,830,965 |  | 3,829,421 |
| Income taxes payable |  | 12,754 |  | 13,842 |
| Deferred income taxes |  | 124,022 |  | 130,261 |
| Other long-term liabilities |  | 123,399 |  | 116,051 |
|  |  |  |  |  |
| Redeemable noncontrolling interest |  | – |  | 1,260 |
|  |  |  |  |  |
| Commitment and contingencies |  |  |  |  |
|  |  |  |  |  |
| **SHAREHOLDERS' EQUITY** |  |  |  |  |
| Common stock |  | 286 |  | 283 |
| Additional paid-in capital |  | 8,110,463 |  | 8,164,216 |
| Retained deficit |  | (7,963,981) |  | (8,144,514) |
| Accumulated other comprehensive loss |  | (269,217) |  | (223,754) |
| Total Match Group, Inc. shareholders' equity |  | (122,449) |  | (203,769) |
| Noncontrolling interests |  | 675 |  | 7,927 |
| Total shareholders' equity |  | (121,774) |  | (195,842) |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ | 5,043,393 | $ | 5,063,288 |

 MatchGroup

# Consolidated Statement of Cash Flows

| | Three Months Ended March 31, | |
| | 2022 | 2021 |
| --- | ---: | ---: |
| | (In thousands) | |
| **Cash flows from operating activities:** | | |
| Net earnings | $ 180,607 | $ 173,848 |
| Adjustments to reconcile net earnings to net cash provided by operating activities: | | |
| Stock-based compensation expense | 42,295 | 30,116 |
| Depreciation | 10,497 | 10,457 |
| Amortization of intangibles | 12,693 | 213 |
| Deferred income taxes | (14,828) | (10,007) |
| Other adjustments, net | 993 | 4,601 |
| Changes in assets and liabilities | | |
| Accounts receivable | 6,144 | (75,271) |
| Other assets | 27,074 | 19,626 |
| Accounts payable and other liabilities | (24,868) | (40,242) |
| Income taxes payable and receivable | (9,957) | (21,867) |
| Deferred revenue | 1,867 | 10,834 |
| **Net cash provided by operating activities** | 232,517 | 102,308 |
| **Cash flows from investing activities:** | | |
| Capital expenditures | (17,657) | (10,290) |
| Other, net | 2,997 | (255) |
| **Net cash used in investing activities** | (14,660) | (10,545) |
| **Cash flows from financing activities:** | | |
| Payments to settle exchangeable notes | (47,677) | — |
| Proceeds from the settlement of exchangeable note hedges | 32,058 | — |
| Proceeds from issuance of common stock pursuant to stock-based awards | 6,304 | 29,973 |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | (96,969) | (10,548) |
| Purchase of noncontrolling interests | (10,329) | — |
| Other, net | — | (730) |
| **Net cash (used in) provided by financing activities** | (116,613) | 18,695 |
| **Total cash provided** | 101,244 | 110,458 |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | (4,197) | (3,930) |
| **Net increase in cash, cash equivalents, and restricted cash** | 97,047 | 106,528 |
| Cash, cash equivalents, and restricted cash at beginning of period | 815,512 | 739,302 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 912,559 | $ 845,830 |

 MatchGroup

# *Earnings Per Share*

The following tables set forth the computation of the basic and diluted earnings per share attributable to Match Group shareholders:

| | Three Months Ended March 31, | | | |
| | 2022 | | 2021 | |
| | Basic | Diluted | Basic | Diluted |
| | (In thousands, except per share data) | | | |
| **Numerator** | | | | |
| Net earnings | $ 180,607 | $ 180,607 | $ 173,848 | $ 173,848 |
| Net (earnings) loss attributable to noncontrolling interests | (74) | (74) | 402 | 402 |
| Impact from subsidiaries' dilutive securities | — | (98) | — | (467) |
| Impact from interest on dilutive Exchangeable Notes, net of tax | — | 3,339 | — | 4,075 |
| Net earnings attributable to Match Group, Inc. shareholders | $ 180,533 | $ 183,774 | $ 174,250 | $ 177,858 |
| | | | | |
| **Denominator** | | | | |
| Weighted average common shares outstanding | 284,459 | 284,459 | 268,649 | 268,649 |
| Dilutive securities | — | 7,116 | — | 16,774 |
| Dilutive securities from Exchangeable Senior Notes, if-converted | — | 15,327 | — | 25,162 |
| Denominator for earnings per share - weighted average shares | 284,459 | 306,902 | 268,649 | 310,585 |
| | | | | |
| **Earnings per share:** | | | | |
| Earnings per share attributable to Match Group, Inc. shareholders | $ 0.63 | $ 0.60 | $ 0.65 | $ 0.57 |

 MatchGroup

# Trended Metrics

| | 2020 | | | | 2021 | | | | 2022 | Year Ended December 31, | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | 2020 | 2021 |
| **Revenue** (in millions, rounding differences may occur) | | | | | | | | | | | |
| Direct Revenue | | | | | | | | | | | |
| Americas | $ 281.2 | $ 298.7 | $ 336.8 | $ 331.2 | $ 344.3 | $ 374.4 | $ 393.6 | $ 399.8 | $ 400.0 | $ 1,248.0 | $ 1,512.1 |
| Europe | 156.5 | 154.1 | 181.6 | 188.0 | 189.1 | 196.5 | 217.7 | 218.5 | 215.3 | 680.1 | 821.8 |
| APAC and Other | 97.1 | 94.0 | 109.8 | 115.7 | 121.9 | 123.4 | 174.4 | 169.3 | 168.5 | 416.6 | 589.0 |
| Total Direct Revenue | 534.8 | 546.7 | 628.3 | 634.9 | 655.2 | 694.3 | 785.7 | 787.6 | 783.8 | 2,344.7 | 2,922.9 |
| Indirect Revenue | 9.8 | 8.7 | 11.5 | 16.5 | 12.4 | 13.4 | 16.1 | 18.4 | 14.8 | 46.5 | 60.4 |
| Total Revenue | $ 544.6 | $ 555.5 | $ 639.8 | $ 651.4 | $ 667.6 | $ 707.8 | $ 801.8 | $ 806.1 | $ 798.6 | $ 2,391.3 | $ 2,983.3 |
| | | | | | | | | | | | |
| **Payers** (in thousands) | | | | | | | | | | | |
| Americas | 6,691 | 6,836 | 7,455 | 7,469 | 7,595 | 7,901 | 8,309 | 8,230 | 8,159 | 7,113 | 8,009 |
| Europe | 3,899 | 3,830 | 4,154 | 4,229 | 4,255 | 4,332 | 4,710 | 4,660 | 4,732 | 4,028 | 4,489 |
| APAC and Other | 2,417 | 2,339 | 2,417 | 2,463 | 2,567 | 2,736 | 3,284 | 3,359 | 3,443 | 2,409 | 2,987 |
| Total Payers | 13,007 | 13,005 | 14,026 | 14,161 | 14,417 | 14,969 | 16,303 | 16,249 | 16,334 | 13,550 | 15,485 |
| | | | | | | | | | | | |
| **RPP** | | | | | | | | | | | |
| Americas | $ 14.01 | $ 14.56 | $ 15.06 | $ 14.78 | $ 15.11 | $ 15.79 | $ 15.79 | $ 16.19 | $ 16.34 | $ 14.62 | $ 15.73 |
| Europe | $ 13.38 | $ 13.41 | $ 14.57 | $ 14.81 | $ 14.81 | $ 15.12 | $ 15.41 | $ 15.63 | $ 15.17 | $ 14.07 | $ 15.25 |
| APAC and Other | $ 13.39 | $ 13.40 | $ 15.15 | $ 15.66 | $ 15.83 | $ 15.03 | $ 17.71 | $ 16.80 | $ 16.32 | $ 14.41 | $ 16.43 |
| Total RPP | $ 13.71 | $ 14.01 | $ 14.93 | $ 14.95 | $ 15.15 | $ 15.46 | $ 16.06 | $ 16.16 | $ 16.00 | $ 14.42 | $ 15.73 |

Note: Our ability to eliminate duplicate Payers at a brand level for periods prior to Q2 2020 is impacted by data privacy requirements which require that we anonymize data after 12 months, therefore Payer data for those periods is likely overstated. Additionally, as Payers is a component of the RPP calculation, RPP is likely commensurately understated for these same periods due to these data privacy limitations.

 MatchGroup

# Reconciliations of GAAP to Non-GAAP Measures

## Reconciliation of Net Earnings to Adjusted Operating Income

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2022** | **2021** |
| | (Dollars in thousands) | |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 180,533 | $ 174,250 |
| Add back: | | |
| Net earnings (loss) attributable to noncontrolling interests | 74 | (402) |
| Income tax benefit | (6,867) | (17,747) |
| Other (income) expense, net | (818) | 1,319 |
| Interest expense | 34,896 | 31,838 |
| **Operating Income** | 207,818 | 189,258 |
| Stock-based compensation expense | 42,295 | 30,116 |
| Depreciation | 10,497 | 10,457 |
| Amortization of Intangibles | 12,693 | 213 |
| **Adjusted Operating Income** | $ 273,303 | $ 230,044 |
| | | |
| Revenue | $ 798,631 | $ 667,612 |
| Operating Income margin | 26% | 28% |
| Adjusted Operating Income margin | 34% | 34% |

## Reconciliation of Net Earnings to Adjusted Operating Income used in Leverage Ratios

| | Twelve months ended |
| --- | --- |
| | **3/31/2022** |
| | (in thousands) |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 284,006 |
| Add back: | |
| Net loss attributable to noncontrolling interests | (693) |
| Earnings from discontinued operations, net of tax | (509) |
| Income tax benefit | (9,017) |
| Other expense, net | 462,901 |
| Interest expense | 133,551 |
| **Operating Income** | 870,239 |
| Stock-based compensation expense | 158,995 |
| Depreciation | 41,442 |
| Amortization of intangibles | 41,039 |
| **Adjusted Operating Income** | $ 1,111,715 |

