**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LEOPOLD RIOLA BARDAJI, *Individually and on Behalf of All Others Similarly Situated,* | |
| Plaintiff, | C.A. No. 23-0245-MN |
| v. | **Class Action** |
| MATCH GROUP, INC., SHARMISTHA DUBEY, BERNARD KIM, and GARY SWIDLER, | Jury Trial Demanded |
| Defendants. | |

**EXHIBIT A TO LEAD PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

**Chart of False and Misleading Statements Paired with Corresponding SAC Paragraphs**

| No. | Statements | Statement Source | Falsity | Scienter |
|-----|-----------|------------------|---------|----------|
| 1 | To date, the level of adoption of Explore has exceeded our expectations, *with approximately two-thirds of active users engaging with Explore*. ¶73. | February 1, 2022 Letter to Shareholders; Defendants Match Group, Dubey, and Swidler | Explore user engagement was "low" and did "not change over time;" Board would have been informed if Explore exceeded 10% user engagement and Board was never so informed during class period; ¶¶48-51 (FE 2) (corroborated by FEs 4, 6, 7) (¶¶48-53, 64, 70, 71).<br><br>Explore and Coins were both being "artificially inflated internally and externally to shareholders and the media." ¶71 (FE 7) (corroborated by FEs 3 and 4 ¶¶60-63). | Dubey and Swidler had access to Match Group's data warehouse which provided metrics on Explore usage. ¶64.<br><br>Tinder only has a few product updates being worked on per year, so Match executives were typically focused on and involved in all of them; they received "ongoing, continuous progress reports throughout the year." ¶58 (FE 2)<br><br>At the end of 2021, it was clear that Explore and Coins were not panning out. The "underlying metrics" showed a "big red flag" that in 6-12 months, Tinder was going to see a hit to the top line and they needed to do something about user retention. ¶59 (FE 2).<br><br>Dubey met weekly with Tinder CEO and the focus was almost always on growth. ¶46 (FE 2).<br><br>Dubey and Swidler carefully controlled the flow of information to the Match Board and wanted to see double-digit user engagement with Explore, which never occurred. ¶¶47-54 (FE 2).<br><br>Dubey and Swidler used terms like "engagement" and "adoption" which are "deliberately fuzzy" instead of using industry standard terms. ¶76 (FE 2). |
| 2 | Tinder *continues to roll out Tinder Coins*, their in-app virtual currency, which is now in a dozen countries. Coins will help power Tinder's virtual goods | February 1, 2022 Letter to Shareholders; Defendants Match Group, Dubey, and Swidler | Coins had been "shelved" (FE 2), "put on hold" (FE 5) and "scrapped" (FE 7) by February 2022 after pre-launch research on user sentiment about | Match executives, Dubey and Swidler, would have needed to sign off on the decision to shelve Coins. ¶¶58, 77 (FE 2).<br><br>Match executives were typically focused on and involved in all product updates, and received |

| No. | Statements | Statement Source | Falsity | Scienter |
|---|---|---|---|---|
| | ecosystem that is being built in 2022. ¶74. | | Coins showed user reaction was "baffled to negative." ¶¶57, 68, 71, 77.<br><br>Coins was not a viable, usable product as of July 2022. ¶63 (FE 4).<br><br>The early and then-current testing of Coins showed negative user reaction. ¶44 (FE 1); ¶¶56-57 (FE 2).<br><br>Tinder lacked a consistent chief product officer and repeatedly changed direction, which resulted in products being talked about publicly before they were ready. ¶60 (FE 3) (corroborated by FEs 4 and 7, ¶¶61-63, 71). Coins was promoted while still in the prototype stage. ¶63. | "ongoing, continuous progress reports throughout the year." ¶58 (FE 2)<br><br>Early data in August 2021 from a "soft launch" indicated that Coins had a negative impact on user retention "right from the get-go." ¶44 (FE 1).<br><br>At the end of 2021, the "underlying metrics" showed a "big red flag" that in 6-12 months, Tinder was going to see a hit to the top line and they needed to do something about user retention. ¶59 (FE 2).<br><br>By or before February 2022, pre-launch research showing "baffled to negative" user reaction was presented to Tinder's head of products and the Match corporate strategy team, both of whom worked closely with Dubey and Swidler on the development and rollout of Coins. ¶77 (FE 2). |
| 3 | *[I]t's [Explore] clearly had a productive start with almost 70% of users adopting this experience.* ¶79.<br><br>*And we've already got 70% of our users adopting the experience, and we're seeing high levels of engagement and likes, messages and conversations.* ¶80. | February 2, 2022 Earnings Call; Defendant Dubey | Same as No. 1. | Same as No. 1. |
| 4 | *Tinder Coins is currently testing in 12 markets.* And the use | February 2, 2022 Earnings Call; | Same as No. 2. | Same as No. 2. |

