## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| LEOPOLD RIOLA BARDAJI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MATCH GROUP, INC., SHARMISTHA DUBEY, and GARY SWIDLER, <br><br> Defendants. | Case No. 1:23-cv-0245-MN |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to District of Delaware Local Rule 7.1.4, Defendants Match Group, Inc.,

Sharmistha Dubey, and Gary Swidler respectfully request oral argument on Defendants' Motion

to Dismiss the Second Amended Class Action Complaint for Violations of the Federal Securities

Laws.  D.I. 63.  The motion has been fully briefed.  D.I. 64-65, 66, 67.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Michael Carlinsky
Jesse Bernstein
Brenna Nelinson
Leigha Empson
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
michaelcarlinsky@quinnemanuel.com
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com

November 7, 2024

*/s/ Jacob M. Perrone*
Lauren K. Neal (#5940)
Jacob M. Perrone (#7250)
1201 North Market Street
Wilmington Delaware 19801
(302) 658-9200
lneal@morrisnichols.com
jperrone@morrisnichols.com
*Attorneys for Defendants*