IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEOPOLD RIOLA BARDAJI, *Individually and on Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., SHARMISTHA DUBEY, BERNARD KIM, and GARY SWIDLER,<br><br>Defendants. | C.A. No. 23-00245-MN |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Lead Plaintiff Northern California Pipe Trades Trust Funds ("Northern California" or "Lead Plaintiff") and Defendants Match Group, Inc., Sharmistha Dubey, Bernard Kim, and Gary Swindler ("Defendants," and together with Lead Plaintiff, the "Parties"), hereby stipulate to the voluntary dismissal of this action:

WHEREAS, on May 24, 2023, the Court entered an Order appointing Northern California as Lead Plaintiff and approving its selection of Block & Leviton LLP as Lead Counsel (D.I. 29);

WHEREAS, on July 24, 2023, Lead Plaintiff filed the Consolidated Amended Complaint;

WHEREAS, on July 12, 2024, the Court granted Defendants' Motion to Dismiss but with leave to amend;

WHEREAS, on August 12, 2024, Lead Plaintiff filed the Second Consolidated Amended Complaint ("Amended Complaint");

WHEREAS, on September 18, 2024, Defendants filed a Motion to Dismiss the Amended Complaint;

WHEREAS, Defendants' Motion to Dismiss the Amended Complaint is fully briefed and pending;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. Lead Plaintiff voluntarily dismisses this action with prejudice under Rule 41(a)(1)(A)(ii), with the Parties to bear their own costs and expenses;

2. Neither Lead Plaintiff nor Lead Counsel have received any compensation in exchange for this dismissal; and

3. All Parties and their respective counsel have, at all times, complied with the requirements of Federal Rule of Civil Procedure 11.

| | |
|---|---|
| **BLOCK & LEVITON LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| */s/ Kimberly A. Evans* | */s/ Lauren Neal* |
| Kimberly A. Evans (#5888) | Lauren Neal (#5940) |
| Lindsay K. Faccenda (#5772) | 1201 North Market Street, 16th Floor |
| 222 Delaware Ave., Suite 1120 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19801 | (302) 658-9200 phone |
| (302) 499-3600 phone | (302) 658-3989 fax |
| kim@blockleviton.com | LNeal@morrisnichols.com |
| lindsay@blockleviton.com | |
| | Jesse Bernstein |
| Jeffrey C. Block (*pro hac vice*) | Michael Carlinsky |
| Jacob A. Walker (*pro hac vice*) | Brenna Nelinson |
| Sarah E. Delaney (*pro hac vice*) | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| **BLOCK & LEVITON LLP** | 51 Madison Ave., 22nd Floor |
| 260 Franklin Street, Suite 1860 | New York, NY 10010 |
| Boston, MA 02110 | (212) 849-7000 phone |
| (617) 398-5600 phone | (212) 849-7100 fax |
| (617) 507-6020 fax | jessebernstein@quinnemanuel.com |
| jeff@blockleviton.com | michaelcarlinsky@quinnemanuel.com |
| jake@blockleviton.com | brennanelinson@quinnemanuel.com |
| sarah@blockleviton.com | |
| *Counsel for Lead Plaintiff Northern California Pipe Trades Trust Funds* | *Counsel for Defendants Match Group, Inc., Sharmistha Dubey, Bernard Kim, and Gary Swindler* |

**SO ORDERED this 30th day of January 2025.**

_____
**The Honorable Maryellen Noreika
United States District Judge**

2