 MatchGroup

# Reconciliation of Operating Cash Flow to Free Cash Flow

|  | 2022 | | 2021 | |
|---|---|---|---|---|
|  | (In thousands) | | | |
| Net cash provided by operating activities | $ | 232,517 | $ | 102,308 |
| Capital expenditures | | (17,657) | | (10,290) |
| Free Cash Flow | $ | 214,860 | $ | 92,018 |

# Reconciliation of Forecasted Operating Income to Adjusted Operating Income

|  | Three Months Ended June 30, 2022 |
|---|---|
|  | (In millions) |
| **Operating Income** | $212 to $217 |
| Stock-based compensation expense | 50 |
| Depreciation and amortization of intangibles | 23 |
| **Adjusted Operating Income** | $285 to $290 |



# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects

| | Three Months Ended March 31, | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2022** | | **$ Change** | | **% Change** | | **2021** |
| | (Dollars in millions, rounding differences may occur) | | | | | | |
| Revenue, as reported | $ | 798.6 | $ | 131.0 | 20% | $ | 667.6 |
| Foreign exchange effects | | 26.2 | | | | | |
| Revenue excluding foreign exchange effects | $ | 824.8 | $ | 157.2 | 24% | $ | 667.6 |
| | | | | | | | |
| Americas Direct Revenue, as reported | $ | 400.0 | $ | 55.7 | 16% | $ | 344.3 |
| Foreign exchange effects | | 0.4 | | | | | |
| Americas Direct Revenue excluding foreign exchange effects | $ | 400.3 | $ | 56.1 | 16% | $ | 344.3 |
| | | | | | | | |
| Europe Direct Revenue, as reported | $ | 215.3 | $ | 26.3 | 14% | $ | 189.1 |
| Foreign exchange effects | | 13.8 | | | | | |
| Europe Direct Revenue excluding foreign exchange effects | $ | 229.1 | $ | 40.1 | 21% | $ | 189.1 |
| | | | | | | | |
| APAC and Other Direct Revenue, as reported | $ | 168.5 | $ | 46.7 | 38% | $ | 121.9 |
| Foreign exchange effects | | 11.8 | | | | | |
| APAC and Other Direct Revenue excluding foreign exchange effects | $ | 180.3 | $ | 58.4 | 48% | $ | 121.9 |

# Reconciliation of GAAP Revenue to Non-GAAP Revenue, Excluding Foreign Exchange Effects (Revenue Per Payer)

| | Three Months Ended March 31, | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2022** | | **$ Change** | | **% Change** | | **2021** |
| RPP, as reported | $ | 16.00 | $ | 0.85 | 6% | $ | 15.15 |
| Foreign exchange effects | | 0.52 | | | | | |
| RPP, excluding foreign exchange effects | $ | 16.52 | $ | 1.37 | 9% | $ | 15.15 |
| | | | | | | | |
| Americas RPP, as reported | $ | 16.34 | $ | 1.23 | 8% | $ | 15.11 |
| Foreign exchange effects | | 0.02 | | | | | |
| Americas RPP, excluding foreign exchange effects | $ | 16.36 | $ | 1.25 | 8% | $ | 15.11 |
| | | | | | | | |
| Europe RPP, as reported | $ | 15.17 | $ | 0.36 | 2% | $ | 14.81 |
| Foreign exchange effects | | 0.97 | | | | | |
| Europe RPP, excluding foreign exchange effects | $ | 16.14 | $ | 1.33 | 9% | $ | 14.81 |
| | | | | | | | |
| APAC and Other RPP, as reported | $ | 16.32 | $ | 0.49 | 3% | $ | 15.83 |
| Foreign exchange effects | | 1.13 | | | | | |
| APAC and Other RPP, excluding foreign exchange effects | $ | 17.45 | $ | 1.62 | 10% | $ | 15.83 |

 MatchGroup

# *Dilutive Securities*

Match Group has various tranches of dilutive securities. The table below details these securities and their potentially dilutive impact (shares in millions; rounding differences may occur).

| | Average Exercise Price | 4/29/2022 |
|---|---|---|
| Share Price | | **$79.71** |
| Absolute Shares | | **285.6** |
| | | |
| Vested Options | $20.20 | 2.9 |
| **Unvested Options and Awards** | | |
| Unvested Options | $33.69 | 0.1 |
| RSUs and subsidiary denominated equity awards | | 5.4 |
| **Total Dilution - Unvested Options and Awards** | | **5.5** |
| **Outstanding Warrants** | | |
| Warrants expiring on January 1, 2023 (2.4 million outstanding) | $68.22 | 0.3 |
| Warrants expiring on September 15, 2026 (6.6 million outstanding) | $134.76 | — |
| Warrants expiring on April 15, 2030 (6.8 million outstanding) | $134.82 | — |
| **Total Dilution - Outstanding Warrants** | | **0.3** |
| | | |
| **Total Dilution** | | **8.6** |
| % Dilution | | 2.9% |
| **Total Diluted Shares Outstanding** | | **294.2** |

The dilutive securities presentation above is calculated using the methods and assumptions described below; these are different from GAAP dilution, which is calculated based on the treasury stock method.

**Options** — The table above assumes the option exercise price is used to repurchase Match Group shares.

**RSUs and subsidiary denominated equity awards** — The table above assumes RSUs are fully dilutive. All performance-based and market-based awards reflect the expected shares that will vest based on current performance or market estimates. The table assumes no change in the fair value estimate of the subsidiary denominated equity awards from the values used for GAAP purposes at March 31, 2022.

**Exchangeable Senior Notes** — The Company has three series of Exchangeable Senior Notes outstanding. In the event of an exchange, each series of Exchangeable Senior Notes can be settled in cash, shares, or a combination of cash and shares. At the time of each Exchangeable Senior Notes issuance, the Company purchased call options with a strike price equal to the exchange price of each series of Exchangeable Senior Notes ("Note Hedge"), which can be used to offset the dilution of each series of the Exchangeable Senior Notes. No dilution is reflected in the table above for any of the Exchangeable Senior Notes, of which only the 2022 Exchangeable Notes are currently exchangeable, because it is the Company's intention to settle the Exchangeable Senior Notes with cash equal to the face amount of the notes; any shares issued would be offset by shares received upon exercise of the Note Hedge.

**Warrants** — At the time of the issuance of each series of Exchangeable Senior Notes, the Company also sold warrants for the number of shares with the strike prices reflected in the table above. The cash generated from the exercise of the warrants is assumed to be used to repurchase Match Group shares and the resulting net dilution, if any, is reflected in the table above.

 MatchGroup

# Non-GAAP Financial Measures

Match Group reports Adjusted Operating Income, Adjusted Operating Income Margin, Free Cash Flow, and Revenue Excluding Foreign Exchange Effects, all of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). The Adjusted Operating Income, Adjusted Operating Income Margin, and Free Cash Flow measures are among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue Excluding Foreign Exchange Effects provides a comparable framework for assessing the performance of our business without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments between the GAAP and non-GAAP measures, which we describe below. Interim results are not necessarily indicative of the results that may be expected for a full year.

## Definitions of Non-GAAP Measures

**Adjusted Operating Income** is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements, as applicable. We believe Adjusted Operating Income is useful to analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted Operating Income measure because they are non-cash in nature. Adjusted Operating Income has certain limitations because it excludes certainexpenses.

**Adjusted Operating income Margin** is defined as Adjusted Operating Income divided by revenues. We believe Adjusted Operating Income margin is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. Adjusted Operating Income margin has certain limitations in that it does not take into account the impact to our consolidated statement of operations of certain expenses.

**Free Cash Flow** is defined as net cash provided by operating activities, less capital expenditures. We believe Free Cash Flow is useful to investors because it represents the cash that our operating businesses generate, before taking into account non-operational cash movements. Free Cash Flow has certain limitations in that it does not represent the total increase or decrease in the cash balance for the period, nor does it represent the residual cash flow for discretionary expenditures. Therefore, we think it is important to evaluate Free Cash Flow along with our consolidated statement of cash flows.

We look at Free Cash Flow as a measure of the strength and performance of our businesses, not for valuation purposes. In our view, applying "multiples" to Free Cash Flow is inappropriate because it is subject to timing, seasonality and one-time events. We manage our business for cash and we think it is of utmost importance to maximize cash – but our primary valuation metric is Adjusted Operating Income.

**Revenue Excluding Foreign Exchange Effects** is calculated by translating current period revenues using prior period exchange rates. The percentage change in Revenue Excluding Foreign Exchange Effects is calculated by determining the change in current period revenues over prior period revenues where current period revenues are translated using prior period exchange rates. We believe the impact of foreign exchange rates on Match Group, due to its global reach, may be an important factor in understanding period over period comparisons if movement in rates is significant. Since our results are reported in U.S. dollars, international revenues are favorably impacted as the U.S. dollar weakens relative to other currencies, and unfavorably impacted as the U.S. dollar strengthens relative to other currencies. We believe the presentation of revenue excluding foreign exchange effects in addition to reported revenue helps improve the ability to understand Match Group's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.



# Non-Cash Expenses That Are Excluded From Our Non-GAAP Measures

**Stock-based compensation expense** consists principally of expense associated with the grants of stock options, RSUs, performance-based RSUs and market-based awards. These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method; however, performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period). To the extent stock-based awards are settled on a net basis, we remit the required tax-withholding amounts from our current funds.

**Depreciation** is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives, or, in the case of leasehold improvements, the lease term, if shorter.

**Amortization of intangible assets and impairments of goodwill and intangible assets** are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names and technology, are valued and amortized over their estimated lives. Value is also assigned to (i) acquired indefinite-lived intangible assets, which consist of trade names and trademarks, and (ii) goodwill, which are not subject to amortization. An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value. We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

# Additional Definitions

**Americas** includes North America, Central America, South America, and the Caribbean islands.

**Europe** includes continental Europe, the British Isles, Iceland, Greenland, and Russia, but excludes Turkey (which is included in APAC and Other).

**APAC and Other** includes Asia, Australia, the Pacific islands, the Middle East, and Africa.

**Direct Revenue** is revenue that is received directly from end users of our services and includes both subscription and à la carte revenue.

**Indirect Revenue** is revenue that is not received directly from end users of our services, substantially all of which is advertising revenue.