| No. | Statements | Statement Source | Falsity | Scienter |
|---|---|---|---|---|
|  | cases are both for incentivizing certain core actions and also increasing access to existing revenue products. *And we are seeing some increased engagement and retention from these incentives. And there's a bunch of testing going on, on various sort of monetization experiences.*<br><br>The plan is to *accelerate the rollout in Q2 and be globally out by Q3.* ¶81. | Defendant Dubey |  |  |
| 5 | *I mean, I think the key thing was obviously building it [Explore], getting people to adopt it, go check it out. That's happened, and it's happened really well. Adoption, men, women, by geography has been really strong*[.] ¶84. | March 7, 2022 Industry Conference Call; Defendant Swidler | Same as No. 1. | Same as No. 1. |
| 6 | *We're largely on track with the initiatives we laid out in our prior shareholders' letter and are especially excited about the future for Tinder Explore and virtual goods.* ¶86.<br><br>*Tinder Explore adoption levels continue to be high across active users.* ¶87.<br><br>*Tinder Coins, its in-app virtual currency, is on track to launch globally this summer.* | May 3, 2022 Letter to Shareholders; Defendants Match Group, Dubey, and Swidler | Same as Nos. 1 & 2. | Same as Nos. 1 and 2.<br><br>Dubey and Swidler attended an "all hands" meeting, held in either March or April 2022 at which it was announced that Tinder Coins was being scrapped and/or put on hold. ¶69 (FE 5). |

4

| No. | Statements | Statement Source | Falsity | Scienter |
|---|---|---|---|---|
| | Ultimately, we see major potential for Tinder Coins to support further customization of premium experiences for members, incentivize positive network behaviors, and be the financial backbone for the virtual goods and trading ecosystem which we expect to begin testing in the second half of 2022. ¶87. | | | |
| 7 | [B]y and large, *we are on schedule with what we planned to deliver in 2022*. ¶90. | May 4, 2022 Earnings Call; Defendant Dubey | Same as Nos. 1 & 2.<br><br>Less then 3 months later, Kim admitted that Tinder did not execute on its roadmap during the first half of 2022, that user engagement for Explore was low, and that Match Group had "decided to take a step back and re-examine [Coins] so that it can more effectively contribute to Tinder's revenue." Coins never launched. ¶91. | Same as No. 6. |
| 8 | [Coins is] on the road map for kind of middle to back half of next year. *It was just delayed is the way that I would think about it. It was pushed from 2022 to 2023 to give it more time to be refined.* ¶ 92. | December 8, 2022 Industry Conference Call; Defendant Swidler | Same as No. 2.<br><br>Coins was not being "refined" – rather, its technical development was nearly complete by February 2022. ¶56 (FE 2).<br><br>There were no bugs or engineering delays associated with Coins. ¶66 (FE 5). | Same as No. 6. |

| No. | Statements | Statement Source | Falsity | Scienter |
|---|---|---|---|---|
| | | | Tinder's engineering team performed no additional work on Coins throughout 2022. ¶¶67-69 (FE 5) | |

October 18, 2024

*Of Counsel:*

Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Sarah E. Delaney (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
jake@blockleviton.com
sarah@blockleviton.com
michael@blockleviton.com

*Counsel for Lead Plaintiff Northern California Pipe Trades Trust Funds and Lead Counsel for the Putative Class*

Jesse L. Jensen (*pro hac vice forthcoming*)
Robert Kravertz (*pro hac vice forthcoming*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
44th Floor
New York, NY 10020
(212) 554-1400 phone
(212) 554-1444 fax
jesse.jensen@blbglaw.com
robert.kravertz@blbglaw.com

*Additional Counsel for Lead Plaintiff Northern California Pipe Trades Trust Funds and the Putative Class*

**BLOCK & LEVITON LLP**

/s/ Kimberly A. Evans
Kimberly A. Evans (#5888)
Lindsay K. Faccenda (#5772)
222 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 499-3600 phone
kim@blockleviton.com
lindsay@blockleviton.com

*Counsel for Lead Plaintiff Northern California Pipe Trades Trust Funds and Lead Counsel for the Putative Class*

6