**Payers** are unique users at a brand level in a given month from whom we earned Direct Revenue. When presented as a quarter-to-date or year-to-date value, Payers represents the average of the monthly values for the respective period presented. At a consolidated level, duplicate Payers may exist when we earn revenue from the same individual at multiple brands in a given month, as we are unable to identify unique individuals across brands in the Match Group portfolio.

**Revenue Per Payer ("RPP")** is the average monthly revenue earned from a Payer and is Direct Revenue for a period divided by the Payers in the period, further divided by the number of months in the period.

**Leverage on a gross basis** is calculated as principal debt balance divided by Adjusted Operating Income for the period referenced.

**Leverage on a net basis** is calculated as principal debt balance less cash and cash equivalents and short-term investments divided by Adjusted Operating Income for the period referenced.

 MatchGroup

# Other Information

## Safe Harbor Statement Under the Private Securities Litigation Reform Act of 1995

This letter and our conference call, which will be held at 8:30 a.m. Eastern Time on May 4, 2022, may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. All statements that are not historical facts are "forward looking statements." The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends, and other similar matters. These forward-looking statements are based on management's current expectations and assumptions about future events, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict. Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing services, our ability to attract users to our services through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our services through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions, certain risks relating to our relationship with IAC post-separation, the impact of the outbreak of COVID-19 coronavirus, the risks inherent in separating Match Group from IAC, including uncertainties related to, among other things, the expected benefits of the separation, any litigation arising out of or relating to the transaction, the tax treatment of the transaction, and the impact of the separation on the businesses of Match Group, and uncertainties related to the acquisition of Hyperconnect, including, among other things, the expected benefits of the transaction, any litigation arising out of or relating to the transaction, and the impact of the transaction on the businesses of Match Group. Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this letter. Match Group does not undertake to update these forward-looking statements.

## About Match Group

Match Group (NASDAQ: MTCH), through its portfolio companies, is a leading provider of digital technologies designed to help people make meaningful connections. Our global portfolio of brands includes Tinder®, Match®, Hinge®, Meetic®, OkCupid®, Pairs™, PlentyOfFish®, OurTime®, Azar®, Hakuna Live™, and more, each built to increase our users' likelihood of connecting with others. Through our trusted brands, we provide tailored services to meet the varying preferences of our users. Our services are available in over 40 languages to our users all over the world.

## Contact Us

**Bill Archer**
Match Group Investor Relations
ir@match.com

**Justine Sacco**
Match Group Corporate Communications
matchgroupPR@match.com

**Match Group**
8750 North Central Expressway, Dallas, TX 75231. (214) 576-9352. https://mtch.com

 MatchGroup



# EXHIBIT L

REFINITIV STREETEVENTS

**EDITED TRANSCRIPT**
Match Group Inc at Barclays Global Technology, Media and Telecommunications Conference

EVENT DATE/TIME: DECEMBER 08, 2022 / 4:40PM GMT

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

1

**CORPORATE PARTICIPANTS**

**Gary Swidler** *Match Group, Inc. - COO & CFO*

**CONFERENCE CALL PARTICIPANTS**

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

**PRESENTATION**

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Great. Good morning, everyone. Welcome to Day 2 of Barclays TMT Conference. My name is Mario Lu. I'm the mid-cap Internet analyst here. We have the honor of having Match Group this morning. Gary Swidler is the CFO, COO. Welcome.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Thanks, Mario. Good to see you.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Likewise. So before we begin, I have to read, unfortunately, a safe harbor, so bear with us. During this presentation and during the question-and-answer section, we may discuss our outlook and future performance. These forward-looking statements may be preceded by words such as we expect, we believe, we anticipate or similar statements.

These statements are subject to the risks and uncertainties, and our actual results could differ materially from the views expressed today. Some of these risks have been set forth in our periodic reports filed with the SEC.

Great. So with that out of the way, let's begin with some macro questions.

**QUESTIONS AND ANSWERS**

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

So online dating has generally been seen as a somewhat recession-resilient business. But as we started to see some cracks within the à la carte offerings, particularly in Tinder in October, can you provide an update on the consumer health as we close out the year, and what we should expect heading into next year?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

I mean I think the trends that we saw when we talked on our last earnings call are pretty much what we continue to see. Generally, the business is pretty resilient from a macro perspective. The last time there was a recession back in 2008-2009, you had a much different kind of business. You didn't have a business that represented kind of a broad cross-section of people the way our business does today, especially Tinder, a lot of younger users, a lot of people with less discretionary income.

You also had a business that was primarily a subscription, and now you have a business that includes a significant portion of à la carte revenue, especially at Tinder and Hinge, which are in the 25% to 30% or even a little bit higher percentage of revenue -- consumer revenue for those businesses on the à la carte side.

And so it's a different business today than it was back in '08-'09. It's still a small purchase, an average price of $17 a month. It is a product that makes people happy. They get a lot of satisfaction and benefit out of, a lot of bang for their buck. And so we think some of those reasons, I feel we're confident that it was recession-resilient are very much still in play.

But I think what we've seen in the last couple of months really is that the à la carte, which tends to be a much more discretionary purchase, not needed to enjoy the product, you can enjoy it with your subscription or even on a free basis, is showing some weakness as people have been tightening their belts, particularly younger users, particularly people who were kind of new to the à la carte purchase. Maybe they were making one here or there, but they weren't a significant à la carte purchaser.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

And so we've been revamping our merchandising at Tinder to address some of that. It is having some offsetting effect. It's not going to fully cure the impact of macro concerns that some of these consumers may have, but we can adjust our merchandising, showing them lower-cost bundles, lower-cost purchases, especially for those first-time purchasers or purchasers who are kind of modest purchasers of à la carte and help offset some of the impact. But there will be some economic impact from what's going on globally.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Got it. That's a great perspective. So one of your key competitors is making an international push, including the acquisition of a European Gen Z-focused dating app earlier this year. Match is clearly still in the lead with Tinder and your portfolio of brands. But how should we think about market share dynamics across the geos? And how you can defend that share going forward in both the mature and emerging markets?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Well, I mean, we're just getting started with Hinge in these international markets. And we have the #1 player in many markets with Tinder. It is the global player of scale. And now we're going to have another significant player of scale as Hinge moves across the global market.

So its success in the English-speaking markets has really been phenomenal. In the U.K., in Ireland, Canada, the U.S., Australia, New Zealand, it's done really, really well. And so the next question for us was, would that product resonate in international markets?

And we first started to move it into Germany and some of the DACH region. And we've answered the question that clearly the product does resonate and really drives a lot of organic traction as it expands in these international markets. And so we're translating it, and we're localizing it for certain kind of cultural things in these international markets.

And the trends we've seen in Germany and some of the surrounding countries have really been phenomenal. And the overall halo effect that we've seen from Hinge really making a push in Germany has really been phenomenal as well. We're seeing organic traction build in other markets where we're not really yet focusing our growth efforts.

So we feel really optimistic about that business, both in its existing English-speaking markets, as well as the newer international markets that it's pushing into. And the plan calls for us to add Spain, Italy and France in pretty short order and really kind of move across Europe. And I see no impediments at the moment in what is clearly a weak macro environment, particularly in Europe, which I think is at more risk than some other regions, frankly, from a macro perspective.

But I don't see any real impediments to Hinge as it starts to expand internationally, first in Europe, and then ultimately following that into Asia. So that's our strategy. That's our business of scale. There's lots of little businesses that people can buy or may have in their portfolio, but they're not at scale. There really are only a small -- a very small handful of scaled competitors, of which Tinder and Hinge are 2 of the top 3.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Got it. So just diving a little bit deeper into Tinder. Between the new features coming out for women, Gen Z-targeted features and virtual currency, what are the top priorities now in terms of improving monetization for the brands? Any updates in terms of timings for these initiatives?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Well, I know there's a big focus on monetization. But I think before we get there, there's real strategic imperatives at Tinder to focus on women's experience more generally, just not specifically on monetization, although monetization improvements will be a part of it. But really to focus on the women's experience and to attract and retain women, particularly Gen Z women. And I would say also, similarly, Gen Z overall is a big priority.

So those are 2 big strategic priorities for Tinder over the next year, is to really enhance the experience for Gen Z, which tends to date and

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

meet people differently than millennials did. They're certainly very open to it, which is a huge benefit to our platform. But they're looking for some different things than millennials were, and we need to adjust a little bit to cater to Gen Z a little bit better.

So that's a key priority for Tinder, as well as enhancing the overall female experience. And I think there's more we can do there to make women more comfortable and to attract and retain them better than we have. Those are 2 big buckets of initiatives, which obviously overlap. Younger women are kind of at the cross-section of those 2 initiatives.

And you're going to see Tinder make a lot of moves in that direction over the coming 12 months to enhance the overall ecosystem health. And that's the biggest strategic focus and priority at Tinder at the moment, and it's not going to be a one-and-done. It's going to take time and a long-term focus. But they're going to make some real headway on that in 2023.

There will be some aspects of that, that will drive monetization specifically, like packages and things focused on women, but that's a small piece of the overall equation. The goal is really to drive top of funnel to drive users, which then translates downstream into significant revenue benefits, not just for the specific women's initiative that might be focused on monetization, but for the overall monetization features that the product has, which are obviously very vast.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Got it. And what about Tinder Coins or virtual currency? I know that was kind of put on pause this year. Is that still slated for next year? Or is that...

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. It's on the road map for kind of middle to back half of next year. It was just delayed is the way that I would think about it. It was pushed from 2022 to 2023 to give it more time to be refined. And that is one of a large number of initiatives, both revenue- and non-revenue-generating that Tinder has for next year. So it's not a bet-the-farm initiative on virtual goods.

But it is important because it would mark a new way of monetizing users away from specifically the à la carte features we have with the subscription revenue. Having people be able to gift and to exchange virtual goods would be a step for a new monetization, a new revenue vector. And that's why that initiative is particularly important and something that Tinder is focused on. I think it would be overall a relatively minor contributor to 2023, but should have more impact as we make the turn into 2024 and beyond.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Got it. And just to follow up on those, how do these features tie into the fiscal '23 preliminary guidance for Tinder at the midpoint growth of 7.5% for the year, which we think implies low double digits to mid-teens growth exiting next year. Any additional color you can provide to kind of help us understand the cadence for growth for Tinder next year?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. I mean, look, I think your assumption is right. The plan is to kind of get some modest growth in the first half of the year and improve that year-over-year in the second half of the year. And that's what the plan calls for to get to that 5% to 10% growth range.

There's lots of puts and takes that go into the outlook. Obviously, Tinder executing on their product road map and delivering all these features, improving user acquisition and retention is all a critical part of the outlook. The better they execute, the more likely you are to be at the higher end. The less well they execute, the more likely you are to be towards the low end. So that's kind of one set of variables in the guidance related to Tinder execution.

There's also macro factors. What is the demand? How much weakness is there going to be in à la carte revenue? Depending on kind of what we think about the economy for next year, that's a big swing factor. We've made an assumption in providing our outlook that the economy will continue to deteriorate, as it has in the last quarter of this year, into next year.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

But hard to say it's going to be better or worse than what we're currently anticipating. Nobody seems to have a very firm grasp, maybe your economist does, but overall, a very firm grasp on what's going to happen next year. So we laid out our assumptions and then what that led to in terms of the outlook of that 5% to 10%, and so far, that looks on track.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Got it. Great. So shifting back to Hinge. It's one of your fastest growing brands. It's encouraging to see that it continues to expect to see $100 million of growth next year in terms of revenue. In terms of upside to that figure, what magnitude of uplift should we expect from the premium tier that you guys are launching early next year? And how we should think about the drivers of growth? Is it going to come from users mostly or ARPU?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

So I think the easiest way to kind of understand that $100 million of growth is there's really 3 key drivers to it. The first is international expansion into new markets, which accounts for a minority -- a significant portion, but a minority of the overall $100 million.

Then there's continued growth and success in the existing English-speaking markets, U.S., U.K. and others, which are big and important markets. And that's a significant driver of the growth next year. And the third one is the new tier, a higher-priced tier. And so what is going to be the take rate of that higher-priced tier, what's going to be the pricing of that tier?

We just got approval from Apple to launch that, I think, over last weekend. So we've got that out now for a few days. It's too early to say what that looks like pricing-wise. We're going to test a handful of things and take rate. But that's the third key variable.

And so each of those 3 accounts for a chunk of the overall $100 million for next year. So it's not relying on one particular thing, but those 3 in aggregate are expected to drive the $100 million. I think the take rate on the new tier will be an important thing to look at, and we should have a lot of data on that as we get into the early part of next year.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Great. And just in terms of overall ARPU growth across all your brands, as we think about BK, obviously it came from Zynga. I cover video game stocks as well. In mobile gaming, there's this term called whales or power users that make a majority of revenues, right, for mobile gaming. I think for dating, the spending is relatively smoother across your users.

So how should we think about whether that monetization curve amongst users can translate from mobile gaming with the power users and whales into dating apps without negatively impacting the core experience?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. I mean I think our view has been that there's real opportunity for us, especially a brand like Tinder, with power users. The thing is we haven't really tried to serve them very effectively. So if you want to go spend a significant amount of money on Tinder in a given month, you could, but it's pretty hard to do. There's just not a lot to buy and do that could get you to be a significant spender.

We think there's the demand there, but we haven't provided the products to do that. And so one of BK's key initiatives, having learned what he did on the gaming side, is to try to offer more products, more benefits to the potential power users to see if we can drive higher ARPU from that small but important base of users.

And so there are a few initiatives on the plan for next year that cater to those power users, who tend to also be macro-economically less sensitive, more affluent people who can afford it, who aren't as affected by the economic downturn.

And so it's logical to try to push some of those initiatives with power users over the coming year. And that's what we're going to do, to offer a certain group of people more benefits than they've been able to get so far as just kind of a regular Tinder subscriber, even a Platinum or a Gold subscriber.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Got it. Another topic BK mentioned was advertising, that it could be a large opportunity. I believe right now it's low single-digit percentage of your total revenue. If I think back to Zynga, it was like 15% to 20%, right, of the revenue. So can you help us size a long-term opportunity here with regards to ad revenue? And walk us through any specifics in terms of implementation of that.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

So we've given a goal of doubling our ad revenue from around $50 million to about $100 million. We haven't said exactly how long that will take, but it's not a 1-year thing, but it's not a long-term thing either. It's kind of a medium-term thing. And so there's a couple of aspects to it. The first is that Tinder in particular, you only have about 85% of people -- you have 85% of people who are not paying.

And so there's real opportunity to try to monetize those folks through users -- through advertisements, especially users who haven't shown the propensity to pay. Maybe they've been on the platform for a while and just haven't chosen to pay. And so using those, especially those who are less beneficial to the ecosystem, and showing them ads or showing them more ads is a logical way to monetize those users.

So that's an effort that we have actually underway here in the fourth quarter that will carry over and provide benefits from a revenue standpoint in 2023. We're growing the number of ads that some users on Tinder see, basically. And we have the ability to do that. There's plenty of demand for it.

In fact, in this world where tracking is a lot tougher, advertisers enjoy our platform because they generally know they're getting younger users, they're getting single users, and that's attractive to them.

So despite the fact you've got some headwinds in the overall advertising environment, which I think will probably get worse in the early part of next year, which is why we're not banking on so much revenue from this new initiative right away, nonetheless, we think we can drive more revenue by just increasing the frequency and the number of people who see ads on the Tinder platform. So that's one important component of it.

The second important component is there are certain ad products that have become much more common today than they were a few years ago. And you see them in gaming, things like rewarded video, which Tinder just did not offer. And there's real demand from advertisers to have those products. And so Tinder is committed to building those and offering them in 2023, which we think will be a nice source of additional ad revenue.

So those 2 initiatives, increased ad cadence as well as things like rewarded video and just an overall greater focus on the ad side for Tinder next year, we think, will start to increase the revenue. As you said, it's a single-digit percentage actually, kind of in the neighborhood of 2% of revenue. It's been in that 2% to 3% range for a while. So the goal is to slowly start to see that creep up.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Got it. So shifting to margins. The guidance for next year implies flat year-on-year margins. Can you help us breakdown the puts and takes, whether what areas you're ramping up? You talked about changing the marketing strategy for Tinder, for example. And any cost cuts that will help offset that?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

So there's a number of things that go into it. And specifically, what we said was our outlook for next year is for flat or better margins. And we are making some concerted efforts to have that goal attained for next year. The company has always had very strong margins, kind of best-in-class margins. And we've always had a very intense focus on profitability as well as free cash flow generation.

So this discipline is nothing new to us. We're just redoubling our efforts and making some priority adjustments. In a world that is more expensive, frankly, to run a company for a variety of reasons, whether that's regulatory compliance, whether that's cost of things like insurance and other things that have just gone up, this is for companies the same way they've gone up for people. So we just have to

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

make some adjustments to account for that, and it's a good time to do so.

So the most important sort of overarching philosophical thing to understand is that, in this environment, where we have to make some choices, we are adjusting marketing spend levels down for existing brands, where we see less opportunity for growth, Match and Meetic and OkCupid and Plenty of Fish.

And we're taking those dollars and moving them into areas where we see more opportunity for growth: Hinge, especially the international efforts, Tinder; The League, which we just recently acquired and we want to invest marketing dollars into because it's got a great product and really little awareness; as well as some new initiatives that we have planned for 2023. And so we're just reallocating or adjusting our resource allocation.

And the goal overall is to see marketing as a percentage of revenue be relatively flat, but make those adjustments in where we're spending the dollars. And as you rightly called out, we are planning a significant increase in marketing spend at Tinder next year. We want to make some noise around the brand. We haven't done so in a while.

We've got this great new Chief Marketing Officer who moved over from OkCupid. And we think there's lots of things we can do at Tinder to get the brand story out there, which we think will help user acquisition significantly. And so that's the plan at Tinder. And obviously, we've talked about Hinge and the international expansion.

So those are 2 big priorities on the marketing side which necessitate us reducing a little bit on some of the other brand spend -- or on other brands' marketing spend. So that's the key thing.

And then the next thing is to just look at profitability of some of these brands and just make sure that they're at levels where we think they should be. And so a brand like Hyperconnect, which we acquired and has been basically breakeven, we want to see that get to 10% margins. And so we're trying to pull in spending there to get the business towards 10% margins. I think we can do that. It's going to take some work, but that's part of the plan for next year.

And we're also looking for ways to just do more with less. So for example, on the real estate side, given the way people are working now post-COVID, I'm not sure it makes sense to have the full real estate footprint that we have. And so we're looking at ways to adjust that to provide people with a place to work, but also not have tons of empty space sitting around more than it needs to.

And so we're trying to be smarter with the space we've got. And just examples like that, which we're looking at, as well as some corporate overhead. In the growth period, every company tends to tack on a few pounds that they don't really need to carry around. We're probably guilty of the same. And so we're looking at places where we might be able to do it just a little bit less.

Again, we want to keep investing in our business. Our business is a high-growth business. There's lots of growth opportunities. It's always been very disciplined and successful from a margin standpoint. But there's places where we can focus a little harder, push a little bit more and drive the margins we want to drive, and that's the plan for 2023. Everybody understands that within the company at this point. Everyone is aligned on it. And it's just a matter of implementing it.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Great. That's helpful. In terms of the gross margins, I don't believe the margin guidance for EBITDA includes any potential uplift from regulation. Can you give us the lay of the land right now in terms of where that app store regulation is? And how you think the fees will -- could play out in the long term?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

So the Digital Markets Act in Europe is probably the most salient thing that's happened from a regulatory standpoint. It went into effect on November 1. And just kind of the back and forth that happens with these regulations, it's probably going to take most, if not all, of 2023 to see exactly what the landscape looks like in terms of the implemented regulations.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

You've got to designate the gatekeepers, which obviously would be Apple and Google. Then they have to promulgate the precise rules. And so there'll be some back and forth, and then they have the time to comply, which depending on how they sort of run the clock will get you to the end of 2023 or possibly into the first quarter of 2024.

So I think in the next 12 months, we'll have a much, much better sense of what this really looks like. What are Apple and Google going to do in compliance -- to comply with the DMA. It's really a bit unclear at the moment what they're going to do, whether they're going to change their policies on a global basis, whether they're just going to change their policies to adjust in Europe or how they're really going to handle it.

As you probably know, Europe is the most prominent and kind of taking the most serious tack on app store policies. But there's other countries that have done the same. India has made moves. South Korea has made moves. The U.S. has legislation that exists, but it hasn't taken it up in Congress yet. That could happen late this year or next year, but we'll see. There's lots of political things that kind of intervene in that.

So there is a lot of movement in jurisdictions around the world. And I think Apple and Google are going to have to take stock of that and say, how are we going to comply with what's happening worldwide, how are we going to comply with what's happening in Europe?

So like I said, I think there will be much more clarity over the next 12 to 13 months on this topic. We didn't assume any changes for 2023. But I think when you look longer term, the likelihood that the same structure applies to the app stores in 2025, 2026, 2027, as applies today, it's unlikely that's going to be the case.

But exactly what the new policy is, what the price is going to be, who pays -- because as you probably know now about 16% of app store developers pay all of the fees and the other 84% don't pay anything. So whether that gets adjusted is a real big question as well. And so we'll see how this ends up playing out. But I think the next 12, 13 months are going to be pretty important to see where the winds are blowing in Europe.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Makes sense. Before we open the mic to live questions, I just want to round out the talk and ask if there's any topics that we haven't discussed or you feel is still misunderstood about the stock that you believe investors should pay attention to heading into next year?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

I think the biggest thing is really kind of the improvement in Tinder execution. I think that the execution at Tinder was not where it needed to be in the first half of this year. We made some significant changes to the team as we realized kind of what was happening on the execution in the first half of the year. They've done some really good things already to get the company better organized, better galvanized behind priorities, set strategic priorities.

I think they've accomplished a lot in a short period of time. This is something that will take some time to play through into full financial results, but we think it's headed in the right direction. And that's the most important thing that I think we need people to focus on, is really the change and improvement in Tinder product execution that is underway and that will happen through the course of next year.

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Got it. Any questions? Great. Well, Gary, thanks for joining us.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Okay. Thanks for having me.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**



**EXHIBIT M**

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
## Q1 2022 Match Group Inc Earnings Call

EVENT DATE/TIME: MAY 04, 2022 / 12:30PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

## CORPORATE PARTICIPANTS

**Gary Swidler** *Match Group, Inc. - COO & CFO*
**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*
**William Archer** *Match Group, Inc. - Senior VP and Head of Corporate Development & IR*

## CONFERENCE CALL PARTICIPANTS

**Alexandra Christine Kasper Steiger** *Goldman Sachs Group, Inc., Research Division - Research Analyst*
**Benjamin Thomas Black** *Deutsche Bank AG, Research Division - Research Analyst*
**Brent John Thill** *Jefferies LLC, Research Division - Equity Analyst*
**Cory Alan Carpenter** *JPMorgan Chase & Co, Research Division - Analyst*
**Daniel Salmon** *BMO Capital Markets Equity Research - Analyst*
**Justin Tyler Patterson** *KeyBanc Capital Markets Inc., Research Division - Director of Internet and Media Equity Research & Lead Senior Analyst*
**Lauren Elizabeth Cassel Schenk** *Morgan Stanley, Research Division - Equity Analyst*
**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*
**Ygal Arounian** *Wedbush Securities Inc., Research Division - Research Analyst*
**Youssef Houssaini Squali** *Truist Securities, Inc., Research Division - MD & Senior Analyst*

## PRESENTATION

### Operator

Good morning, and welcome to the Match Group First Quarter 2022 Earnings Conference Call. (Operator Instructions) As a reminder, this call is being recorded for replay purposes.

I would now like to turn the call over to Bill Archer, Head of Investor Relations and Corporate Development.

### William Archer *Match Group, Inc. - Senior VP and Head of Corporate Development & IR*

Thank you, operator, and good morning, everyone. This call will be led by CEO, Shar Dubey; and CFO and COO, Gary Swidler. They will make a few brief remarks, and then we'll open it up for questions.

Before we start, I need to remind everyone that during this call, we may discuss our outlook and future performance. These forward-looking statements may be preceded by words such as we expect, we believe, we anticipate or similar statements. These statements are subject to risks and uncertainties, and our actual results could differ materially from the views expressed today. Some of these risks have been set forth in our earnings release and our periodic reports filed with the SEC.

With that, I'd like to turn the call over to Shar.

### Sharmistha Dubey *Match Group, Inc. - CEO & Director*

Thank you, Bill. Good morning, and thank you for joining the call today. On our last call in Feb, I made a comment that this past year has been remarkable for Match Group in many ways, even though the broader world has been a bit disorienting at times. And coming out of this first quarter, the world is in a very different place than the beginning of the year.

Our business is not immune to the macroeconomic headwinds such as the war in Ukraine, the strengthening U.S. dollar against foreign currencies at levels we haven't seen in a while and lingering variants of COVID-19. And despite it all, our business grew 20% in revenue in the first quarter of 2022, with strong growth across the portfolio.

It is this strength in our core business that reminds me what makes our position in the online dating category so unique and resilient. Online dating is not an overnight fad. It is a category and a business model that has built and grown steadily over time. This is not serving a fickle user need.

I often say this, if you look at Maslow's hierarchy of human needs, right above food, shelter and security is love and relationship. The need for relationships and dating is not going to go away.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

The market opportunity for -- ahead for dating is massive. Over 700 million connected singles around the world are eligible to use our products. And only half of the eligible TAM in the Western markets of U.S. and Western Europe have ever tried a dating app. And that number is much lower across the rest of the world.

And while we have grown users every year that we have been a public company, there is still so much more to go do. There's really no reason why people who are single shouldn't be using dating products. But people have broken into this category steadily but slowly.

Once they try it, though, they not only use multiple apps at a time, that number is around 3.5 on an average in the U.S. today, they also keep coming back when their life circumstances change and they need us again. So I remain incredibly bullish on the category as a whole and the opportunities still ahead.

Now back to our current business. Even with all the macro uncertainty, it is our job to execute. And by and large, we are on schedule with what we planned to deliver in 2022.

Tinder, beyond solid 18% revenue growth in Q1. The team continues to make progress on its product road map, whether that is adding new experiences into Explore or innovating on new monetization features.

Our 2022 plan for Hinge to expand internationally beyond English-speaking markets remains intact. They will be launching in Germany and DACH markets before the end of the second quarter and a few more markets before the end of the year. And Hyperconnect continues to build momentum, both with its current products and with the integrations its technology is bringing into our portfolio.

Finally, we are encouraged to see more and more green shoots around the globe as COVID fears continue to ease. Seeing improvements in markets like Japan coming out of their most recent quasi state of emergency restrictions has us cautiously optimistic about several trends we are seeing.

And before I hand it over to Gary to provide more color on the quarter, I want to address the other news. After 16 years of an incredible journey of building this category and this business, I feel privileged to be able to step down from day-to-day operational role and have the time and flexibility to focus on the next chapter of my life, which I'm hoping will be the give back chapter, and allows me to do things I've wanted to do for a while but didn't have the time and headspace to.

As I said earlier, the opportunity before the company is immense. The vast majority of single people around the world have yet to try dating apps. While Match has steadily grown users, Payer penetration and Revenue Per Payer, only a small mid-teens percent of our nearly 100 million active users are Payers today. And they pay less than the cost of a cup of coffee a week. There is ample runway for our brands to continue to drive growth across all of these 3 metrics.

And there remains a huge barrier to entry into the category, both in the terms -- both in terms of the amount of trust and safety investment needed, but also the unique characteristics of the network effects of a successful dating pool, where balance of gender, age, other demographics, geography and intent all matter in order to produce successful outcomes for users.

And there is no one better positioned to continue to capture this important opportunity than us. Which brings me to Bernard and why I think he is the right next leader of the company. Bernard has a proven track record as a business, product and people leader, with 20 years of experience in mobile entertainment and gaming. Not only was he instrumental in Zynga's turnaround and expansion, he drove player engagement and monetization strategies into one of the best live services in mobile today and helped Zynga's -- grow Zynga's market cap by 4x.

He has operated a business that's very similar to ours: multi-brand, multi-platform, global markets, different life cycle brands and has driven growth successfully, both organically as well as some very successful acquisitions. He has dealt with similar challenges as ours, from regulations to App Store to talent recruitment. He has a phenomenal reputation, deeply cares about products, people and culture.

For the last 6 years, he's been working on the mission of connecting people through games. Now he gets to build on our mission of

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

connecting single people through more fun digital experiences in their quest for dates, love, relationships and marriages.

I feel very good about the future of this company. With Bernard's energy, fresh thinking and mobile consumer experience, combined with over 70 years of dating category and business experience among the Match Group leaders and brand CEOs we have, I'm ever so excited about the next phase of this company and the category at large.

Also, I'm not going anywhere. I will stay on the Board, continue as an advisor to the company, especially to be able to focus on areas of the business I actually love: product, strategy, solving customer problems.

Finally, I want to thank all my colleagues at Match Group, Gary and the rest of the management team, the Board, and you all for your support through this 16-year journey. I came to this country alone 30 years ago in search of opportunities and a richer set of experiences. This journey has far exceeded all my expectations. Thank you.

With that, I will hand over to Gary.

---

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Thanks, Shar. I'm disappointed this will be our last earnings call together, but look forward to having BK join the company, in time for our next call in early August.

Turning to the business. We had a strong Q1, with total revenue of $799 million up 20% year-over-year, following a 20%-plus year-over-year quarter in Q4 as well. In Q1, the U.S. dollar continued to strengthen against a number of global currencies, including the euro and the yen, which led to $26 million of year-over-year FX headwinds, excluding Hyperconnect. On an FX-neutral basis, Q1 total revenue would have been $825 million, up 24% year-over-year.

Our Direct Revenue grew 20% year-over-year. It grew 16% in the Americas, 14% in Europe and 38% in APAC and Other. We weathered the effects of the Omicron spike in the Americas and Europe fairly well. We did continue to feel the effects of rising COVID cases in Asia, especially Japan, although we've seen major improvement in that market recently following the lifting of restrictions.

European performance was impacted by the Russian invasion of Ukraine, which reduced revenue in Russia, Ukraine and several other nearby countries. There was a modest impact on our performance from the war in Q1. We estimate a roughly $10 million negative impact per quarter on our revenue as a result of the invasion moving forward.

Total Payers were 16.3 million, an increase of 13% from the prior year quarter. Payers were up 7% year-over-year in the Americas, 11% in Europe and 34% in APAC and Other, which was aided by the acquisition of Hyperconnect. Tinder Payer additions were strong, while some of our more Established Brands in the Americas detracted from our overall Payer growth.

RPP was up 6% year-over-year to $16 in Q1. RPP was up a solid 8% in the Americas, 2% in Europe and 3% in APAC and Other. The effects of FX are visible in the Europe and APAC RPP numbers. On an FX-neutral basis, RPP would have been up 9% and 10%, respectively, in Europe and APAC and Other.

Tinder performed strongly in the quarter, delivering Direct Revenue of $441 million, up 18% year-over-year. Tinder had Payers growth of 17% year-over-year, adding 1.5 million Payers to 10.7 million, an RPP growth of 1% year-over-year in the quarter, which again shows the impact of FX.

All Other Brands grew Direct Revenue 22% year-over-year in Q1, driven by 14% RPP growth and 7% Payers growth. Hinge, BLK and Chispa contributed to drive the growth, and Hyperconnect contributed as well. Some of our Established Brands in the Americas saw pressure on Payers in the quarter, a portion of which was attributable to a challenge to find marketing opportunities that met our ROI thresholds.

There were a couple of other specific trends as well. At Plenty of Fish, which tends to serve a lower-income demographic, users had

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

benefited from COVID-related government stimulus in Q1 2021, but we saw some relative Payer softness in the early goings of 2022.

The Match brand saw some Payer impacts as it tested a softer paywall model in Q1. This is a short-term headwind that should be long-term beneficial as we refine the new model.

Hyperconnect contributed just over $50 million of total revenue in the quarter, generally as we expected. The business demonstrated continued improved performance, consistent with the trends we saw at the tail end of last year despite some impact of the Ukraine war on its Turkish business. Hyperconnect's revenue also continued to be significantly impacted by FX, especially against the Turkish lira and the yen.

Indirect Revenue reached $15 million in the quarter, up 19% year-over-year as the advertising market remains strong. Our brands have become more appealing to advertisers in the current advertising landscape. Q1 operating income grew 10% year-over-year to $208 million for margins of 26%, and Adjusted Operating Income grew 19% year-over-year to $273 million for margins of 34%.

Overall expenses, including SBC expense, grew 24% year-over-year in Q1, with about 60% of the total increase resulting from the acquisition of Hyperconnect. Excluding the impact of Hyperconnect, cost of revenue grew 17% year-over-year, primarily due to higher App Store fees, and represented 28% of total revenue.

Sales and marketing spend, excluding Hyperconnect, decreased $8 million year-over-year as we continue to show spending discipline in a relatively frothy marketing environment. And we spent cautiously in markets that did not show sufficient post-COVID recovery momentum. Sales and marketing spend was down 3 points year-over-year as a percentage of total revenue to 18%.

G&A expense, excluding Hyperconnect, rose 7% year-over-year. G&A comprised 13% of revenue, consistent with the prior year, and was up $6 million year-over-year as we continue to spend on critical initiatives like user safety. Product development costs, excluding Hyperconnect, grew 28% year-over-year and were 10% of revenue, up 1 point as we increased headcount at Tinder and Hinge.

Our gross leverage declined to 3.6x trailing Adjusted Operating Income, and our net leverage was 2.7x at the end of Q1. We ended the quarter with $921 million of cash, cash equivalents and short-term investments on hand. We still expect to pay $441 million to settle the former Tinder employee litigation and all related claims and arbitrations from cash on hand. Our Board has also authorized a $12.5 million share buyback plan.

For Q2, we expect Total Revenue for Match Group of $800 million to $810 million, which would represent 13% to 14% year-over-year growth. We expect this to be driven by double-digit year-over-year Payers growth and year-over-year RPP growth in the single digits, despite the continued FX headwinds.

We anticipate approximately $35 million of year-over-year FX headwinds in Q2, meaning that Total Revenue growth would be more than 5 points higher on an FX-neutral basis. This is more than an additional point of year-over-year FX impact than we had expected at our last earnings call. Additionally, the negative impacts of the war in Ukraine are shaving another point of revenue growth. Excluding the effects of FX and of the war, our year-over-year growth outlook would be 19% to 20%.

We eliminated age-based pricing discounts at Tinder late in Q1, which will impact Tinder Payer growth in Q2, but revenue should be relatively unaffected. Additionally, Tinder Payers will be negatively impacted by the loss of Payers in Russia and Ukraine. We anticipate about 200,000 fewer Payers in Q2 as a result of the age-based pricing change and the war. We expect Q2 RPP growth will be impacted by the continued FX pressures.

We expect Hinge will remain on its growth trajectory and deliver strong revenue growth again in Q2. Hinge is on pace to expand into Germany, its first non-English-speaking geography in Q2.

We believe that performance at Hyperconnect is improving, but expect that Q2 revenue will be impacted by the Ramadan holiday, which typically impacts Q2 results in many of Hyperconnect's markets in the Middle East. FX headwinds also continue to impact Hyperconnect,

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

especially in Turkey and Japan.

We expect Adjusted Operating Income of $285 million to $290 million in Q2, representing margins of about 36% at the midpoint of the ranges. Recall that Hyperconnect reduces our margins by over 2 points.

Our Q2 outlook assumes that we implement Google's change in policy to require use of their payment system as of June 1. We estimate a negative impact of $6 million in Q2, though we need to see actual results of implementation of the policy change to be sure of the precise impacts. We are currently evaluating our legal and other options to avoid the significant disruptive effect their policy change will have on our consumers.

Taking into account the challenging operating environment, including the FX impacts and the war in Ukraine, we now expect to be closer to the bottom end of our previously stated 15% to 20% year-over-year revenue growth range for the full year 2022. We expect a 4-point year-over-year FX impact and a 1 point impact of the war in Ukraine, meaning that growth would be 5 points higher absent those 2 factors.

But things have been changing very quickly. At the moment, for the full year, we are estimating approximately $40 million more in year-over-year FX effects than we had at the time of our last earnings call 3 months ago, given the recent record-setting lows of the euro and yen against the U.S. dollar.

It is clear there is a lot of uncertainty, the macro negatives, but also potential positives, particularly around post-COVID reopening around the globe. This makes forward visibility challenging. Variability has clearly increased, and the trends could change meaningfully again over the next 3 months. We'll update again in August once we see what kind of summer of love we get.

Our business serves a fundamental need for human connection. The demand for our products is unwavering and presents ample opportunity for future growth. While the macro environment poses some temporary challenges, our longer-term prospects remain bright.

Our growth will continue to be driven by our innovative and broad portfolio of products, which is best in class at providing technologies to enable these important social connections. Moreover, we share knowledge across our portfolio, which enhances our successes and limits mistakes.

We're disciplined on costs and very nimble, able to adjust marketing budgets on short notice. As such, we have margins and cash flow that many, if not all, of our peers would envy. We've shown an ability to grow consistently and to show strong profitability and cash flow. We're ready for whatever comes next and expect to continue to deliver strong growth and profitability for our shareholders.

With that, I'll ask the operator to open the line for questions.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) The first question comes from Dan Salmon with BMO Capital Markets.

**Daniel Salmon** *BMO Capital Markets Equity Research - Analyst*

Shar, you spoke, obviously, about some of your personal reasons for making the change and know that you aren't going anywhere either. But could you tell us a little bit more maybe about how long you've been considering this decision and why you think this was the right time to make it?

And then second, you mentioned several highlights of Bernard's track record over the past 20 years. But are there may be 1 or 2 things that really made him stand out from other candidates in the eyes of the Board that you'd highlight? And any insights into some of the specific things you think he'll be focused on when he takes the reins?

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

Sure. As you know, I've worn many hats at this company. And when Mandy stepped down, the Board asked me to take the CEO role. It was a unique time for the company. We had just announced the separation from IAC and wanted to become an independent company.

At the time, it made sense for me to step up, provide the continuity and help guide the company through that process. But I had told the Board then that I couldn't commit to being a long-term CEO because of where I was in my life and the things that I wanted to do.

I want to be able to have a chapter in my life where there are things that I care about that I want to make a difference outside of my professional life. Even my CEO employment agreement reflected the fact that I could step down after 18 months.

So of course, I took over, and then COVID hit, which none of us were ready for. I am glad I was there to help us navigate through it all. And once we were out of the thick of the COVID crisis, while the Board had hoped I would change my mind and stay longer, they were prepared to work through the succession.

So they ran a robust process. They met a diverse set of candidates. And of course, after 16 years, I wasn't going to leave until I believed we found the right successor. And Bernard is that person.

He very quickly separated from the pack, and he impressed everyone on the Board. I'm super excited to have him as our next leader. He has -- there are many things that the CEO needs, obviously, business acumen, track record of growth, product and technology sense, but also, very importantly, a people -- a true people leader.

And he has the track record. He has the mobile product and consumer experience. He has very much a growth and value creation mindset. And he is a really strong people leader as became evidenced as we talked to people he had worked with and worked for.

He also has a very strong instinct for spotting early technology and consumer trends. And he's already experimented with and dug in and studied a lot of the new shifting technologies that are going to be meaningful to our portfolio.

Plus, he's operated a very similar business to us, right? It's a multi-brand, multi-platform global markets, including a big Asia presence, brands that are at different stages of growth. And he's dealt with very similar challenges to us. So this is going to be very familiar, plus he can bring a lot of his knowledge around unique characteristics of engagement and monetization on the gaming set of products, which would be very valuable for our next vector of growth.

And as I said, I'm not going far. I am staying on the Board. I will be able to spend time on parts of the business I love. And given my role as an advisor, we felt it made sense to have Bernard start as soon as he was able to. And so for transition, Bernard officially starts on May 31, and I'm here to help him and the company in any which way I can. So I don't think there is anything to worry about on this front.

**Operator**

The next question comes from Alexandra Steiger with Goldman Sachs.

**Alexandra Christine Kasper Steiger** *Goldman Sachs Group, Inc., Research Division - Research Analyst*

Thank you for providing an update on the recent App Store fee developments in the letter. In that context, could you maybe discuss the impact on Match EBITDA outlook if Google actually moves forward with the requirement of mandatory use of Google Play billings by June?

It looks like you already included a $6 million headwind in Q2. And I think last quarter, you talked about an incremental $50 million impact for the full year. And then longer term, how do you see the App Store fee debate evolving, given the puts and takes that you've laid out in the letter and also in light of Google's recent announcement to launch a user choice billing later this year?

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Okay. Thanks for the question. Why don't I try to take a stab at it and provide a little context of what's going on with Google as well as some of the financial impacts?

So it's important to understand that we've had user choice on our -- on many of our platforms and brands for a long time. We maintain direct relationships with our customers that way. And in fact, our customers choose to use our payment systems, sometimes at a 3:1 ratio over the Google Play billing system.

And Google forcing a change now really serves their interest of capturing the relationships with the customer. And I think they see a very short window now as they see the wave of regulatory change happening for them to grab that relationship with the customer before the regulatory changes disable them from doing so.

Now we absolutely do not want to see this change in policy. But unfortunately, we're takers of the policies that Google puts on its store. We don't at all think the change is justified. We've been talking to Google for months to encourage them to allow us to continue to provide user choice. And yet, despite all the rulings and regulatory actions seeking to outlaw mandatory use of their payment system, they're still deciding to go ahead and require us to eliminate user choice, which we've had for many, many years.

In fact, they've chosen to allow an exception to their policy to only one company, Spotify, because it served their purposes with European regulators and enabled them to take a share of Spotify subscription fees, which they had not previously been able to do. But in our case, they've been steadfast in removing our ability to provide user choice.

Last week, Epic Games, facing a similar situation, decided to file a lawsuit against Google. We view that as a last resort and not something we take lightly in doing. But at the same time, the clock is ticking towards the June 1 deadline, and we need to do our best to protect our consumers' choice as well as our business. Under no circumstances do we want to see ourselves removed from the Play Store or unable to distribute through the Play Store.

In terms of the impact, as we've disclosed, we expect their policy change to lead to an incremental approximately $6 million a month cost to us. So for the 7 months starting June 1, the total would be about $42 million in aggregate this year on top of the approximately $100 million we already expect to pay Google. That $42 million for the 7 months compares to the $50 million for 9 months we had estimated previously if the policy change had started in April. So it's pretty much as we expected.

Now we do think that the winds of change are blowing very, very rapidly. And we think sometime late this year or next year, some of the regulations around the world are going to force Google's hand and require them to change their policy. Most notably, the DMA in Europe, which affects the entire European Union and is going to outlaw mandatory IAP.

So while Google is making this policy change now and requiring us to eliminate user choice, ultimately, we think this is going to be very short-lived. And as the regulations change across the globe to prohibit mandatory IAP, we'll be able to return back to an environment where we have alternatives to their payment system.

---

**Operator**

The next question comes from Mario Lu with Barclays.

---

**X. Lu** *Barclays Bank PLC, Research Division - Research Analyst*

Congrats on your next chapter, Shar, and welcome, Bernard. So the question is on the full year revenue guidance. You guys lowered it to the bottom of the 15% to 20% range. So I was just wondering if you can help us unpack this a little bit. So excluding the negative drag from FX and the war, are there other tough comps to consider in the second half that should offset the macro tailwinds that you guys mentioned such as Japan recovery?

---

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Yes. I mean, I think you absolutely state it correctly. Right now, we're projecting to be close to the bottom end of our previous 15% to 20% revenue growth range. And that really reflects the additional FX and Russia headwinds that we didn't see back in February when we last provided our outlook. And that's going to affect Q2 and Q3 and Q4 as well.

In terms of your specific question around the second half comps, if you look back on 2021, we had a very strong Q3. And Tinder, in particular, performed very well in Q3. So it's going to be a tougher comp for us growth-wise in Q3 of this year.

Q4, on the other hand, presents us an easier comp. And so we expect stronger year-over-year Q4 revenue growth in 2022. I think, though, as you sit here today, there are several puts and takes that will ultimately determine how the second half looks that are a little tougher to predict.

For example, our forecast or outlook today assumes that we get back to pre-Omicron levels of activity. And I think right now, we think that, that's where we are. We're back to pre-Omicron levels. But what we don't really know yet is are we going to get back closer to pre-pandemic level of activities, back to 2019 kind of levels?

And clearly, we're starting to see some positive signs in that direction, including a market like Japan, a very important market for us, where we've really seen significant improvement in user growth since they lifted their restrictions. And so we're expecting that kind of improvement to gradually take hold around the globe.

And the question is exactly what levels are we going to get back to? So that's going to affect our performance in the second half of the year. And right now, still a little bit hard to predict exactly where that recovery is going to get to and how quickly.

In terms of also our product outlook, Tinder has a very healthy product road map for the rest of the year, with a lot of exciting initiatives planned in the back half. And I think that will help offset some of the macro challenges as well.

But if you followed us for a while, you know we typically make relatively modest assumptions around the success levels of those initiatives. And we wait to see how they take hold before we predict for their success.

And so to the extent some of the initiatives at Tinder, in particular, or even elsewhere in the company performed better than what we've assumed in our outlook, that would provide additional upside to the growth rates in the back half of the year.

**Operator**

The next question comes from Justin Patterson with KeyBanc.

**Justin Tyler Patterson** *KeyBanc Capital Markets Inc., Research Division - Director of Internet and Media Equity Research & Lead Senior Analyst*

Great. And congratulations, Shar, on a great run. I was hoping to stick with just that Tinder product innovation side. I know it's in the letter, you've called out testing around some features for female users, with a planned launch in the second half. Could you talk about just what you're doing there and how you think that could potentially impact users and monetization over time?

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

Thank you, Justin. Yes, I can take this. So we've said this before that most of our Tinder revenue features are more appealing to men in terms of the value they provide, and we've been studying this.

And as part of our -- and conversion of women on Tinder, in particular, even relative to many of our other platforms is much lower. So we've been testing and designing a set of potential paid features that will help women improve the quality of their experience and matches they get and give them more control over the experience.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

So these are things that we think they will find -- women, in particular, will find valuable. And we're hoping to be able to roll these features out as part of a package that's targeted to women later this year. So that's about as much I can go into it, but that's the thinking there of trying to get women conversion to more parity levels to -- relative to other platforms and relative to men on the platform. That's it, right?

**Justin Tyler Patterson** *KeyBanc Capital Markets Inc., Research Division - Director of Internet and Media Equity Research & Lead Senior Analyst*

Yes.

**Operator**

The next question comes from Doug Anmuth with JPMorgan.

**Cory Alan Carpenter** *JPMorgan Chase & Co, Research Division - Analyst*

It's Cory Carpenter from JPMorgan. Doug is not making a surprise appearance. One question we've been getting a lot is how the online dating category, and Match in particular, may be impacted during the economic slowdown or even recession. Hoping you could talk a bit about what you've seen during prior recessions or periods of economic weakness around user engagement and monetization. And just how -- in general, how you would expect the category to be from a resilience perspective?

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

Yes, sure. We've looked back at our data back in 2008 and also sort of the early days of COVID as proxies for what happens. Generally, there is no change in -- no deterioration in engagement at all. In fact, we've seen increased engagement during times of anxiety and trouble a little bit, right?

And if you look at propensity to pay, in 2008, we didn't really see much of anything. The business actually performed really well. And our general view is this is a very small expenditure for people and perhaps one of the latter things that people cut when things are off.

Also, looking back at the early days of COVID in 2020, while we did see a sudden decline when all the news was going around, the engagement first picked back up very quickly within a few weeks. And propensity to pay also started tracking back up within a few weeks, long before other broader economic indicators were recovering.

And so we're watching for signs even now. We're not really -- haven't seen anything yet and not seeing anything. We'll keep a close eye. Our expectation, though, is our business is generally resilient during economic downturns because it does service this very fundamental human need.

**Operator**

The next question comes from Brent Thill with Jefferies.

**Brent John Thill** *Jefferies LLC, Research Division - Equity Analyst*

Gary, just on the margin for the year. Can you describe the different approach, anything changing on the bottom line margin and how we should think about that for the full year?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Sure. Actually, we've been performing very well from a cost perspective. We're definitely on track to deliver the 50 to 100 basis points of margin improvement, ex Hyperconnect, that we had included in our outlook for 2022 back in February. With some of the marketing spend discipline and some other spend discipline, we actually might even do a little bit better than that.

And I think if you look at it kind of ex Hyperconnect, ex Google, margins are probably in the 38% kind of plus territory. So we feel great about how we're doing on that front. Unfortunately, as I mentioned in the answer to the earlier question, the Google policy change, if it goes into effect at June 1, is a reasonably significant headwind to us. $42 million is kind of our estimate for the year for the 7 months of impact. And that's, what, about 1.5 points of margin.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

So it's basically eating up, and maybe even a little more, all the good work we're doing on spend discipline and basically eating away at that. So as I look at it, net-net for the year, including everything that we see right now, including Hyperconnect, of course, including the effect of the Google change, if it comes to pass, and everything else that's in the mix, my estimate would be that the company for the year probably achieves margins somewhere right in that mid-30s percent range, of course, including that 2-plus percent effect of Hyperconnect.

It will depend a little bit on what levels of marketing spend we choose to put out there, given the pace of the COVID recovery. So that's probably the swing factor. And of course, generally, the advertising market, because right now, the market remains fairly expensive. And so that's leading to some of our discipline. But depending on kind of overall macroeconomic conditions, that market may adjust as the year goes on.

So we'll have to see how that all plays out, but marketing spend will be a significant factor in our margins. But I think we feel good about how we've been disciplined so far and remain very much on track with what we expect to deliver.

**Operator**

The next question comes from Lauren Schenk with Morgan Stanley.

**Lauren Elizabeth Cassel Schenk** *Morgan Stanley, Research Division - Equity Analyst*

Great. And thanks for the MAU commentary in the letter. Maybe bigger picture, there's obviously been a lot of nervousness in the market around the state of the online dating industry in terms of user growth and maturity.

Are there any other data points you can offer to investors that give you confidence that we're still sort of in middle innings of the monetization opportunity here? And what initiatives or product launches over the next 6 to 9 months excite you the most to continue to capitalize on that opportunity? And then lastly, is there anything outside of the macro headwinds, I understand there are quite a few, that give you pause or concern about the fundamentals of the business?

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

Okay. That was a long question. First, about MAU. As I said, the -- our total addressable market ex China, as measured by connected singles ages 18 to 65, is now over 700 million. And the vast -- in the Western markets, only half of this market has ever tried a dating product. And obviously, that number is much lower in the rest of the world.

So that's sort of one opportunity. And usually, the cadence of non-users breaking into the category is steady and slow, driven by new products and features, new marketing campaigns, new channels and, of course, word-of-mouth marketing from other successful users.

So what became clear during COVID is the importance and efficacy of dating apps for single people, as it became really one of the few choices left for -- to meet people. So now -- for now, it is a matter of us convincing the non-users around the world to break and adopt a dating app. And we know that once they break into the category, they use multiple of them, and they keep coming back as their life circumstances change.

One of the examples of trying to tap into some of this category resistor, for example, is our recent new bet, Stir, which taps into that unique value proposition for the single parent segment who find it very hard to navigate mass market products and all of the things they have to go through versus self-selecting into a pool where everybody is sort of dealing with the same issues.

While on the topic of MAU, I do want to explain something about the relevance of MAU or not in our business. Because we are an episodic churn business and, unlike in an ad-supported business, for us, all MAU does not have the same value in our ecosystem. Both for user outcomes as well as monetization, it is more correlated to the balance of liquidity by gender, age, intent, location, et cetera.

And so the -- this is why -- and one of the big things is, as people -- they try it once, they have success or they take a break, and they come back when the circumstances change, so even a 25-year-old brand like Match continues to have a very healthy set of reactivations

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

through the years, right? So that's a sort of phenomenon that's unique to our category, I think.

And to your question about monetization. So on an average, the portfolio Payer penetration is around mid-teens. But our hard paywall businesses are as high as 40%. And there's also a very large variance by geography. Even for soft paywall businesses in some markets, they are well north of 25%, close to 30%.

And so there's a fair degree of runway for us to keep innovating on the Payer penetration front. As for average Revenue Per Payer, here's the thing that we have to keep in mind. The total lifetime value amount that a Payer pays us is way cheaper than a cost of a single date. And for people who find success on it, this is a priceless, incredibly valuable service.

And so I do think there is a tremendous amount of innovation opportunity for us to try different things here and increase that RPP. One of the things I'm excited about is we've referred to the virtual goods trading platform on Tinder and this idea of collectibles. So I think -- and Bernard has particular experience with some of those mechanics. I think that will be a pretty interesting vector for us to watch out for.

So as I look back at the history, we've been able to improve all 3 of these metrics: TAM penetration, Payer penetration, Revenue Per Payer pretty much every year. And we still have a pretty long runway ahead and a large market opportunity of users to convince to use our products.

**Operator**

The next question comes from Youssef Squali with Truist.

**Youssef Houssaini Squali** *Truist Securities, Inc., Research Division - MD & Senior Analyst*

Just a question on Hinge. It looks like Hinge continues to show pretty meaningful growth with some exceptional organic traction. You mentioned in the last call that you expected it to do about $300 million in revenues. Is this still something that you expect? Or has the recent traction or does the recent traction maybe imply a higher number? Also, can you provide any color on what kind of revenue contribution you expect from the expansion in Germany slated this quarter?

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

Yes, I can take that. So Hinge's growth trajectory is on track as we expected. In terms of our 2022 outlook, it only includes a very modest revenue contribution from international expansion, including Germany. This is more of a 2023 item.

And our plan has always been to go region by region in Europe in 2022 and then do a steady rollout of about one region a quarter. And the timing driver is really sort of translation and localization of the product.

Meanwhile, we've seen a recent surge, for instance, in organic traction in India without any localization. So we want to respond to these types of positive signals, and we are accelerating our launch in India. As we've always thought, this is a pretty interesting and attractive market for a high-intent app. And so much of the international contribution, at least, from a revenue perspective, is likely to happen in 2023.

**Operator**

The next question comes from Benjamin Black with Deutsche Bank.

**Benjamin Thomas Black** *Deutsche Bank AG, Research Division - Research Analyst*

Great. How should we be thinking about capital allocation going forward in the context of the new share buyback authorization? And just given where sort you are trading now, are you anticipating sort of pushing a little bit heavier and more aggressively on the buyback? And does the buyback change how you're thinking about incremental M&A going forward?

**Gary Swidler** *Match Group, Inc. - COO & CFO*

Let me take that one. So just a little context again. At the time of our separation, we set some clear leverage targets, and we eliminated the buyback that we had back then to ensure that we hit those targets by the end of 2021. We set a net leverage target of 3x. And so now

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

that we've hit that and actually are below that level of net leverage, it clearly makes sense for us to once again have a buyback authorization.

At that time, we also stated our capital allocation priorities, which really haven't changed. They are to invest, number one, in our business organically. And number two, to do opportunistic M&A to fill any gaps in our portfolio or to add technologies that we think would enhance the overall portfolio. And we've done those kinds of acquisitions successfully on a number of occasions.

If we can't find those kinds of strategically compelling M&A opportunities, then we want to return capital back to shareholders. And so the buyback provides us with the mechanism to have the ability to return capital back to shareholders if that makes sense. And so we think it's a good tool for us to have, an appropriate tool for us to have to use to offset dilution from employee equity awards and to take advantage of opportunities to buy our stock back cheaply in periods of market dislocation, as you point out, which is what we're experiencing right now.

And so I think it's fair to assume that as we kind of see what's happening with the stock and with the buyback authorization in place, we'll find opportunities to go in and buy back some shares. And so we'll disclose what we do as we proceed along on that basis. But I think you are thinking about this the same way we are.

## Operator

The last question today comes from Ygal Arounian with Wedbush Securities.

## Ygal Arounian *Wedbush Securities Inc., Research Division - Research Analyst*

Gary, you hit on marketing a number of times. And you mentioned some challenging ROI or inability to kind of reach ROI targets. So you pulled back on some spending, and you've got the macro factors that are impacting how you spend.

Can you just give us a little bit more of an overview on your philosophy on marketing right now? What sort of puts and takes can be -- I know, for example, you also highlighted in the letter stepping up in Japan as Japan reopens. Just how should we think about how all that might ebb and flow as we go through the year?

## Gary Swidler *Match Group, Inc. - COO & CFO*

Sure. Yes. I mean, I think you're thinking about it correctly. We're basically spending where we think it makes sense to spend, given the kind of post-COVID recovery dynamics, and also making sure that we spend where we can hit our ROI hurdles and maintaining that discipline tightly as we always do.

So if you look at Japan as a good example, we are holding back marketing spend in Japan because the market was not receptive. With all the restrictions, it didn't make sense to turn the spigot on significantly in Japan.

But now, by contrast, that we're seeing some real recovery there, we've been spending more and running some new creative campaigns on both our Pairs brand and the Tinder brand, as we mentioned and highlight in the letter.

The other thing that's going on is that the market, in terms of marketing spend, is pretty frothy at the moment. If you look at the U.S., we think the market is expensive. It slowed down significantly at the beginning of COVID, and that was a real opportunity for us to spend aggressively. And we did, but the market has really become much more expensive since that initial COVID-led downturn.

And so it's become harder for us to hit our ROI thresholds, particularly at our marketing-heavy spend businesses like Match and Meetic, where we really maintain that ROI discipline. So if we're not seeing opportunities there to hit our hurdles on marketing spend, we're not putting the spend out there.

And I think between IDFA, which had some impact and then the environment being strong just more generally, it's just become very challenging to hit the hurdles. The thing to watch out for, I think, though, is what happens with the overall economic picture.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

If people start to get more nervous about where the economy is headed, and we start to see other marketers' advertising budgets get cut back or get delayed, which we often see, and I think we're starting to even see a few signals of that, that could present us with opportunities to again hit our hurdles and spend more aggressively. And so as I mentioned in the answer to Brent, that will be a swing factor as we go through the year from a margin perspective.

So I think we're starting to see a few signs of nervousness in the market, which could be a benefit to us because, as Shar said, our business tends to be economically resilient, somewhat recession-proof. And so if we start to see more opportunities to spend in the market, more opportunity to hit our hurdles, we will absolutely be nimble and take advantage of that, just like we were at the beginning of the COVID period.

**Sharmistha Dubey** *Match Group, Inc. - CEO & Director*

That's our last question. With that, I want to thank everyone again. It has been a privilege and an honor. Thank you all.

**Operator**

The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

DISCLAIMER

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2022 Refinitiv. All Rights Reserved.



# EXHIBIT N

# FORM 4



[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person [*] <br><br> **Kim Bernard Jin** <br><br> (Last) (First) (Middle) <br><br> **MATCH GROUP, INC., 8750 N. CENTRAL EXPRESSWAY, SUITE 1400** <br> (Street) <br><br> **DALLAS, TX 75231** <br> (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br><br> **Match Group, Inc. [ MTCH ]** <br><br> 3. Date of Earliest Transaction (MM/DD/YYYY) <br><br> **8/4/2022** <br><br> 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> __X__ Director    _____ 10% Owner <br> __X__ Officer (give title below)    _____ Other (specify below) <br> **Chief Executive Officer** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> **X** _ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| **Common Stock, par value $0.001** | 8/4/2022 | | P | | 16000 | A | $63.58 | 16000 | I | **By Family Trust** |
| **Common Stock, par value $0.001** | | | | | | | | 1061 | D | |

### Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Kim Bernard Jin** <br> **MATCH GROUP, INC.** <br> **8750 N. CENTRAL EXPRESSWAY, SUITE 1400** <br> **DALLAS, TX 75231** | X | | **Chief Executive Officer** | |

**Signatures**

| **Francisco J. Villamar as Attorney-in-Fact for Bernard Jin Kim** | **8/5/2022** |
|---|---|
| [**]Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:    File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.